# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, § § § § <br> Plaintiff, § § <br> - against- § § <br> FXCM INC., DROR NIV and ROBERT LANDE, § § § <br> Defendants. | CASE NO. 1:17-cv-00916-RA <br><br> **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for Defendants FXCM Inc. (n/k/a Global Brokerage, Inc.), Dror Niv and Robert Lande.

Dated:  March 30, 2017

Respectfully Submitted,

/s/ *Israel Dahan*
Israel Dahan (Lead Attorney)
idahan@kslaw.com
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY  10036
(212) 556-2100

*Attorney for Defendants*
*FXCM Inc., Dror Niv and Robert Lande*