UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on behalf all others similarly situated,<br><br>                 Plaintiff,<br>  v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>                 Defendants. | No. 1:17-cv-00916 (RA) |
| YING ZHAO, Individually and on behalf all others similarly situated,<br><br>                 Plaintiff,<br>  v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>                 Defendants. | No. 1:17-cv-00955 |
| DAVID BLINN, Individually and on behalf all others similarly situated,<br><br>                 Plaintiff,<br>  v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>                 Defendants. | No. 1:17-cv-01028 |
| 683 CAPITAL PARTNERS, L.P., Individually and on behalf all others similarly situated,<br><br>               Plaintiff,<br>  v.<br><br>GLOBAL BROKERAGE, INC. f/k/a FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>                 Defendants. | No. 1:17-cv-02506 |

# [PROPOSED]
# ORDER

This Court, having considered the Motion of Sergey Regukh ("Movant") for Appointment as Lead Plaintiff and Approval of Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel; the Memorandum of Law; and the Declaration of Matthew M. Guiney with exhibits, submitted in support thereof, as well as any opposition and reply papers, hereby orders as follows:

## I. CONSOLIDATION

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions are consolidated for pre-trial purposes;

2. Additional class actions filed in or transferred to this Court, arising out of the same operative facts and alleging substantially the same causes of action, shall be similarly consolidated herewith and subject to this Court's orders;

3. Any pleading filed in the consolidated action shall bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| IN RE FXCM SECURITIES LITIGATION | ) | |
|---|---|---|
| | ) | Consolidate C.A. No. 1:17-cv-00916-RA |
| This Document Relates To: | ) | |
| | ) | |
| ALL ACTIONS | ) | |
| | ) | |
| | ) | |

4. The files of the consolidated action shall be maintained in one file under Consolidated C.A. No. 1:17-cv-00916-RA.

## II. APPOINTMENT OF LEAD PLAINTIFF AND LEAD COUNSEL

5. Movant has timely moved the Court to be appointed Lead Plaintiff of the Class of holders of common stock of FXCM Inc. as of February 6, 2017.

6. Having considered the provisions of 15 U.S.C. §78u-4(a)(3)(B), and the materials submitted by Movant in support of his motion, the Court hereby concludes that Movant is the

"most adequate plaintiff" and also satisfies the requirements of 15 U.S.C. §78u-4(a)(3)(B). Thus, the Court hereby appoints Movant as Lead Plaintiff to represent the interests of the putative Class.

7. Lead Plaintiff shall file an amended complaint no later than 60 days from the date of the entry of this Order, unless otherwise agreed between the parties or ordered by the Court. All defendants shall have 60 days after the filing and service of the amended complaint to answer or otherwise respond, unless otherwise agreed to between the parties and approved by the Court.

8. Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), Movant has selected and retained the law firm of Wolf Haldenstein Adler Freeman & Herz LLP as Lead Counsel. The Court hereby approves Movant's selection of Counsel.

9. Lead Counsel shall have the following responsibilities and duties, to be carried out either personally or through other counsel designated by Lead Counsel:

    a. to coordinate the briefing and argument of any and all motions;

    b. to coordinate the conduct of any and all discovery proceedings;

    c. to coordinate the examination of any and all witnesses in depositions;

    d. to coordinate the selection of counsel to act as spokesperson at all pretrial conferences;

    e. to call meetings of counsel as they deem necessary and appropriate from time to time;

    f. to coordinate all settlement negotiations with counsel for defendants;

    g. to coordinate and direct the pretrial discovery proceedings and the preparation for trial and the trial of this matter and to delegate work responsibilities to selected counsel as may be required;

  h. to coordinate the preparation and filings of all pleadings; and

  i. to supervise all other matters concerning the prosecution or resolution of the consolidated actions.

10. No motion, request for discovery, or other pretrial proceeding shall be initiated or filed by any plaintiff without the approval of Lead Counsel, so as to prevent duplicative pleadings or discovery. No settlement negotiations shall be conducted without the approval of Lead Counsel.

11. Lead Counsel shall have responsibility for receiving and disseminating Court orders and notices.

12. Lead Counsel shall be the contact between plaintiffs' counsel and defendants' counsel, shall serve as the spokespersons for plaintiffs' counsel, and shall direct and coordinate the activities of plaintiffs' counsel. Lead Counsel shall act as the liaison between the Court and plaintiffs and its counsel.

IT IS SO ORDERED.

Dated: April __, 2017

                _____
                HON. RONNIE ABRAMS
                UNITED STATES DISTRICT JUDGE