Exhibit 3

Movant Loss Chart for Global Brokerage, Inc. (f/k/a FXCM, Inc.)
Class Period: March 15, 2012 - February 6, 2017
Class Period Cusip: 302693205
Present Cusip after 02/27/17 change: 37891B109
Lookback Price    $2.41

| Purchase Date | Actual # of shares | Actual Price | Basis | Split adjusted # of shares | Split Adjusted Price | Basis |
|---|---|---|---|---|---|---|
| | | | | (1:10 on 10/1/15) | | |
| Pre-split trades | | | | | | |
| 03/27/15 | 41,689 | $2.14 | $89,214.46 | 4,169 | $21.40 | $89,214.46 |
| 03/30/15 | 30,000 | $2.16 | $64,800.00 | 3,000 | $21.60 | $64,800.00 |
| 03/31/15 | 100 | $2.61 | $261.00 | 10 | $26.10 | $261.00 |
| 04/01/15 | 1,000 | $2.17 | $2,170.00 | 100 | $21.70 | $2,170.00 |
| 04/02/15 | 70,000 | $2.20 | $154,000.00 | 7,000 | $22.00 | $154,000.00 |
| 04/09/15 | 1,100 | $2.27 | $2,497.00 | 110 | $22.70 | $2,497.00 |
| 04/10/15 | 6,739 | $2.22 | $14,960.58 | 674 | $22.20 | $14,960.58 |
| 04/13/15 | 104,000 | $2.22 | $230,880.00 | 10,400 | $22.20 | $230,880.00 |
| 05/07/15 | 6,384 | $1.84 | $11,746.56 | 638 | $18.40 | $11,746.56 |
| 05/08/15 | 88,666 | $1.94 | $172,012.04 | 8,867 | $19.40 | $172,012.04 |
| 05/13/15 | 100,000 | $1.86 | $186,000.00 | 10,000 | $18.60 | $186,000.00 |
| 05/14/15 | 100,000 | $1.72 | $172,000.00 | 10,000 | $17.20 | $172,000.00 |
| 06/04/15 | 70,000 | $1.48 | $103,600.00 | 7,000 | $14.80 | $103,600.00 |
| 06/08/15 | 52,917 | $1.68 | $88,900.56 | 5,292 | $16.80 | $88,900.56 |
| 06/15/15 | 191,990 | $1.52 | $291,824.80 | 19,199 | $15.20 | $291,824.80 |
| 06/16/15 | 18,000 | $1.52 | $27,360.00 | 1,800 | $15.20 | $27,360.00 |
| 08/03/15 | 54,312 | $1.10 | $59,743.20 | 5,431 | $11.00 | $59,743.20 |
| 08/04/15 | 10,000 | $1.10 | $11,000.00 | 1,000 | $11.00 | $11,000.00 |
| 08/05/15 | 92,590 | $1.10 | $101,849.00 | 9,259 | $11.00 | $101,849.00 |
| 08/06/15 | 52,600 | $1.04 | $54,704.00 | 5,260 | $10.40 | $54,704.00 |
| 08/07/15 | 207,301 | $0.94 | $194,862.94 | 20,730 | $9.40 | $194,862.94 |
| 08/07/15 | 93,810 | $0.92 | $86,305.20 | 9,381 | $9.20 | $86,305.20 |
| Post-split trades | | | | | | |
| 01/11/16 | 28,500 | $13.00 | $370,500.00 | 28,500 | $13.00 | $370,500.00 |
| 06/10/16 | 12,941 | $8.52 | $110,257.32 | 12,941 | $8.52 | $110,257.32 |
| Purchases | | | $2,601,448.66 | 180,761 | | $2,601,448.66 |
| Retained shares | | | | 180,761 | $2.41 | $435,633.53 |
| LOSS | | | | | | $2,165,815.13 |