IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of all others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>    Defendants. | Civil Action No. 1:17-cv-00916-RA |
| YING ZHAO, Individually and on Behalf of all others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>    Defendants. | Civil Action No. 1:17-cv-00955-RA |
| DAVID BLINN, Individually and on Behalf of all others Similarly Situated,<br><br>    Plaintiff,<br> v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>    Defendants. | Civil Action No. 1:17-cv-01028-RA |

**NOTICE OF HANY SIKAIK'S MOTION FOR CONSOLIDATION,
APPOINTMENT AS LEAD PLAINTIFF AND
<u>APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

PLEASE TAKE NOTICE THAT, on a date and at a time designated by the Court, Hany Sikaik ("Sikaik") will respectfully move this Court, pursuant to the Private Securities Litigation Reform Act of 1995, at the United States District Court for the Southern District of new York, located at the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007, for an Order: (1) consolidating the above-captioned actions and naming the consolidation action *In re FXCM Inc. Securities Litigation*, Master File No. 1:17-cv-00916-RA; (2) appointing Mr. Sikaik as Lead Plaintiff; and (3) approving Mr. Sikaik's selection of Newman Ferrara LLP as Lead Counsel. The motion is supported by the accompanying Memorandum of Law, the Declaration of Jeffrey M. Norton, and exhibits annexed thereto.

Dated: New York, New York
April 10, 2017

    Respectfully submitted,

**NEWMAN FERRARA LLP**

By:   *s/ Jeffrey M. Norton*
Jeffrey M. Norton
Roger A. Sachar Jr., *pro hac to be filed*
1250 Broadway, 27th Floor
New York, New York 10001
(212) 619-5400
jnorton@nfllp.com
rsachar@nfllp.com

*Attorneys for Proposed
Lead Plaintiff Hany Sikaik*

# **CERTIFICATE OF SERVICE**

I, Jeffrey M. Norton, hereby certify that on April 10, 2017, I authorized a true and correct copy of the attached:

> Notice of Hany Sikaik's Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel;
>
> Memorandum of Law in Support of Hany Sikaik's Motion for Appointment of Lead Plaintiff and Approval of Selection of Lead Counsel; and
>
> Declaration of Jeffrey M. Norton in Support of Hany Sikaik's Motion for Appointment as Lead Plaintiff and Selection of Lead Counsel

to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*s/ Jeffrey M. Norton*
Jeffrey M. Norton