# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of all others Similarly Situated,<br><br>     Plaintiff,<br> v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>     Defendants. | Civil Action No. 1:17-cv-00916-RA |
| YING ZHAO, Individually and on Behalf of all others Similarly Situated,<br><br>     Plaintiff,<br> v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>     Defendants. | Civil Action No. 1:17-cv-00955-RA |
| DAVID BLINN, Individually and on Behalf of all others Similarly Situated,<br><br>     Plaintiff,<br> v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>     Defendants. | Civil Action No. 1:17-cv-01028-RA |

**[PROPOSED] ORDER GRANTING HANY SIKAIK'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

Having considered the motion of Hany Sikaik ("Sikaik") for consolidation, appointment as Lead Plaintiff, and approval of selection of Lead Counsel for the Class,

IT IS HEREBY ORDERED THAT:

1. The motion is granted;

2. The actions *Khoury v. FXCM Inc., et al.*, 1:17-cv-00916-RA, *Zhou v. FXCM Inc., et al.*, 1:17-cv-00955-RA and *Blinn v. FXCM Inc., et al.*, 1:17-cv-01028-RA, are consolidated for all purposes and the consolidated action shall bear the following caption:

| In re FXCM INC. SECURITIES LITIGATION | Master File No. 1:17-cv-00916-RA |
|---|---|
| This Document Relates To: [Action] | Consolidated Class Action |

3. Mr. Sikaik is hereby appointed Lead Plaintiff for the Class; and

4. The law firm of Newman Ferrara LLP is hereby approved as Lead Counsel.

IT IS SO ORDERED.

DATED:_____          _____
                                HON. RONNIE ABRAMS
                                UNITED STATES DISTRICT JUDGE