IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of all others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>　　　　　Defendants. | Civil Action No. 1:17-cv-00916-RA |
| YING ZHAO, Individually and on Behalf of all others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>　　　　　Defendants. | Civil Action No. 1:17-cv-00955-RA |
| DAVID BLINN, Individually and on Behalf of all others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>　　　　　Defendants. | Civil Action No. 1:17-cv-01028-RA |

**DECLARATION OF JEFFREY M. NORTON IN SUPPORT OF
HANY SIKAIK'S MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD
<u>PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>**

I, Jeffrey M. Norton, hereby declare as follows:

1. I am a partner of the law firm of Newman Ferrara LLP ("Newman Ferrara"), counsel for Lead Plaintiff Movant Hany Sikaik ("Sikaik") and proposed Lead Counsel for the Class. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. I submit this declaration, together with the attached exhibits, in support of Mr. Sikaik's motion for the entry of an Order: (1) consolidating the above-captioned actions *Khoury v. FXCM Inc., et al.*, 1:17-cv-00916-RA, *Zhou v. FXCM Inc., et al.*, 1:17-cv-00955-RA and *Blinn v. FXCM Inc., et al.*, 1:17-cv-01028-RA; (2) appointing him as Lead Plaintiff in the consolidated action (the "Action") on behalf of a Class of all persons who purchased or otherwise acquired the publicly traded common stock of FXCM Inc., n/k/a Global Brokerage, Inc. ("FXCM" or the "Company") between March 15, 2012 and February 6, 2017, both dates inclusive (the "Class Period"); and (3) approving Mr. Sikaik's selection of Newman Ferrara as Lead Counsel for the Class.

3. Attached hereto as the exhibits indicated are true and correct copies of the following:

**Exhibit A:** Notice of Filing of first-filed Action published on Business Wire on February 7, 2016;

**Exhibit B:** Signed Certification of Mr. Sikaik pursuant to the requirements of Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(2), together with a chart reflecting Mr. Sikaik's Class Period transactions in FXCM's publicly traded common stock and approximate loss; and

**Exhibit C:** Firm resume of Newman Ferrara.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed this 10th day of April, 2017, at New York, New York.

                                                     */s/ Jeffrey M. Norton*
                                                    Jeffrey M. Norton