**EXHIBIT B**

## INVESTOR CERTIFICATION

### *FXCM INC.*

I, Hany Sikaik, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1.      I have reviewed a complaint filed in *Khoury v. FXCM Inc., et al.*, 1:17-cv-00916 (RA) (the "Litigation"). At this time, I generally adopt the key substantive allegations of that complaint.

2.      I did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any private action arising under the securities laws of the United States.

3.      I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including those regarding the selection and retention of counsel and the overseeing of the prosecution of the action for the class.

4.      I authorize Newman Ferrara LLP to file a motion for appointment as lead plaintiff and appointment of lead counsel on my behalf in this Litigation.

5.      My transactions in the securities that are the subject of this action are set forth in the chart attached hereto as Exhibit A. Other than those transactions set forth in Exhibit A, I have engaged in no transactions during the Class Period in the equity securities that are the subject of this Litigation (as used herein, "equity security" has the same meaning as that term has for purposes of Section 16(a) of the Securities Exchange Act of 1934, 15 U.S.C. § 78p(a)).

6.      During the three-year period preceding the date of this Certification, I have not sought to serve, served, and I am currently not serving as a lead plaintiff or as a representative party on behalf of a class in any private action arising under the federal securities laws.

7.      I will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any possible recovery, except for an award, as ordered or approved by the Court, for reasonable costs and expenses directly relating to its representation of the class in compliance with section 27(a)(4) of the Securities Act, 15 U.S.C. § 77z-1(a)(4), or section 21D(a)(4) of the Securities Exchange Act, 15 U.S.C. § 78u-4(a)(4).

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 5 day of April, 2017

HANY SIKAIK

2

## INVESTOR CERTIFICATION - EXHIBIT A

**FXCM, Inc. (n/k/a Global Brokerage, Inc.)**

**Listing of Holdings and Transactions for Hany Sikaik**

**(Adjusted for 1-for-10 stock split October 1, 2015)**

| Trade Date | Transaction | No. of Shares | Price | Tot. Amount |
|---|---|---|---|---|
| 01/20/2015 | BUY | 425 | 16.40 | (6,970.00) |
| 01/21/2015 | BUY | 620 | 23.30 | (14,446.00) |
| 01/22/2015 | BUY | 2,800 | 26.70 | (74,760.00) |
| 03/12/2015 | BUY | 1,155 | 22.60 | (26,103.00) |
| 03/13/2015 | BUY | 2,000 | 25.00 | (50,000.00) |
| 05/15/2015 | BUY | 5,000 | 14.78 | (73,875.00) |
| 05/26/2015 | BUY | 3,000 | 13.99 | (41,979 |
| 06/01/2015 | BUY | 3,040 | 13.80 | (41,952.00) |
| 07/20/2015 | BUY | 2,000 | 13.35 | (26,696.00) |
| 10/01/2015 | BUY | 60 | 8.20 | (492.00) |
| 11/05/2015 | BUY | 4,900 | 9.09 | (44,541.00) |
| 03/11/2016 | BUY | 5,000 | 11.54 | (57,696.00) |
| 05/05/2016 | BUY | 5,000 | 10.71 | (53,539.00) |
| 05/05/2016 | BUY | 5,000 | 10.83 | (54,161.00) |
| 08/04/2016 | BUY | 5,000 | 11.00 | (55,000.00) |
| 08/04/2016 | BUY | 5,000 | 11.00 | (55,000.00) |
| 12/05/2016 | BUY | 3,603 | 8.25 | (29,725.00) |
| 12/05/2016 | BUY | 1,397 | 8.10 | (11,316.00) |
| | | | | |
| **TOTAL SHARES PURCHASED** | | **55,000** | **TOTAL COST** | **(718,249.00)** |
| | | | | |
| 02/13/2017 | SELL | 2,500 | 2.90 | 7,256.00 |
| 02/13/2017 | SELL | 5,000 | 2.90 | 14,500.00 |
| 02/14/2017 | SELL | 7,500 | 2.90 | 21,775.00 |
| 02/14/2017 | SELL | 8,000 | 2.85 | 22,828.00 |
| 02/14/2017 | SELL | 8,000 | 2.83 | 22,600.00 |
| 02/14/2017 | SELL | 8,000 | 2.85 | 22,800.00 |
| 02/17/2017 | SELL | 8,000 | 3.00 | 24,018.00 |
| 02/17/2017 | SELL | 8,000 | 3.01 | 24,040.00 |
| | | | | |
| **TOTAL SHARES SOLD** | | **55,000** | **TOTAL REV** | **$159,817.00** |
| | | | | |
| | | | **FIFO/LIFO LOSS** | **$558,432.00** |