**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FXCM INC., DROR NIV, and ROBERT LANDE, <br><br> Defendants. | Case No. 1:17-cv-00916-RA |
| YING ZHAO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FXCM INC., DROR NIV, and ROBERT LANDE, <br><br> Defendants. | Case No. 1:17-cv-00955-UA |
| DAVID BLINN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> FXCM INC., DROR NIV, and ROBERT LANDE, <br><br> Defendants. | Case No. 1:17-cv-01028-RA |
| 683 CAPITAL PARTNERS, L.P., Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> GLOBAL BROKERAGE, INC. f/k/a | Case No. 1:17-cv-02506-UA |

FXCM INC., DROR NIV, and ROBERT
LANDE,

                    Defendants.

**[PROPOSED] ORDER GRANTING OF THOMAS KELLY'S MOTION FOR
CONSOLIDATION OF RELATED ACTIONS, APPOINTMENT AS
<u>LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>**

Having considered the motion of Thomas Kelly for appointment as lead plaintiff and approval of lead counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re FXCM Inc. Securities Litigation*, Master File No. 1:17-cv-00916-RA.

3.      The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §77z-1(a)(3)(B) and 15 U.S.C. §78u-4(a)(3)(B), appoints Thomas Kelly as Lead Plaintiff; and

4.      Pursuant to 15 U.S.C. §77z-1(a)(3)(B)(v) and 15 U.S.C. §78u-4(a)(3)(B)(v), Glancy Prongay & Murray LLP and Bragar Eagle & Squire P.C. are appointed as Co-Lead Counsel for the Class.

IT IS SO ORDERED.

Dated: _____, 2017          _____
                                          THE HON.  RONNIE ABRAMS
                                          UNITED STATES DISTRICT JUDGE