# EXHIBIT C

**Summary of Thomas Kelly's Damages in FXCM, Inc. Securities**
**Class Period: March 15, 2012 to February 6, 2017**

| | | | Damages[1] | | | | |
|---|---|---|---|---|---|---|---|
| Pre-Class Holdings | Class Period Purchases | Purchase Expenditures | Class Period Sales | Shares Sold in 90 Day Period | Proceeds in 90 Day Period[3] | Shares Retained for full 90 days | Damages[2] |
| 0.00 | 1,000.00 | $18,993.12 | 0.00 | 0.00 | $0.00 | 1,000.00 | ($16,081.58) |

[1] As there were no pre-class period holdings, there are no calculable differences between LIFO and FIFO.

[2] Using the average closing price from Feb. 7, 2017 to Feb. 24, 2017.