## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br>        v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT LANDE,<br><br>                        Defendants. | Civil Action No. 1:17-cv-00916 |
| YING ZHAO, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br>        v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT N. LANDE,<br><br>                        Defendants. | Civil Action No. 1:17-cv-00955 |
| DAVID BLINN, Individually and On Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br>        v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT N. LANDE,<br><br>                        Defendants. | Civil Action No. 1:17-cv-01028 |

| | |
|---|---|
| 683 CAPITAL PARTNERS, LP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>GLOBAL BROKERAGE, INC. f/k/a FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>Defendants. | Civil Action No. 1:17-cv-02506 |

### MOTION OF ADI DAMTY AND ABED LATIF TO CONSOLIDATE ALL RELATED ACTIONS AND FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF <u>THEIR SELECTION OF COUNSEL</u>

Adi Damty and Abed Latif ("Movants"), through their undersigned counsel, hereby move this Court for an Order:

1. Consolidating all Related Actions;

2. Appointing the Movants as Co-Lead Plaintiffs in the consolidated action; and

3. Approving the Movants' selection of the law firm Block & Leviton LLP as Lead Counsel and Gardy & Notis LLP as Liaison Counsel.

This Motion is supported by the accompanying Memorandum of Law, Declaration of Jeffrey C. Block and the exhibits attached thereto, a proposed Order, and all of the prior pleadings and proceedings had herein, and such other written and/or oral argument as may be presented to the Court.

Dated:  April 10, 2017                             Respectfully submitted,

**GARDY & NOTIS, LLP**

By: s/ Jennifer Sarnelli
James S. Notis
Jennifer Sarnelli

2

126 East 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509
Fax: 212-905-0508
jnotis@gardylaw.com
jsarnelli@gardylaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Bradley J. Vettraino
155 Federal Street, Suite 400
Boston, MA 02110
Tel: 617-398-5600
Fax: 617-507-6020
Jeff@blockesq.com
Bradley@blockesq.com

*Counsel for Lead Plaintiff Movants Adi Damty and Abed Latif and Proposed Counsel for the Class*

## **CERTIFICATE OF SERVICE**

      I, Jennifer Sarnelli, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 10, 2017.

                                                  /s/ Jennifer Sarnelli