# EXHIBIT B

# PLAINTIFF'S CERTIFICATION OF SECURITIES
# FRAUD CLASS ACTION COMPLAINT

I, **Adi Damty**, hereby certify that the following is true and correct to the best of my knowledge, information and belief:

1. I have reviewed, and authorize the filling on my behalf of, the draft complaint against FXCM, Inc.
2. I did not purchase the securities which are the subject of the complaint at the direction of counsel, or in order to participate in any private action arising under the federal securities laws.
3. My transactions in the Company's securities during the Class Period are as follows:

| Date | Transaction | No. of shares | Price per share |
| --- | --- | --- | --- |
| 01/22/2015 | Buy | 3000 | $3.2 |
| 01/22/2015 | Buy | 2800 | $3.28 |
| 03/13/2015 | Sell | 5800 | $2.59 |
| 03/13/2015 | Buy | 5800 | $2.59 |
| 03/30/2015 | Sell | 5800 | $2.12 |
| 05/08/2015 | Buy | 26675 | $2.08468 |
| 07/17/2015 | Sell | 26675 | $1.27715 |
| 08/06/2015 | Buy | 12000 | $1.2 |
| 08/12/2015 | Buy | 6000 | $0.9539 |
| 10/29/2015 | Buy | 1200 | $8.7533 |
| 12/18/2015 | Buy | 1200 | $10.1675 |
| 12/18/2015 | Buy | 1100 | $11.0584 |
| 02/12/2016 | Buy | 300 | $9.55 |
| 02/16/2016 | Buy | 1000 | $10.8099 |
| 02/17/2016 | B uy | 950 | $12.3099 |
| 03/11/2016 | Buy | 550 | $11.1618 |

4. I am willing to serve as a representative party on behalf of the class in this action, including providing testimony at deposition and trial, if necessary.
5. During the three-year period preceding the date of my signing this Certification, I have never sought to be appointed nor have I ever been appointed as lead plaintiff or class representative in any class action arising under the securities laws of the United States.
6. I will not accept any payment for serving as a representative party on behalf of the Class beyond my pro rata share of any possible recovery, except for an award, as ordered or approved by the court, for reasonable costs and expenses (including lost wages) directly relating to my representation of the Class.

Signed under the penalties of perjury on **02/10/2017**.

Signature: *[handwritten signature: Adi Panty]*