# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated, | Civil Action: 1:17-cv-00916 (RA) |
| Plaintiff, | |
| v. | |
| FXCM INC., DROR NIV, and ROBERT LANDE, | |
| Defendants. | |
| YING ZHAO, Individually and On Behalf Of All Others Similarly Situated, | Civil Action: 1:17-cv-00955 |
| Plaintiff, | |
| vs. | |
| FXCM INC., DROR NIV, AND ROBERT LANDE, | |
| Defendants. | |
| DAVID BLIN, Individually and On Behalf Of All Others Similarly Situated, | Civil Action: 1:17-CV-01028 (RA) |
| Plaintiff, | |
| vs. | |
| FXCM INC., DROR NIV, AND ROBERT LANDE, | |
| Defendants. | |

## MOTION OF KATHY GRAY
## TO CONSOLIDATE THE ACTIONS, TO BE APPOINTED AS LEAD PLAINTIFF
## AND FOR APPROVAL OF HER SELECTION OF COUNSEL

Class member Kathy Gray ("Movant"), by her counsel, hereby moves this Court for an Order (submitted herewith): (i) consolidating the above-captioned actions; (ii) appointing Movant as lead plaintiff in the above-captioned action pursuant to § 21D(a)(3)(B) of the Securities Exchange Act of 1934 (the "Exchange Act"), as amended by the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4; (iii) approving Movant's selection of the law firm of Gainey McKenna & Egleston to serve as Lead Counsel pursuant to 15 U.S.C. §7 8u-4(a)(3)(B)(v); and (iv) granting such other and additional relief as the Court may deem just and proper.

This motion is made on the grounds that Movant has timely filed this motion, suffered the most significant financial loss resulting from Defendants' alleged misconduct and qualifies as the "most adequate" plaintiff under § 21D of the Exchange Act.

In support of this motion, Movant submits herewith a memorandum of law, the Declaration of Thomas J. McKenna, the pleadings and other files herein and such other written or oral arguments as may be permitted by the Court.

Dated: April 10, 2017

Respectfully submitted,

**_GAINEY McKENNA & EGLESTON_**

By: _/s/ Thomas J. McKenna_
     Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 683-3400
Facsimile: (212) 683-3402
Email: tjmckenna@gme-law.com

Email: gegleston@gme-law.com

***Proposed Lead Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2017.

*/s/ Thomas J. McKenna*
Thomas J. McKenna