## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>Defendants. | **Civil Action: 1:17-cv-00916 (RA)** |
| YING ZHAO, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FXCM INC., DROR NIV, AND ROBERT LANDE,<br><br>Defendants. | **Civil Action: 1:17-cv-00955** |
| DAVID BLIN, Individually and On Behalf Of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>FXCM INC., DROR NIV, AND ROBERT LANDE,<br><br>Defendants. | **Civil Action: 1:17-CV-01028 (RA)** |

## DECLARATION OF THOMAS J. McKENNA IN SUPPORT OF KATHY GRAY'S MOTION TO CONSOLIDATE THE ACTIONS, TO BE APPOINTED AS LEAD PLAINTIFF AND FOR APPROVAL OF HER SELECTION OF COUNSEL

I, Thomas J. McKenna, hereby declare that:

1.      I am a member of Gainey McKenna & Egleston, counsel for class member Kathy Gray ("Movant").  I respectfully submit this declaration in support of Movant's Motion to Consolidate the Actions, to be Appointed as Lead Plaintiff and for Approval of Her Selection of Counsel in the above-captioned action.

2.      Attached hereto as Exhibit A is a true and correct copy of a press release dated February 7, 2017.

3.      Attached hereto as Exhibit B are true and correct copy of the certification of Kathy Gray subscribed under penalty of perjury.

4.      Attached hereto as Exhibit C is a true and correct copy of the firm résumé of Gainey McKenna & Egleston.

I declare under the penalty of perjury that the foregoing is true to the best of my knowledge.

Dated: April 10, 2017

*/s/ Thomas J. McKenna*
Thomas J. McKenna

2

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 10, 2017.

*/s/ Thomas J. McKenna*
Thomas J. McKenna