**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------------X

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated, | CASE No.: 1:17-cv-00916-RA |
| Plaintiff, | **NOTICE OF MOTION OF 683 CAPITAL PARTNERS, LP AND SHIPCO TRANSPORT INC. TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT CO-LEAD PLAINTIFFS; AND (3) APPROVE CO-LEAD PLAINTIFFS' SELECTION OF COUNSEL** |
| vs. | |
| FXCM INC., DROR NIV, and ROBERT LANDE, | |
| Defendants. | **CLASS ACTION** |

-----------------------------------------------------------------------X
-----------------------------------------------------------------------X

| | |
|---|---|
| YING ZHAO, Individually and on Behalf of All Others Similarly Situated, | CASE No.: 1:17-cv-00955-UA |
| Plaintiff, | **CLASS ACTION** |
| vs. | |
| FXCM INC., DROR NIV, and ROBERT N. LANDE, | |
| Defendants. | |

-----------------------------------------------------------------------X

1

```
-------------------------------------------------------------------------X
DAVID BLINN, Individually and on Behalf of All Others      CASE No.: 1:17-cv-01028-RA
Similarly Situated,

                Plaintiff,                                 CLASS ACTION

        vs.


 FXCM INC, DROR NIV, and ROBERT N. LANDE,


                Defendants.
-------------------------------------------------------------------------X
-------------------------------------------------------------------------X
683 CAPITAL PARTNERS, LP, Individually and on Behalf       CASE No.: 1:17-cv-02506-UA
of All Others Similarly Situated,

                Plaintiff,                                 CLASS ACTION

        vs.


 GLOBAL BROKERAGE, INC. f/k/a FXCM INC., DROR
 NIV, and ROBERT LANDE,

                Defendants.
-------------------------------------------------------------------------X
```

**PLEASE TAKE NOTICE** that pursuant to Section 21D of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"), Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc. (collectively, "Movants") hereby move this Court, the Honorable Ronnie Abrams, United States District Judge, for an order:

    (a)    consolidating the above-captioned related actions;

    (b)    appointing Movants to serve as Co-Lead Plaintiffs in this action; and

  (c) approving Movants' selection of The Rosen Law Firm, P.A. as Lead Counsel for the litigation.

In support of this Motion, Movants submit: (1) Memorandum of Law dated April 10, 2017 (and exhibits); and (2) a [Proposed] Order granting Movants' Motion to Consolidate the Related Actions, to Appoint Co-Lead Plaintiffs, and to Approve Co-Lead Plaintiffs' Selection of Counsel.

Dated: April 10, 2017       Respectfully submitted,

              **THE ROSEN LAW FIRM, P.A.**

              /s/ Phillip Kim
              Phillip Kim, Esq. (PK 9384)
              Laurence M. Rosen, Esq. (LR 5733)
              275 Madison Avenue, 34th Floor
              New York, New York 10016
              Telephone: (212) 686-1060
              Fax: (212) 202-3827
              Email: pkim@rosenlegal.com
              Email: lrosen@rosenlegal.com

              [Proposed] Lead Counsel for Plaintiffs and Class

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of April 2017, a true and correct copy of the foregoing **NOTICE OF MOTION OF 683 CAPITAL PARTNERS, LP AND SHIPCO TRANSPORT INC. TO: (1) CONSOLIDATE RELATED ACTIONS; (2) APPOINT CO-LEAD PLAINTIFFS; AND (3) APPROVE CO-LEAD PLAINTIFFS' SELECTION OF COUNSEL** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

/s/ Phillip Kim