# EXHIBIT 3

**FXCM Loss Chart**
Class Period: March 15, 2012 through February 6, 2017

| Name | Date Purchased | Qty * | Price | Total | Date Sold | Qty | Price | Total | Qty Retained | Value Retained | Total Loss/Gain | Lookback Price $31.16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 683 Capital Partners, LP | 01/16/15 | 15,000 | ($50.00) | ($750,000.00) | 04/02/15 | 10,000 | $79.00 | $790,000.00 | | | | |
| | 01/16/15 | 4,260 | ($64.00) | ($272,640.00) | 04/08/15 | 9,260 | $80.00 | $740,800.00 | | | | |
| | 01/16/15 | 5,000 | ($64.00) | ($320,000.00) | 02/07/17 | 20,000 | $34.50 | $690,000.00 | | | | |
| | 01/16/15 | 10,000 | ($68.00) | ($680,000.00) | | | | | | | | |
| | 01/20/15 | 15,000 | ($49.00) | ($735,000.00) | | | | | | | | |
| | 01/20/15 | 20,000 | ($48.25) | ($965,000.00) | | | | | | | | |
| | 01/20/15 | 10,000 | ($44.00) | ($440,000.00) | | | | | | | | |
| | 01/21/15 | 10,000 | ($55.50) | ($555,000.00) | | | | | | | | |
| | 01/21/15 | 20,000 | ($47.50) | ($950,000.00) | | | | | | | | |
| | 08/27/15 | 15,000 | ($50.00) | ($750,000.00) | | | | | | | | |
| | 08/27/15 | 20,000 | ($48.25) | ($965,000.00) | | | | | | | | |
| | 08/27/15 | 10,000 | ($44.00) | ($440,000.00) | | | | | | | | |
| | 08/27/15 | 20,000 | ($47.50) | ($950,000.00) | | | | | | | | |
| | 10/12/15 | 20,000 | ($71.00) | ($1,420,000.00) | | | | | | | | |
| | 10/14/15 | 20,000 | ($68.25) | ($1,365,000.00) | | | | | | | | |
| | 10/16/15 | 40,000 | ($67.88) | ($2,715,200.00) | | | | | | | | |
| | 12/15/15 | 20,000 | ($68.25) | ($1,365,000.00) | | | | | | | | |
| | 12/15/15 | 30,000 | ($67.88) | ($2,036,400.00) | | | | | | | | |
| | 02/12/16 | 15,000 | ($71.00) | ($1,065,000.00) | | | | | | | | |
| **Totals** | | 319,260 | | ($18,739,240.00) | | 39,260 | | $2,220,800.00 | 280,000 | $8,724,800.00 | ($7,793,640.00) | |

* quantity of each trade is divided by 100 to reflect the denomination in which the notes were offered.

**FXCM Loss Chart**
Class Period: March 15, 2012 through February 6, 2017

| Name | Date Purchased | Qty | Price per share | Total | Date Sold | Qty | Price per share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $2.43 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Shipco Transport Inc. | 2/23/2016 | 12,431 | ($12.58) | ($156,377.01) | | | | | | | | |
| | 2/23/2016 | 12,452 | ($11.77) | ($146,604.87) | | | | | | | | |
| | 2/29/2016 | 11,580 | ($12.55) | ($145,349.99) | | | | | | | | |
| | 2/29/2016 | 15,700 | ($12.51) | ($196,407.00) | | | | | | | | |
| | 3/1/2016 | 560 | ($13.47) | ($7,543.20) | | | | | | | | |
| | 3/2/2016 | 300 | ($14.00) | ($4,200.00) | | | | | | | | |
| | 3/3/2016 | 4,500 | ($15.57) | ($70,068.15) | | | | | | | | |
| | 3/3/2016 | 12,300 | ($16.38) | ($201,474.00) | | | | | | | | |
| | 3/10/2016 | 16,600 | ($14.63) | ($242,858.00) | | | | | | | | |
| **Totals** | | 86,423 | | ($1,170,882.22) | | | | | 86,423 | $210,007.89 | ($960,874.33) | |