UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>FXCM INC., DROR NIV and ROBERT LANDE,<br><br>        Defendants. | Civil Action No. 1:17-cv-00916-RA<br><br><u>CLASS ACTION</u> |
| YING ZHAO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>FXCM INC., DROR NIV and ROBERT N. LANDE,<br><br>        Defendants. | Civil Action No. 1:17-cv-00955-UA<br><br><u>CLASS ACTION</u> |
| DAVID BLINN, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>  vs.<br><br>FXCM INC., DROR NIV and ROBERT N. LANDE,<br><br>        Defendants. | Civil Action No. 1:17-cv-01028-RA<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF,
AND APPROVAL OF LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL

TO:   ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that proposed lead plaintiff Moshe Ariel ("Mr. Ariel") will move this Court, on a date and time as may be designated by the Court, at 40 Foley Square, New York, NY 10007, for an order pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), consolidating the above-captioned actions, appointing Mr. Ariel as Lead Plaintiff, and approving Mr. Ariel's selection of Robbins Geller Rudman & Dowd LLP and Johnson & Weaver, LLP as Lead Counsel.  In support of this motion, Mr. Ariel submits the accompanying Memorandum of Law, Declaration of David A. Rosenfeld, and a [Proposed] Order.

DATED:  April 10, 2017

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD
ANDREW L. SCHWARTZ

*/s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com
aschwartz@rgrdlaw.com

JOHNSON & WEAVER, LLP
MICHAEL I. FISTEL, JR.
40 Powder Springs Street
Marietta, GA  30064
Telephone:  770/200-3104
770/200-3101 (fax)
michaelf@johnsonandweaver.com

*[Proposed] Lead Counsel for Plaintiff*

CERTIFICATE OF SERVICE

      I, David A. Rosenfeld, hereby certify that on April 10, 2017, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                */s/ David A. Rosenfeld*
                                                DAVID A. ROSENFELD