UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FXCM INC., DROR NIV and ROBERT LANDE, <br><br> Defendants. | Civil Action No. 1:17-cv-00916-RA <br><br> <u>CLASS ACTION</u> |
| YING ZHAO, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FXCM INC., DROR NIV and ROBERT N. LANDE, <br><br> Defendants. | Civil Action No. 1:17-cv-00955-UA <br><br> <u>CLASS ACTION</u> |
| DAVID BLINN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> vs. <br><br> FXCM INC., DROR NIV and ROBERT N. LANDE, <br><br> Defendants. | Civil Action No. 1:17-cv-01028-RA <br><br> <u>CLASS ACTION</u> |

[PROPOSED] ORDER GRANTING MOTION FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL

Having considered Moshe Ariel's ("Mr. Ariel") Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel (the "Motion"), and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The above-captioned actions are consolidated;

3. Mr. Ariel is appointed as Lead Plaintiff, pursuant to 15 U.S.C. §78u-4(a)(3)(B); and

4. Lead Plaintiff's selection of Robbins Geller Rudman & Dowd LLP and Johnson & Weaver, LLP as Lead Counsel for the class is approved, pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v).

IT IS SO ORDERED.

DATED: _____    _____
                                                                            THE HONORABLE RONNIE ABRAMS
                                                                            UNITED STATES DISTRICT JUDGE