UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FXCM INC., DROR NIV and ROBERT LANDE,<br><br>    Defendants. | Civil Action No. 1:17-cv-00916-RA<br><br>CLASS ACTION |
| YING ZHAO, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FXCM INC., DROR NIV and ROBERT N. LANDE,<br><br>    Defendants. | Civil Action No. 1:17-cv-00955-UA<br><br>CLASS ACTION |
| DAVID BLINN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> vs.<br><br>FXCM INC., DROR NIV and ROBERT N. LANDE,<br><br>    Defendants. | Civil Action No. 1:17-cv-01028-RA<br><br>CLASS ACTION |

DECLARATION OF DAVID A. ROSENFELD IN SUPPORT OF MOTION FOR
CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF LEAD
PLAINTIFF'S SELECTION OF LEAD COUNSEL

I, DAVID A. ROSENFELD, declare as follows:

1. I am an attorney duly licensed to practice before the courts of the State of New York and this Court. I am a member of Robbins Geller Rudman & Dowd LLP, one of the proposed Lead Counsel for proposed Lead Plaintiff Moshe Ariel ("Mr. Ariel") in the above-captioned actions. I make this declaration in support of Mr. Ariel's Motion for Consolidation, Appointment as Lead Plaintiff, and Approval of Lead Plaintiff's Selection of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached are true and correct copies of the following exhibits:

Exhibit A: Notice of pendency of class action published on *Business Wire* on February 7, 2017;

Exhibit B: Mr. Ariel's Certification;

Exhibit C: Mr. Ariel's loss estimate, prepared by counsel;

Exhibit D: Robbins Geller Rudman & Dowd LLP's firm résumé; and

Exhibit E: Johnson & Weaver, LLP's firm résumé.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of April, 2017, at Melville, New York.

DATED: April 10, 2017

                                                */s/ David A. Rosenfeld*
                                                DAVID A. ROSENFELD

CERTIFICATE OF SERVICE

      I, David A. Rosenfeld, hereby certify that on April 10, 2017, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

                                                     */s/ David A. Rosenfeld*
                                                     DAVID A. ROSENFELD