## CERTIFICATION OF PLAINTIFF PURSUANT TO THE FEDERAL SECURITIES LAWS

I, Moshe Ariel ("Plaintiff"), declare the following as to the claims asserted, or to be asserted, under the federal securities laws:

1. Plaintiff has reviewed the facts and allegations of a complaint filed in this action and has authorized the filing of a motion for appointment as lead plaintiff.

2. Plaintiff did not acquire the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in any private action or any other litigation under the federal securities laws.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including testifying at deposition or trial, if necessary. Plaintiff understands that this is not a claim form, and that Plaintiff's ability to share in any recovery as a member of the class is not dependent upon execution of this Certification.

4. Plaintiff's Class Period purchase and sale transactions in FXCM, Inc. securities that are the subject of this action are included on the attached Schedule A. Plaintiff has complete authority to bring a lawsuit to recover for investment losses for all securities set forth in the attached Schedule A.

5. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro-rata share of any recovery, except reasonable costs and expenses – such as lost wages and travel expenses – directly related to the class representation, as ordered or approved by the Court pursuant to law.

6.  During the three years prior to the date of this Certification, Plaintiff has not sought to serve or served as a representative party for a class in an action filed under the federal securities laws.

Plaintiff declares under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 4th day of April, 2017.



_____
Moshe Ariel

## SCHEDULE A

## SECURITIES TRANSACTIONS

### Acquisitions

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 01/06/2016 | 26,000 | $16.30 |
| 01/12/2016 | 12,000 | $17.72 |
| 03/11/2016 | 10,400 | $11.15 |

### Sales

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 01/26/2016 | 400 | $10.72 |
| 05/13/2016 | 150 | $11.49 |
| 05/16/2016 | 50 | $11.35 |
| 05/20/2016 | 100 | $11.20 |
| 05/23/2016 | 200 | $10.80 |
| 05/24/2016 | 250 | $10.78 |
| 05/31/2016 | 125 | $10.47 |
| 06/03/2016 | 125 | $10.40 |
| 06/06/2016 | 800 | $10.00 |
| 06/06/2016 | 200 | $10.00 |
| 06/09/2016 | 20 | $9.50 |
| 06/21/2016 | 80 | $8.68 |
| 07/14/2016 | 800 | $8.95 |
| 07/18/2016 | 100 | $8.96 |
| 08/01/2016 | 200 | $9.30 |
| 08/09/2016 | 790 | $10.12 |
| 08/16/2016 | 110 | $9.92 |
| 08/18/2016 | 400 | $10.20 |
| 08/24/2016 | 300 | $9.28 |
| 08/29/2016 | 250 | $9.30 |
| 08/30/2016 | 1,000 | $9.46 |
| 09/15/2016 | 270 | $9.12 |
| 09/15/2016 | 450 | $9.07 |
| 09/19/2016 | 230 | $8.97 |
| 10/05/2016 | 200 | $8.37 |
| 10/10/2016 | 200 | $8.41 |
| 11/03/2016 | 175 | $7.95 |
| 11/08/2016 | 150 | $7.80 |
| 11/09/2016 | 75 | $7.65 |
| 11/09/2016 | 250 | $7.65 |
| 11/11/2016 | 100 | $7.90 |
| 11/14/2016 | 400 | $7.90 |
| 11/14/2016 | 400 | $7.95 |
| 11/21/2016 | 500 | $7.80 |
| 11/23/2016 | 100 | $7.85 |
| 11/23/2016 | 5 | $7.60 |

| Date Sold | Type/Amount of Securities Sold | Price |
|---|---|---|
| 12/02/2016 | 101 | $7.61 |
| 12/05/2016 | 283 | $7.66 |
| 12/05/2016 | 100 | $8.60 |
| 12/13/2016 | 111 | $8.60 |
| 12/19/2016 | 200 | $8.65 |
| 12/21/2016 | 50 | $7.85 |
| 12/21/2016 | 100 | $7.85 |
| 12/27/2016 | 35 | $7.36 |
| 01/04/2017 | 315 | $7.45 |
| 01/09/2017 | 100 | $7.50 |
| 01/10/2017 | 26 | $7.40 |
| 01/10/2017 | 374 | $7.30 |
| 01/12/2017 | 1,000 | $7.25 |
| 01/17/2017 | 1,000 | $7.25 |
| 01/17/2017 | 1,000 | $7.25 |
| 01/17/2017 | 1,000 | $7.25 |