# EXHIBIT C

| Name | Date | Shares Purchased | Share Price | Total Cost | Date | Shares Sold | Share Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Moshe Ariel** | 01/06/2016 | 26,000 | $16.30 | $423,797.01 | 01/26/2016 | 400 | $10.72 | $4,288.04 | |
| | 01/12/2016 | 12,000 | $17.72 | $212,627.14 | 05/13/2016 | 150 | $11.49 | $1,723.50 | |
| | 03/11/2016 | 10,400 | $11.15 | $115,960.00 | 05/16/2016 | 50 | $11.35 | $567.50 | |
| | | | | | 05/20/2016 | 100 | $11.20 | $1,120.00 | |
| | | | | | 05/23/2016 | 200 | $10.80 | $2,160.00 | |
| | | | | | 05/24/2016 | 250 | $10.78 | $2,695.03 | |
| | | | | | 05/31/2016 | 125 | $10.47 | $1,308.76 | |
| | | | | | 06/03/2016 | 125 | $10.40 | $1,300.00 | |
| | | | | | 06/06/2016 | 800 | $10.00 | $8,000.00 | |
| | | | | | 06/06/2016 | 200 | $10.00 | $2,000.00 | |
| | | | | | 06/09/2016 | 20 | $9.50 | $190.00 | |
| | | | | | 06/21/2016 | 80 | $8.68 | $694.40 | |
| | | | | | 07/14/2016 | 800 | $8.95 | $7,160.00 | |
| | | | | | 07/18/2016 | 100 | $8.96 | $896.00 | |
| | | | | | 08/01/2016 | 200 | $9.30 | $1,860.00 | |
| | | | | | 08/09/2016 | 790 | $10.12 | $7,994.80 | |
| | | | | | 08/16/2016 | 110 | $9.92 | $1,091.20 | |
| | | | | | 08/18/2016 | 400 | $10.20 | $4,080.00 | |
| | | | | | 08/24/2016 | 300 | $9.28 | $2,784.00 | |
| | | | | | 08/29/2016 | 250 | $9.30 | $2,325.00 | |
| | | | | | 08/30/2016 | 1,000 | $9.46 | $9,460.00 | |
| | | | | | 09/15/2016 | 270 | $9.12 | $2,462.40 | |
| | | | | | 09/15/2016 | 450 | $9.07 | $4,081.55 | |
| | | | | | 09/19/2016 | 230 | $8.97 | $2,063.10 | |
| | | | | | 10/05/2016 | 200 | $8.37 | $1,673.00 | |
| | | | | | 10/10/2016 | 200 | $8.41 | $1,682.00 | |
| | | | | | 11/03/2016 | 175 | $7.95 | $1,391.25 | |
| | | | | | 11/08/2016 | 150 | $7.80 | $1,170.00 | |
| | | | | | 11/09/2016 | 75 | $7.65 | $573.75 | |
| | | | | | 11/09/2016 | 250 | $7.65 | $1,912.50 | |
| | | | | | 11/11/2016 | 100 | $7.90 | $790.00 | |
| | | | | | 11/14/2016 | 400 | $7.90 | $3,160.00 | |
| | | | | | 11/14/2016 | 400 | $7.95 | $3,180.00 | |
| | | | | | 11/21/2016 | 500 | $7.80 | $3,900.00 | |
| | | | | | 11/23/2016 | 100 | $7.85 | $785.00 | |
| | | | | | 11/23/2016 | 5 | $7.60 | $38.00 | |
| | | | | | 12/02/2016 | 101 | $7.61 | $768.11 | |
| | | | | | 12/05/2016 | 283 | $7.66 | $2,166.37 | |
| | | | | | 12/05/2016 | 100 | $8.60 | $860.00 | |
| | | | | | 12/13/2016 | 111 | $8.60 | $954.60 | |
| | | | | | 12/19/2016 | 200 | $8.65 | $1,730.00 | |
| | | | | | 12/21/2016 | 50 | $7.85 | $392.50 | |
| | | | | | 12/21/2016 | 100 | $7.85 | $785.00 | |
| | | | | | 12/27/2016 | 35 | $7.36 | $257.43 | |
| | | | | | 01/04/2017 | 315 | $7.45 | $2,346.75 | |
| | | | | | 01/09/2017 | 100 | $7.50 | $750.00 | |
| | | | | | 01/10/2017 | 26 | $7.40 | $192.40 | |
| | | | | | 01/10/2017 | 374 | $7.30 | $2,730.20 | |
| | | | | | 01/12/2017 | 1,000 | $7.25 | $7,250.00 | |

Movant's Purchases and Losses    Class Period: 03/15/2012 - 02/06/2017    FXCM Inc.

| Date | Shares | Price | Total |
|---|---|---|---|
| 01/17/2017 | 1,000 | $7.25 | $7,250.00 |
| 01/17/2017 | 1,000 | $7.25 | $7,250.00 |
| 01/17/2017 | 1,000 | $7.25 | $7,250.00 |
| held | 32,650 | $2.43 | $79,206.91 |

| | | | | | |
|---|---|---|---|---|---|
| **Movant's Total** | 48,400 | $752,384.15 | 48,400 | $214,701.03 | ($537,683.12) |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period.  The price used is $2.43 as of April 06, 2017 for common stock.