# EXHIBIT B

# Plaintiff's Certification

I, Wendy Howell, certify that:

1. Plaintiff has reviewed the complaint and authorized its filing.

2. Plaintiff did not purchase the security that is the subject of the complaint at the direction of plaintiff's counsel or in order to participate in any private action arising under this title.

3. Plaintiff is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in the security that is the subject of the complaint during the class period specified in the complaint are as follows:

5. Plaintiff has not sought to serve, or served, as a representative party on behalf of a class under this title during the 3-year period preceding the date on which this certification is signed, except as follows:

6. Plaintiff will not accept any payment for serving as a representative party on behalf of a class beyond the plaintiff's pro rata share of any recovery, except as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 4/10/2017



(redacted)

**GLOBAL BROKERAGE, INC. (f/k/a FXCM, INC.) (GLBR/FXCM)**    Howell, Wendy

**LIST OF PURCHASES AND SALES**

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 1/30/2015 | Purchase | 8,900 | $2.2000 |
| 2/2/2015 | Purchase | 26,100 | $2.2000 |
| 2/3/2015 | Purchase | 15,000 | $2.1100 |
| 2/5/2015 | Purchase | 13,000 | $2.3500 |
| 2/13/2015 | Purchase | 2,500 | $2.1700 |
| 2/13/2015 | Purchase | 1,000 | $2.1700 |
| 3/18/2015 | Purchase | 3,000 | $2.1500 |
| 3/18/2015 | Purchase | 72,000 | $2.1500 |
| 3/26/2015 | Purchase | 78,000 | $2.1000 |
| 5/12/2015 | Purchase | 22,000 | $1.9000 |
| 5/26/2015 | Purchase | 15,000 | $1.6600 |
| 6/30/2015 | Purchase | 200 | $1.4864 |
| 6/30/2015 | Purchase | 3,000 | $1.4875 |
| 7/2/2015 | Purchase | 500 | $1.4500 |
| 3/16/2015 | Sale | 2,500 | $2.4029 |
| 3/16/2015 | Sale | 4,800 | $2.4401 |
| 3/16/2015 | Sale | 1,600 | $2.4411 |
| 3/16/2015 | Sale | 15,400 | $2.4400 |
| 3/16/2015 | Sale | 4,300 | $2.4300 |
| 3/16/2015 | Sale | 5,120 | $2.4100 |
| 3/16/2015 | Sale | 4,200 | $2.4200 |
| 3/16/2015 | Sale | 28,580 | $2.4000 |
| 3/25/2015 | Sale | 72,000 | $2.2800 |
| 11/6/2016 | Sale | 320 | $7.6615 |

## CERTIFICATION PURSUANT
## TO FEDERAL SECURITIES LAWS

1. I, _____Gene Segalis_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against FXCM Inc. ("FXCM" or the "Company"), and authorize the filing of a comparable complaint on my behalf.

3. I did not purchase or acquire FXCM securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired FXCM securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in FXCM securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

Executed _February 7th, 2017_
        (Date)

_/s/ Gene Segalis_
(Signature)

Gene Segalis
(Type or Print Name)

**GLOBAL BROKERAGE, INC. (f/k/a FXCM, INC.) (GLBR/FXCM)**  **Segalis, Gene**

### LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 5/8/2015 | Purchase | 583 | $1.8000 |
| 5/13/2015 | Purchase | 66,083 | $1.8000 |

**Submission Date**

2017-02-15 17:21:51

# CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.   I  make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2.   I have reviewed a Complaint against against FXCM Inc. ("FXCM" or the "Company") and, authorize the filing of a comparable complaint on my behalf.

3.   I did not purchase or acquire FXCM securities at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.   I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired FXCM securities during the class period, including providing testimony at deposition and trial, if necessary.  I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5.   To the best of my current knowledge, the attached sheet lists all of my transactions in FXCM securities during the Class Period as specified in the Complaint.

6.   During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7.   I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8.   I declare under penalty of perjury that the foregoing is true and correct.

## Name

**Print Name**

John Dearborn

## Acquisitions

**Configurable list (if none enter none)**

| Date Acquired | Number of Shares Acquired | Price per Share Acquired |
|---|---|---|
| 03/30/2015 | 2000 | 21.69 |

## Sales



**Full Name**

John  Dearborn



**GLOBAL BROKERAGE, INC. (f/k/a FXCM, INC.) (GLBR/FXCM**        **Dearborn, John**

## LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 3/30/2015 | Purchase | 2,000 | $21.6900 |

# CERTIFICATION PURSUANT
# TO FEDERAL SECURITIES LAWS

1. I, _____Timothy Allen Black_____, make this declaration pursuant to Section 27(a)(2) of the Securities Act of 1933 ("Securities Act") and/or Section 21D(a)(2) of the Securities Exchange Act of 1934 ("Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed a Complaint against FXCM, Inc. ("FXCM" or the "Company") and, authorize the filing of a motion on my behalf for appointment as lead plaintiff.

3. I did not purchase or acquire FXCM securities at the direction of plaintiffs counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased or acquired FXCM securities during the class period, including providing testimony at deposition and trial, if necessary. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

5. To the best of my current knowledge, the attached sheet lists all of my transactions in FXCM securities during the Class Period as specified in the Complaint.

6. During the three-year period preceding the date on which this Certification is signed, I have not sought to serve as a representative party on behalf of a class under the federal securities laws.

7. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

8. I declare under penalty of perjury that the foregoing is true and correct.

**Executed**   4/10/2017
          **(Date)**

                                    *thy Allen Black*
                              _____
                                        **(Signature)**


                                    Timothy Allen Black
                              _____
                                    **(Type or Print Name)**

**GLOBAL BROKERAGE, INC. (f/k/a FXCM, INC.) (GLBR/FXCM)**　　　　　　　**Black, Timothy**

LIST OF PURCHASES AND SALES

| DATE | PURCHASE OR SALE | NUMBER OF SHS/UTS | PRICE PER SH/UT |
|---|---|---|---|
| 1/21/2015 | Purchase | 20,000 | $2.4094 |
| 1/21/2015 | Purchase | 20,000 | $2.1000 |
| 1/22/2015 | Purchase | 17,010 | $2.9500 |
| 1/21/2015 | Sale | 20,000 | $2.4500 |
| 1/21/2015 | Sale | 20,000 | $2.3200 |
| 10/24/2016 | Sale | 3 | $7.9000 |