# EXHIBIT C

**GLOBAL BROKERAGE, INC. (f/k/a FXCM, INC.) (GLBR/FXCM)**
CLASS PERIOD: MAR 15 2012 to FEB 6 2017
Oct 1 2015 Split (1:10)

60-Day*
Mean-Price
$2.4237

| Plaintiff | Purchase Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | Shares Retained | Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Howell, Wendy | 1/30/2015 | 8,900 | $2.2000 | ($19,580) | 3/16/2015 | (2,500) | $2.4029 | $6,007 | | | |
| Howell, Wendy | 2/2/2015 | 26,100 | $2.2000 | ($57,420) | 3/16/2015 | (4,800) | $2.4401 | $11,712 | | | |
| Howell, Wendy | 2/3/2015 | 15,000 | $2.1100 | ($31,650) | 3/16/2015 | (1,600) | $2.4411 | $3,906 | | | |
| Howell, Wendy | 2/5/2015 | 13,000 | $2.3500 | ($30,550) | 3/16/2015 | (15,400) | $2.4400 | $37,576 | | | |
| Howell, Wendy | 2/13/2015 | 2,500 | $2.1700 | ($5,425) | 3/16/2015 | (4,300) | $2.4300 | $10,449 | | | |
| Howell, Wendy | 2/13/2015 | 1,000 | $2.1700 | ($2,170) | 3/16/2015 | (5,120) | $2.4100 | $12,339 | | | |
| Howell, Wendy | 3/18/2015 | 3,000 | $2.1500 | ($6,450) | 3/16/2015 | (4,200) | $2.4200 | $10,164 | | | |
| Howell, Wendy | 3/18/2015 | 72,000 | $2.1500 | ($154,800) | 3/16/2015 | (28,580) | $2.4000 | $68,592 | | | |
| Howell, Wendy | 3/26/2015 | 78,000 | $2.1000 | ($163,800) | 3/25/2015 | (72,000) | $2.2800 | $164,160 | | | |
| Howell, Wendy | 5/12/2015 | 22,000 | $1.9000 | ($41,800) | 11/6/2016 | (320) | $7.6615 | $2,452 | | | |
| Howell, Wendy | 5/26/2015 | 15,000 | $1.6600 | ($24,900) | | | | | | | |
| Howell, Wendy | 6/30/2015 | 200 | $1.4864 | ($297) | | | | | | | |
| Howell, Wendy | 6/30/2015 | 3,000 | $1.4875 | ($4,463) | | | | | | | |
| Howell, Wendy | 7/2/2015 | 500 | $1.4500 | ($725) | | | | | | | |
| **Howell, Wendy** | | **260,200** | | **($544,030)** | | **(138,500)** | | **$327,357** | **11,850** | **$28,721** | **($187,951)** |
| Segalis, Gene | 5/8/2015 | 583 | $1.8000 | ($1,049) | | | | | | | |
| Segalis, Gene | 5/13/2015 | 66,083 | $1.8000 | ($118,949) | | | | | | | |
| **Segalis, Gene** | | **66,666** | | **($119,999)** | | | | | **6,667** | **$16,158** | **($103,841)** |
| **Dearborn, John** | 3/30/2015 | **2,000** | $21.6900 | **($43,380)** | | | | | **200** | **$485** | **($42,895)** |
| Black, Timothy | 1/21/2015 | 20,000 | $2.4094 | ($48,188) | 1/21/2015 | (20,000) | $2.4500 | $49,000 | | | |
| Black, Timothy | 1/21/2015 | 20,000 | $2.1000 | ($42,000) | 1/21/2015 | (20,000) | $2.3200 | $46,400 | | | |
| Black, Timothy | 1/22/2015 | 17,010 | $2.9500 | ($50,180) | 10/24/2016 | (3) | $7.9000 | $24 | | | |
| **Black, Timothy** | | **57,010** | | **($140,368)** | | **(40,003)** | | **$95,424** | **1,698** | **$4,115** | **($40,828)** |

Summary
| Plaintiff | | Shares | | Amount | | Shares | | Amount | Shares Retained | | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Howell, Wendy | | 260,200 | | ($544,030) | | (138,500) | | $327,357 | 11,850 | | ($187,951) |
| Segalis, Gene | | 66,666 | | ($119,999) | | | | | 6,667 | | ($103,841) |
| Dearborn, John | | 2,000 | | ($43,380) | | | | | 200 | | ($42,895) |
| Black, Timothy | | 57,010 | | ($140,368) | | (40,003) | | $95,424 | 1,698 | | ($40,828) |
| **Total** | | **385,876** | | **($847,776)** | | **(178,503)** | | **$422,781** | **20,415** | | **($375,516)** |

*Avg Closing Prices from Feb 7 to Apr 7