UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, individually and on behalf of all others similarly situated,<br><br>                                         Plaintiff,<br><br>              -against-<br><br>FXCM INC., DROR NIV AND ROBERT LANDE,<br><br>                                         Defendants. | Case No. 1:17-cv-00916-RA<br><br>**FRCP RULE 7.1 STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for defendant FXCM, Inc. (n/k/a Global Brokerage, Inc.) certifies that it has no corporate parents, affiliates, and/or subsidiaries which are publicly held.

Dated:  April 13, 2017
           New York, New York

                                                            Respectfully submitted,

                                                            KING & SPALDING LLP

                                                            By: */s/ Israel Dahan*
                                                            Israel Dahan
                                                            1185 Avenue of the Americas
                                                            New York, NY 10036
                                                            idahan@kslaw.com
                                                            Telephone: (212) 556-2100
                                                            Facsimile: (212) 556-2222

                                                            *Attorney for Defendants*
                                                            *FXCM Inc., Dror Niv and Robert Lande*