USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 04/18/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TONY KHOURY *individually and on behalf of all others similarly situated*,

          Plaintiff,

v.

FXCM INC., DROR NIV and ROBERT LANDE,

          Defendants.

---

No. 17-CV-916 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    Before the Court are five related actions: *Khoury v. FXCM Inc.* (No. 17-cv-916), *Zhao v. FXCM Inc.* (No. 17-cv-955), *Blinn v. FXCM Inc.* (No. 17-cv-1028), *Raul v. Sakhai* (No. 17-cv-2035), and *683 Capital Partners, LP v. Global Brokerage, Inc.* (No. 17-cv-2506). A conference in these actions shall be held on May 5, 2017 at 1:30 p.m. in Courtroom 1506 of the U.S. District Court for the Southern District of New York, 40 Foley Square, New York, New York. At this conference, the Court shall address the pending motions to consolidate the related actions, to appoint lead plaintiff(s), and to appoint lead plaintiffs' counsel. The initial pretrial conferences presently scheduled for April 21, 2017 in *Khoury* (No. 17-cv-916), *Blinn* (No. 17-cv-1028), and *Raul* (No. 17-cv-2035) are hereby adjourned until further notice from the Court.

Dated:    April 18, 2017
               New York, New York

                                            Ronnie Abrams
                                            United States District Judge