**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff(s),<br><br>v.<br><br>FXCM INC., DROR NIV and ROBERT LANDE,<br><br>                              Defendants. | No.: 1:17-cv-00916<br><br>**NOTICE OF NON-OPPOSITION OF THE GLOBAL BROKERAGE INVESTOR GROUP TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF COUNSEL** |
| YING ZHAO, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff(s),<br><br>v.<br><br>FXCM INC., DROR NIV and ROBERT N. LANDE,<br><br>                              Defendants. | No.: 1:17-cv-00955 |
| DAVID BLINN, Individually and on Behalf of All Others Similarly Situated,<br><br>                              Plaintiff(s),<br><br>v.<br><br>FXCM INC., DROR NIV and ROBERT N. LANDE,<br><br>                              Defendants. | No.: 1:17-cv-01028 |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

On April 10, 2017, Wendy Howell, Gene Segalis, John Dearborn, and Timothy Black (collectively, the "Global Brokerage Investor Group" or "Movants") filed a motion under the Private Securities Litigation Reform Act of 1995 ("PSLRA") asking the Court to consolidate the above-captioned related actions, appoint Movants as Lead Plaintiff for the Class, and approve Movants' selection of Lead Counsel for the Class.  (Dkt. No. 31.)

Based upon the Global Brokerage Investor Group's review of the competing submissions, it appears that Movants do not assert the largest financial interest in the relief being sought by the Class within the meaning of the PSLRA, and that competing movants 683 Capital Partners, LP and Shipco Transport Inc., having alleged losses of nearly $8.8 million in connection with their purchases of the securities of FXCM, Inc. during the Class Period, do assert the largest financial interest in the relief being sought by the Class (*see* 15 U.S.C. § 78u-4(a)(3)(B)(iii)).

This notice of non-opposition to the competing motions shall have no impact on Movants' membership in the proposed Class or their right to share in any recovery obtained for the benefit of Class members.  In the event that the Court determines that the competing movants are inadequate or incapable of representing the class, the Global Brokerage Investor Group's members continue to be willing and able to serve as Lead Plaintiffs.

Dated:  April 20, 2017

                                                    Respectfully submitted,

                                                    **POMERANTZ LLP**

                                                    */s/ Jeremy A. Lieberman*
                                                    Jeremy A. Lieberman
                                                    J. Alexander Hood II
                                                    Hui M. Chang
                                                    600 Third Avenue, 20th Floor
                                                    New York, NY 10016
                                                    Telephone: (212) 661-1100
                                                    Facsimile: (212) 661-8665
                                                    Email:  jalieberman@pomlaw.com

ahood@pomlaw.com
hchang@pomlaw.com

**POMERANTZ LLP**
Patrick V. Dahlstrom
Ten South LaSalle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184
Email: pdahlstrom@pomlaw.com

*Counsel for Movants*