UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>      Defendants. | **Civil Action: 1:17-cv-00916 (RA)** |
| YING ZHAO, Individually and On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>FXCM INC., DROR NIV, AND ROBERT LANDE,<br><br>      Defendants. | **Civil Action: 1:17-cv-00955** |
| DAVID BLIN, Individually and On Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br> vs.<br><br>FXCM INC., DROR NIV, AND ROBERT LANDE,<br><br>      Defendants. | **Civil Action: 1:17-CV-01028 (RA)** |

**NOTICE OF NON-OPPOSITION OF KATHY GRAY
TO COMPETING MOTIONS FOR CONSOLIDATION, APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF LEAD AND LIAISON COUNSEL**

PLEASE TAKE NOTICE that lead plaintiff movant Kathy Gray hereby withdraws her motion which sought her appointment as Lead Plaintiff and approval of her selection of Lead Counsel.

On April 10, 2017, Kathy Gray filed a motion under the Private Securities Litigation Reform Act of 1995 ("PSLRA") asking the Court to consolidate the above-captioned related actions, appoint Movant as Lead Plaintiff for the Class, and approve Movant's selection of Lead Counsel for the Class. (Dkt. No. 23.)

Based upon Kathy Gray's review of the competing submissions, it appears that Movant does not assert the largest financial interest in the relief being sought by the Class within the meaning of the PSLRA, and that competing movants 683 Capital Partners, LP and Shipco Transport Inc., having alleged losses of nearly $8.8 million in connection with their purchases of the securities of FXCM, Inc. during the Class Period, do assert the largest financial interest in the relief being sought by the Class (*see* 15 U.S.C. § 78u-4(a)(3)(B)(iii)).

Lead Plaintiff Movant Kathy Gray remains ready, willing and able to serve as lead plaintiff should the Court decline to appoint another movant.

This withdrawal shall have no effect upon Ms. Gray's rights as a member of the proposed class, including, but not limited to, the right to share in any recovery from the resolution of these actions through settlement, judgment or otherwise.

Dated: April 24, 2017

                                                                         Respectfully submitted,

                                                                        *GAINEY McKENNA & EGLESTON*

- 3 -

By: */s/ Thomas J. McKenna*
Thomas J. McKenna
Gregory M. Egleston
440 Park Avenue South, 5th Floor
New York, NY 10016
Telephone: (212) 683-3400
Facsimile: (212) 683-3402
Email: tjmckenna@gme-law.com
Email: gegleston@gme-law.com

***Proposed Lead Counsel***

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 24, 2017.

*/s/ Thomas J. McKenna*
Thomas J. McKenna