## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br>    v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT LANDE,<br><br>             Defendants. | Civil Action No. 1:17-cv-00916 |
| YING ZHAO, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br>    v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT N. LANDE,<br><br>             Defendants. | Civil Action No. 1:17-cv-00955 |
| DAVID BLINN, Individually and On Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br>    v.<br><br>FXCM INC.,<br>DROR NIV, and ROBERT N. LANDE,<br><br>             Defendants. | Civil Action No. 1:17-cv-01028 |

| | |
|---|---|
| 683 CAPITAL PARTNERS, LP, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>GLOBAL BROKERAGE, INC. f/k/a FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>Defendants. | Civil Action No. 1:17-cv-02506 |

**NOTICE OF WITHDRAWAL OF ADI DAMTY AND ABED LATIF'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS**

Lead plaintiff movants Adi Damty and Abed Latif ("Movants"), having reviewed the lead plaintiff submissions filed in the above-captioned actions, have determined that they do not have the largest financial interest in the relief sought by the class. As such, Movants hereby withdraw their motion for appointment as co-lead plaintiffs. This withdrawal shall have no impact on Movants' membership in the proposed class or their right to share in any recovery obtained for the benefit of class members.

In the event the Court determines that competing movants are inadequate or incapable of representing the class, Movants remain ready, willing and able to assume the duties as lead or co-lead plaintiff and/or as class representatives.

Dated:  April 24, 2017                                                           Respectfully submitted,

**GARDY & NOTIS, LLP**

By: s/ Jennifer Sarnelli
James S. Notis
Jennifer Sarnelli
126 East 56th Street, 8th Floor
New York, NY 10022
Tel: 212-905-0509

Fax: 212-905-0508
jnotis@gardylaw.com
jsarnelli@gardylaw.com

**BLOCK & LEVITON LLP**
Jeffrey C. Block
Bradley J. Vettraino
155 Federal Street, Suite 400
Boston, MA 02110
Tel: 617-398-5600
Fax: 617-507-6020
Jeff@blockesq.com
Bradley@blockesq.com

*Counsel for Lead Plaintiff Movants Adi Damty and Abed Latif and Proposed Counsel for the Class*

3

## **CERTIFICATE OF SERVICE**

      I, Jennifer Sarnelli, hereby certify that a copy of the foregoing document, filed through the CM/ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on April 24, 2017.

                                                       /s/ Jennifer Sarnelli