UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on behalf all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>           Defendants. | No. 1:17-cv-00916 (RA) |
| YING ZHAO, Individually and on behalf all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>           Defendants. | No. 1:17-cv-00955 |
| DAVID BLINN, Individually and on behalf all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>           Defendants. | No. 1:17-cv-01028 |
| 683 CAPITAL PARTNERS, L.P., Individually and on behalf all others similarly situated,<br><br>           Plaintiff,<br>v.<br><br>GLOBAL BROKERAGE, INC. f/k/a FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>           Defendants. | No. 1:17-cv-02506 |

**NOTICE OF NON-OPPOSITION TO THE MOTION FOR APPOINTMENT
AS LEAD PLAINTIFFS AND FOR LEAD COUNSEL
OF 683 CAPITAL PARTNERS, L.P. AND SHIPCO TRANSPORTATION**

PLEASE TAKE NOTICE THAT lead plaintiff movant Sergey Regukh ("Movant") hereby files this Notice of Non-Opposition to the motion of 683 Capital Partners, L.P. and Shipco Transportation for appointment as lead plaintiffs and approval of lead counsel. After review of the various financial interests of the lead plaintiff movants, it appears that 683 Capital Partners, L.P. and Shipco Transportation have the largest financial interest in this litigation and are, therefore, the presumptive lead plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78u-4(a)(3)(B)(iii).

This Notice of Non-Opposition shall have no effect on, and is without prejudice to, Movant's status as a member of the proposed class including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise. Furthermore, should 683 Capital Partners, L.P. and Shipco Transportation be unable to serve as lead plaintiffs, Movant has the second largest financial interest in the litigation with losses amounting to $2,165,815 and thus remains ready, willing and able to serve as Lead Plaintiff if the need arises.

Dated: April 24, 2017

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

/s/ Matthew M. Guiney
Matthew M. Guiney
Gregory M. Nespole
Kevin G. Cooper
270 Madison Avenue
New York, NY 10016
Tel: 212-545-4600
Fax: 212-686-0114
Guiney@whafh.com
GMN@whafh.com
KCooper@whafh.com

*Counsel for Movant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2017, I electronically filed the foregoing and all related documents with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ *Matthew M. Guiney*
Matthew M. Guiney