# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TONY KHOURY, Individually and on Behalf of all others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>        Defendants. | Civil Action No. 1:17-cv-00916-RA |
| YING ZHAO, Individually and on Behalf of all others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>        Defendants. | Civil Action No. 1:17-cv-00955-RA |
| DAVID BLINN, Individually and on Behalf of all others Similarly Situated,<br><br>        Plaintiff,<br>    v.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>        Defendants. | Civil Action No. 1:17-cv-01028-RA |

**NOTICE OF NON-OPPOSITION TO THE MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND FOR LEAD COUNSEL OF HANY SIKAIK**

PLEASE TAKE NOTICE THAT lead plaintiff movant Hany Sikaik ("Movant") hereby files this Notice of Non-Opposition to the motion of 683 Capital Partners, L.P. and Shipco Transportation for appointment as lead plaintiffs and approval of lead counsel. After review of the various financial interests of the lead plaintiff movants, it appears that 683 Capital Partners, L.P. and Shipco Transportation have the largest financial interest in this litigation are, therefore, the presumptive lead plaintiffs pursuant to the Private Securities Litigation Reform Act of 1995. 15 U.S.C. § 78(u)-4(a)(3)(B)(iii).

This Notice of Non-Opposition shall have no effect on, and is without prejudice to, Movant's status as a member of the proposed class including, but not limited to, the right to share in any recovery from the resolution of this litigation through settlement, judgment, or otherwise. Furthermore, should 683 Capital Partners, L.P. and Shipco Transportation be unable to serve as lead plaintiffs, Movant remains ready, willing, and able to serve as Lead Plaintiff if the need arises.

Dated: New York, New York
April 24, 2017

          Respectfully submitted,

          **NEWMAN FERRARA LLP**

By: *s/ Jeffrey M. Norton*
Jeffrey M. Norton
1250 Broadway, 27th Floor
New York, New York 10001
(212) 619-5400
jnorton@nfllp.com

*Attorneys for Proposed*
*Lead Plaintiff Hany Sikaik*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2017, I electronically filed the foregoing and all related documents with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                         *s/ Jeffrey M. Norton*
                         Jeffrey M. Norton