**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| -------------------------------------------------------------------------X<br>TONY KHOURY, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>FXCM INC., DROR NIV, and ROBERT LANDE,<br><br>        Defendants. | CASE No.: 1:17-cv-00916-RA<br><br>**NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF 683 CAPITAL PARTNERS, LP AND SHIPCO TRANSPORT INC., DKT. # 26**<br><br>**CLASS ACTION** |
| -------------------------------------------------------------------------X<br>-------------------------------------------------------------------------X<br>YING ZHAO, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>        vs.<br><br>FXCM INC., DROR NIV, and ROBERT N. LANDE,<br><br>        Defendants.<br>-------------------------------------------------------------------------X | CASE No.: 1:17-cv-00955-RA<br><br>**CLASS ACTION** |

1

| | |
|---|---|
| ------------------------------------------------------------------------X | **CASE No.: 1:17-cv-01028-RA** |
| DAVID BLINN, Individually and on Behalf of All Others Similarly Situated, | |
| | **CLASS ACTION** |
| Plaintiff, | |
| vs. | |
| FXCM INC, DROR NIV, and ROBERT N. LANDE, | |
| Defendants. | |
| ------------------------------------------------------------------------X | |
| ------------------------------------------------------------------------X | **CASE No.: 1:17-cv-02506-RA** |
| 683 CAPITAL PARTNERS, LP, Individually and on Behalf of All Others Similarly Situated, | |
| | **CLASS ACTION** |
| Plaintiff, | |
| vs. | |
| GLOBAL BROKERAGE, INC. f/k/a FXCM INC., DROR NIV, and ROBERT LANDE, | |
| Defendants. | |
| ------------------------------------------------------------------------X | |

Lead Plaintiff movants 683 Capital Partners, LP and Shipco Transport Inc. (collectively, "Movants") respectfully submit this Notice of non-opposition to their motion for appointment as Co-Lead Plaintiffs and approval of their selection of The Rosen Law Firm, P.A. as lead counsel, Doc. No. 26 ("Movants' Lead Plaintiff Motion").

The deadline for class members seeking appointment for Lead Plaintiff in the above-captioned actions was April 10, 2017. On that day, eight (8) movants each timely filed motions for consolidation and appointment as lead plaintiff and lead counsel. *See* Doc. Nos. 11, 14, 17, 20, 23, 26, 28, 31. Pursuant to Local Civil Rule 6.1(b), any oppositions to Movants' Lead

2

Plaintiff Motion were due on April 24, 2017. On April 20, 2017, The Global Brokerage Investor Group filed a notice of non-opposition to Movants' Lead Plaintiff Motion and conceded "that competing movants 683 Capital Partners, LP and Shipco Transport Inc., having alleged losses of nearly $8.8 million in connection with their purchases of the securities of FXCM, Inc. during the Class Period, do assert the largest financial interest in the relief being sought by the Class." *See* Doc. No. 37, at 2.

On April 24, 2017, Movants' filed their opposition to the competing lead plaintiff motions. *See* Doc. No. 39. That same day, four (4) movants' filed notices of non-oppositions to Movants' Lead Plaintiff Motion, and one (1) movant withdrew its lead plaintiff motion. *See* Doc. Nos. 38, 40, 41, 42, 43. Movant Moshe Ariel did not file any opposition/response to Movants' Lead Plaintiff Motion by the April 24, 2017 deadline, and therefore abandoned his lead plaintiff motion.

Accordingly, Movants' Lead Plaintiff Motion is unopposed. Because Movants' motion is unopposed the Court should grant the motion.

Dated: April 25, 2017    Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com

[Proposed] Lead Counsel for Plaintiffs and Class

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April 2017, a true and correct copy of the foregoing **NOTICE OF NON-OPPOSITION TO LEAD PLAINTIFF MOTION OF 683 CAPITAL PARTNERS, LP AND SHIPCO TRANSPORT INC., DKT. # 26** was served by CM/ECF to the parties registered to the Court's CM/ECF system.

          /s/ Phillip Kim