# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Israel Dahan
Partner
Direct Dial: +1 212 556 2114
idahan@kslaw.com

July 18, 2017

*Via ECF*

The Honorable Ronnie Abrams
United States District Judge
Southern District New York
40 Foley Square, Room 2203
New York, NY 10007

   Re: *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*;
      Case No. 1:17-cv-00916-RA

Dear Judge Abrams,

  We are counsel to Defendants Global Brokerage, Inc. f/k/a FXCM Inc. ("FXCM"), Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff, Perry G. Fish, and Bryan Reyhani (collectively, the "Defendants") in the above-referenced Action. Defendants intend to file a single motion to dismiss and memorandum of law in support of the motion to dismiss on behalf of <u>all 19</u> Defendants.

  In consideration of the decision to make a single motion to dismiss on behalf of all Defendants, the parties submit this letter in accordance with Your Honor's "Individual Rules & Practices in Civil Cases," Practice 1.A, and respectfully request permission to extend the page limitations imposed by Practice 4.A. Specifically, Plaintiffs and Defendants request Your Honor's permission for Defendants to file a memorandum of law in support of their motion to dismiss that shall not exceed 50 pages, for Plaintiffs to file an opposition brief that shall not exceed 50 pages, and for Defendants to file a reply brief that shall not exceed 25 pages.

  We appreciate your consideration of this request.

              Respectfully Submitted,

              */s/ Israel Dahan*
              Israel Dahan
              *Counsel for Defendants*