**THE ROSEN LAW FIRM, P.A.**
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
Joshua Baker, Esq. (JB 8288)
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*



## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT PERRY G. FISH WITHOUT PREJUDICE**<br><br>CLASS ACTION |
| This Document Relates To: All Actions | |

PLEASE TAKE NOTICE that Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc. and named plaintiffs Sergey Regukh and Brian Armstrong (collectively, "Plaintiffs") file this notice of voluntary dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), of Defendant Perry G. Fish ("Fish"). Plaintiffs have been informed that Defendant Fish is deceased. Defendant Fish has not filed an Answer or moved for summary judgment. A class has not been certified. Plaintiffs have not previously dismissed an action against Defendant Fish based on or including the same claims as presented in this instant action.

This dismissal is without prejudice.

Dated: July 20, 2017　　　　　　　　　　Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ Phillip Kim
Phillip Kim, Esq. (PK 9384)
Laurence M. Rosen, Esq. (LR 5733)
Joshua Baker, Esq. (JB 8288)
275 Madison Ave, 34th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827

*Lead Counsel for Lead Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney, Esq. (MG 5858)
270 Madison Avenue
New York, NY 10016
270 Madison Ave.
New York, NY 10016
Tel:　　(212) 545-4600
Email: Guiney@whafh.com

*Additional Counsel*

SO ORDERED.

Hon. Ronnie Abrams
July 21, 2017

2