### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF NEW YORK

In re Global Brokerage, Inc. f/k/a FXCM Inc.
Securities Litigation

Master File No. 1:17-cv-00916-RA

<u>CLASS ACTION</u>

### <u>NOTICE OF APPEARANCE</u>

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted or otherwise authorized to practice in this Court, and I appear in this case

as counsel for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout,

David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr.,

Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman,

Arthur Gruen, Robin E. Davis, Eric LeGoff, and Bryan Reyhani.


Dated:  August 3, 2017             Respectfully submitted,


*/s/ Chelsea Corey*
Chelsea Corey
ccorey@kslaw.com
KING & SPALDING LLP
100 North Tryon Street
Suite 3900
Charlotte, NC  28202
(704) 503-2575

*Attorneys for Defendants Global Brokerage, Inc. f/k/a
FXCM Inc., Dror Niv, William Ahdout, David Sakhai,
Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit
Niv, Nicola Santoro, Jr., Margaret Deverell, David S.
Sassoon, Kenneth Grossman, James Brown, Ryan
Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff, and
Bryan Reyhani*