# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA<br><br>CLASS ACTION |

## DEFENDANTS' NOTICE OF MOTION TO STRIKE AND DISMISS PLAINTIFFS' CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Strike and Dismiss Plaintiffs' Consolidated Securities Class Action Complaint and Declaration of Israel Dahan and exhibits thereto, Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff, and Bryan Reyhani ("Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, 40 Foley Square, Room 2203, New York, New York, 10007, on such date as the Court will determine, for an order, pursuant to Federal Rules of Civil Procedure 12(f), 11(b)(3), and 12(b)(6), dismissing all claims asserted against Defendants in the Consolidated Securities Class Action Complaint (ECF No. 48), and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE that, pursuant to ECF No. 46, Plaintiffs' opposition is due by September 18, 2017, and the reply is due by October 18, 2017.

Dated:  August 3, 2017                          Respectfully submitted,

                                                /s/ *Israel Dahan*
                                                Israel Dahan
                                                Peter Isajiw
                                                Chelsea Corey
                                                Evan C. Ennis
                                                KING & SPALDING LLP
                                                1185 Avenue of the Americas
                                                New York, NY 10036-2601
                                                Tel:  (212) 556.2100
                                                Fax: (212) 556.2200
                                                idahan@kslaw.com

                                                *Attorneys for Defendants Global Brokerage,*
                                                *Inc. f/k/a FXCM Inc., Dror Niv, William*
                                                *Ahdout, David Sakhai, Eduard Yusupov,*
                                                *Janelle G. Lester, Robert Lande, Ornit Niv,*
                                                *Nicola Santoro, Jr., Margaret Deverell,*
                                                *David S. Sassoon, Kenneth Grossman,*
                                                *James Brown, Ryan Silverman, Arthur*
                                                *Gruen, Robin E. Davis, Eric LeGoff, and*
                                                *Bryan Reyhani*