UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

In re Global Brokerage, Inc. f/k/a
FXCM Inc. Securities Litigation     Plaintiff,

Case No. 1:17-cv-00916-RA

-against-

Defendant.
------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:  ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓]  I have cases pending          [ ]  I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Chelsea Jean Corey
_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CC8721          My State Bar Number is 5093984

I am,

[✓]  An attorney
[ ]  A Government Agency attorney
[ ]  A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:     FIRM NAME: Cadwalader, Wickersham & Taft LLP (NYC)
              FIRM ADDRESS: One World Financial Center, New York, NY 10281
              FIRM TELEPHONE NUMBER: (212)-504-6160
              FIRM FAX NUMBER: _____

NEW FIRM:     FIRM NAME: King & Spalding LLP
              FIRM ADDRESS: 100 N Tryon Street, Suite 3900, Charlotte, NC 28202
              FIRM TELEPHONE NUMBER: 704-503-2575
              FIRM FAX NUMBER: 703-503-2622

[✓]  I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ]  I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 15, 2017                    /s/ Chelsea Jean Corey
                                          _____
                                          ATTORNEY'S SIGNATURE