UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA<br><br>CLASS ACTION |

NOTICE OF APPEARANCE

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I am admitted to practice in this Court, and I appear in this case as counsel for Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc.

Dated: September 18, 2017

Respectfully submitted,

/s/ Joshua Baker
Joshua Baker, Esq. (JB 8288)
THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*