UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation

Master File No. 1:17-cv-00916-RA

<u>CLASS ACTION</u>

## <u>SUPPLEMENTAL DECLARATION OF ISRAEL DAHAN</u>

Israel Dahan, hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of King & Spalding LLP and one of the attorneys representing Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff, and Bryan Reyhani in the above-captioned action. I am duly admitted to this Court. I respectfully submit this Declaration in further support of Defendants' Motion to Strike and Dismiss Plaintiffs' Consolidated Securities Class Action Complaint.

2. Attached as Exhibit K to this Declaration is a true and correct copy of the Services Agreement, dated March 1, 2010.

3. Attached as Exhibit L to this Declaration is a true and correct copy of the Services Agreement, dated May 1, 2010.

4. Attached as Exhibit M to this Declaration is a true and correct copy of an excerpt from FXCM's Form 10-K SEC Filing from the fiscal year ended December 31, 2014.

5. Attached as Exhibit N to this Declaration is a true and correct copy of the Termination of the Services Agreement, dated August 25, 2014, effective as of August 1, 2014.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated:  October 18, 2017

_____
Israel Dahan