# EXHIBIT M

10-K 1 fxcm-20141231x10k.htm 10-K

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

FORM 10-K

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2014

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from          to         .
Commission file number 001-34986

# FXCM Inc.
(Exact name of registrant as specified in its charter)

| **Delaware** | **27-3268672** |
|---|---|
| (State or other jurisdiction of incorporation or organization) | (I.R.S. Employer Identification No.) |

**55 Water Street, FL 50, New York, NY 10041**
(Address of principal executive offices) (Zip Code)

**(646) 432-2986**
(Registrant's telephone number, including area code)

Securities registered pursuant to Section 12(b) of the Act:

| **Title of each class** | **Name of each exchange on which registered** |
|---|---|
| Class A common stock, par value $0.01 per share | New York Stock Exchange |

Securities registered pursuant to Section 12(g) of the Act: **None**

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act. Yes ☐ No ☒

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act. Yes ☐ No ☒

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days. Yes ☒ No ☐

Indicate by check mark whether the registrant has submitted electronically and posted on its corporate Website, if any, every Interactive Data File required to be submitted and posted pursuant to Rule 405 of Regulation S-T during the preceding 12 months (or for such shorter period that the registrant was required to submit and post such files). Yes ☒ No ☐

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§229.405 of this chapter) is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

Large accelerated filer ☐                              Accelerated filer ☒

**Item 7. Management's Discussion and Analysis of Financial Condition and Results of Operations**

*The following discussion should be read in conjunction with our audited consolidated financial statements and the related notes included in Item 8. Financial Statements and Supplementary Data. This discussion contains forward-looking statements that are subject to known and unknown risks and uncertainties. Actual results and the timing of events may differ significantly from such forward-looking statements due to a number of factors, including those set forth in Item 1A. Risk Factors.*

The following table sets forth selected historical consolidated financial data:

|  | Year Ended December 31, | | | | |
|---|---|---|---|---|---|
|  | **2014** | **2013** | **2012** | **2011** | **2010** |
|  | (In thousands except per share data) | | | | |
| **Consolidated Statements of Operations Data** | | | | | |
| **Revenues** | | | | | |
| Retail trading revenue | $ 338,035 | $ 365,285 | $ 339,685 | $ 363,774 | $ 318,472 |
| Institutional trading revenue | 103,199 | 103,994 | 62,033 | 28,908 | 27,833 |
| Trading revenue | 441,234 | 469,279 | 401,718 | 392,682 | 346,305 |
| Interest income | 2,525 | 2,614 | 3,571 | 3,644 | 2,373 |
| Interest expense | (714) | (258) | (277) | (329) | (116) |
| Net interest revenue | 1,811 | 2,356 | 3,294 | 3,315 | 2,257 |
| Other income | 20,712 | 17,953 | 12,303 | 19,581 | 11,599 |
| **Total revenues** | 463,757 | 489,588 | 417,315 | 415,578 | 360,161 |
| **Operating Expenses** | | | | | |
| Compensation and benefits | 111,716 | 105,470 | 105,779 | 95,086 | 76,195 |
| Allocation of Income to Lucid members for services provided | 9,406 | 21,290 | — | — | — |
| Total compensation and benefits | 121,122 | 126,760 | 105,779 | 95,086 | 76,195 |
| Referring broker fees | 80,850 | 84,231 | 76,585 | 92,832 | 81,365 |
| Advertising and marketing | 22,666 | 27,091 | 30,860 | 34,897 | 23,788 |
| Communication and technology | 48,396 | 38,441 | 37,113 | 31,869 | 27,120 |
| Trading costs, prime brokerage and clearing fees | 33,828 | 30,821 | 16,935 | 8,167 | 6,597 |
| General and administrative | 62,808 | 68,230 | 63,043 | 63,077 | 31,480 |
| Depreciation and amortization | 54,945 | 53,729 | 36,773 | 20,053 | 9,306 |
| Total operating expenses | 424,615 | 429,303 | 367,088 | 345,981 | 255,851 |
| **Total operating income** | 39,142 | 60,285 | 50,227 | 69,597 | 104,310 |
| **Other Expense** | | | | | |
| Loss on equity method investments, net | 1,308 | 752 | — | — | — |
| Interest on borrowings | 12,186 | 7,673 | 2,763 | — | — |
| **Income before income taxes** | 25,648 | 51,860 | 47,464 | 69,597 | 104,310 |
| Income tax provision | 6,001 | 17,024 | 8,986 | 10,816 | 4,149 |
| **Net income** | 19,647 | 34,836 | 38,478 | 58,781 | 100,161 |
| Net income attributable to non-controlling interest in FXCM Holdings, LLC | 8,960 | 24,850 | 23,131 | 46,045 | 100,015 |
| Net (loss) income attributable to other non-controlling interests | (6,464) | (4,846) | 6,389 | — | — |
| Net income attributable to FXCM Inc. | $ 17,151 | $ 14,832 | $ 8,958 | $ 12,736 | $ 146 |