# EXHIBIT N




August 25, 2014

**VIA OVERNIGHT MAIL**

Mr. John Dittami
Effex LLC
98 Constitution Way
Jersey City, NJ 07305

Re:     Termination of Services Agreement dated as of May 1, 2010

Dear Mr. Dittami:

Effective as of August 1, 2014, both parties agree to terminate Services Agreement dated May 1, 2010; and both parties waive the requirement of 30 days prior written notice for termination to be effective.

ACCEPTED AND AGREED:

FXCM Holdings, LLC

Name:
Title:     DAVID S. SASSOON
           GENERAL COUNSEL

Effex Capital LLC

Name: John Dittami
Title: CEO