# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Israel Dahan
Partner
Direct Dial: +1 212 556 2114
Direct Fax: +1 212 556 2222
idahan@kslaw.com

October 18, 2017

*Via ECF*

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

Re:   *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*, Master File No. 1:17-cv-00916-RA

Dear Judge Abrams,

Defendants Global Brokerage, Inc. f/k/a FXCM Inc. ("FXCM"), Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff, and Bryan Reyhani ("Defendants") submit this letter in accordance with Your Honor's "Individual Rules & Practices in Civil Cases," Practice 4.G, and respectfully request oral argument on its motion to strike and dismiss (ECF No. 88) the consolidated securities class action complaint, filed by Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., Sergey Regukh, and Brian Armstrong ("Plaintiffs").

Defendants are available to appear for oral argument at the Court's convenience. Thank you for your time and consideration of this request.

Respectfully Submitted,

KING & SPALDING LLP

/s/ *Israel Dahan*
Israel Dahan

*Counsel for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov,*

October 18, 2017
Page 2

*Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff, and Bryan Reyhani*

cc: All counsel of record