UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation

Master File No. 1:17-cv-00916-RA

<u>CLASS ACTION</u>

<u>**SUGGESTION OF BANKRUPTCY AND NOTICE OF AUTOMATIC STAY**</u>

**PLEASE TAKE NOTICE** that on December 11, 2017, a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") was filed in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), by Defendant Global Brokerage, Inc. (the "Debtor") in the following case: *In re Global Brokerage, Inc.*, Case No. 17-13532-MEW (S.D.N.Y.). The Debtor's Notice of Chapter 11 Bankruptcy Case is attached hereto as Exhibit A.

**PLEASE TAKE FURTHER NOTICE** that as of the commencement of the Debtor's Chapter 11 case, this action has been automatically stayed as against the Debtor. Pursuant to Section 362 of the Bankruptcy Code, the filing of a bankruptcy petition automatically stays *inter alia*:

> the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title . . . [and] any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title[.]

11 U.S.C. § 362(a)(1), (6).

1

Dated:  December 14, 2017	Respectfully submitted,

                                                            KING & SPALDING LLP

                                                            */s/ Israel Dahan*
                                                            Israel Dahan
                                                            Peter Isajiw
                                                            Chelsea Corey
                                                            Evan C. Ennis
                                                            1185 Avenue of the Americas
                                                            New York, NY 10036
                                                            Tel: (212) 556-2100
                                                            Fax: (212) 556.2200
                                                            idahan@kslaw.com

                                                            *Attorneys for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff, and Bryan Reyhani*

2