```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 12/15/2017
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

Master File No. 1:17-cv-00916-RA

Nos. 1:17-cv-00916-RA
     1:17-cv-00955-RA
     1:17-cv-01028-RA
     1:17-cv-02506-RA

ORDER

CLASS ACTION

RONNIE ABRAMS, United States District Judge:

On December 14, 2017, Defendants' counsel notified the Court that Defendant Global Brokerage, Inc., has filed for bankruptcy under Chapter 11. *See* Dkt. 100; *In re Global Brokerage, Inc.*, No. 17-13532-MEW (S.D.N.Y) (Dkt. 1). This bankruptcy filing triggers an automatic stay under 11 U.S.C. § 362, at least insofar as this lawsuit was brought against Defendant Global Brokerage, Inc. *See generally Springer v. Code Rebel Corp.*, No. 16-CV-3492 (AJN), 2017 WL 838197, at *3 (S.D.N.Y. Mar. 2, 2017). The remaining parties—Plaintiffs and individual Defendants Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff, and Bryan Reyhani—are directed to submit a joint letter, no later than December 29, 2017, indicating whether this case should proceed against the individual Defendants, or whether the entire case should be stayed.

Dated:    December 15, 2017
             New York, New York

_____
Ronnie Abrams
United States District Judge