# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Israel Dahan
Partner
Direct Dial: +1 212 556 2114
idahan@kslaw.com

February 9, 2018

***Via ECF***

The Honorable Ronnie Abrams
United States District Judge
Southern District New York
40 Foley Square, Room 2203
New York, NY 10007

> Re:    *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*;
>         Case No. 1:17-cv-00916-RA

Dear Judge Abrams,

We are counsel to Defendants in the above-referenced matter. Defendant Global Brokerage Inc. filed a Suggestion of Bankruptcy on December 14, 2017 (ECF No. 100). Accordingly, the Court ordered that the above-captioned action was stayed as to Defendant Global Brokerage Inc. in accordance with the automatic stay provided by 11 U.S.C. § 362, and requested that the remaining parties submit a joint letter indicating whether the entire case should be stayed (ECF No. 101). The remaining parties submitted the requested joint letter (ECF No. 102) and the Court reserved ruling on the stay of the case (ECF No. 103).

We write to inform that Court that on February 8, 2018, Defendant Global Brokerage Inc. emerged from bankruptcy and the automatic stay was lifted.

Respectfully Submitted,

*/s/ Israel Dahan*
Israel Dahan
*Counsel for Defendants*

cc: All counsel of record