UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA<br><br>NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Paul R. Bessette, a partner with the law firm of King & Spalding LLP, hereby enters an appearance in the above-captioned action as counsel for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff and Bryan Reyhani.

I certify that I am admitted to practice in this court.

Dated:  February 23, 2018
         New York, New York

Respectfully submitted,

By: /s/ *Paul R. Bessette*
    Paul R. Bessette
    (pbessette@kslaw.com)
    KING & SPALDING LLP
    1185 Avenue of the Americas
    New York, NY  10036
    (212) 556-2100

*Counsel for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, David Sakhai, Eduard Yusupov, Janelle G. Lester, Robert Lande, Ornit Niv, Nicola Santoro, Jr., Margaret Deverell, David S. Sassoon, Kenneth Grossman, James Brown, Ryan Silverman, Arthur Gruen, Robin E. Davis, Eric LeGoff and Bryan Reyhani*