UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

In re Global Brokerage, Inc., f/k/a
FXCM Inc. Securities Litigation      Plaintiff,

Case No. 1:17-cv-00916-RA

-against-

Defendant.
------------------------------------------------------

## NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending     [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Chelsea Jean Corey**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: CC8721      My State Bar Number is 5093984

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: King & Spalding LLP
            FIRM ADDRESS: 100 N. Tryon Street, Suite 3900, Charlotte, NC 28202
            FIRM TELEPHONE NUMBER: 704-503-2575
            FIRM FAX NUMBER: 704-503-2622

NEW FIRM:   FIRM NAME: King & Spalding LLP
            FIRM ADDRESS: 300 South Tryon St., Suite 1700, Charlotte, NC 28202
            FIRM TELEPHONE NUMBER: 704-503-2575
            FIRM FAX NUMBER: 704-503-2622

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 2/27/2018

/s/ Chelsea Jean Corey
ATTORNEY'S SIGNATURE