# KING & SPALDING

King & Spalding LLP
500 W. 2nd Street
Suite 1800
Austin, Texas  78701

Tel:  +1 512 457 2000
Fax:  +1 512 457 2100
www.kslaw.com

Paul R. Bessette
Partner
Direct Dial:  +1 512 457 2050
Direct Fax:  +1 512 457 2100
pbessette@kslaw.com

April 17, 2018

*Via ECF*

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

>      Re:     *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*;
>              Case No. 1:17-cv-00916-RA

Dear Judge Abrams,

     We are counsel to Defendants Global Brokerage, Inc. f/k/a FXCM Inc.
("FXCM"), Dror Niv, William Ahdout, and Robert Lande, (collectively, the
"Defendants") in the above-referenced Action.  As in the prior motion to dismiss
briefing, Defendants intend to file a single motion to dismiss and memorandum of
law in support of the motion to dismiss on behalf of all Defendants.

     The parties therefore submit this letter in accordance with Your Honor's
"Individual Rules & Practices in Civil Cases," Practice 1.A, and respectfully request
permission to extend the page limitations imposed by Practice 4.A.  Specifically,
Plaintiffs and Defendants request Your Honor's permission for Defendants to file a
memorandum of law in support of their motion to dismiss that shall not exceed 35
pages, for Plaintiffs to file an opposition brief that shall not exceed 35 pages, and for
Defendants to file a reply brief that shall not exceed 15 pages.  We appreciate your
consideration of this request.

>                                        Respectfully Submitted,
>                                        */s/ Paul R. Bessette*
>                                        Paul R. Bessette
>                                        *Counsel for Defendants*