# KING & SPALDING

## MEMO ENDORSED

King & Spalding LLP
500 W. 2nd Street
Suite 1800
Austin, Texas 78701

Tel: +1 512 457 2000
Fax: +1 512 457 2100
www.kslaw.com

Paul R. Bessette
Partner
Direct Dial: +1 512 457 2050
Direct Fax: +1 512 457 2100
pbessette@kslaw.com

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/18
```

April 17, 2018

*Via ECF*

The Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square, Room 2203
New York, New York 10007

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
4/17/2018

Re:   *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*;
      Case No. 1:17-cv-00916-RA

Dear Judge Abrams,

We are counsel to Defendants Global Brokerage, Inc. f/k/a FXCM Inc. ("FXCM"), Dror Niv, William Ahdout, and Robert Lande, (collectively, the "Defendants") in the above-referenced Action. As in the prior motion to dismiss briefing, Defendants intend to file a single motion to dismiss and memorandum of law in support of the motion to dismiss on behalf of all Defendants.

The parties therefore submit this letter in accordance with Your Honor's "Individual Rules & Practices in Civil Cases," Practice 1.A, and respectfully request permission to extend the page limitations imposed by Practice 4.A. Specifically, Plaintiffs and Defendants request Your Honor's permission for Defendants to file a memorandum of law in support of their motion to dismiss that shall not exceed 35 pages, for Plaintiffs to file an opposition brief that shall not exceed 35 pages, and for Defendants to file a reply brief that shall not exceed 15 pages. We appreciate your consideration of this request.

Respectfully Submitted,
*/s/ Paul R. Bessette*
Paul R. Bessette
*Counsel for Defendants*