UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA <br><br> MOTION FOR ADMISSION *PRO HAC VICE* |
| This Document Relates To: All Actions | |

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, I, Rebecca Matsumura, hereby move this Court for an Order for admission to practice *pro hac vice* to appear as counsel for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, and Robert Lande in the above-captioned action.

I am a member in good standing of the Bar of the State of Texas, and there are no pending disciplinary proceedings against me in any state or federal court.

Dated: April 19, 2018

Respectfully submitted,

By: */s/ Rebecca Matsumura*
Rebecca Matsumura
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457-2024
Fax: (512) 457-2100
rmatsumura@kslaw.com

*Attorneys for Defendants Global Brokerage, Inc., Dror Niv and Robert Lande*

## CERTIFICATE OF SERVICE

I hereby certify that, on April 19, 2018, I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification. I further certify that I mailed the foregoing document and the notice of electronic filing by first-class mail to all non-CM/ECF participants.

/s/ Rebecca Matsumura
Rebecca Matsumura