UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA |
| This Document Relates To: All Actions | **AFFIDAVIT OF REBECCA MATSUMURA** |

Personally appeared before the undersigned officer, duly authorized by law to administer oaths, Rebecca Matsumura, who after first being duly sworn, states as follows:

1. I am over 18 years of age and competent to give testimony. The facts set forth herein are based upon my personal knowledge.

2. I make this Affidavit in support of the Motion for Admission *Pro Hac Vice* to admit me *pro hac vice* to appear and participate in the captioned civil action as counsel for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, and Robert Lande.

3. I am an attorney with the law firm of King & Spalding LLP, 500 W. 2nd Street, Suite 1800, Austin, Texas 78701, 512-457-2000.

4. I am currently admitted to practice law in the State of Texas (Bar No. 24098053). I am a member in good standing with the Texas Bar.

5. I have never been convicted of a felony, nor censured, suspended, disbarred or denied admission or readmission by any court.

1

6. No disciplinary proceedings or criminal charges have been instituted against me.

FURTHER AFFIANT SAYTH NOT.

*Rebecca Matsumura*
Rebecca Matsumura

COUNTY OF TRAVIS

STATE OF TEXAS

This instrument was acknowledged before me on April 19, 2018, by Rebecca Matsumura

[Notary seal: COLLEEN MAY CISNEROS, 3202466, NOTARY PUBLIC, STATE OF TEXAS, MY COMMISSION EXPIRES APRIL 05, 2022]

*Colleen May Cisneros*
NOTARY PUBLIC
My commission expires: 04-05-22

2