UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA<br><br>ORDER FOR ADMISSION<br>*PRO HAC VICE* |

The motion of Rebecca Matsumura for admission to practice *pro hac vice* in the above captioned action is granted.

Applicant has declared that she is a member in good standing of the Bar of the State of Texas; and that her contact information is as follows:

Rebecca Matsumura
KING & SPALDING LLP
500 W. 2nd Street, Suite 1800
Austin, Texas 78701
Tel: (512) 457-2024
Fax: (512) 457-2100
rmatsumura@kslaw.com

Applicant having requested admission *pro hac vice* to appear for all purposes as counsel for Defendants Global Brokerage, Inc., Dror Niv and Robert Lande in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice *pro hac vice* in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated:_____          _____
                                United States District / Magistrate Judge