UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br><br><br><br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA<br><br>**DEFENDANTS' NOTICE OF MOTION TO DISMISS SECOND AMENDED CONSOLIDATED SECURITIES CLASS ACTION COMPLAINT**<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of the Motion to Dismiss Second Amended Consolidated Securities Class Action Complaint and Declaration of Paul R. Bessette and exhibits thereto, Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout and Robert Lande ("Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, 40 Foley Square, Room 2203, New York, New York, 10007, on such date as the Court will determine, for an order, pursuant to Federal Rules of Civil Procedure 12(f), 11(b)(3), and 12(b)(6), dismissing all claims asserted against Defendants in the Second Amended Consolidated Securities Class Action Complaint (ECF No. 111), and granting such other and further relief as the Court deems just and proper.

1

Dated: May 7, 2018

                                          KING & SPALDING LLP

                                          */s/  Paul R. Bessette*
                                          Paul R. Bessette
                                          Israel Dahan
                                          KING & SPALDING LLP
                                          1185 Avenue of the Americas
                                          New York, New York  10036-2601
                                          Tel:  (212) 556.2100
                                          Fax: (212) 556.2200

                                          Rebecca Matsumura, *pro hac vice*
                                          KING & SPALDING LLP
                                          500 W. 2nd Street Suite 1800
                                          Austin, Texas 78701
                                          Tel: (512) 457.2000
                                          Fax: (512) 457.2100

                                          *Attorneys for Defendants Global Brokerage, Inc. f/k/a/ FXCM, Inc., Dror Niv, William Ahdout and Robert Lande*

## **CERTIFICATE OF SERVICE**

    I hereby certify that, on May 7, 2018, the foregoing Notice of Motion to Dismiss Second Amended Consolidated Securities Class Action Complaint was electronically delivered to all counsel of record via the Southern District of New York's CM/ECF system.

                                          */s/  Paul R. Bessette*
                                          Paul R. Bessette