UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

### DECLARATION OF PAUL R. BESSETTE

Paul R. Bessette, hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of King & Spalding LLP and one of the attorneys representing Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout and Robert Lande in the above-captioned action. I am duly admitted to this Court. I respectfully submit this Declaration in further support of Defendants' Motion to Dismiss Second Amended Consolidated Securities Class Action Complaint.

2. Attached as Exhibit O to this Declaration is a true and correct copy of the transcript for the hearing in this matter regarding Defendants' Motion to Dismiss and Motion to Strike, held on March 1, 2018.

3. Attached as Exhibit P to this Declaration is a true and correct copy of historical stock prices for Global Brokerage, Inc. from June 11, 2013 through January 20, 2015.

1

2

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: May 7, 2018

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Paul R. Bessette