# Exhibit P

# FXCM Historical Stock Prices 06/11/13 - 01/20/15

| Date | Open | Close | Volume |
| --- | --- | --- | --- |
| 01/20/15 | $1.58 | $1.60 | 9,400,700 |
| 01/16/15 | $12.63 | $12.63 | 0 |
| 01/15/15 | $14.44 | $12.63 | 270,000 |
| 01/14/15 | $16.00 | $14.87 | 200,500 |
| 01/13/15 | $16.80 | $16.70 | 32,400 |
| 01/12/15 | $17.03 | $16.65 | 29,200 |
| 01/09/15 | $17.01 | $17.04 | 28,400 |
| 01/08/15 | $17.11 | $16.98 | 71,500 |
| 01/07/15 | $16.69 | $17.05 | 57,700 |
| 01/06/15 | $16.97 | $16.65 | 60,100 |
| 01/05/15 | $16.60 | $16.88 | 50,800 |
| 01/02/15 | $16.66 | $16.55 | 30,800 |
| 12/31/14 | $16.50 | $16.57 | 21,200 |
| 12/30/14 | $16.54 | $16.47 | 17,700 |
| 12/29/14 | $16.77 | $16.51 | 40,100 |
| 12/26/14 | $16.95 | $16.81 | 19,100 |
| 12/24/14 | $17.01 | $16.88 | 14,300 |
| 12/23/14 | $17.07 | $17.00 | 29,100 |
| 12/22/14 | $16.93 | $17.00 | 39,700 |
| 12/19/14 | $17.01 | $16.97 | 80,100 |
| 12/18/14 | $17.01 | $17.09 | 31,400 |
| 12/17/14 | $16.28 | $16.96 | 83,400 |
| 12/16/14 | $16.82 | $16.25 | 108,300 |
| 12/15/14 | $16.64 | $16.83 | 48,300 |
| 12/12/14 | $16.26 | $16.50 | 60,200 |
| 12/11/14 | $16.24 | $16.42 | 49,000 |
| 12/10/14 | $16.94 | $16.21 | 45,700 |
| 12/09/14 | $16.42 | $16.88 | 45,900 |
| 12/08/14 | $16.68 | $16.56 | 21,500 |
| 12/05/14 | $16.67 | $16.74 | 48,000 |
| 12/04/14 | $16.51 | $16.67 | 27,200 |
| 12/03/14 | $16.67 | $16.56 | 33,100 |
| 12/02/14 | $16.14 | $16.65 | 35,600 |
| 12/01/14 | $16.02 | $16.14 | 32,100 |
| 11/28/14 | $16.27 | $16.10 | 16,800 |
| 11/26/14 | $16.29 | $16.22 | 24,300 |
| 11/25/14 | $16.21 | $16.25 | 24,400 |
| 11/24/14 | $15.82 | $16.14 | 16,900 |
| 11/21/14 | $16.00 | $15.82 | 29,900 |
| 11/20/14 | $16.05 | $15.84 | 26,000 |
| 11/19/14 | $16.43 | $16.14 | 30,600 |
| 11/18/14 | $16.16 | $16.49 | 32,700 |
| 11/17/14 | $16.67 | $16.17 | 40,900 |
| 11/14/14 | $16.59 | $16.66 | 39,100 |
| 11/13/14 | $16.61 | $16.60 | 60,000 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices

# FXCM Historical Stock Prices 06/11/13 - 01/20/15

| Date | Open | Close | Volume |
|---|---|---|---|
| 11/12/14 | $16.52 | $16.56 | 64,400 |
| 11/11/14 | $16.57 | $16.56 | 52,700 |
| 11/10/14 | $15.84 | $16.58 | 37,400 |
| 11/07/14 | $16.25 | $15.81 | 81,800 |
| 11/06/14 | $16.34 | $16.66 | 47,800 |
| 11/05/14 | $16.47 | $16.37 | 27,900 |
| 11/04/14 | $16.39 | $16.41 | 53,600 |
| 11/03/14 | $16.53 | $16.41 | 50,600 |
| 10/31/14 | $16.22 | $16.46 | 107,900 |
| 10/30/14 | $15.67 | $16.01 | 32,200 |
| 10/29/14 | $15.64 | $15.68 | 37,800 |
| 10/28/14 | $15.10 | $15.61 | 62,700 |
| 10/27/14 | $14.39 | $15.02 | 81,100 |
| 10/24/14 | $14.99 | $14.53 | 105,500 |
| 10/23/14 | $15.43 | $14.98 | 52,700 |
| 10/22/14 | $15.74 | $15.31 | 73,400 |
| 10/21/14 | $16.39 | $16.03 | 65,100 |
| 10/20/14 | $16.87 | $16.36 | 57,100 |
| 10/17/14 | $17.15 | $16.87 | 107,600 |
| 10/16/14 | $16.28 | $16.85 | 52,400 |
| 10/15/14 | $16.02 | $16.51 | 61,400 |
| 10/14/14 | $16.15 | $16.12 | 80,900 |
| 10/13/14 | $16.18 | $16.09 | 33,300 |
| 10/10/14 | $16.01 | $16.09 | 56,400 |
| 10/09/14 | $16.17 | $16.07 | 104,500 |
| 10/08/14 | $16.14 | $16.08 | 52,900 |
| 10/07/14 | $16.10 | $16.08 | 49,000 |
| 10/06/14 | $16.35 | $16.14 | 22,200 |
| 10/03/14 | $16.35 | $16.29 | 56,100 |
| 10/02/14 | $15.63 | $16.29 | 55,800 |
| 10/01/14 | $15.86 | $15.65 | 48,800 |
| 09/30/14 | $15.98 | $15.85 | 38,100 |
| 09/29/14 | $15.81 | $15.92 | 67,100 |
| 09/26/14 | $16.05 | $15.96 | 35,800 |
| 09/25/14 | $16.33 | $16.04 | 53,600 |
| 09/24/14 | $16.28 | $16.36 | 24,500 |
| 09/23/14 | $16.34 | $16.25 | 70,900 |
| 09/22/14 | $16.54 | $16.36 | 45,900 |
| 09/19/14 | $16.59 | $16.59 | 158,900 |
| 09/18/14 | $16.35 | $16.34 | 68,900 |
| 09/17/14 | $15.77 | $16.22 | 98,600 |
| 09/16/14 | $15.61 | $15.76 | 77,500 |
| 09/15/14 | $15.79 | $15.63 | 67,100 |
| 09/12/14 | $15.60 | $15.79 | 57,500 |
| 09/11/14 | $15.26 | $15.59 | 115,500 |
| 09/10/14 | $15.11 | $15.30 | 133,300 |
| 09/09/14 | $14.70 | $14.75 | 88,000 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices

# FXCM Historical Stock Prices 06/11/13 - 01/20/15

| Date | | | |
|---|---|---|---|
| 09/08/14 | $14.42 | $14.71 | 71,400 |
| 09/05/14 | $13.94 | $14.39 | 35,900 |
| 09/04/14 | $14.00 | $14.00 | 41,400 |
| 09/03/14 | $14.29 | $14.01 | 22,600 |
| 09/02/14 | $14.50 | $14.32 | 36,900 |
| 08/29/14 | $14.31 | $14.49 | 39,800 |
| 08/28/14 | $14.01 | $14.27 | 18,200 |
| 08/27/14 | $14.16 | $14.10 | 13,800 |
| 08/26/14 | $13.85 | $14.12 | 16,900 |
| 08/25/14 | $13.91 | $13.90 | 20,200 |
| 08/22/14 | $13.61 | $13.84 | 23,700 |
| 08/21/14 | $13.38 | $13.62 | 25,700 |
| 08/20/14 | $13.47 | $13.41 | 16,500 |
| 08/19/14 | $13.79 | $13.51 | 19,300 |
| 08/18/14 | $13.62 | $13.78 | 19,100 |
| 08/15/14 | $13.60 | $13.53 | 26,400 |
| 08/14/14 | $13.26 | $13.47 | 20,300 |
| 08/13/14 | $13.08 | $13.25 | 23,400 |
| 08/12/14 | $12.91 | $13.05 | 25,700 |
| 08/11/14 | $12.89 | $12.95 | 32,200 |
| 08/08/14 | $12.15 | $12.84 | 81,100 |
| 08/07/14 | $13.28 | $13.01 | 82,300 |
| 08/06/14 | $13.14 | $13.20 | 33,800 |
| 08/05/14 | $13.12 | $13.19 | 36,600 |
| 08/04/14 | $13.42 | $13.16 | 25,100 |
| 08/01/14 | $13.56 | $13.37 | 24,300 |
| 07/31/14 | $13.74 | $13.62 | 27,700 |
| 07/30/14 | $14.02 | $13.88 | 28,300 |
| 07/29/14 | $14.01 | $13.94 | 26,900 |
| 07/28/14 | $13.96 | $13.96 | 20,300 |
| 07/25/14 | $14.03 | $13.97 | 19,100 |
| 07/24/14 | $13.94 | $14.16 | 21,200 |
| 07/23/14 | $13.86 | $13.95 | 26,900 |
| 07/22/14 | $13.43 | $13.80 | 22,600 |
| 07/21/14 | $13.31 | $13.39 | 15,000 |
| 07/18/14 | $13.12 | $13.34 | 22,700 |
| 07/17/14 | $13.24 | $13.12 | 33,800 |
| 07/16/14 | $13.22 | $13.28 | 35,000 |
| 07/15/14 | $13.45 | $13.34 | 26,300 |
| 07/14/14 | $13.45 | $13.42 | 19,000 |
| 07/11/14 | $13.37 | $13.29 | 17,100 |
| 07/10/14 | $13.32 | $13.41 | 48,200 |
| 07/09/14 | $14.15 | $13.60 | 37,000 |
| 07/08/14 | $14.16 | $14.12 | 57,700 |
| 07/07/14 | $14.16 | $14.13 | 58,800 |
| 07/03/14 | $13.99 | $14.18 | 24,600 |
| 07/02/14 | $14.47 | $13.99 | 46,700 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices

# FXCM Historical Stock Prices 06/11/13 - 01/20/15

| | | | |
|---|---|---|---|
| 07/01/14 | $14.99 | $14.52 | 65,800 |
| 06/30/14 | $14.80 | $14.96 | 53,900 |
| 06/27/14 | $14.78 | $14.85 | 204,700 |
| 06/26/14 | $14.48 | $14.85 | 29,200 |
| 06/25/14 | $14.03 | $14.49 | 36,900 |
| 06/24/14 | $14.30 | $14.07 | 45,700 |
| 06/23/14 | $14.61 | $14.33 | 38,400 |
| 06/20/14 | $14.56 | $14.65 | 68,700 |
| 06/19/14 | $15.30 | $14.85 | 44,500 |
| 06/18/14 | $15.41 | $15.24 | 54,000 |
| 06/17/14 | $15.38 | $15.42 | 61,600 |
| 06/16/14 | $14.85 | $15.35 | 52,700 |
| 06/13/14 | $14.79 | $14.86 | 49,400 |
| 06/12/14 | $14.35 | $14.81 | 59,300 |
| 06/11/14 | $14.48 | $14.41 | 32,300 |
| 06/10/14 | $13.73 | $14.58 | 52,300 |
| 06/09/14 | $13.40 | $13.77 | 37,100 |
| 06/06/14 | $13.43 | $13.39 | 28,800 |
| 06/05/14 | $13.05 | $13.35 | 20,900 |
| 06/04/14 | $13.00 | $13.06 | 25,400 |
| 06/03/14 | $12.99 | $13.06 | 49,600 |
| 06/02/14 | $13.36 | $13.12 | 22,600 |
| 05/30/14 | $13.47 | $13.38 | 24,800 |
| 05/29/14 | $13.51 | $13.44 | 37,400 |
| 05/28/14 | $13.34 | $13.44 | 43,400 |
| 05/27/14 | $13.19 | $13.38 | 19,700 |
| 05/23/14 | $12.97 | $13.12 | 14,700 |
| 05/22/14 | $12.90 | $12.91 | 40,000 |
| 05/21/14 | $12.97 | $12.91 | 15,200 |
| 05/20/14 | $13.20 | $12.97 | 36,200 |
| 05/19/14 | $12.88 | $13.20 | 39,900 |
| 05/16/14 | $13.26 | $12.91 | 38,800 |
| 05/15/14 | $13.22 | $13.29 | 53,500 |
| 05/14/14 | $13.53 | $13.30 | 33,900 |
| 05/13/14 | $13.37 | $13.51 | 44,300 |
| 05/12/14 | $12.93 | $13.41 | 56,600 |
| 05/09/14 | $12.66 | $12.85 | 94,500 |
| 05/08/14 | $13.15 | $13.16 | 82,300 |
| 05/07/14 | $14.16 | $14.02 | 60,500 |
| 05/06/14 | $14.95 | $14.30 | 88,900 |
| 05/05/14 | $15.19 | $15.00 | 48,000 |
| 05/02/14 | $15.20 | $15.29 | 37,400 |
| 05/01/14 | $15.49 | $15.14 | 67,000 |
| 04/30/14 | $15.25 | $15.48 | 74,100 |
| 04/29/14 | $15.22 | $15.30 | 64,400 |
| 04/28/14 | $15.54 | $15.21 | 32,900 |
| 04/25/14 | $15.75 | $15.49 | 38,900 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices

## FXCM Historical Stock Prices 06/11/13 - 01/20/15

| Date | Open | Close | Volume |
|---|---|---|---|
| 04/24/14 | $15.94 | $15.76 | 33,900 |
| 04/23/14 | $15.74 | $15.89 | 58,800 |
| 04/22/14 | $15.50 | $15.76 | 48,300 |
| 04/21/14 | $15.47 | $15.48 | 43,100 |
| 04/17/14 | $14.76 | $15.47 | 73,000 |
| 04/16/14 | $14.56 | $14.76 | 25,800 |
| 04/15/14 | $14.58 | $14.53 | 53,800 |
| 04/14/14 | $14.53 | $14.68 | 28,600 |
| 04/11/14 | $14.53 | $14.43 | 42,600 |
| 04/10/14 | $14.98 | $14.67 | 54,900 |
| 04/09/14 | $14.87 | $15.01 | 46,300 |
| 04/08/14 | $14.87 | $14.91 | 115,700 |
| 04/07/14 | $15.17 | $14.89 | 101,800 |
| 04/04/14 | $15.39 | $15.23 | 133,800 |
| 04/03/14 | $15.28 | $15.28 | 29,100 |
| 04/02/14 | $15.16 | $15.26 | 24,100 |
| 04/01/14 | $14.78 | $15.17 | 66,000 |
| 03/31/14 | $14.84 | $14.77 | 22,000 |
| 03/28/14 | $14.96 | $14.79 | 66,500 |
| 03/27/14 | $14.94 | $14.87 | 47,200 |
| 03/26/14 | $15.47 | $14.91 | 39,400 |
| 03/25/14 | $16.00 | $15.31 | 82,700 |
| 03/24/14 | $16.17 | $15.95 | 32,800 |
| 03/21/14 | $16.59 | $16.17 | 62,000 |
| 03/20/14 | $16.30 | $16.57 | 27,000 |
| 03/19/14 | $16.11 | $16.30 | 47,700 |
| 03/18/14 | $16.25 | $16.21 | 38,800 |
| 03/17/14 | $16.19 | $16.26 | 34,600 |
| 03/14/14 | $15.93 | $16.06 | 118,700 |
| 03/13/14 | $15.72 | $15.99 | 72,800 |
| 03/12/14 | $15.31 | $15.66 | 46,900 |
| 03/11/14 | $15.76 | $15.42 | 50,800 |
| 03/10/14 | $16.15 | $15.78 | 47,400 |
| 03/07/14 | $16.21 | $16.21 | 35,500 |
| 03/06/14 | $16.25 | $16.23 | 57,800 |
| 03/05/14 | $16.70 | $16.43 | 38,600 |
| 03/04/14 | $16.64 | $16.70 | 53,300 |
| 03/03/14 | $16.60 | $16.54 | 26,600 |
| 02/28/14 | $16.77 | $16.85 | 12,500 |
| 02/27/14 | $16.65 | $16.75 | 36,700 |
| 02/26/14 | $16.95 | $16.71 | 40,200 |
| 02/25/14 | $16.81 | $16.93 | 36,800 |
| 02/24/14 | $16.88 | $16.82 | 24,700 |
| 02/21/14 | $16.75 | $16.82 | 23,400 |
| 02/20/14 | $16.33 | $16.72 | 35,100 |
| 02/19/14 | $16.50 | $16.26 | 18,100 |
| 02/18/14 | $16.62 | $16.50 | 28,800 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices

# FXCM Historical Stock Prices 06/11/13 - 01/20/15

| Date | High | Low | Volume |
|---|---|---|---|
| 02/14/14 | $16.82 | $16.58 | 14,600 |
| 02/13/14 | $16.81 | $16.80 | 26,800 |
| 02/12/14 | $17.40 | $16.94 | 37,400 |
| 02/11/14 | $17.80 | $17.41 | 96,900 |
| 02/10/14 | $17.48 | $17.91 | 28,800 |
| 02/07/14 | $16.84 | $17.44 | 31,000 |
| 02/06/14 | $16.78 | $16.80 | 28,400 |
| 02/05/14 | $16.94 | $16.77 | 42,800 |
| 02/04/14 | $16.87 | $17.01 | 74,000 |
| 02/03/14 | $17.11 | $16.86 | 59,300 |
| 01/31/14 | $16.36 | $17.14 | 55,300 |
| 01/30/14 | $16.60 | $16.56 | 34,800 |
| 01/29/14 | $16.24 | $16.52 | 36,500 |
| 01/28/14 | $16.32 | $16.35 | 37,600 |
| 01/27/14 | $16.62 | $16.35 | 55,300 |
| 01/24/14 | $16.14 | $16.56 | 66,100 |
| 01/23/14 | $16.55 | $16.18 | 85,500 |
| 01/22/14 | $16.83 | $16.68 | 24,700 |
| 01/21/14 | $16.80 | $16.80 | 64,900 |
| 01/17/14 | $16.95 | $16.76 | 24,100 |
| 01/16/14 | $16.99 | $16.93 | 52,900 |
| 01/15/14 | $16.97 | $16.98 | 51,600 |
| 01/14/14 | $17.42 | $17.01 | 101,000 |
| 01/13/14 | $17.72 | $17.43 | 22,000 |
| 01/10/14 | $17.90 | $17.69 | 25,300 |
| 01/09/14 | $17.98 | $17.90 | 29,300 |
| 01/08/14 | $17.85 | $17.96 | 45,500 |
| 01/07/14 | $17.90 | $17.85 | 57,100 |
| 01/06/14 | $18.18 | $17.91 | 34,700 |
| 01/03/14 | $18.28 | $18.11 | 35,400 |
| 01/02/14 | $17.75 | $18.29 | 55,400 |
| 12/31/13 | $17.02 | $17.84 | 40,600 |
| 12/30/13 | $17.11 | $17.02 | 17,600 |
| 12/27/13 | $17.26 | $17.17 | 14,900 |
| 12/26/13 | $17.34 | $17.22 | 20,800 |
| 12/24/13 | $17.26 | $17.31 | 9,300 |
| 12/23/13 | $17.11 | $17.21 | 80,700 |
| 12/20/13 | $16.53 | $17.03 | 155,900 |
| 12/19/13 | $16.00 | $16.40 | 103,600 |
| 12/18/13 | $16.02 | $15.99 | 62,100 |
| 12/17/13 | $15.93 | $16.03 | 70,100 |
| 12/16/13 | $15.83 | $15.99 | 33,200 |
| 12/13/13 | $16.27 | $15.80 | 65,900 |
| 12/12/13 | $16.62 | $16.28 | 71,300 |
| 12/11/13 | $16.79 | $16.52 | 59,100 |
| 12/10/13 | $16.89 | $16.76 | 44,000 |
| 12/09/13 | $16.58 | $16.82 | 52,900 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices

# FXCM Historical Stock Prices 06/11/13 - 01/20/15

| Date | Open | Close | Volume |
|---|---|---|---|
| 12/06/13 | $16.45 | $16.58 | 31,200 |
| 12/05/13 | $16.26 | $16.29 | 28,100 |
| 12/04/13 | $16.10 | $16.31 | 40,800 |
| 12/03/13 | $16.36 | $16.18 | 38,200 |
| 12/02/13 | $16.62 | $16.38 | 37,600 |
| 11/29/13 | $16.77 | $16.66 | 9,700 |
| 11/27/13 | $16.82 | $16.67 | 31,900 |
| 11/26/13 | $16.55 | $16.85 | 51,300 |
| 11/25/13 | $16.17 | $16.50 | 53,600 |
| 11/22/13 | $16.14 | $16.15 | 258,500 |
| 11/21/13 | $15.87 | $16.11 | 59,300 |
| 11/20/13 | $15.77 | $15.85 | 46,300 |
| 11/19/13 | $15.49 | $15.75 | 30,300 |
| 11/18/13 | $15.69 | $15.52 | 30,300 |
| 11/15/13 | $15.65 | $15.69 | 16,900 |
| 11/14/13 | $16.25 | $15.69 | 45,800 |
| 11/13/13 | $15.63 | $16.29 | 73,600 |
| 11/12/13 | $15.58 | $15.75 | 42,900 |
| 11/11/13 | $15.42 | $15.57 | 114,100 |
| 11/08/13 | $14.67 | $15.48 | 92,100 |
| 11/07/13 | $15.97 | $14.84 | 193,500 |
| 11/06/13 | $16.16 | $16.17 | 37,900 |
| 11/05/13 | $16.38 | $16.12 | 47,000 |
| 11/04/13 | $16.33 | $16.46 | 65,800 |
| 11/01/13 | $16.33 | $16.33 | 23,500 |
| 10/31/13 | $16.55 | $16.39 | 69,600 |
| 10/30/13 | $17.02 | $16.60 | 41,500 |
| 10/29/13 | $16.57 | $17.05 | 78,500 |
| 10/28/13 | $16.66 | $16.53 | 58,300 |
| 10/25/13 | $16.34 | $16.63 | 67,600 |
| 10/24/13 | $16.27 | $16.27 | 45,900 |
| 10/23/13 | $16.69 | $16.30 | 49,500 |
| 10/22/13 | $16.93 | $16.79 | 43,000 |
| 10/21/13 | $17.10 | $16.98 | 50,300 |
| 10/18/13 | $17.41 | $17.10 | 56,100 |
| 10/17/13 | $17.88 | $17.42 | 136,700 |
| 10/16/13 | $17.91 | $18.05 | 72,900 |
| 10/15/13 | $18.29 | $17.87 | 515,500 |
| 10/14/13 | $18.07 | $18.26 | 63,000 |
| 10/11/13 | $18.52 | $18.15 | 217,200 |
| 10/10/13 | $17.83 | $17.75 | 44,700 |
| 10/09/13 | $17.89 | $17.68 | 31,800 |
| 10/08/13 | $18.81 | $17.89 | 39,900 |
| 10/07/13 | $18.87 | $18.73 | 21,000 |
| 10/04/13 | $18.74 | $19.00 | 13,900 |
| 10/03/13 | $19.06 | $18.79 | 26,100 |
| 10/02/13 | $19.55 | $19.14 | 46,700 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices

# FXCM Historical Stock Prices 06/11/13 - 01/20/15

| Date | Open | Close | Volume |
|---|---|---|---|
| 10/01/13 | $19.74 | $19.67 | 16,100 |
| 09/30/13 | $19.64 | $19.75 | 36,000 |
| 09/27/13 | $18.96 | $19.76 | 37,900 |
| 09/26/13 | $19.30 | $19.07 | 18,900 |
| 09/25/13 | $19.21 | $19.30 | 12,100 |
| 09/24/13 | $19.70 | $19.30 | 39,800 |
| 09/23/13 | $19.21 | $19.62 | 34,100 |
| 09/20/13 | $18.96 | $19.27 | 75,300 |
| 09/19/13 | $18.99 | $18.97 | 34,200 |
| 09/18/13 | $19.06 | $18.97 | 49,100 |
| 09/17/13 | $19.00 | $19.09 | 29,400 |
| 09/16/13 | $18.91 | $19.07 | 32,500 |
| 09/13/13 | $18.73 | $18.75 | 39,100 |
| 09/12/13 | $18.98 | $18.70 | 63,700 |
| 09/11/13 | $19.52 | $19.02 | 70,700 |
| 09/10/13 | $19.74 | $19.66 | 55,000 |
| 09/09/13 | $19.52 | $19.70 | 39,200 |
| 09/06/13 | $19.27 | $19.44 | 48,900 |
| 09/05/13 | $19.14 | $19.21 | 37,700 |
| 09/04/13 | $19.38 | $19.10 | 76,800 |
| 09/03/13 | $19.39 | $19.14 | 63,000 |
| 08/30/13 | $19.72 | $18.99 | 55,800 |
| 08/29/13 | $19.17 | $19.76 | 65,300 |
| 08/28/13 | $19.23 | $19.15 | 66,900 |
| 08/27/13 | $19.30 | $19.19 | 140,600 |
| 08/26/13 | $19.14 | $19.42 | 50,100 |
| 08/23/13 | $19.19 | $19.08 | 31,100 |
| 08/22/13 | $18.68 | $18.99 | 20,600 |
| 08/21/13 | $18.55 | $18.68 | 22,300 |
| 08/20/13 | $18.33 | $18.64 | 24,300 |
| 08/19/13 | $17.97 | $18.37 | 61,100 |
| 08/16/13 | $18.86 | $18.52 | 36,900 |
| 08/15/13 | $19.02 | $18.96 | 85,000 |
| 08/14/13 | $18.96 | $19.16 | 105,200 |
| 08/13/13 | $18.12 | $18.95 | 125,100 |
| 08/12/13 | $17.93 | $18.21 | 61,900 |
| 08/09/13 | $17.60 | $17.99 | 91,200 |
| 08/08/13 | $18.45 | $17.72 | 67,000 |
| 08/07/13 | $17.20 | $17.99 | 73,900 |
| 08/06/13 | $16.81 | $16.71 | 48,300 |
| 08/05/13 | $16.57 | $16.81 | 20,600 |
| 08/02/13 | $16.91 | $16.94 | 28,400 |
| 08/01/13 | $16.60 | $16.91 | 70,500 |
| 07/31/13 | $16.28 | $16.50 | 28,800 |
| 07/30/13 | $16.36 | $16.28 | 28,700 |
| 07/29/13 | $16.34 | $16.29 | 18,400 |
| 07/26/13 | $16.67 | $16.40 | 27,300 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices

# FXCM Historical Stock Prices 06/11/13 - 01/20/15

| | | | |
|---|---|---|---|
| 07/25/13 | $16.90 | $16.76 | 26,000 |
| 07/24/13 | $16.88 | $16.91 | 48,700 |
| 07/23/13 | $16.88 | $16.82 | 32,500 |
| 07/22/13 | $17.05 | $16.89 | 16,500 |
| 07/19/13 | $17.15 | $17.05 | 41,900 |
| 07/18/13 | $16.73 | $17.19 | 50,800 |
| 07/17/13 | $16.75 | $16.73 | 31,500 |
| 07/16/13 | $16.15 | $16.64 | 44,700 |
| 07/15/13 | $16.02 | $16.03 | 42,600 |
| 07/12/13 | $16.05 | $15.93 | 21,400 |
| 07/11/13 | $16.49 | $16.08 | 19,200 |
| 07/10/13 | $16.20 | $16.16 | 28,500 |
| 07/09/13 | $16.63 | $16.19 | 32,800 |
| 07/08/13 | $16.14 | $16.20 | 45,200 |
| 07/05/13 | $16.35 | $16.08 | 17,900 |
| 07/03/13 | $16.08 | $16.07 | 25,400 |
| 07/02/13 | $16.23 | $16.11 | 84,100 |
| 07/01/13 | $16.41 | $16.25 | 62,400 |
| 06/28/13 | $16.32 | $16.41 | 217,900 |
| 06/27/13 | $16.47 | $16.24 | 54,700 |
| 06/26/13 | $16.40 | $16.34 | 41,200 |
| 06/25/13 | $16.10 | $16.34 | 85,500 |
| 06/24/13 | $16.00 | $15.98 | 75,600 |
| 06/21/13 | $15.81 | $15.83 | 69,800 |
| 06/20/13 | $15.19 | $15.62 | 45,500 |
| 06/19/13 | $15.58 | $15.36 | 34,400 |
| 06/18/13 | $15.10 | $15.55 | 93,600 |
| 06/17/13 | $14.47 | $15.04 | 101,400 |
| 06/14/13 | $14.30 | $14.27 | 16,000 |
| 06/13/13 | $14.13 | $14.29 | 8,300 |
| 06/12/13 | $14.42 | $14.14 | 12,900 |
| 06/11/13 | $14.31 | $14.28 | 22,700 |

Source: http://finance.yahoo.com/q/hp?s=FXCM+Historical+Prices