

Phillip Kim, Esq.
pkim@rosenlegal.com

May 14, 2018

**VIA ECF**

Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*
             Master File No. 1:17-cv-00916-RA

Your Honor:

    We represent Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport, Inc. in the above-referenced action. We write regarding a proposed briefing schedule for Defendants' motion to dismiss the second amended complaint in this action, pursuant to Your Honor's Individual Rules and Practices, Rule 1(D).

    Defendants' motion was filed on May 7, 2018. Dkt. No. 117. There is no briefing schedule currently in place for Plaintiffs' opposition or Defendants' reply brief. According to the Local Rules for this District, Plaintiffs' opposition brief is currently due on May 21, 2018, and Defendants' reply brief is due within seven days of the filing of Plaintiffs' brief. *See* Local Civil Rule 6.1(b).

    We have conferred with counsel for Defendants and jointly propose that the deadlines be extended as follows: (1) Plaintiffs' opposition brief will be filed on or before June 6, 2018; and (2) Defendants' reply brief will be filed on or before June 21, 2018. No prior requests for extensions of time have been made by either party regarding these briefs.

2

We thank the Court for its attention to this matter.

                                                    Respectfully submitted,

                                                    /s/ Phillip Kim
                                                    Phillip Kim, Esq.

cc:     All counsel of record by ECF