UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br>This Document Relates To:  All Actions | Master File No. 1:17-cv-00916-RA<br><br>CLASS ACTION<br><br>ORAL ARGUMENT REQUESTED |

### DECLARATION OF PAUL R. BESSETTE

Paul R. Bessette, hereby declares pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner in the law firm of King & Spalding LLP and one of the attorneys representing Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, and Robert Lande in the above-captioned action. I am duly admitted to this Court. I respectfully submit this Declaration in further support of Defendants' Motion to Dismiss Second Amended Consolidated Securities Class Action Complaint.

2. Attached as Exhibit Q to this Declaration is a true and correct copy of additional relevant excerpts from FXCM SEC Form 10-K 2012 Annual Report, filed March 18, 2013.

3. Attached as Exhibit R to this Declaration is a true and correct copy of additional relevant excerpts from FXCM SEC Form 10-K 2013 Annual Report, filed March 17, 2014.

4. Attached as Exhibit S to this Declaration is a true and correct copy

1

of additional relevant excerpts from FXCM SEC Form 10-K 2014 Annual Report, filed March 16, 2015.

5. Attached as Exhibit T to this Declaration is a true and correct copy of historical stock prices for Global Brokerage, Inc. from March 15, 2012 through February 6, 2017.

I DECLARE UNDER PENALTY OF PERJURY THAT THE ABOVE STATEMENTS ARE TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF.

Dated: June 21, 2018

_____
Paul R. Bessette