# KING & SPALDING

King & Spalding LLP
500 W. 2nd Street, Suite 1800
Austin, TX  78701
Tel:  +1 512.457.2000
Fax:  +1 512.457.2100
www.kslaw.com

Paul R. Bessette
Partner
Direct Dial:  +1 512.457.2050
pbessette@kslaw.com

June 21, 2018

<u>*Via ECF*</u>

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*, Master File No. 1:17-cv-00916-RA

Dear Judge Abrams,

      Defendants Global Brokerage, Inc. f/k/a FXCM Inc. ("FXCM"), Dror Niv, William Ahdout and Robert Lande ("Defendants") submit this letter in accordance with Your Honor's "Individual Rules & Practices in Civil Cases," Practice 4.G, and respectfully request oral argument on its motion to dismiss (ECF No. 117) the second amended class action complaint, filed by Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., Sergey Regukh, and Brian Armstrong ("Plaintiffs").

      Defendants are available to appear for oral argument at the Court's convenience. Thank you for your time and consideration of this request.

      Respectfully Submitted,

      KING & SPALDING LLP

      <u>/s/ *Paul R. Bessette*</u>
      Paul R. Bessette

      *Counsel for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, William Ahdout, and Robert Lande*

cc: All counsel of record