# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
35th Floor
New York, NY  10036
Tel:  +1 212 556 2100
www.kslaw.com

Paul R. Bessette
Partner
Direct Dial:  +1 212 556 2120
pbessette@kslaw.com

August 13, 2018

*Via ECF*

The Honorable Ronnie Abrams
United States District Court`
Southern District of New York
40 Foley Square, Room 2203
New York, NY 10007

      Re:    *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*, Master File No. 1:17-cv-00916-RA

Dear Judge Abrams,

     I represent Defendants in the above-captioned case.  The motion to dismiss the Second Amended Complaint ("SAC") was fully briefed on June 21, 2018.  Earlier today, in *Retirement Board of the Policemen's Annuity and Benefit Fund of Chicago, et al. v. FXCM, Inc. and Dror Niv*; Case No. 15-cv-3599 (KMW), Judge Kimba Wood dismissed allegations similar to those raised in the SAC.  A copy of that decision is attached as Exhibit A.

                                    Respectfully Submitted,

                                    KING & SPALDING LLP

                                  /s/ *Paul R. Bessette*
                                  Paul R. Bessette

                                  *Counsel for Defendants*

cc: All counsel of record