UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re Global Brokerage, Inc.
Securities Litigation                    Case No. 1:17-cv-00916-RA

                        Plaintiff,

-against-

                        Defendant.

---

NOTICE OF CHANGE OF ADDRESS

TO:   ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✔] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

__Joshua Evan Baker__
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JB8288        My State Bar Number is 5265699

I am,

[✔] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:   FIRM NAME: The Rosen Law Firm, P.A.
            FIRM ADDRESS: 275 Madison Ave., 34th Floor, New York, NY 10016
            FIRM TELEPHONE NUMBER: 212-686-1060
            FIRM FAX NUMBER: 212-202-3827

NEW FIRM:   FIRM NAME: The Rosen Law Firm, P.A.
            FIRM ADDRESS: 101 Greenwood Ave, Ste 440, Jenkintown, PA 19046
            FIRM TELEPHONE NUMBER: 215-600-2817
            FIRM FAX NUMBER: 212-202-3827

[✔] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 10/1/2018

ATTORNEY'S SIGNATURE