

Phillip Kim, Esq.
pkim@rosenlegal.com

February 19, 2019

**VIA ECF**
Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

      Re:    *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
               Master File No. 1:17-cv-00916-RA

Your Honor:

      I am the lead attorney for Plaintiffs in the above-referenced matter. I write to request an adjournment of the oral argument on Defendants' Motion to Dismiss the Second Amended Class Action Complaint currently scheduled for February 27, 2019 at 4:00 p.m. (Dkt. No. 130). Plaintiffs respectfully request that the oral argument be rescheduled for the morning of March 6, 2019.[1] I make this request as I have a previously-scheduled mediation in another matter on February 28, 2019 in Orange County, California. I originally believed that the mediation was local. However, given the timing and location, the current date for oral argument would make travel very difficult.

      This is the first request for an adjournment of oral argument on Defendants' Motion to Dismiss the Second Amended Class Action Complaint. Defendants consent to this request.

      I thank the Court for its consideration of this matter.

                                     Respectfully submitted,

                                     /s/ Phillip Kim
                                     Phillip Kim, Esq.

cc:     All counsel of record by ECF

---

[1] I, along with Defense Counsel, Paul R. Bessette of King & Spalding LLP, spoke to chambers and understand that this date is available on the Court's calendar should Your Honor grant this adjournment request. All parties are available on this date.

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**