UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO COMPLAINT**<br><br>CLASS ACTION |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys that the time within which Defendants may move, answer, or otherwise respond to the Second Amended Complaint is hereby extended up to and including May 13, 2019.

No provision of this Stipulation and Order shall be construed as a waiver of, and Defendants expressly reserve, any and all defenses.

There has been no previous request for extension of time in connection with this matter.

[Signature page follows.]

Submitted: April 10, 2019

| KING & SPALDING LLP | THE ROSEN LAW FIRM, P.A. |
|---|---|
| /s/ Paul R. Bessette<br>Paul R. Bessette<br>Israel Dahan<br>KING & SPALDING LLP<br>1185 Avenue of the Americas<br>New York, New York 10036-2601<br>Tel: (212) 556.2100<br>Fax: (212) 556.2200<br><br>Rebecca Matsumura, *pro hac vice*<br>KING & SPALDING LLP<br>500 W. 2nd Street Suite 1800<br>Austin, Texas 78701<br>Tel: (512) 457.2000<br>Fax: (512) 457.2100<br><br>*Attorneys for Defendants Global Brokerage, Inc. f/k/a/ FXCM, Inc., Dror Niv, William Ahdout and Robert Lande* | /s/ Phillip Kim<br>Phillip Kim<br>Laurence M. Rosen<br>Joshua Baker<br>275 Madison Avenue, 34th Floor<br>New York, New York 10016<br>Tel: (212) 686.1060<br>Fax: (212) 202.3827<br><br>*Attorneys for Lead Plaintiffs* |

DATED: _____, 2019

SO ORDERED:

_____
Honorable Ronnie Adams,
United States District Judge

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on April 10, 2019, the foregoing document was electronically delivered to all counsel of record via the Southern District of New York's CM/ECF system.

                */s/ Paul R. Bessette*
                Paul R. Bessette