```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4/10/19
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

Master File No. 1:17-cv-00916-RA

Nos. 1:17-cv-00916-RA
1:17-cv-00955-RA
1:17-cv-01028-RA
1:17-cv-02506-RA

ORDER

CLASS ACTION

RONNIE ABRAMS, United States District Judge:

The Court has granted the parties' stipulation to extend Defendants' time to respond to Plaintiffs' Second Amended Complaint up to and including May 13, 2019. The status conference scheduled to take place on May 9, 2019 is therefore adjourned pending this submission. The Court will schedule a status conference shortly thereafter.

SO ORDERED.

Dated: April 10, 2019
       New York, New York

Ronnie Abrams
United States District Judge