USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 5/14/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

Master File No. 1:17-cv-00916-RA

Nos. 1:17-cv-00916-RA
     1:17-cv-00955-RA
     1:17-cv-01028-RA
     1:17-cv-02506-RA

ORDER

RONNIE ABRAMS, United States District Judge:

    Counsel for the parties in this case shall appear for a status conference on June 4, 2019, at 3:45 p.m. No later than one week before this conference, the parties shall jointly submit a proposed case management plan and scheduling order. A template for the order is available at http://nysd.uscourts.gov/judge/Abrams.

    SO ORDERED.

Dated:   May 14, 2019
            New York, New York

_____
Ronnie Abrams
United States District Judge