USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA <br><br> CLASS ACTION <br><br> [~~PROPOSED~~] CASE MANAGEMENT PLAN AND SCHEDULING ORDER |
| This Document Relates To: All Actions | |

RONNIE ABRAMS, United States District Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1. All parties do not consent to conducting all further proceedings before a United States Magistrate Judge, including motions and trial. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences.

2. The parties have engaged in settlement discussions.

3. This case is to be tried to a jury.

4. No additional parties may be joined after April 3, 2020 without leave of the Court.

5. No amendments to the pleadings may be made after April 3, 2020 without leave of the Court.

6. Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than June 18, 2019.

7. Plaintiffs' motion for class certification is due January 6, 2020.

8. Defendants' opposition to class certification is due March 6, 2020.

9. Plaintiffs' reply in support of class certification is due April 20, 2020.

1

10. All fact discovery is to be completed no later than August 4, 2020.

11. The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forth in ¶ 7 above.

    a. Initial requests for production of documents shall be served by June 25, 2019.

    b. Interrogatories shall be served by July 6, 2020.

    c. Depositions shall be completed by August 4, 2020.

    d. Requests to Admit shall be served no later than July 6, 2020.

9. All expert discovery, including disclosures, reports, production of underlying documents, and depositions shall be completed by November 4, 2020.

10. All discovery shall be completed no later than November 4, 2020.

11. The Court will conduct a post-discovery conference on _Nimm 8, 2020_ at _11:00 a.m._ [To be completed by the Court.] No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

12. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 6 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

2

13. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

    a. \_\_\_\_\_ Referral to a Magistrate Judge for settlement discussions.

    b. \_\_\_\_\_ Referral to the Southern District's Mediation Program.

    c. [x] Retention of a private mediator.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

14. The parties have conferred and their present best estimate of the length of trial is 5-10 days.

SO ORDERED.

Dated: June 4, 2019
New York, New York

_____
Ronnie Abrams
United States District Judge

Dated: May 28, 2019

**THE ROSEN LAW FIRM, P.A.**

/s/ Phillip Kim
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

Respectfully submitted,

**KING & SPALDING LLP**

/s/ Paul R. Bessette
Paul R. Bessette
Israel Dahan
1185 Avenue of the Americas
New York, New York 10036-2601
Tel: (212) 556.2100
Fax: (212) 556.2200

Rebecca Matsumura, *pro hac vice*
500 W. 2nd Street Suite 1800
Austin, Texas 78701
Tel: (512) 457.2000
Fax: (512) 457.2100

*Attorneys for Defendants*

3

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Matthew M. Guiney, Esq. (MG 5858)
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*