UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SECURITIES LITIGATION<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION |

## NOTICE OF ERRATA

**TO THE COURT AND ALL PARTIES TO THIS ACTION:**

On January 6, 2020, Plaintiffs inadvertently filed a version of the Opening Report on Market Efficiency by Dr. Adam Werner that contained non-substantive errors. Dkt. No. 151-1. Attached to this Notice as Exhibit 1 is a corrected version of Dr. Werner's report, and attached as Exhibit 2 is a red-lined version highlighting the corrections.

Dated: January 13, 2020

**THE ROSEN LAW FIRM P.A.**

By: */s/ Phillip Kim*
Laurence M. Rosen
Phillip Kim
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile:  (212) 202-3827
Email:  lrosen@rosenlegal.com
            pkim@rosenlegal.com
            jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Proposed Class*

2

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Ave.
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

NOTICE OF ERRATA
2

## **CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 13, 2020, I served true and correct copies of the foregoing NOTICE OF ERRATA and EXHIBIT 1-2 by posting the documents electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 13, 2020, at New York, New York.

*/s/ Joshua Baker*
Joshua Baker