UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SECURITIES LITIGATION | 17-CV-916 (RA) (BCM) <br><br> **ORDER** |

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the status conference held on February 4, 2020, it is hereby ORDERED that Judge Moses will conduct a status conference on **February 26, 2020, at 10:00 a.m.** One week prior to that date, on **February 19, 2020**, the parties shall submit a joint status letter outlining the progress of discovery to date. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically or that it be adjourned *sine die*.

Dated: New York, New York
February 4, 2020

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/20
```