

Joshua Baker
jbaker@rosenlegal.com

February 25, 2020

**VIA ECF**

The Honorable Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation*
             Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

    After further discussion between counsel, the parties no longer believe it necessary to hold the telephone status conference scheduled for February 26, 2020 at 10:00am (Dkt. No. 156). The parties therefore jointly request, as Your Honor offered at the February 4 status conference, that the Court postpone the status conference *sine die*.

    Absent further instruction from the Court, the parties will still plan to hold the status conference call as scheduled.

                                                                                 Respectfully submitted,

| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
|---|---|
| /s/ Joshua Baker | /s/ Israel Dahan |
| Phillip Kim | Paul R. Bessette |
| Laurence M. Rosen | Israel Dahan |
| Joshua Baker | Peter Isajiw |
| 275 Madison Avenue, 34th Floor | Evan C. Ennis |
| New York, New York 10016 | 1185 Avenue of the Americas |
| Telephone: (212) 686-1060 | New York, New York 10036-2601 |
| Fax: (212) 202-3827 | Tel: (212) 556.2100 |
| Email: pkim@rosenlegal.com | Fax: (212) 556.2200 |
| Email: lrosen@rosenlegal.com | |
| Email: jbaker@rosenlegal.com | |

*Lead Counsel for Lead Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

Rebecca Matsumura, *pro hac vice*
500 W. 2nd Street Suite 1800
Austin, Texas 78701
Tel: (512) 457.2000
Fax: (512) 457.2100

*Attorneys for Defendants*

2

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**