

**MEMO ENDORSED**

Joshua Baker
jbaker@rosenlegal.com

February 25, 2020

**VIA ECF**

The Honorable Barbara Moses
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

> The status conference currently scheduled for February 26, 2020 at 10:00 a.m. is ADJOURNED to April 13, 2020, at 11:00 a.m. One week prior to that date, on April 6, 2020, the parties shall submit a joint status letter outlining the progress of discovery to date, as well as any settlement efforts. If no discovery controversies exist at that time, the parties may request that the conference be held telephonically. SO ORDERED.
>
> Barbara Moses, U.S.M.J., February 25, 2020

Re: *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation*
Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

After further discussion between counsel, the parties no longer believe it necessary to hold the telephone status conference scheduled for February 26, 2020 at 10:00am (Dkt. No. 156). The parties therefore jointly request, as Your Honor offered at the February 4 status conference, that the Court postpone the status conference *sine die*.

Absent further instruction from the Court, the parties will still plan to hold the status conference call as scheduled.

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**
/s/ Joshua Baker
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 34th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

**KING & SPALDING LLP**
/s/ Israel Dahan
Paul R. Bessette
Israel Dahan
Peter Isajiw
Evan C. Ennis
1185 Avenue of the Americas
New York, New York 10036-2601
Tel: (212) 556.2100
Fax: (212) 556.2200

| | |
|---|---|
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>Matthew M. Guiney<br>270 Madison Avenue<br>New York, NY 10016<br>Tel: (212) 545-4600<br>Email: guiney@whafh.com<br><br>*Additional Counsel* | Rebecca Matsumura, *pro hac vice*<br>500 W. 2nd Street Suite 1800<br>Austin, Texas 78701<br>Tel: (512) 457.2000<br>Fax: (512) 457.2100<br><br>*Attorneys for Defendants* |

2

THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 34TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827