UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/20
```

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION |
| This Document Relates To:  All Actions | |

This Stipulation is entered into between Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc., Named Plaintiff Sergey Regukh (collectively, "Plaintiffs") and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout (collectively, "Defendants").

WHEREAS, Plaintiffs filed their Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Class Certification Motion") on January 6, 2020;

WHEREAS, Defendants' deadline to file their opposition to the Class Certification Motion is March 6, 2020, and Plaintiffs' deadline to file their reply in support of the Class Certification Motion is April 20, 2020;

WHEREAS, the parties require additional time to complete discovery related to the Class Certification Motion;

WHEREAS, no previous requests for extensions related to this matter have been made by the parties;

IT IS HEREBY STIPULATED AND AGREED by the undersigned that Defendants' deadline to file their opposition to the Class Certification Motion is extended to April 3, 2020 and

Plaintiffs' deadline to file their reply in support of the Class Certification Motion is extended to May 18, 2020.

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
| */s/ Phillip Kim* | */s/ Israel Dahan* |
| Phillip Kim | Paul R. Bessette |
| Laurence M. Rosen | Israel Dahan |
| Joshua Baker | 1185 Avenue of the Americas |
| 275 Madison Avenue, 40th Floor | New York, New York 10036-2601 |
| New York, New York 10016 | Tel: (212) 556.2100 |
| Telephone: (212) 686-1060 | Fax: (212) 556.2200 |
| Fax: (212) 202-3827 | |
| Email: pkim@rosenlegal.com | Rebecca Matsumura, *pro hac vice* |
| Email: lrosen@rosenlegal.com | 500 W. 2nd Street Suite 1800 |
| Email: jbaker@rosenlegal.com | Austin, Texas 78701 |
| | Tel: (512) 457.2000 |
| *Lead Counsel for Lead Plaintiffs* | Fax: (512) 457.2100 |
| | |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | *Attorneys for Defendants* |
| Matthew M. Guiney, Esq. (MG 5858) | |
| 270 Madison Avenue | |
| New York, NY 10016 | |
| Tel: (212) 545-4600 | |
| Email: guiney@whafh.com | |
| | |
| *Additional Counsel* | |

SO ORDERED, on this __2__ day of __March__, 2020

_/s/ Barbara Moses_
Barbara Moses
United States Magistrate Judge

2