UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SECURITIES LITIGATION | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION |
| This Document Relates To: All Actions | |

**NOTICE OF MOTION AND MOTION TO ADD NAMED PLAINTIFF**

PLEASE TAKE NOTICE that Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc., named plaintiffs Sergey Regukh and Brian Armstrong, and movant E-Global Trade and Finance Group Inc. ("E-Global") (collectively, "Plaintiffs"), by their undersigned counsel, hereby move the Court, before the Honorable Ronnie Abrams, United States District Judge, at the Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York, 10007, pursuant to Rules 21 and 15 of the Federal Rules of Civil Procedure, for an Order adding E-Global as a named plaintiff to the operative complaint in this action and granting such other and further relief as the Court deems necessary and proper.

In support of their motion, Plaintiffs will rely upon the accompanying Memorandum of Law, as well as any further argument and briefing as may be presented at or before any hearing. E-Global is a member of the putative Class defined in the operative complaint. E-Global hereby adopts the substantive allegations of the operative complaint, to the extent that they were sustained by the Court's order denying Defendants' motion to dismiss. Dkt. No. 135.

| | |
|---|---|
| Dated: March 16, 2020 | **THE ROSEN LAW FIRM P.A.** |
| | By: */s/ Phillip Kim* |
| | Laurence M. Rosen |
| | Phillip Kim |
| | Joshua Baker |
| | 275 Madison Avenue, 40th Floor |
| | New York, New York 10016 |
| | Telephone: (212) 686-1060 |
| | Fascimile: (212) 202-3827 |
| | Email: lrosen@rosenlegal.com |
| |        pkim@rosenlegal.com |
| |        jbaker@rosenlegal.com |
| | *Lead Counsel for Plaintiffs and the Proposed Class* |

2

**WOLF HALDENSTEIN ADLER**
**FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Ave.
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

## **CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On March 16, 2020, I served true and correct copies of the foregoing NOTICE OF MOTION AND MOTION TO ADD NAMED PLAINTIFF, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 16, 2020, at Jenkintown, Pennsylvania.

*/s/ Joshua Baker*
Joshua Baker