USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/30/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION<br><br>STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION TO ADD NAMED PLAINTIFF |

This Stipulation is entered into between Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc., Named Plaintiffs Sergey Regukh and Brian Armstrong, and Movant E-Global Trade and Finance Group, Inc. (collectively, "Plaintiffs") and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout (collectively, "Defendants").

WHEREAS, Plaintiffs filed their Motion to Add Named Plaintiff on March 16, 2020;

WHEREAS, Defendants' deadline to file their opposition to Plaintiffs' Motion to Add Named Plaintiff is March 30, 2020 and Plaintiffs' deadline to file their reply in support of the Motion to Add Named Plaintiff is April 6, 2020;

WHEREAS, given the challenges resulting from the current COVID-19 pandemic, Defendants require additional time to file their opposition, if any, to the Motion to Add Named Plaintiff;

WHEREAS, no previous requests for extensions related to Plaintiffs' Motion to Add Named Plaintiff have been made by the parties;

IT IS HEREBY STIPULATED AND AGREED by the undersigned that Defendants' deadline to file their opposition to the Motion to Add Named Plaintiff is extended to April 13,

1

2020 and Plaintiffs' deadline to file their reply in support of the Motion to Add Named Plaintiff is extended to April 27, 2020.

| THE ROSEN LAW FIRM, P.A. | KING & SPALDING LLP |
|---|---|
| /s/ Joshua Baker<br>Phillip Kim<br>Laurence M. Rosen<br>Joshua Baker<br>275 Madison Avenue, 40th Floor<br>New York, New York 10016<br>Telephone: (212) 686-1060<br>Fax: (212) 202-3827<br>Email: pkim@rosenlegal.com<br>Email: lrosen@rosenlegal.com<br>Email: jbaker@rosenlegal.com<br><br>*Lead Counsel for Lead Plaintiffs* | /s/ Israel Dahan<br>Paul R. Bessette<br>Israel Dahan<br>1185 Avenue of the Americas<br>New York, New York 10036-2601<br>Tel: (212) 556.2100<br>Fax: (212) 556.2200<br><br>Rebecca Matsumura, *pro hac vice*<br>500 W. 2nd Street Suite 1800<br>Austin, Texas 78701<br>Tel: (512) 457.2000<br>Fax: (512) 457.2100<br><br>*Attorneys for Defendants* |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**<br>Matthew M. Guiney, Esq. (MG 5858)<br>270 Madison Avenue<br>New York, NY 10016<br>Tel: (212) 545-4600<br>Email: guiney@whafh.com<br><br>*Additional Counsel* | |

SO ORDERED, on this  30  day of     March         , 2020

_____
Barbara Moses
United States Magistrate Judge