UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/20

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING THE BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |
| This Document Relates To:  All Actions | |

  This Stipulation is entered into between Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc., Named Plaintiff Sergey Regukh, and Movant E-Global Trade and Finance Group, Inc. (collectively, "Plaintiffs") and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout (collectively, "Defendants").

  WHEREAS, Plaintiffs filed their Motion for Class Certification and Appointment of Class Representative and Class Counsel (the "Class Certification Motion") on January 6, 2020;

  WHEREAS, Defendants' deadline to file their opposition to the Class Certification Motion is April 3, 2020, and Plaintiffs' deadline to file their reply in support of the Class Certification Motion is May 18, 2020;

  WHEREAS, given the challenges resulting from the current COVID-19 pandemic, the parties require additional time to conduct discovery, including the depositions of Lead Plaintiffs;

  WHEREAS, on February 28, 2020, the parties requested an extension of the deadlines related to the Class Certification Motion, which was granted by the Court on March 2, 2020;

  IT IS HEREBY STIPULATED AND AGREED by the undersigned that Defendants' deadline to oppose the Class Certification Motion is extended to May 8, 2020, and Plaintiffs'

deadline to file their reply in support of their Class Certification Motion is extended to June 22, 2020.

| THE ROSEN LAW FIRM, P.A. | KING & SPALDING LLP |
|---|---|
| */s/ Joshua Baker* | */s/ Paul R. Bessette* |
| Phillip Kim | Paul R. Bessette |
| Laurence M. Rosen | Israel Dahan |
| Joshua Baker | 1185 Avenue of the Americas |
| 275 Madison Avenue, 40th Floor | New York, New York 10036-2601 |
| New York, New York 10016 | Tel: (212) 556.2100 |
| Telephone: (212) 686-1060 | Fax: (212) 556.2200 |
| Fax: (212) 202-3827 | |
| Email: pkim@rosenlegal.com | Rebecca Matsumura, *pro hac vice* |
| Email: lrosen@rosenlegal.com | 500 W. 2nd Street Suite 1800 |
| Email: jbaker@rosenlegal.com | Austin, Texas 78701 |
|  | Tel: (512) 457.2000 |
| *Lead Counsel for Lead Plaintiffs* | Fax: (512) 457.2100 |
|  |  |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | *Attorneys for Defendants* |
| Matthew M. Guiney, Esq. (MG 5858) | |
| 270 Madison Avenue | |
| New York, NY 10016 | |
| Tel: (212) 545-4600 | |
| Email: guiney@whafh.com | |
|  | |
| *Additional Counsel* | |

SO ORDERED, on this  6   day of        April                , 2020

_____
Barbara Moses
United States Magistrate Judge

2