UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. F/K/A FXCM INC. SECURITIES LITIGATION | 17-CV-916 (RA) (BCM)<br><br>**ORDER** |

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/9/20

**BARBARA MOSES, United States Magistrate Judge.**

Due to a conflict on the Court's calendar, the telephonic case management conference scheduled for April 13, 2020, at 11:00 a.m., is ADJOURNED to April 13, 2020, at 12:30 p.m. At that time, the parties shall call into the below teleconference:

    Call in number:    888-557-8511
    Access Code:    7746387

Dated: New York, New York
       April 9, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**