UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION |

## NOTICE OF NON-OPPOSITION

Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc., named plaintiffs Sergey Regukh and Brian Armstrong, and movant E-Global Trade and Finance Group, Inc. ("Plaintiffs") respectfully submit this notice of non-opposition to Plaintiffs' Motion to Add Named Plaintiff ("Motion"), Dkt. No. 161. Counsel for Plaintiffs conferred with counsel for Defendants Global Brokerage, Inc., f/k/a FXCM Inc., Dror Niv, and William Ahdout ("Defendants"), and Defendants do not oppose the Motion. Pursuant to Local Civil Rule 6.1(b), the deadline for any other opposition to the Motion was March 30, 2020.[1] To date, no opposition has been filed. Thus, the court should grant Plaintiffs' Motion because it is unopposed.

---

[1] The deadline for Defendants to oppose the Motion was extended pursuant to stipulation and the Court's Order dated March 30, 2020. Dkt. No. 166.

1

Dated: April 9, 2020

Respectfully submitted,

**THE ROSEN LAW FIRM P.A.**

By: */s/ Phillip Kim*
Laurence M. Rosen
Phillip Kim
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile:  (212) 202-3827
Email: lrosen@rosenlegal.com
           pkim@rosenlegal.com
           jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Proposed Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Ave.
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

2

**CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 9, 2020, I served true and correct copies of the foregoing NOTICE OF NON-OPPOSITION, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2020, at Jenkintown, Pennsylvania.

*/s/ Joshua Baker*
Joshua Baker