**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SECURITIES LITIGATION | Master File No. 1:17-cv-00916-RA-BCM CLASS ACTION |
| This Document Relates To: All Actions | |

**NOTICE OF AMENDED MOTION AND AMENDED MOTION**
**FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS**
**REPRESENTATIVES AND CLASS COUNSEL**

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law and the Declaration of Joshua Baker and its accompanying exhibits, Court-appointed Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc., and Movant E-Global Trade and Finance Group, Inc. ("E-Global") (collectively, "Plaintiffs"), who together are proposed class representatives, move the Court, before the Honorable Barbara C. Moses, United States Magistrate Judge, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, Courtroom 20A, New York, New York, 10007, for an Order:

1.  certifying this action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure as a class action;

2.  defining the Class as:

    All persons and/or entities that purchased or otherwise acquired publicly traded Global Brokerage, Inc., f/k/a FXCM Inc. ("FXCM") securities, including FXCM 2.25% Convertible Senior Notes due 2018 and Class A common stock, during the period March 15, 2012 through February 6, 2017, both dates inclusive.

    Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, consultants and directors of FXCM and FXCM Holdings, LLC; (iii) siblings, parents, children, spouses, and household members of any person excluded under (i) and (ii); (iv) any entities affiliated with, controlled by, or more than 5% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors or assigns of any person excluded under (i) through (iv).

3.  appointing Lead Plaintiffs 683 Capital Partners, LP and Shipco Transport Inc. and named plaintiff E-Global Trade and Finance Group, Inc. as Class Representatives for the Class;

4.  appointing The Rosen Law Firm, P.A. as Class Counsel; and

5.  granting such other and further relief as the Court deems necessary and proper.

This amended motion supersedes Plaintiffs' prior motion for class certification, Dkt. No. 149. Plaintiffs amend their motion solely to substitute movant E-Global for proposed class representative Sergey Regukh, as E-Global is the real party in interest, with no substantive changes

to the motion. Plaintiffs' counsel conferred with counsel for Defendants Global Brokerage, Inc.,

f/k/a FXCM Inc., Dror Niv, and William Ahdout ("Defendants") prior to filing this amended

motion. Defendants consent to Plaintiffs' amendment to the extent of substituting E-Global for

Mr. Regukh as a proposed class representative, but reserve all rights with respect to substantive

challenges to the amended motion. The parties have further agreed that the briefing schedule for

the parties' opposition and reply, as extended by the Court's order, Dkt. No. 169, will apply to this

amended motion.

Dated: April 9, 2020

**THE ROSEN LAW FIRM P.A.**

By: */s/ Phillip Kim*

Laurence M. Rosen
Phillip Kim
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile:  (212) 202-3827
Email: lrosen@rosenlegal.com
        pkim@rosenlegal.com
        jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Proposed
Class*

**WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Ave.
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

NOTICE OF MOTION AND MOTION
2

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On January 6, 2020, I served true and correct copies of the foregoing NOTICE OF AMENDED MOTION AND AMENDED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2020, at New York, New York.

*/s/ Joshua Baker*
Joshua Baker