UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SECURITIES LITIGATION | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION |
| This Document Relates To: All Actions | |

### [PROPOSED] ORDER GRANTING MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL

Having considered the Amended Motion for Class Certification and Appointment of Class Representatives and Class Counsel (the "Motion"), and good cause appearing therefore, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The action is hereby certified to proceed as a class action pursuant to Rules 23(a) and (b)(3) of the Federal Rules of Civil Procedure for the following Class:

   All persons and/or entities that purchased or otherwise acquired publicly traded Global Brokerage, Inc., f/k/a FXCM Inc. ("FXCM") securities, including FXCM 2.25% Convertible Senior Notes due 2018 and Class A common stock, during the period March 15, 2012 through February 6, 2017, both dates inclusive.

   Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, consultants and directors of FXCM and FXCM Holdings, LLC; (iii) siblings, parents, children, spouses, and household members of any person excluded under (i) and (ii); (iv) any entities affiliated with, controlled by, or more than 5% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors or assigns of any person excluded under (i) through (iv).

3. 683 Capital Partners, LP, Shipco Transport Inc., and E-Global Trade and Finance Group, Inc. are hereby appointed Class Representatives; and

4. The Rosen Law Firm, P.A. is hereby appointed as Class Counsel.

IT IS SO ORDERED.

Dated: _____          _____
                                        HONORABLE BARBARA C. MOSES
                                        UNITED STATES MAGISTRATE JUDGE