UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SECURITIES LITIGATION | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION |
| This Document Relates To: All Actions | |

**DECLARATION OF JOSHUA BAKER IN SUPPORT OF THE
AMENDED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF
<u>CLASS REPRESENTATIVES AND CLASS COUNSEL</u>**

I, Joshua Baker, hereby declare:

1. I am an attorney admitted to practice before this Court. I am an attorney with The Rosen Law Firm, P.A. (the "Rosen Firm"), Court-appointed Lead Counsel for Lead Plaintiffs 683 Capital Partners, LP ("683 Capital") and Shipco Transport Inc. ("Shipco"), and proposed Class Counsel. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' Amended Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Corrected Opening Report on Market Efficiency by Dr. Adam Werner dated January 10, 2020. Exhibit 1 is identical to the document with the same title, previously filed as Exhibit 1 to Plaintiffs' Notice of Errata, Dkt. No. 152-1, which made non-substantive corrections to the Opening Report on Market Efficiency by Dr. Adam Werner dated January 6, 2020, which was filed as Exhibit 1 to the Declaration of Joshua Baker dated January 6, 2020. Dkt. No. 151-1.

3. Attached hereto as Exhibit 2 is a true and correct copy of the certification of Movant E-Global Trade and Finance Group, Inc. ("E-Global"), pursuant to the Private Securities Litigation Reform Act of 1995. E-Global and Plaintiffs have filed an unopposed motion to add E-Global as a named plaintiff in this action. Dkt. Nos. 161 (motion), 173 (notice of non-opposition).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Declaration of Joseph Patt, as authorized representative of 683 Capital. Exhibit 3 is identical to Exhibit 2 to the Declaration of Joshua Baker dated January 6, 2020. Dkt. No. 151-2.

5. Attached hereto as Exhibit 4 is a true and correct copy of the Declaration of Frank Cozzarelli, as authorized representative of Shipco. Exhibit 4 is identical to Exhibit 3 to the Declaration of Joshua Baker dated January 6, 2020. Dkt. No. 151-3.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Declaration of Sergey Regukh, as authorized representative of E-Global.

7.	Attached hereto as Exhibit 6 is a true and correct copy of the firm résumé of the Rosen Firm, proposed Class Counsel. As demonstrated in the firm résumé, the Rosen Firm's attorneys have decades of experience prosecuting securities fraud class actions, and the Rosen Firm has successfully represented the interests of aggrieved investors in securities fraud class actions across the country as both Court-appointed lead counsel and as class counsel in certified class actions. The Rosen Firm is fully committed to dedicating the time and resources necessary to continue its vigorous prosecution of this action on behalf of the proposed Class. Exhibit 6 is identical to Exhibit 5 to the Declaration of Joshua Baker dated January 6, 2020. Dkt. No. 151-5.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 9, 2020, in Jenkintown, Pennsylvania.

/s/ Joshua Baker
Joshua Baker

## **CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On April 9, 2020, I served true and correct copies of the foregoing DECLARATION OF JOSHUA BAKER IN SUPPORT OF THE AMENDED MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF CLASS REPRESENTATIVES AND CLASS COUNSEL and EXHIBITS 1-6, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 9, 2020, at New York, New York.

*/s/ Joshua Baker*
Joshua Baker