# EXHIBIT 2

## PLAINTIFF'S CERTIFICATION

**Sergey Regukh, who is sole shareholder and sole partner of E-Global Holding S.a.r.l. S.P.F. (Luxembourg), which is the sole shareholder of E-Global Trade and Finance Group, Inc.** ("Plaintiff"), and who is authorized to sign on behalf of Plaintiff, declares under penalty of perjury, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed the complaint and authorized the commencement of a lead plaintiff motion on Plaintiff's behalf.

2. Plaintiff did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action.

3. Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4. Plaintiff's transactions in Global Brokerage, Inc. (f/k/a FXCM, Inc.) during the Class Period specified in the Complaint are as follows:

### SEE ATTACHED SCHEDULE A

5. During the three years prior to the date of this Certificate, Plaintiff has not sought to serve nor served as a lead plaintiff for a class in an action filed under the federal Securities laws.

6. Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this _____ day  of  March 2020.

**Sergey Regukh**

**E-Global Trade and Finance Group, Inc.**

Schedule A of Movant for Global Brokerage, Inc. (f/k/a FXCM, Inc.)
Class Period: March 15, 2012 - February 6, 2017
Class Period Cusip: 302693205
Present Cusip after 02/27/17 change: 37891B109
Note: 1 for 10 reverse split on October 1, 2015

| Purchase Date | Actual # of shares | Actual Price | Split adjusted # of shares (1 20 on 10/1/15) | Split Adjusted Price |
|---|---|---|---|---|
| **Pre-split trades** | | | | |
| 03/27/15 | 41,689 | $2.14 | 4,169 | $21.40 |
| 03/30/15 | 30,000 | $2.16 | 3,000 | $21.60 |
| 03/31/15 | 100 | $2.61 | 10 | $26.10 |
| 04/01/15 | 1,000 | $2.17 | 100 | $21.70 |
| 04/02/15 | 70,000 | $2.20 | 7,000 | $22.00 |
| 04/09/15 | 1,100 | $2.27 | 110 | $22.70 |
| 04/10/15 | 6,739 | $2.22 | 674 | $22.20 |
| 04/13/15 | 104,000 | $2.22 | 10,400 | $22.20 |
| 05/07/15 | 6,384 | $1.84 | 638 | $18.40 |
| 05/08/15 | 88,666 | $1.94 | 8,867 | $19.40 |
| 05/13/15 | 100,000 | $1.86 | 10,000 | $18.60 |
| 05/14/15 | 100,000 | $1.72 | 10,000 | $17.20 |
| 06/04/15 | 70,000 | $1.48 | 7,000 | $14.80 |
| 06/08/15 | 52,917 | $1.68 | 5,292 | $16.80 |
| 06/15/15 | 191,990 | $1.52 | 19,199 | $15.20 |
| 06/16/15 | 18,000 | $1.52 | 1,800 | $15.20 |
| 08/03/15 | 54,312 | $1.10 | 5,431 | $11.00 |
| 08/04/15 | 10,000 | $1.10 | 1,000 | $11.00 |
| 08/05/15 | 92,590 | $1.10 | 9,259 | $11.00 |
| 08/06/15 | 52,600 | $1.04 | 5,260 | $10.40 |
| 08/07/15 | 207,301 | $0.94 | 20,730 | $9.40 |
| 08/07/15 | 93,810 | $0.92 | 9,381 | $9.20 |
| **Post-split trades** | | | | |
| 01/11/16 | 28,500 | $13.00 | 28,500 | $13.00 |
| 06/10/16 | 12,941 | $8.52 | 12,941 | $8.52 |