USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 4-13-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

Master File No. 17-CV-916 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 6, 2020, Plaintiffs filed a motion for class certification. *See* Dkt. 149. On April 9, 2020, upon consent of Defendants, Plaintiffs filed an amended motion for class certification, amending their motion to substitute movant E-Global Trade and Finance Group, Inc. for proposed class representative Sergey Regukh. *See* Dkt. 174. Accordingly, the initial motion for class certification is denied as moot. The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. 149.

In light of the Court's previous referral of Plaintiff's motion for class certification to Judge Moses for a report and recommendation, all papers in connection with the amended motion for class certification should be directed to Judge Moses.

SO ORDERED.

Dated:   April 13, 2020
         New York, New York

Ronnie Abrams
United States District Judge