USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___4/13/20___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC.
F/K/A FXCM INC. SECURITIES
LITIGATION

17-CV-916 (RA) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

For the reasons stated on the record during the telephonic conference held on April 13, 2020, it is hereby ORDERED that:

1. <u>Plaintiffs' Motion to Add Party Plaintiff</u>. All parties having consented to the grant of plaintiffs' motion to add E-Global Trade and Finance Group Inc. (E-Global) as a party plaintiff, and having further agreed that the addition of E-Global will not affect the pretrial schedule in this action or prejudice defendants' rights regarding class certification, the motion (Dkt. No. 161) is GRANTED. Plaintiffs shall file their third amended complaint, including E-Global as a named plaintiff, no later than **April 20, 2020**.

2. <u>Class Certification Briefing Schedule</u>. The parties shall promptly submit a stipulation and proposed order explaining the need for their requested extension of the remaining briefing schedule on plaintiffs' pending amended motion for class certification (Dkt. No. 174).

Dated: New York, New York
April 13, 2020

**SO ORDERED**.

_____
**BARBARA MOSES**
**United States Magistrate Judge**