**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br><u>CLASS ACTION</u> |

**<u>NOTICE OF FILING OF AMENDED PSLRA CERTIFICATION</u>**

Lead Plaintiff Shipco Transport Inc. ("Shipco") hereby submits its amended certification pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), to update the transaction information contained in Shipco's original PSLRA certification filed with the Court, Dkt. No. 27-2. Shipco's amended certification is attached hereto.

Dated: May 21, 2020

**THE ROSEN LAW FIRM P.A.**

By: */s/ Phillip Kim*
Laurence M. Rosen
Phillip Kim
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile: (212) 202-3827
Email: lrosen@rosenlegal.com
      pkim@rosenlegal.com
      jbaker@rosenlegal.com

*Lead Counsel for Plaintiffs and the Proposed Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Ave.
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

**CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On May 21, 2020, I served true and correct copies of the foregoing NOTICE OF FILING OF AMENDED PSLRA CERTIFICATION, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 21, 2020, at Jenkintown, Pennsylvania.

*/s/ Joshua Baker*
Joshua Baker