## SECOND AMENDED CERTIFICATION

The individual or institution listed below (the "Plaintiff") authorizes The Rosen Law Firm, P.A. to file an action or amend a current action under the federal securities laws to recover damages and to seek other relief against FXCM Inc. ("FXCM"), and their current and former officers, and others in connection with the purchase and sale of securities issued by FXCM. The Rosen Law Firm, P.A. agrees to prosecute the action on a contingent fee basis not to exceed one-third of any recovery and will advance all costs and expenses. Any legal fees and expenses will be determined by, and payable, only upon order of the U.S. District Court.

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1.      I have reviewed the complaint against FXCM and certain of its officers and directors and I retain The Rosen Law Firm, P.A. as counsel in this action for all purposes.

2.      I did not engage in transactions in the securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3.      I am willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4.      The following is a list of all of the purchases and sales I have made in securities issued by FXCM during the Class Period set forth in the complaint.  I have made no transactions during the class period in the securities that are the subject of this lawsuit except those set forth below.

| Number of Shares Purchased or Sold | Date(s) Purchased | Price Paid Per Share | Date(s) Sold (if applicable) | Price Sold Per Share |
|---|---|---|---|---|
| 12,431 | 23.02.2016 | $12.579600 | n/a | $ |
| 12,452 | 23.02.2016 | $11.773600 | n/a | $ |
| 11,580 | 29.02.2016 | $12.551813 | n/a | $ |
| 300 | 02.03.2016 | $14.000000 | n/a | $ |
| 4,500 | 03.03.2016 | $15.570700 | n/a | $ |
| 16,600 | 10.03.2016 | $14.63 | n/a | $ |
| 12,300 | 03.03.2016 | $16.38 | n/a | $ |
| 560 | 01.03.2016 | $13.47 | n/a | $ |
| 15,700 | 29.02.2016 | $12.51 | n/a | $ |
| 3,400 | n/a | $ | 04.03.2016 | $16.623471 |
| 2,500 | n/a | $ | 04.03.2016 | $15.544516 |
|  |  | $ |  | $ |
|  |  | $ |  | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM:  (212) 202-3827

5.      I have not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except for the following company(ies):

6.      I will not accept any payment for serving as a representative party beyond my pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of May, 2020.

Name of Institution/Entity: Shippo Transport Inc.

Signature:
Name:           Frank Cozzarelli, VP
Address:

Phone:
E-mail:

Item. 4 (continue from prior page if needed)

| Number of Notes Purchased or Sold | Date(s) Purchased | Price Paid Per Note | Date(s) Sold (if applicable) | Price Sold Per Note |
|---|---|---|---|---|
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |
| | | $ | | $ |

PLEASE FAX CERTIFICATION TO ROSEN LAW FIRM at (212) 202-3827
OR MAIL TO:
THE ROSEN LAW FIRM PA
275 MADISON AVENUE, 34th FLOOR
NEW YORK, NY 10016

ASSIGNMENT

Scan Group A/S, the undersigned Assignor ("Assignor"), hereby assigns, transfers and sets over to Shipco Transport, Inc. ("Shipco") all rights, title, ownership and interest of the Assignor in any and all claims, demands, and causes of action of any kind whatsoever which the Assignor has or may have arising from violations of the U.S. federal securities laws in connection with the purchase by Assignor of the securities of FXCM, Inc.

Further, the Assignor hereby appoints Shipco as its true and lawful attorney-in-fact for the purpose of exercising all powers relating to such causes of action.

Shipco has agreed to remit any proceeds received as a result of this Assignment to the Assignor.

This Assignment may not be revoked without the written consent of Shipco.

This assignment shall be binding upon and inure to the benefit of the parties, their successors and assigns.

Signed this __10__ day of __MARCH__, 2017

SCAN GROUP A/S
ASSISIODICARGADE
2300 COPENHAGEN S - DENMARK
PHONE: 32 66 81 00  FAX: 32 66 81 19

By: _____