# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

June 4, 2020

*Via Electronic Filing*

The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,* Case No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

We represent Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv and William Ahdout (collectively, "Defendants") in the above-referenced action. We write to respectfully request permission to file an opposition memorandum of law that is up to 30 pages long in connection with Plaintiffs' Amended Motion for Class Certification and Appointment of Class Representatives and Class Counsel ("Class Certification Motion").

Pursuant to Rule 2(H) of Your Honor's Individual rules of Practice, unless advance permission has been granted, principal memoranda are limited to 25 pages. Defendants believe that five additional pages are necessary in order to fully respond to the issues raised in the Class Certification Motion. For these reasons, Defendants respectfully request permission to file an opposition memorandum of law that is up to 30 pages long. Plaintiffs do not oppose Defendants' request.

Thank you for your consideration.

Respectfully Submitted,

KING & SPALDING LLP

*/s/ Israel Dahan*
Israel Dahan

cc: All counsel of record