UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA |

## DECLARATION OF ISRAEL DAHAN

ISRAEL DAHAN, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of King & Spalding LLP, attorneys for Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv and William Ahdout in the above-captioned action, and a member in good standing of the bar of this Court. I respectfully submit this Declaration in support of Defendants' Opposition to Plaintiffs' Amended Motion for Class Certification and Appointment of Class Representatives and Class Counsel.

2. Attached as Exhibit 1 is a true and correct copy of the Report of Terrence Hendershott, Ph.D, dated June 12, 2020.

3. Attached as Exhibit 2 is a true and correct copy of the Services Agreement dated as of May 1, 2010.

4. Attached as Exhibit 3 is a true and correct copy of FXCM SEC Form S-1, filed December 1, 2010.

5. Attached as Exhibit 4 is a true and correct copy of FXCM SEC Form 8-K, filed June 3, 2013.

6. Attached as Exhibit 5 is a true and correct copy of the CFTC's Initial Decision & Order Dismissing the Complaint in *O'Brien v. Forex Capital Markets, LLC*, CFTC Docket No. 17-R006 (Oct. 6, 2019).

1

7. Attached as Exhibit 6 is a true and correct copy of FXCM SEC Form 8-K, filed February 7, 2017.

8. Attached as Exhibit 7 is a true and correct copy of the transcript of the February 28, 2020 deposition of Adam Werner, Ph.D.

9. Attached as Exhibit 8 is a true and correct copy of relevant excerpts from the transcript of the March 10, 2020 deposition of Sergey Regukh.

10. Attached as Exhibit 9 is a true and correct copy of relevant excerpts from the transcript of the April 23, 2020 deposition of Joseph S. Patt as Rule 30(b)(6) Corporate Representative of 683 Capital Partners, LP.

11. Attached as Exhibit 10 is a true and correct copy of relevant excerpts from the transcript of the May 7, 2020 deposition of Sergey Regukh as Rule 30(b)(6) Corporate Representative of E-Global Trade and Finance Group, Inc.

12. Attached as Exhibit 11 is a true and correct copy of relevant excerpts from the transcript of the May 22, 2020 deposition of Frank J. Cozzarelli as Rule 30(b)(6) Corporate Representative of Shipco Transport Inc.

Dated: Spring Valley, New York
       June 12, 2020

/s/ Israel Dahan
   Israel Dahan