# EXHIBIT 7

Page 1

1          UNITED STATES DISTRICT COURT

2          SOUTHERN DISTRICT OF NEW YORK

3

4
                                    )
5                                   )
   IN RE GLOBAL BROKERAGE, INC.    )
6  F/K/A FXCM INC.                 )   MASTER FILE NO.
   SECURITIES LITIGATION           )   1:17-CV-00916-RA
7                                   )
   _____)
8                                   )
   THIS DOCUMENT RELATES TO:       )
9  ALL ACTIONS.                    )
   _____)
10

11

12

13

14      VIDEOTAPED DEPOSITION OF ADAM WERNER, PH.D.

15           FRIDAY, FEBRUARY 28, 2020

16

17

18

19

20

21  REPORTED BY:  REAGAN EVANS, RPR, RMR, CRR, CCRR,

22           CLR, CRC, CA CSR NO. 8176

23

24

25

1   VIDEOTAPED DEPOSITION OF ADAM WERNER, PH.D., TAKEN
2   ON BEHALF OF THE DEFENDANTS AT 9:39 A.M., FRIDAY,
3   FEBRUARY 28, 2020, AT 633 WEST FIFTH STREET,
4   SUITE 1600, LOS ANGELES, CALIFORNIA, BEFORE REAGAN
5   EVANS, CA CSR NO. 8176, RPR, RMR, CRR, CCRR, CLR,
6   CRC.
7
8   APPEARANCES OF COUNSEL
9
10
    FOR THE PLAINTIFFS:
11      THE ROSEN LAW FIRM
        BY:  GONEN HAKLAY, ESQ.
12      BY:  JOSH BAKER, ESQ.
        101 GREENWOOD AVENUE
13      SUITE 440
        JENKINTOWN, PENNSYLVANIA  19046
14      (215) 600-2817
        GHAKLAY@ROSENLEGAL.COM
15      JBAKER@ROSENLEGAL.COM
16
    FOR THE DEFENDANT GLOBAL BROKERAGE, INC., F/K/A
17  FXCM, INC.:
        KING & SPALDING
18      BY:  PETER ISAJIW, ESQ.
        BY:  EVAN C. ENNIS, ESQ.
19      1185 AVENUE OF THE AMERICAS
        NEW YORK, NEW YORK 10036-2601
20      (212) 556-2235
        PISAJIW@KSLAW.COM
21      EENNIS@KSLAW.COM
22
23  ALSO PRESENT:
24      ALEXANDER AGANIN, PH.D., CORNERSTONE RESEARCH
25      JULIO LUEVANO, JR., VIDEOGRAPHER

Page 3

1                       I N D E X
2
3    WITNESS                EXAMINATION                      PAGE
4    ADAM WERNER, PH.D.  BY MR. ISAJIW                        5
5
6
7                       E X H I B I T S
8
9
     NO.          PAGE      DESCRIPTION
10
     EXHIBIT 1      7      MEMORANDUM OF LAW IN SUPPORT
11                         OF MOTION FOR CLASS
                           CERTIFICATION AND APPOINTMENT
12                         OF CLASS REPRESENTATIVES AND
                           CLASS COUNSEL
13
     EXHIBIT 2     10      OPENING REPORT ON MARKET
14                         EFFICIENCY BY DR. ADAM WERNER,
                           PH.D., DATED JANUARY 6, 2020
15
     EXHIBIT 3     11      NOTICE OF ERRATA
16
     EXHIBIT 4     14      CORRECTED OPENING REPORT ON
17                         MARKET EFFICIENCY BY DR. ADAM
                           WERNER, PH.D., DATED
18                         JANUARY 10, 2020, 214 PAGES
19   EXHIBIT 5     17      CONSOLIDATED SECURITIES
                           CLASS ACTION COMPLAINT,
20                         FILED 6-19-2017
21   EXHIBIT 6     19      SECOND AMENDED CONSOLIDATED
                           SECURITIES CLASS ACTION
22                         COMPLAINT FILED IN THIS MATTER
                           ON APRIL 6, 2018
23
     EXHIBIT 7     20      OPINION & ORDER - CLASS ACTION
24
25

```
1                    LOS ANGELES, CALIFORNIA

2              FRIDAY, FEBRUARY 28, 2020; 9:39 A.M.

3

4              THE VIDEOGRAPHER:  Good morning.  We are on

5      the record.  The time is 9:39 a.m.

6              Today's date is February 28th, 2020.

7              My name is Julio Luevano, Jr.  I am the

8      notary video technician with Veritext Legal

9      Solutions, located in Los Angeles, California.

10             We are recording these proceedings at

11     633 West Fifth Street, Los Angeles, California.

12             This is Media 1 for the video deposition of

13     Dr. Adam Werner, M.D., in the action entitled,

14     "Global Brokerage, Inc., F/K/A FXCM, Inc.,

15     Securities Litigation."

16             This deposition is being taken on behalf of

17     Defendants.

18             The case number is 1:17-cv-00916-RA.

19             Now, may I please have an introduction for

20     the record, beginning with counsel.

21             MR. ISAJIW:  Yeah.

22             Peter Isajiw with King & Spalding, counsel

23     for Defendant Global Brokerage, formerly known as

24     FXCM.

25             MS. ENNIS:  Evan Ennis also with
```

```
                                            Page 5
 1   King & Spalding, counsel for Defendants.
 2           DR. ALEXANDER AGANIN:  Alexander Aganin,
 3   Cornerstone Research.
 4           MR. HAKLAY:  Gonen Haklay from the Rosen
 5   Law Firm on behalf of the witness.
 6           MR. BAKER:  Josh Baker, the Rosen Law Firm
 7   on behalf of the witness.
 8           THE VIDEOGRAPHER:  Thank you.
 9           Ms. Reporter, please swear in the witness.
10
11                   ADAM WERNER, PH.D.,
12    having been first duly sworn by the reporter, was
13           examined and testified as follows:
14
15           THE WITNESS:  I do.
16
17                    EXAMINATION
18   BY MR. ISAJIW:
19       Q   Hi, Dr. Werner.  We met off the record
20   briefly.
21           But, for the record, I'm Peter Isajiw
22   representing the defendants in this case.  And I
23   wanted to thank you for taking the time to come out
24   here today and talk to us.
25           Just real quick, you were introduced as an
```

Page 6

1    M.D. earlier on.  I wanted to correct that.  It's a

2    Ph.D.; correct?

3          A    Correct.

4          Q    Good.

5          A    That was a first, by the way.  I said

6    "Thank you."

7          Q    Just making sure that we're clear.

8               I assume you have been deposed several

9    times before, and you're familiar with the process;

10   is that correct?

11         A    Yes.

12         Q    Okay.

13              So if at any point you don't understand a

14   question that I'm asking, please let me know.  And

15   before we begin, I'm not going to go through all of

16   the normal, kind of, witness instructions because

17   I'm pretty sure you're familiar with them, but is

18   there anything that's preventing you from testifying

19   truthfully and fully today?

20         A    No.

21         Q    Okay.  Great.

22              You're aware that the plaintiffs in this

23   case have sought class certification; is that right?

24         A    I believe that is correct.

25         Q    Okay.

1           And you were asked to provide an expert

2     opinion in support of their motion for class

3     certification; is that right?

4         A    I believe so.

5         Q    Okay.

6              MR. ISAJIW:  I'm just going to introduce a

7     couple of exhibits here just for housekeeping

8     purposes.

9              The first one is a Memorandum of Law in

10    Support of Class Certification and Appointment of

11    Class Representatives that counsel filed by the

12    plaintiffs in this case.

13             THE REPORTER:  Is that Exhibit 1?

14             MR. ISAJIW:  That's Exhibit 1.

15             (Whereupon Werner Exhibit 1 was

16             marked for identification by the

17             Court Reporter.)

18    BY MR. ISAJIW:

19        Q    Have you seen that Memorandum of Law

20    before?

21        A    As I sit here, I don't recall.

22             If you give me my report, I'm pretty sure I

23    didn't rely on this, but I'm more than happy to

24    refresh my memory by looking at the report and

25    seeing somehow if I looked at this at some point.

                                                            Page 8

1        Q    Sure.

2             We'll get to your report pretty quickly

3    actually, but just sitting here today right now, do

4    you remember ever seeing that document before?

5        A    Again, I'm happy to refresh my memory by

6    seeing if it's something I saw before.  I guess --

7    so I don't know, as I sit here today.

8        Q    Okay.

9             Can you turn to page 1 of that document.

10            And in the Preliminaries, under the title

11   "Preliminary Statement," there is a block quote.

12   And this block quote represents the class the

13   plaintiffs are asking to certify, which is (as read

14   and/or reflected):

15                 All persons and/or entities

16            that purchased or otherwise

17            acquired publicly traded Global

18            Brokerage, Inc., formerly known as

19            FXCM Securities, including FXCM 2.5

20            percent Convertible Senior Notes

21            due 2018, and Class A common stock,

22            during the period March 15, 2012

23            through February 6, 2017, both

24            dates inclusive.

25            Do you see that?

1      A    I do.

2      Q    Is that your understanding of the class

3    that your testimony and expert report is intended to

4    assist in certification?

5      A    Again, I'm happy to look at my report to

6    refresh my memory.  So without -- just looking at

7    this and reading this, I would like to look at my

8    report to know whether or not I cite that.

9      Q    Sitting here right now, does that sound at

10   all familiar to you?

11     A    I have no reason to disagree with it, as I

12   sit here.

13     Q    Okay.

14          But you don't specifically recall it being

15   part of the class that your report is supporting?

16     A    Again, I'm happy to look at my report to

17   refresh my memory.

18          As I sit here today, it sounds reasonable,

19   but it's not something I remember.  I'm sure --

20   again -- well, let's go with a different document.

21          How about the complaint?

22     Q    Yeah, we'll get to that.

23          I'm just asking you right now, sitting here

24   today, and we'll introduce you to the report in a

25   second, and we'll probably talk about your report

```
                                              Page 10

 1   for most of today.

 2            But so today, you don't have a general

 3   recollection of that being the class?

 4       A   It seems familiar, but I would like to

 5   refresh my memory to give you a complete answer.

 6       Q   Sure.

 7            MR. ISAJIW:  This will be Exhibit 2.

 8            (Whereupon Werner Exhibit 2 was

 9            marked for identification by the

10            Court Reporter.)

11   BY MR. ISAJIW:

12       Q   So what you have been handed as Exhibit 2

13   is a document called the "Opening Report on Market

14   Efficiency" by Dr. Adam Werner, dated January 6,

15   2020.

16            That is the original report you filed in

17   this matter.

18            Do you recognize that document?

19       A   When you say "original report," do you mean

20   the report with the corrections or the report

21   without the corrections?

22       Q   I'm talking about the first one.

23       A   So that's the report without the

24   corrections?

25       Q   That's correct.
```

```
                                          Page 11
 1        A    Yes, I believe I've seen this before.
 2        Q    Does flipping through this document refresh
 3   your recollection on the class?
 4        A    Yes.
 5        Q    Okay.
 6             So is -- going back to the original
 7   question on the class certification motion, the
 8   definition of class is consistent; is that correct?
 9        A    That -- I believe that is correct.
10        Q    You can put that to the side.
11             I'm going to put in front of you what we're
12   marking as Exhibit 3.
13             (Whereupon Werner Exhibit 3 was
14             marked for identification by the
15             Court Reporter.)
16   BY MR. ISAJIW:
17        Q    And this is a Notice of Errata that
18   indicates that (as read and/or reflected):
19                  On January 6th, 2020,
20             Plaintiffs inadvertently filed a
21             version of the "Opening Report on
22             Market Efficiency" by Dr. Adam
23             Werner that contained
24             non-substantive errors.
25             And it replaces a corrected copy.
```

```
                                              Page 12
 1            Do you recognize that document?
 2       A    I don't think I've seen this letter before,
 3   but, otherwise, yes.
 4       Q    Okay.
 5            And so this document has your original
 6   report and your corrected report; correct?
 7       A    Oh, does it?  I don't --
 8       Q    I'm sorry.  I'm sorry.
 9            It has the corrected report and a redline
10   showing the changes from your original report.
11       A    Okay.
12       Q    So you recognize that document as both your
13   corrected report and a redline indicating the
14   changes to your prior report?
15       A    Well, I haven't seen the redlines.  Can you
16   point me to a particular page?
17       Q    Generally speaking, what is your
18   recollection of what you needed to correct in the
19   second report?
20       A    I believe there was some statistics that
21   were slightly off.
22       Q    Okay.
23            Anything else?
24       A    Not that I recall, but, again, if you --
25   I'm happy to go through all of this, if you would
```

```
                                                 Page 13
 1    like me to fully refresh my memory.
 2         Q    I'll get there.
 3              I'm just asking what you remember first.
 4         A    Okay.
 5         Q    So you had to correct some statistics.
 6              Do you remember what the issue was with
 7    those statistics?
 8         A    I believe they were miscalculated.
 9         Q    And who recognized the miscalculation?
10         A    I believe I did.
11         Q    Okay.
12              And what was the context for you to realize
13    that there were miscalculations?
14         A    I had noticed that between drafts the
15    numbers had changed.
16         Q    Okay.
17              After you submitted the first report, so
18    you were just reviewing the report?
19         A    I -- correct.
20         Q    Okay.
21              So we have taken the corrected report,
22    which is an exhibit there, and just bound it so it's
23    easier to deal with today.
24              So I'm going to hand you this as Exhibit 4
25    so that when we flip through, it will just be easier
```

                                                        Page 14

1    to navigate.

2              (Whereupon Werner Exhibit 4 was

3              marked for identification by the

4              Court Reporter.)

5              THE WITNESS:  Do you think you will return

6    to Exhibit 3?

7    BY MR. ISAJIW:

8         Q    I don't think so.  We may, though.

9         A    I'm just going to place it up there.  It's

10   not like I'm going to --

11        Q    We're just using Exhibit 4 to make it

12   easier so that you don't have to deal with that pile

13   of paper.

14        A    Thank you.

15        Q    So that is your corrected report.  Like I

16   said, we just bound it for ease of navigating.

17             Did you write that report?

18        A    I wrote the report and was assisted by

19   people at Crowninshield in writing this report.

20   They helped me draft the report.  But I approved

21   everything that is in this report.

22        Q    Okay.

23             Anyone other than Crowninshield help you

24   draft the report?

25        A    I'm trying to remember.  There may be

```
                                               Page 15
 1   someone who is named Narinder Walia, who I'm not

 2   sure what his relationship with Crowninshield is.

 3       Q   Can you spell that?

 4       A   Sure.  It's "W" as in Werner; "A" as in

 5   Adam; "L" as in Larry; "I" as in imbécil; "A" as in

 6   Adam.

 7       Q   Okay.

 8       A   Do you want his first name?

 9       Q   Sure.

10       A   Sure.  So it's Narinder.  "N" as in Nancy;

11   "A" as in Adam; "R" as in Robert; "I" as in -- we'll

12   deal with something else -- interesting; "N" as in

13   Nancy; "D" as in David; "E" as in eventually; "R" as

14   in Robert.

15       Q   Okay.

16           And you believe that Mr. Walia -- is it

17   Mr. or Mrs.?

18       A   Mr.

19       Q   You think Mr. Walia works for

20   Crowninshield?

21       A   I don't know what his relationship with

22   Crowninshield is.

23       Q   Okay.

24       A   Sorry.

25       Q   Sure.
```

```
 1        A    If anything, he's a 1099 employee.
 2        Q    Okay.
 3        A    So, yeah, he's not -- I don't think he --
 4   he does not receive a W-2 from Crowninshield.
 5        Q    So aside from those people, anybody else
 6   you can think of who assisted you with the report?
 7        A    No.
 8        Q    Okay.
 9             Have you done any more work on this matter
10   since filing that corrected report?
11        A    No.
12        Q    When were you retained?
13        A    I don't recall.
14             So what are we in?  We're in -- it's not --
15        Q    Approximately?
16        A    I probably was contacted in October or
17   November.  That's speculative -- speculating on my
18   part.  I don't have the exact date.
19        Q    Okay.
20             Do you know what year you were retained?
21        A    Last -- oh -- so when you say "retained,"
22   you mean signed a retention agreement?
23        Q    Let's start with that.
24        A    I don't know.
25        Q    Okay.
```

```
 1              Let's start with just contacted to
 2    potentially work on this matter.
 3         A    I believe that would be 2019.
 4         Q    Okay.
 5              Can you keep that in front of you because
 6    we'll talk about it, but I want to have you take a
 7    look at two more documents.
 8         A    Sure.
 9              Can I put Exhibit 1 up here as well?
10         Q    Sure.
11              Just keep Exhibit 4, your corrected report,
12    handy.
13              MR. ISAJIW:  Which one is this?
14              THE REPORTER:  5.
15              (Whereupon Werner Exhibit 5 was
16              marked for identification by the
17              Court Reporter.)
18    BY MR. ISAJIW:
19         Q    I'm handing you what is being marked as
20    Exhibit 5, a Consolidated Securities Class Action
21    Complaint in this matter, which was filed 6-19-2017.
22              Have you seen this document before?
23         A    I have.
24         Q    Okay.
25              And did you review this document in
```

Page 18

1    connection with your work on this matter?

2        A    I did.

3        Q    Okay.

4             And did you review this document before you

5    started your analysis on this matter?

6        A    Define "analysis."

7        Q    So you were asked to render a couple of

8    opinions which you put into this report; is that

9    correct?

10       A    That is correct.

11       Q    Okay.

12            In the process of rendering those opinions,

13   you did some analysis in order to come up with those

14   opinions; is that correct?

15       A    That is correct.

16       Q    Okay.

17            Prior to beginning the analysis to support

18   your opinions, did you review this complaint?

19       A    I don't know the exact timeline.  My guess

20   is yes, but, again, that's a guess.

21       Q    Okay.

22            I'm going to put one more document in front

23   of you.  This is going to be Exhibit 6.

24   ///

25   ///

```
                                            Page 19
 1              (Whereupon Werner Exhibit 6 was
 2              marked for identification by the
 3              Court Reporter.)
 4    BY MR. ISAJIW:
 5        Q    And Exhibit 6 is the Second Amended
 6    Consolidated Securities Class Action Complaint filed
 7    in this matter on April 6, 2018.
 8              Do you recognize that document?
 9        A    I do.
10        Q    Okay.
11              And have you reviewed this document before?
12        A    I have.
13        Q    Okay.
14        A    Let me correct my previous testimony now.
15              I'm not sure that I've reviewed the first
16    complaint.
17        Q    Okay.
18        A    I may have just reviewed the second amended
19    complaint.
20        Q    Okay.
21              So did you review the second amended
22    complaint before beginning your analysis in this
23    matter?
24        A    I don't recall.
25        Q    Okay.
```

```
                                               Page 20
 1            So when we were talking about the first

 2   amended complaint, you said you may have reviewed it

 3   before the amended -- before the analysis.

 4            And so does that answer change with the

 5   second amended or --

 6        A    No.

 7        Q    Okay.

 8            So you just don't remember if you reviewed

 9   it before or after?

10        A    Right.

11            As I -- that's what I stated with regards

12   to this first complaint.  It's the same answer.

13        Q    Okay.

14            But you certainly reviewed it during your

15   analysis?

16        A    Yes.

17        Q    And you reviewed it before you finalized

18   your report?

19        A    Yes.

20            (Whereupon Werner Exhibit 7 was

21            marked for identification by the

22            Court Reporter.)

23   BY MR. ISAJIW:

24        Q    And what I've just handed you as Exhibit 7

25   is the Opinion & Order on the motion to dismiss in
```

                                              Page 21

1     the class action in this case, which was decided

2     March 28th, 2019.

3               Have you seen this document before?

4               If you don't mind, I'm just wondering,

5     looking at that document, do you recognize it?

6         A    I mean, it looks like any other legal

7     filing I've seen.

8         Q    Okay.

9         A    So I would like to refresh my memory by

10    seeing if it's something I have seen before.

11        Q    So just to be clear, you're saying that you

12    can't remember if you've ever seen that document

13    before, just sitting here today?

14        A    I believe that is accurate.

15        Q    Okay.

16        A    I don't believe I've seen it before.

17        Q    Okay.

18             Has anyone ever summarized it for you?

19        A    No.

20        Q    Are you aware that there was an order on

21    the motion to dismiss in this matter?

22        A    I believe I was aware.

23        Q    How did you become aware?

24        A    I think I was told by Counsel.

25        Q    Okay.

```
                                                Page 22
 1            When did you become aware?
 2       A    I don't know.
 3       Q    Did you become aware before you finished
 4   your report?
 5       A    I don't recall.
 6       Q    Were you aware of the result of the order?
 7       A    Can you repeat the question, please.
 8            (The record was read back as
 9            follows:
10                 "Question:  Were you aware of
11            the result of the order?")
12            THE WITNESS:  And so when you mean the
13   "result," you mean the conclusions on page 38 and
14   39?
15   BY MR. ISAJIW:
16       Q    I'm just trying to understand your
17   understanding of the results.
18       A    Right.
19            And I'm just trying to understand your
20   definition of results.
21       Q    Using your best definition of the word
22   "results," are you aware of the results of the
23   motion to dismiss?
24            MR. HAKLAY:  Objection.  He stated that he
25   doesn't know what you mean by it.  He doesn't want
```

                                                    Page 23

 1    to give an answer where somebody might one day say,

 2    here's what results mean.

 3              So define what you mean by "results" and

 4    he'll answer it.

 5              MR. ISAJIW:  Okay.

 6              We can limit the speaking -- just objection

 7    to form --

 8              MR. HAKLAY:  I'll limit it to whatever is

 9    necessary.

10              MR. ISAJIW:  -- is the appropriate way to

11    go.

12              MR. HAKLAY:  That's fine.

13              Don't answer it until he does.

14              MR. ISAJIW:  You're instructing him not to

15    answer the question?

16              MR. HAKLAY:  If you don't understand it.

17    BY MR. ISAJIW:

18         Q   So you told me earlier, and correct me if I

19    am wrong, that you were aware that there was a

20    decision on the motion to dismiss.

21         A   Correct.

22         Q   Okay.

23              And you don't remember exactly when you

24    became aware that there was a decision on the motion

25    to dismiss?

```
                                          Page 24
 1      A    That is correct.
 2      Q    Whenever you became aware of the decision
 3   on the motion to dismiss, what did you understand
 4   the decision to be?
 5      A    I'm not sure I even thought about it.
 6      Q    So in what context did you become aware of
 7   it?
 8      A    Someone told me they survived a motion to
 9   dismiss.
10      Q    Did someone tell you anything else, other
11   than they survived the motion to dismiss?
12      A    I don't believe so.
13      Q    Okay.  Sitting here today, you have no
14   additional context whatsoever for "what survived the
15   motion to dismiss" means?
16      A    In general, or in this matter?
17      Q    Let's start in general.
18      A    Could you repeat the question, please.
19           (The record was read back as
20           follows:
21              "Question:  Sitting here
22           today, you have no additional
23           context whatsoever for "what
24           survived the motion to dismiss"
25           means?")
```

```
                                              Page 25
 1              THE WITNESS:  I don't understand the
 2    question.
 3    BY MR. ISAJIW:
 4        Q    In your view, what does "surviving a motion
 5    to dismiss" mean?
 6        A    In practical terms, in general, it means
 7    that the judge has allowed the case to go forward.
 8        Q    Okay.
 9              In context of this case, specifically, what
10    do you understand surviving the motion to dismiss to
11    mean?
12        A    It wouldn't be any different than my
13    general understanding of what it means to survive a
14    motion to dismiss.
15        Q    Do you have any understanding if any claims
16    or allegations were removed from the case in
17    connection with the decision on the motion to
18    dismiss?
19        A    I do not.
20        Q    Okay.
21              So the motion to dismiss came out in March
22    of 2019?
23              MR. HAKLAY:  You mean the opinion?
24              MR. ISAJIW:  I'm sorry.  The order.
25              THE WITNESS:  March of 2019, correct.
```

Page 26

1   That's what it says anyway.  Excuse me.

2   BY MR. ISAJIW:

3       Q   And your first report came out in January

4   of 2020; is that correct?

5       A   Yes.

6       Q   Okay.

7           So to the extent you were notified of the

8   decision on the motion to dismiss, do you believe it

9   would have been before or after you started your

10  work on the report?

11      A   Well, I'm just -- and just based on logic,

12  I don't think -- if they hadn't survived the motion

13  to dismiss, my guess is they wouldn't have asked me

14  to submit a report in this matter.

15          So I guess I was probably aware of it

16  before I started working on my report.

17      Q   Okay.

18      A   But that's just based on logic.  I don't

19  recall any specific date.

20      Q   Okay.

21          So the -- you're employed by The Rosen Law

22  Firm here; is that correct?

23          I'm sorry.  Retained by The Rosen Law Firm?

24      A   I believe that's correct.

25      Q   Okay.

```
                                              Page 27

 1        A    But I think formally, Crown- -- I'm not
 2   sure how the exact relationship works because they
 3   sign the engagement letter with Crowninshield.
 4        Q    Okay.
 5        A    So I don't know if that means that
 6   technically Crowninshield is retained by The Rosen
 7   Law Firm.
 8        Q    Okay.
 9             Are you aware if Rosen -- The Rosen Law
10   Firm is paying Crowninshield for your efforts in
11   this case?
12        A    I believe so.
13        Q    And do you know how much they are paying
14   Crowninshield for your efforts in this case?
15        A    You mean for my work?
16        Q    Yes.
17        A    And I'm referring now to paragraph 7 of my
18   report.
19        Q    Uh-huh.
20        A    $675 per hour.
21        Q    And you mentioned earlier that some
22   additional Crowninshield consultants have assisted.
23             Are you aware of what their rate is?
24        A    Again, referring to paragraph 7, it's
25   between 250 to $500 per hour.
```

                                        Page 28

1       Q    And do you know how much Crowninshield has
2   billed for this matter so far?
3       A    I do not.
4       Q    Approximately, how many hours have you
5   spent in connection with this matter so far?
6       A    Somewhere between 20 and 30 hours.
7       Q    Do you know if Crowninshield has submitted
8   invoices to The Rosen Firm for your work in this
9   matter?
10      A    I believe they have.
11      Q    Do you know if they've been paid?
12      A    I -- well, I believe so.
13      Q    Okay.
14      A    If I could just add.  The Rosen Law Firm is
15  very timely in their payment of bills.  So that's
16  why -- I don't know if we've submitted a bill for
17  January.  I know they've paid their bill through
18  December -- sorry -- on my work through December.
19      Q    Okay.
20           And so going back to your report, you were
21  asked by The Rosen Law Firm to provide an expert
22  opinion on market efficiency as to the FXCM common
23  stock; is that correct?
24      A    Well, again, let's just turn to my report.
25  I was retained (as read and/or reflected:)

```
 1              To provide an opinion that

 2         will assist the court in

 3         determining whether the common

 4         stock of -- and this is paragraph 1

 5         in my report -- Global Brokerage,

 6         Inc., formerly known as, and that's

 7         F/K/A/ -- oh, no slash after the

 8         "A," sorry, FXCM Inc., and that's

 9         the abbreviation for incorporated,

10         ("FXCM" or the "Company") and the

11         FXCM 2.25 percent Convertible

12         Senior Notes due 2018 traded in

13         efficient markets during the

14         periods for March 15, 2012, through

15         February 6, 2017 (the "Class

16         Period"), and June 24, 2014,

17         through February 6, 2017 (the

18         "Notes Period"), respectively.

19         Oh, sorry (as read and/or reflected:)

20              In addition -- and this is

21         paragraph 2 -- The Rosen Firm asked

22         me to provide an opinion that will

23         assist the court in understanding

24         and determining whether the trier

25         of fact will be able to measure
```

```
                                           Page 30
 1              damages in this matter by means of

 2              a common methodology and calculate

 3              them on a class-wide basis for all

 4              Class members in connection with

 5              their claims under Section 10(b) of

 6              the Exchange Act of 1934 (the

 7              "Exchange Act") and the U.S.

 8              Securities & Exchange Commission

 9              ("SEC") Rule 10b-5 adopted

10              thereunder.

11              And we'll just leave it at that.

12      Q    Thank you for that.

13              So my question was:  You were asked to

14   provide an expert opinion on market efficiency

15   concerning the FXCM common stock; is that correct?

16      A    That was your question, correct.

17      Q    Yeah.

18              Did you need to refer to your report to

19   answer that question?

20      A    Well, in any deposition, I try to be as

21   accurate as possible.

22              And so to the extent that this reflects my

23   opinion and full understanding of what I have been

24   asked to do, as well as my opinions on this matter,

25   I would like to refer to my report.  It's just
```

Page 31

1    generally what I like to do.

2        Q    Okay.

3        A    So that is my full understanding of what I

4    was retained.

5             So I guess your question -- the answer to

6    your question is yes, but then I was also hired to

7    determine or opine upon market efficiency for the

8    notes, which was not part of your question.

9        Q    It was going to be my next question.

10       A    Well --

11       Q    But my current question is:  Could you have

12   answered that without reference to your report?

13       A    Is it possible?  It is possible for me to

14   do so.  But, again, in any deposition, I try to be

15   as accurate as possible.

16            And so this fully reflects what I was hired

17   to do in this matter.

18       Q    Okay.

19            Does this corrected report in front of you

20   embody the sum total of your opinions in this

21   matter?

22       A    As of this date, yes.

23       Q    Have there been any other opinions you have

24   been asked to provide in connection with this

25   litigation that are not in that report?

```
                                          Page 32
 1       A    Not at this time.

 2       Q    Are you offering any opinion as to whether

 3    the defendants in this case made any false or

 4    misleading statements?

 5       A    I don't believe so.

 6       Q    Have you done any independent review to

 7    determine whether or not the statements that

 8    Plaintiffs are challenging in their complaint are

 9    accurate or inaccurate?

10       A    What do you mean by "independent review"?

11            And I mean that because I have seen

12    documents, such as the SEC or -- they're not the

13    SEC, the order at the end of the Class Period.  That

14    certainly formed my opinion.

15            But I don't -- so I don't know if that's

16    independent work or work that was done as part of

17    this report.

18       Q    It informs your opinion on what?

19       A    Well, so -- right.

20            So I saw, and I'm referring now to

21    Footnote 126 of my report.

22            I've seen this document from the

23    U.S. Commodities Futurist Trading Commission press

24    release.

25            I don't know if that -- if that, under your
```

```
 1    definition, is considered independent research or
 2    it's research that I was done -- that was done, you
 3    know, in forming my opinions.
 4         Q    Okay.
 5              The original question that I was asking is
 6    whether or not you were asked to form an opinion on
 7    the accuracy of the statement that the plaintiffs
 8    are challenging in their complaint.
 9              And I believe your answer was you were not.
10         A    That is correct.
11         Q    Okay.
12              When I was asking the next question of if
13    you did any independent research to confirm the
14    accuracy of the statements that Plaintiffs are
15    challenging in the complaint, you mentioned the
16    document in the footnote.
17              Is it fair to say that you have not
18    rendered any opinions as to the accuracy of the
19    statements that Plaintiffs are challenging in their
20    complaint?
21         A    That is correct.
22         Q    Okay.
23              Let's flip to Exhibit 1 of your report,
24    which begins on page 65.  And I just want to run
25    through some of your -- it's your curriculum vitae,
```

```
                                    Page 34
 1   your C.V.
 2          MR. HAKLAY:  Can we have an understanding
 3   that when he says "my report" or you say "my
 4   report," unless otherwise indicated, we're looking
 5   at the -- at Exhibit 4, the correct reported, just
 6   so --
 7          MR. ISAJIW:  That is an excellent
 8   housekeeping note.
 9      Q   So just looking at this -- I just want to
10   run through your background.
11          You have a BA in economics from Overland
12   College; is that correct?
13      A   Correct.
14      Q   And a Ph.D. in finance from Northwestern?
15      A   As well as a master's in finance, but I
16   don't normally list that.
17      Q   Any other degrees?
18      A   I don't believe so.
19      Q   Any other professional certifications
20   relevant to your work here?
21      A   No.
22      Q   And you're currently a lecturer in finance
23   and economics at Cal Poly, San Luis Obispo; is that
24   correct?
25      A   I think it would be more accurate to say
```

Page 35

```
1     I'm a lecturer in economics.  I can't -- I haven't

2     taught a course in finance probably in three or four

3     years.

4          Q    Okay.

5               Have you lectured in economics in the last

6     three or four years?

7          A    Yes.

8          Q    Okay.

9               And where were those lectures?

10              I guess my question was, you were currently

11    a lecturer, and then you made a clarification.  So

12    I'm trying to figure out what's the -- what's the

13    clarification.

14         A    Oh, the clarification is I don't teach -- I

15    can't -- I haven't taught finance in a couple of

16    years.  So it's probably more accurate to say that I

17    am a lecturer in economics at Cal Poly as opposed to

18    a lecturer in economics and finance.

19         Q    I see.  Okay.  Thank you for that.

20              You have been a lecturer since 2014?

21         A    Correct.

22         Q    Okay.

23              Is that a tenured-track position?

24         A    No.

25         Q    And can you just briefly describe your work
```

```
                                           Page 36
 1   there with Cal Poly?
 2       A    Yeah.
 3            I teach classes almost -- now almost
 4   exclusively in macroeconomics.  There have been
 5   discussions of teaching other courses, but --
 6       Q    And how many classes a year do you teach?
 7       A    When you say, "how many classes," do you
 8   mean how many sections?
 9       Q    I don't know how the curriculum at Cal Poly
10   is cut up.
11            Do you teach one course a year?  Two
12   courses a year?
13       A    Okay.
14            So let me ask a clarifying question, right.
15            So when you say "course," all right, I
16   would consider macroeconomics a course.  All right.
17       Q    Okay.
18       A    Now -- so if that's the definition, I
19   normally teach one course a year.
20            Now, if we're talking about the number of
21   sections I have, because I have multiple sections, I
22   probably teach between eight and nine sections a
23   year.
24            Now, I don't know if you consider each
25   section a course, as you've defined it.  Or --
```

```
                                            Page 37

 1        Q    What is a section?

 2        A    It is a classroom filled with students.

 3        Q    Okay.

 4             So for macroeconomics, a classroom filled

 5   with students meets eight or nine times a year?

 6        A    No.

 7        Q    Okay.

 8        A    I'm not sure what the confusion is on this.

 9   It's no different than any other college or

10   university.

11             I mean, you went to law school and got a

12   BA; right?

13             If you went to an economics class, would

14   you say that was a class or a course?

15        Q    Let's, for the purposes of this

16   conversation, call that a course.

17        A    Okay.

18             And so you take a course in economics, and

19   then you take another course in English.

20             Is that a separate course?

21        Q    Yes.

22        A    Okay.

23             If you had taken the same macroeconomics

24   class again for whatever reason, would that be

25   considered a different course but the same class?
```

```
                                          Page 38
 1        Q    Is that a common phenomenon in your
 2   experience?
 3        A    Well, I'm -- well, unfortunately, yes.
 4   Some students fail the course and then have to
 5   retake it.
 6             So it's more common than one would like.
 7             But I'm just -- I'm really not trying to
 8   make this difficult.  I'm just trying to have --
 9   understand the question.  I don't understand why you
10   are confused about the difference between a course
11   and a class.
12        Q    I don't believe that I am.  I'm just trying
13   to understand how many -- how many subjects do you
14   teach a year?
15        A    So now we're on subjects.
16        Q    Okay.
17             Students sign up to learn from you in some
18   capacity; is that correct?
19        A    I believe that's correct.
20        Q    Okay.
21             When they sign up, they sign up for what?
22   A class?  A course?  A section?  What do they sign
23   up for?
24        A    I think, in layman's terms, I would call it
25   a class.
```

1      Q    Okay.

2           In those terms, how many classes do you

3  teach?

4      A    Between eight and nine.

5      Q    In what subjects?

6      A    Macroeconomics.

7      Q    All macroeconomics?

8      A    Well, I mean, macroeconomics encompasses a

9  large field, but, yes, all in macroeconomics.

10          Yeah, well, so sometimes I teach survey of

11  economics, which would include macroeconomics.  I

12  have taught managerial economics and international

13  finance.  And this, again, is at Cal Poly, but

14  mostly I just -- now I just teach macroeconomics.

15     Q    Okay.

16     A    Occasionally I will teach another course

17  or -- yes.

18     Q    How many hours a week do you devote to that

19  effort, generally?

20     A    So this is teaching and prep?

21     Q    Yes.

22     A    Somewhere between 15 and 20 hours a week.

23     Q    Okay.

24     A    It varies from quarter.  Some quarters I

25  teach a large lecture class, and so then I have what

Page 40

1    I consider two sections of my macroeconomics course.
2    But those lectures also have, like, 230 students in
3    them.  So ...
4         Q    Okay.
5              You also work for Crowninshield; is that
6    correct?
7         A    Again, just for accuracy, when you say
8    "work," do you mean employed?
9         Q    I mean render services in exchange for
10   money.
11        A    I believe that's accurate.
12        Q    Okay.
13             What is your position at Crowninshield?
14        A    I think they refer to me as -- it's either
15   expert or associated expert.
16             Here on the card it says "expert."  If you
17   want me to look at the website, I can give you the
18   exact title, but -- oh, affiliated expert.  There we
19   go.  I believe I -- if you look at the website, I'm
20   under the title Affiliated Expert.
21             Which is --
22        Q    How long have you been an affiliated expert
23   with Crowninshield, roughly speaking?
24        A    Hold on one second.  I just want to make
25   sure.

```
                                        Page 41
 1        Q    I'm just looking for your best
 2    understanding right now.
 3        A    Yes.  No.  No.  No.
 4        Q    Do you not -- are you not able to answer
 5    the question?
 6        A    No.  I'm trying to refresh my memory about
 7    the previous question.
 8        Q    Which question are you trying to answer?
 9        A    My title at Crowninshield.
10             Yes.  I am also an affiliated expert.  So
11    that is paragraph 4 of my report.  So that is my
12    official title with Crowninshield.
13        Q    How long -- how many years have you
14    rendered services in exchange for money with
15    Crowninshield?
16        A    Since 2015.
17        Q    How many hours a week, on average, do you
18    spend in connection with your services for
19    Crowninshield?
20        A    On average?  Maybe ten.
21        Q    Okay.
22             In terms of proportion of your yearly
23    income, which is larger, the income you derive from
24    your work at Crowninshield or the income you derive
25    from your work at Cal Poly?
```

```
                                          Page 42
 1       A    Crowninshield.  Depending on the year.
 2       Q    Let's look at last year.
 3       A    Crowninshield.
 4       Q    Are you employed by, or work for, in any
 5   capacity any entity, other than Cal Poly or
 6   Crowninshield?
 7       A    Okay.
 8            So I work as a planning commissioner for
 9   the City of Pismo Beach for which I receive I
10   believe it's $50 per meeting.  So I don't know if
11   that would be considered employment or not.  I think
12   of it more as community service.
13       Q    Focusing on economics.
14       A    Well, part of my job on the planning
15   commission would include my understanding of
16   economics.  So --
17       Q    Okay.
18            Any other jobs?
19       A    No.
20       Q    Taking a look at page 66, starting at 65
21   going over to 66, we were talking about your Papers
22   and Publications.
23            The most recent one under Publications I
24   see is a "Law360" article from 2013 entitled, "More
25   'Dark Pools' Deepen Litigation Issues"; is that
```

                                                    Page 43

1  correct?

2       A    That's what it states.  I had a "Law360"

3  article, I think, last year.

4       Q    Okay.

5            That "Law360" article is not listed in this

6  list of publications; is that right?

7       A    That is correct.

8       Q    So your most recent one was last year?

9       A    I believe so.

10      Q    And what was the topic of that "Law360"

11 article?

12      A    It had to do with settlements, settlement

13 statistics, looking at -- I think that fairly

14 summarizes it.

15      Q    And under Presentations, I see the most

16 recent one also in September of 2013, "Cause or

17 Effect:  Are Settlement Statistics Driving Down

18 Settlement?"  And it's a presentation to a number of

19 law firms.

20           Do you see that?

21      A    I do.

22      Q    Is that your last and most recent

23 presentation?

24      A    I believe that's accurate.  Other than

25 presenting in a classroom environment.

```
                                        Page 44
 1        Q    How many peer-reviewed articles, broadly
 2    speaking on the subject of economics, have you
 3    published?
 4        A    Well, okay.  So this -- it really depends.
 5    I would not -- I mean, one might argue that the
 6    Federal Reserve paper I wrote was peer reviewed.
 7             And what I've seen defendant experts refer
 8    to "Law360" articles as peer-reviewed articles.  I
 9    don't personally consider them as peer-reviewed
10    articles.  So based on that definition, possibly
11    one.
12        Q    Okay.
13        A    I mean, based on my definition.  If you
14    want me to go with the defendant expert's
15    definition, possibly three.
16        Q    Okay.
17             So based on your definition, it's one.  And
18    that the 1993 Federal Reserve Bank of Cleveland
19    Economic Commentary that you're talking about?
20        A    Right.
21             I mean, I suppose you could consider my
22    dissertation peer reviewed, but ...
23        Q    When was that?
24        A    That was completed in 1999.
25        Q    Okay.
```

```
                                          Page 45
 1            How much of your time is dedicated to
 2    research in the area of market efficiency?
 3        A   When you say "research," do you mean
 4    academic research?
 5        Q   I do.
 6        A   I mean, to the extent that I discuss market
 7    efficiency in my macroeconomics class, a small
 8    portion of it.
 9        Q   Okay.
10        A   But outside -- outside of that -- I mean, I
11    certainly read about market efficiency and -- I
12    don't know if you -- that would fall under your
13    definition.
14        Q   How much time do you spend reading about
15    market efficiency?
16        A   To the extent I read these reports about
17    market efficiency, I don't know.  Five hours a
18    month.
19        Q   Okay.
20            And in your research on market efficiency,
21    how much time would you spend researching the
22    difference in market efficiency in connection with
23    equity securities versus fixed income securities?
24        A   I don't understand the question.
25        Q   When you research market efficiency --
```

```
                                              Page 46
 1        A    Well, so -- and I'm sorry.  I don't mean to
 2   interrupt you.  I just want to ask a clarifying
 3   question so to help move this along.
 4             So when you say "research," do you mean
 5   reading about market efficiency?  Because I'm not
 6   actively, like, writing papers on market efficiency.
 7   If that's what you want to consider research.
 8        Q    Okay.
 9             Before you mentioned academic research when
10   I asked you about how much time you spend
11   researching.
12             Using that same definition of academic
13   research, how much, if any, time do you spend in
14   academic research in connection with market
15   efficiency and differences between equity securities
16   and fixed income securities?
17        A    Okay.
18             So I'm excluding just reading papers.  I
19   would say none.
20        Q    If we turn to the expert reports and
21   testimony section of your report, starting on
22   page 67 and 68.  There are a number of cases listed
23   where you've provided expert reports and testimony.
24             And I'm just wondering if you can tell me
25   whether any of these expert reports or testimony
```

```
                                      Page 47

 1   were on behalf of a defendant in a federal

 2   securities action.

 3        A    Well, so let me just go through this.

 4             So I'm not sure if you would consider this

 5   a securities matter.

 6             This Gwyn Hartman -- I'm now looking at

 7   page 69 of -- well, just go with page 69 of

 8   Exhibit 4.  "Gwyn Hartman Revocable Living Trust

 9   versus Southern Michigan Bancorp."  That was not a

10   10b-5 case, but I don't know if you would consider

11   that a securities matter.

12        Q    But that was for a defendant in a

13   litigation?

14        A    Correct.

15        Q    Okay.

16             Is it fair to say that the majority of your

17   engagements, expert reports, and testimonies listed

18   here are for plaintiffs --

19        A    So when you --

20        Q    -- in securities litigations?

21        A    When you say "engagements," you mean

22   engaged as an expert?

23        Q    I mean, for each of the lists of expert

24   reports and testimony starting on page 67 and

25   continuing on to page 71.  To the extent they are in
```

```
                                          Page 48
 1   connection with federal securities cases, is it fair
 2   to say that the majority are for plaintiff's side?
 3       A   And, again, I'm not trying to be difficult.
 4   I'm just trying to define what you mean by
 5   "experts."
 6            So having submitted a report; right?
 7   Because I've worked on hundreds of defendant cases
 8   at places like Cornerstone and CRA and NERA.   I
 9   don't consider myself having been retained as an
10   expert in those cases.
11       Q   I'm just referring to the section of your
12   CV entitled "Expert Reports and Testimony."
13            So I assume those are, based on your CV,
14   matters in which you were retained to submit an
15   expert report or testimony.
16       A   Right.  Which is why I asked the clarifying
17   question when you said "expert," whether you meant
18   retained as an expert to provide an opinion.
19            So as long as that's the definition --
20       Q   Yeah.
21       A   -- yes, your statement would be correct.
22       Q   The statement that the majority is for the
23   plaintiff's side?
24       A   That is correct.
25       Q   Okay.
```

Page 49

1          In any of these matters listed on pages 67
2     to 71 of your CV, and we're referring to the same
3     set of expert reports and testimony related to fixed
4     income securities as opposed to equity securities.
5          A    Is there a question?  Could you read
6     that -- I didn't think there was a question.  I
7     think it was a statement.
8               (The record was read back as
9               follows:
10                   "Question:  In any of these
11              matters listed on pages 67 to 71 of
12              your CV, and we're referring to the
13              same set of expert reports and
14              testimony related to fixed income
15              securities as opposed to equity
16              securities.")
17              THE WITNESS:  I think it's an incomplete
18    question.  If you're asking me how many reports have
19    I rendered an opinion about efficiency in a fixed
20    income security?  Is that the question?
21    BY MR. ISAJIW:
22         Q    That's not the question.  But let's answer
23    that question.
24         A    A few.
25         Q    Can you give me context for what "a few"

```
                                                     Page 50
 1   is?  Is it one?  Five?  Ten?
 2         A    I don't recall.  No.  It would certainly be
 3   less than ten.
 4         Q    Okay.
 5         A    And I would be surprised if it was five.
 6         Q    And in those approximately five or less
 7   matters, were any of them Rule 144A bonds?
 8         A    I don't recall.
 9              (Reporter clarification.)
10   BY MR. ISAJIW:
11         Q    Have you ever issued a written opinion in
12   any case indicating that a security stock or a bond
13   did not trade in an efficient market?
14         A    Well, so I'm not -- I'm not sure I've
15   actually seen anyone ever render an opinion that a
16   stock or bond has not traded in an efficient market,
17   specifically said -- stated that.
18              To the extent that I have found instances
19   where I believed that the market for these -- for a
20   stock or a bond is inefficient and I relay that to
21   my potential clients, I'm usually then not asked to
22   write a report.
23         Q    Okay.
24              In those situations, what findings led you
25   to conclude that the market for the security would
```

```
                                          Page 51
 1   not be efficient?
 2            MR. HAKLAY:  Objection.  Vague.
 3            THE WITNESS:  I mean, again, I would look
 4   at the same factors I would look at in providing my
 5   opinion here.
 6            So I would look at the Cammer and Krogman
 7   factors.
 8   BY MR. ISAJIW:
 9       Q   Okay.
10            In those situations where you have made a
11   decision that you cannot issue the report and,
12   therefore, you're not asked to issue the report --
13       A   Well, it's not that I can't issue a report.
14   I could issue a report.  Right?  I mean, I could
15   issue a report with my findings.  So that ...
16       Q   How often have you been asked about whether
17   or not a market is efficient and you've come to the
18   conclusion that it is not?
19       A   I don't recall.
20       Q   Roughly speaking, how often?
21       A   I have no idea.
22       Q   More than five times?
23       A   Maybe.
24       Q   No idea whatsoever?
25       A   I mean, it's less than 20.
```

```
                                          Page 52
1       Q    Okay.
2       A    Probably less than ten, but beyond that, I
3    would be speculating.
4       Q    The very last time that this situation came
5    up, what were the reasons that led you to believe
6    that the market was not efficient?
7       A    Well, again, it's not that the market was
8    inefficient.
9            It was that I could not opine that the
10   market was efficient.  Those two statements are
11   different.
12      Q    Okay.
13           What was the basis on which you could not
14   opine that the market was in- -- was efficient?
15      A    My review of the Cammer and Krogman
16   factors.
17      Q    Which Cammer and Krogman factors in
18   particular?
19      A    I can't recall.
20      Q    No recollection whatsoever?
21      A    Not as I sit here, no.
22      Q    Have you ever been disqualified by any
23   court from serving as an expert?
24      A    No.
25      Q    Have any of your opinions been subject to a
```

```
                                       Page 53
 1   Daubert motion?
 2        A    Subject to a Daubert motion?
 3        Q    Yes.
 4        A    As in one was filed against me?
 5        Q    Correct.
 6        A    I believe so.
 7        Q    Have any of your opinions been excluded
 8   pursuant to a Daubert motion?
 9        A    No.
10        Q    Going back to the documents you considered
11   in connection with this report, were there any
12   materials that you requested as part of your
13   engagement that you did not receive?
14        A    When you say "receive," you mean received
15   from either Plaintiffs' counsel or Crowninshield?
16        Q    In any capacity.
17        A    I don't believe so.
18        Q    And did you conduct any market efficiency
19   analysis that is not reflected in your report?
20        A    I don't believe so.
21        Q    How much time did you spend prepping for
22   this deposition?
23        A    So when you say "prepping," do you mean
24   meeting with counsel, or do you mean prepping on my
25   own, like, reviewing material?
```

```
                                                   Page 54
 1        Q    Both.
 2        A    Both.   Total, probably, I don't know, eight
 3   hours, maybe less.
 4        Q    And in connection with your prep, I assume,
 5   based on your answer, you did meet with counsel?
 6        A    I did.
 7        Q    How many times?
 8        A    Once.
 9        Q    And roughly how long?
10        A    Forty-five minutes.   Thirty minutes.
11        Q    And reviewing on your own, how long?
12        A    Well, then the rest would be reviewing on
13   my own.
14        Q    And how much was the total?  I'm sorry.
15        A    Could you read back my answer, please.
16        Q    I think it was eight hours, maybe less.
17        A    Right.   So subtract 30 minutes, 45 minutes
18   from -- possibly an hour.  The rest was spent
19   reviewing on my own.
20             Is now a good time to take a break?
21        Q    Would you like to take a break?
22        A    I mean, I wouldn't mind, but --
23        Q    Sure.
24        A    -- if you're just -- if we're going to go
25   through this in five minutes.
```

```
                                           Page 55
 1            MR. ISAJIW:  We're about to switch gears,
 2    so now is a great time.
 3            THE WITNESS:  Right.  I assumed we were
 4    about to.  Fantastic.  Thank you.
 5            THE VIDEOGRAPHER:  We're going off the
 6    record.
 7            The time is 10:35 a.m.
 8            (Recess was taken at 10:35 a.m.
 9            until 10:45 a.m.)
10            THE VIDEOGRAPHER:  We are back on the
11    record.
12            The time is 10:45 a.m.
13    BY MR. ISAJIW:
14        Q   Dr. Werner, I want to turn to Appendix A of
15    your report, which is on page 60 and entitled
16    "Primer on Market Efficiency."
17            Are you there?
18        A   I am.
19        Q   Okay.
20            Did you draft this section, this primer?
21        A   Over many years, yes.
22        Q   And do you normally include this type of
23    thing in your reports?
24        A   It's usually in the body of my report.
25    I've been -- I had been thinking about pulling it
```

                                              Page 56

1    out and putting it as an appendix, to make it --

2         Q    Okay.

3              In the very first paragraph on paragraph 1

4    on page 60, it says (as read and/or reflected:)

5                   The efficient market

6              hypothesis is the foundation of

7              modern finance theory.  In essence,

8              a stock trades in an efficient

9              market when all publicly available

10             information is incorporated in the

11             stock price.  And any new

12             information that impacts the

13             economic outlook of the firm gets

14             quickly reflected in the stock

15             price.

16             Did I read that correctly?

17        A    You did.

18        Q    How do you define "quickly"?

19        A    I mean, it depends on the situation.

20             I mean, I've seen courts rule that quickly

21   can be a couple days.  So within a reasonable amount

22   of time.

23        Q    In your view as an economist, does that

24   mean the price should both start and finish reacting

25   to news in one day?  Two days?  Three days?

```
                                             Page 57
 1        A    Again, it would depend on the situation.   I
 2   think normally what you would see would be within
 3   one day.
 4        Q    Okay.
 5             Would that statement apply to bonds as
 6   well?
 7        A    With the same caveat, yes.
 8        Q    Have you done it --
 9        A    Well -- go ahead.   Sorry.
10        Q    Have you done any test to see if the price
11   reactions for both FXCM common stock and notes meet
12   that definition of quickly here?
13        A    Meet that definition of quickly test.
14   Well, I mean, I performed an event study and a
15   news/no-news analysis.
16        Q    Okay.
17             Did -- I believe you said that the price
18   for quickly, generally speaking, the price would
19   start and finish reacting to the news within a day?
20        A    Correct.
21             I mean, but we see periods of market
22   uncertainty where -- or people -- people -- it takes
23   the market time to fully digest information and the
24   implication of those -- of that information.
25        Q    Okay.
```

```
                                            Page 58
 1             But so for your event study here, you use
 2   one-day returns in your study; is that correct?
 3        A    That is correct.
 4        Q    For both the stock and the bond?
 5        A    Well, let's go -- let's go to what I did
 6   with regards to the bond specifically.
 7        Q    We're going to get there later.
 8             Do you recall right now, sitting here
 9   today?
10        A    I'm trying to answer your question to the
11   best of my ability.  So looking at my report will
12   refresh my recollection.
13             Yeah.  So -- and I'm looking at
14   paragraph 142 of my report.
15             (As read and/or reflected:)
16                 For the notes, the regression
17                 data series included only days on
18                 which there was a trading price for
19                 two consecutive trading days so
20                 that a one-day return could be
21                 computed.
22                 All returns for the Effex --
23                 Well, I don't need to read any more.
24        Q    Does that refresh your recollection that
25   you used a one-day return for the bond?
```

```
 1      A    Well, with the caveat that it had to have
 2   two consecutive trading days.
 3      Q    You mention in the first paragraph there
 4   that an efficient market the information that
 5   impacts the economic -- sorry.  First paragraph on
 6   page 60.
 7      A    Hold on.
 8           MR. HAKLAY:  He's there.
 9           MR. ISAJIW:  Okay.
10      Q    That (as read and/or reflected:)
11              The stock price and any new
12           information that impacts the
13           economic outlook of the firm gets
14           quickly reflected in the price.
15           Correct?
16      A    That is correct.
17      Q    Would you agree that the market, in order
18   to be efficient, must also fully incorporate the new
19   value-relevant news?
20      A    I don't know how to answer that.
21           And what I mean by that is there's no
22   assumption that the market has to be fully correct
23   about -- it is an average of what peoples'
24   expectations are.  And so people may update their
25   beliefs and stock prices may move based on those
```

Page 60

1  updated beliefs.

2      Q   So the stock price, when it updates based

3  on updated beliefs, do you believe in order for the

4  market to be efficient it must fully reflect those

5  beliefs and the information at the time?

6      A   To the best of the market's ability, yes.

7      Q   So both quickly and fully reflect the

8  available information at the time?

9      A   Well, again, I've suggested cases where --

10  I mean, let's look at the Coronavirus, right.

11          I don't know.  I mean, the market

12  presumably has some expectation of the impact of

13  that and, yet, so if I said to you, well, what's the

14  impact of the Coronavirus on the market?  I wouldn't

15  expect that the market would fully incorporate all

16  of the implications of that on one single day,

17  right.

18          And -- I mean, we've seen -- I didn't look

19  at the market today, but when I did look at it

20  earlier, it continued to go down.

21          I don't -- I'm not sure anyone would argue

22  that the S&P 500 was inefficient based on the fact

23  that we were still talking about the Coronavirus.

24      Q   Okay.

25          You'll agree with me that the Coronavirus

```
                                          Page 61
 1    and the stock price reaction to the Coronavirus has
 2    nothing to do with the case that we're here talking
 3    about today; correct?
 4        A    Well, we're -- you asked me about stock
 5    price reactions.  And so that would be one such
 6    example; correct?
 7              MR. HAKLAY:  Don't ask him questions.
 8              MR. ISAJIW:  Yeah.  Thank you.
 9              THE WITNESS:  All right.  Correct.  Period.
10    BY MR. ISAJIW:
11        Q    You base your work off of the work of other
12    economics and you've cited a number -- other
13    economists and you've cited a number of them in the
14    footnotes of your report; is that correct?
15        A    I believe that's accurate.
16        Q    Okay.
17              One of those economists is Fama, who
18    drafted a paper in 1970 called the "Efficient
19    Capital Markets: A Review of Theory and Empirical
20    Work" for the "Journal of Finance."
21              And you quote him in Footnote 12 of your
22    report on page 62 of the appendix.
23        A    Right.
24              So Footnote 12 of the appendix, not
25    Footnote 12 of my report.
```

```
                                            Page 62

 1       Q    Yes.

 2            Are you on page 62?

 3       A    Not yet.

 4       Q    So on Footnote 12, you have -- and towards

 5  the bottom of the footnote -- a citation to, it says

 6  (as read and/or reflected):

 7                 (Quoting Efficient Capital

 8            Markets: A Review of Theory and

 9            Empirical Work, Eugene Fama,

10            "Journal of Finance," 1970).

11            And then you quote (as read and/or

12  reflected:)

13                 A market in which prices

14            always, 'fully reflect' available

15            information is called 'efficient.'

16            Do you agree with that?

17       A    I agree with that statement, yeah.

18            I agree that that's what I wrote or that's

19  what I quoted from Fama, yes.

20       Q    Do you agree with the statement that you

21  quoted, not that you quoted it?

22       A    Generally, yes.

23       Q    Are you familiar with the concept of price

24  overreaction?

25       A    The concept?  What do you mean by "the
```

```
                                      Page 63
 1   concept"?
 2        Q   As an economist, if I was to say "stock
 3   price overreaction," what would that mean to you?
 4        A   I mean, it would depend upon the context.
 5   Do you mean overreact to information?
 6        Q   So if a piece of value-relevant information
 7   came into the market and the stock price initially
 8   increased very quickly, but then reversed in the
 9   next few days, would that be consistent with your
10   understanding of an overreaction?
11        A   In your -- I would need to know more in
12   order to answer your hypothetical.
13        Q   What additional facts would you need in
14   order to determine whether or not that would be
15   consistent with your understanding of an
16   overreaction?
17        A   Well, I would need more context in terms of
18   what else -- what was happening during that time
19   period, what was happening to the market, what would
20   happen to comparable companies over that period,
21   what people were saying about the stock at the time.
22        Q   Okay.
23        A   So there's a whole host of factors that I
24   would need to consider when looking at that.
25        Q   Okay.
```

Page 64

1           So outside of a specific example, just
2    generally speaking, conceptually, the stock --
3    concept of stock-price overreaction is not something
4    that you're familiar with?
5           A    Are you asking:  Is it possible for a stock
6    price to overreact?
7           Q    No.  I'm asking if you're familiar with the
8    concept of stock-price overreaction.
9           A    If you want to show me a document that
10   defines it.  I'm just not -- it's not clear to me
11   what your definition of --
12          Q    I'm trying to get your definition.
13          A    Well, and, again, so it would -- it would
14   depend upon the context.
15          Q    Okay.
16               What about stock-price underreaction?
17   Conceptually speaking, what does that describe?
18          A    Concept -- in general, I guess the -- I --
19   not fully incorporating the news.  I don't -- I
20   don't know.  I would really need to know more.
21               Again, if you want to put a definition in
22   front of me, I'm happy to answer your question.
23          Q    Okay.
24               But sitting here today, as an expert in
25   economics, who teaches several courses in economics,

```
                                              Page 65
 1   who has drafted a report related to stock-price
 2   movement, you have no general definition of either
 3   the concept of price overreaction or underreaction
 4   in connection with stock prices?
 5        A    That's not it.  I just don't want to give
 6   an inaccurate answer.
 7             So if you want to put a specific definition
 8   in front of me, I will be happy to review that
 9   definition and give you my understanding.
10             I mean, presumably there have been papers
11   on this -- on under or overreaction.  So I'm just
12   asking that you put it in front of me so we have a
13   common understanding of what you mean.
14        Q    Yeah.  I'm just looking for your
15   understanding of it.
16        A    Well, so, I mean, can a stock overreact to
17   news or underreact to news?  Yeah, it's possible.
18        Q    If a stock overreacts or underreacts to
19   news, is that a suggestion that the market for that
20   stock is inefficient?
21        A    I would need to think more about that.
22             Again, I would need to look at the specific
23   case and the situation around it, or I would need
24   more specifics to answer your hypothetical question.
25             If you want to place a full example in
```

Page 66

1    front of me, I would be happy to look at it and then

2    answer your question, but as I sit here today, I'd

3    need more information.

4         Q    In connection with your work, sitting here

5    today, did you do any test to confirm whether or not

6    the price of FXCM securities over- or underreacted

7    to value-relevant news?

8         A    I'm not sure I've seen specific -- I'm not

9    sure I've seen -- I would need to refresh my memory

10   with regards to specific academic tests for over-

11   and underreaction.

12        Q    You need to refresh your memory for those

13   tests to determine if you tested in this case for

14   over- and underreaction?

15        A    Well, again, it would inform my opinion --

16   it could be under the context of these tests that

17   you're talking about that I did -- I don't know what

18   these tests do.

19             I'm not sure I -- again, I'm not sure I've

20   specifically seen a test in economics that defines

21   over- or underreaction.  My guess is it's some kind

22   of event study.  And so to the extent I've performed

23   an event study, I suppose that information would

24   inform my opinion of over- or underreaction.

25             But, again, I would need to know more

1    information in order to answer that question.

2         Q   So in connection with your event study, did

3    you evaluate whether or not the price of FXCM

4    securities overreacted?

5         A   I found that the -- my findings are that

6    the market for FXCM's equity and notes were

7    efficient during the Class Period.  That was my

8    finding.  That's what I concluded.  That's what I

9    was asked to do.  That's what I concluded.

10             I also concluded that damages could be

11   calculated in this case.

12        Q   Okay.

13             So you did not evaluate whether or not they

14   over- or underreacted?

15        A   Again, I'm not sure what you mean by

16   "evaluate" because I don't know -- I'd need to fully

17   understand these tests that you are describing.

18        Q   I just want to know what test you

19   conducted.

20        A   And I -- I've answered your question.

21        Q   Okay.

22             Generally speaking, is it possible for a

23   market to be efficient at one point in time but not

24   another?

25        A   Is it possible?

```
                                          Page 68
 1        Q    Yes.
 2        A    I mean, I -- yeah, I believe it is
 3   possible.
 4        Q    So if you tested the efficiency of FXCM
 5   securities in 2010, would that tell you whether or
 6   not the market for the same securities would be
 7   efficient today?
 8        A    No.
 9        Q    Okay.
10             And if you tested the efficiency of a
11   security in 2010 and today, would that tell you
12   whether the market for that security would be
13   efficient throughout 2015?
14        A    So I looked at two snapshots in time.
15   That -- is it possible?  It's possible.  My guess is
16   it would not be sufficient to determine -- to opine
17   upon market efficiency.
18        Q    And is that true for both stocks and notes?
19        A    Yes.
20        Q    Okay.
21             Generally speaking, would stocks and bonds
22   react differently to the same types of information?
23        A    It's certainly possible.
24        Q    Okay.
25             Why so?
```

```
                                        Page 69
 1      A    Bondholders are typically more concerned
 2  with bankruptcy risks because they're senior
 3  securities.  Equityholders, while still probably
 4  concerned about a firm's bankruptcy, less so.
 5      Q    So if a company's stocks and bond react
 6  differently to the same news -- sorry -- strike
 7  that.
 8           Can a security -- can a company's
 9  securities stocks and bonds react differently to the
10  same news in an efficient market?
11      A    When you say "differently," do you mean in
12  different directions?
13      Q    Yes.
14      A    So, like, one went -- goes up and one goes
15  down?
16      Q    That would be one example of differently.
17      A    Okay.
18           So in that example, yes, that's certainly
19  possible.
20      Q    It's possible that they would react in
21  different directions?
22      A    Yeah, I've seen that before.
23      Q    And can that happen in an efficient market?
24      A    Yes.
25      Q    If that happens, could it also be evidence
```

1   that either the stock or the bond is trading in an

2   inefficient market?

3       A   As I sit here today, I have no reason to

4   conclude that.

5       Q   Hypothetically possible?

6       A   Right.  In your hypothetical -- well, so

7   hypo- -- in your hypothetical, is it -- so you're

8   asking me, hypothetically, is it possible that if a

9   stock and a bond for the same company moved in a

10  different direction, that one of those securities

11  was inefficient?

12          It is possible.

13      Q   Okay.

14          Would that suggest inefficiency?

15      A   As I sit here, I have no reason to believe

16  that it would necessarily suggest inefficiency based

17  on your current hypothetical question.

18      Q   Do you have any basis in your methodology

19  to determine what types of news would cause a stock

20  and a bond to react similarly or differently?

21      A   I don't understand the question.

22      Q   Before actually conducting an event study,

23  would you have a general sense of what type of news

24  would cause stocks and bonds to react differently?

25      A   And I'm trying to -- I have been trying to

Page 71

1    think about that as we have it -- we've had this

2    conversation.

3            I should be able to answer your question.

4    I need -- but I need to think more about it.  It is

5    certainly something I have been considering as we

6    have been having this conversation.

7        Q   If a piece of news had clear positive

8    implications for a company's asset value and the

9    bond was trading substantially below par, would you

10   expect the bond and the stock to be more likely to

11   react to the news that had a positive value for the

12   firm's asset or have a similar reaction?

13       A   Yeah, that's a completely incomplete

14   hypothetical.  Like, I can't answer, as I sit here

15   today.

16       Q   Okay.

17           What additional information would you need?

18       A   I don't know.  If you want to place the

19   question in front of me, I will be happy to look it

20   over and try to opine upon what additional

21   information I would need.

22           But as it is, it's a compound, complex,

23   hypothetical example.

24           And so it would be completely speculative

25   on my part to attempt to answer it without knowing

Page 72

```
 1    more.
 2         Q    Generally speaking, if a bond was a
 3    convertible bond, meaning convertible into equity,
 4    would it be more or less likely to react differently
 5    to news in the market?
 6         A    Differently than the equity?
 7         Q    Yeah.
 8         A    I would have to think more about that, as I
 9    sit here.
10              As I sit here today, I'm not sure.
11         Q    Looking back at your appendix.  In
12    paragraph 3 you say (as read and/or reflected:)
13                   While financial economists
14                   rely on event study analysis as
15                   direct evidence demonstrating stock
16                   price response to new information,
17                   they accept other factors as
18                   tending to support the existence of
19                   an efficient market for security.
20                   For example, financial
21                   economists have argued that trading
22                   volume is correlated with the
23                   market sufficiency, such that the
24                   higher the trading volume, the more
25                   likely it is to be efficient.
```


Did I read that correctly?

A That is correct.

Q What do you mean when you say they -- (as read and/or reflected):

Financial economists accept other factors as tending to support the existence of an efficient market?

A Well, I mean off the top of my head, generally, the Cammer and Krogman factors would be included in that.

I'm not sure I've actually ever seen any economic study that's looked at S3 eligibility as a function of market efficiency.

Q Okay.

And what do you mean by the "Cammer factors"?

A The Cammer and Krogman factors as listed in my report. I'm happy to --

Q Just wondering if you can summarize them off the top of your head.

A Sure.

Q I think we can probably get on the same page pretty quickly here, but we're talking about average weekly trading volume as one; is that

```
                                             Page 74

 1   correct?

 2        A    That is correct.

 3        Q    And analyst coverage as a second?

 4        A    Correct.

 5        Q    Market makers as part of the third?

 6        A    And listing on the NYSE, yes.

 7        Q    Okay.

 8             Eligibility for S3 registration?

 9        A    That is a Cammer factor.

10        Q    And price reaction to new information?

11        A    I believe -- yeah.  I mean, the fifth

12   Cammer specifically says, and I'm reading from

13   page -- paragraph 44 (as read and/or reflected):

14                  It would be helpful to have

15             empirical facts showing a cause and

16             effect relationship between

17             unexpected corporate events or

18             financial releases and an immediate

19             response in the stock price.

20        Q    Okay.

21             THE WITNESS:  Can we pause for a second?

22   Or could one of you get me a Diet Coke?

23             MR. HAKLAY:  I think I took the last one.

24             THE WITNESS:  I'm sure King & Spalding has

25   more.
```

Page 75

1   BY MR. ISAJIW:
2        Q   So in the paragraph of your appendix, which
3   I believe is paragraph 3 that I just read.
4        A   Okay.  So remind me.  We're on page 60
5   something?
6            MR. HAKLAY:  61.
7            THE WITNESS:  61.
8   BY MR. ISAJIW:
9        Q   61, paragraph 3 of Appendix A.
10           You said (as read and/or reflected:)
11               These other factors -- I'm
12           sorry -- financial economists
13           accept these other factors,
14           including the Cammer factors, as
15           tending to support the evidence of
16           an efficient market.
17           What do you mean by "tending to support"?
18       A   I guess just the general definition of
19   tending.
20       Q   Are they direct proof of the market
21   efficiency?
22       A   Well, so yours is a complicated question
23   and this is why.
24           You know, there's -- courts have ruled
25   stocks efficients ignoring, in fact, Factor 5.  And

Page 76

1    so, I mean, is it sufficient to just look at the

2    first four factors?

3              Certainly courts have found it's sufficient

4    to look at the first four factors.

5              I think most academics would agree that you

6    want to look and see if there's a cause and effect

7    relationship between a stock and information to

8    determine whether or not a stock was efficient.  Or

9    a bond for that matter.

10        Q    Okay.

11             In your view, how many Cammer factors would

12   have to be satisfied to find a market for a security

13   efficient?

14        A    I have no opinion about that.  I've

15   never -- nor have I ever been asked to opine upon

16   that.

17        Q    Okay.

18             For example, if analyst coverage was very

19   high, but trading very low, would that be

20   sufficient?

21        A    Again --

22             MR. HAKLAY:  Objection.  Sufficient to

23   what?

24             MR. ISAJIW:  Determine the market to be

25   efficient.

```
 1           MR. HAKLAY:  Thank you.
 2           THE WITNESS:  From an academics perspective
 3   or a court's perspective?
 4   BY MR. ISAJIW:
 5       Q   From an academics perspective.
 6       A   I have no idea.  It's not anything I've
 7   ever thought about.
 8           MR. HAKLAY:  Here's four Diet Cokes for
 9   you.
10           THE WITNESS:  Sorry.  They're trying to get
11   me hopped up on caffeine.  Are we off the record for
12   that?  I know.  I'm joking.  Sorry.  You'll edit the
13   video.
14   BY MR. ISAJIW:
15       Q   When conducting market efficiency analysis
16   in evaluating the Cammer factors, are there any
17   factors that you would feel comfortable excluding in
18   your determination that a market is efficient?
19       A   So now we're just talking about the Cammer
20   factors?
21       Q   Yes.
22       A   I would need to think about it.  I mean,
23   again, I don't think S3 eligibility really plays
24   into market efficiency.
25           I mean, it has to do with firm size, I
```

Page 78

```
 1    suppose, and their ability to file financials.
 2            Is there anyone I would ignore?
 3            Again, it's not a question I've ever asked
 4    myself.  I mean, the court demands that I opine on
 5    these factors, or at least case law has suggested I
 6    need to opine on the factors and the court will then
 7    decide whether or not the market for that stock is
 8    efficient.
 9            So it's not anything I've thought about
10    other than S3.
11        Q   Okay.
12            What if there was insufficient data to
13    conduct an event study, for instance?
14        A   So, again, so your hypothetical is there's
15    insufficient information to conduct an event study.
16    And I guess my question would be why?  Because
17    that --
18        Q   Say there was not enough trading to conduct
19    an event study over a specific period.
20        A   I'm sorry.  I just -- I don't understand
21    your hypothetical example or your hypothetical
22    question.
23            I'm not -- have I ever seen literature
24    discussing the number of days needed to conduct an
25    event study?
```

```
 1            I'm not sure I have, as I sit here today.
 2      Q    Do you have a personal opinion -- I'm
 3  sorry.
 4            Do you have a professional opinion?
 5      A    It's not something I've ever thought about.
 6      Q    Let's dig in a little bit more into the
 7  specific Cammer factor.  So No. 1 was average weekly
 8  trading volume.
 9            Why is trading volume an important measure
10  of market efficiency, in your opinion?
11      A    It's -- well, let's go to my report.
12      Q    So --
13      A    I'm trying to read my report.  Hold on one
14  second.
15            Yeah.  I mean, it's -- again, it's not
16  something I've thought about.  It's something that
17  the court demand.
18      Q    What, in your view, would be the
19  implication for market efficiency if a security had
20  high trading volume?
21      A    In general, I think economists believe that
22  higher trading volume is an indicator of efficiency.
23  But, again, it's -- it's not something I've ever
24  considered.
25            I mean, there is a benchmark the courts
```

Page 80

1    have used of 1 and 2 percent.  I don't know if, you
2    know, if it's 50 percent, is it somehow more
3    efficient than a stock that's average weekly trading
4    volume is 30 percent?  It's not something I really
5    thought about.
6        Q   What would be the implication if trading
7    volume was very low in terms of market efficiency?
8            MR. HAKLAY:  Objection.  Vague as to the
9    words "very low."
10           THE WITNESS:  Yeah.  Again, I'm not --
11   there's no -- again, the court asked me to provide
12   my opinion on this or provide my analysis with
13   regards to this factor.  So I've provided this
14   analysis.
15           It -- yours is a question I've never really
16   thought about.
17   BY MR. ISAJIW:
18       Q   If a security had low trading volume or no
19   trading volume, you've never thought about whether
20   or not that would weigh on the efficiency of the
21   market for that security?
22           MR. HAKLAY:  Objection as to the word "low"
23   as being vague.
24           THE WITNESS:  Well, I mean, certainly --
25   for instance, I mean, we've seen bond cases where

                                                      Page 81

 1    there's no trading volume on a number of days.  And

 2    the courts have found the market for those bonds are

 3    efficient.

 4            So, you know, it's not something that I

 5    personally think about.  To the extent that a court

 6    might think about it, I don't know.  You could ask

 7    the judge or what his or her opinion is about that.

 8    BY MR. ISAJIW:

 9        Q    I'm asking you for your opinion as an

10    expert who has rendered a report discussing Cammer

11    Factor 1 and the effect of weekly trading volume on

12    inefficiency analysis.

13            And if your answer is you've never thought

14    of it, that's fine, but I'm asking what your opinion

15    is.

16            THE WITNESS:  Could you reread his original

17    question, please.

18            (The record was read back as

19            follows:

20                "Question:  If a security had

21            low trading volume or no trading

22            volume, you've never thought about

23            whether or not that would weigh on

24            the efficiency of the market for

25            that security?")

```
                                        Page 82

 1            MR. HAKLAY:  Same objections I rendered
 2     before.
 3            THE WITNESS:  Yeah.  You would need to look
 4     at that on a case-by-case basis.
 5     BY MR. ISAJIW:
 6       Q    So in the case of no trading volume.
 7       A    I refer to my previous answer with
 8     regards --
 9       Q    Which was what?
10       A    I told you, I found that there are --
11     certainly have been bonds with no trading volume or
12     on days which found -- which courts have found to
13     have been traded in an efficient market.
14       Q    And as an economist, do you have a view as
15     to whether or not that is an indication of an
16     efficient market?
17       A    I have no opinion one way or the other.
18       Q    Let's talk about analyst coverage, which is
19     the Cammer Factor 2.
20            Why, in your view, is analyst coverage an
21     indicator for market efficiency?
22       A    Well, I mean, I refer to this quote from
23     the Cammer cover.  And I'm looking at paragraph 26
24     of my report.
25            (As read and/or reflected:)
```

```
                                        Page 83
 1              When investment professionals
 2         closely monitor a firm's
 3         information subsequently making
 4         buy/sell recommendations to their
 5         clients based on that information,
 6         investors bid up or down the market
 7         price of the stock to reflect the
 8         company's financial information as
 9         interpreted by the securities
10         analyst.
11         So that's what the court finds.
12    Q    So I'm asking about your professional
13 opinion as an expert economist.
14         What would be the implication if a company
15 has very high analyst coverage?
16    A    Well, the implication would be that a lot
17 of analysts follow the company.
18    Q    In terms of whether or not the company
19 trades in an efficient market.
20    A    I think in -- I mean, I'm not quite sure
21 how to answer the question.
22         I know -- again, I think -- let's look
23 for -- yeah.  Right.
24         So, for instance, and I'm reading from
25 paragraph 26 of my report, this suggests that (as
```

Page 84

1    read and/or reflected:)

2               The more analysts who followed

3          a stock, the greater the likelihood

4          that a stock traded in an efficient

5          market.

6          I should have started this next sentence

7    here.  (As read and/or reflected:)

8               Barber, et al, 1994, found

9          that coverage by one or two

10         analysts strengthened the

11         presumption of efficiency for a

12         publicly traded stock.

13    Q    So other than quoting from Barber, in your

14    opinion, what is the implication of high analyst

15    coverage?

16    A    What's the implication?  My -- my -- the

17    implication is a lot of analysts follow the stock.

18    Probably a large -- large company.

19    Q    What would be in the implication in a

20    market efficiency analysis if very few analysts

21    covered a stock?

22               MR. HAKLAY:  Okay.  Vague as to what "very

23    few" means.

24               THE WITNESS:  Right.  Again, I mean, the --

25    my best understanding with regards to academic work

```
                                           Page 85
 1    is the work by Barber who basically -- Barber,
 2    et al, who found that one or two -- well, let's just
 3    read it again.
 4    BY MR. ISAJIW:
 5         Q    Before you read it, I'm just asking for
 6    your view, sitting here today, as an expert
 7    economist.
 8         A    Right.  My view is informed by their paper.
 9         Q    Do you have a view independent of the
10    paper?
11         A    No.
12         Q    Okay.
13              When you are conducting a market efficiency
14    analysis, how many analysts do you believe are
15    required to cover a company before you believe it is
16    an indicator of an efficient market?
17         A    Again, I would have to look at that on a
18    case-by-case basis.  Clearly in this case, I believe
19    that, as I've found -- let's just go to what I said
20    with regards to my finding.
21              Right.  So I'm reading from, excuse me,
22    paragraph 32 of my report.
23              (As read and/or reflected:)
24                   The number of analysts
25              covering FXCM and the wide
```

```
                                              Page 86
 1              dissemination of information about

 2              FXCM from Company press releases

 3              and from well-regarded and widely

 4              read sources in the news media

 5              support a finding of market

 6              efficiency for FXCM common stock

 7              during the Class Period.

 8              And I -- that's for the equity.

 9              If you want me to opine on the bonds as

10   well, I'm happy to review my findings.

11      Q    Did you draft that paragraph?

12      A    Yes.

13      Q    If there is a period of a year or two where

14   only three analysts issued reports on FXCM, would

15   you believe that that is sufficient under Cammer

16   Factor 2?

17              MR. HAKLAY:  Objection.  Assumes facts not

18   in evidence.

19              THE WITNESS:  It's not my opinion -- it's

20   not -- or it's not my job to form an opinion on your

21   hypothetical example.

22              I present the information to the courts.

23   In this case, I found that there was sufficient

24   analyst coverage to indicate market efficiency in

25   this specific case.
```

Page 87

1   BY MR. ISAJIW:

2       Q   So sitting here today, you can't answer the

3   question that if there was a period of a year where

4   only two or three analysts issued reports on FXCM,

5   whether you would believe that that would be

6   sufficient under Cammer Factor 2?

7           MR. HAKLAY:  Objection.  Misstates his

8   testimony.  It's asked and answered.

9           THE WITNESS:  It certainly could be

10  efficient -- I mean, sorry.  It certainly could be

11  sufficient.

12  BY MR. ISAJIW:

13      Q   Let's talk about Cammer Factor 3.  This is

14  under your heading "Market Makers and Listing on the

15  NYSE."

16          Why is the existence of market makers an

17  indication of efficiency, in your view?

18      A   Well, I mean, I think it largely agrees

19  with the -- my view coincides with the Cammer

20  court's opinion that (as read and/or reflected:)

21                  The existence of market

22          makers -- and I'm reading from

23          paragraph 33 of my report -- and

24          arbitrageurs would ensure

25          completion of the market mechanism;

Page 88

```
 1            these individuals would react
 2            swiftly to company news and
 3            reported financial results by
 4            buying or selling stock and driving
 5            it to a changed price level.
 6   BY MR. ISAJIW:
 7       Q   Independent of the report, as an economist,
 8   what would be the -- your view of the implication if
 9   there were no market makers for a security in
10   connection with an efficiency analysis?
11       A   Well, so what do you mean by "market
12   maker"?
13            And I mean that -- do you mean someone who
14   is designated as a market maker whose job title is
15   market maker?
16       Q   In what context did you mean market maker
17   when you wrote it in your report?
18       A   My understanding of the Cammer court --
19       Q   Was it --
20       A   -- opinion.
21       Q   -- somebody who was designated as a market
22   maker?
23       A   Right.  So there is a title of a designated
24   market maker in an NYSE stock.
25            Is that what you're referring to?
```

```
                                              Page 89
 1      Q    I'm asking what you were referring to when
 2   you used the phrase "market maker" in the report.
 3           Were you referring to somebody who was
 4   designated as a market maker?
 5      A    So I don't know exactly what you mean by
 6   "designated."
 7           And let me explain why.
 8           Because there is a position called a --
 9   there is someone called a "designated market maker"
10   for each NYSE stock.  Or at least one for each NYSE
11   stock.
12           So I wouldn't, like, necessarily
13   consider -- I mean, there are NASDAQ market makers.
14   I don't know if you would consider them designated
15   market makers.
16           There are people who are making markets off
17   the floor.  I don't know if you would consider them
18   designated market makers.
19      Q    I'm asking if you consider them designated
20   market makers.
21      A    Again, if you -- I don't believe -- I
22   believe that there are many individuals or companies
23   making markets in a stock that are not -- that do
24   not fall under the definition of a designated market
25   maker as explained or it's laid out by the NYSE.
```

Page 90

1        Q     In this case, can you give me any examples
2    of those entities?
3        A     Which entities?
4        Q     The ones you just described who are making
5    a market in a stock but are not designated market
6    makers under your definition.
7        A     Well, it -- well, so I do not know and,
8    again, this is based on a mis- -- a clear definition
9    of a designated market maker.  Certainly Barclays
10   Capital, BNY Mellon Capital Markets, JPMorgan,
11   Morgan Stanley and Wedbush Morgan Securities made a
12   market in this stock.
13            If we want to go to a complete list of
14   market makers who made a market in the stock during
15   the Class Period, we can go to my Exhibit 5.
16            MR. HAKLAY:  Page 114.
17            THE WITNESS:  Right.  So there's multiple
18   firms here.  I don't -- what is it?  180, I believe.
19   No.  I'm sorry.  It goes on to 115.  So 205.  I
20   don't know if any of those are designated market
21   makers as you -- because you have not defined
22   designated market maker for me.
23            Again, if you're talking about the --
24   a designated market maker on the New York Stock
25   Exchange as defined by the New York Stock Exchange,

```
                                           Page 91
 1   as I sit here today, I don't know.
 2   BY MR. ISAJIW:
 3        Q   In paragraph 34, you indicate that there
 4   were at least 205 market makers for FXCM common
 5   stock.
 6             Did I read that correctly?
 7        A   I'm sorry.  What paragraph?
 8        Q   34, page 14.
 9        A   Page 34.  Yes.  That is correct.
10        Q   Okay.
11             In your opinion, does the fact that there
12   were at least 205 market makers for FXCM common
13   stock tend to support the idea that the market for
14   FXCM common stock was efficient?
15        A   I believe that -- and I'm reading from
16   page 38 in my report.  (As read and/or reflected:)
17                  The large number of market
18             makers ... supports that FXCM
19             common stock traded in an efficient
20             market.
21             MR. HAKLAY:  Let me just correct it.  You
22   read from paragraph 38, not page 38.
23             THE WITNESS:  Oh, sorry.
24   BY MR. ISAJIW:
25        Q   What would be the implication if there were
```

Page 92

1    no market makers for FXCM common stock in terms of

2    an analysis of market efficiency?

3         A    I mean, I don't -- I haven't really thought

4    about your hypothetical.

5              I mean, because I'm not clear.  My

6    understanding, I -- sorry.

7              If we're talking about designated market

8    makers defined by the NYSE, it wouldn't have an

9    effect necessarily.

10             I mean, people make markets off the floor.

11   So -- I'm sorry.  Let's --

12        Q    If somebody made a market in any --

13        A    -- what --

14             MR. HAKLAY:  He's still answering.

15             THE WITNESS:  Can you -- can you reread his

16   question, please.

17             (The record was read back as

18             follows:

19                 "Question:  What would be the

20             implication if there were no market

21             makers for FXCM common stock in

22             terms of an analysis of market

23             efficiency?")

24             THE WITNESS:  I mean, that's honestly

25   never -- something I've never even thought about.

1    BY MR. ISAJIW:

2        Q    What if there were instead of 205 market

3    makers, 100 market makers?

4        A    That's not anything I've considered.

5        Q    What if there were 50 market makers?

6        A    Again, not a question I've asked myself.

7        Q    What if there were less than ten market

8    makers?

9        A    Yeah.  It would depend upon the situation.

10       Q    But sitting here today, you can express no

11   view as to whether or not that would have an

12   implication for a market efficiency analysis?

13            MR. HAKLAY:  Objection.  Misstates his

14   testimony.

15            THE WITNESS:  It might have an implication.

16   BY MR. ISAJIW:

17       Q    And if it had an implication, what would

18   your view be on the implication it has?

19            MR. HAKLAY:  Objection.  Assumes facts not

20   in evidence.  Asked and answered.

21            Go ahead.

22            THE WITNESS:  Okay.

23            I would need to look at that on a

24   case-by-case basis.

25   ///

                                              Page 94

1    BY MR. ISAJIW:

2         Q   So currently, you cannot -- you do not have

3    a view of the implication?

4              MR. HAKLAY:  Objection.  Misstates.  Asked

5    and answered.

6              THE WITNESS:  Again, I would need to look

7    at it on a case-by-case basis.

8    BY MR. ISAJIW:

9         Q   You also note in this section of your

10   opinion, you discuss the fact that FXCM's common

11   stock was listed on an exchange; is that correct?

12        A   Where are you reading from?

13        Q   I'm not reading from your report.  I'm

14   just ...

15             Let's take it outside of the context of the

16   report.

17             Do you know whether or not FXCM's common

18   stock was listed on an exchange?

19        A   It was -- yeah.  It was -- yes.

20        Q   Okay.

21             Was the fact that FXCM's common stock was

22   listed on an exchange relevant to your analysis as

23   to whether or not FXCM's common stock traded in an

24   efficient market?

25        A   Well, to the extent that some judges find

Page 95

1    it helpful to be informed upon that question, I

2    included that information.

3         Q   In your view as an economist, is that

4    relevant information to the analysis of whether or

5    not FXCM stock traded in an efficient market?

6         A   I'm not sure it's something I've ever

7    really thought about.

8             So in your hypothetical, the stock doesn't

9    trade on an exchange?

10        Q   I haven't posed a hypothetical.  I'm just

11   asking if whether or not the fact that you cite in

12   your report that FXCM common stock did, in fact,

13   trade on an exchange is relevant to your analysis of

14   whether or not FXCM common stock traded in an

15   efficient market.

16            MR. HAKLAY:  Objection.  That question was

17   asked and answered.

18            THE WITNESS:  It formed my opinion that it

19   traded in an efficient market.

20   BY MR. ISAJIW:

21        Q   Okay.

22            In what way did it inform your opinion --

23   strike that.

24            Let me ask a better question.

25            Is being listed on an exchange an indicator

```
                                           Page 96
 1   of efficiency, in your opinion?
 2        A    In my opinion?  I believe that courts rely
 3   on that information to determine market efficiency.
 4        Q    When you were making a determination of
 5   market efficiency, do you rely on that information?
 6        A    I don't know if I've ever really thought
 7   about it.
 8             I mean, can you give me -- well, I'm not
 9   supposed to ask questions.  I apologize.
10        Q    In your opinion, if a security was not
11   listed on any exchange, would that have a bearing on
12   whether or not it trades in an efficient market?
13             MR. HAKLAY:  Objection.  Asked and
14   answered.
15             THE WITNESS:  It's possible.  I mean, when
16   you say "exchange," what do you mean?
17   BY MR. ISAJIW:
18        Q    When -- have you ever heard the phrase
19   "listed on an exchange" before?
20        A    I have.
21        Q    What is your understanding of the phrase
22   "listed on an exchange"?
23        A    Well, it's going to vary from place to
24   place.  I mean, my -- if I had to guess what your
25   definition of exchange was, you would probably be
```

```
                                            Page 97
 1   talking about the NYSE or the NASDAQ.
 2            We're sitting, I don't know -- I don't know
 3   actually.  Do they still have the Los Angeles Stock
 4   Exchange?
 5            Certainly there's a San Francisco Stock
 6   Exchange.  I don't know if that would fall under
 7   your definition --
 8       Q   So if all of --
 9       A   I'm trying to answer the question, please.
10            I'm not sure if that would fall under your
11   definition of exchange.
12            And then, of course, stocks are traded off
13   markets between companies.  I don't know if you
14   would consider that an exchange.
15       Q   In this analysis for FXCM common stock, do
16   you have an opinion as to whether or not it would be
17   an indication of market efficiency if FXCM common
18   stock did not trade on the NYSE?
19       A   If it did not -- so the fact alone that it
20   did not trade on the --
21            THE WITNESS:  Could you reread the
22   question, please.
23            (The record was read back as
24            follows:
25                 "Question:  In this analysis
```

Page 98

```
 1            for FXCM common stock, do you have
 2            an opinion as to whether or not it
 3            would be an indication of market
 4            efficiency if FXCM common stock did
 5            not trade on the NYSE?")
 6            MR. HAKLAY:  Objection.  Assumes facts not
 7    in evidence.  Not a hypothetical, but couched as
 8    one.
 9            MR. ISAJIW:  I don't believe I couched that
10    as a hypothetical.  I was just asking about his
11    opinion.
12            MR. HAKLAY:  Okay.
13            Assumes facts not in evidence.  Asks him to
14    consider a situation that doesn't exist in his
15    report.
16            THE WITNESS:  So in your hypothetical
17    example, you're suggesting that if -- if FXCM didn't
18    trade on the NYSE, would that inform my opinion or
19    would that inform my opinion about market
20    efficiency?
21            Probably not.  I mean, it can -- certainly
22    there are all sorts of other exchanges it can trade
23    on.  Like the NASDAQ, which it did.
24            So I don't -- it's a really odd question.
25    I'm not quite sure I --
```

```
                                           Page 99
1    BY MR. ISAJIW:
2         Q    What if it traded on no exchanges?
3              MR. HAKLAY:  Same objection.
4              THE WITNESS:  Again, it's not something
5    I've ever thought about.  I mean, what do you --
6    what's a world with no exchanges?  So it's traded
7    within -- just between, let's say, institutional
8    investors?  Is that the world you're imagining?
9              I think I'm okay in asking this question
10   because I'm clarifying his hypothetical example.
11   BY MR. ISAJIW:
12        Q    Let's take that as an example.
13        A    You know, that's something I would need to
14   think about.  I mean, there's no reason to think
15   that if stocks are traded off exchanges between two
16   parties that the stock is inefficient -- that a
17   stock is not efficient.
18        Q    There's no reason to believe that if a
19   stock is just traded between two parties that it
20   doesn't trade in an inefficient market?
21             MR. HAKLAY:  Objection.  Misstates his
22   answer as to completeness.
23             But go ahead.
24             THE WITNESS:  Again, I -- you would need to
25   look at this type of thing on a case-by-case basis.
```

Page 100

1              I mean, again, I gave you a hypothetical

2       example, and I'm not -- I'm not even sure how to

3       answer my own hypothetical example.

4              And I clearly -- I'm not quite sure how to

5       answer your hypothetical example.

6       BY MR. ISAJIW:

7          Q   Does listing on an exchange in and of

8       itself mean that the security trades in an efficient

9       market?

10         A   Does trading on an exchange --

11             THE WITNESS:  Could you reread the

12      question, please.

13             (The record was read back as

14             follows:

15                 "Question:  Does listing on an

16             exchange in and of itself mean that

17             the security trades in an efficient

18             market?")

19             THE WITNESS:  I think courts have certainly

20      found that to be the case.

21      BY MR. ISAJIW:

22         Q   And what about your professional opinion?

23         A   It's not any -- it's not something I've

24      thought about.

25             I don't think anyone's ever asked me that

Page 101

1    question before.

2        Q    And when you conduct your market efficiency

3    analysis, do you have a professional opinion as to

4    whether any of the Cammer factors are more important

5    for finding of efficiency than others, generally

6    speaking?

7        A    That's an interesting question.

8             Let's go to my discussion in Factor 5.

9             I mean, I think economists, when they talk

10   about market efficiency, oftentimes discuss event

11   studies.  But as I've stated previously, you know,

12   we're seeing an increasing number of courts find for

13   market efficiency ignoring the fifth Cammer factor.

14       Q    When you say "economists," do you include

15   yourself in that statement?

16       A    I do.

17       Q    Okay.

18            So do you believe that Factor 5 is one of

19   the more important Cammer factors in a market

20   efficiency analysis?

21       A    It's not something I've ever been asked to

22   opine upon.

23            I present the information that courts use

24   to determine market efficiency.  And so I do event

25   studies.

Page 102

1    Q    What is an event study designed to analyze?

2          Let me withdraw that question.

3          Is it fair to say that you use an event

4    study to try to determine whether or not there's a

5    cause and effect relationship between new material

6    information and the reaction in the stock price

7    establishing -- to establish market efficiency?

8    A    Is that stated somewhere in my report?  It

9    sounds like something from my report.

10   Q    I'm asking if you agree with the statement.

11   A    Well, if the statement is in the report, I

12   would like to see the statement.

13   Q    Other than -- I'll point you to the

14   paragraph where you discuss it, but before I do, you

15   can't answer it without reference to the report?

16   A    I just want to be as accurate as possible.

17   We are trying to be as accurate as possible here;

18   right?

19   Q    We are.

20   A    Well, so if you're reading from something

21   from my report, by all means, let me look at it.

22   Q    It's paragraph 52.

23   A    So it is from my report.

24        Okay.

25   Q    Now that you've reviewed paragraph 52, is

Page 103

1    it fair to say that you conduct an event study to

2    determine if there is a cause and effect

3    relationship between new material information and

4    the reaction in the stock price in order to help

5    establish market efficiency?

6        A    I believe that is correct.

7        Q    In your view, if there is information that

8    is new and material but the security price does not

9    react, does that suggest that the market is not

10   efficient?

11       A    No.

12       Q    What if the information is new and material

13   and the security doesn't trade at all, does that

14   suggest that the market is not efficient?

15       A    Not necessarily.

16       Q    Can you -- in the presence of new and

17   material information -- sorry -- strike that.

18            If a security does not react to new and

19   material information in terms of price and does not

20   trade based on new and material information, do you

21   believe that has any bearing on whether or not the

22   security trades in an efficient market?

23            MR. HAKLAY:  Objection.  Vague as to "any

24   bearing."

25            THE WITNESS:  Not necessarily.

```
                                              Page 104

 1   BY MR. ISAJIW:

 2       Q    Would you incorporate that into your

 3   analysis of market efficiency?

 4       A    What do you mean by "incorporate"?

 5       Q    Would you incorporate -- sorry.

 6            When you analyze market efficiency, if you

 7   encountered a situation where you believed there was

 8   new and material information but the price did not

 9   react, would that be relevant to your market

10   efficiency analysis?

11       A    Possibly.

12            I mean, if I -- if a firm announces

13   earnings, I would argue that that information was

14   material.  If that earnings announcement was in line

15   with expectations, I wouldn't necessarily expect to

16   see a stock price movement.

17            I mean, that would just be one such

18   example.

19       Q    In that example, if the announcement was in

20   line with expectations, would it be new?

21       A    To the extent that the company is stating

22   it?  I mean, there's all sorts of things in an

23   earnings report.

24            So, I mean, without -- I mean, my guess is,

25   yeah, there's certainly some information in there.
```

1           I mean, is confirmation of expectations new

2    information?  I mean, from a philosophical

3    standpoint?  I would think so.

4       Q    From an economist's standpoint, do you

5    agree with that?

6       A    Well, I think the information -- I think

7    information -- let's say -- let's go back to my

8    example.

9           I believe that that information, even if

10   it's just confirming expectations, is material to

11   investors.

12          I would not nec- -- but, again, even with

13   that being material information and it is new to the

14   fact that it has confirmed previous expectations,

15   that would be something that would interest the

16   investing public.  And all other things equal, in a

17   vacuum, I wouldn't necessarily expect the stock

18   price to move.

19          Is now a good time for a break?

20          MR. HAKLAY:  It's been about 57 minutes.

21          THE WITNESS:  Is that a "yes" or "no"?

22          I would like to take a break.

23          MR. ISAJIW:  Okay.

24          We can go off the record.

25          MR. HAKLAY:  Okay.

Page 106

1                THE VIDEOGRAPHER:  We are going off the

2    record.

3                The time is 11:42 a.m.

4                (At 11:42 a.m., the deposition of

5                ADAM WERNER, Ph.D., was adjourned

6                for noon recess.)

7    ///

8    ///

9                (At 12:37 p.m., the deposition of

10               ADAM WERNER, Ph.D., was

11               reconvened.)

12               THE VIDEOGRAPHER:  We are back on the

13   record.

14               The time is 12:37 p.m.

15

16                    EXAMINATION (Continued)

17   BY MR. ISAJIW:

18       Q   Dr. Werner, I want to take you back to

19   Exhibit 4 of your report where you tally the number

20   of reports issued by analysts during the Class

21   Period in this case.  Page 104.

22               Was it important, in your view, that these

23   analysts issued a report as opposed to just

24   attending FXCM's earnings calls in connection with

25   your market efficiency analysis?

1      A    Again, I just present the information that
2    the courts ask for.  So if they want to know about
3    analyst's coverage, that's one of the Cammer
4    factors, that's what I present them with.
5      Q    When you're analyzing the Cammer factors,
6    it's not an important part of your analysis?  You're
7    literally just presenting the facts?
8      A    No.  I mean, I read the analyst reports,
9    review the analyst reports, but if you're asking
10   me --
11           THE WITNESS:  Can you repeat his initial
12   question, please.
13           (The record was read back as
14           follows:
15               "Question:  Dr. Werner, I want
16           to take you back to Exhibit 4 of
17           your report where you tally the
18           number of reports issued by
19           analysts during the Class Period in
20           this case.  Page 104.
21               Was it important, in your
22           view, that these analysts issued a
23           report as opposed to just attending
24           FXCM's earnings calls in connection
25           with your market efficiency

Page 108

1        analysis?")
2             THE WITNESS:   That's not something I've
3    ever thought about.
4    BY MR. ISAJIW:
5        Q    And there are a number of reports listed
6    here.   Again, in your view, if there was a period of
7    time for a year or two where only one or two
8    analysts covered the report, would that be relevant
9    to your market efficiency analysis?
10       A    It's possible.
11       Q    Okay.
12            Is it something that you considered here?
13       A    I found that based on analyst coverage
14   and -- the analyst coverage for this stock supported
15   my finding on market efficiency.
16       Q    Let's switch back to Cammer Factor 3 in
17   connection with the common stock, which is
18   paragraph 34 of your report.
19       A    I'm sorry.   Does Exhibit 4, doesn't
20   Exhibit 4 deal with Cammer Factor 3 or --
21       Q    Exhibit 4 is analyst coverage; is that
22   right?
23       A    Yeah.
24       Q    In your view, is analyst coverage Cammer
25   Factor 3?

```
                                                    Page 109
 1       A   Well, it says (as read and/or reflected:)
 2              Factor 3:  Prominent
 3           Underwriters and Market Makers.
 4           You suggested it was different the way you
 5   posed your question.
 6       Q   Maybe we misunderstood.  I was saying, I
 7   want to go and focus now on Cammer Factor 3,
 8   paragraph 34, of your report.
 9           Where am I?
10       A   Paragraph -- oh, sorry.
11           MR. HAKLAY:  The market makers.
12           MR. ISAJIW:  Yes.
13           MR. HAKLAY:  Okay.
14           Analyst coverage is the early one.
15           MR. ISAJIW:  I was trying to move from
16   analyst coverage to market makers --
17           THE WITNESS:  Oh, I'm sorry.
18           MR. ISAJIW:  -- well, to Cammer Factor 3
19   more generally.
20           MR. HAKLAY:  Got you.  Thank you.
21           THE WITNESS:  Okay.
22   BY MR. ISAJIW:
23       Q   So if you look at paragraph -- I'm sorry --
24   33 of your report on page 14, second sentence, it
25   says (as read and/or reflected:)
```

```
                                        Page 110
 1              The Cammer court stated,
 2          quote, the existence of market
 3          makers and arbitrageurs would
 4          ensure completion of the market
 5          mechanism; these individuals would
 6          react swiftly to company news and
 7          reported financial results by
 8          buying or selling stock and driving
 9          it to a changed price level.
10          Did I read that correctly?
11     A    That is correct.
12     Q    Okay.
13          What is your understanding of arbitrageurs,
14 as you use it in that sentence?
15     A    People who are trying to make arbitrage
16 profits.  Not in your common academic definition of
17 arbitrage, but ...
18     Q    What is the common academic definition of
19 arbitrage?
20     A    I think ac- -- and you'll forgive me.  It's
21 been years since I've actually looked at the formal
22 definition.  I believe it is making a riskless
23 profit.
24     Q    Okay.
25          And what do you think it means in
```

Page 111

1   connection with how it's used in paragraph 33?

2        A    I think here it's more common understanding

3   of, you know, people trying to make money buying and

4   selling stuff.

5        Q    Okay.

6             Why would arbitrageurs be relevant to your

7   market efficiency analysis?

8        A    Oh, well, to the extent that there might be

9   market inefficiencies, oftentimes, that's how

10  arbitrageurs attempt to make money.

11       Q    How so?

12       A    What do you mean -- well, I mean, what do

13  we say?  Buy low, sell high?  Is that right?  Buy

14  low, sell high.  Yeah.  Sell high, buy low.

15       Q    So if there are inefficiencies, the

16  arbitrageur is attempting to capitalize on those

17  efficiencies; is that -- is that the concept?

18       A     Well, I mean, you call it an inefficiency.

19  They're attempting to -- I guess -- yeah, to the --

20  I believe actually that sentiment is correct.

21            To the extent that there are

22  inefficiencies, an arbitrageur would try to

23  capitalize on them.

24       Q    In connection with this analysis of FXCM

25  common stock, what investigation did you do to

                                              Page 112

1    determine whether or not there was the existence of

2    arbitrageurs, if any?

3         A    Well, I don't know if you -- I wouldn't

4    necessarily consider institutional investors

5    arbitrageurs.

6              Some institutional investors probably are

7    trying to make arbitrageur profits, so I'm not sure

8    how to answer that question.

9         Q    Sitting here today, do you believe that you

10   did an investigation into arbitrageurs in connection

11   with your analysis?

12        A    I don't think I ever looked at a piece of

13   paper that described any specific individuals or

14   firms, entities, agents as arbitrageurs.

15        Q    Is it fair to say, then, the arbitrageurs

16   did not factor into your analysis in connection with

17   this particular report?

18        A    Is it fair to say?  I don't know if it's

19   fair or unfair.

20        Q    Would you agree with it?

21        A    I don't know.  I mean, again, to the extent

22   that I don't know enough about the institutional

23   investors to know whether or not they're

24   arbitrageurs.

25        Q    Okay.

Page 113

1      A   So the fact that they were institutional

2   investors certainly informed my opinion.

3      Q   And the fact you don't know enough about

4   them would be evidence that you did not

5   independently analyze them as arbitrageurs in

6   connection with your analysis?

7      A   I did not independently do research on the

8   trading strategies of the institutional investor.

9   That is correct.

10      Q   Okay.

11          Switching back to the selection -- not

12   switching back.

13          Let's switch gears to focus on your event

14   study in connection with Cammer Factor 5.

15      A   So now let me just ask a clarifying

16   question.  When we talk about events studies, for

17   the time being, we're focusing on the equity;

18   correct?

19      Q   Yes, for right now.

20      A   Okay.

21          So I should just assume that any question

22   you ask about an event study, at least during this

23   time period, you're referring to equity.

24      Q   I'll do my best to make sure the questions

25   are clear, but to the extent there's a difference

```
                                          Page 114
 1   that makes a difference and you believe it's
 2   unclear, please let me know.
 3             MR. HAKLAY:  So you should not assume that
 4   it's one and not the other unless he says so.
 5             THE WITNESS:  Yeah.  I guess -- right.
 6   That is exactly.
 7             MR. ISAJIW:  There's no question pending to
 8   clarify.  So if there is confusion, please let me
 9   know.  That's all I'm asking.
10             THE WITNESS:  No.  I'm just trying to save
11   time.
12   BY MR. ISAJIW:
13       Q    So for your event study -- before you
14   conducted the event study in this case, what did you
15   know about FXCM as a company?
16       A    Before I performed the event study?
17       Q    Correct.
18       A    I mean, I suppose I had probably read the
19   complaint and read some analyst articles before the
20   event study was performed.
21       Q    Anything else?
22       A    Not off the top of my head.
23             I mean, maybe I looked at the website.  I
24   honestly don't recall.
25       Q    Okay.
```

1          And when you're designing an event study,

2     how do you identify which dates to include in -- for

3     testing market efficiency?

4          A    Well, it depends on the situation.

5               I mean, typically, I think I -- with

6     regards to event studies, I almost always -- and I'm

7     now looking at page 25.  So this is paragraph 66 and

8     67.  I always attempt to at least as part of my

9     event study, or an event study, (as read and/or

10    reflected:)

11               Focus on disclosures of

12               information related to the

13               allegations in the Complaint.

14               I'm reading from paragraph 67.

15         Q    Okay.

16              And generally when you're designing an

17    event study, is there anything else that you almost

18    always look at, any other types of events?

19         A    In a litigation setting?

20         Q    In the setting of doing an expert report to

21    determine market efficiency.

22         A    It really depends on the company.

23              In this -- as I said, I always attempt to

24    use this third criterion or this third event that

25    I've highlighted in my last answer.  Beyond that,

Page 116

1    it's really on a case-by-case basis.

2        Q   And the -- what you highlight, is that

3    the -- I just want to make sure I understand

4    correctly -- the allegations in the complaint?

5        A   Correct.

6        Q   Okay.

7            You state in your report --

8        A   I'm sorry to interrupt you.

9            Just for clarification, are we making a

10   distinction between the event study and the

11   news/no-news analysis?

12       Q   For right now we're talking about the event

13   study.  I'll have questions about the news/no-news

14   analysis later on.

15       A   Right.  You understand that that is

16   based -- the analysis is based partially on my event

17   study.

18       Q   I don't understand what's in your report.

19   So I'm trying to understand.

20       A   Well, you perform -- in order to do a

21   news/no-news analysis, you have to perform an event

22   study.

23       Q   Okay.

24       A   So if we're talking about the event study

25   section as opposed to my news/no-news analysis,

Page 117

1    that's fine.  I just wanted to make sure when you

2    were talking about event study, you were

3    specifically talking about this section and not an

4    event study in general.

5         Q    I thought that that was clear --

6         A    Well --

7         Q    -- but if it wasn't, I appreciate the

8    qualification.

9              I'm looking for when you were designing

10   your event study, the process by which you chose the

11   events to include in the event study.

12             And I believe that you said one of the

13   things that you always do is look at the events as

14   described in the complaint.

15        A    Well, I believe I said attempt to always

16   do, but, yes, that's accurate.

17        Q    Okay.

18             You state in your report at paragraph 68

19   that (as read and/or reflected:)

20                  An event study testing market

21             efficiency does not require a

22             comprehensive identification of all

23             events during the Class Period,

24             including all of those cited in the

25             Complaint.  An objective screen for

Page 118

1              a market efficiency event study may

2              capture only some of those events.

3              Did I read that correctly?

4       A    That is correct.

5       Q    What is your objective screen process?

6       A    Again, it depends on the case.

7       Q    What was it here?

8       A    In terms of -- well, there was one

9    corrective disclosure, and I don't believe during

10   the Class Period there were any other -- what was

11   the term I used here?  Allegation-related events

12   during the Class Period.

13      Q    So your objective screen process included

14   looking at the corrective disclosures in the

15   complaint?

16      A    Well, I mean, no, if there was, like, in a

17   case, let's say, where there is some kind of

18   inflationary statement or the allegation is that,

19   let's say, your client in the middle of the Class

20   Period said we're earning a billion dollars in

21   drafts when, in fact, they weren't, that would

22   typically -- and I would typically, or I might look

23   at that.

24              So that wouldn't be a corrective

25   disclosure.  All right.

Page 119

1          Q   So focusing on this event study for this
2     particular case, you looked at the corrective
3     disclosure and you discussed an objective screen.
4              I'm just asking what else was involved in
5     your objective screen for this case.
6          A   Well, that, to my knowledge, that is the
7     only -- I did not find any inflationary statements
8     made during the class, or I have not seen any
9     allegations, as I sit here today, about inflationary
10    statements or other corrective disclosures.
11             So the screen I used was, as I stated here,
12    focusing on disclosures of information related to
13    the allegations in the complaint.
14         Q   And how many events did you settle on after
15    your objective screen for this event study?
16         A   For this particular event?
17         Q   Correct.  For this particular event study.
18         A   Oh, for the particular event study.  In
19    full, three.
20         Q   Okay.
21             And those three were January 14th, 2012;
22    correct?
23         A   Well, that was one.
24         Q   Okay.
25         A   Wait.  Let me go there before we start

```
                                                Page 120
 1   misquoting me.

 2        Q    I don't believe I was misquoting you.

 3        A    No, it's just possible.

 4             All right.  So where are we?  Selection and

 5   selective of acquisition.

 6        Q    Let me withdraw that question.

 7             Do you agree that you chose three event

 8   dates in connection with this event study?

 9        A    That is correct.

10        Q    And only three event dates in connection

11   with this event study?

12        A    I'm sorry.

13             THE WITNESS:  Can you reread the question.

14             (The record was read back as

15             follows:

16                 "Question:  Do you agree that

17             you chose three event dates in

18             connection with this event study?")

19             THE WITNESS:  I chose to look at three

20   events.  I believe there was another acquisition

21   that was small during the Class Period.  So if I was

22   looking at all acquisitions, I suppose I looked at

23   that event.

24             But there was -- I don't remember the exact

25   size, but it was extremely small and it wouldn't be
```

Page 121

1    something that I would expect to result in a

2    material change in information about the company

3    that would result in a -- be significant enough to

4    result in an abnormal stock return.

5    BY MR. ISAJIW:

6        Q    So you did not include whatever that

7    acquisition was in your event study?

8        A    I -- that is correct.

9        Q    And your event study covers a Class Period

10   that is nearly five years long; is that correct?

11       A    That is correct.

12       Q    Are you comfortable drawing any reasonable

13   conclusions based on analyzing three days over a

14   five-year period?

15       A    Well, with -- in combination with my

16   news/no-news study, yes.

17       Q    What if you excluded the news/no-news study

18   and just looked at an event study three days for a

19   five-year Class Period?

20           MR. HAKLAY:  Objection.  Calls for

21   hypothetical.

22           THE WITNESS:  Right.

23           So in your hypothetical, I didn't do the

24   additional analysis.  I only looked at three days

25   during the Class Period.  It would really depend

Page 122

1    on -- I would need to look at that on a case-by-case
2    basis.
3    BY MR. ISAJIW:
4        Q   As an economist conducting a market
5    efficiency analysis, would you have concerns
6    conducting an event study for a five-year period
7    based on three events?
8            MR. HAKLAY:  Objection.  Vague.
9            THE WITNESS:  Along with my news/no-news
10   analysis, in combination with those two things, no.
11   I clearly didn't have a concern, as I only looked at
12   three --
13   BY MR. ISAJIW:
14       Q   What about with -- I'm sorry.
15           MR. HAKLAY:  Finish the sentence.
16           THE WITNESS:  I only looked at three days.
17   BY MR. ISAJIW:
18       Q   What about excluding a news/no-news
19   analysis, would you have a concern?
20       A   So that's an incomplete hypothetical and I
21   would need -- it would really -- I would need to
22   determine that on a case-by-case basis.
23       Q   So as an economist, sitting here today, you
24   can't tell me whether or not you would have concerns
25   basing a five-year Class Period conclusion on three

```
                                      Page 123
1    events without a news/no-news event study?
2             MR. HAKLAY:  Objection.  Vague.
3             I apologize.  I thought you were done.
4             THE WITNESS:  I refer to my previous
5    answer.
6    BY MR. ISAJIW:
7        Q   Okay.
8             In your prior work, have you ever looked at
9    a five-year class study with fewer than -- I'm
10   sorry.
11            Have you ever conducted an event study for
12   a Class Period of five years with fewer than three
13   events?
14       A   In a market efficiency analysis?
15       Q   Yes.
16       A   As I sit here, I don't recall.
17       Q   Sitting here today as an economist, do you
18   have a view on -- for a Class Period of five years
19   how many events would be too few events?
20       A   It's not anything I've thought about.
21            I mean, again, that is the purpose of
22   including a news/no-news analysis is it looks at
23   news over the entire Class Period.
24       Q   Okay.
25            So for the event study if you had two
```

```
                                        Page 124
 1    events over a five-year Class Period, that would not
 2    cause you concern?
 3         A    Again, it would have depended upon the
 4    situation.
 5              I mean, certainly, I looked at two days
 6    during the bond event study period.
 7              So ...
 8         Q    Okay.
 9              So the first day in your event study is
10    June 14th, 2012.  And that is the day that FXCM
11    announced the acquisition of Leucadia Markets; is
12    that correct?
13              I'm sorry.  Lucid Markets; is that correct?
14         A    That is correct.
15         Q    Okay.
16              Why did you decide to include this
17    acquisition event?
18         A    Well, in conducting my event study, and I'm
19    reading from paragraph 56 now (as read and/or
20    reflected:)
21                   I reviewed the history of the
22                   company over the course of the
23                   Class Period as presented in news
24                   articles, analyst reports, and
25                   Company announcements and filings.
```

Page 125

```
 1              The events during and immediately
 2              following the Class Period that I
 3              determined are appropriate for the
 4              inclusion in the market efficiency
 5              event study are June 14th, 2012;
 6              January 20th, 2015; and
 7              February 7th, 2017.  The events
 8              were selected on the following
 9              basis.
10              And so if you wanted me to read
11    paragraphs 57 and 58 as to how I chose that, I would
12    be happy to do that as well.
13        Q   We have your report.  So I don't want you
14    to read it again.  I'm just asking for additional
15    color, if you have it, on your selection process for
16    these event studies.
17        A   I think my report fully lays that out for
18    you.  So ...
19        Q   When you conduct event studies, do you
20    always look for acquisition dates?
21        A   Not necessarily.
22        Q   Why did you look for acquisition dates for
23    this event study?
24        A   Well, so I'm reading from paragraph 57 (as
25    read and/or reflected:)
```

```
                                        Page 126
 1              In 2012, 2013 and 2014, FXCM's

 2         business strategy included making

 3         acquisitions to expand its customer

 4         base -- if I'm going too fast let

 5         me know -- in those markets where

 6         it has low penetration.  The

 7         Company acquired other companies

 8         "to expand [its] presence and

 9         capabilities in the institutional

10         marketplace."

11              Given FXCM's business

12         strategy, announcements of large

13         acquisitions could be expected to

14         impact the value of the Company.

15         It follows that on certain dates

16         when the Company announced a large

17         acquisition, the value of FXCM

18         common stock would be expected to

19         move.

20     Q   Thank you.

21         How many acquisitions did FXCM make during

22  the Class Period?

23     A   Well, let's see -- as I sit here, I believe

24  it was two.

25     Q   Okay.
```

Page 127

1           How many did you include in your event

2   study?

3       A   One.

4       Q   On what basis did you exclude the second

5   acquisition that you're aware of?

6       A   It was small.  And as an economist, I

7   wouldn't have expected it to have a statistically

8   significantly impact on the stock price.

9       Q   What is the threshold by which you

10  determined it was small?

11      A   As I sit here, I don't recall.

12      Q   Did you test whether or not it has a

13  statistically significant result on the stock price?

14      A   Well, to the extent that my Event Study

15  Results are presented in -- let's see where it is

16  here.

17      Q   Just before you go in there, does the

18  second acquisition that you did not include in your

19  event study include the -- would that be included in

20  your results?

21      A   Well, the abnormal return on that date

22  would be included in my results.  So yes.

23      Q   Okay.

24          Sitting here today --

25      A   I'm just -- hold on.  Let me just refresh

Page 128

1    my recollection.

2         Q   I don't believe there's a question pending.

3         A   Oh, okay.  Go ahead.

4         Q   Sitting here today, and I -- is there --

5    can you give me any explanation for why you excluded

6    this second acquisition?

7              MR. HAKLAY:  Objection.  Asked and

8    answered.

9              You may answer again.

10             THE WITNESS:  Yeah, it was too small.

11   BY MR. ISAJIW:

12        Q   Okay.

13             And do you have any recollection on how

14   small it was?

15        A   I do not.

16        Q   Do you remember if it was half the size of

17   the event -- the acquisition that you included?

18        A   At this point, I would be speculating.  I

19   believe it was smaller than that.  But I do not

20   recall.

21        Q   And is that information included anywhere

22   in your report?

23        A   It -- I don't believe so.

24        Q   Okay.

25             The second event that you chose was the

Page 129

1    January 20, 2015; is that correct?

2         A    That is correct.

3         Q    And why did you choose that day?

4              I'm sorry.  I'll withdraw that question.

5              Do you recall that that was the day that

6    the Swiss National Bank had a flash crash?

7         A    I believe that's correct.

8         Q    And that was the day that FXCM announced a

9    $225 million loss and a possible regulatory capital

10   breach?

11        A    Let me just look at the data to fully

12   refresh my memory.

13             Yeah, I believe that's correct.

14        Q    What is your understanding of FXCM's

15   regulatory capital requirements?

16        A    As I sit here today, I don't remember.

17        Q    You don't remember, does that imply that

18   you at one point knew but don't remember now?

19        A    I believe that's correct.

20        Q    Generally speaking, what is your

21   understanding of a regulatory requirement?

22        A    Well, it's usually a requirement stated by

23   a government agency or some kind of -- I don't know,

24   I mean, I suppose if you -- I don't know if you

25   consider things like this CFTC a government

```
                                            Page 130
 1   agency -- requirement with regards to how much
 2   capital they have.
 3        Q    Okay.
 4             In this case, do you know which regulator
 5   was relevant to the regulatory capital requirement
 6   for FXCM?
 7        A    I can refresh my memory by looking at the
 8   press release by the company on January 15th, 2015.
 9             But as I sit here right now -- well, hold
10   on.  I may be able to give you an answer to that
11   question.
12             MR. HAKLAY:  Can you hang on a second while
13   you do that?
14   BY MR. ISAJIW:
15        Q    Let me ask a different question.
16             Are regulatory capital breaches normally
17   something that you would look for when conducting an
18   event study?
19        A    It depends on the situation.
20        Q    What situations would you look for
21   regulatory capital events when conducting an event
22   study?
23        A    Well, I mean, so by way of example, one
24   that would require a 300-million-dollar infusion of
25   cash would certainly be one.
```

1      Q    Have you ever used a regulatory capital
2   breach in any other market efficiency event study?
3      A    I believe so.
4      Q    Which ones?
5      A    I don't recall.  Certainly -- I've
6   certainly worked on FDA cases where that's been the
7   case.
8           Yeah, at least some.  Yes.
9      Q    Were you aware of the January 2015
10  regulatory capital breach before you conducted your
11  event study?
12     A    Well, I believe I had read about it prior
13  to conducting my event study.
14     Q    Was that in the complaint?  Meaning, did
15  you read about it in the complaint?
16          I don't think it's -- I don't want to
17  require you to read the entire complaint.
18          Would it be fair to say that you likely
19  found out about the regulatory capital event from
20  the complaint?
21     A    I don't know.
22     Q    Can you think of any other source where you
23  would have found out about it?
24     A    Yeah.  Sure.  In my review of news and
25  analyst reports.

1    Q   And is regulatory capital violations
2  something that you typically review for when
3  designing an event study in connection with a market
4  efficiency analysis?
5    A   As I stated -- yeah.  So I'm going back to
6  paragraph 56.  (As read and/or reflected:)
7                  To identify appropriate event
8            dates for the market efficiencies
9            event study I reviewed the history
10           of the Company over the course of
11           the Class Period, as presented in
12           news articles, analyst reports, and
13           Company announcements and filings.
14   Q   When you start any event study, not
15  necessarily this one, is regulatory capital events
16  one of the things that you look out for when you're
17  looking at a company's reports?
18   A   I typically do the exact same process that
19  I just described.
20            Oftentimes, there are not regulatory
21  capital breaches in some of my cases.  So to the
22  extent that those are not in any news related to an
23  additional company, I don't review them.
24   Q   The third event that you chose was
25  February 6th -- the third date was February 6th,

1  2017, and that's the alleged corrective disclosure

2  event.

3          Is that correct?

4      A    Correct.

5      Q    Okay.

6          And I think you testified -- well, sorry.

7  I don't want to -- do you always use alleged

8  corrective disclosure events in your market

9  efficiency studies?

10     A    To the extent that I believe they were

11 material, I attempt to.

12     Q    And how do you determine that they were

13 material before conducting the study?

14     A    Well, I mean, there are certain, you know,

15 there may be things mentioned in a complaint that

16 have nothing to do with the alleged allegations.

17 And so I would typically ignore those.

18     Q    So your process to determine which events

19 to include in the event study come from a review of

20 the complaint and a judgment as to which ones you

21 believe are material to the allegations in the

22 complaint?

23     A    In addition to the process I described

24 previously.

25     Q    Which was what?

```
                                            Page 134
 1       A    Again, reading from paragraph 56 (as read
 2   and/or reflected:)
 3                   To identify --
 4       Q    If that's what you're referring to, you
 5   don't need to reread it.  I wanted to make sure that
 6   when you said what I had described previously that
 7   we were on the same page.
 8       A    Did you -- oh, okay.
 9       Q    In paragraph 8 of your report, you state
10   that (as read and/or reflected:)
11                   FXCM common stock traded in an
12           efficient market during the Class
13           Period.
14           Does that mean that you conducted -- that
15   you concluded that the stock traded in an efficient
16   market on each day during the Class Period?
17       A    My conclusion is that it traded in an
18   efficient market throughout the Class Period.
19       Q    Okay.
20       A    That is my conclusion.
21       Q    And so --
22       A    That is what I was asked to perform.
23   That's what I concluded.
24       Q    And does that conclusion mean that you
25   concluded that it traded in an efficient market on
```

Page 135

1   each day of the five-year Class Period?

2           MR. HAKLAY:  Objection.  Asked and

3   answered.

4           THE WITNESS:  I've explained to you what I

5   have been asked to do.  That's what I did.

6   BY MR. ISAJIW:

7       Q   Sitting here today, based on the analysis

8   that you did, did you conclude that FXCM common

9   stock, in fact, traded in an efficient market in

10  each day of the five-year Class Period?

11      A   Again, I was asked to determine whether or

12  not the stock traded in an efficient market during

13  the Class Period.  That is what I did -- did an

14  analysis on, and that's what I concluded.

15      Q   Would you agree that over a five-year Class

16  Period a market for a particular security could be

17  efficient at some periods and inefficient during

18  other periods?

19      A   So you're asking me a hypothetical based --

20  the question is could it occur?

21      Q   That's my question.

22      A   Anything -- almost anything can occur.  So

23  based on that definition, it is possible.

24      Q   Okay.

25          Did you do an analysis in this case to

Page 136

1    determine whether it did occur?

2         A    Again, I was asked to determine whether or

3    not the stock was efficient during the Class Period.

4    That is what I looked at.

5         Q    So when you come to the conclusion that it

6    was efficient -- it traded in an efficient market

7    during the Class Period, are you inferring that

8    trading over the whole Class Period for FXCM common

9    stock was efficient based on your sample of -- based

10   on your sample event of three days?

11        A    Again, I performed a news/no-news analysis.

12   I did my event study.  I looked at the other eight

13   Cammer factors or other seven Cammer factors and

14   determined that the stock traded in an efficient

15   market during the Class Period.

16        Q    You also state that (as read and/or

17   reflected:)

18             FXCM Notes traded in an

19             efficient market during the portion

20             of the Class Period when they

21             traded, which is June 24th, 2014,

22             through February 7, 2017.

23             Is that correct?

24        A    That is correct.

25        Q    In your opinion, does that mean that the

                                            Page 137

1    bond also traded in an efficient market on each day

2    between June 24th, 2014, and February 7th, 2017?

3         A    Again, my finding was that the stock -- I'm

4    sorry -- the bonds traded in an efficient market

5    through June 24th, 2014, through February 7th, 2017.

6              That's what I was asked to opine upon.

7    That's the analysis I performed.  That's the

8    conclusion I reached.

9         Q    And did you do any -- other than what's in

10   your report, did you do any direct testing of the

11   efficiency of markets on a daily basis throughout

12   the Class Period for either the notes or the stock?

13        A    I'm confused.

14             What do you mean by tested for efficiency

15   on a daily basis?  Like explain -- describe one of

16   these tests to me.

17        Q    I'm asking what test you did.

18        A    Well, I told you what I did.  And I told

19   you that I determined the stock traded in an

20   efficient market over the Class Period, and it's

21   traded during an efficient market during those --

22   its period.

23        Q    And my question was:  Other than the test

24   described in your report, did you perform any

25   others?

1      A    Oh, other than the tests performed in my
2   report?  I don't believe so.
3      Q    Okay.
4           When you were designing your event study,
5   did you look at earnings days as potential events?
6      A    Well, to the extent that 8-Ks possibly
7   looked -- talk about earnings, I certainly did my
8   news/no-news analysis.
9      Q    So focusing on the event study portion of
10  your analysis, did you include any earnings days?
11     A    Unless -- I don't know.  I mean, let me
12  look at their 10-Qs.  I don't know if there was an
13  overlap between the event days I used and the
14  issuance of 10-Qs.
15          I assume when you say "earnings days," are
16  we just talking about 10-Qs and 10-Ks?  Is that your
17  definition of an earnings day?
18     Q    Would any other events be included in your
19  definition of earnings days?
20     A    Not typically.  But, again, it's -- it
21  would depend on the situation.  I suppose you could
22  have, I don't know, when you consider -- well, I
23  don't want to speculate.
24          So let's look at their ...
25          Do you have a pen I can borrow?  Do you

```
                                         Page 139
 1   have a piece of paper?
 2             MR. HAKLAY:  I do.
 3             THE WITNESS:  Thank you.
 4             I'm more than happy to turn this over to
 5   you, which I'm obligated to do.
 6             Hold on one second.
 7   BY MR. ISAJIW:
 8        Q   Let me ask a different question.
 9        A   Okay.
10        Q   The three days that we just discussed which
11   were included in your event study, were any of them
12   included because they were an earnings day?
13        A   I stated the reason why I chose them.
14             (Reporter clarification.)
15             THE WITNESS:  I guess the logical
16   conclusion is no.
17             MR. ISAJIW:  Okay.
18             MR. HAKLAY:  He said, "why I chose them."
19   BY MR. ISAJIW:
20        Q   Were there earnings days, during the
21   five-year class periods, available to include in
22   your event study?
23        A   There were certainly earnings days.  I
24   don't recall whether or not those earnings days were
25   earnings surprises.
```

                                                        Page 140

1            I mean, look, that's what -- that's one of

2    the difficulties in performing an earnings day event

3    study.

4            Most of the time when earnings are -- meet

5    expectations, you don't typically see a

6    statistically significant stock price movement.

7            So looking at those days doesn't really

8    provide you with any information.

9            Now, in a lot of these classes; right, the

10   end of the Class Period or one of the corrective

11   disclosures might be in an earnings announcement,

12   and so then you'd certainly look at an earnings day.

13           But so over, like, if I were to look at a

14   five-year Class Period, my expectation on how many

15   of those earnings days would contain new material

16   information that would cause -- that were severe

17   enough to cause a statistically significant stock

18   change, or stock decline, stock increase, would be

19   relatively low.

20       Q   What -- did you do an analysis to determine

21   that in this case when you conducted -- when you

22   designed your event study?

23           THE WITNESS:  Can you reread the question,

24   please.

25               (The record was read back as

Page 141

1              follows:

2                   "Question:  Did you do an

3              analysis to determine that in this

4              case when you conducted -- when you

5              designed your event study?")

6              THE WITNESS:  I don't understand the

7    question.

8    BY MR. ISAJIW:

9         Q   Did you do an analysis in connection with

10   your event study in this case to determine whether

11   or not earnings days were appropriate to include?

12        A   To the extent that I, again -- well, rather

13   than go there.  I refer you to paragraph 56.  And so

14   to the extent that there were earnings days during

15   the Class Period, yes, certainly would be something

16   I considered.

17        Q   Let me point you to paragraph 76 of your

18   report, page 29.

19             When you were conducting your event study

20   for the stock here, you chose to break the Class

21   Period up into yearly sub periods; is that correct?

22        A   That is correct.

23        Q   Okay.

24             Can you give me an explanation as to why

25   you chose to do that?

Page 142

1        A    Based on my experience.

2        Q    What in your experience suggested that

3    breaking it up into sub periods was appropriate?

4        A    Something I've oftentimes seen based on the

5    fact that there was a structural break in the

6    company's stock.  All those things informed my

7    opinion.

8        Q    All which things?

9        A    All the things I just mentioned.

10        Q    It's something you've often seen and based

11    on the fact that there was a structural break in the

12    company's stock.

13             Any other things?

14        A    Oh, it's something that has commonly been

15    accepted by courts, also would be another.

16        Q    What difference in the analysis would there

17    be if you did not break it up into sub periods?

18             MR. HAKLAY:  Objection.

19             In this case or is it a hypothetical?

20             MR. ISAJIW:  In this case.

21             MR. HAKLAY:  Okay.  Thank you.

22             THE WITNESS:  Well, given that there was a

23    structural break, my guess is you would have some

24    weird regression results.

25    ///

```
                                        Page 143
 1   BY MR. ISAJIW:
 2        Q    And what do you mean by "structural break"?
 3        A    Well, the stock -- as of the flash crash,
 4   the stock traded differently before and after that
 5   date.
 6        Q    Okay.
 7             In paragraph 76 you say (as read and/or
 8   reflected:)
 9                  Prior to running a regression,
10             one often decides on an event
11             window over which to measure the
12             relationship between the security
13             at issue and the corresponding
14             market and/or industry factors.
15                  Given that the Class Period in
16             the current case for FXCM is
17             approximately five years in length,
18             and so that the regression
19             estimates would be relatively
20             contemporaneous for the events I
21             [verbatim] tested, I ran
22             regressions on a daily returns
23             covering the entire Class Period
24             broken down into 252 day periods.
25             Did I read that correctly?
```

1       A    Where are you reading from?

2       Q    Paragraph 76.

3       A    Well, do you want to reread it?

4       Q    I don't.

5       A    Will you stipulate that what you read was

6   from my report?

7            MR. HAKLAY:  It was.

8            MR. ISAJIW:  I generally don't stipulate

9   with witnesses.

10           MR. HAKLAY:  That's fine.  There was one

11  word, whatever, it was not important.

12           THE WITNESS:  He just -- I didn't know that

13  he was reading from my report.

14  BY MR. ISAJIW:

15      Q    I'm not trying to be argumentative.  I'm

16  literally just trying to understand the process

17  here.

18      A    Okay.  But then just point me to the

19  paragraph.  And I'm happy -- if you're reading from

20  the report, just tell me, hey, we're on

21  paragraph 56, or whatever it is.

22      Q    I believe I've pointed you to --

23      A    Paragraph 76.

24      Q    -- 76 a number of times.  But, again, I'm

25  asking you, feel free if you have questions or if

Page 145

1    I'm not clear, let me know.

2            What I want to focus you on in this report

3    is in connection with your breaking this down into

4    multiple sub periods, you say, in paragraph 76, that

5    (as read and/or reflected:)

6                The regression estimates would

7            be relatively contemporaneous for

8            the events being tested.

9            Do you see that?

10   A    Yes, I do.

11   Q    Okay.

12           What do you mean by "relatively

13   contemporaneous"?

14   A    Well, that's when the events are taking

15   place.  So in just, I guess, a common understanding

16   of what contemporaneous means.

17   Q    That's when which events are taking place?

18   A    Well, events throughout the -- I mean,

19   announcements are being made throughout the entire

20   Class Period; right.  There is news being released

21   during the entire Class Period.

22           So when I say "contemporaneous," I mean

23   contemporaneous when the news is being released.

24   Q    Are you talking about the news related to

25   the three dates you chose as the basis of your event

Page 146

1   study?

2        A    I'm talking about all company news.

3             So, again, referring to paragraph 56.

4        Q    So you chose five regression estimation

5   periods here, March 15th, 2012, to February 1, 2013;

6   February 4, 2013, to February 3, 2014, et cetera.

7   This is the last couple of sentences of

8   paragraph 76; is that right?

9        A    That is correct.

10       Q    How did you decide how many sub periods to

11  use in connection with this analysis?

12       A    Well, when I decided to use annual trading

13  days -- or annual -- what do I say here?  When I

14  decide to use a full year of data, that's how the

15  sub periods broke up.

16       Q    Is it fair to say that you broke it out --

17  you broke the analysis out into sub periods because

18  stocks may behave differently during the sub periods

19  in connection with your analysis?

20       A    Is it safe to say?

21            I'm not sure I would use that terminology.

22       Q    I believe I said "fair."

23       A    Oh, I'm sorry.

24            THE WITNESS:  Could you reread the

25  question.  Maybe I misunderstood it.

```
                                         Page 147
 1              (The record was read back as
 2              follows:
 3                   "Question:  Is it fair to say
 4              that you broke the analysis out
 5              into sub periods because stocks may
 6              behave differently during the sub
 7              periods in connection with your
 8              analysis?")
 9              THE WITNESS:  I don't know if I would
10    say -- I'm not sure I would use the word "fair."  I
11    mean, it's something I've done before.  It's
12    something I did in this case.
13    BY MR. ISAJIW:
14       Q   Is it true to say that you broke -- that
15    you broke out the analysis into sub periods because
16    stocks may behave differently during the sub periods
17    in connection with your analysis?
18       A   I'm sorry.
19              THE WITNESS:  Can you reread the question,
20    please.
21              (The record was read back as
22              follows:
23                   "Question:  Is it true to say
24              that you broke out the analysis
25              into sub periods because stocks may
```

Page 148

```
 1            behave differently during the sub
 2            periods in connection with your
 3            analysis?")
 4            THE WITNESS:  I don't know if it's true or
 5    not.  I'm not quite sure.
 6            I don't understand the question.
 7    BY MR. ISAJIW:
 8       Q   So other than what's in your report, do you
 9    have -- can you give me any other explanation as to
10    why you broke this out into five sub periods?
11       A   You mean other -- other than what's in my
12    report and what I've stated previously in my
13    deposition?
14       Q   Correct.
15       A   I don't believe so.  I mean -- well, I
16    mean -- yeah.  We'll leave it at that.  That's fine.
17       Q   I'm just trying to get your best answer as
18    to why you conducted the analysis in this way.  And
19    if you believe you've already given me your best
20    answer, that's great.
21            And if not, that's what I'm trying to
22    understand.
23       A   Okay.
24            Let -- let -- well, I don't want to --
25            MR. HAKLAY:  There's no question for you.
```

1          THE WITNESS:  Right.  That's correct.  Yes.

2          MR. HAKLAY:  Don't worry.  He'll ask

3    another one.

4    BY MR. ISAJIW:

5        Q   So let's turn to Exhibit 8a of your report

6    on page 165.

7            Backing up for a second.

8            When you were doing your study in

9    connection with this report, did you find that FXCM

10   financial and market positions changed throughout

11   the Class Period?

12       A   What do you mean by their "market

13   positions"?

14       Q   Let's say financial position.

15       A   That's still vague.  I don't understand the

16   question.

17       Q   As an economist, you don't understand what

18   a financial position of a company would be in

19   connection with an analysis throughout a Class

20   Period in a securities litigation case?

21          MR. HAKLAY:  That's actually not a

22   question.

23          Please ask one.

24          MR. ISAJIW:  I believe it was a question.

25       Q   What do you understand about -- just based

```
                                        Page 150
```

 1   on your common understanding as an economist -- a

 2   company's financial position throughout a Class

 3   Period?

 4        A    Well, okay.

 5             So let me ask a clarifying question.

 6             So, I mean, if we're talking about, let's

 7   say, Apple, all right.  And we talked about their

 8   financial position, I would look at, you know, their

 9   market -- not their market structure, sorry, their

10   capital structure.

11             If you're talking about a trading firm and

12   you're talking about -- we certainly -- we could

13   look at a --

14        Q    I'm talking about FXCM.

15        A    Can I -- I'm trying to answer the question

16   to the best of my ability.

17             You have asked a vague question.

18             MR. HAKLAY:  Please continue.

19             THE WITNESS:  So when you say "financial

20   position," do you mean as in the holdings of the

21   company, which oftentimes when you're talking about

22   an investment firm is referred to as a financial

23   position?

24             Or are you referring to the firm's

25   financials, as in the SEC filings?

                                                      Page 151

1   BY MR. ISAJIW:

2        Q   I think I'm referring to both collectively.

3   But what I'm asking you is, do you have a general

4   understanding of the term "a firm's financial

5   position"?

6              MR. HAKLAY:  Objection.  Asked and

7   answered.

8              MR. ISAJIW:  Well, it was asked.

9              MR. HAKLAY:  It was answered.

10             THE WITNESS:  Like I --

11             MR. HAKLAY:  He told you there's more than

12  one -- one possibility.  That's an answer.

13             Go ahead, sir.

14             THE WITNESS:  Like I said, it varies from

15  firm to firm.

16  BY MR. ISAJIW:

17       Q   Okay.

18             Looking at Exhibit 8a, this is (as read

19  and/or reflected:)

20                 FXCM Common Stock Regression

21             Results, Estimation Period:

22             March 15, 2012, through February 1,

23             2013.

24             Can you just explain to me what this

25  exhibit demonstrates at a very high level.

Page 152

1      A    Yeah.  It's a market model with the results
2   of my regression.
3      Q    Okay.
4           So what does R squared, for instance, mean?
5      A    I'm not sure -- can I give you a formal
6   definition?
7      Q    Informal is fine.  You asked me a question.
8      A    No.  No.  Sorry.  I was talking out to -- I
9   was speaking out to myself.  I apologize.  It seemed
10   as if it was a question to you.
11           It just -- in some sense, it just explains
12   how -- how much of the model is described -- how
13   much of the data is described by the model.
14      Q    Okay.
15           And what about adjusted R squared?
16      A    That's typically -- it would be the same
17   answer, but it's adjusted for the number of
18   variables included in the model.
19      Q    Standard error.
20      A    Would just be, I don't know, if you want to
21   think of it as a variance of the model.
22      Q    Okay.
23           Jumping down below, we have coefficients.
24   Intercept coefficient.
25           What does that indicate?

Page 153

1        A    It's the coefficient on the intercept.

2        Q    Market index.

3        A    The term "market index" or "coefficient on

4    the market index"?

5        Q    Coefficient on the index demonstrates what?

6        A    It's the coefficient on the market index.

7    Let me -- I'll give you a more formal definition.

8             It is a measure of the relationship between

9    how the market moves on a daily basis and how the

10   common stock moves on a daily basis, if we're just

11   talking about this particular regression analysis.

12       Q    I am.

13            And what about peer index?

14       A    Similar to the answer I just gave you, but

15   it's with regards to peers as opposed to the market.

16       Q    Those two index, which measure against the

17   market and the peer, they can change over time; is

18   that correct?

19       A    That is -- when you say "they can change

20   over time," you mean their components can change

21   over time?

22       Q    I mean the coefficients, the calculation.

23       A    So that's -- okay.  So now you're asking

24   can the coefficients change over time?

25            Certainly.

```
                                          Page 154
 1      Q    Okay.

 2           And in connection with your analysis, they

 3   did change substantially between the different

 4   periods that you looked at; is that correct?

 5      A    They changed over the different periods I

 6   looked at.

 7      Q    So, for instance, the one that we're

 8   looking at now on page 165, we have a market index

 9   of 0.691.

10      A    Yep.

11      Q    And a peer index of 0.357?

12      A    Uh-huh.

13      Q    And a standard error of 2.05?

14      A    Correct.

15      Q    Okay.

16           And if you turn to 8d, which is 168.

17      A    All right.

18           What are we looking at again?  I'm sorry.

19   Can you read back the question.  I need to write

20   these down.

21      Q    I'll try to do this as easy as possible.

22      A    I want to look at them side by side.

23      Q    That's fine.  Look at page 165.

24      A    Yeah.

25      Q    Okay.
```

```
                                                Page 155
 1            Grab page 166 in your right hand, flip it
 2   over and you will see 8d, 168; right?
 3        A    Yeah.  I want to be able to look at the
 4   numbers together --
 5        Q    I got you.
 6        A    -- to compare them.
 7            Do you want to give me one of those?  I'm
 8   happy to look.  Just give me two.
 9            MR. HAKLAY:  Why don't you look at 165 here
10   and he can show you 168, and then you'll have them
11   next to each other.
12            THE WITNESS:  There you go.
13   BY MR. ISAJIW:
14        Q    So for 8a, the market index is 0.691;
15   correct?
16        A    That's what it says, yes, correct.
17        Q    And then 8d, the market index is 0.023?
18        A    Correct.
19        Q    Okay.
20            Would you characterize that as a change
21   over time?
22        A    It's certainly different.
23        Q    Okay.
24            And is it a substantial change over time?
25        A    My guess is if I ran some statistical
```

                                        Page 156

1    analyses, there would be a statistically significant

2    difference between those two coefficients.

3        Q    And then the peer index on 0.357 on 8a.

4    And if you look at 8d, which is for the period of

5    February 6, 2015, through February 5, 2016, we have

6    0.579.

7        A    Correct.

8        Q    Okay.  Again, would you characterize that

9    as a substantial change over time?

10       A    It's certainly different.  I don't -- I --

11   I'm not sure if it would be statistically

12   significantly different.

13       Q    And then the standard error in 8a is 2.05.

14   And the standard error in 8d for this other period

15   is 6.59.

16            Do you see that?

17       A    I do.

18       Q    Okay.

19            Again, would you agree they are

20   substantially different?

21       A    Again, I will -- I agree that they are

22   different.

23       Q    How would you -- you have no

24   characterization for the extent to which they are

25   different?

1      A    They're different.  I mean, if I were to --

2   if someone were to ask me to perform statistical

3   tests, I could determine whether or not they were

4   statistically significantly different.

5           And I guess when -- if there's some formal

6   definition of substantial, I mean, we talk about

7   significant in economics and then we talk about

8   statistically significant.  So that has a standard

9   meaning.

10          Substantial, if you're measuring it by

11  differences in coefficients, I don't -- I'm not

12  quite sure how to -- how to answer in economic

13  terms.

14     Q    Would you say it's a de minimis difference

15  between the two?

16     A    I haven't even thought about that.

17     Q    An insignificant difference between the

18  two?

19     A    Is it insignificant?

20          Again, so now you're using formal

21  definitions.  I would need to form -- I would need

22  to perform a statistical test to determine whether

23  or not it's insignificant or significant.

24     Q    What do those differences represent in

25  terms -- just looking at the market index, what does

                                        Page 158

1    the difference represent?  The market index you

2    described is a relationship between -- I'm sorry.

3    Can -- you can look back.

4            How did you describe the market index and

5    what that means?

6        A   You mean the coefficient on the market

7    index?

8        Q   Yes.

9        A   It's how the underlying stock responds, on

10   average, to changes in the market index.

11       Q   Okay.

12           And so the 0.691, as compared to 0.023, how

13   would you -- what would drive that difference?

14       A   What would drive the difference?

15       Q   What would the difference in the

16   coefficients indicate in terms of the measurement

17   that you're trying to achieve here?

18       A   That during that one-year period in

19   Exhibit A, a 1 percent increase in the market would

20   result in a 0.691 percent increase in the underlying

21   stock.  A 1 percent -- in the second example, a

22   1 percent increase in the market would result in

23   a 0.023 percent change in the stock.

24       Q   Okay.

25           And the same question for the peer index.

                                        Page 159

1        A    I'm sorry.

2             THE WITNESS:  Can you repeat the question,

3    please.

4             (The record was read back as

5             follows:

6                  "Question:  What would the

7             difference in the coefficients

8             indicate in terms of the

9             measurement that you're trying to

10            achieve here?")

11   BY MR. ISAJIW:

12       Q    I'm trying to get the same explanation for

13   the peer index.

14       A    So here it looks like a 1 percent -- and

15   this is Exhibit 8a -- a 1 percent change in the peer

16   index would result in a 0.357 percent increase in

17   the underlying stock.

18            And the -- and in the other, this is

19   Exhibit 8d, a 1 percent increase in the peer index

20   would result in a 0.579 percent increase in the

21   underlying stock.

22            Now, I'm just talking about positives.

23   Obviously, it could also be negative.

24            MR. HAKLAY:  Finish your subject.  We're

25   getting close to an hour.  I'm not suggesting we

Page 160

```
 1   break right now, but close.

 2            MR. ISAJIW:  You know what, this is as good

 3   a time as any to take a break.

 4            MR. HAKLAY:  Okay.

 5            THE VIDEOGRAPHER:  We are going off the

 6   record.

 7            The time is 1:34 p.m.

 8            (Recess was taken at 1:34 p.m.

 9            until 1:47 p.m.)

10            THE VIDEOGRAPHER:  We are back on the

11   record.

12            The time is 1:47 p.m.

13   BY MR. ISAJIW:

14       Q   Just before we broke, we were discussing

15   your regression analysis for the common stock and

16   the five regression estimate periods you used in

17   connection with that analysis.

18            Correct?

19       A   Correct.

20       Q   Okay.

21            Did you use any regression estimation

22   periods in connection with your analysis of the bond

23   in this case?

24       A   Did I use any -- I'm sorry.  Can you repeat

25   the question?
```

Page 161

1        Q    Let me ask it, hopefully, better.

2             You broke your analysis for the common

3   stock into five sub periods; correct?  Paragraph 76

4   of your report.

5        A    That is correct.

6        Q    Did you break your analysis of the bond

7   into any sub periods in connection with your

8   analysis?

9        A    No.  The estimation period I used on the

10  bonds or the notes was June 24th, 2014, through

11  August 16, 2016.

12       Q    Why didn't you subdivide that into sub

13  periods?

14       A    It was after the -- well, hold on.  Before

15  I answer that.

16            That's a good question.  I certainly could

17  have.  I don't think it would change my results at

18  all.

19       Q    Was it a conscious decision not to?

20       A    No.

21       Q    Okay.

22            Focus on paragraph 77 of your report,

23  page 29.

24            Do you have paragraph 77?

25       A    Yeah.

```
                                          Page 162
 1        Q    Great.

 2             In this paragraph you described using (as

 3   read and/or reflected:)

 4                  (Dummy) variables to control

 5             for potential abnormal returns on

 6             news events for which the company

 7             filed a form 8-K with the SEC.

 8             Can you explain to me at a high level

 9   what -- why you used dummy variables and what you

10   were trying to achieve there.

11        A    Well, so if you -- really at least with

12   regards to these specific dummy variables, this goes

13   to my news/no-news test.

14             So -- so to the extent that I define -- and

15   I'm looking at starting at paragraph 96 (as read

16   and/or reflected):

17                  I conducted an empirical test

18             to compare the stock price

19             reactions on a sample of "news

20             days" to all other "non-news days."

21             If the underlying assumption is that those

22   days are news days, I typically want to don't use --

23   I mean, I would want to adjust for them somehow.

24             That having been said, if I exclude the

25   dummy variables, it doesn't change my results.
```

Page 163

1      Q    So what is the use of the dummy variable

2  designed to achieve?

3      A    What is it designed to achieve?

4          It's designed -- I don't quite understand

5  the question.

6          It's -- yeah.  I don't -- I'm sorry.  I

7  don't understand the question.

8      Q    You are focusing, in this analysis, on what

9  you term as "news days"; is that correct?

10     A    Now, we're looking, again, at that

11  paragraph I was just citing?  What are you -- are we

12  talking about the news/no-news analysis, or are we

13  talking about the event study?

14     Q    So I'm talking about the use of dummy

15  variables.

16          Let's back up.

17          Your use of dummy variables to control for

18  potentially abnormal returns on news events for

19  which the company filed a form 8-K with the SEC, was

20  that in connection with the event study or the

21  news/no-news analysis?

22     A    Well, because I did a news/no-news analysis

23  on days on which Company filed a form 8-K with the

24  SEC, that, I, then, included those dummy variables

25  in the market models I used.

Page 164

1      Q   Okay.  So I'm trying to understand the
2   process.
3           You didn't include all 8-K days in your
4   news/no-news analysis, or did you?
5      A   I didn't include all 8-K days.
6           I believe I used all 8-K days during the
7   Class Period.
8      Q   For some of the 8-K days, did you use a
9   dummy variable?
10     A   Oh, for each of the 8-K days, I used a
11  dummy variable.
12     Q   Okay.
13     A   Because under my news/no-news test, I am
14  trying to come up with an objective definition of
15  news.
16          And so I define "news" as 8-K days.  To the
17  extent that the underlying assumption is, is that
18  the stock price would move on those news days, I
19  would usually want to remove that abnormal movement
20  out of my market models.
21          So it's something I commonly do.
22     Q   So is it fair to say you're trying to
23  estimate the volatility of the stock to benchmark
24  whether the price movement is normal or abnormal?
25     A   I'm sorry.

```
                                          Page 165

 1            THE WITNESS:  Can you read back that
 2   question, please.
 3            (The record was read back as
 4            follows:
 5                 "Question:  So is it fair to
 6            say you're trying to estimate the
 7            volatility of the stock to
 8            benchmark whether the price
 9            movement is normal or abnormal?")
10            THE WITNESS:  I don't understand that
11   statement.
12   BY MR. ISAJIW:
13       Q   Do you know how many -- just focusing on
14   the common stock, do you know how many days you
15   dummy out of your regression analysis for FXCM
16   common stock?
17       A   107 days.  And I'm looking -- I'm now
18   reading from paragraph 97 of my report.
19       Q   Out of approximately 1,230 days?
20       A   Well, let's go to -- 1,231 days, yes.
21       Q   Okay.
22       A   Sorry.  I'm reading from paragraph 104
23   there.
24       Q   So that's roughly, what, 8 percent or so?
25       A   That sounds right.
```

1        Q    And for the bond, do you know how many days

2    you dummy out?

3        A    Ten.

4        Q    Okay.

5             And that's out of how many?  Sixty-six, I

6    think?

7        A    I believe that is correct, yes.

8        Q    So that's roughly 15 or so percent?

9        A    Sure.

10       Q    Okay.

11            In your view, when conducting these

12   analysis, is there a threshold of days that would be

13   too high to dummy out and still have a reliable

14   analysis?

15       A    Well, so this is the way I would put this.

16            I have seen courts reject models by

17   economists when they've dummied out, I don't know,

18   maybe 50 percent of the days.  I don't remember the

19   case.

20            But it is the -- in this case, it is --

21   intellectually, it is the proper thing to do.

22            That having been said, if I exclude those

23   dummy variables except for those dummy variables

24   after -- immediately after the break or the stock

25   flash trash, my results do not change at all.

```
                                            Page 167

1            (Reporter clarification.)

2    BY MR. ISAJIW:

3         Q    Okay.

4              Are you aware of any academic peer-reviewed

5    literature supporting the use of dummy variables in

6    connection with this type of analysis?

7         A    Using dummy variables with an event study?

8    Sure.

9              But I can't give you -- I mean, I've seen

10   hundreds of articles use dummy variables in

11   performing event studies.  I can't name them off the

12   top of my head.

13        Q    Do you cite any in your report?

14        A    You know, I don't remember if -- where are

15   we looking?

16             I don't remember -- I'm happy if you have

17   them.  So it's possible that "The 'Less Than'

18   Efficient Capital Markets Hypothesis," in

19   Footnote 129 might have contained that, as well as

20   Footnote 131.

21             Here's another paper.  "Use and Misuse of

22   Event Studies to Examine Market Efficiency," which

23   is a NERA working paper.

24             "The Curious Incident of the Dog That

25   Didn't Bark and Establishing Cause-and-Effect in
```

```
                                    Page 168
 1   Class Action Securities Litigation."

 2            I don't -- again, without having those

 3   papers in front of me, I don't remember if they

 4   specifically used dummy variables.

 5            But, like I said, I've seen it used

 6   numerous times.  I've used it hundreds of times,

 7   both in my role as an expert here, and then, you

 8   know, when I used to work at places like

 9   Cornerstone.

10            So it is a common practice.

11            That having been said, if I exclude those

12   dummy variables, save for the days in which

13   immediate -- that immediately followed the flash

14   crash, it does not alter my regression results at

15   all or my findings at all.

16        Q    Okay.

17        A    Forget the regression results.

18        Q    Again, I'm just looking for the best

19   answers to my questions here.  And when I asked if

20   you were aware of any academic peer-reviewed

21   literature supporting the use of dummy variables in

22   connection with this type of analysis, you looked

23   and read a number of the articles in the footnotes

24   of your paper.

25            Are you telling me specifically that these
```

Page 169

1    articles support the use of dummy variables within
2    events -- these are academic peer-reviewed
3    literature supporting the use of dummy variables in
4    connection with this type of analysis?
5        A    As I sit here, again, I don't recall.
6        Q    Okay.
7        A    If you would like to place the articles in
8    front of me, I'll be happy to look at them.
9             It is certainly possible that they -- as I
10   stated before, that they used dummy variables in
11   their analysis.
12            I guess there is an implicit assumption
13   that if they used dummy variables to conduct their
14   analysis that they are suggesting that they are in
15   support of that type of analysis.
16       Q    Okay.
17            You also mention that courts criticize the
18   use of dummy variables at, I think you said,
19   50 percent or more.
20       A    I can think of one case.  I don't recall
21   the case.  I don't recall what happened.  I don't
22   recall -- I don't remember any details.  So, yes,
23   there's at least one case I can think of.
24            I can also think of thousands of cases in
25   which courts have accepted dummy variables in this

Page 170

1    type of analysis.

2            So, yes, there's one example I can think of

3    where they did not accept it and found a flaw with

4    it.   There are thousands -- probably not thousands;

5    that might be an exaggeration -- hundreds where they

6    have been accepted and used.

7        Q   In your view as an economist and an expert

8    witness conducting market efficiency analysis, is

9    there a threshold by percentage that is too high to

10   use for dummy variables in order to get reliable

11   results?

12       A   That's not something I've ever thought

13   about.

14       Q   Okay.

15           Would you -- you mentioned 50 percent

16   before and I recognize that that wasn't from a

17   specific recollection of a specific case, but could

18   you, sitting here today, believe that 50 percent

19   would be too high?

20       A   I have no idea, as I sit here today.   I

21   don't know what happened to that case.

22           I mean, it's complete speculation on my

23   part.

24       Q   Independent of that case, have you ever

25   given any consideration about what level of dummy

Page 171

1    variables would be too high to get reliable results

2    in connection with this type of an analysis?

3         A    What level of dummy variables?

4              I --

5              THE WITNESS:  Could you reread the

6    question, please.

7                   (The record was read back as

8                   follows:

9                       "Question:  Independent of

10                  that case, have you ever given any

11                  consideration about what level of

12                  dummy variables would be too high

13                  to get reliable results in

14                  connection with this type of an

15                  analysis?")

16             THE WITNESS:  I have never thought about

17   levels.  I -- and this analysis and all analysis I

18   attempt to do, I try to do the intellectually honest

19   thing.

20             That having been said, my results are

21   robust to the inclusion or exclusion of the majority

22   of those dummy variables, specifically the exclusion

23   of all of those 8-K dummy variables.

24   BY MR. ISAJIW:

25        Q    Switching gears to your news/no-news

                                                    Page 172

1    analysis, which I think you describe in and around

2    paragraph 49 on page 18.

3         A    Paragraph 49.

4              Okay.

5         Q    So in paragraph 49, you write (as read

6    and/or reflected:)

7                   To determine whether the

8              requisite cause and effect

9              relationship existed, I performed a

10             collective test of the efficiency

11             of the market for FXCM's stock on a

12             broad set of FXCM news events that

13             occurred over the course of the

14             Class Period.

15             Did I read that correctly?

16        A    That is correct.

17        Q    And the cause-and-effect relationship that

18   you were testing to see whether it existed, that

19   related to Cammer Factor 5, the price impact of new

20   information?

21        A    I believe that's correct.

22        Q    For this -- the paragraph goes on to state

23   (as read and/or reflected:)

24                   For the second empirical test,

25             I examined whether the proportion

Page 173

1                of statistically significant

2                abnormal returns exhibited by FXCM

3                common stock on the news dates was

4                significantly different than the

5                proportion of statistically

6                abnormal returns on other dates --

7                I'm sorry -- on all other dates.

8                This test is often referred to as a

9                "news no-news test."

10                What does this test entail mechanically?

11       A    So running the market models.  Typically,

12   you -- again, you would use dummy variables on -- in

13   your market models on those days that you have

14   defined as news.

15                Well, so I guess the first thing you need

16   to do is define what a news day is.

17                So, you know what, let's just go to

18   paragraph 97 because that will give you a better

19   explanation.

20                (As read and/or reflected:)

21                    First, one must define what

22                constitutes a "news" day.  It is

23                important to use a specific and

24                objective criteria to identify news

25                events that contain a higher flow

```
                                            Page 174

 1            of information.

 2                 For purposes of these tests, I

 3            identify news days as unique days

 4            on which the Company filed an 8-K.

 5       Q    Did you write that paragraph?

 6       A    Yes.

 7       Q    Yourself, from scratch?

 8       A    From scratch?

 9       Q    Uh-huh.

10       A    Certainly at some point I have.

11       Q    In connection with this report?

12       A    I believe so.

13       Q    The very first time you wrote that

14   paragraph was for this report?

15            MR. HAKLAY:  Objection.  Misstates.

16            THE WITNESS:  That's -- that's not what I

17   said.

18   BY MR. ISAJIW:

19       Q    I was asking if you wrote it from scratch

20   in connection with this report, and I think you said

21   "I believe so."  So I was asking for clarity.

22            MR. HAKLAY:  That's a mistake.

23   BY MR. ISAJIW:

24       Q    Let's withdraw those questions.

25       A    What I stated was is that I believe at some
```

Page 175

1    point in time I have written that -- that sentence.

2         Q    Okay.

3         A    Because this is typically how I would do a

4    news/no-news analysis.

5         Q    Okay.

6         A    Now, did I go ahead and specifically type

7    out this sentence separately as opposed to use --

8    taking it from another report?  I don't recall.

9         Q    Okay.

10             Is it a fair summary of the news/no-news

11   test that you determined that there were news days

12   where FXCM issued 8-Ks and no-news days where there

13   were no 8-Ks, as -- that's the collection of

14   information you were looking at?

15        A    Maybe I'm missing something.

16             THE WITNESS:  Could you reread the

17   question, please.

18             (The record was read back as

19             follows:

20                  "Question:  Is it a fair

21             summary of the news/no-news test

22             that you determined that there were

23             news days where FXCM issued 8-Ks

24             and no-news days where there were

25             no 8-Ks, as -- that's the

```
                                              Page 176
 1           collection of information you were

 2           looking at?")

 3           THE WITNESS:  I don't believe that that

 4   statement is necessarily correct.

 5           I refer you to paragraph 97 in my report as

 6   to what exactly I did.

 7   BY MR. ISAJIW:

 8      Q    What do you believe is not correct about

 9   that statement that I made?

10      A    Well, I'm not sure how you are necessarily

11   defining news.  And my guess is you mean news as in

12   all-company news.

13           And so I'm not sure -- I don't know what

14   definition of news you're using.

15           So to be specific -- as specific as

16   possible, I would like to rely on paragraph 97 to

17   accurately reflect my opinion in this matter.

18      Q    So I was saying news days were days where

19   FXCM issued 8-Ks.

20           Is that different than the definition

21   you're using in paragraph 97?

22      A    That has -- that is how, in this test, I

23   have defined news days.

24      Q    And I also said that no-news days were

25   where there were no 8-Ks.
```

```
                                           Page 177

 1          Is that different than how you defined it
 2   in paragraph 97?
 3      A    That is the underlying assumption in this
 4   model.
 5      Q    Okay.
 6      A    But that having been said, it's possible
 7   that there are news days that aren't captured under
 8   this definition.  I am using this specific
 9   definition as a news day.
10      Q    Okay.
11          So if it counts as a news day for the
12   purpose of your news/no-news analysis, it had to be
13   an 8-K day?
14      A    That is correct.
15      Q    Okay.
16          Do you know of any peer-reviewed academic
17   studies supporting the use of the news/no-news test,
18   as you've set it forth here?
19      A    Well, so I suppose -- I'm not sure that
20   there -- it's something that academicians would
21   normally look at.
22          That having been said, it is certainly --
23   when we talk about a news/no-news analysis, hold on.
24   One second.
25          Certainly the less and efficient capital
```

```
                                        Page 178
```

1    market hypothesis.  This is the paper.  Excuse me.

2    In paragraph 127.  I believe they do it -- hold on.

3              And where am I?  Paragraph 130.  Maybe --

4    this may not be considered academic, but another

5    way, and I'm quoting from paragraph 101 (as read

6    and/or reflected:)

7                   Another way to perform an

8              event study is to provide the days

9              of the Class Period ex ante into

10             expected news days and non-news

11             days before examining price

12             movements, and then compare the

13             stock's price movements in the two

14             categories to see if there's a

15             statistically significant

16             difference in price movement

17             between the two categories.

18                  If the study finds a

19             difference in price movement

20             between the two sample sets (e.g.,

21             earnings-release dates versus

22             non-earnings-release dates), that

23             is statistical evidence that the

24             market incorporates new public

25             information into the price of the

Page 179

```
 1              stock.
 2              And that is quoting from the (as read
 3   and/or reflected:)
 4                  Brief of Testifying Economists
 5              as Amici Curiae -- I'm sure I
 6              botched that -- in Support of
 7              Respondent, Haliburton,
 8              Incorporated, and David Lesar v.,
 9              Erica P. John Fund, Incorporated,
10              FKA Archdiocese of Milwaukee
11              Supporting Fund, February 5th,
12              2014, page 10.
13              So I don't know if that brief by all those
14   economists would be considered an academic article
15   or not, but they're certainly in favor of it.
16       Q    As an academic, you don't know if a brief
17   filed in connection with a court proceeding would be
18   considered a peer-reviewed academic study?
19       A    Well, I mean, it's -- it's presumably been
20   read by other peers.
21              So I -- it has not appeared -- to my
22   knowledge or to the best of my knowledge, it has not
23   appeared in a journal, but it certainly suggests
24   that the economists support that.
25              If you specifically want peer reviewed, as
```

```
                                            Page 180
 1   normally defined in academia, at least off the top
 2   of my head, I believe the article I noted in
 3   paragraph 129 suggests this as a use.
 4             MR. HAKLAY:  You mean Footnote 129?
 5             THE WITNESS:  I'm sorry.  Yes.
 6   Footnote 129.
 7             But, again, that's going off the top of my
 8   head.  I'm happy to look through the article if you
 9   have it.
10   BY MR. ISAJIW:
11        Q    Okay.
12             Have you used this news/no-news test when
13   evaluating market efficiency in prior engagements?
14        A    You mean prior to issuing this report?
15        Q    Yes.
16        A    Yes.
17        Q    Okay.
18             Roughly how many times?
19             Maybe it's an easier question to ask.  In
20   what proportion of cases involving market efficiency
21   have you used this test?  Most of them?  Half of
22   them?
23        A    Probably more than 20.  I don't remember
24   exactly.
25        Q    Twenty reports as opposed to 20 percent of
```

Page 181

1    your reports?

2         A    Yes.

3         Q    Okay.

4         A    But that's, again, that's complete

5    speculation on my part.  I've used it what I would

6    consider to be numerous times.

7         Q    In connection with this test, what would

8    you conclude if a security did not have a

9    significantly higher proportion of significant

10   returns on news days than it did on no-news days?

11        A    That's an interesting question.

12             I would have to think about it.  Do you

13   mean with regards to market efficiency?

14        Q    Yes.

15        A    It would -- obviously, it would depend on

16   the case because in determining market efficiency,

17   I'm looking at all eight factors.

18        Q    Would that kind of finding be inconsistent

19   with the conclusion of market efficiency?

20             MR. HAKLAY:  Objection.  Asked and

21   answered.

22             THE WITNESS:  Would it be inconsistent with

23   the definition of market efficiency?

24   BY MR. ISAJIW:

25        Q    With the conclusion of market efficiency.

Page 182

1      A    Well, I mean, I can think of all sorts of
2   examples where you could get the wrong answer.  Like
3   you identify, you know, you come up with a bad
4   definition of news days.
5           You know, maybe I decided that a news day
6   would be a Monday and so I dummied out all Mondays,
7   you know, that would give me a spurious result
8   presumably.
9           So it's not -- it's not something I've
10  given a lot of thought to, but I can certainly think
11  of situations where, you know, if the test is
12  misspecified, you're going to get bad results.
13          And so that -- it may -- yeah.  Well,
14  that's it.  I'll leave it at that.
15     Q    Barring testing errors, if a security did
16  not have a significantly higher proportion of
17  significant returns on news days than it did on
18  no-news days, would that be inconsistent with the
19  conclusion of market efficiency?
20          MR. HAKLAY:  Objection.  Asked and
21  answered.
22          THE WITNESS:  It would depend on the case.
23          So beyond testing errors, I mean, the
24  definition of a news day is something that's
25  integral to this process.  And so you need to be

Page 183

1    specific about how you define a news day.

2           So that wouldn't be a testing error.  And

3    so -- I mean, there's all sorts of things.  It's --

4    there's all sorts of things that go into this.

5           And so if you would like to be more

6    specific about your example, certainly I would take

7    under consideration that additional information, but

8    just on its face alone, not necessarily.

9    BY MR. ISAJIW:

10       Q   So in a hypothetical where you do a

11   news/no-news test, you define news days as days with

12   8-Ks; you define no-news days as days without 8-Ks;

13   you run the analysis; and you conclude that the

14   security did not have a significantly higher

15   proportion of significant returns on the news days

16   than it did the no-news days, would that be

17   inconsistent with the conclusion that the security

18   traded in an efficient market?

19           MR. HAKLAY:  Objection.  Asked and

20   answered.

21           THE WITNESS:  Yeah.  I refer to my previous

22   answers.  I don't have anything more I can say on

23   this topic.

24   BY MR. ISAJIW:

25       Q   The only thing I was trying to add was in

Page 184

1    your previous issue I believe you said if there was

2    an issue about defining news days.  I was trying to

3    ask a new question defining news days as 8-K days.

4         A    Ah.  Okay.  Yeah, I refer to my previous

5    answer.

6         Q    I want to flip for a minute to the

7    Unger/Krogman factors in connection with the FXCM

8    common stock.

9              And this is your analysis on paragraphs 108

10   to 111.

11        A    108 to 111.  Okay.

12        Q    And that's paragraphs -- looks like page

13   42.

14             MR. HAKLAY:  I think it's more than -- you

15   can ask him about those.  I think that analysis goes

16   beyond 111.

17             MR. ISAJIW:  I apologize.  It begins on

18   page 42.  Give me one second.

19             Just give me a second.  I have a pretty

20   targeted question.  I'm just trying to find it.

21             THE WITNESS:  Okay.

22   BY MR. ISAJIW:

23        Q    In paragraph 117, on page 44 --

24        A    117.  Okay.

25        Q    -- you've discussed the bid-ask spread.

Page 185

1    And the bid-ask spread is one of the, to your

2    understanding, that's one of the Unger/Krogman

3    requirements -- sorry, factors; correct?

4         A    Correct.

5         Q    And you state that (as read and/or

6    reflected:)

7                   The average bid-ask spread for

8              FXCM's common stock during the

9              Class Period was 0.28 percent.

10             Why is it important, in your view, to study

11   the bid-ask spread?

12        A    Well, it's what the court requires.  That's

13   what the court asks for.  So I presented it.

14        Q    So a number of times you have said that's

15   what the court asked for.  You haven't been retained

16   by the court in this matter; right?

17        A    No.  But I have presented -- I have been

18   retained to present evidence that the court will

19   consider.  And so to the extent that, in forming an

20   opinion about market efficiency, this is one of the

21   factors a court typically undertakes or looks at,

22   I've included it in my report.

23        Q    Okay.

24             And you've been asked by the plaintiffs'

25   counsel to be an expert to submit a report that the

Page 186

 1   court will consider in connection with a
 2   determination as to whether or not these securities
 3   traded in an efficient market; is that correct?
 4       A    That sounds right.
 5       Q    Okay.
 6            So as an expert economist, why as an
 7   economist would you -- analyzing the bid-ask spread
 8   be important in your determination as to whether or
 9   not a market is efficient for FXCM's common stock?
10       A    Well, so as an economist, I'm not sure I
11   would -- undertaking an academic exercise, I'm not
12   sure I would normally look at whether or not FXCM
13   traded in an efficient market.
14            To the extent that this is something that
15   is commonly relied upon by courts and their
16   determination of market efficiency, I have included
17   this analysis.
18       Q    Okay.
19            In your determination as an economist, do
20   you have a belief that a narrow bid-ask spread is --
21   tends to support the concept that a security traded
22   in an efficient market?
23       A    Tends to?
24            I believe it -- some economists -- well,
25   let's see.  I'm pretty sure -- right.  So -- and

Page 187

1    this is paragraph 7 of my appendix.
2              MR. HAKLAY:  What page are you on, sir?
3              THE WITNESS:  Page 62.
4              MR. HAKLAY:  Thank you.
5              THE WITNESS:  So (as read and/or
6    reflected:)
7                    A narrow bid-ask spread of a
8              particular security is also often
9              associated with efficiency.  In
10             academia, a stock's bid-ask spread
11             is frequently used as a measure of
12             liquidity or cost of trading.
13             (Reporter clarification.)
14             THE WITNESS:  So that's my understanding of
15   bid-ask spread in academia and why it's sometimes
16   looked at.
17             I don't know of a specific paper in
18   academia -- well, let me correct that.
19             There might be papers that talk about
20   market efficiency and bid-ask spread.
21             But I personally have presented it here
22   based upon my assignment and what my understanding
23   of what courts like to look at in their
24   determination of market efficiency.
25   ///

1    BY MR. ISAJIW:

2        Q    Independent of -- if a court did not have

3    an opinion that looked at bid-ask spread, would you

4    view it as an important thing to evaluate in

5    connection with your analysis as to whether or not

6    FXCM securities traded in an efficient market?

7        A    So if I was performing an academic study

8    where I was trying to determine whether an

9    individual stock traded in an efficient market,

10   that's not anything I've ever seen.

11            But given your hypothetical, which, again,

12   I have never seen that I recall anyway in academia,

13   it may be a factor that I would take into

14   consideration, but it's an incomplete hypothetical

15   and not something that most academicians would ever

16   consider or take into consideration.

17            Not the bid-ask spread.  I'm saying most

18   academicians would not perform an event study for a

19   single stock.

20       Q    Just in this same section on Unger/Krogman,

21   you discuss two additional factors, market

22   capitalization and float?

23       A    I'm sorry.  I closed this.  What page are

24   we looking at?

25       Q    42 and 43.

Page 189

1      A    42 and 43.

2      Q    For market capitalization as an economist

3   conducting this analysis, do you have an independent

4   view as to whether or not market capitalization is

5   relevant to a determination of trading in an

6   efficient market?

7      A    Again, I don't think economists --

8   academicians look at a single company and try to

9   determine whether or not a single stock trades in an

10   efficient market.

11          Now, that having been said, let me take a

12   look at my appendix here.

13      Q    I'm not asking for support from others.

14   I'm just asking for your view today.

15      A    Right.

16          Well, and so I'm refreshing my memory of

17   what other economists have said and that will, then,

18   help refresh my memory as to how I -- what my

19   position on such things are.

20          Yeah.  So -- yeah.  So Fama -- right.  It

21   says (as read and/or reflected:)

22              Similarly, financial

23          economists have considered the

24          market value -- I'm reading from

25          paragraph 6 of my appendix -- and

Page 190

```
 1            its relationship with market
 2            efficiency.  Larger companies tend
 3            to attract more analysts and news
 4            media coverage and gain the
 5            attention of a greater number of
 6            investors.
 7            MR. HAKLAY:  Slow down.
 8            THE WITNESS:  Oh, sorry.
 9            A little too much Coke.
10            MR. HAKLAY:  Keep going.
11            THE WITNESS:  (As read and/or reflected:)
12                All of these characteristics,
13            which accompany a large market
14            capitalization, promote, and,
15            therefore, tend to support, market
16            efficiency.
17            So I agree with that statement.
18      BY MR. ISAJIW:
19         Q   For float, again, I'm not asking what other
20      economists believe.  I'm asking what you, sitting
21      here today as an economist, believe, does the size
22      of the public float -- is the size of the public
23      float relevant in your professional opinion to
24      whether a security trades in an efficient market?
25         A   Well, so -- okay.
```

Page 191

1        So you talked about my professional opinion

2   as an academician.  I don't believe I've ever seen

3   any academic articles that discuss float as a factor

4   in market efficiency.  And so that informs my

5   opinion.

6        I mean, look at if no one ever looked at it

7   before, I might say, well, okay, then I probably

8   wouldn't look at it.  Right.  Seems reasonable.

9        So to the extent that I'm not sure I've

10  seen it discussed anywhere, I don't -- I don't think

11  float in and of itself is some kind of magic

12  criterion.

13        But, again, the courts find it informative.

14  That's what -- this is one of the factors that they

15  consider in their analysis.  And so I present it

16  here in my report.

17      Q   Okay.

18        Let's take a look at the note section of

19  your report, starting on page 45.  I just wanted to

20  go through some of the Cammer factors with respect

21  to the notes.

22        Before we start:  Are you aware of any

23  court ruling suggesting that there could be a

24  presumption of efficiency for bonds based on the

25  same analysis that you performed for the common

Page 192

1    stock?

2          A    I have no idea.

3          Q    Okay.

4                In your professional opinion, do you

5    believe it's appropriate to apply the same Cammer

6    factors in an analysis of market efficiency to bonds

7    as it is for common stock?

8          A    Well, so let's go to my report,

9    paragraph 119 (as read and/or reflected:)

10                    In assessing bond market

11              efficiency, courts recognize that

12              bond characteristics are distinct

13              from common stock characteristics.

14              And that cites to at least one securities

15    case.  (As read and/or reflected:)

16                    The indicia typically relied

17              upon in assessing market efficiency

18              for equity securities need to

19              therefore be adjusted, when

20              appropriate, for the bond market.

21                  Trading behavior --

22              Now in paragraph 120 (as read and/or

23    reflected:)

24                    Trading behavior in the bond

25              market can differ drastically from

1          the stock market.  Because the bond

2          market is comprised of large

3          institutional investors, pension

4          funds, and hedge funds that trade

5          in much larger volumes per

6          transaction than typical trades in

7          the stock market, bonds also trade

8          less frequently than typical

9          stocks.

10              Though the trading frequency

11         in the bond market is typically

12         lower, participants in the bond

13         market, being institutions, pension

14         funds, and hedge funds, are

15         nonetheless very well-informed

16         traders.

17              Thus, even if the FXCM notes

18         do not trade every day during the

19         Class Period, this pattern is

20         typical in the bond market, is not

21         unique to FXCM notes and does not

22         indicate an efficient market --

23         MR. HAKLAY:  An inefficient market.

24         THE WITNESS:  -- an inefficient market.

25         Thank you very much.

```
                                          Page 194

 1    BY MR. ISAJIW:

 2         Q    Okay.   Thank you for that.

 3              You just mentioned in your response,

 4    patterns that are typical for the bond market.

 5              What, in your experience, would be the

 6    typical trading volume or turnover as a percentage

 7    of par for a corporate bond?

 8         A    I have no way to answer that.

 9              Typical?   I have no idea.

10         Q    Okay.

11              Do you believe that a typical corporate

12    bond would trade in any way that is different from a

13    typical Rule 144A bond?

14         A    Do I think a corporate bond would trade --

15    so what do you mean by "trade"?

16         Q    What does the term "trading bonds" mean to

17    you?

18         A    Well, I'm trying -- I mean, bonds being

19    sold back and forth.

20         Q    Okay.

21              Do you believe a typical corporate bond

22    would be sold back and forth at a higher or lower

23    level than a typical Rule 144A bond?

24         A    That's not something I ever thought about.

25         Q    Do you believe that bonds generally trade
```

Page 195

1    as frequently as stocks trade?

2             MR. HAKLAY:  Objection.  Vague.

3             You can answer.

4             THE WITNESS:  I think bonds typically trade

5    less -- normally, if I were to look at one

6    corporation's equity and its bonds, normally the --

7    there would be more frequent trading in the equity

8    than in the bond.  I guess -- so if that's your

9    definition of frequency, I guess that addresses

10   that.

11        Q   I believe in paragraph 120 where you just

12   read, four lines down, there's a sentence that says

13   (as read and/or reflected:)

14                Though the trading frequency

15           in the bond market is typically

16           lower, participants in the bond

17           market, being institutions, pension

18           funds, and hedge funds, are

19           nonetheless very well-informed

20           traders.

21           Did I read that correctly?

22        A   That is correct.

23        Q   And when you say "typically lower," what

24   are you comparing it to?

25        A   The equity market.

Page 196

```
 1        Q    Okay.

 2             And what is the basis for your statement

 3   that participants in the bond market are nonetheless

 4   very well-informed traders?

 5        A    My understanding of the bond market.

 6        Q    Who are participants in the bond market,

 7   based on your understanding?

 8        A    Well, again, quoting from paragraph 120 (as

 9   read and/or reflected:)

10                    Institutions, pension funds,

11             and hedge funds.

12             Now, obviously that does not -- although

13   those are typically informed traders, that obviously

14   doesn't exclude individuals.

15   BY MR. ISAJIW:

16        Q    Cammer Factor 1, I believe we discussed

17   earlier today, focuses on the volume of trading in

18   connection with the security; is that correct?

19        A    Correct.

20        Q    And generally, higher volume of trading, I

21   think, would be associated with more likely

22   efficient market than lower trading?

23        A    I think courts have found that, what is it?

24   Over 2 percent -- oh, let me go back to my other

25   discussion in Cammer Factor 1.
```

```
1        Q   So regardless of actual percentages, you
2    state in paragraph 120, in the last sentence, that
3    the lower trading frequency of FXCM notes (as read
4    and/or reflected:)
5                    Does not indicate an
6            inefficient market.
7            Why not?
8        A   Because bonds typically trade less
9    frequently than equities.
10       Q   Is there a threshold of trading below which
11   you think would be an indication of an inefficient
12   market?
13       A   Hmm.  That's not something I've thought
14   about.  And to the extent that this met the
15   2 percent threshold that's been specified previously
16   by the Cammer court, that's not something I've
17   really thought about.
18       Q   In paragraph 125, you determine that the
19   (as read and/or reflected:)
20                    Trading volume as a percentage
21           of par value of outstanding notes
22           for the FXCM notes was
23           2.92 percent.
24           Is that correct?
25       A   That is correct.
```

Page 198

1        Q    You go on to say (as read and/or

2    reflected:)

3                    This level of average weekly

4              trading volume exceeded the Cammer

5              benchmark of 2 percent necessary

6              for a "strong presumption" of

7              market efficiency for common stock

8              securities.

9              (Reporter clarification.)

10   BY MR. ISAJIW:

11       Q    Did I read that correct?

12       A    You did.

13       Q    Okay.

14            The 2.9 percent based on that sentence

15   there was related to common stock; right?

16       A    You mean the court's -- when the court was

17   discussing Cammer, were they referring to equity?

18   Yes.

19       Q    Okay.

20            And they weren't -- the 2.92 percent

21   threshold was not in connection with the notes;

22   right, with the fixed income or debt security?

23       A    Well, that was -- I don't understand the

24   question.

25            The 2.92 percent was the average weekly

Page 199

1    trading volume of the notes.

2         Q    Okay.

3              So from your perspective, and you're doing

4    the analysis, is the analysis equal?

5              Is 2.92 percent good enough for common

6    stock; same should be true for notes?  Or do you

7    need to adjust the analysis in some way when you're

8    dealing with notes?

9         A    I'm sorry.  I just don't understand the

10   question.

11             It's -- the court has determined in Cammer

12   that 2 percent is sufficient for equities.  To the

13   extent that I've stated here that bonds trade less

14   frequently than equity, the fact that it meets that

15   2 percent threshold might indicate to the court,

16   probably would be considered by the court in their

17   determination as to whether or not these bonds

18   traded in the efficient market.

19             That's the answer to the best of my

20   ability.  I'm not quite sure I understand the

21   question.

22        Q    So the trading period you used to analyze

23   the notes was January 24th, 2014, to February 6th,

24   2017; correct?

25        A    I'm sorry.  Where are you looking?

Page 200

```
 1        Q    I'm sorry.  I said "January."  I meant
 2   "June."
 3        A    Where are you looking?
 4        Q    This is the notes trading period.  I'm not
 5   pointing to a particular part of your report.
 6             It is a part of your report.
 7        A    Right.  So yes.
 8             (As read and/or reflected:)
 9                  The test described herein for
10             the F- -- and I'm reading from
11             paragraph 122 now -- for the FXCM
12             notes were performed over the
13             period during the Class Period when
14             trading data was available,
15             June 24th, 2014, through
16             February 6th, 2017.
17        Q    Would you concede that there was not an
18   efficient market for the notes before they began
19   trading on June 24, 2014?
20        A    I don't know enough about the notes,
21   sitting here, to opine on that.
22             Are you telling me that that's what
23   happened?
24        Q    I'm just asking the question.
25             The notes were issued before June 24th,
```

Page 201

1   2014; correct?

2        A    Let's see what he said.

3             Okay.  Could you reask the question,

4   please.

5        Q    Would you concede that there was not an

6   efficient market for the notes before they began

7   trading on June 24th, 2014?

8        A    That was not something that I was asked to

9   look at.

10       Q    Do you agree that before June 24th, 2014,

11  the notes were issued?

12       A    That's my -- well, I don't -- I believe

13  that is true.

14       Q    Okay.

15            Do you believe that -- strike that.

16            You were not asked to opine on the

17  efficiency of the notes prior to June 24th, 2014?

18       A    That is correct.

19       Q    In connection with your notes analysis, you

20  found an average weekly trading volume of 292 over

21  the entire Notes Period.

22            Sorry.  I said "292."  I meant

23  2.92 percent.

24       A    Correct.

25       Q    Okay.

Page 202

1              Did you calculate a median weekly trading

2     volume over the same period?

3         A   I did not.

4         Q   Would it surprise you to know that the

5     median weekly trading volume for the notes over that

6     same percent was 0.54 percent?

7              MR. HAKLAY:  Objection.  Relevance.

8              THE WITNESS:  Would it surprise me?

9     BY MR. ISAJIW:

10        Q   Yeah.

11        A   Well, I've never seen a court look at

12    median statistics when looking at this -- doing this

13    type of analysis.

14             Would it surprise me?  I guess that's the

15    actual question.  I don't know.  It's not something

16    I really ever thought about.

17        Q   Okay.

18        A   As I said, look, bonds are different than

19    stocks.  They trade less frequently.

20        Q   In your analysis, would the significantly

21    lower median trading of the notes during the time

22    period be relevant to whether or not they traded in

23    an efficient market throughout that entire time

24    period?

25        A   Not necessarily.

Page 203

1      Q    Would it be irrelevant?

2      A    Would it be irrelevant?

3           Well, I mean, to the extent that any

4   information has value, I suppose it, by definition,

5   would be relevant.  So I -- or would not be

6   irrelevant.  That's a double-negative.

7           So I don't know.  It's a philosophical

8   matter.  I would need to think about that more.

9      Q    Do you have any idea why the weekly trading

10  volume, as you calculated it, and the mean trading

11  volume would be so different?

12          MR. HAKLAY:  You mean "median"?  I thought

13  you said "mean."  That's why.

14          MR. ISAJIW:  Apparently, I did say "mean"

15  and I meant "median."

16          MR. HAKLAY:  It's otherwise the same.

17          THE WITNESS:  You're asking me why the mean

18  and median are different?

19  BY MR. ISAJIW:

20     Q    Yeah.

21     A    Again, bonds tend to trade less frequently

22  than equities, so it wouldn't surprise me that the

23  mean and median are different.

24     Q    If you look at Exhibit 3b on page 101 of

25  your report.

Page 204

1      A    Exhibit 3b, did you say?

2      Q    I did.

3      A    Okay.

4      Q    I'm sorry.  I said "page 101" and I meant

5  page 100.

6      A    Ah, okay.  Yep.

7      Q    Is one explanation for the difference

8  between the average weekly and the median trading

9  volume the fact that there were small number of a

10  high-volume weeks at the beginning of the trading

11  period for the bond as composed to the rest of the

12  period?

13      A    I'm sorry.  High volume during the

14  beginning of the trading period?

15      Q    Yes.

16      A    I'm not quite sure I would agree with that

17  characterization.  But, I mean, I agree that there's

18  a difference between -- I would expect that there's

19  a difference between the median and the mean.

20      Q    So of --

21      A    I have presented what the court's asked

22  me -- or usually asked experts to present.  So

23  that's what I did.

24      Q    Okay.

25           And other than the fact that the courts

Page 205

1    usually ask experts to present on this information,
2    you have no independent view of the information's
3    meaningfulness?
4        A    Hmm.  Interesting question.
5            THE WITNESS:  Could you repeat the
6    question, please.
7            (The record was read back as
8            follows:
9                "Question:  And other than the
10           fact that the courts usually ask
11           experts to present on this
12           information, you have no
13           independent view of the
14           information's meaningfulness?")
15           THE WITNESS:  I was asked to opine upon
16   market efficiency for FXCM and their equities and
17   notes.
18           Beyond my -- beyond my job in this case,
19   I'm not sure that's -- your questions are things
20   that I've thought about.
21   BY MR. ISAJIW:
22       Q    Okay.
23           Would it be relevant in your analysis if
24   the notes had, during the entire period, only
25   35 weeks with volume over 2 percent, but 103 weeks

Page 206

1    with volume under 2 percent?

2         A    Would it be relevant to my analysis?

3              Well, again, to the extent that courts look

4    at average trading volume, no, that would not be

5    relevant to my analysis.

6         Q    Did you analyze the notes trading on a

7    quarterly basis?

8         A    Did I analyze the notes traded on a

9    quarterly basis?

10             I'm not sure how to answer that question.

11   I looked at average weekly trading volume.  I

12   don't -- I mean, I suppose I could somehow aggregate

13   these things into quarters.

14        Q    Okay.

15             And you looked at average weekly trading

16   volume because that is what you understand courts to

17   look at as a relevant factor?

18        A    That -- under Cammer, that is correct.

19        Q    If a security had an average weekly trading

20   volume of 0.5 percent over several quarters within a

21   period, would you view that as consistent with an

22   efficient market in connection with Cammer Factor 1?

23        A    It certainly could be, but it wouldn't --

24   yeah, it certainly could be.

25        Q    Is there any situation where it would not

Page 207

1    be?

2          A    So it would not be what?

3          Q    Consistent with an efficient market in

4    connection with Cammer Factor 1.

5          A    Is there a case where it would not be

6    consistent with -- is there a double-negative in

7    there?  I don't know why I'm tripping over this.

8                Could you just restate the question and

9    I'll try to answer it.

10         Q    In your expert -- in your analysis, if you

11   looked at a security whose average weekly trading

12   volume was 0.05 percent over several quarters of a

13   Class Period, would you perceive that to be an

14   indication of it being in an inefficient market

15   pursuant to Cammer Factor 1?

16               MR. HAKLAY:  Objection.  Asked and

17   answered.

18               Go ahead.

19               THE WITNESS:  It would depend on the

20   security.

21               Certainly -- I mean, look, if I present --

22   I don't remember.  Did you say "average"?

23               I'm pretty sure a court would -- well, I'm

24   not going to speculate what a court would do.

25   ///

Page 208

1   BY MR. ISAJIW:

2        Q    I'm not asking for a court's opinion.  I'm

3   asking for yours.

4        A    Yeah.  And so it would depend upon the type

5   of security.

6        Q    If the security was a Rule 144A note.

7        A    And so what happened with the Rule 144A

8   notes?  The average -- was it the average trading

9   volume you were talking about?

10       Q    If it had an average weekly trading volume

11  of 0.5 percent over several quarters within a Class

12  Period, would that be consistent with market

13  efficiency pursuant to Cammer Factor 1?

14            MR. HAKLAY:  Objection.  Asked and

15  answered.

16            THE WITNESS:  I don't -- I mean, pursuant

17  to Cammer Factor 1?

18            Cammer Factor 1 gives you a specific

19  benchmark at least for equities.

20            We -- I think we've read paragraph 120

21  numerous times.  Bonds are a different animal.  So I

22  don't know how to answer your question because

23  Cammer Factor 1, at least the Cammer court gave us

24  some thresholds.  So I don't know how to answer your

25  question.

Page 209

1   BY MR. ISAJIW:

2        Q    What were those thresholds?

3        A    2 percent and 1 percent.

4        Q    And 0.5 percent in my hypothetical is below

5   those thresholds; correct?

6        A    In your hypothetical?

7        Q    Yeah.

8        A    Yes.  But it's not -- again, the Cammer

9   court was not ruling on bonds.  This was an analysis

10  of equities.

11       Q    Okay.  Thank you.

12            Let's move to Cammer Factor 2.

13            MR. HAKLAY:  Let's take a -- it's been an

14  hour.  Let's take a break.  The witness has

15  indicated to me he would like to take a break.

16            MR. ISAJIW:  When did he indicate that?

17            MR. HAKLAY:  About ten minutes ago.  I told

18  him it was ten more minutes until the hour goes by.

19            MR. ISAJIW:  I apologize.

20            THE WITNESS:  He is right.  I did.

21            MR. HAKLAY:  He's doing his watch thing and

22  I'm, like, ten more minutes.

23            MR. ISAJIW:  He did not indicate to me.

24            MR. HAKLAY:  No.  No.  No.  He looked at me

25  and I slapped him down.

1            MR. ISAJIW:  All right.  We can go off.

2            THE VIDEOGRAPHER:  We're going off the

3    record.

4            The time is 2:46 p.m.

5            (Recess was taken at 2:46 p.m.

6            until 2:59 p.m.)

7            THE VIDEOGRAPHER:  We are back on the

8    record.

9            The time is 2:59 p.m.

10   BY MR. ISAJIW:

11       Q   So, Dr. Werner, I want to focus on Cammer

12   Factor 2 in relation to the notes, which is an

13   analysis that begins on page 47.

14           Are you there?

15       A   I am.  Oh, sorry, yes.

16       Q   Here is an example where you take a

17   slightly different approach for the notes than you

18   do with the stock in connection with analyst reports

19   where you look at, quote, other avenues of

20   information dissemination.

21       A   I'm sorry.  Where are you looking at?

22           Oh, because it -- oh, I see where you're

23   reading.

24           Go ahead.

25       Q   Why did you do that?

1      A    I'm not sure -- I mean -- while that is the

2    statement, I'm not sure that that's an accurate

3    statement.  So let's go back to my discussion of

4    equities.

5              Yeah, that's poorly worded on my part.

6      Q    So you did not look at other avenues of

7    information dissemination?

8      A    I looked at analysts following FXCM.  So I

9    did that for equities.

10             I looked at their conference calls in both

11   cases.

12             What -- I'm sorry.  Just let me finish

13   here.

14             And I looked at news articles.  Maybe -- I

15   mean, I believe I -- again, I think I was just

16   inartful in stating that.

17     Q    Okay.

18     A    Oh, wait.  I'm sorry.  It's been a long

19   day.

20     Q    Did you -- let's just go back to your

21   analyst report.

22             Do you remember how many analyst reports

23   were issued over the full Class Period?  It's

24   paragraph 27 of your report.  That's the number.

25     A    I'm sorry.  Paragraph 27?

```
                                        Page 212
 1          Okay.  Now, I understand why I say a

 2   different approach or additional analyses.

 3          So -- right.  During the Class Period,

 4   1,608 stories -- this was for the equity Class

 5   Period.

 6      Q    Uh-huh.

 7          So in paragraph 27, the last sentence, you

 8   say that (as read and/or reflected:)

 9              These firms and analysts

10          released at least 263 reports and

11          recommendations during the Class

12          Period.

13      A    That is correct.

14      Q    And then in paragraph 126 --

15      A    Let me just write down that number.

16          Are you going to refer back to that number?

17      Q    I am.

18      A    Okay.  So where was that?  263.  Okay.

19      Q    And in paragraph 126 on page 47 --

20   actually, part of 126 that bleeds over to 48.  You

21   say (as read and/or reflected:)

22              These firms and analysts

23          released at least 89 reports and

24          recommendations during the Notes

25          Period.
```

Page 213

1          Do you see that?

2      A   I do.

3      Q   So that's a significantly fewer number of

4  reports; 263 versus 89?

5      A   Well, I would agree it's fewer.  We're

6  looking at different periods of time.

7          So by definition, yes, 89 is less than 263.

8      Q   Okay.

9          And for the notes, you found that

10 12 analysts followed FXCM during the Note Period?

11     A   That is what is stated in our

12 paragraph 120, yeah.

13     Q   And how did you conduct that analysis to

14 figure out the 12?  Did you actually just add them

15 all up yourself, or did somebody provide you with

16 that information?

17     A   Did I add them all up myself?

18         I believe that information was provided to

19 me.

20     Q   Okay.

21         And of the analysts that covered the

22 company in this period, in paragraph 127, you

23 indicate that three did not issue reports; is that

24 right?

25     A   Well, I believe that, yes, that is the gist

1   of what I was saying in that paragraph.

2        Q   In connection with a Cammer Factor 2

3   analysis of analyst coverage, does the fact that an

4   analyst doesn't issue a report weigh in favor of

5   finding market -- an efficient market or against?

6        A   I don't think that's something I've ever

7   seen discussed in discussions of Cammer Factor 2.

8        Q   Regardless of whether or not you've seen it

9   discussed, do you have an opinion, sitting here

10  today?

11       A   No.

12       Q   Of all the analyst reports that you

13  considered in connection with your review, were any

14  of them specifically covering the FXCM notes?

15       A   I remember seeing a couple.

16       Q   Do you remember which ones?

17       A   I do not as I sit here today.

18       Q   And how many is a couple?

19       A   I don't recall.

20           But, again -- I mean, it's not clear to me

21  why the information -- the information would still

22  be firm relevance, so -- but, again, I don't

23  remember.  We'll leave it at that.

24       Q   When you say "a couple," do you mean five?

25  Ten?  A hundred?

1      A    Where was that?

2      Q    We determined that there were 89 reports

3   and recommendations.

4      A    Right.  So that's the number I was looking

5   for.  So, yeah, it would definitely be less than a

6   hundred.

7      Q    Okay.

8      A    But I don't remember.

9      Q    Would it be 89?

10     A    No.

11     Q    Okay.

12          Would it be 40?

13     A    I don't -- I -- again, a couple.

14     Q    Okay.

15     A    So less than five.

16     Q    Okay.

17     A    Less than ten.  Is that sufficient?

18     Q    That's fine.  I'm just trying to get a

19   gauge.

20          So the analyst reports tended not to refer

21   to the FXCM notes?

22     A    They referred to the economic conditions of

23   the company, which would affect the FXCM notes.

24     Q    Did they also refer to the stock?

25     A    Yes.

1      Q    Okay.

2           So they specifically discussed one of the

3  securities at issue in this litigation, but they did

4  not discuss the other?

5      A    To the extent that they were not reports

6  that discuss both, I believe that statement is

7  accurate.

8      Q    And I think what we're getting at is the

9  majority of the reports you looked at were not both,

10  only --

11     A    I -- again, I said "a couple."  Less than

12  five or ten.  That's the answer.

13     Q    Is it relevant in your analysis as to

14  whether or not an analyst discusses the specific

15  security at issue in connection with the market that

16  you're studying?

17     A    Not necessarily.

18     Q    Why not?

19     A    Why?  Because we're worried about firm

20  information and its impact on securities.

21          And so to the extent that an analyst report

22  is talking about the firm's financial condition,

23  that is going to affect both equity and stock.

24     Q    Would it be more likely that a security

25  trades in an efficient market if the analyst

Page 217

1    discussed the security as opposed to just the

2    company?

3         A    That's an interesting question.  I've never

4    really thought about that.

5              I would need to think about that more.

6         Q    Sitting here today, you have no view on

7    that?

8         A    It's -- well, yeah, I would want to think

9    about that more.

10        Q    One of the things you considered in your

11   analysis for Cammer Factor 2 for your notes that you

12   did not for the common stock is institutional

13   ownership.

14        A    That is correct.

15        Q    Why is that?

16        A    Because these -- as economists, we

17   typically think of these institutions as more

18   informed, and, thus, the fact that they held those

19   would suggest that information was incorporated into

20   the bond prices.

21        Q    Okay.

22             Is it -- what is your understanding as to

23   who -- who is eligible to purchase the FXCM notes at

24   issue in this case?

25        A    Well, I -- I need to refer somewhere else

1    in my report, but looking at paragraph 130, (as read

2    and/or reflected:)

3                     Because Rule 144A notes are

4              held and traded solely as by QIBs,

5              the entire issue of the FXCM notes

6              was owned by an institutional

7              investors.

8              I don't remember what -- it's, like,

9    qualified in -- I don't remember exactly what QIB

10   stands for or the exact -- something about qualified

11   investors.  So I think I have that somewhere else in

12   my report.

13       Q    Okay.

14            What is your understanding of what a

15   Rule 144A note is just at a very high level?

16       A    Well, I mean, it's a bond offering

17   obviously.  It can only be -- it can only be held by

18   QIB investors.  But I think --

19       Q    Is that true of all bond offerings, that

20   they can only be held by QIB investors?

21       A    No.

22       Q    What's different at a high level between

23   Rule 144A notes and other bond offerings?

24       A    Well, so these are -- and I'm reading from

25   paragraph 21 (as read and/or reflected:)

Page 219

1                   Notes that are not registered
2             with the SEC and are exempt from
3             the typical registration
4             requirements are commonly referred
5             to as Rule 144A issues.
6                   Notes issued under Rule 144A
7             can only be traded by qualified
8             "investment" buyers, hence QIBs --
9             MR. HAKLAY:  I think it's "institutional."
10            THE WITNESS:  What did I say?
11            MR. HAKLAY:  "Investors."
12            THE WITNESS:  (As read and/or reflected:)
13                  -- qualified institutional
14            buyers, which are entities acting
15            for [their] own account or the
16            accounts of other qualified
17            institutional buyers, that in the
18            aggregate owns and invests on a
19            discretionary basis at least
20            $100 million in security of issuers
21            that are not affiliated with the
22            entity.
23     BY MR. ISAJIW:
24         Q   Other than what's on that paragraph, do you
25     have any other understanding of Rule 144A?

Page 220

1       A    I think that gives an accurate description

2    of my understanding of Rule 144A.

3       Q    And that's the entirety of your

4    understanding of Rule 144A as it relates to your

5    opinions in this case?

6       A    I don't know.  It's an overly broad

7    question.  I'm not sure how to answer that.

8       Q    Have you ever done an event -- I'm sorry.

9            Have you ever done a market efficiency

10   analysis in any other matters related to Rule 144A

11   bonds?

12      A    So yes.

13      Q    Which ones?

14      A    I don't know.  I mean, I've done hundreds

15   of cases over my lifetime.

16      Q    How many of those hundreds of cases do you

17   believe had to do with Rule 144A notes?

18      A    I have no idea.

19      Q    Proportionately, do you think it is

20   20 percent?  10 percent?  5 percent?

21      A    In my lifetime, in terms of cases that I've

22   worked on?

23      Q    In the last ten years.

24      A    Okay.

25           Let me ask a clarifying question.  Do you

Page 221

1   mean issued expert reports on?

2        Q    Let's start there.

3        A    Okay.

4             Because that is a different question than

5   what you asked me.

6        Q    Okay.

7             Let's ask that question.

8        A    I have no idea.

9        Q    How many times have you issued an expert

10  report on Rule 144A bonds?

11       A    I have no idea.

12       Q    Other than this case, do you remember that

13  you have, in fact, issued an expert report on a

14  Rule 144A bond?

15       A    I'll stick with I have no idea.

16       Q    What about just being engaged as a

17  consultant?  How many times have you been engaged as

18  a consultant in connection with an analysis for an

19  efficient market in a Rule 144A bond?

20       A    Yeah, I don't recall.  When did I start --

21  well, let's go to my ...

22       Q    I'm not looking for exact numbers.  Is it

23  at least once?

24       A    Sure.

25       Q    Okay.

Page 222

1           Is it more than 20?

2      A    Again, at this point -- at that point, I

3    would be speculating.

4      Q    Okay.

5      A    I have no idea -- when I say "I have no

6    idea," I mean I have no idea.  If -- I know it's

7    more than one, less than 20.  I have no idea.

8      Q    Okay.

9      A    I'm giving you the best answer I possibly

10   can give you.

11     Q    I appreciate that and I'm trying to make

12   sure we get to there.  So ...

13          In connection with your Cammer Factor 2

14   analysis of the FXCM notes, would you consider

15   coverage by rating agencies to be potentially

16   important?

17     A    With regards to 144A bonds?  I'm sorry.

18          THE WITNESS:  Could you reread the

19   question.

20          (The record was read back as

21          follows:

22              "Question:  In connection with

23          your Cammer Factor 2 analysis of

24          the FXCM notes, would you consider

25          coverage by rating agencies to be

Page 223

1            potentially important?")

2            THE WITNESS:  So when you say "coverage by

3     the rating agencies," do you mean of the bonds?

4     BY MR. ISAJIW:

5         Q    What is your understanding of what a credit

6     rating agency does when it covers a fixed income

7     security?

8         A    Well, it performs analysis.  It looks at --

9         Q    What kind of --

10        A    Looks at things like the firm's

11    profitability.

12        Q    To do -- to determine what?

13        A    How "safe" the bonds are for -- well, and I

14    put safe in quotation marks because rating agencies

15    don't always do the best jobs.

16            To help inform people about whether or not

17    the risk associated with holding these securities.

18        Q    Do you have a view as an economist as to

19    whether or not a bond being covered by a rating

20    agency would tend to support it being traded in an

21    efficient market?

22        A    I could certainly see where that would be

23    something that I might take into consideration.

24            And I can think of other cases where I have

25    looked at that.

Page 224

1      Q    Okay.

2           Would the lack of rating agency coverage

3      for a security tend to be inconsistent with the

4      conclusion that it traded in an efficient market?

5      A    Not necessarily.

6      Q    But possibly?

7      A    Anything is possible.

8      Q    Is it more likely that a security trades in

9      an efficient market if it is covered or not covered

10     by a rating agency?

11     A    That's not any -- that's not a question

12     I've ever been asked to consider, so it's not

13     something I've ever thought about.

14     Q    Okay.

15          Sitting here today, you've never thought of

16     it once?

17     A    No.

18     Q    Okay.

19          Do you know if these FXCM notes were

20     covered by a rating agency?

21     A    I don't believe so, but I don't -- I don't

22     specifically recall.

23     Q    Is it something that you looked into when

24     you were conducting your analysis?

25     A    As I sit here, I don't recall.  I mean --

Page 225

1    here.  I'm sorry.  Let's be more precise.

2            Yeah.  To the best of my recollection, I

3    don't believe they were covered by a ratings agency.

4        Q    Okay.

5            Looking at page 48, under Cammer Factor 2,

6    one of the additional factors you looked at is

7    institutional ownership.

8            Do you know which institutions transacted

9    in the notes during the Notes Period?

10       A    As I sit here today, no.

11       Q    Is it anywhere in your report?

12       A    I don't believe so.

13       Q    Is that information available to you?

14       A    I don't believe so.

15       Q    Did you request it?

16       A    No.

17       Q    So let's move to Cammer Factor 3,

18   "Prominent Underwriters and Market Makers."

19           This is another example where you took a

20   slightly different analysis from the common stock to

21   the notes in that you discuss not only market makers

22   but also underwriters; is that correct?

23       A    Correct.

24       Q    Why is that at a very high level?

25       A    At a very high level?  Well, underwriters

Page 226

1    oftentimes make markets -- well, let's -- yeah.  As

2    I stated here (as read and/or reflected:)

3                    Investment banks that

4              underwrite --

5              And I'm looking at paragraph 132. (As read

6    and/or reflected:)

7                    Investment banks that

8              underwrite notes typically then

9              serve as market makers for the

10             notes.

11             It would be a mistake to think

12             that once the bonds are all sold,

13             the investment banking firm's ties

14             with the deal are ended.  Those who

15             bought the bonds will look to the

16             investment banking firm to make a

17             market in the issue.  This means

18             that the investment banking firm

19             must be willing to take a principal

20             position in a secondary market

21             transaction.

22        Q    And the footnote to the section of your

23    report you just read references (as read and/or

24    reflected:)

25                    "The Primary and Secondary

Page 227

1          Bond Markets," by Frank J. Fabozzi,

2          F-a-b-o-z-z-i, and Frank J. Jones,

3          Chapter 3, in "The Handbook of

4          Fixed Income Securities," 7th

5          edition, edited by Frank J. Fabozzi

6          and Steven V. Mann.

7          Is that correct?

8     A    That is correct.

9     Q    Other than that source, what are you basing

10   that statement on?

11         The statement that investment banks

12   underwrite notes -- that investment banks that

13   underwrite notes typically then serve as market

14   makers for the notes.

15    A    I don't know.  Thirty years of experience

16   doing Ph.D., which focused on the role of investment

17   banks in securities offerings.

18    Q    In connection with notes?

19    A    Specifically 144A notes?  No.  But in

20   general, yes.

21    Q    Okay.

22         Does Fabozzi discuss how long an investment

23   bank will act as a market maker after the initial

24   issuance of a note?

25    A    As I sit here, I don't recall.

Page 228

1        Q   Do they discuss whether all of the
2    underwriters who are involved in the initial
3    issuance of a note will continue on as market
4    makers?
5        A   As I sit here, I don't recall.
6        Q   Do you know in connection with this
7    analysis how long any of these underwriters operated
8    as a market maker in connection with the FXCM notes?
9        A   I don't -- I need to relook at -- I need to
10   relook at the TRACE data, but as I sit here, no.
11       Q   Would the TRACE data tell you which
12   underwriters operated as a market maker in
13   connection with the 144A notes?
14       A   I don't -- I don't recall as I sit here.
15       Q   Do you have any understanding as to whether
16   the underwriters acted as a market maker throughout
17   the entire notes period at issue here?
18       A   I do not.
19       Q   Did you do any investigation to determine
20   whether or not the underwriters acted as a market
21   maker throughout the entire Notes Period here?
22       A   As I sit here, I don't recall.
23       Q   To the extent -- to the extent these
24   underwriters did not act as a market maker for the
25   notes throughout the Notes Period, would that tend

```
                                        Page 229
 1    to indicate that the notes did not trade in an
 2    efficient market?
 3              MR. HAKLAY:  Objection.
 4              THE WITNESS:  No.
 5    BY MR. ISAJIW:
 6        Q   It would at least remove whatever evidence
 7    of trading in an efficient market was ascribable to
 8    the time period when they did act as a market maker;
 9    is that correct?
10        A   I'm sorry.  I don't understand the
11    question.
12        Q   If I understand what you're saying in this
13    report correctly, the fact that underwriters act as
14    market makers for these notes is one -- under Cammer
15    Factor 2, one indicia that the notes traded in an
16    efficient market; is that correct?
17        A   I believe that's accurate.
18        Q   Okay.
19              MR. HAKLAY:  I'm sorry.  I think you meant
20    Cammer Factor 3.  Just so the record is clear.
21              THE WITNESS:  Oh, yeah, sorry.
22              MR. ISAJIW:  Thank you for your
23    clarification.
24              MR. HAKLAY:  You both meant it, I know.
25    ///
```

Page 230

1    BY MR. ISAJIW:

2        Q    So to the extent that wasn't true for some

3    period of the Notes Period, that would no longer

4    support for the period where it wasn't true that the

5    notes traded in an efficient market; correct?

6        A    Not necessarily.

7        Q    I'm just -- so if it is true that an

8    underwriter acting as a market maker tends to

9    support efficiency, it can't also be true that an

10   underwriter not acting as a market maker would still

11   support the efficiency; it stopped.

12       A    Well, okay.  I guess you then need to

13   discuss or differentiate between efficiency and

14   inefficiency.  Right.

15            Efficiency is not a yes-or-no phenomenon.

16   It's not a bipolar or two tail, whatever you want --

17   however you want to say it.  It is not a yes or no.

18   It is on a sliding scale.

19       Q    So to the extent on that sliding scale that

20   an underwriter acting as a market maker tends

21   towards efficiency, when it stops acting as a market

22   maker, it no longer tends towards efficiency, does

23   it?

24       A    I'm not sure that's correct.  I would need

25   to think about it more.

Page 231

1      Q   Other than the underwriters for the FXCM

2   notes, how many market makers were there?

3           And I'll point you to paragraph 133, which

4   I believe is where you describe -- paragraph 144 --

5   no.  Paragraph 133, it says (as read and/or

6   reflected:)

7                   Additionally, Barclays,

8              Sandler O'Neill, and UBS published

9              a report stating that they made a

10             market in FXCM securities during

11             the Class Period.

12             Did I read that correctly?

13     A   That's correct.

14     Q   The reason I'm asking is:  Do you know as

15   part of your analysis that Barclays, Sandler

16   O'Neill, and UBS made a market in FXCM notes during

17   the Notes Period?

18     A   I'm sorry.

19           THE WITNESS:  Could you reread that,

20   please.

21             (The record was read back as

22             follows:

23                 "Question:  Do you know as

24             part of your analysis that

25             Barclays, Sandler O'Neill, and UBS

```
                                              Page 232
 1              made a market in FXCM notes during
 2              the Notes Period?")
 3              THE WITNESS:  I would need to take a
 4      close -- a closer look at these reports to refresh
 5      my memory.
 6      BY MR. ISAJIW:
 7          Q    Would -- which reports are you talking
 8      about?
 9          A    The reports published by Barclays, Sandler
10      O'Neill, and UBS where they state they made a market
11      in FXCM securities during the Class Period.
12          Q    Okay.
13              So this is in the notes section of your
14      analysis; correct?
15          A    That is correct.
16          Q    And you're citing these in connection with
17      FXCM securities, not stock or notes, but securities,
18      the broader term.  And you're citing the Class
19      Period, not the Notes Period.  Again, the broader
20      term.
21              So I'm just trying to determine if you did
22      any analysis in connection with your report to
23      determine that these three entities were market
24      makers in the notes for the subsection of the Class
25      Period that was the Notes Period.
```

```
                                         Page 233

 1      A    Right.

 2           And so in order to refresh my memory, I

 3    would need to look at the reports in which those

 4    statements were made.

 5      Q    Did you previously look at the reports in

 6    which those statements were made and conclude that

 7    they did and now you just don't remember?  Or did

 8    you not do the analysis initially?  That's what I'm

 9    trying to understand.

10      A    Right.  And I don't recall.

11      Q    Okay.

12           Would you agree that there are

13    significantly few market makers for the notes than

14    there were in your analysis for the class -- for the

15    common stock?

16           MR. HAKLAY:  Objection.  More

17    significantly.

18           THE WITNESS:  Could you reread the

19    question, please.

20    BY MR. ISAJIW:

21      Q    You identified 205 market makers for FXCM

22    common stock; correct?

23      A    That is correct.

24      Q    Okay.

25           At best, based on what I'm reading in your
```

Page 234

1    report, there are between 5 and 7 potential market

2    makers for the notes, although it's unclear, based

3    on the report, how many of them were actually market

4    makers for the notes.

5              So what I'm asking is, did you do anything

6    in your analysis to account for the fact that there

7    is a significant difference in the number of market

8    makers in common stock, 205, versus the notes,

9    roughly 5 to 7?

10             MR. HAKLAY:  Objection.  Vague.

11             THE WITNESS:  Yeah.  I don't understand the

12   question.

13             What type of analysis are you referring to?

14   BY MR. ISAJIW:

15      Q    You did an analysis on market efficiency.

16      A    Correct.

17      Q    For both the common stock and the notes;

18   correct?

19      A    That is correct.

20      Q    In both of those analysis, you looked at

21   Cammer Factor 3, which deals with, amongst other

22   things, market makers; is that correct?

23      A    That is correct.

24      Q    Is it your view that more market makers

25   tend to support a finding of market efficiency than

Page 235

1  less market makers?

2       A   I don't know how courts rule on that.

3       Q   I'm not asking how courts rule on it.  I'm

4  asking how you as an economic expert rendering an

5  expert report view that factor.

6       A   Right.  But I'm doing that -- I'm doing

7  this in the context of litigation in which that -- I

8  have been asked to provide this information.

9            My understanding is courts find this

10 information helpful, and so I presented it to them.

11      Q   So sitting here today, as an economist,

12 have you ever thought about whether or not more

13 market makers tend to support efficiency versus

14 fewer market makers?

15      A   Hold on one second.  I just need to look at

16 something here.

17           THE WITNESS:  Could you repeat the

18 question, please.

19           (The record was read back as

20           follows:

21              "Question:  So sitting here

22           today, as an economist, have you

23           ever thought about whether or not

24           more market makers tend to support

25           efficiency versus fewer market

1          makers?")

2          THE WITNESS:  I mean, I would need more

3    information to ask that -- answer that question.

4    BY MR. ISAJIW:

5          Q   If a security traded in a market that had

6    205 market makers, in your view, as an economist,

7    would it be more likely that that security is --

8    trades in an efficient market than one that has

9    seven market makers?

10         A   Not necessarily.

11         Q   Is the number of market makers relevant in

12   any way to your analysis of efficient market?

13         A   Could be.

14         Q   In connection with this analysis, was the

15   number of market makers relevant in connection with

16   your conclusion that the common stock traded in an

17   efficient market?

18         A   Well, let's see.

19             It informed my opinion, yes.

20         Q   In your opinion, is there a number of

21   market makers that would be too few to establish an

22   efficient market?

23         A   I -- that's not anything I've ever thought

24   about.

25         Q   If there were no market makers for a

Page 237

1    security and they traded just between individual

2    buyers and sellers, would that support market

3    efficiency under Cammer Factor 3?

4        A    Well, so now you're asking me about under

5    Cammer Factor 3.  And then you get to court rulings.

6        Q    Are you giving a legal opinion in your

7    report or an economic opinion?

8        A    No.  I am presenting evidence that I

9    believe supports my findings in this report.

10       Q    If the evidence, under Cammer Factor 3 in

11   your analysis, was that there was only one market

12   maker for a security, would that support a

13   conclusion that the security traded in an efficient

14   market?

15            MR. HAKLAY:  Objection.

16            THE WITNESS:  It's possible.

17   BY MR. ISAJIW:

18       Q    If there were no market makers in a

19   security, would that support the conclusion in your

20   analysis that the security traded in an efficient

21   market?

22            MR. HAKLAY:  Objection.  Assumes facts not

23   in evidence.

24            THE WITNESS:  So in your hypothetical

25   example, nobody makes markets in the security.

1  Sure.  Something could still about efficient with no

2  market makers if just traded between individuals.

3          There's no reason to -- yeah.  That's the

4  answer.

5  BY MR. ISAJIW:

6      Q    Take a look at paragraph 134, page 49.

7          It says (as read and/or reflected:)

8              During the Class Period,

9          according to the trades reported to

10         TRACE, between 35 percent and

11         40 percent of the trades reported

12         were dealer transactions which

13         results from a large number or

14         dealers facilitating transactions

15         similarly to how Market Makers

16         increase the efficiency of the

17         equity market.

18         Do you see that?

19     A    I do.

20     Q    Did I read that correctly?

21     A    Yeah.

22     Q    Based on your analysis of the TRACE data --

23  I'm sorry.  Let me step back for a second.

24         Why would the proportion of

25  dealer-to-dealer trades be relevant to your

Page 239

1    analysis?
2        A    Well, to the extent that oftentimes in
3    economics people make the argument that dealers are
4    more informed, that would -- that would influence my
5    analysis.
6        Q    Okay.
7             What do you mean by "dealer transactions"?
8        A    Dealer transactions defined by the TRACE
9    data.
10       Q    Okay.
11            And what is that -- is that between one
12   securities broker dealer and another securities
13   broker dealer?
14       A    As I sit here today, I would need to look
15   at the data to refresh my recollection.
16       Q    Do you believe, as you sit here today, that
17   a dealer transaction would -- in the TRACE data be
18   relevant to a dealer trading with a qualified -- a
19   QIB?
20       A    I don't understand the question.
21       Q    You indicated to me that the TRACE data, at
22   least in some way, indicates when it's a dealer
23   transaction.
24       A    That is correct.
25       Q    Does the TRACE data demonstrate any other

Page 240

1  type of transaction?

2       A    As I sit here, I don't recall.

3       Q    Did you review the TRACE data yourself in

4  connection with your analysis?

5       A    I did.

6       Q    Do you know if the TRACE data identifies

7  which dealers are trading the notes?

8       A    Well, I -- when you say "which dealers,"

9  you mean -- I don't believe so, as I sit here today,

10  but, again, I would need to look at the data

11  specifically to refresh my memory.

12       Q    Assuming you're correct that the TRACE data

13  does not identify which dealers were trading in a

14  transaction, how did you determine that there was a

15  large number of dealers?

16       A    Well, based on the fact that 35, 40 percent

17  of the trades were dealer transactions.

18            Maybe I was inartful.

19       Q    Based on the TRACE data, can you tell how

20  many dealers traded during the Notes Period?

21       A    Again, I would need to look at the TRACE

22  data to refresh my recollection.

23            I'm happy -- I'm happy if you have the

24  TRACE dataset, or at least a page of the TRACE

25  dataset to look over that.

Page 241

1         But as I sit here today, I don't
2    specifically remember the answer to that question.
3         Q    When you were doing your analysis, do you
4    remember if you ever tried to determine how many
5    dealers traded during the Notes Period?
6         A    Again, I would refer to the same answer.
7         Q    So you don't recall right now whether or
8    not you ever tried to determine whether -- how many
9    dealers traded during the Notes Period?
10        A    Again, looking at the TRACE data will help
11   me refresh my recollection.
12        Q    As to whether or not you tried to determine
13   that initially?
14        A    It will refresh my memory regarding the
15   TRACE data, and so, then, yes, it will refresh my
16   memory with regards to your question.
17        Q    So in connection with the note in Cammer
18   Factor 3, you looked at prominent underwriters,
19   market makers.
20             Cammer Factor 3, as we discussed earlier
21   today, also discusses arbitrageurs; correct?
22        A    I believe that -- so let's look back at ...
23   yes.
24             And I'm reading from paragraph 33 (as read
25   and/or reflected:)

```
                                        Page 242
 1              The Cammer court stated, "the
 2         existence of market makers and
 3         arbitrageurs would ensure
 4         completion of the market
 5         mechanism"...
 6      Q    So in connection with your analysis of the
 7    FXCM notes, under Cammer Factor 3, did you examine
 8    arbitrageurs?
 9      A    So is your question in the TRACE dataset is
10    there an indicator with regards to whether or not
11    these dealers are arbitrageurs?
12      Q    No.
13         My question is (as read and/or reflected:)
14              So in connection with your
15         analysis for the FXCM notes, under
16         Cammer Factor 3, did you examine
17         arbitrageurs?
18      A    I don't know how to answer that question.
19      Q    Did you conduct any analysis to determine
20    whether or not arbitrageurs existed in trading for
21    the FXCM notes?
22      A    I do not know -- I have not pulled the
23    market participants and asked them why they bought
24    or sold the notes --
25      Q    Okay.
```

Page 243

1      A   -- which is what I would need to determine
2    whether or not they were arbitrageurs.
3      Q   Okay.
4          So the existence or nonexistence of
5    arbitrageurs is not a factor in your analysis of the
6    FXCM notes?
7          THE WITNESS:  Could you read the question,
8    please.
9          (The record was read back as
10         follows:
11             "Question:  So the existence
12         or nonexistence of arbitrageurs is
13         not a factor in your analysis of
14         the FXCM notes?")
15         THE WITNESS:  Again, I don't know the
16   overlap between what these traders were doing and
17   their purposes in doing it.
18         So to the extent that I was unable to ask
19   them the purposes of their trades, I guess that was
20   accurate.
21   BY MR. ISAJIW:
22     Q   Okay.
23     A   But, again, that's a guess based on
24   speculation.
25     Q   You don't remember incorporating the

Page 244

1    concept of arbitrageurs into your analysis of the

2    FXCM notes, sitting here today?

3              MR. HAKLAY:  Objection.  Asked and

4    answered.

5              THE WITNESS:  Yeah.  I'm -- I'm not sure

6    your question makes sense.

7              MR. HAKLAY:  Peter, before you ask your

8    next question, at the last break the witness ask

9    that we take breaks more frequently than every hour,

10   so I was thinking every 45 minutes, which is not for

11   another seven minutes, but I meant to tell you that

12   before we started again.

13             MR. ISAJIW:  I'm happy to accommodate, but

14   let's discuss that off the record when we get a

15   chance.

16        Q    Let's turn to Cammer Factor 5 as it relates

17   to your FXCM notes analysis.

18             And, again, this is (as read and/or

19   reflected:)

20                   Price Reaction to New

21             Information.

22             Let me know when you're there.

23        A    Yep.

24        Q    Okay.

25             Did you include all three of the event days

Page 245

```
1    we discussed earlier with the common stock analysis
2    in your notes analysis?
3         A    Did I include them?
4              I think they're implicitly included, but
5    that was not one -- I did not look at the first
6    event date that I looked at with regards to the
7    equity when I was looking at the bonds.
8         Q    And why is that?
9         A    Because there's no reason for me to think
10   that the transaction undertaken by the company would
11   have any impact whatsoever on the firm's probability
12   of bankruptcy.
13        Q    Why not?
14        A    Why not?
15        Q    Yeah.
16        A    I -- there's no reason for me to think that
17   buying another company in this -- in which the
18   analyst said it was a positive would necessarily
19   impact the probability of bankruptcy.
20        Q    And that's the reason you've excluded it?
21        A    Yeah.
22             As I state in my report (as read and/or
23   reflected):
24                 Of the three events I selected
25             for testing FXCM common stock
```

Page 246

1             market efficiency, only two events
2             occurred following the issuance of
3             the FXCM notes.
4             (Reporter clarification.)
5    BY MR. ISAJIW:
6        Q    So what I heard in your answer just a
7    moment ago is that you also had the view that unless
8    an event relates to the possibility of FXCM's
9    bankruptcy, it wouldn't be relevant to a noteholder?
10       A    No.  Let's -- let's be very specific here.
11            So turning to paragraph 137 of my report.
12            Clearly lays out my belief on this subject
13   matter (as read and/or reflected:)
14              Because of bonds' seniority in
15            the capital structure of a company,
16            bonds' values and therefore prices
17            are insulated from all but the most
18            extreme news by a common stock
19            valuation cushion.
20              As a result, bonds are
21            typically the least sensitive of
22            all securities to company-specific
23            news while being the most sensitive
24            to a change in a firm's probability
25            of default.

Page 247

1              It follows that not all of the
2         event study events selected for
3         FXCM common stock would make
4         suitable candidates for a bond
5         market efficiency event study.
6    Q    I recognize that that's what's written
7  there.  But I'm talking about what you said earlier,
8  which is (as read and/or reflected:)
9              There was no reason for me to
10        think that buying another company
11        in this -- in which the analyst
12        said it was positive would
13        necessarily impact the probability
14        of bankruptcy.
15        I asked (as read and/or reflected:)
16             And that's the reason you
17        excluded it?
18        And you said (as read and/or reflected:)
19             Yeah.
20             Of the three events I selected
21        for testing FXCM common stock
22        market efficiency, only two events
23        occurred following the issuance of
24        the FXCM notes.
25        So I'm just getting back, not to what you

Page 248

1    wrote there, but I'm trying to better understand

2    your answer orally about the relationship to the

3    likelihood of bankruptcy and relevance to efficiency

4    of markets and notes.

5         A    Right.

6              So I didn't think that that particular

7    transaction would change the firm's probability of

8    default would be a more precise way to state what I

9    inarticulately stated before.

10        Q    Generally speaking, if an event would

11   change the firm's probability of default, is it more

12   likely that you would include it in an event study

13   for notes like the FXCM notes?

14        A    I mean, I would need to do -- I would need

15   to do that on a case-by-case basis.

16             I guess it --

17             THE WITNESS:  Could you ask the question

18   again or reread the question.  Sorry.

19             (The record was read back as

20             follows:

21                 "Question:  Generally

22             speaking, if an event would change

23             the firm's probability of default,

24             is it more likely that you would

25             include it in an event study for

Page 249

1          notes like the FXCM notes?")
2          THE WITNESS:  It would depend on the
3   situation.
4   BY MR. ISAJIW:
5      Q   The situation is it's more like -- more
6   likely to result in a bankruptcy.
7      A   Well, okay.
8          Oh.
9          When you say "more likely," 1 percent more
10  likely?  Two percent more likely?
11     Q   I'm trying to get your view of how -- what
12  percentage of likeliness to increase the probability
13  of bankruptcy is the threshold above which you would
14  enter an event into an event study for the FXCM
15  notes.
16         MR. HAKLAY:  For that reason alone?
17         THE WITNESS:  No.  I don't think --
18         MR. HAKLAY:  Objection.  Calls for a
19  hypothetical.
20         THE WITNESS:  That's not a --
21         MR. HAKLAY:  Misstates the facts in
22  evidence.
23         Please.
24         THE WITNESS:  That's not a question that
25  I've ever been asked to address in these types of

```
                                        Page 250
 1   analysis.
 2   BY MR. ISAJIW:
 3       Q    You have been asked just now.
 4       A    Not in the context of doing my report.
 5       Q    No.  I'm asking you the question now.  I'm
 6   asking when you're -- you talked earlier about an
 7   objective screening of events to include in the
 8   event study.
 9            You've just indicated that an event that is
10   increasing the probability of bankruptcy would be an
11   event that you would look at to include in the event
12   study related to the notes.
13            I'm asking:  What percentage of an
14   increased likelihood is required for you to actually
15   include it?
16            MR. HAKLAY:  Objection.  Argumentative.
17            Objection.  Misstates his --
18            MR. ISAJIW:  "Objection" is fine.
19            MR. HAKLAY:  Excuse me?
20            MR. ISAJIW:  "Objection" is fine.  We don't
21   need speaking objections.
22            MR. HAKLAY:  You don't need to tell me what
23   to say.  If I want to give a 50-word objection, I
24   will.  You can tell the judge one day, if you like.
25            Objection.  Argumentative.
```

Page 251

```
1              Objection.  Misstates his testimony.

2              You can answer, sir.

3              THE WITNESS:  I don't think I've ever

4    thought about a bright-line test like it has to --

5    it has to be done on a case-by-case basis.

6    BY MR. ISAJIW:

7         Q    Okay.

8              On --

9         A    In this --

10        Q    In this case --

11        A    In this case, I did not --

12        Q    -- it was -- I'm sorry.

13             MR. HAKLAY:  Finish your answer.  No, no,

14   just finish your answer, please.

15             THE WITNESS:  In this case, I did not

16   believe it significantly changed the firm's

17   probability of bankruptcy.

18   BY MR. ISAJIW:

19        Q    In this case, if one of the events you

20   reviewed in your objective screen increased the

21   probability of bankruptcy by 1 percent, would that

22   be likely to be included in your analysis or

23   unlikely?

24             MR. HAKLAY:  Objection.  Assumes facts not

25   in evidence.
```

Page 252

```
 1              THE WITNESS:  Right.  It's an incomplete
 2      hypothetical.  I mean, I can't do it.
 3              Again, you would need -- I need to have the
 4      entire context, look at the entire facts associated
 5      with the situation in order to arrive at my
 6      determination.
 7      BY MR. ISAJIW:
 8          Q   If an event, as part of your objective
 9      screen -- strike that.
10              If in part of your objective screen you
11      reviewed an event that you determined was 87 percent
12      likely to increase the probability of FXCM's
13      bankruptcy, do you think you would include it in
14      your event study?
15              MR. HAKLAY:  Same objections.
16              THE WITNESS:  So in your hypothetical, the
17      probability of bankruptcy would be -- would increase
18      by 87 percent or the -- there would be an 87 percent
19      probability that that event would impact the
20      probability of bankruptcy?
21      BY MR. ISAJIW:
22          Q   I don't know.  I'm asking you.  Which of
23      those two would be relevant for your objective
24      screen?
25          A   Yours is an incomplete hypothetical.  It's
```

Page 253

1  unclear.  I can't answer it, as I sit here today.

2       Q   If an event would increase by 87 percent

3  the likelihood of bankruptcy, would that be

4  something you would probably include in your event

5  study?

6            MR. HAKLAY:  Same objection.

7            THE WITNESS:  So in your incomplete

8  hypothetical example, if an event occurs that

9  increases the probability of a firm defaulting by

10 87 percent.  Again, I can't -- I would need more

11 facts in order to make that determination.

12 BY MR. ISAJIW:

13      Q   Of the events that you reviewed in

14 connection with designing your event study in this

15 case, was your view of probability of increasing

16 bankruptcy relevant to your selection process?

17           MR. HAKLAY:  Objection.  Asked and

18 answered.

19           Please answer it.

20           THE WITNESS:  I don't understand the

21 question.

22           I thought -- I don't understand the

23 question.

24           Can we take a break now?

25           MR. ISAJIW:  One second.

```
                                       Page 254
 1      Q    Earlier today you testified that you
 2   reviewed a number of possible events for inclusion
 3   in your event study; correct?
 4      A    That is correct.
 5      Q    And that you -- we talked about you have a
 6   process where you considered to be an objective
 7   screening for selecting amongst those which are the
 8   actual events that you include; is that correct?
 9      A    Well, we're not discussing my news/no-news
10   analysis, that is correct.
11      Q    Okay.
12           In that or any other context in your
13   analysis here, was probability of bankruptcy a
14   selection criteria?
15      A    I don't know how to answer that question.
16      Q    In the news/no-news context, was
17   probability of bankruptcy a selection criteria?
18      A    No.
19      Q    Okay.
20           In the event study, choosing the three --
21      A    Well, I do not believe so.
22      Q    Okay.
23           In your decision-making process to pick the
24   three days that you ultimately included in your
25   event study, was the probability of bankruptcy a
```

Page 255

1  selection criteria?

2         A    In my equity analysis?

3         Q    Let's start there.

4         A    I don't know.  It's not something I've ever

5  been asked before.  It's not something I've -- I

6  mean, I thought that those three events were new

7  material information that would result in a

8  statistically significant stock -- that was material

9  enough to result in a statistically significant

10 stock price movement.

11             With regards to the bonds, same answer

12 except I only found two events.

13        Q    Okay.

14             And was the selection process for the bonds

15 of those two events related to your perception of

16 increased likelihood of bankruptcy?

17             MR. HAKLAY:  Objection.  Asked and

18 answered.

19             THE WITNESS:  So is your question:  Do I

20 think the firm losing $220 million increased their

21 probability of bankruptcy?

22 BY MR. ISAJIW:

23        Q    That's not my question.  My question is --

24        A    Well, it is -- sorry.

25             May I please finish my answer?

Page 256

1        Q    You asked me a question --

2        A    No, I'm asking --

3        Q    I'm answering your question.

4             You asked me --

5             MR. HAKLAY:  You know what, it's been

6    almost an hour.  It's time to take a break.

7             THE WITNESS:  Let's take a break.

8    BY MR. ISAJIW:

9        Q    There's a question pending.  I would like

10   you to answer the question pending before we take a

11   break.  It's a relatively simple question.  If the

12   answer is yes or the answer is no, that's fine.

13            I'm just asking if your perception of

14   likelihood of bankruptcy was a selection criteria

15   for the event study in connection with the notes.

16            MR. HAKLAY:  Objection.  Argumentative.

17   Repetitive.  Asked and answered.

18            Please.  You can answer one more time.

19            THE WITNESS:  I believe -- and let me get

20   the number exactly correct.

21            For instance ...

22   BY MR. ISAJIW:

23       Q    Maybe I can reframe the question.

24       A    Well, no.  Let me answer your question as

25   stated.

```
                                          Page 257
 1      Q    Okay.
 2      A    So on paragraph 85, I'm quoting here (as
 3   read and/or reflected:)
 4             FXCM -- let's see --
 5             Their clients owed them approximately $225
 6   million.
 7             So do I think that having their clients owe
 8   them $225 million increases their probability of
 9   bankruptcy?
10             Yes, I do believe that, but I did not
11   select that date strictly because it increased the
12   probability of the firm's bankruptcy.
13   BY MR. ISAJIW:
14      Q    Was it a relevant factor?
15      A    That's a question I have not considered, as
16   I sit here.
17      Q    Okay.  Now take a break --
18      A    I'm giving you the best answer I can give
19   you.
20             MR. ISAJIW:  I appreciate that.
21             THE VIDEOGRAPHER:  We are going off the
22   record.
23             The time is 3:52 p.m.
24             (Recess was taken at 3:52 p.m.
25             until 4:07 p.m.}
```

```
                                              Page 258
 1            THE VIDEOGRAPHER:  We are back on the
 2    record.
 3            The time is 4:07 p.m.
 4    BY MR. ISAJIW:
 5        Q   Dr. Werner, I want to talk about your --
 6    again, in relation to the notice, your event study
 7    that you conducted under Cammer Factor 5, the
 8    section titled "Cammer Factor 5:  Price Reduction
 9    and New Information."
10            MR. HAKLAY:  Price reaction.
11    BY MR. ISAJIW:
12        Q   "Price Reaction to New Information."
13        A   All right.  Okay.
14            And what page?
15        Q   50.
16        A   Okay.
17        Q   And specifically just to start off, if you
18    turn a couple pages to 53.
19        A   Page 53?
20        Q   Yes.
21            We see "Event Study Results" as a heading
22    for the January 16th, 2015 day and the February 7th,
23    2017 day on 53 and 54, respectively.
24            And my first question is:  Did you perform
25    a news/no-news analysis for the FXCM notes like you
```

Page 259

1    did for the FXCM common stock?

2        A    I did not.

3        Q    Okay.

4             Why not?

5        A    I mean, I haven't seen it done in the past.

6    Certainly, no one's asked me to do it in the past.

7    I'm not sure I've ever seen a news/no-news analysis

8    for a bond offering.  So I guess I would say, to the

9    best of my understanding, it's not part of industry

10   practice.

11       Q    As an economist, is there a principal

12   difference between the equity and the bond -- the

13   equity security and the bond that would make the

14   news/no-news analysis inappropriate?

15       A    Well, so let's go back to what I -- where I

16   describe bonds.

17            So, again, this is reading from

18   paragraph 137 (as read and/or reflected:)

19               Because of bonds' seniority in

20            the capital structure of a Company,

21            bonds' values and therefore prices

22            are insulated from all but the most

23            extreme news by a common stock

24            valuation cushion.

25                 As a result, bonds are

Page 260

1          typically the least sensitive of
2          all securities to company-specific
3          news while being the most sensitive
4          to a change in a firm's probability
5          of default.
6              It follows that not all of the
7          event study selected for --
8          sorry -- all of the event study
9          events selected for FXCM common
10         stock would make suitable
11         candidates for a bond market
12         efficiency event study.
13    Q    Okay.
14         And so that's why there are few -- fewer
15   events in your event study for the bond, but I'm
16   just talking about the news/no-news analysis that we
17   discussed earlier with the common stock.
18    A    Right.  And that's my answer to your
19   question.
20    Q    What about that answer would indicate that
21   you cannot do a news/no-news study for bonds?
22         MR. HAKLAY:  Objection.  Misstates his
23   testimony.
24         THE WITNESS:  Right.  So you're asking --
25   now you say "cannot."

1          So is it possible to do one?  It is

2    possible to do one.  I'm not sure I've ever seen one

3    performed.

4    BY MR. ISAJIW:

5        Q    Okay.

6          You mentioned that twice that you haven't

7    seen one performed and that you don't believe that

8    it is part of any kind of industry standard.

9          What are you basing that on?

10       A    As I sit here today, my recollection.

11       Q    Okay.

12          Earlier we talked about how many times you

13    analyzed notes transactions from a market efficiency

14    perspective, as opposed to common stock, and I think

15    the summary of that was notes are a far fewer -- the

16    subject of notes is far fewer times the subject of

17    your analysis -- let me rephrase that.

18          Earlier we discussed your prior work in

19    connection with market efficiency analysis as

20    between common stock and notes.

21          And I believe you testified that you

22    analyzed notes far fewer than you do common stock;

23    is that correct?

24       A    I believe it is correct with regards to --

25    with regards to me acting as an expert.

1          In general, there are much fewer bond cases
2   than there are equity cases brought.
3          So I think industrywide, that statement is
4   true as well.
5      Q    Which statement?
6      A    That people analyze bonds less than they do
7   stock.
8      Q    Okay.
9          I'm asking if there's any reason why you --
10  why a news/no-news analysis would not be conducted
11  with a bond, as opposed to a stock.
12          MR. HAKLAY:  Objection.  Asked and
13  answered.
14          Please answer.
15          THE WITNESS:  Again, I refer you to
16  paragraph 137 and not -- I'm speaking not just of my
17  own analysis.  I've seen, obviously, other reports
18  on bond market efficiency.  I've just never -- to
19  the best of my recollection, as I sit here today, I
20  have not seen it done.
21  BY MR. ISAJIW:
22      Q    Which other reports on bond market
23  efficiency are you talking about?
24      A    I don't recall, as I sit here today.
25      Q    Is it possible to do a news/no-news

Page 263

1   analysis on bonds?

2          MR. HAKLAY:  Objection.  Asked and

3   answered.

4          THE WITNESS:  As I stated before, is it

5   possible?  So in the grand -- in the world of

6   possibilities, yes, it is possible.

7          Again, that having been said, I have, to

8   the best of my recollection, I have never seen one

9   performed.

10  BY MR. ISAJIW:

11     Q   And at any point in connection with this

12  analysis, did you try to perform one?

13         MR. HAKLAY:  Objection.  Asked and

14  answered.

15         Please answer.

16         THE WITNESS:  I don't believe so.

17  BY MR. ISAJIW:

18     Q   And when you made the decision not to

19  perform one, was that based on anything, other than

20  you just haven't seen them being done before and

21  that you were not asked to do one?

22     A   Asked to do one.

23         So I don't understand the question.

24         Are you suggesting that -- I don't

25  understand the question.

Page 264

1     Q    I thought when I asked you earlier about
2     whether or not you did, you said no.
3               And I said, "Why not?"
4               And I believe you said you weren't asked to
5     do one.
6     A    No.
7     Q    Okay.
8     A    That's inaccurate.
9     Q    Okay.
10              Were you asked to do one?
11    A    I'm never asked to do any specific
12    analysis.
13    Q    So at some point during your analysis, you
14    did a news/no-news for the common stock; correct?
15    A    Not at the -- that is correct, but not at
16    the behest of plaintiffs' counsel.
17    Q    I wasn't suggesting it was.  I was just
18    asking if you did it.
19    A    Right.  But your previous question was
20    about had anyone asked me to do an analysis.  And so
21    I'm just trying to be clear about what we're talking
22    about here.
23    Q    Okay.
24              To be clear, at some point during your
25    analysis, you did a news/no-news analysis for the

Page 265

```
 1   common stock.
 2           Yes or no?
 3      A    That is correct.
 4      Q    Okay.
 5           You also, at some point in your analysis,
 6   had to make a decision whether or not to do a
 7   news/no-news analysis with the bond; correct?
 8      A    I -- I'm sorry.  Could you reread the
 9   question?
10           (The record was read back as
11           follows:
12               "Question:  You also, at some
13           point in your analysis, had to make
14           a decision whether or not to do a
15           news/no-news analysis with the
16           bond; correct?")
17           THE WITNESS:  I'm not sure how to answer
18   that question.
19           I refer you to my previous answers about
20   why I didn't do one.
21   BY MR. ISAJIW:
22      Q    And your previous answer is paragraph which
23   again?  I'm sorry.
24      A    Well, can you read back my answer from
25   before?
```

Page 266

1        Q    Is it one -- I believe it's 137.

2        A    It is paragraph 137, but I don't -- I don't

3   believe that that was the only reason I stated I did

4   not do it.  And so as to be as accurate as possible,

5   if you would like me to have her read back the exact

6   statement --

7        Q    I don't want her to read back.  I'm just

8   trying to make sure that I get your best answer.

9             You did not do a news/no-news analysis for

10  the bond, partly because of the reasons in 137;

11  correct?

12       A    That is correct.

13       Q    Okay.

14            Were there any other reasons?

15       A    Other than the ones -- the other ones I

16  stated?

17       Q    Which are the other ones that you stated?

18       A    Again, just for accuracy, can you please

19  read back my statement where I discussed my decision

20  initially not to do this type of analysis?

21       Q    I think reading that record would be

22  difficult to do.

23            So let me try to break it down.

24            Of the reasons you did not do a

25  news/no-news analysis, one of them were the reasons

Page 267

1    in paragraph 137; correct?

2         A    That is correct.

3         Q    One of them is you do not believe it is an

4    industry standard to do a news/no-news analysis for

5    bonds; is that correct?

6         A    If that is what I stated, then that is

7    correct.

8         Q    I'm asking you if that's correct now as you

9    sit here today, regardless of whether or not you

10   said that before.

11        A    I don't remember the exact way I phrased

12   it.  At this point, I'm just confused about the

13   question.

14             I'm -- let me say it this way:  I have

15   answered your question to the best of my ability.

16        Q    And I'm trying to make sure I understand

17   your answer.

18             So part of the reason was 137.  Part of the

19   reason was, you don't believe it's an industry

20   standard to do a news/no-news analysis on the bond;

21   correct?

22        A    I'm not sure that that's exactly what I

23   said.

24             I believe I --

25        Q    Would you adopt that statement now

```
                                        Page 268
1   regardless of whether or not you said it before?
2        A    Oh, so now the statement is it is not an
3   industry standard.
4             I do not believe I have seen a news/no-news
5   analysis performed for bonds before.
6        Q    Okay.
7        A    That is my full understanding.
8        Q    So part of the reason is that you have not
9   seen it done before; correct?
10       A    I'm telling you -- I've answered your
11  question to the best of my ability.
12       Q    Is any part of the reason that it could not
13  be done?
14            MR. HAKLAY:  Objection.  Asked and
15  answered.
16            THE WITNESS:  I'm sorry.  What was the
17  question?
18            (The record was read back as
19            follows:
20                "Question:  Is any part of the
21            reason that it could not be done?")
22            THE WITNESS:  Oh, so, again, I would refer
23  you read my previous answer.  It is possible to do
24  one.
25            That having been said, I have never seen,
```

Page 269

1    to the best of my knowledge or the best of my

2    remembrance, as we sit here today, one having been

3    performed.

4    BY MR. ISAJIW:

5        Q   Other than the reasons we've talked about,

6    can you think of any other reason why you did not

7    perform a news/no-news event analysis on the bond?

8        A   Any other reason than what I have

9    previously stated?

10           I don't believe so, but at this point, I'm

11   not -- I don't believe so.

12       Q   Okay.

13           In your review of the bond, do you note

14   whether or not the bond traded on each day of the

15   Notes Period?

16       A   I'm sorry.  Where are you looking?

17       Q   I'm not looking anywhere.  I'm asking you a

18   question.

19       A   Okay.

20           Sorry.  Then, I don't understand the

21   question.

22       Q   Do you know if the bond traded on each day

23   of the Notes Period?

24       A   Oh, I don't believe so.

25       Q   Okay.

```
                                            Page 270
 1           Would it be appropriate in your analysis to
 2    consider trading of the bond that occurred over a
 3    weekend?
 4           MR. HAKLAY:  Objection.  Vague.
 5           THE WITNESS:  I don't understand the
 6    question.
 7    BY MR. ISAJIW:
 8       Q   If a bond traded over a weekend, would you
 9    include that in your analysis of market efficiency,
10    pursuant to your report?
11           MR. HAKLAY:  Same objection.
12           THE WITNESS:  So in your hypothetical
13    example, the bond trades over the weekend?
14    BY MR. ISAJIW:
15       Q   Uh-huh.
16       A   So someone buys and sells it over the
17    weekend, like, let's say, Saturday?
18       Q   Yes.
19       A   I'm -- that's not anything I've ever had to
20    consider before.
21           I would need more time to think about that.
22       Q   Do you know if the FXCM bonds at issue in
23    this case that you analyzed ever traded over a
24    weekend in connection with the Notes Period?
25       A   And, again, just for my clarification, when
```

Page 271

1    we talk about "traded," we mean bought and sold --
2    and when you say "over a weekend"; right, because
3    over a weekend, when we usually talk about it from
4    the point of view of these types of analysis, it
5    means from, like, Friday to Monday.
6            So you're saying, in your hypothetical
7    example -- and to the best of my knowledge, it is
8    hypothetical -- maybe it did occur?
9            When you say "over the weekend," you're
10   talking about a transaction, just by way of my
11   example, someone bought and sold a bond on a
12   Saturday?
13       Q   In that example, would it be appropriate to
14   consider that trading activity in your analysis?
15       A   That's not something I've ever been asked
16   to think about before.  So I would need more time to
17   think about it.
18           As I sit here today, I can't answer that
19   question.
20       Q   Do you know if that occurred with the FXCM
21   notes during the Notes Period?
22       A   As I sit here today, I do not know.
23       Q   Okay.
24           If it did occur, do you believe you've
25   included those trades in your analysis?

Page 272

1        A    Again, I don't know.

2        Q    Do you believe you've included all trades

3    during the Notes Period in your analysis?

4        A    To the best of my -- what do you mean by

5    "all trades"?  I'm not sure I understand the

6    question.

7        Q    There's a specific period of time that

8    we've been referring to as the Notes Period; is that

9    correct?

10       A    That is correct.

11       Q    You understand that specific period of

12    time; correct?

13       A    I do.

14       Q    Trading of the notes occurred within that

15    window of time?

16       A    That is correct.

17       Q    You studied the trading of the notes within

18    that period of time in connection with your market

19    efficiency study for the notes; correct?

20       A    That is correct.

21       Q    Did you include all trading of the notes in

22    that window of time in your analysis?

23       A    Right.  And so here's where we -- this is

24    where I'm having problems, right.

25            I mean, there could be off-market trades

1    that aren't necessarily reported.  And I could think

2    of all sorts of examples where trading occurs.  And

3    when people talk about things like dark pools, when

4    we talk about equity, trading occurs.  It's not

5    necessarily reported.

6         So I'm -- if you want to -- if you want to

7    show me where this has occurred, I may have a better

8    understanding of it.  But given -- given my

9    understanding of how trading is defined, I don't

10   know the answer to your question.

11        Q   Do you believe that Rule 144A bonds trade

12   in dark pools?

13        A   I don't -- I, as I sit here today, have no

14   opinion about that one way or the other.

15        Q   Okay.

16        A   Certainly -- oh.

17        Q   Any of the trading of the bonds in relation

18   to the FXCM notes that you analyzed -- sorry.  Let

19   me rephrase that.

20        Are you aware of any trading in connection

21   with the FXCM notes that you looked at in connection

22   with your market efficiency analysis that occurred

23   through a dark pool?

24        A   Well, so let's just be clear.

25        I was giving you an example of a period of

Page 274

1    time where a trade might occur that it would not

2    necessarily be reported.

3              I was not -- I did not mean to suggest that

4    FXCM's notes were traded in a dark pool.  That was

5    not my intention.

6         Q    Okay.

7              Looking at paragraph 140 of your report, it

8    says (as read and/or reflected:)

9                   For the February 7, 2017

10                  event, there was no trading price

11                  for the FXCM notes in the eight

12                  days preceding February 7, 2017.

13                  The earliest available price for

14                  FXCM notes prior to the February

15                  2017 was on January 2016.

16                  Consequently, I performed the

17                  event study for February 7, 2017,

18                  using the FXCM notes' return from

19                  January, 26, 2017, to February --

20                  February 7th, 2017.

21            MR. HAKLAY:  I'm going to -- just for you

22    at one point in the middle there, unintentionally

23    you said "January 2016."  I know you meant

24    "January 26, 2017," as you later said.

25            MR. ISAJIW:  Thank you for that correction.

```
                                        Page 275
 1        Q    Did I read that, other than that
 2   correction, correctly?
 3        A    Yes.
 4        Q    Is it -- did you use the return from
 5   January 26, 2017, because there was no evidence of
 6   trades on January 27, 2017?
 7             I'm just trying to understand the import of
 8   that paragraph.
 9        A    I don't understand the question.
10        Q    Explain to me at a very high level why you
11   performed the event study from -- for February 7,
12   2017, using FXCM notes return from January 26 to
13   February 7, 2017.
14             MR. HAKLAY:  Objection to the term "at a
15   very high level."
16             THE WITNESS:  Right.
17             So my understanding is that the earliest
18   available price for the FXCM notes prior to
19   February 7th, 2017, was on January 26, 2017.  That
20   is the reason why I used it.
21   BY MR. ISAJIW:
22        Q    Okay.
23             So there was no trading -- there was no
24   other trading?  That was the only trading that you
25   could find?
```

```
                                              Page 276
 1            MR. HAKLAY:  Objection.  Asked and
 2   answered.
 3            THE WITNESS:  Could you read back my
 4   question -- my answer, please.
 5            (The record was read back as
 6            follows:
 7                "Answer:  Right.
 8                     So my understanding is
 9            that the earliest available price
10            for the FXCM notes prior to
11            February 7th, 2017, was on
12            January 26, 2017.  That is the
13            reason why I used it.")
14            THE WITNESS:  That is correct.  That is my
15   understanding.
16   BY MR. ISAJIW:
17        Q    Okay.
18            And in paragraph 142, one, two, three, four
19   lines down, you say (as read and/or reflected:)
20                For the Notes, the regression
21            data series included only days on
22            which there was a trading price for
23            two consecutive trading days, so
24            that a one-day return could be
25            computed.
```

```
                                              Page 277
 1            Why is it important to have two consecutive

 2   trading days?

 3       A   Why is it important to have two consecutive

 4   trading days?  It's just -- it's commonly what's

 5   done in the -- in the profession.

 6       Q   Any other reason?

 7       A   No.  That's ...

 8       Q   And when you say (as read and/or

 9   reflected:)

10            It's commonly done within the

11            profession.

12            Which profession are you referring to?

13       A   Profession where anyone tries to -- tries

14   to undertake a market model estimating bond returns.

15       Q   Would that be economists?

16       A   I believe economists might undertake that.

17       Q   Anybody else?

18       A   I'm sure other people undertake that as

19   well.

20       Q   Any other profession that springs to mind

21   when you say "it's common in the profession"?

22       A   I mean -- I mean, if -- I'm sure if I went

23   to some trading firms and they were trying to do

24   models predicting bond returns or trying -- they

25   would commonly use that as well.
```

Page 278

```
 1              So that would be one such example.
 2       Q    Okay.
 3              Do you know how many days have consecutive
 4    trading in the bond during the Notes Period?
 5              MR. HAKLAY:  I'm going to object as vague
 6    because I don't know if you mean both days count as
 7    one or both days count as two, if it's consecutive.
 8              THE WITNESS:  Yeah.  As I sit here today, I
 9    don't recall.
10    BY MR. ISAJIW:
11       Q    Do you believe it was uncommon to have
12    consecutive trading days in the bond during your
13    analysis of the Note Period?
14              MR. HAKLAY:  Objection.  Vague as to the
15    word "uncommon."
16              THE WITNESS:  I was going to ask you to
17    define uncommon.  So I guess I agree with the
18    objection that the term is vague.  I can't answer
19    the question.
20    BY MR. ISAJIW:
21       Q    Do you have -- what is your understanding
22    of the term "uncommon"?
23       A    In what context?
24       Q    In this context.
25       A    I don't know your -- if I use the word
```

1   "uncommon" in my report, I'm happy to have you point

2   it out to me, and then I'll be able to give you a

3   better understanding.

4           But I'm not sure.  You're asking the

5   question.  I don't know.

6       Q   Let me rephrase the question.

7           When you reviewed the trading of the bonds

8   during the Notes Period, how many pairs of

9   consecutive trading days were there?

10      A   I refer to my previous answer.

11      Q   Which is what?

12      A   I don't recall.

13          You asked it about a minute ago, that

14  specific question.

15      Q   So if you look at Exhibit 11.

16          MR. HAKLAY:  11 he said.  Not 12.

17  BY MR. ISAJIW:

18      Q   What is Exhibit 11?

19      A   It's my regression results for the bonds.

20      Q   Is there anything on Exhibit 11 that would

21  refresh your recollection as to how many

22  consecutive -- how many days -- how many pairs of

23  consecutive days the bonds traded?

24      A   As I sit here today, I see the number 66.

25  So my guess is that's probably the right number.

Page 280

1      Q    And that's 66 out of how many days?

2      A    Well, whatever --

3      Q    It's more than two years?

4      A    It is more than two years.  That is

5  correct.

6      Q    So that is a relatively low number of days

7  with consecutive trading.  Would you agree?

8           MR. HAKLAY:  Objection to the term.

9           Please answer.

10           THE WITNESS:  No, I would not agree.

11  BY MR. ISAJIW:

12      Q    Is it more than half of the days?

13      A    That's a different question.  Is it more

14  than half of the days?  More than half of the days

15  during the -- during that period?

16      Q    Yes.

17      A    It is -- so is 66 more than 252 times 2?

18  66 is not more than -- and, again, 252 times 2 is

19  just an estimation on my part.

20      Q    So 66 is under observations.  And that

21  means bond price observations in connection with

22  your regression study; is that correct?

23      A    With my mark -- with my market model, I

24  believe that is correct.

25      Q    Do you know how many bond price

```
                                        Page 281
 1   observations you excluded from your analysis because
 2   the bond price did not occur within a consecutive
 3   trading day?
 4        A   Do I know how many?
 5            THE WITNESS:  Could you repeat the
 6   question, please.
 7            (The record was read back as
 8            follows:
 9                "Question:  Do you know how
10            many bond price observations you
11            excluded from your analysis because
12            the bond price did not occur within
13            a consecutive trading day?")
14            THE WITNESS:  As I sit here today, I do
15   not.
16   BY MR. ISAJIW:
17        Q   But there were some?
18        A   I believe that's an accurate statement.
19        Q   Do you know if there were more than 66?
20        A   As I sit here today, I don't know.
21        Q   Is there anything in your report that you
22   could refer to, to figure that out?
23        A   Possibly.  It looks like I could add up all
24   the observations on Exhibit 12.
25            So one, two --
```

```
                                            Page 282
 1            MR. HAKLAY:  Hold on.
 2     BY MR. ISAJIW:
 3        Q   I'm not asking you to add it up.  I'm just
 4     asking to see if that's how you would figure it out,
 5     Exhibit 12.
 6        A   I believe so.
 7        Q   Okay.  Thank you.
 8            So referring back to paragraph 140 on
 9     page 51.
10        A   Okay.  Paragraph 140 on page -- there we
11     go.  140.
12            Yeah.  Okay.
13        Q   So for the February 7th, 2017 event, you
14     used an 11-day window to calculate the return on the
15     bond, meaning from January 26, 2017, to February 7,
16     2017; is that correct?
17        A   What do you mean by "window"?
18        Q   Number of days.
19        A   So could you restate the question with
20     "number of days" instead of "window"?
21        Q   Is there anything particular about the word
22     "window" that is confusing you?
23            MR. HAKLAY:  Objection.  Argumentative.
24            THE WITNESS:  Well, oftentimes window is a
25     term of art in economics.  So I don't know how
```

Page 283

1    you're using it.

2    BY MR. ISAJIW:

3         Q    And what does that term of art refer to in

4    economics?

5         A    It would depend on the situation.  But it's

6    not -- it's not -- there's not a -- necessarily a

7    common definition of it.

8         Q    Your calculation here results in an 11-day

9    return; is that correct?

10        A    I'm not sure that's correct.

11        Q    Okay.

12             In this particular example for this one

13   event, you used an 11-day period to calculate the

14   return on the bond; is that correct?

15        A    I used the price on February 7th and

16   January 26th.  If that's 11 days, then I believe the

17   answer to your question is yes.

18        Q    Okay.

19             And that's to calculate the return in

20   connection with the February 7th event; correct?

21        A    I'm sorry.  The what?

22        Q    The return.

23        A    On which day?

24        Q    February 7, 2017.

25        A    That is correct.

Page 284

```
1        Q    Okay.
2             Have you ever seen an 11-day return used to
3     measure a single-day event in any peer-reviewed
4     academic study?
5        A    Have I ever seen -- I have -- as I sit here
6     today, I have no idea.
7        Q    Okay.
8             When you do this type of analysis, is it
9     often -- is it common for you to use an 11-day
10    period in your calculation for a single-day event?
11       A    Well, to the extent that normally when I
12    perform this analysis, it's on equities, no; that
13    would be uncommon.
14       Q    Okay.
15       A    But to the extent that this is a bond
16    offering, I can't say whether it would be common or
17    uncommon.
18       Q    Okay.
19            In your calculation, are you assuming that
20    the bond price stayed constant between the last
21    trade on January 26th and the first trade on
22    February 7th?
23       A    What do you mean by remain constant?
24       Q    Did not change.
25       A    Am I making the assumption that the price
```

Page 285

1    did not change -- I don't understand the question.

2         Q   If the price changed in the 11-day period,

3    would that affect your calculation?

4         A   Possibly.

5         Q   Are you assuming for the sake of this

6    calculation that the price did not change during

7    those 11 days?

8         A   And, again, I'm just not -- so are you --

9    is the question did another trade occur during that

10   11 days in which the price changed?

11        I don't -- I don't quite understand the

12   question.

13        Q   I'm just trying to think of different ways

14   to phrase it.

15        Are you assuming, for the sake of this

16   calculation, that the bond would have traded at the

17   same price on February 1 as January 26th?

18        A   Am I making the assumption that the bond

19   price would have --

20            THE WITNESS:  Can you reread the question,

21   please.

22            (The record was read back as

23            follows:

24                "Question:  Are you assuming,

25            for the sake of this calculation,

                                                    Page 286

1              that the bond would have traded at

2              the same price on February 1 as

3              January 26th?")

4              THE WITNESS:  I don't understand the

5    question.

6    BY MR. ISAJIW:

7         Q    If the bond price could have moved between

8    January 26th and February 7th due to other

9    information occurring within that time period, how

10   can you interpret that return as measuring the

11   impact on the alleged disclosure of the

12   February 7th, 2017 event?

13             Can you?

14        A    Oh, so you're -- wait.

15             Are you assuming that additional events

16   occurred during that window that moved the -- that

17   would have impacted the bond price?

18             Is that what your hypothetical is assuming?

19        Q    I'm asking if that happened.

20        A    To the best of my knowledge.

21             I mean -- well, so information -- I'm sure

22   information came out during that period, but

23   information that affected the bond prices?  Not to

24   my knowledge.

25             Or information that would have affected the

Page 287

1     bond prices?  Not to my knowledge.

2         Q    If it did occur, would that affect this

3     calculation?

4         A    So in your hypothetical, news that would be

5     of such import occurred during that seven-day window

6     that would have been significant enough to change

7     the bond price, would that have moved the bond

8     price?

9              I -- I don't know.  I don't even know how

10    to answer that question.

11        Q    No.  I'm asking, are you assuming for this

12    calculation that that did not occur, that the bond

13    price remained constant between January 26, 2017,

14    and February 7, 2017?

15        A    And, again, I think I've stated, I don't

16    know how to answer that question.

17        Q    Okay.

18             When you were analyzing the corrected --

19    the disclosure event for the common stock, do you

20    use the sub period of February 8, 2016, to

21    February 6, 2017, when you're testing the reaction

22    of the common stock?

23        A    I'm sorry.  Could you repeat the question.

24        Q    In connection with your analysis in common

25    stock for this trading event, the February 7th, 2017

Page 288

1   trading event -- I'm sorry -- disclosure event, you

2   used a sub period, which was February 16 to

3   February 17.

4        A    The sub period?  I'm sorry.  I don't

5   understand the question.

6        Q    You broke down your analysis of the common

7   stock into sub periods; correct?

8        A    Well, so which sub periods are we talking

9   about?  Are we talking about the market model sub

10  periods?

11       Q    Okay.  Yes.

12       A    Well, then yes.  By definition, I broke

13  those down into sub periods.

14       Q    Why didn't you do that with the notes?

15       A    Oh, so we're going -- okay.

16            I -- at this point in time, I would refer

17  to my answer, which I previously gave, with regards

18  to that question.

19       Q    Which answer?

20       A    I don't have anything more to say on that

21  subject.

22            It occurred maybe an hour or two hours ago.

23  That specific question was asked.

24       Q    Was one of the reasons because you did not

25  have enough consecutive trading days for the bond?

```
                                         Page 289
 1        A    I've answered that question to the best of
 2   my ability.  I believe my -- the answer that I gave
 3   previously is the best answer I can give at this
 4   point in time.
 5        Q    When we went through that answer, was one
 6   of them that you did not have enough consecutive
 7   trading days for the bond?
 8        A    I don't recall whether or not that was part
 9   of my answer.
10        Q    Sitting here today, do you believe that one
11   of the reasons is because you did not have enough
12   consecutive trading days for the bond?
13        A    I don't have an opinion one way or the
14   other, as I sit here today.
15        Q    For the period of February 8th, 2016, to
16   February 6th, 2017, do you know how many consecutive
17   trading days there are for the bond?
18        A    I'm sorry.  So February 8th?
19        Q    2016.
20        A    Okay.  February 8th, 2016, to when?
21        Q    February 6th, 2017.
22        A    February 6th, 2017.
23             Okay.  Hold on.
24             Based on -- and, again, I'm reviewing
25   Exhibit 12.  I believe the answer to your question
```

Page 290

1    is zero, but I would have to fully review all the

2    data to -- I would need to look at each -- my entire

3    dataset to give you a more accurate answer to that

4    question.

5         Q   Okay.

6             Let's move to the Unger/Krogman factors in

7    connection with the notes, which is on page 54 and

8    paragraph 152.

9             Let me know when you're there.

10        A   Okay.

11        Q   You state (as read and/or reflected:)

12                In addition to evaluating the

13                efficiency of the market for FXCM

14                notes using the Cammer factors, I

15                also analyzed the Unger/Krogman

16                factors that are relevant to the

17                bond market, market capitalization

18                (or total par value) and float.

19        A   Maybe I'm looking at the wrong part.

20            Which paragraph?

21        Q   152.

22        A   Oh, so is that in the beginning of the

23   paragraph?

24            MR. HAKLAY:  Yes.  He's reading from the

25   very beginning of the paragraph.

```
 1            THE WITNESS:  Oh, okay.  So -- okay.
 2    BY MR. ISAJIW:
 3        Q   The next sentence says (as read and/or
 4    reflected):
 5                Because bid-ask data are not
 6            reported by TRACE for bond
 7            transactions, this Unger/Krogman
 8            factor was not assessed for the
 9            FXCM note.
10            Did I read that correctly?
11            (Reporter clarification.)
12            THE REPORTER:  Thank you.
13    BY MR. ISAJIW:
14        Q   Did I read that correctly?
15        A   You did.
16        Q   Okay.
17            Are there any other data sources for
18    bid-ask spread quotes, other than TRACE?
19        A   For bonds?
20        Q   Yes.
21        A   As I sit here today, I don't know.
22        Q   Did you endeavor to look for any other
23    sources of bid-ask data, other than TRACE for bonds,
24    in connection with your review of the FXCM notes in
25    this matter?
```

```
                                                Page 292
 1        A    I do not believe so.

 2        Q    Why didn't you?

 3        A    Why didn't I?  Again, I'm going back to

 4   industry standards.  TRACE is the dataset usually

 5   used to perform these types of analysis.  It doesn't

 6   report bid-ask spread --

 7             THE REPORTER:  It doesn't report what?

 8             THE WITNESS:  Bid-ask spreads.  So ...

 9   BY MR. ISAJIW:

10        Q    Let's look at paragraph 154 on page 55.

11   And this is under the ultimate heading on the top of

12   the page, "Outstanding Par Value (Market

13   Capitalization)."

14             MR. HAKLAY:  He's there.

15             THE WITNESS:  Oh, I'm sorry.  Yes.

16   BY MR. ISAJIW:

17        Q    You state (as read and/or reflected:)

18                 Beyond FXCM's large common

19             stock market capitalization, the

20             total par value of the FXCM notes

21             was larger than the market

22             capitalizations of some

23             publicly-traded companies.

24             Is that correct?

25        A    That is correct.
```

Page 293

1       Q    Throughout this report, you highlight the
2   differences between how stocks and how bonds trade.
3            So why did you benchmark the bond size to
4   an equity market capitalization?
5       A    Because that was the universe that I had
6   data on.
7       Q    Do you believe that that analysis is an
8   industry standard?
9       A    I don't know one way or the other whether
10  that analysis is an industry standard.
11      Q    Did you look for any other sources of data
12  to benchmark the bond against?
13      A    In this context?
14      Q    Yes.
15      A    For this analysis?  I don't believe so.
16      Q    Are you aware of any peer-reviewed academic
17  literature supporting this methodology?
18      A    I'm not familiar one way or the other.
19           I mean, this typically -- I don't -- I
20  don't think people -- I don't think this is an
21  analysis that's commonly done outside of litigation.
22      Q    Okay.
23           MR. ISAJIW:  How are we on time?
24           MR. HAKLAY:  We started this one at 4:07.
25           THE VIDEOGRAPHER:  Do you need a time?

                                              Page 294

1            We're at 5 hours and 23 minutes.

2            MR. HAKLAY:  You meant total time?

3            MR. ISAJIW:  No.

4            I'm asking how long have we been since the

5     last break?

6            MR. HAKLAY:  43 minutes.  So --

7            MR. ISAJIW:  Maybe this would be a good

8     time to stop while we change gears.

9            MR. HAKLAY:  Thank you.

10           I didn't understand the question.

11           Yes.

12           THE VIDEOGRAPHER:  We are going off the

13    record.

14           The time is 4:50 p.m.

15           (Recess was taken at 4:50 p.m.

16           until 5:02 p.m.}

17           THE VIDEOGRAPHER:  We are back on the

18    record.

19           The time is 5:02 p.m.

20    BY MR. ISAJIW:

21       Q   So, Dr. Werner, I wanted to discuss your

22    damages opinion and damages methodology for a little

23    bit.

24           On page 5 of this report, Opinion 3, you

25    state (as read and/or reflected:)

```
                                          Page 295
 1                  With expert assistance, the
 2              finder of fact in this matter will
 3              be able to compute damages using a
 4              common class-wide methodology that
 5              applies to the calculation of
 6              damages for each and every Class
 7              member.
 8              Is that correct?
 9      A    You read that correctly.
10      Q    And then on page 56 you have a heading,
11   "Common Damages Methodology."
12      A    "Common Damage," singular, "Methodology."
13   Maybe it should say "damages."
14      Q    Okay.
15              Did you draft this section of your report?
16      A    At some point in my life, yes.
17      Q    Okay.
18              So this is -- this section or parts of it
19   have been used in prior reports of yours?
20      A    I believe that's correct.
21              So, by way of example, I mean, I would
22   typically use this language (as read and/or
23   reflected):
24                  Plaintiffs' counsel -- and
25              this is paragraph 156 -- has asked
```

1            me to opine on whether per share

2            out-of-pocket damages could be used

3            for each Class member under Section

4            10(b) of the Exchange Act using a

5            common methodology for all Class

6            members.

7       Q    Okay.

8            I was just asking because you said at some

9    point in your life, and I thought that meant not

10   necessarily for the first time here.

11       A    Well, it -- no.  I mean, if we're going

12   through the entire thing, yes, certain portions of

13   this were specifically drafted for this report.

14       Q    Okay.

15       A    Or this case, I guess.

16       Q    Generally speaking, does one damage model

17   work for all securities litigation cases?

18            MR. HAKLAY:  Objection.

19            THE WITNESS:  Does one -- I don't

20   understand the question.

21   BY MR. ISAJIW:

22       Q    You describe a damages methodology in this

23   report; correct?

24       A    Yes, that is correct.

25       Q    Is part of that damages methodology a

Page 297

1    damages model?

2         A    So a damages model, I think, is slightly

3    more complex.  I have been asked to opine on whether

4    or not per-share damages could be measured each --

5    for each Class member under Section 10(b) of the

6    Exchange Act using a common methodology for all

7    Class members.

8              So I've opined upon that.  I have not --

9    until the record is complete.  I could not give you

10   a full-blown damage model.

11        Q    Okay.

12             So you haven't created a damage model?

13        A    Created a damage model?

14             I have provided a framework under which one

15   could calculate damages.

16        Q    That framework that you provided, would

17   that work for all securities class action cases?

18        A    I think by definition, no.

19        Q    Okay.

20             Have you ever proposed a different

21   framework in any of the securities cases that you've

22   been a testifying expert for in the past?

23        A    At the market efficiency stage?

24        Q    Yes.

25        A    I don't know.  I would need to think about

Page 298

1    that.

2            Yeah.  I'm just providing a framework under

3    which to calculate damages.

4            I don't know.  I'm sorry.  I don't know how

5    to answer your question.

6        Q   So you provided a particular framework in

7    this report, which we'll get into the details of,

8    but, generally speaking, you provided a framework;

9    correct?

10       A   What do you mean by "generally speaking"?

11       Q   Let me rephrase it.

12           I believe you just told me that you

13   provided a framework for calculation of damages in

14   this report.

15       A   That is correct.

16       Q   Okay.

17           Have you provided that same framework in

18   prior securities litigation cases in a market

19   efficiency report?

20       A   Have I provided that same framework?

21           I'm not sure how to answer that question.

22       Q   Help me help you -- help me ask a better

23   question.

24           What is confusing about the question?

25       A   I just don't understand it.

```
                                              Page 299
 1        Q    You refer to a framework in this report.
 2   I'm asking if you used this framework in prior
 3   matters at the market efficiency stage -- I'm
 4   sorry -- at the class certification stage.
 5        A    I have provided a framework under which one
 6   could estimate damages in this specific case.
 7        Q    Okay.
 8             Have you ever proposed a different
 9   framework in another matter?
10        A    I'm sure I have.
11        Q    Have you ever proposed a different
12   framework in a securities class action case?
13        A    Hmm.  I don't know, as I sit here today.
14        Q    You currently cannot think of a time when
15   you proposed a different framework in a securities
16   class action case?
17        A    I think --
18             THE WITNESS:  What was my answer to the
19   previous question?
20             (The record was read back as
21             follows:
22                  "Answer:  I don't know, as I
23             sit here today.")
24             THE WITNESS:  Yeah.  Still I don't know, as
25   I sit here today.
```

Page 300

1    BY MR. ISAJIW:

2        Q    Turning to page 57, paragraph 159,

3    subparagraph "i." You talk about a number of

4    valuation tools including an event study analysis

5    and potentially other empirical analyses, if

6    necessary.

7             Do you see that?

8        A    Yes.

9        Q    Okay.

10            Apart from an event study, what are the

11   other empirical analyses that you're referring to?

12       A    I mean -- again, until I have the full

13   record for this case, I would be -- I would be

14   speculating to talk about other empirical analyses.

15       Q    Can you give me just an idea of what's on

16   the menu for potential other empirical analyses?

17       A    Not until I have a full record of the case.

18       Q    In any other case, have you used other

19   empirical analyses, apart from an event study?

20       A    I believe so.

21       Q    In a securities litigation case?

22       A    I'm sorry.

23            Under market efficiency, or are we talking

24   now about loss causation and damages when we're

25   talking about a securities case?

1      Q   We're talking about damages methodology, as

2   described in paragraph 159, sub "i," where you say

3   that you would use an event study and potentially

4   other empirical analyses, if necessary.

5           I'm just trying to figure out what are the

6   potential other empirical analyses.

7           You've suggesting you've used others in

8   other cases.  So I'm now just asking, which ones?

9      A   Right.  But so when I say "other cases,"

10   I'm talking about at a lost causation or damages

11   stage.

12      Q   Let's start with at the class certification

13   stage.

14      A   So I have not -- I don't think I've ever

15   been asked to calculate damages.

16      Q   Okay.

17      A   Specific damages at the class certification

18   stage.

19      Q   That makes sense.

20           And so then at the damages expert report

21   stage, what types of other empirical analysis have

22   you used in the past to calculate damages?

23      A   Again, and this is to the best of my

24   recollection, I mean, possibly earnings, earnings

25   multiplier -- not earning multiplier.  Sorry.

```
                                              Page 302
 1   Earnings ratios.  I mean, a series of financial
 2   ratios.
 3              Again, it varies from case to case.
 4        Q    Okay.
 5              In the next sentence of the same paragraph
 6   you say (as read and/or reflected:)
 7                   This analysis, after
 8              controlling for potentially
 9              confounding non-fraud-related
10              information, would determine if the
11              alleged misrepresentations and
12              omissions had caused the stock
13              prices to be artificially inflated,
14              and that the corrective
15              disclosure(s) caused the inflation
16              to dissipate, in turn causing
17              investor losses.
18              Did I read that correctly?
19        A    Yes.
20        Q    What do you mean by "potentially
21   confounding non-fraud-related information"?
22        A    Information not related to the fraud.
23        Q    What does "confounding" mean?
24        A    Confounding, different, conflicting with.
25        Q    As you're using it in this sentence, I'm
```

Page 303

1   just trying to understand.

2        A    Information that's not the same as the

3   fraud-related information.

4        Q    What types of information can be

5   confounding information, in your experience?

6        A    It depends on the situation.

7        Q    In the situation of the last time you

8   opined on a damages model in a securities case, what

9   type of confounding information was present there?

10            MR. HAKLAY:   Objection.   Assumes facts not

11   in evidence.

12            You can answer.

13            THE WITNESS:   I don't recall.   I mean, how

14   about if I just give you an example.

15            So I don't know.   Some -- some announcement

16   comes out about the fraud.   If there was no other

17   information on that day, the stock price would go

18   down.   But on that day, at the same time, they

19   announced they had made a billion dollars in

20   profits, which was much more than they had ever

21   earned before, you know, by a magnitude of 10.

22            That might be an example -- so I would

23   expect -- my -- again, in this hypothetical, my

24   expectation is that kind of announcement might, on

25   its own, might lead to a price increase, whereas,

```
                                              Page 304
 1    the information with regarding -- with regards to

 2    the alleged fraud might lead to a price decline.

 3              And so those two things would be moving in

 4    a different direction.

 5    BY MR. ISAJIW:

 6         Q    Okay.

 7              Any other examples you can think of?

 8         A    I think that's probably the simplest, as I

 9    sit here today.

10              And, again, that was a hypothetical

11    example.  It wasn't an actual example from a case.

12         Q    Okay.

13              Looking at the next subparagraph you state

14    (as read and/or reflected:)

15                   Second, an inflation ribbon

16              would be constructed, indicating

17              how much artificial inflation

18              caused by the alleged

19              misrepresentations and omissions

20              was in the price of FXCM securities

21              on the date -- on each day during

22              the Class Period.

23              What is "inflation," as you use it there?

24         A    I think I define it somewhere else in my

25    report.
```

```
                                            Page 305
 1            So let's just go to a general case.
 2            Inflation would be the difference between
 3    the actual price and the but-for price assuming some
 4    type of fraud because usually when we talk about
 5    inflation, it's in regards to fraud or alleged
 6    fraud.  Or omissions, misstatements.
 7        Q   Can the level of inflation change over
 8    time?
 9        A   Yes.
10        Q   How would you calculate inflation in your
11    model over time?
12        A   Without -- without all -- full discovery in
13    this case, I can't opine on that.
14        Q   I'm just wondering generally, high level,
15    what are the mechanics?
16        A   Again, it differs on a case-by-case basis.
17        Q   If you would do that, do you believe you
18    would use the same event study analysis that you
19    have used in your current report?
20        A   Unless -- I mean, it would depend on
21    whether or not other facts became apparent during
22    discovery.
23        Q   Sitting here today, do you know of any
24    changes you would need to make to the event study
25    you used in your report?
```

```
                                        Page 306
```

 1          MR. HAKLAY:  Objection.  Asked and
 2   answered.
 3          THE WITNESS:  Well, I can't predict what
 4   facts will be discovered throughout the rest of
 5   discovery.  So it would be speculative of me to talk
 6   about any changes that one might make to a
 7   hypothetical inflation area as of this date.
 8   BY MR. ISAJIW:
 9      Q   So just from a mechanics perspective, once
10   you conduct an event study on an alleged corrected
11   disclosure, how do you translate that into damages
12   throughout the Class Period?
13      A   So can -- I'm not quite sure I understand
14   the question.
15          THE WITNESS:  Could you repeat the
16   question, please.
17              (The record was read back as
18              follows:
19                  "Question:  So just from a
20              mechanics perspective, once you
21              conduct an event study on an
22              alleged corrected disclosure, how
23              do you translate that into damages
24              throughout the Class Period?")
25          THE WITNESS:  You would adjust the

Page 307

1   inflation ribbon to reflect that corrective

2   disclosure.

3   BY MR. ISAJIW:

4       Q   Would you adjust the inflation ribbon based

5   on the number of corrective disclosures or the time

6   period between the corrective disclosure and the

7   purchase price?

8           I'm just trying -- what's the relationship

9   between the corrective disclosure and adjusting the

10  event ribbon -- I'm sorry, the inflation ribbon?

11      A   At this point in time, it's an incomplete

12  hypothetical.  Again, I'm more than happy to provide

13  an opinion about this if and when this case gets

14  to -- discovery is completed and I am asked to opine

15  upon loss causation and damages.

16      Q   Sitting here today, you don't have an

17  opinion on that then?

18      A   I don't believe I have been asked to form

19  an opinion as of this date.  That was not what I was

20  asked to do at this stage in litigation.

21      Q   Jumping backwards to paragraph 15 of your

22  report.  And this is regarding the February 6, 2017

23  press release announcing the CFTC and NFA

24  settlement.

25          You state (as read and/or reflected:)

Page 308

```
 1              As a result of this news, the
 2         value of FXCM common stock dropped
 3         over 68 percent (on a logarithmic
 4         basis) from $6.85 to $3.45 on
 5         February 17 -- I'm sorry --
 6         February 7, 2017, on heavy trading
 7         volume (1.9 million shares of
 8         common stock, compared to a Class
 9         Period daily average of 0.15
10         million shares of common stock.)
11         Did I read that correctly?
12    A    That is correct.
13    Q    Can you define for me what a logarithmic
14 basis is?
15    A    So I use a log return as opposed to the
16 normal return.
17    Q    What is a log return?
18    A    It's based on -- it's -- do you want me to
19 write down on a piece of paper what it might look
20 like?
21    Q    I would like you to describe just
22 conceptually what it is.
23    A    Well, okay.  What's your understand --
24 sorry.
25              If your understanding of a return -- I
```

Page 309

1    don't -- wait.

2            I may describe it in my report with more

3    precision than what I'm going to give you.  I mean,

4    it's literally just a different way to calculate the

5    return, but ...

6            So let's take an example.  Let's do an

7    example.

8            So yesterday the price of a stock was $5.

9    Today it's $10.  So the return over that period --

10   the way people would commonly -- I better write

11   these numbers down just so I --

12           All right.

13           So let's say the price is $10 today -- or

14   yesterday and it's $5 today.

15           So normally what you would do in

16   calculating the return is you would take 5 minus 10

17   and then divide it by 10; whereas, when you're

18   calculating log returns, you would take the natural

19   log of 5 divided by 10.

20       Q    Okay.

21           Going back to paragraph 15, the trading

22   price change that you describe there equates to a

23   drop of about $3.40 per share; is that correct?

24       A    $3.40 -- yeah, it appears that's right.

25       Q    Do you attribute 100 percent of this

Page 310

1    decline to the information that was disclosed in the
2    CFTC press release?
3         A   I'm not sure I have been asked to opine on
4    that at this point.
5         Q   At this point, do you have any opinion on
6    that?
7         A   As I sit here, it certainly was a
8    contributing factor, but beyond that, I don't -- I
9    haven't formed an opinion.
10        Q   So you haven't formed an opinion whether or
11   not 100 percent of this decline was attributable to
12   the information in the CFTC press release?
13            MR. HAKLAY:  Objection.  Asked and
14   answered.
15            THE WITNESS:  I have not been asked to
16   opine on that at this point in time.
17   BY MR. ISAJIW:
18        Q   Is it your opinion that all of this decline
19   would have been caused by the market learning -- the
20   alleged truth about the FXCM's relationship with
21   Effex?
22            MR. HAKLAY:  Objection.  Same question.
23   Asked and answered.
24            THE WITNESS:  Same answer.
25   ///

Page 311

1    BY MR. ISAJIW:

2        Q    And that answer is you do not -- sitting

3    here today, you have not formed an opinion?

4            THE WITNESS:  Could you read back my answer

5    from the previous question.

6            (The record was read back as

7            follows:

8                "Answer:  As I sit here, it

9            certainly was a contributing

10           factor, but beyond that, I don't --

11           I haven't formed an opinion.")

12           THE WITNESS:  Yeah.  Same answer.

13           I believe was there also something about I

14   have not been asked to provide that opinion at this

15   point in time?

16           THE REPORTER:  (No audible response.)

17           THE WITNESS:  There may have been something

18   about that as well.

19   BY MR. ISAJIW:

20       Q    Would you agree that if some of the decline

21   in FX- -- FXCM's stock on February 6 and 7, 2017,

22   was caused by other factors, that it would not be

23   appropriate to include those losses in your damage

24   calculation?

25       A    I don't understand your incomplete

Page 312

1    hypothetical.

2         Q    When conducting a damages analysis, if some

3    of the decline in the stock price was related to

4    factors, other than the alleged fraud, would it be

5    appropriate to include the losses in the damage

6    calculation?

7         A    What do you mean by "losses"?

8              So now you're saying that there are losses?

9    Do you mean a price decline attributable to

10   non-fraud-related information?

11             I'm sorry.  I don't -- I just don't

12   understand the question.  Let's leave it at that.

13        Q    If a -- if you determine in a damages

14   analysis that a stock price declines and some of the

15   decline is related to the alleged fraud in a case

16   and some of the decline is related to other factors,

17   in your opinion, is it appropriate to include all of

18   the decline in your damages analysis?

19        A    So it would depend upon the situation, but

20   at this stage with regards to this specific

21   litigation, that's not something I have been asked

22   to do.

23        Q    Can you think of a situation where it would

24   be appropriate to attribute the loss -- I'm sorry --

25   the decline in the stock price attributable to

                                        Page 313

1   non-fraud actions in a loss calculation or damages

2   calculation?

3        A    Can I think -- wait.

4             In your hypothetical, there's other

5   factors, other news comes out on that day.  It's an

6   incomplete hypothetical.

7        Q    Let's control for all factors in the

8   hypothetical, other than -- you know what.

9             I withdraw the question.

10            What is your understanding of FXCM and its

11  business?

12       A    My understanding is that -- and I'm reading

13  from paragraph 10 now of my report (as read and/or

14  reflected:)

15                 FXCM described itself as "an

16            online provider of foreign exchange

17            trading and related services"

18            headquartered in New York, New

19            York.  The Company provided "access

20            to over-the-counter ('OTC') FX

21            markets through [its] proprietary

22            technology platform."  During the

23            Class Period, the Company's

24            platform sought to provide its

25            customers "the best price

Page 314

1          quotations" on currency pairs from

2          various market makers, global

3          banks, and financial institutions.

4     Q    Okay.

5          Did you draft that section of your report?

6     A    I believe so.

7     Q    And what information did you rely on in

8  drafting that section of your report?

9     A    Let's see, I believe it was the -- at least

10  one of the 10-Ks.

11          Well, certainly at least some of -- one of

12  the financial statements.

13    Q    What is your understanding of the term "No

14  Dealing Desk"?

15    A    Well, my understanding is that in this type

16  of model a customer executes a trade -- and again,

17  I'm reading now from paragraph 11.  (As read and/or

18  reflected:)

19          "Customer executes a trade on

20          the best price quotation offered by

21          [FXCM's] FX market makers," with

22          FXCM acting as a credit

23          intermediary while "simultaneously

24          entering into offsetting trades

25          with both the customer and the FX

                                        Page 315

1          market maker."

2     Q    Is that your complete understanding of the

3    No Dealing Desk?

4     A    I believe that's an accurate description of

5    my understanding.

6     Q    Looking at the footnotes of your report, is

7    that understanding based on a combination of FXCM

8    form 10-Ks and the second amended consolidated

9    securities class action complaint in this case?

10          (Reporter clarification.)

11          MR. HAKLAY:  Objection.  Misstates what's

12   written in that paragraph, as you're referring to

13   it.

14          THE WITNESS:  I believe that's informed my

15   opinion about it.

16   BY MR. ISAJIW:

17     Q    Okay.

18          Do you have a view as to whether or not

19   FXCM's No Dealing Desk model was viewed as preferred

20   or even relevant to its customers?

21     A    As I sit here today, no.

22     Q    Do you believe FXCM's -- do you have a view

23   as to whether or not FXCM's No Dealing Desk model

24   was relevant to its shareholders?

25     A    As I sit here today, I do not.

Page 316

```
 1        Q    What about its noteholders?
 2        A    Same answer.
 3        Q    Do you have any understanding as to whether
 4   or not the relationship between FXCM and Effex
 5   changed over the Class Period?
 6             I'm sorry.  Let me ask -- let me take one
 7   step back.
 8             What is your understanding of Effex?
 9             Effex is -- I want to make sure I spell it
10   correctly.  It's E-F-F-E-X.
11        A    Yeah, I'm trying to ...
12             Right.
13             So my understanding, I guess, is based on
14   my reading of the second amended complaint.
15        Q    Okay.
16             Other than what's in the second amended
17   complaint, did you do any independent analysis about
18   the relationship between FXCM and Effex?
19        A    Again, I don't remember if it was mentioned
20   in some of the press releases around the corrective
21   disclosure.  So that -- if you have those, I would
22   be happy to take a look at those and refresh my
23   memory.
24             But I think to the extent that I've looked
25   at it, it would be this (indicating), and then,
```

Page 317

1   again, I don't have a recollection of whether or not

2   I've seen it somewhere else.

3              MR. HAKLAY:  Just for the record, when he

4   said "this," he put his hand on the second amended

5   complaint.

6              THE WITNESS:  Second amended complaint,

7   Exhibit 6.

8   BY MR. ISAJIW:

9       Q    Are you familiar with the business model of

10  any other FX brokerage firms?

11      A    What do you mean by "business model"?

12      Q    The way they operate their trading activity

13  in connection with -- in relation to their

14  customers.

15             Let me ask it -- we just discussed a No

16  Dealing Desk and you read from a portion of your

17  report about what you believe the No Dealing Desk

18  is.

19             Are you aware of any other FX trading

20  entities that have a No Dealing Desk model?

21      A    Am I aware?

22             Well, again, I -- I don't know how to

23  answer that question.  I mean, as I sit here today,

24  I can't answer your question.

25      Q    Okay.

```
 1              So as you sit here today, you do not know
 2    one way or the other whether or not the No Dealing
 3    Desk model was employed by other FX trading
 4    entities?
 5         A    That is correct.
 6         Q    I want to just jump back real quick to the
 7    damage, singular, section of your report.
 8         A    Oh, it may -- it probably should say
 9    damages, but you --
10         Q    And this is focusing on paragraph, I
11    believe, 159?
12         A    159.
13         Q    And subsection "ii" where we were
14    discussing earlier about the inflation ribbon.
15         A    Okay.
16         Q    Okay.
17              A few sentences down below when we
18    discussed earlier, it's six sentences down (as read
19    and/or reflected:)
20                   Construction -- construction
21              of the inflation ribbon generally
22              employs event study analysis,
23              combined with widely used and
24              generally accepted valuation tools
25              and models.
```

```
                                        Page 319
 1            Did I read that correctly?
 2       A    Yes.
 3       Q    Can you describe what the "widely used and
 4   generally accepted valuation tools and models" are?
 5       A    Yeah.
 6            I would refer to my answer before when we
 7   were discussing subpoint "i" about (as read and/or
 8   reflected):
 9                First, valuation tools, which
10            would include event study analysis,
11            such as that described herein, and
12            potentially other empirical
13            analyses if necessary, would be
14            used to establish that the
15            disclosure(s) correcting the
16            alleged misrepresentations and
17            omissions, caused the price of FXCM
18            securities to fall.
19            So when you asked me that question before,
20   I would refer you to that same answer in respect to
21   this question that you've just asked me.
22            That answer would not change.
23       Q    Okay.
24            So there's no additional valuation tools or
25   models that you can think of that you did not
```

Page 320

1    mention earlier today?

2         A    I'm not sure that that's correct, but ...

3         Q    If it's not, please let me know what the

4    additional tools are.

5         A    Well, again, let's -- I refer you to my

6    previous answer.

7              I believe I said that the tools I would use

8    are case specific.  I believe I cited one example

9    for you of a type of analysis that -- what I would

10   do.

11             So I will rely on that answer that I gave

12   previously.

13        Q    Do these valuation tools and models require

14   data?

15        A    It's possible that they do.

16        Q    What sort of data would you need to utilize

17   the valuation tools to calculate the inflation at

18   the start of the Class Period?

19        A    What -- I'm sorry.

20             THE WITNESS:  Could you repeat that

21   question.

22             (The record was read back as

23             follows:

24                  "Question:  What sort of data

25             would you need to utilize the

```
                                            Page 321
 1              valuation tools to calculate the
 2              inflation at the start of the Class
 3              Period?")
 4    BY MR. ISAJIW:
 5        Q    And it probably should have been "with the
 6    valuation tools" in that question.
 7        A    Yeah.  At this point, it would be
 8    speculative of me for me to opine upon that or
 9    discuss that.
10        Q    What types of datasets have you relied on
11    in the past?
12        A    It differs from case to case.
13        Q    Can you give me some examples of the
14    datasets in any case?
15        A    Sure.
16              I might use datasets from Compustat or
17    datasets from Bloomberg.  That would be two
18    examples.
19        Q    And what would the Compustat data show you?
20        A    You know, the Compustat, I don't remember.
21    I think Compustat was bought.  Typically, firm
22    financial data.
23              As I sit here today, I'm speculating
24    because I believe that they underwent a transaction.
25              So when I used Compustat 30 years ago, I
```

                                        Page 322

1    probably -- like I said, again, I believe it has

2    been acquired, and so it is not proper for me to say

3    Compustat.

4         Q    And you also mentioned datasets from

5    Bloomberg.

6              What type of data did you receive from

7    Bloomberg?

8         A    Well, data from Bloomberg.  Again, it

9    depends on the case.  I don't remember off the top

10   of my head.

11             You just asked me for examples of what

12   other data I might or what other avenues of data I

13   might look at.  And so I was responding to that

14   question.

15        Q    Do you have any view of what type of data

16   you would want to review in connection with this

17   case if you're asked to do a damage calculation?

18        A    Not as I sit here today.

19             MR. ISAJIW:  I think now would be a good

20   time for us to take a quick break just so I can

21   go -- so I can go see if we can shorten things up.

22             Is that okay with everybody?

23             MR. HAKLAY:  Sure.  It's your deposition.

24             THE VIDEOGRAPHER:  We are going off the

25   record.

Page 323

1          The time is 5:38 p.m.

2          (Recess was taken at 5:38 p.m.

3     until 5:47 p.m.}

4          THE VIDEOGRAPHER:  We are back on the

5     record.

6          The time is 5:47 p.m.

7     BY MR. ISAJIW:

8     Q    Dr. Werner, earlier when we were talking

9     about the framework advantages set forth in your

10    report, you -- we were talking about various

11    valuation tools.  And you said it would be

12    speculative as to what data you would need in

13    connection with doing an analysis pursuant to those

14    tools at this point.

15         Sitting here today, can you be sure that

16    the data exists that will allow you to calculate

17    inflation in this case if you were asked to do so?

18    A    I would see no reason why that data

19    wouldn't exist.

20    Q    And what kind of data do you believe that

21    would be?

22    A    Well, again, I just -- I don't know.  It

23    would be speculative of me at this point in time,

24    but I don't -- in doing damage analyses, I can't

25    ever remember coming across a case where I couldn't

```
                                         Page 324
 1   get the data I needed.
 2           I mean, it can always be subpoenaed.  I
 3   don't -- so I don't know.
 4           In your -- it's an incomplete hypothetical
 5   and not anything I've thought of at this point in
 6   the day.
 7      Q   So if it's not something you've thought
 8   about at this point, you can't be sure one way or
 9   the other?
10           MR. HAKLAY:  Objection.  Asked and
11   answered.
12           Please answer.
13           THE WITNESS:  In your hypothetical example,
14   you're asking me do I know as of this date -- it's
15   not anything I've thought about.
16   BY MR. ISAJIW:
17      Q   Okay.
18      A   That's the most accurate answer I can give
19   you at this point in the day.
20      Q   Okay.
21           MR. ISAJIW:  I think with that, I have no
22   more questions.
23           So I thank you for your time.
24           MR. HAKLAY:  I was joking about the
25   59 minutes.
```

```
                                                    Page 325

 1              I have nothing.

 2              MR. ISAJIW:  I figured you were.

 3              THE VIDEOGRAPHER:  This is Media 1.  And

 4    this marks the conclusion of today's deposition of

 5    Dr. Adam Werner, Ph.D.

 6              We're going off the record.

 7              The time is 5:49 p.m.

 8              (Whereupon, at 5:49 p.m., the

 9              deposition of ADAM WERNER, Ph.D.,

10              was concluded.)

11                           ---oOo---

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 326

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2         I, ADAM WERNER, PH.D., do hereby certify

 3    that I have read the foregoing transcript of my

 4    testimony taken on 2/28/2020, and further certify

 5    that it is a true and accurate record of my

 6    testimony (with the exception of the corrections

 7    listed below):

 8    Page   Line             Correction

 9    ____|_____|_____|_____

10    ____|_____|_____|_____

11    ____|_____|_____|_____

12    ____|_____|_____|_____

13    ____|_____|_____|_____

14    ____|_____|_____|_____

15    ____|_____|_____|_____

16    ____|_____|_____|_____

17    ____|_____|_____|_____

18    ____|_____|_____|_____

19    ____|_____|_____|_____

20    ____|_____|_____|_____

21                        _____

                          ADAM WERNER, PH.D.

22

      SUBSCRIBED AND SWORN TO BEFORE ME

23    THIS _____ DAY OF _____, 20___.

24

      _____     _____

25    (NOTARY PUBLIC)            MY COMMISSION EXPIRES:
```

Page 327

1   STATE OF CALIFORNIA    )

2   COUNTY OF LOS ANGELES )    ss.

3

4        I, Reagan Evans, RPR, RMR, CRR, CCRR, CLR, CRC,

5   CSR No. 8176, in and for the State of California, do

6   hereby certify:

7        That prior to being examined, the witness named

8   in the foregoing deposition was by me duly sworn to

9   testify to the truth, the whole truth, and nothing

10  but the truth;

11       That said deposition was taken down by me in

12  shorthand at the time and place therein named and

13  thereafter reduced to typewriting under my

14  direction, and the same is a true, correct, and

15  complete transcript of said proceedings;

16       That if the foregoing pertains to the original

17  transcript of a deposition in a federal case, before

18  completion of the proceedings, review of the

19  transcript { } was { } was not required.

20       I further certify that I am not interested in

21  the event of the action.

22       Witness my hand this 3rd day of March, 2020.

23

24                              _____
                                Certified Shorthand Reporter

25                                 for the State of California

[& - 2.25]                                                                                          Page 1

**&**

**&**   2:17 3:23 4:22
   5:1 20:25 30:8
   74:24

**0**

**0.023**   155:17
   158:12,23
**0.05**   207:12
**0.15**   308:9
**0.28**   185:9
**0.357**   154:11 156:3
   159:16
**0.5**   206:20 208:11
   209:4
**0.54**   202:6
**0.579**   159:20
**0.579.**   156:6
**0.691**   155:14
   158:12,20
**0.691.**   154:9
**00916**   1:6 4:18

**1**

**1**   3:10 4:12 7:13
   7:14,15 8:9 17:9
   29:4 33:23 56:3
   79:7 80:1 81:11
   146:5 151:22
   158:19,21,22
   159:14,15,19
   196:16,25 206:22
   207:4,15 208:13
   208:17,18,23
   209:3 249:9
   251:21 285:17
   286:2 325:3
**1,230**   165:19
**1,231**   165:20
**1,608**   212:4
**1.9**   308:7

**10**   3:13,18 30:5
   138:12,14,16,16
   179:12 220:20
   296:4 297:5
   303:21 309:9,13
   309:16,17,19
   313:13 314:10
   315:8
**100**   93:3 204:5
   219:20 309:25
   310:11
**10036-2601**   2:19
**101**   2:12 178:5
   203:24 204:4
**103**   205:25
**104**   106:21 107:20
   165:22
**107**   165:17
**108**   184:9,11
**1099**   16:1
**10:35**   55:7,8
**10:45**   55:9,12
**10b**   30:9 47:10
**11**   3:15 279:15,16
   279:18,20 282:14
   283:8,13,16 284:2
   284:9 285:2,7,10
   314:17
**111**   184:10,11,16
**114**   90:16
**115**   90:19
**117**   184:23,24
**1185**   2:19
**119**   192:9
**11:42**   106:3,4
**12**   61:21,24,25
   62:4 213:10,14
   279:16 281:24
   282:5 289:25
**120**   192:22 195:11
   196:8 197:2

**208:20 213:12
**122**   200:11
**125**   197:18
**126**   32:21 212:14
   212:19,20
**127**   178:2 213:22
**129**   167:19 180:3,4
   180:6
**12:37**   106:9,14
**130**   178:3 218:1
**131**   167:20
**132**   226:5
**133**   231:3,5
**134**   238:6
**137**   246:11 259:18
   262:16 266:1,2,10
   267:1,18
**14**   3:16 91:8
   109:24
**140**   274:7 282:8,10
   282:11
**142**   58:14 276:18
**144**   231:4
**144a**   50:7 194:13
   194:23 208:6,7
   218:3,15,23 219:5
   219:6,25 220:2,4
   220:10,17 221:10
   221:14,19 222:17
   227:19 228:13
   273:11
**14th**   119:21
   124:10 125:5
**15**   8:22 29:14
   39:22 151:22
   166:8 307:21
   309:21
**152**   290:8,21
**154**   292:10
**156**   295:25

**159**   300:2 301:2
   318:11,12
**15th**   130:8 146:5
**16**   161:11 288:2
**1600**   2:4
**165**   149:6 154:8,23
   155:9
**166**   155:1
**168**   154:16 155:2
   155:10
**16th**   258:22
**17**   3:19 288:3
   308:5
**17012**   327:24
**18**   172:2
**180**   90:18
**19**   3:21
**19046**   2:13
**1934**   30:6
**1970**   61:18 62:10
**1993**   44:18
**1994**   84:8
**1999**   44:24
**1:17**   1:6 4:18
**1:34**   160:7,8
**1:47**   160:9,12

**2**

**2**   3:13 10:7,8,12
   16:4 29:21 80:1
   82:19 86:16 87:6
   196:24 197:15
   198:5 199:12,15
   205:25 206:1
   209:3,12 210:12
   214:2,7 217:11
   222:13,23 225:5
   229:15 280:17,18
**2.05**   154:13
**2.05.**   156:13
**2.25**   29:11

**2.5** 8:19
**2.9** 198:14
**2.92** 197:23 198:20
  198:25 199:5
  201:23
**2/28/2020** 326:4
**20** 3:23 28:6 39:22
  51:25 129:1
  180:23,25 220:20
  222:1,7 326:23
**2010** 68:5,11
**2012** 8:22 29:14
  119:21 124:10
  125:5 126:1 146:5
  151:22
**2013** 42:24 43:16
  126:1 146:5,6
  151:23
**2014** 29:16 35:20
  126:1 136:21
  137:2,5 146:6
  161:10 179:12
  199:23 200:15,19
  201:1,7,10,17
**2015** 41:16 68:13
  125:6 129:1 130:8
  131:9 156:5
  258:22
**2016** 156:5 161:11
  274:15,23 287:20
  289:15,19,20
**2017** 8:23 29:15,17
  125:7 133:1
  136:22 137:2,5
  199:24 200:16
  258:23 274:9,12
  274:15,17,19,20
  274:24 275:5,6,12
  275:13,19,19
  276:11,12 282:13
  282:15,16 283:24

286:12 287:13,14
287:21,25 289:16
289:21,22 307:22
308:6 311:21
**2018** 3:22 8:21
  19:7 29:12
**2019** 17:3 21:2
  25:22,25
**2020** 1:15 2:3 3:14
  3:18 4:2,6 10:15
  11:19 26:4 327:22
**205** 90:19 91:4,12
  93:2 233:21 234:8
  236:6
**20th** 125:6
**21** 218:25
**212** 2:20
**214** 3:18
**215** 2:14
**220** 255:20
**225** 129:9 257:5,8
**23** 294:1
**230** 40:2
**24** 29:16 200:19
**24th** 136:21 137:2
  137:5 161:10
  199:23 200:15,25
  201:7,10,17
**25** 115:7
**250** 27:25
**252** 143:24 280:17
  280:18
**26** 82:23 83:25
  274:19,24 275:5
  275:12,19 276:12
  282:15 287:13
**263** 212:10,18
  213:4,7
**26th** 283:16
  284:21 285:17
  286:3,8

**27** 211:24,25 212:7
  275:6
**28** 1:15 2:3 4:2
**28th** 4:6 21:2
**29** 141:18 161:23
**292** 201:20,22
**2:46** 210:4,5
**2:59** 210:6,9

**3**

**3** 3:15 11:12,13
  14:6 72:12 75:3,9
  87:13 108:16,20
  108:25 109:2,7,18
  146:6 225:17
  227:3 229:20
  234:21 237:3,5,10
  241:18,20 242:7
  242:16 294:24
**3.40** 309:23,24
**3.45** 308:4
**30** 28:6 54:17 80:4
  321:25
**300** 130:24
**32** 85:22
**33** 87:23 109:24
  111:1 241:24
**34** 91:3,8,9 108:18
  109:8
**35** 205:25 238:10
  240:16
**38** 22:13 91:16,22
  91:22
**39** 22:14
**3:52** 257:23,24
**3b** 203:24 204:1
**3rd** 327:22

**4**

**4** 3:16 13:24 14:2
  14:11 17:11 34:5
  41:11 47:8 106:19

107:16 108:19,20
108:21 146:6
**40** 215:12 238:11
  240:16
**42** 184:13,18
  188:25 189:1
**43** 188:25 189:1
  294:6
**44** 74:13 184:23
**440** 2:13
**45** 54:17 191:19
  244:10
**47** 210:13 212:19
**48** 212:20 225:5
**49** 172:2,3,5 238:6
**4:07** 257:25 258:3
  293:24
**4:50** 294:14,15

**5**

**5** 3:4,19 17:14,15
  17:20 30:9 47:10
  75:25 90:15 101:8
  101:18 113:14
  156:5 172:19
  220:20 234:1,9
  244:16 258:7,8
  294:1,24 309:8,14
  309:16,19
**50** 42:10 80:2 93:5
  166:18 169:19
  170:15,18 250:23
  258:15
**500** 27:25 60:22
**51** 282:9
**52** 102:22,25
**53** 258:18,19,23
**54** 258:23 290:7
**55** 292:10
**556-2235** 2:20
**56** 124:19 132:6
  134:1 141:13

144:21 146:3
295:10
**57**   105:20 125:11
125:24 300:2
**58**   125:11
**59**   324:25
**5:02**   294:16,19
**5:38**   323:1,2
**5:47**   323:3,6
**5:49**   325:7,8
**5th**   179:11

**6**

**6**   3:14,21,22 8:23
10:14 18:23 19:1
19:5,7 29:15,17
156:5 189:25
287:21 307:22
311:21 317:7
**6-19-2017**   3:20
17:21
**6.59.**   156:15
**6.85**   308:4
**60**   55:15 56:4 59:6
75:4
**600-2817**   2:14
**61**   75:6,7,9
**62**   61:22 62:2
187:3
**633**   2:3 4:11
**65**   33:24 42:20
**66**   42:20,21 115:7
279:24 280:1,17
280:18,20 281:19
**67**   46:22 47:24
49:1,11 115:8,14
**675**   27:20
**68**   46:22 117:18
308:3
**69**   47:7,7
**6th**   11:19 132:25
132:25 199:23

200:16 289:16,21
289:22

**7**

**7**   3:10,23 20:20,24
27:17,24 136:22
187:1 234:1,9
274:9,12,17
275:11,13 282:15
283:24 287:14
308:6 311:21
**71**   47:25 49:2,11
**76**   141:17 143:7
144:2,23,24 145:4
146:8 161:3
**77**   161:22,24
**7th**   125:7 137:2,5
227:4 258:22
274:20 275:19
276:11 282:13
283:15,20 284:22
286:8,12 287:25

**8**

**8**   134:9 138:6
162:7 163:19,23
164:3,5,6,8,10,16
165:24 171:23
174:4 175:12,13
175:23,25 176:19
176:25 177:13
183:12,12 184:3
287:20
**8176**   1:22 2:5
327:5
**85**   257:2
**87**   252:11,18,18
253:2,10
**89**   212:23 213:4,7
215:2,9
**8a**   149:5 151:18
155:14 156:3,13

159:15
**8d**   154:16 155:2
155:17 156:4,14
159:19
**8th**   289:15,18,20

**9**

**96**   162:15
**97**   165:18 173:18
176:5,16,21 177:2
**9:39**   2:2 4:2,5

**a**

**a.m.**   2:2 4:2,5 55:7
55:8,9,12 106:3,4
**abbreviation**   29:9
**ability**   58:11 60:6
78:1 150:16
199:20 267:15
268:11 289:2
**able**   29:25 41:4
71:3 130:10 155:3
279:2 295:3
**abnormal**   121:4
127:21 162:5
163:18 164:19,24
165:9 173:2,6
**ac**   110:20
**academia**   180:1
187:10,15,18
188:12
**academic**   45:4
46:9,12,14 66:10
84:25 110:16,18
167:4 168:20
169:2 177:16
178:4 179:14,16
179:18 186:11
188:7 191:3 284:4
293:16
**academician**
191:2

**academicians**
177:20 188:15,18
189:8
**academics**   76:5
77:2,5
**accept**   72:17 73:5
75:13 170:3
**accepted**   142:15
169:25 170:6
318:24 319:4
**access**   313:19
**accommodate**
244:13
**accompany**
190:13
**account**   219:15
234:6
**accounts**   219:16
**accuracy**   33:7,14
33:18 40:7 266:18
**accurate**   21:14
30:21 31:15 32:9
34:25 35:16 40:11
43:24 61:15
102:16,17 117:16
211:2 216:7 220:1
229:17 243:20
266:4 281:18
290:3 315:4
324:18 326:5
**accurately**   176:17
**achieve**   158:17
159:10 162:10
163:2,3
**acknowledgment**
326:1
**acquired**   8:17
126:7 322:2
**acquisition**   120:5
120:20 121:7
124:11,17 125:20

[acquisition - analysis]

125:22 126:17
127:5,18 128:6,17
**acquisitions**
120:22 126:3,13
126:21
**act** 30:6,7 227:23
228:24 229:8,13
296:4 297:6
**acted** 228:16,20
**acting** 219:14
230:8,10,20,21
261:25 314:22
**action** 3:19,21,23
4:13 17:20 19:6
21:1 47:2 168:1
297:17 299:12,16
315:9 327:21
**actions** 1:9 313:1
**actively** 46:6
**activity** 271:14
317:12
**actual** 197:1
202:15 254:8
304:11 305:3
**adam** 1:14 2:1 3:4
3:14,17 4:13 5:11
10:14 11:22 15:5
15:6,11 106:5,10
325:5,9 326:2,21
**add** 28:14 183:25
213:14,17 281:23
282:3
**addition** 29:20
133:23 290:12
**additional** 24:14
24:22 27:22 63:13
71:17,20 121:24
125:14 132:23
183:7 188:21
212:2 225:6
286:15 319:24

320:4
**additionally** 231:7
**address** 249:25
**addresses** 195:9
**adjourned** 106:5
**adjust** 162:23
199:7 306:25
307:4
**adjusted** 152:15
152:17 192:19
**adjusting** 307:9
**adopt** 267:25
**adopted** 30:9
**advantages** 323:9
**affect** 215:23
216:23 285:3
287:2
**affiliated** 40:18,20
40:22 41:10
219:21
**aganin** 2:24 5:2,2
**agencies** 222:15
222:25 223:3,14
**agency** 129:23
130:1 223:6,20
224:2,10,20 225:3
**agents** 112:14
**aggregate** 206:12
219:18
**ago** 209:17 246:7
279:13 288:22
321:25
**agree** 59:17 60:25
62:16,17,18,20
76:5 102:10 105:5
112:20 120:7,16
135:15 156:19,21
190:17 201:10
204:16,17 213:5
233:12 278:17
280:7,10 311:20

**agreement** 16:22
**agrees** 87:18
**ah** 184:4 204:6
**ahead** 57:9 93:21
99:23 128:3
151:13 175:6
207:18 210:24
**al** 84:8 85:2
**alexander** 2:24 5:2
5:2
**allegation** 118:11
118:18
**allegations** 25:16
115:13 116:4
119:9,13 133:16
133:21
**alleged** 133:1,7,16
286:11 302:11
304:2,18 305:5
306:10,22 310:20
312:4,15 319:16
**allow** 323:16
**allowed** 25:7
**alter** 168:14
**amended** 3:21
19:5,18,21 20:2,3
20:5 315:8 316:14
316:16 317:4,6
**americas** 2:19
**amici** 179:5
**amount** 56:21
**analyses** 156:1
212:2 300:5,11,14
300:16,19 301:4,6
319:13 323:24
**analysis** 18:5,6,13
18:17 19:22 20:3
20:15 53:19 57:15
72:14 77:15 80:12
80:14 81:12 84:20
85:14 88:10 92:2

92:22 93:12 94:22
95:4,13 97:15,25
101:3,20 104:3,10
106:25 107:6
108:1,9 111:7,24
112:11,16 113:6
116:11,14,16,21
116:25 121:24
122:5,10,19
123:14,22 132:4
135:7,14,25
136:11 137:7
138:8,10 140:20
141:3,9 142:16
146:11,17,19
147:4,8,15,17,24
148:3,18 149:19
153:11 154:2
160:15,17,22
161:2,6,8 163:8,12
163:21,22 164:4
165:15 166:12,14
167:6 168:22
169:4,11,14,15
170:1,8 171:2,15
171:17,17 172:1
175:4 177:12,23
183:13 184:9,15
186:17 188:5
189:3 191:15,25
192:6 199:4,4,7
201:19 202:13,20
205:23 206:2,5
207:10 209:9
210:13 213:13
214:3 216:13
217:11 220:10
221:18 222:14,23
223:8 224:24
225:20 228:7
231:15,24 232:14

232:22 233:8,14
234:6,13,15,20
236:12,14 237:11
237:20 238:22
239:1,5 240:4
241:3 242:6,15,19
243:5,13 244:1,17
245:1,2 250:1
251:22 254:10,13
255:2 258:25
259:7,14 260:16
261:17,19 262:10
262:17 263:1,12
264:12,13,20,25
264:25 265:5,7,13
265:15 266:9,20
266:25 267:4,20
268:5 269:7 270:1
270:9 271:4,14,25
272:3,22 273:22
278:13 281:1,11
284:8,12 287:24
288:6 292:5 293:7
293:10,15,21
300:4 301:21
302:7 305:18
312:2,14,18
316:17 318:22
319:10 320:9
323:13
**analyst** 74:3 76:18
82:18,20 83:10,15
84:14 86:24 107:8
107:9 108:13,14
108:21,24 109:14
109:16 114:19
124:24 131:25
132:12 210:18
211:21,22 214:3,4
214:12 215:20
216:14,21,25

245:18 247:11
**analyst's** 107:3
**analysts** 83:17
84:2,10,17,20
85:14,24 86:14
87:4 106:20,23
107:19,22 108:8
190:3 211:8 212:9
212:22 213:10,21
**analyze** 102:1
104:6 113:5
199:22 206:6,8
262:6
**analyzed** 261:13
261:22 270:23
273:18 290:15
**analyzing** 107:5
121:13 186:7
287:18
**angeles** 2:4 4:1,9
4:11 97:3 327:2
**animal** 208:21
**announced** 124:11
126:16 129:8
303:19
**announcement**
104:14,19 140:11
303:15,24
**announcements**
124:25 126:12
132:13 145:19
**announces** 104:12
**announcing**
307:23
**annual** 146:12,13
**answer** 10:5 20:4
20:12 23:1,4,13,15
30:19 31:5 33:9
41:4,8 49:22 54:5
54:15 58:10 59:20
63:12 64:22 65:6

65:24 66:2 67:1
71:3,14,25 81:13
82:7 83:21 87:2
97:9 99:22 100:3
100:5 102:15
112:8 115:25
123:5 128:9
130:10 148:17,20
150:15 151:12
152:17 153:14
157:12 161:15
182:2 184:5 194:8
195:3 199:19
206:10 207:9
208:22,24 216:12
220:7 222:9 236:3
238:4 241:2,6
242:18 246:6
248:2 251:2,13,14
253:1,19 254:15
255:11,25 256:10
256:12,12,18,24
257:18 260:18,20
262:14 263:15
265:17,22,24
266:8 267:17
268:23 271:18
273:10 276:4,7
278:18 279:10
280:9 283:17
287:10,16 288:17
288:19 289:2,3,5,9
289:25 290:3
298:5,21 299:18
299:22 303:12
310:24 311:2,4,8
311:12 316:2
317:23,24 319:6
319:20,22 320:6
320:11 324:12,18

**answered** 31:12
67:20 87:8 93:20
94:5 95:17 96:14
128:8 135:3 151:7
151:9 181:21
182:21 183:20
207:17 208:15
244:4 253:18
255:18 256:17
262:13 263:3,14
267:15 268:10,15
276:2 289:1 306:2
310:14,23 324:11
**answering** 92:14
256:3
**answers** 168:19
183:22 265:19
**ante** 178:9
**anybody** 16:5
277:17
**anyone's** 100:25
**anyway** 26:1
188:12
**apart** 300:10,19
**apologize** 96:9
123:3 152:9
184:17 209:19
**apparent** 305:21
**apparently** 203:14
**appearances** 2:8
**appeared** 179:21
179:23
**appears** 309:24
**appendix** 55:14
56:1 61:22,24
72:11 75:2,9
187:1 189:12,25
**apple** 150:7
**applies** 295:5
**apply** 57:5 192:5

appointment 3:11
  7:10
appreciate 117:7
  222:11 257:20
approach 210:17
  212:2
appropriate 23:10
  125:3 132:7
  141:11 142:3
  192:5,20 270:1
  271:13 311:23
  312:5,17,24
approved 14:20
approximately
  16:15 28:4 50:6
  143:17 165:19
  257:5
april 3:22 19:7
arbitrage 110:15
  110:17,19
arbitrageur
  111:16,22 112:7
arbitrageurs
  87:24 110:3,13
  111:6,10 112:2,5
  112:10,14,15,24
  113:5 241:21
  242:3,8,11,17,20
  243:2,5,12 244:1
archdiocese
  179:10
area 45:2 306:7
argue 44:5 60:21
  104:13
argued 72:21
argument 239:3
argumentative
  144:15 250:16,25
  256:16 282:23
arrive 252:5

art 282:25 283:3
article 42:24 43:3
  43:5,11 179:14
  180:2,8
articles 44:1,8,8
  44:10 114:19
  124:24 132:12
  167:10 168:23
  169:1,7 191:3
  211:14
artificial 304:17
artificially 302:13
ascribable 229:7
aside 16:5
asked 7:1 18:7
  26:13 28:21 29:21
  30:13,24 31:24
  33:6 46:10 48:16
  50:21 51:12,16
  61:4 67:9 76:15
  78:3 80:11 87:8
  93:6,20 94:4
  95:17 96:13
  100:25 101:21
  128:7 134:22
  135:2,5,11 136:2
  137:6 150:17
  151:6,8 152:7
  168:19 181:20
  182:20 183:19
  185:15,24 201:8
  201:16 204:21,22
  205:15 207:16
  208:14 221:5
  224:12 235:8
  242:23 244:3
  247:15 249:25
  250:3 253:17
  255:5,17 256:1,4
  256:17 259:6
  262:12 263:2,13

263:21,22 264:1,4
  264:10,11,20
  268:14 271:15
  276:1 279:13
  288:23 295:25
  297:3 301:15
  306:1 307:14,18
  307:20 310:3,13
  310:15,23 311:14
  312:21 319:19,21
  322:11,17 323:17
  324:10
asking 6:14 8:13
  9:23 13:3 33:5,12
  49:18 64:5,7
  65:12 70:8 81:9
  81:14 83:12 85:5
  89:1,19 95:11
  98:10 99:9 102:10
  107:9 114:9 119:4
  125:14 135:19
  137:17 144:25
  151:3 153:23
  174:19,21 189:13
  189:14 190:19,20
  200:24 203:17
  208:2,3 231:14
  234:5 235:3,4
  237:4 250:5,6,13
  252:22 256:2,13
  260:24 262:9
  264:18 267:8
  269:17 279:4
  282:3,4 286:19
  287:11 294:4
  296:8 299:2 301:8
  324:14
asks 98:13 185:13
assessed 291:8
assessing 192:10
  192:17

asset 71:8,12
assignment 187:22
assist 9:4 29:2,23
assistance 295:1
assisted 14:18
  16:6 27:22
associated 40:15
  187:9 196:21
  223:17 252:4
assume 6:8 48:13
  54:4 113:21 114:3
  138:15
assumed 55:3
assumes 86:17
  93:19 98:6,13
  237:22 251:24
  303:10
assuming 240:12
  284:19 285:5,15
  285:24 286:15,18
  287:11 305:3
assumption 59:22
  162:21 164:17
  169:12 177:3
  284:25 285:18
attempt 71:25
  111:10 115:8,23
  117:15 133:11
  171:18
attempting 111:16
  111:19
attending 106:24
  107:23
attention 190:5
attract 190:3
attributable
  310:11 312:9,25
attribute 309:25
  312:24
audible 311:16

august 161:11
available 56:9
  60:8 62:14 139:21
  200:14 225:13
  274:13 275:18
  276:9
avenue 2:12,19
avenues 210:19
  211:6 322:12
average 41:17,20
  59:23 73:25 79:7
  80:3 158:10 185:7
  198:3,25 201:20
  204:8 206:4,11,15
  206:19 207:11,22
  208:8,8,10 308:9
aware 6:22 21:20
  21:22,23 22:1,3,6
  22:10,22 23:19,24
  24:2,6 26:15 27:9
  27:23 127:5 131:9
  167:4 168:20
  191:22 273:20
  293:16 317:19,21

**b**

b 3:7 30:5 227:2
  296:4 297:5
ba 34:11 37:12
back 11:6 22:8
  24:19 28:20 49:8
  53:10 54:15 55:10
  72:11 81:18 92:17
  97:23 100:13
  105:7 106:12,18
  107:13,16 108:16
  113:11,12 120:14
  132:5 140:25
  147:1,21 154:19
  158:3 159:4
  160:10 163:16
  165:1,3 171:7

175:18 194:19,22
  196:24 205:7
  210:7 211:3,20
  212:16 222:20
  231:21 235:19
  238:23 241:22
  243:9 247:25
  248:19 258:1
  259:15 265:10,24
  266:5,7,19 268:18
  276:3,5 281:7
  282:8 285:22
  292:3 294:17
  299:20 306:17
  309:21 311:4,6
  316:7 318:6
  320:22 323:4
background 34:10
backing 149:7
backwards 307:21
bad 182:3,12
baker 2:12 5:6,6
bancorp 47:9
bank 44:18 129:6
  227:23
banking 226:13,16
  226:18
bankruptcy 69:2,4
  245:12,19 246:9
  247:14 248:3
  249:6,13 250:10
  251:17,21 252:13
  252:17,20 253:3
  253:16 254:13,17
  254:25 255:16,21
  256:14 257:9,12
banks 226:3,7
  227:11,12,17
  314:3
barber 84:8,13
  85:1,1

barclays 90:9
  231:7,15,25 232:9
bark 167:25
barring 182:15
base 61:11 126:4
based 26:11,18
  44:10,13,17 48:13
  54:5 59:25 60:2
  60:22 70:16 83:5
  90:8 103:20
  108:13 116:16,16
  121:13 122:7
  135:7,19,23 136:9
  136:9 142:1,4,10
  149:25 187:22
  191:24 196:7
  198:14 233:25
  234:2 238:22
  240:16,19 243:23
  263:19 289:24
  307:4 308:18
  315:7 316:13
basically 85:1
basing 122:25
  227:9 261:9
basis 30:3 52:13
  70:18 82:4 85:18
  93:24 94:7 99:25
  116:1 122:2,22
  125:9 127:4
  137:11,15 145:25
  153:9,10 196:2
  206:7,9 219:19
  248:15 251:5
  305:16 308:4,14
beach 42:9
bearing 96:11
  103:21,24
began 200:18
  201:6

beginning 4:20
  18:17 19:22
  204:10,14 290:22
  290:25
begins 33:24
  184:17 210:13
behalf 2:2 4:16 5:5
  5:7 47:1
behave 146:18
  147:6,16 148:1
behavior 192:21
  192:24
behest 264:16
belief 186:20
  246:12
beliefs 59:25 60:1
  60:3,5
believe 6:24 7:4
  11:1,9 12:20 13:8
  13:10 15:16 17:3
  21:14,16,22 24:12
  26:8,24 27:12
  28:10,12 32:5
  33:9 34:18 38:12
  38:19 40:11,19
  42:10 43:9,24
  52:5 53:6,17,20
  57:17 60:3 61:15
  68:2 70:15 74:11
  75:3 79:21 85:14
  85:15,18 86:15
  87:5 89:21,22
  90:18 91:15 96:2
  98:9 99:18 101:18
  103:6,21 105:9
  110:22 111:20
  112:9 114:1
  117:12,15 118:9
  120:2,20 126:23
  128:2,19,23 129:7
  129:13,19 131:3

131:12 133:10,21
138:2 144:22
146:22 148:15,19
149:24 164:6
166:7 170:18
172:21 174:12,21
174:25 176:3,8
178:2 180:2 184:1
186:24 190:20,21
191:2 192:5
194:11,21,25
195:11 196:16
201:12,15 211:15
213:18,25 216:6
220:17 224:21
225:3,12,14
229:17 231:4
237:9 239:16
240:9 241:22
251:16 254:21
256:19 257:10
261:7,21,24
263:16 264:4
266:1,3 267:3,19
267:24 268:4
269:10,11,24
271:24 272:2
273:11 277:16
278:11 280:24
281:18 282:6
283:16 289:2,10
289:25 292:1
293:7,15 295:20
298:12 300:20
305:17 307:18
311:13 314:6,9
315:4,14,22
317:17 318:11
320:7,8 321:24
322:1 323:20

believed 50:19
104:7
benchmark 79:25
164:23 165:8
198:5 208:19
293:3,12
best 22:21 41:1
58:11 60:6 84:25
113:24 148:17,19
150:16 168:18
179:22 199:19
222:9 223:15
225:2 233:25
257:18 259:9
262:19 263:8
266:8 267:15
268:11 269:1,1
271:7 272:4
286:20 289:1,3
301:23 313:25
314:20
better 95:24 161:1
173:18 248:1
273:7 279:3
298:22 309:10
beyond 52:2
115:25 182:23
184:16 205:18,18
292:18 310:8
311:10
bid 83:6 184:25
185:1,7,11 186:7
186:20 187:7,10
187:15,20 188:3
188:17 291:5,18
291:23 292:6,8
bill 28:16,17
billed 28:2
billion 118:20
303:19

bills 28:15
bipolar 230:16
bit 79:6 294:23
bleeds 212:20
block 8:11,12
bloomberg 321:17
322:5,7,8
blown 297:10
bny 90:10
body 55:24
bond 50:12,16,20
58:4,6,25 69:5
70:1,9,20 71:9,10
72:2,3 76:9 80:25
124:6 137:1
160:22 161:6
166:1 192:10,12
192:20,24 193:1
193:11,12,20
194:4,7,12,13,14
194:21,23 195:8
195:15,16 196:3,5
196:6 204:11
217:20 218:16,19
218:23 221:14,19
223:19 227:1
247:4 259:8,12,13
260:11,15 262:1
262:11,18,22
265:7,16 266:10
267:20 269:7,13
269:14,22 270:2,8
270:13 271:11
277:14,24 278:4
278:12 280:21,25
281:2,10,12
282:15 283:14
284:15,20 285:16
285:18 286:1,7,17
286:23 287:1,7,7
287:12 288:25

289:7,12,17
290:17 291:6
293:3,12
bondholders 69:1
bonds 50:7 57:5
68:21 69:9 70:24
81:2 82:11 86:9
137:4 161:10
191:24 192:6
193:7 194:16,18
194:25 195:4,6
197:8 199:13,17
202:18 203:21
208:21 209:9
220:11 221:10
222:17 223:3,13
226:12,15 245:7
246:14,16,20
255:11,14 259:16
259:19,21,25
260:21 262:6
263:1 267:5 268:5
270:22 273:11,17
279:7,19,23
291:19,23 293:2
borrow 138:25
botched 179:6
bottom 62:5
bought 226:15
242:23 271:1,11
321:21
bound 13:22 14:16
breach 129:10
131:2,10
breaches 130:16
132:21
break 54:20,21
105:19,22 141:20
142:5,11,17,23
143:2 160:1,3
161:6 166:24

209:14,15 244:8
253:24 256:6,7,11
257:17 266:23
294:5 322:20
**breaking** 142:3
145:3
**breaks** 244:9
**brief** 179:4,13,16
**briefly** 5:20 35:25
**bright** 251:4
**broad** 172:12
220:6
**broader** 232:18,19
**broadly** 44:1
**broke** 146:15,16
146:17 147:4,14
147:15,24 148:10
160:14 161:2
288:6,12
**broken** 143:24
**broker** 239:12,13
**brokerage** 1:5
2:16 4:14,23 8:18
29:5 317:10
**brought** 262:2
**business** 126:2,11
313:11 317:9,11
**buy** 83:4 111:13
111:13,14
**buyers** 219:8,14
219:17 237:2
**buying** 88:4 110:8
111:3 245:17
247:10
**buys** 270:16

**c**

**c** 2:18
**c.v.** 34:1
**ca** 1:22 2:5
**caffeine** 77:11

**cal** 34:23 35:17
36:1,9 39:13
41:25 42:5
**calculate** 30:2
202:1 282:14
283:13,19 297:15
298:3 301:15,22
305:10 309:4
320:17 321:1
323:16
**calculated** 67:11
203:10
**calculating** 309:16
309:18
**calculation** 153:22
283:8 284:10,19
285:3,6,16,25
287:3,12 295:5
298:13 311:24
312:6 313:1,2
322:17
**california** 2:4 4:1
4:9,11 327:1,5,25
**call** 37:16 38:24
111:18
**called** 10:13 61:18
62:15 89:8,9
**calls** 106:24
107:24 121:20
211:10 249:18
**cammer** 51:6
52:15,17 73:10,16
73:18 74:9,12
75:14 76:11 77:16
77:19 79:7 81:10
82:19,23 86:15
87:6,13,19 88:18
101:4,13,19 107:3
107:5 108:16,20
108:24 109:7,18
110:1 113:14

136:13,13 172:19
191:20 192:5
196:16,25 197:16
198:4,17 199:11
206:18,22 207:4
207:15 208:13,17
208:18,23,23
209:8,12 210:11
214:2,7 217:11
222:13,23 225:5
225:17 229:14,20
234:21 237:3,5,10
241:17,20 242:1,7
242:16 244:16
258:7,8 290:14
**candidates** 247:4
260:11
**capabilities** 126:9
**capacity** 38:18
42:5 53:16
**capital** 61:19 62:7
90:10,10 129:9,15
130:2,5,16,21
131:1,10,19 132:1
132:15,21 150:10
167:18 177:25
246:15 259:20
**capitalization**
188:22 189:2,4
190:14 290:17
292:13,19 293:4
**capitalizations**
292:22
**capitalize** 111:16
111:23
**capture** 118:2
**captured** 177:7
**card** 40:16
**case** 4:18 5:22
6:23 7:12 21:1
25:7,9,16 27:11,14

32:3 47:10 50:12
61:2 65:23 66:13
67:11 78:5 82:4,4
82:6 85:18,18,18
86:23,25 90:1
93:24,24 94:7,7
99:25,25 100:20
106:21 107:20
114:14 116:1,1
118:6,17 119:2,5
122:1,1,22,22
130:4 131:7
135:25 140:21
141:4,10 142:19
142:20 143:16
147:12 149:20
160:23 166:19,20
169:20,21,23
170:17,21,24
171:10 181:16
182:22 192:15
205:18 207:5
217:24 220:5
221:12 248:15,15
251:5,5,10,11,15
251:19 253:15
270:23 296:15
299:6,12,16
300:13,17,18,21
300:25 302:3,3
303:8 304:11
305:1,13,16,16
307:13 312:15
315:9 320:8
321:12,12,14
322:9,17 323:17
323:25 327:17
**cases** 46:22 48:1,7
48:10 60:9 80:25
131:6 132:21
169:24 180:20

211:11 220:15,16
220:21 223:24
262:1,2 296:17
297:17,21 298:18
301:8,9
**cash** 130:25
**categories** 178:14
178:17
**causation** 300:24
301:10 307:15
**cause** 43:16 70:19
70:24 74:15 76:6
102:5 103:2 124:2
140:16,17 167:25
172:8,17
**caused** 302:12,15
304:18 310:19
311:22 319:17
**causing** 302:16
**caveat** 57:7 59:1
**ccrr** 1:21 2:5
327:4
**certain** 126:15
133:14 296:12
**certainly** 20:14
32:14 45:11 50:2
68:23 69:18 71:5
76:3 80:24 82:11
87:9,10 90:9 97:5
98:21 100:19
104:25 113:2
124:5 130:25
131:5,6 138:7
139:23 140:12
141:15 150:12
153:25 155:22
156:10 161:16
169:9 174:10
177:22,25 179:15
179:23 182:10
183:6 206:23,24

207:21 223:22
259:6 273:16
310:7 311:9
314:11
**certification** 3:11
6:23 7:3,10 9:4
11:7 299:4 301:12
301:17
**certifications**
34:19
**certified** 327:24
**certify** 8:13 326:2
326:4 327:6,20
**cetera** 146:6
**cftc** 129:25 307:23
310:2,12
**challenging** 32:8
33:8,15,19
**chance** 244:15
**change** 20:4 121:2
140:18 153:17,19
153:20,24 154:3
155:20,24 156:9
158:23 159:15
161:17 162:25
166:25 246:24
248:7,11,22 260:4
284:24 285:1,6
287:6 294:8 305:7
309:22 319:22
**changed** 13:15
88:5 110:9 149:10
154:5 251:16
285:2,10 316:5
**changes** 12:10,14
158:10 305:24
306:6
**chapter** 227:3
**characteristics**
190:12 192:12,13

**characterization**
156:24 204:17
**characterize**
155:20 156:8
**choose** 129:3
**choosing** 254:20
**chose** 117:10
120:7,17,19
125:11 128:25
132:24 139:13,18
141:20,25 145:25
146:4
**citation** 62:5
**cite** 9:8 95:11
167:13
**cited** 61:12,13
117:24 320:8
**cites** 192:14
**citing** 163:11
232:16,18
**city** 42:9
**claims** 25:15 30:5
**clarification** 35:11
35:13,14 50:9
116:9 139:14
167:1 187:13
198:9 229:23
246:4 270:25
291:11 315:10
**clarify** 114:8
**clarifying** 36:14
46:2 48:16 99:10
113:15 150:5
220:25
**clarity** 174:21
**class** 3:11,12,12,19
3:21,23 6:23 7:2
7:10,11 8:12,21
9:2,15 10:3 11:3,7
11:8 17:20 19:6
21:1 29:15 30:3,4

32:13 37:13,14,24
37:25 38:11,22,25
39:25 45:7 67:7
86:7 90:15 106:20
107:19 117:23
118:10,12,19
119:8 120:21
121:9,19,25
122:25 123:9,12
123:18,23 124:1
124:23 125:2
126:22 132:11
134:12,16,18
135:1,10,13,15
136:3,7,8,15,20
137:12,20 139:21
140:10,14 141:15
141:20 143:15,23
145:20,21 149:11
149:19 150:2
164:7 168:1
172:14 178:9
185:9 193:19
200:13 207:13
208:11 211:23
212:3,4,11 231:11
232:11,18,24
233:14 238:8
295:4,6 296:3,5
297:5,7,17 299:4
299:12,16 301:12
301:17 304:22
306:12,24 308:8
313:23 315:9
316:5 320:18
321:2
**classes** 36:3,6,7
39:2 140:9
**classroom** 37:2,4
43:25

**clear** 6:7 21:11
    64:10 71:7 90:8
    92:5 113:25 117:5
    145:1 214:20
    229:20 264:21,24
    273:24
**clearly** 85:18
    100:4 122:11
    246:12
**cleveland** 44:18
**client** 118:19
**clients** 50:21 83:5
    257:5,7
**close** 159:25 160:1
    232:4
**closed** 188:23
**closely** 83:2
**closer** 232:4
**clr** 1:22 2:5 327:4
**coefficient** 152:24
    153:1,3,5,6 158:6
**coefficients** 152:23
    153:22,24 156:2
    157:11 158:16
    159:7
**coincides** 87:19
**coke** 74:22 190:9
**cokes** 77:8
**collection** 175:13
    176:1
**collective** 172:10
**collectively** 151:2
**college** 34:12 37:9
**color** 125:15
**combination**
    121:15 122:10
    315:7
**combined** 318:23
**come** 5:23 18:13
    51:17 133:19
    136:5 164:14

182:3
**comes** 303:16
    313:5
**comfortable** 77:17
    121:12
**coming** 323:25
**commentary**
    44:19
**commission** 30:8
    32:23 42:15
    326:25
**commissioner**
    42:8
**commodities**
    32:23
**common** 8:21
    28:22 29:3 30:2
    30:15 38:1,6
    57:11 65:13 86:6
    91:4,12,14,19 92:1
    92:21 94:10,17,21
    94:23 95:12,14
    97:15,17 98:1,4
    108:17 110:16,18
    111:2,25 126:18
    134:11 135:8
    136:8 145:15
    150:1 151:20
    153:10 160:15
    161:2 165:14,16
    168:10 173:3
    184:8 185:8 186:9
    191:25 192:7,13
    198:7,15 199:5
    217:12 225:20
    233:15,22 234:8
    234:17 236:16
    245:1,25 246:18
    247:3,21 259:1,23
    260:9,17 261:14
    261:20,22 264:14

265:1 277:21
    283:7 284:9,16
    287:19,22,24
    288:6 292:18
    295:4,11,12 296:5
    297:6 308:2,8,10
**commonly** 142:14
    164:21 186:15
    219:4 277:4,10,25
    293:21 309:10
**community** 42:12
**companies** 63:20
    89:22 97:13 126:7
    190:2 292:23
**company** 29:10
    70:9 83:14,17,18
    84:18 85:15 86:2
    88:2 104:21 110:6
    114:15 115:22
    121:2 124:22,25
    126:7,14,16 130:8
    132:10,13,23
    146:2 149:18
    150:21 162:6
    163:19,23 174:4
    176:12 189:8
    213:22 215:23
    217:2 245:10,17
    246:15,22 247:10
    259:20 260:2
    313:19
**company's** 69:5,8
    71:8 83:8 132:17
    142:6,12 150:2
    313:23
**comparable** 63:20
**compare** 155:6
    162:18 178:12
**compared** 158:12
    308:8

**comparing** 195:24
**complaint** 3:19,22
    9:21 17:21 18:18
    19:6,16,19,22 20:2
    20:12 32:8 33:8
    33:15,20 114:19
    115:13 116:4
    117:14,25 118:15
    119:13 131:14,15
    131:17,20 133:15
    133:20,22 315:9
    316:14,17 317:5,6
**complete** 10:5
    90:13 170:22
    181:4 297:9 315:2
    327:15
**completed** 44:24
    307:14
**completely** 71:13
    71:24
**completeness**
    99:22
**completion** 87:25
    110:4 242:4
    327:18
**complex** 71:22
    297:3
**complicated** 75:22
**components**
    153:20
**composed** 204:11
**compound** 71:22
**comprehensive**
    117:22
**comprised** 193:2
**compustat** 321:16
    321:19,20,21,25
    322:3
**compute** 295:3
**computed** 58:21
    276:25

concede  200:17
201:5
concept  62:23,25
63:1 64:3,8,18
65:3 111:17
186:21 244:1
conceptually  64:2
64:17 308:22
concern  122:11,19
124:2
concerned  69:1,4
concerning  30:15
concerns  122:5,24
conclude  50:25
70:4 135:8 181:8
183:13 233:6
concluded  67:8,9
67:10 134:15,23
134:25 135:14
325:10
conclusion  51:18
122:25 134:17,20
134:24 136:5
137:8 139:16
181:19,25 182:19
183:17 224:4
236:16 237:13,19
325:4
conclusions  22:13
121:13
condition  216:22
conditions  215:22
conduct  53:18
78:13,15,18,24
101:2 103:1
125:19 169:13
213:13 242:19
306:10,21
conducted  67:19
114:14 123:11
131:10 134:14

140:21 141:4
148:18 162:17
258:7 262:10
conducting  70:22
77:15 85:13 122:4
122:6 124:18
130:17,21 131:13
133:13 141:19
166:11 170:8
189:3 224:24
312:2
conference  211:10
confirm  33:13
66:5
confirmation
105:1
confirmed  105:14
confirming  105:10
conflicting  302:24
confounding
302:9,21,23,24
303:5,9
confused  38:10
137:13 267:12
confusing  282:22
298:24
confusion  37:8
114:8
connection  18:1
25:17 28:5 30:4
31:24 41:18 45:22
46:14 48:1 53:11
54:4 65:4 66:4
67:2 88:10 106:24
107:24 108:17
111:1,24 112:10
112:16 113:6,14
120:8,10,18 132:3
141:9 145:3
146:11,19 147:7
147:17 148:2

149:9,19 154:2
160:17,22 161:7
163:20 167:6
168:22 169:4
171:2,14 174:11
174:20 179:17
181:7 184:7 186:1
188:5 196:18
198:21 201:19
206:22 207:4
210:18 214:2,13
216:15 221:18
222:13,22 227:18
228:6,8,13 232:16
232:22 236:14,15
240:4 241:17
242:6,14 253:14
256:15 261:19
263:11 270:24
272:18 273:20,21
280:21 283:20
287:24 290:7
291:24 317:13
322:16 323:13
conscious  161:19
consecutive  58:19
59:2 276:23 277:1
277:3 278:3,7,12
279:9,22,23 280:7
281:2,13 288:25
289:6,12,16
consequently
274:16
consider  36:16,24
40:1 44:9,21 46:7
47:4,10 48:9
63:24 89:13,14,17
89:19 97:14 98:14
112:4 129:25
138:22 181:6
185:19 186:1

188:16 191:15
222:14,24 224:12
270:2,20 271:14
consideration
170:25 171:11
183:7 188:14,16
223:23
considered  33:1
37:25 42:11 53:10
79:24 93:4 108:12
141:16 178:4
179:14,18 189:23
199:16 214:13
217:10 254:6
257:15
considering  71:5
consistent  11:8
63:9,15 206:21
207:3,6 208:12
consolidated  3:19
3:21 17:20 19:6
315:8
constant  284:20
284:23 287:13
constitutes  173:22
constructed
304:16
construction
318:20,20
consultant  221:17
221:18
consultants  27:22
contacted  16:16
17:1
contain  140:15
173:25
contained  11:23
167:19
contemporaneous
143:20 145:7,13
145:16,22,23

**context**  13:12 24:6
  24:14,23 25:9
  49:25 63:4,17
  64:14 66:16 88:16
  94:15 235:7 250:4
  252:4 254:12,16
  278:23,24 293:13
**continue**  150:18
  228:3
**continued**  60:20
  106:16
**continuing**  47:25
**contributing**
  310:8 311:9
**control**  162:4
  163:17 313:7
**controlling**  302:8
**conversation**
  37:16 71:2,6
**convertible**  8:20
  29:11 72:3,3
**copy**  11:25
**cornerstone**  2:24
  5:3 48:8 168:9
**coronavirus**  60:10
  60:14,23,25 61:1
**corporate**  74:17
  194:7,11,14,21
**corporation's**
  195:6
**correct**  6:1,2,3,10
  6:24 10:25 11:8,9
  12:6,18 13:5,19
  18:9,10,14,15
  19:14 23:18,21
  24:1 25:25 26:4
  26:22,24 28:23
  30:15,16 33:10,21
  34:5,12,13,24
  35:21 38:18,19
  40:6 43:1,7 47:14

48:21,24 53:5
57:20 58:2,3
59:15,16,22 61:3,6
61:9,14 73:2 74:1
74:2,4 91:9,21
94:11 103:6
110:11 111:20
113:9,18 114:17
116:5 118:4
119:17,22 120:9
121:8,10,11
124:12,13,14
129:1,2,7,13,19
133:3,4 136:23,24
141:21,22 146:9
148:14 149:1
153:18 154:4,14
155:15,16,18
156:7 160:18,19
161:3,5 163:9
166:7 172:16,21
176:4,8 177:14
185:3,4 186:3
187:18 195:22
196:18,19 197:24
197:25 198:11
199:24 201:1,18
201:24 206:18
209:5 212:13
217:14 225:22,23
227:7,8 229:9,16
230:5,24 231:13
232:14,15 233:22
233:23 234:16,18
234:19,22,23
239:24 240:12
241:21 254:3,4,8
254:10 256:20
261:23,24 264:14
264:15 265:3,7,16
266:11,12 267:1,2

267:5,7,8,21 268:9
272:9,10,12,16,19
272:20 276:14
280:5,22,24
282:16 283:9,10
283:14,20,25
288:7 292:24,25
295:8,20 296:23
296:24 298:9,15
308:12 309:23
318:5 320:2
327:14
**corrected**  3:16
  11:25 12:6,9,13
  13:21 14:15 16:10
  17:11 31:19
  287:18 306:10,22
**correcting**  319:15
**correction**  274:25
  275:2 326:8
**corrections**  10:20
  10:21,24 326:6
**corrective**  118:9
  118:14,24 119:2
  119:10 133:1,8
  140:10 302:14
  307:1,5,6,9 316:20
**correctly**  56:16
  73:1 91:6 110:10
  116:4 118:3
  143:25 172:15
  195:21 229:13
  231:12 238:20
  275:2 291:10,14
  295:9 302:18
  308:11 316:10
  319:1
**correlated**  72:22
**corresponding**
  143:13

**cost**  187:12
**couched**  98:7,9
**counsel**  2:8 3:12
  4:20,22 5:1 7:11
  21:24 53:15,24
  54:5 185:25
  264:16 295:24
**count**  278:6,7
**counter**  313:20
**counts**  177:11
**county**  327:2
**couple**  7:7 18:7
  35:15 56:21 146:7
  214:15,18,24
  215:13 216:11
  258:18
**course**  35:2 36:11
  36:15,16,19,25
  37:14,16,18,19,20
  37:25 38:4,10,22
  39:16 40:1 97:12
  124:22 132:10
  172:13
**courses**  36:5,12
  64:25
**court**  1:1 7:17
  10:10 11:15 14:4
  17:17 19:3 20:22
  29:2,23 52:23
  78:4,6 79:17
  80:11 81:5 83:11
  88:18 110:1
  179:17 185:12,13
  185:15,16,18,21
  186:1 188:2
  191:23 197:16
  198:16 199:11,15
  199:16 202:11
  207:23,24 208:23
  209:9 237:5 242:1

court's  77:3 87:20
  198:16 204:21
  208:2
courts  56:20 75:24
  76:3 79:25 81:2
  82:12 86:22 96:2
  100:19 101:12,23
  107:2 142:15
  166:16 169:17,25
  186:15 187:23
  191:13 192:11
  196:23 204:25
  205:10 206:3,16
  235:2,3,9
cover  82:23 85:15
coverage  74:3
  76:18 82:18,20
  83:15 84:9,15
  86:24 107:3
  108:13,14,21,24
  109:14,16 190:4
  214:3 222:15,25
  223:2 224:2
covered  84:21
  108:8 213:21
  223:19 224:9,9,20
  225:3
covering  85:25
  143:23 214:14
covers  121:9 223:6
cra  48:8
crash  129:6 143:3
  168:14
crc  1:22 2:6 327:4
created  297:12,13
credit  223:5
  314:22
criteria  173:24
  254:14,17 255:1
  256:14

criterion  115:24
  191:12
criticize  169:17
crown  27:1
crowninshield
  14:19,23 15:2,20
  15:22 16:4 27:3,6
  27:10,14,22 28:1,7
  40:5,13,23 41:9,12
  41:15,19,24 42:1,3
  42:6 53:15
crr  1:21 2:5 327:4
csr  1:22 2:5 327:5
curiae  179:5
curious  167:24
currency  314:1
current  31:11
  70:17 143:16
  305:19
currently  34:22
  35:10 94:2 299:14
curriculum  33:25
  36:9
cushion  246:19
  259:24
customer  126:3
  314:16,19,25
customers  313:25
  315:20 317:14
cut  36:10
cv  1:6 4:18 48:12
  48:13 49:2,12

**d**

d  3:1 15:13
daily  137:11,15
  143:22 153:9,10
  308:9
damage  295:12
  296:16 297:10,12
  297:13 311:23
  312:5 318:7

322:17 323:24
damages  30:1
  67:10 294:22,22
  295:3,6,11,13
  296:2,22,25 297:1
  297:2,4,15 298:3
  298:13 299:6
  300:24 301:1,10
  301:15,17,20,22
  303:8 306:11,23
  307:15 312:2,13
  312:18 313:1
  318:9
dark  42:25 273:3
  273:12,23 274:4
data  58:17 78:12
  129:11 146:14
  152:13 200:14
  228:10,11 238:22
  239:9,15,17,21,25
  240:3,6,10,12,19
  240:22 241:10,15
  276:21 290:2
  291:5,17,23 293:6
  293:11 320:14,16
  320:24 321:19,22
  322:6,8,12,12,15
  323:12,16,18,20
  324:1
dataset  240:24,25
  242:9 290:3 292:4
datasets  321:10,14
  321:16,17 322:4
date  4:6 16:18
  26:19 31:22
  127:21 132:25
  143:5 245:6
  257:11 304:21
  306:7 307:19
  324:14

dated  3:14,17
  10:14
dates  8:24 115:2
  120:8,10,17
  125:20,22 126:15
  132:8 145:25
  173:3,6,7 178:21
  178:22
daubert  53:1,2,8
david  15:13 179:8
day  23:1 56:25
  57:3,19 58:2,20,25
  60:16 124:9,10
  129:3,5,8 134:16
  135:1,10 137:1
  138:17 139:12
  140:2,12 143:24
  173:16,22 177:9
  177:11,13 182:5
  182:24 183:1
  193:18 211:19
  250:24 258:22,23
  269:14,22 276:24
  281:3,13 282:14
  283:8,13,23 284:2
  284:3,9,10 285:2
  287:5 303:17,18
  304:21 313:5
  324:6,19 326:23
  327:22
days  56:21,25,25
  58:17,19 59:2
  63:9 78:24 81:1
  82:12 121:13,18
  121:24 122:16
  124:5 136:10
  138:5,10,13,15,19
  139:10,20,23,24
  140:7,15 141:11
  141:14 146:13
  162:20,20,22,22

163:9,23 164:3,5,6
164:8,10,16,18
165:14,17,19,20
166:1,12,18
168:12 173:13
174:3,3 175:11,12
175:23,24 176:18
176:18,23,24
177:7 178:8,10,11
181:10,10 182:4
182:17,18 183:11
183:11,12,12,15
183:16 184:2,3,3
244:25 254:24
274:12 276:21,23
277:2,4 278:3,6,7
278:12 279:9,22
279:23 280:1,6,12
280:14,14 282:18
282:20 283:16
285:7,10 288:25
289:7,12,17
**de** 157:14
**deal** 13:23 14:12
15:12 108:20
226:14
**dealer** 238:12,25
238:25 239:7,8,12
239:13,17,18,22
240:17
**dealers** 238:14
239:3 240:7,8,13
240:15,20 241:5,9
242:11
**dealing** 199:8
314:14 315:3,19
315:23 317:16,17
317:20 318:2
**deals** 234:21
**debt** 198:22

**december** 28:18
28:18
**decide** 78:7 124:16
146:10,14
**decided** 21:1
146:12 182:5
**decides** 143:10
**decision** 23:20,24
24:2,4 25:17 26:8
51:11 161:19
254:23 263:18
265:6,14 266:19
**decline** 140:18
304:2 310:1,11,18
311:20 312:3,9,15
312:16,18,25
**declines** 312:14
**dedicated** 45:1
**deepen** 42:25
**default** 246:25
248:8,11,23 260:5
**defaulting** 253:9
**defendant** 2:16
4:23 44:7,14 47:1
47:12 48:7
**defendants** 2:2
4:17 5:1,22 32:3
**define** 18:6 23:3
48:4 56:18 162:14
164:16 173:16,21
183:1,11,12
278:17 304:24
308:13
**defined** 36:25
90:21,25 92:8
173:14 176:23
177:1 180:1 239:8
273:9
**defines** 64:10
66:20

**defining** 176:11
184:2,3
**definitely** 215:5
**definition** 11:8
22:20,21 33:1
36:18 44:10,13,15
44:17 45:13 46:12
48:19 57:12,13
64:11,12,21 65:2,7
65:9 75:18 89:24
90:6,8 96:25 97:7
97:11 110:16,18
110:22 135:23
138:17,19 152:6
153:7 157:6
164:14 176:14,20
177:8,9 181:23
182:4,24 195:9
203:4 213:7 283:7
288:12 297:18
**definitions** 157:21
**degrees** 34:17
**demand** 79:17
**demands** 78:4
**demonstrate** 239:25
**demonstrates** 151:25 153:5
**demonstrating** 72:15
**depend** 57:1 63:4
64:14 93:9 121:25
138:21 181:15
182:22 207:19
208:4 249:2 283:5
305:20 312:19
**depended** 124:3
**depending** 42:1
**depends** 44:4
56:19 115:4,22
118:6 130:19

303:6 322:9
**deponent** 326:1
**deposed** 6:8
**deposition** 1:14
2:1 4:12,16 30:20
31:14 53:22 106:4
106:9 148:13
322:23 325:4,9
327:8,11,17
**derive** 41:23,24
**describe** 35:25
64:17 137:15
158:4 172:1 231:4
259:16 296:22
308:21 309:2,22
319:3
**described** 90:4
112:13 117:14
132:19 133:23
134:6 137:24
152:12,13 158:2
162:2 200:9 301:2
313:15 319:11
**describing** 67:17
**description** 3:9
220:1 315:4
**designated** 88:14
88:21,23 89:4,6,9
89:14,18,19,24
90:5,9,20,22,24
92:7
**designed** 102:1
140:22 141:5
163:2,3,4
**designing** 115:1
115:16 117:9
132:3 138:4
253:14
**desk** 314:14 315:3
315:19,23 317:16
317:17,20 318:3

**details** 169:22
298:7
**determination**
77:18 96:4 186:2
186:8,16,19
187:24 189:5
199:17 252:6
253:11
**determine** 31:7
32:7 63:14 66:13
68:16 70:19 76:8
76:24 96:3 101:24
102:4 103:2 112:1
115:21 122:22
133:12,18 135:11
136:1,2 140:20
141:3,10 157:3,22
172:7 188:8 189:9
197:18 223:12
228:19 232:21,23
240:14 241:4,8,12
242:19 243:1
302:10 312:13
**determined** 125:3
127:10 136:14
137:19 175:11,22
199:11 215:2
252:11
**determining** 29:3
29:24 181:16
**devote** 39:18
**diet** 74:22 77:8
**differ** 192:25
**difference** 38:10
45:22 113:25
114:1 142:16
156:2 157:14,17
158:1,13,14,15
159:7 178:16,19
204:7,18,19 234:7
259:12 305:2

**differences** 46:15
157:11,24 293:2
**different** 9:20
25:12 37:9,25
52:11 69:12,21
70:10 109:4
130:15 139:8
154:3,5 155:22
156:10,12,20,22
156:25 157:1,4
173:4 176:20
177:1 194:12
202:18 203:11,18
203:23 208:21
210:17 212:2
213:6 218:22
221:4 225:20
280:13 285:13
297:20 299:8,11
299:15 302:24
304:4 309:4
**differentiate**
230:13
**differently** 68:22
69:6,9,11,16 70:20
70:24 72:4,6
143:4 146:18
147:6,16 148:1
**differs** 305:16
321:12
**difficult** 38:8 48:3
266:22
**difficulties** 140:2
**dig** 79:6
**digest** 57:23
**direct** 72:15 75:20
137:10
**direction** 70:10
304:4 327:14
**directions** 69:12
69:21

**disagree** 9:11
**disclosed** 310:1
**disclosure** 118:9
118:25 119:3
133:1,8 286:11
287:19 288:1
302:15 306:11,22
307:2,6,9 316:21
319:15
**disclosures** 115:11
118:14 119:10,12
140:11 307:5
**discovered** 306:4
**discovery** 305:12
305:22 306:5
307:14
**discretionary**
219:19
**discuss** 45:6 94:10
101:10 102:14
188:21 191:3
216:4,6 225:21
227:22 228:1
230:13 244:14
294:21 321:9
**discussed** 119:3
139:10 184:25
191:10 196:16
214:7,9 216:2
217:1 241:20
245:1 260:17
261:18 266:19
317:15 318:18
**discusses** 216:14
241:21
**discussing** 78:24
81:10 160:14
198:17 254:9
318:14 319:7
**discussion** 101:8
196:25 211:3

**discussions** 36:5
214:7
**dismiss** 20:25
21:21 22:23 23:20
23:25 24:3,9,11,15
24:24 25:5,10,14
25:18,21 26:8,13
**disqualified** 52:22
**dissemination**
86:1 210:20 211:7
**dissertation** 44:22
**dissipate** 302:16
**distinct** 192:12
**distinction** 116:10
**district** 1:1,2
**divide** 309:17
**divided** 309:19
**document** 1:8 8:4
8:9 9:20 10:13,18
11:2 12:1,5,12
17:22,25 18:4,22
19:8,11 21:3,5,12
32:22 33:16 64:9
**documents** 17:7
32:12 53:10
**dog** 167:24
**doing** 115:20
149:8 199:3
202:12 209:21
227:16 235:6,6
241:3 243:16,17
250:4 323:13,24
**dollar** 130:24
**dollars** 118:20
303:19
**double** 203:6
207:6
**dr** 3:14,17 4:13
5:2,19 10:14
11:22 55:14
106:18 107:15

210:11 258:5
294:21 323:8
325:5
**draft**  14:20,24
55:20 86:11
295:15 314:5
**drafted**  61:18 65:1
296:13
**drafting**  314:8
**drafts**  13:14
118:21
**drastically**  192:25
**drawing**  121:12
**drive**  158:13,14
**driving**  43:17 88:4
110:8
**drop**  309:23
**dropped**  308:2
**due**  8:21 29:12
286:8
**duly**  5:12 327:8
**dummied**  166:17
182:6
**dummy**  162:4,9,12
162:25 163:1,14
163:17,24 164:9
164:11 165:15
166:2,13,23,23
167:5,7,10 168:4
168:12,21 169:1,3
169:10,13,18,25
170:10,25 171:3
171:12,22,23
173:12

**e**

**e**  3:1,7 15:13
316:10,10
**e.g.**  178:20
**earlier**  6:1 23:18
27:21 60:20
196:17 241:20

245:1 247:7 250:6
254:1 260:17
261:12,18 264:1
318:14,18 320:1
323:8
**earliest**  274:13
275:17 276:9
**early**  109:14
**earned**  303:21
**earning**  118:20
301:25
**earnings**  104:13
104:14,23 106:24
107:24 138:5,7,10
138:15,17,19
139:12,20,23,24
139:25 140:2,4,11
140:12,15 141:11
141:14 178:21,22
301:24,24 302:1
**ease**  14:16
**easier**  13:23,25
14:12 180:19
**easy**  154:21
**economic**  44:19
56:13 59:5,13
73:13 157:12
215:22 235:4
237:7
**economics**  34:11
34:23 35:1,5,17,18
37:13,18 39:11,12
42:13,16 44:2
61:12 64:25,25
66:20 157:7 239:3
282:25 283:4
**economist**  56:23
63:2 82:14 83:13
85:7 88:7 95:3
122:4,23 123:17
127:6 149:17

150:1 170:7 186:6
186:7,10,19 189:2
190:21 223:18
235:11,22 236:6
259:11
**economist's**  105:4
**economists**  61:13
61:17 72:13,21
73:5 75:12 79:21
101:9,14 166:17
179:4,14,24
186:24 189:7,17
189:23 190:20
217:16 277:15,16
**edit**  77:12
**edited**  227:5
**edition**  227:5
**eennis**  2:21
**effect**  43:17 74:16
76:6 81:11 92:9
102:5 103:2
167:25 172:8,17
**effex**  58:22 310:21
316:4,8,9,18
**efficiencies**  111:17
132:8
**efficiency**  3:14,17
10:14 11:22 28:22
30:14 31:7 45:2,7
45:11,15,17,20,22
45:25 46:5,6,15
49:19 53:18 55:16
68:4,10,17 73:14
75:21 77:15,24
79:10,19,22 80:7
80:20 81:24 82:21
84:11,20 85:13
86:6,24 87:17
88:10 92:2,23
93:12 96:1,3,5
97:17 98:4,20

101:2,5,10,13,20
101:24 102:7
103:5 104:3,6,10
106:25 107:25
108:9,15 111:7
115:3,21 117:21
118:1 122:5
123:14 125:4
131:2 132:4 133:9
137:11,14 167:22
170:8 172:10
180:13,20 181:13
181:16,19,23,25
182:19 185:20
186:16 187:9,20
187:24 190:2,16
191:4,24 192:6,11
192:17 198:7
201:17 205:16
208:13 220:9
230:9,11,13,15,21
230:22 234:15,25
235:13,25 237:3
238:16 246:1
247:5,22 248:3
260:12 261:13,19
262:18,23 270:9
272:19 273:22
290:13 297:23
298:19 299:3
300:23
**efficient**  29:13
50:13,16 51:1,17
52:6,10,14 56:5,8
59:4,18 60:4
61:18 62:7,15
67:7,23 68:7,13
69:10,23 72:19,25
73:7 75:16 76:8
76:13,25 77:18
78:8 80:3 81:3

82:13,16 83:19
84:4 85:16 87:10
91:14,19 94:24
95:5,15,19 96:12
99:17 100:8,17
103:10,14,22
134:12,15,18,25
135:9,12,17 136:3
136:6,6,9,14,19
137:1,4,20,21
167:18 177:25
183:18 186:3,9,13
186:22 188:6,9
189:6,10 190:24
193:22 196:22
199:18 200:18
201:6 202:23
206:22 207:3
214:5 216:25
221:19 223:21
224:4,9 229:2,7,16
230:5 236:8,12,17
236:22 237:13,20
238:1
**efficients** 75:25
**effort** 39:19
**efforts** 27:10,14
**eight** 36:22 37:5
39:4 54:2,16
136:12 181:17
274:11
**either** 40:14 53:15
65:2 70:1 137:12
**eligibility** 73:13
74:8 77:23
**eligible** 217:23
**embody** 31:20
**empirical** 61:19
62:9 74:15 162:17
172:24 300:5,11
300:14,16,19

301:4,6,21 319:12
**employed** 26:21
40:8 42:4 318:3
**employee** 16:1
**employment** 42:11
**employs** 318:22
**encompasses** 39:8
**encountered** 104:7
**endeavor** 291:22
**ended** 226:14
**engaged** 47:22
221:16,17
**engagement** 27:3
53:13
**engagements**
47:17,21 180:13
**english** 37:19
**ennis** 2:18 4:25,25
**ensure** 87:24
110:4 242:3
**entail** 173:10
**enter** 249:14
**entering** 314:24
**entire** 123:23
131:17 143:23
145:19,21 201:21
202:23 205:24
218:5 228:17,21
252:4,4 290:2
296:12
**entirety** 220:3
**entities** 8:15 90:2
90:3 112:14
219:14 232:23
317:20 318:4
**entitled** 4:13 42:24
48:12 55:15
**entity** 42:5 219:22
**environment**
43:25

**equal** 105:16
199:4
**equates** 309:22
**equities** 197:9
199:12 203:22
205:16 208:19
209:10 211:4,9
284:12
**equity** 45:23 46:15
49:4,15 67:6 72:3
72:6 86:8 113:17
113:23 192:18
195:6,7,25 198:17
199:14 212:4
216:23 238:17
245:7 255:2
259:12,13 262:2
273:4 293:4
**equityholders**
69:3
**erica** 179:9
**errata** 3:15 11:17
**error** 152:19
154:13 156:13,14
183:2
**errors** 11:24
182:15,23
**esq** 2:11,12,18,18
**essence** 56:7
**establish** 102:7
103:5 236:21
319:14
**establishing** 102:7
167:25
**estimate** 160:16
164:23 165:6
299:6
**estimates** 143:19
145:6
**estimating** 277:14

**estimation** 146:4
151:21 160:21
161:9 280:19
**et** 84:8 85:2 146:6
**eugene** 62:9
**evaluate** 67:3,13
67:16 188:4
**evaluating** 77:16
180:13 290:12
**evan** 2:18 4:25
**evans** 1:21 2:5
327:4
**event** 57:14 58:1
66:22,23 67:2
70:22 72:14 78:13
78:15,19,25
101:10,24 102:1,3
103:1 113:13,22
114:13,14,16,20
115:1,6,9,9,17,24
116:10,12,16,21
116:24 117:2,4,10
117:11,20 118:1
119:1,15,16,17,18
120:7,8,10,11,17
120:18,23 121:7,9
121:18 122:6
123:1,11,25 124:6
124:9,17,18 125:5
125:16,19,23
127:1,14,19
128:17,25 130:18
130:21 131:2,11
131:13,19 132:3,7
132:9,14,24 133:2
133:19 136:10,12
138:4,9,13 139:11
139:22 140:2,22
141:5,10,19
143:10 145:25
163:13,20 167:7

167:11,22 178:8
188:18 220:8
244:25 245:6
246:8 247:2,5
248:10,12,22,25
249:14,14 250:8,9
250:11,11 252:8
252:11,14,19
253:2,4,8,14 254:3
254:20,25 256:15
258:6,21 260:7,8
260:12,15 269:7
274:10,17 275:11
282:13 283:13,20
284:3,10 286:12
287:19,25 288:1,1
300:4,10,19 301:3
305:18,24 306:10
306:21 307:10
318:22 319:10
327:21
events 74:17
113:16 115:18
117:11,13,23
118:2,11 119:14
120:20 122:7
123:1,13,19,19
124:1 125:1,7
130:21 132:15
133:8,18 138:5,18
143:20 145:8,14
145:17,18 162:6
163:18 169:2
172:12 173:25
245:24 246:1
247:2,20,22 250:7
251:19 253:13
254:2,8 255:6,12
255:15 260:9,15
286:15

eventually 15:13
everybody 322:22
evidence 69:25
72:15 75:15 86:18
93:20 98:7,13
113:4 178:23
185:18 229:6
237:8,10,23
249:22 251:25
275:5 303:11
ex 178:9
exact 16:18 18:19
27:2 40:18 120:24
132:18 218:10
221:22 266:5
267:11
exactly 23:23 89:5
114:6 176:6
180:24 218:9
256:20 267:22
exaggeration
170:5
examination 3:3
5:17 106:16
examine 167:22
242:7,16
examined 5:13
172:25 327:7
examining 178:11
example 61:6 64:1
65:25 69:16,18
71:23 72:20 76:18
78:21 86:21 98:17
99:10,12 100:2,3,5
104:18,19 105:8
130:23 158:21
170:2 183:6
210:16 225:19
237:25 253:8
270:13 271:7,11
271:13 273:25

278:1 283:12
295:21 303:14,22
304:11,11 309:6,7
320:8 324:13
examples 90:1
182:2 273:2 304:7
321:13,18 322:11
exceeded 198:4
excellent 34:7
exception 326:6
exchange 30:6,7,8
40:9 41:14 90:25
90:25 94:11,18,22
95:9,13,25 96:11
96:16,19,22,25
97:4,6,11,14 100:7
100:10,16 296:4
297:6 313:16
exchanges 98:22
99:2,6,15
exclude 127:4
162:24 166:22
168:11 196:14
excluded 53:7
121:17 128:5
245:20 247:17
281:1,11
excluding 46:18
77:17 122:18
exclusion 171:21
171:22
exclusively 36:4
excuse 26:1 85:21
178:1 250:19
executes 314:16
314:19
exempt 219:2
exercise 186:11
exhibit 3:10,13,15
3:16,19,21,23 7:13
7:14,15 10:7,8,12

11:12,13 13:22,24
14:2,6,11 17:9,11
17:15,20 18:23
19:1,5 20:20,24
33:23 34:5 47:8
90:15 106:19
107:16 108:19,20
108:21 149:5
151:18,25 158:19
159:15,19 203:24
204:1 279:15,18
279:20 281:24
282:5 289:25
317:7
exhibited 173:2
exhibits 7:7
exist 98:14 323:19
existed 172:9,18
242:20
existence 72:18
73:7 87:16,21
110:2 112:1 242:2
243:4,11
exists 323:16
expand 126:3,8
expect 60:15 71:10
104:15 105:17
121:1 204:18
303:23
expectation 60:12
140:14 303:24
expectations
59:24 104:15,20
105:1,10,14 140:5
expected 126:13
126:18 127:7
178:10
experience 38:2
142:1,2 194:5
227:15 303:5

**expert** 7:1 9:3
28:21 30:14 40:15
40:15,16,18,20,22
41:10 46:20,23,25
47:17,22,23 48:10
48:12,15,17,18
49:3,13 52:23
64:24 81:10 83:13
85:6 115:20 168:7
170:7 185:25
186:6 207:10
221:1,9,13 235:4,5
261:25 295:1
297:22 301:20
**expert's** 44:14
**experts** 44:7 48:5
204:22 205:1,11
**expires** 326:25
**explain** 89:7
137:15 151:24
162:8 275:10
**explained** 89:25
135:4
**explains** 152:11
**explanation** 128:5
141:24 148:9
159:12 173:19
204:7
**express** 93:10
**extent** 26:7 30:22
45:6,16 47:25
50:18 66:22 81:5
94:25 104:21
111:8,21 112:21
113:25 127:14
132:22 133:10
138:6 141:12,14
156:24 162:14
164:17 185:19
186:14 191:9
197:14 199:13

203:3 206:3 216:5
216:21 228:23,23
230:2,19 239:2
243:18 284:11,15
316:24
**extreme** 246:18
259:23
**extremely** 120:25

**f**

**f** 1:6 2:16 4:14
29:7 200:10 227:2
316:10,10
**fabozzi** 227:1,5,22
**face** 183:8
**facilitating** 238:14
**fact** 29:25 60:22
75:25 91:11 94:10
94:21 95:11,12
97:19 105:14
113:1,3 118:21
135:9 142:5,11
199:14 204:9,25
205:10 214:3
217:18 221:13
229:13 234:6
240:16 295:2
**factor** 74:9 75:25
79:7 80:13 81:11
82:19 86:16 87:6
87:13 101:8,13,18
108:16,20,25
109:2,7,18 112:16
113:14 172:19
188:13 191:3
196:16,25 206:17
206:22 207:4,15
208:13,17,18,23
209:12 210:12
214:2,7 217:11
222:13,23 225:5
225:17 229:15,20

234:21 235:5
237:3,5,10 241:18
241:20 242:7,16
243:5,13 244:16
257:14 258:7,8
291:8 310:8
311:10
**factors** 51:4,7
52:16,17 63:23
72:17 73:6,10,17
73:18 75:11,13,14
76:2,4,11 77:16,17
77:20 78:5,6
101:4,19 107:4,5
136:13,13 143:14
181:17 184:7
185:3,21 188:21
191:14,20 192:6
225:6 290:6,14,16
311:22 312:4,16
313:5,7
**facts** 63:13 74:15
86:17 93:19 98:6
98:13 107:7
237:22 249:21
251:24 252:4
253:11 303:10
305:21 306:4
**fail** 38:4
**fair** 33:17 47:16
48:1 102:3 103:1
112:15,18,19
131:18 146:16,22
147:3,10 164:22
165:5 175:10,20
**fairly** 43:13
**fall** 45:12 89:24
97:6,10 319:18
**false** 32:3
**fama** 61:17 62:9
62:19 189:20

**familiar** 6:9,17
9:10 10:4 62:23
64:4,7 293:18
317:9
**fantastic** 55:4
**far** 28:2,5 261:15
261:16,22
**fast** 126:4
**favor** 179:15
214:4
**fda** 131:6
**february** 1:15 2:3
4:2,6 8:23 29:15
29:17 125:7
132:25,25 136:22
137:2,5 146:5,6,6
151:22 156:5,5
179:11 199:23
200:16 258:22
274:9,12,14,17,19
274:20 275:11,13
275:19 276:11
282:13,15 283:15
283:20,24 284:22
285:17 286:2,8,12
287:14,20,21,25
288:2,3 289:15,16
289:18,20,21,22
307:22 308:5,6
311:21
**federal** 44:6,18
47:1 48:1 327:17
**feel** 77:17 144:25
**fewer** 123:9,12
213:3,5 235:14,25
260:14 261:15,16
261:22 262:1
**field** 39:9
**fifth** 2:3 4:11
74:11 101:13

figure 35:12 213:14 281:22 282:4 301:5
figured 325:2
file 1:6 78:1
filed 3:20,22 7:11 10:16 11:20 17:21 19:6 53:4 162:7 163:19,23 174:4 179:17
filing 16:10 21:7
filings 124:25 132:13 150:25
filled 37:2,4
finalized 20:17
finance 34:14,15 34:22 35:2,15,18 39:13 56:7 61:20 62:10
financial 72:13,20 73:5 74:18 75:12 83:8 88:3 110:7 149:10,14,18 150:2,8,19,22 151:4 189:22 216:22 302:1 314:3,12 321:22
financials 78:1 150:25
find 76:12 94:25 101:12 119:7 149:9 184:20 191:13 235:9 275:25
finder 295:2
finding 67:8 85:20 86:5 101:5 108:15 137:3 181:18 214:5 234:25
findings 50:24 51:15 67:5 86:10

168:15 237:9
finds 83:11 178:18
fine 23:12 81:14 117:1 144:10 148:16 152:7 154:23 215:18 250:18,20 256:12
finish 56:24 57:19 122:15 159:24 211:12 251:13,14 255:25
finished 22:3
firm 2:11 5:5,6 26:22,23 27:7,10 28:8,14,21 29:21 56:13 59:13 77:25 104:12 150:11,22 151:15,15 214:22 216:19 226:16,18 253:9 255:20 321:21
firm's 69:4 71:12 83:2 150:24 151:4 216:22 223:10 226:13 245:11 246:24 248:7,11 248:23 251:16 257:12 260:4
firms 43:19 90:18 112:14 212:9,22 277:23 317:10
first 5:12 6:5 7:9 10:22 13:3,17 15:8 19:15 20:1 20:12 26:3 56:3 59:3,5 76:2,4 124:9 173:15,21 174:13 245:5 258:24 284:21 296:10 319:9

five 45:17 50:1,5,6 51:22 54:10,25 121:10,14,19 122:6,25 123:9,12 123:18 124:1 135:1,10,15 139:21 140:14 143:17 146:4 148:10 160:16 161:3 214:24 215:15 216:12
fixed 45:23 46:16 49:3,14,19 198:22 226:3 227:4
fka 179:10
flash 129:6 143:3 166:25 168:13
flaw 170:3
flip 13:25 33:23 155:1 184:6
flipping 11:2
float 188:22 190:19,22,23 191:3,11 290:18
floor 89:17 92:10
flow 173:25
focus 109:7 113:13 115:11 145:2 161:22 210:11
focused 227:16
focuses 196:17
focusing 42:13 113:17 119:1,12 138:9 163:8 165:13 318:10
follow 83:17 84:17
followed 84:2 168:13 213:10
following 125:2,8 211:8 246:2 247:23

follows 5:13 22:9 24:20 49:9 81:19 92:18 97:24 100:14 107:14 120:15 126:15 141:1 147:2,22 159:5 165:4 171:8 175:19 205:8 222:21 231:22 235:20 243:10 247:1 248:20 260:6 265:11 268:19 276:6 281:8 285:23 299:21 306:18 311:7 320:23
footnote 32:21 33:16 61:21,24,25 62:4,5 167:19,20 180:4,6 226:22
footnotes 61:14 168:23 315:6
foregoing 326:3 327:8,16
foreign 313:16
forget 168:17
forgive 110:20
form 23:7 33:6 86:20 157:21 162:7 163:19,23 307:18 315:8
formal 110:21 152:5 153:7 157:5 157:20
formally 27:1
formed 32:14 95:18 310:9,10 311:3,11
formerly 4:23 8:18 29:6

**forming** 33:3
  185:19
**forth** 177:18
  194:19,22 323:9
**forty** 54:10
**forward** 25:7
**found** 50:18 67:5
  76:3 81:2 82:10
  82:12,12 84:8
  85:2,19 86:23
  100:20 108:13
  131:19,23 170:3
  196:23 201:20
  213:9 255:12
**foundation** 56:6
**four** 35:2,6 76:2,4
  77:8 195:12
  276:18
**framework**
  297:14,16,21
  298:2,6,8,13,17,20
  299:1,2,5,9,12,15
  323:9
**francisco** 97:5
**frank** 227:1,2,5
**fraud** 302:9,21,22
  303:3,16 304:2
  305:4,5,6 312:4,10
  312:15 313:1
**free** 144:25
**frequency** 193:10
  195:9,14 197:3
**frequent** 195:7
**frequently** 187:11
  193:8 195:1 197:9
  199:14 202:19
  203:21 244:9
**friday** 1:15 2:2 4:2
  271:5
**front** 11:11 17:5
  18:22 31:19 64:22

65:8,12 66:1
  71:19 168:3 169:8
**full** 30:23 31:3
  65:25 119:19
  146:14 211:23
  268:7 297:10
  300:12,17 305:12
**fully** 6:19 13:1
  31:16 57:23 59:18
  59:22 60:4,7,15
  62:14 64:19 67:16
  125:17 129:11
  290:1
**function** 73:14
**fund** 179:9,11
**funds** 193:4,4,14
  193:14 195:18,18
  196:10,11
**further** 326:4
  327:20
**futurist** 32:23
**fx** 311:21 313:20
  314:21,25 317:10
  317:19 318:3
**fxcm** 1:6 2:17 4:14
  4:24 8:19,19
  28:22 29:8,10,11
  30:15 57:11 66:6
  67:3 68:4 85:25
  86:2,6,14 87:4
  91:4,12,14,18 92:1
  92:21 95:5,12,14
  97:15,17 98:1,4,17
  111:24 114:15
  124:10 126:17,21
  129:8 130:6
  134:11 135:8
  136:8,18 143:16
  149:9 150:14
  151:20 165:15
  172:12 173:2

175:12,23 176:19
  184:7 186:12
  188:6 193:17,21
  197:3,22 200:11
  205:16 211:8
  213:10 214:14
  215:21,23 217:23
  218:5 222:14,24
  224:19 228:8
  231:1,10,16 232:1
  232:11,17 233:21
  242:7,15,21 243:6
  243:14 244:2,17
  245:25 246:3
  247:3,21,24
  248:13 249:1,14
  257:4 258:25
  259:1 260:9
  270:22 271:20
  273:18,21 274:11
  274:14,18 275:12
  275:18 276:10
  290:13 291:9,24
  292:20 304:20
  308:2 313:10,15
  314:22 315:7
  316:4,18 319:17
**fxcm's** 67:6 94:10
  94:17,21,23
  106:24 107:24
  126:1,11 129:14
  172:11 185:8
  186:9 246:8
  252:12 274:4
  292:18 310:20
  311:21 314:21
  315:19,22,23

---

**g**

**gain** 190:4
**gauge** 215:19

**gears** 55:1 113:13
  171:25 294:8
**general** 10:2 24:16
  24:17 25:6,13
  64:18 65:2 70:23
  75:18 79:21 117:4
  151:3 227:20
  262:1 305:1
**generally** 12:17
  31:1 39:19 57:18
  62:22 64:2 67:22
  68:21 72:2 73:10
  101:5 109:19
  115:16 129:20
  144:8 194:25
  196:20 248:10,21
  296:16 298:8,10
  305:14 318:21,24
  319:4
**getting** 159:25
  216:8 247:25
**ghaklay** 2:14
**gist** 213:25
**give** 7:22 10:5 23:1
  40:17 49:25 65:5
  65:9 90:1 96:8
  128:5 130:10
  141:24 148:9
  152:5 153:7 155:7
  155:8 167:9
  173:18 182:7
  184:18,19 222:10
  250:23 257:18
  279:2 289:3 290:3
  297:9 300:15
  303:14 309:3
  321:13 324:18
**given** 126:11
  142:22 143:15
  148:19 170:25
  171:10 182:10

188:11 273:8,8
**gives** 208:18 220:1
**giving** 222:9 237:6
257:18 273:25
**global** 1:5 2:16
4:14,23 8:17 29:5
314:2
**go** 6:15 9:20 12:25
23:11 25:7 40:19
44:14 47:3,7
54:24 57:9 58:5,5
60:20 79:11 85:19
90:13,15 93:21
99:23 101:8 105:7
105:24 109:7
119:25 127:17
128:3 141:13
151:13 155:12
165:20 173:17
175:6 183:4
191:20 192:8
196:24 198:1
207:18 210:1,24
211:3,20 221:21
259:15 282:11
303:17 305:1
322:21,21
**goes** 69:14,14
90:19 162:12
172:22 184:15
209:18
**going** 6:15 7:6
11:6,11 13:24
14:9,10 18:22,23
28:20 31:9 42:21
53:10 54:24 55:5
58:7 96:23 106:1
126:4 132:5 160:5
180:7 182:12
190:10 207:24
210:2 212:16

216:23 257:21
274:21 278:5,16
288:15 292:3
294:12 296:11
309:3,21 322:24
325:6
**gonen** 2:11 5:4
**good** 4:4 6:4 54:20
105:19 160:2
161:16 199:5
294:7 322:19
**government**
129:23,25
**grab** 155:1
**grand** 263:5
**great** 6:21 55:2
148:20 162:1
**greater** 84:3 190:5
**greenwood** 2:12
**guess** 8:6 18:19,20
26:13,15 31:5
35:10 64:18 66:21
68:15 75:18 78:16
96:24 104:24
111:19 114:5
139:15 142:23
145:15 155:25
157:5 169:12
173:15 176:11
195:8,9 202:14
230:12 243:19,23
248:16 259:8
278:17 279:25
296:15 316:13
**gwyn** 47:6,8

**h**

**h** 3:7
**haklay** 2:11 5:4,4
22:24 23:8,12,16
25:23 34:2 51:2
59:8 61:7 74:23

75:6 76:22 77:1,8
80:8,22 82:1
84:22 86:17 87:7
90:16 91:21 92:14
93:13,19 94:4
95:16 96:13 98:6
98:12 99:3,21
103:23 105:20,25
109:11,13,20
114:3 121:20
122:8,15 123:2
128:7 130:12
135:2 139:2,18
142:18,21 144:7
144:10 148:25
149:2,21 150:18
151:6,9,11 155:9
159:24 160:4
174:15,22 180:4
181:20 182:20
183:19 184:14
187:2,4 190:7,10
193:23 195:2
202:7 203:12,16
207:16 208:14
209:13,17,21,24
219:9,11 229:3,19
229:24 233:16
234:10 237:15,22
244:3,7 249:16,18
249:21 250:16,19
250:22 251:13,24
252:15 253:6,17
255:17 256:5,16
258:10 260:22
262:12 263:2,13
268:14 270:4,11
274:21 275:14
276:1 278:5,14
279:16 280:8
282:1,23 290:24

292:14 293:24
294:2,6,9 296:18
303:10 306:1
310:13,22 315:11
317:3 322:23
324:10,24
**half** 128:16 180:21
280:12,14,14
**haliburton** 179:7
**hand** 13:24 155:1
317:4 327:22
**handbook** 227:3
**handed** 10:12
20:24
**handing** 17:19
**handy** 17:12
**hang** 130:12
**happen** 63:20
69:23
**happened** 169:21
170:21 200:23
208:7 286:19
**happening** 63:18
63:19
**happens** 69:25
**happy** 7:23 8:5 9:5
9:16 12:25 64:22
65:8 66:1 71:19
73:19 86:10
125:12 139:4
144:19 155:8
167:16 169:8
180:8 240:23,23
244:13 279:1
307:12 316:22
**hartman** 47:6,8
**he'll** 23:4 149:2
**head** 73:9,21
114:22 167:12
180:2,8 322:10

**heading** 87:14
258:21 292:11
295:10
**headquartered**
313:18
**heard** 96:18 246:6
**heavy** 308:6
**hedge** 193:4,14
195:18 196:11
**held** 217:18 218:4
218:17,20
**help** 14:23 46:3
103:4 189:18
223:16 241:10
298:22,22,22
**helped** 14:20
**helpful** 74:14 95:1
235:10
**hey** 144:20
**hi** 5:19
**high** 76:19 79:20
83:15 84:14
111:13,14,14
151:25 162:8
166:13 170:9,19
171:1,12 204:10
204:13 218:15,22
225:24,25 275:10
275:15 305:14
**higher** 72:24
79:22 173:25
181:9 182:16
183:14 194:22
196:20
**highlight** 116:2
293:1
**highlighted**
115:25
**hired** 31:6,16
**history** 124:21
132:9

**hmm** 197:13 205:4
299:13
**hold** 40:24 59:7
79:13 127:25
130:9 139:6
161:14 177:23
178:2 235:15
282:1 289:23
**holding** 223:17
**holdings** 150:20
**honest** 171:18
**honestly** 92:24
114:24
**hopefully** 161:1
**hopped** 77:11
**host** 63:23
**hour** 27:20,25
54:18 159:25
209:14,18 244:9
256:6 288:22
**hours** 28:4,6 39:18
39:22 41:17 45:17
54:3,16 288:22
294:1
**housekeeping** 7:7
34:8
**huh** 27:19 154:12
174:9 212:6
270:15
**hundred** 214:25
215:6
**hundreds** 48:7
167:10 168:6
170:5 220:14,16
**hypo** 70:7
**hypothesis** 56:6
167:18 178:1
**hypothetical**
63:12 65:24 70:6
70:7,17 71:14,23
78:14,21,21 86:21

92:4 95:8,10 98:7
98:10,16 99:10
100:1,3,5 121:21
121:23 122:20
135:19 142:19
183:10 188:11,14
209:4,6 237:24
249:19 252:2,16
252:25 253:8
270:12 271:6,8
286:18 287:4
303:23 304:10
306:7 307:12
312:1 313:4,6,8
324:4,13
**hypothetically**
70:5,8

**i**

**idea** 51:21,24 77:6
91:13 170:20
192:2 194:9 203:9
220:18 221:8,11
221:15 222:5,6,6,7
284:6 300:15
**identification** 7:16
10:9 11:14 14:3
17:16 19:2 20:21
117:22
**identified** 233:21
**identifies** 240:6
**identify** 115:2
132:7 134:3
173:24 174:3
182:3 240:13
**ignore** 78:2 133:17
**ignoring** 75:25
101:13
**ii** 318:13
**imagining** 99:8
**imbécil** 15:5

**immediate** 74:18
168:13
**immediately** 125:1
166:24 168:13
**impact** 60:12,14
126:14 127:8
172:19 216:20
245:11,19 247:13
252:19 286:11
**impacted** 286:17
**impacts** 56:12
59:5,12
**implication** 57:24
79:19 80:6 83:14
83:16 84:14,16,17
84:19 88:8 91:25
92:20 93:12,15,17
93:18 94:3
**implications** 60:16
71:8
**implicit** 169:12
**implicitly** 245:4
**imply** 129:17
**import** 275:7
287:5
**important** 79:9
101:4,19 106:22
107:6,21 144:11
173:23 185:10
186:8 188:4
222:16 223:1
277:1,3
**inaccurate** 32:9
65:6 264:8
**inadvertently**
11:20
**inappropriate**
259:14
**inartful** 211:16
240:18

**inarticulately**
248:9
**incident**  167:24
**include**  39:11
42:15 55:22
101:14 115:2
117:11 121:6
124:16 127:1,18
127:19 133:19
138:10 139:21
141:11 164:3,5
244:25 245:3
248:12,25 250:7
250:11,15 252:13
253:4 254:8 270:9
272:21 311:23
312:5,17 319:10
**included**  58:17
73:11 95:2 118:13
126:2 127:19,22
128:17,21 138:18
139:11,12 152:18
163:24 185:22
186:16 245:4
251:22 254:24
271:25 272:2
276:21
**including**  8:19
75:14 117:24
123:22 300:4
**inclusion**  125:4
171:21 254:2
**inclusive**  8:24
**income**  41:23,23
41:24 45:23 46:16
49:4,14,20 198:22
223:6 227:4
**incomplete**  49:17
71:13 122:20
188:14 252:1,25
253:7 307:11

311:25 313:6
324:4
**inconsistent**
181:18,22 182:18
183:17 224:3
**incorporate**  59:18
60:15 104:2,4,5
**incorporated**  29:9
56:10 179:8,9
217:19
**incorporates**
178:24
**incorporating**
64:19 243:25
**increase**  140:18
158:19,20,22
159:16,19,20
238:16 249:12
252:12,17 253:2
303:25
**increased**  63:8
250:14 251:20
255:16,20 257:11
**increases**  253:9
257:8
**increasing**  101:12
250:10 253:15
**independent**  32:6
32:10,16 33:1,13
85:9 88:7 170:24
171:9 188:2 189:3
205:2,13 316:17
**independently**
113:5,7
**index**  153:2,3,4,5
153:6,13,16 154:8
154:11 155:14,17
156:3 157:25
158:1,4,7,10,25
159:13,16,19

**indicate**  86:24
91:3 152:25
158:16 159:8
193:22 197:5
199:15 209:16,23
213:23 229:1
260:20
**indicated**  34:4
209:15 239:21
250:9
**indicates**  11:18
239:22
**indicating**  12:13
50:12 304:16
316:25
**indication**  82:15
87:17 97:17 98:3
197:11 207:14
**indicator**  79:22
82:21 85:16 95:25
242:10
**indicia**  192:16
229:15
**individual**  188:9
237:1
**individuals**  88:1
89:22 110:5
112:13 196:14
238:2
**industry**  143:14
259:9 261:8 267:4
267:19 268:3
292:4 293:8,10
**industrywide**
262:3
**inefficiencies**
111:9,15,22
**inefficiency**  70:14
70:16 81:12
111:18 230:14

**inefficient**  50:20
52:8 60:22 65:20
70:2,11 99:16,20
135:17 193:23,24
197:6,11 207:14
**inferring**  136:7
**inflated**  302:13
**inflation**  302:15
304:15,17,23
305:2,5,7,10 306:7
307:1,4,10 318:14
318:21 320:17
321:2 323:17
**inflationary**
118:18 119:7,9
**influence**  239:4
**inform**  66:15,24
95:22 98:18,19
223:16
**informal**  152:7
**information**  56:10
56:12 57:23,24
59:4,12 60:5,8
62:15 63:5,6 66:3
66:23 67:1 68:22
71:17,21 72:16
74:10 76:7 78:15
83:3,5,8 86:1,22
95:2,4 96:3,5
101:23 102:6
103:3,7,12,17,19
103:20 104:8,13
104:25 105:2,6,7,9
105:13 107:1
115:12 119:12
121:2 128:21
140:8,16 172:20
174:1 175:14
176:1 178:25
183:7 203:4 205:1
205:12 210:20

211:7 213:16,18
214:21,21 216:20
217:19 225:13
235:8,10 236:3
244:21 255:7
258:9,12 286:9,21
286:22,23,25
302:10,21,22
303:2,3,4,5,9,17
304:1 310:1,12
312:10 314:7
**information's**
205:2,14
**informative**
191:13
**informed** 85:8
95:1 113:2 142:6
193:15 195:19
196:4,13 217:18
236:19 239:4
315:14
**informs** 32:18
191:4
**infusion** 130:24
**initial** 107:11
227:23 228:2
**initially** 63:7
233:8 241:13
266:20
**insignificant**
157:17,19,23
**instance** 78:13
80:25 83:24 152:4
154:7 256:21
**instances** 50:18
**institutional** 99:7
112:4,6,22 113:1,8
126:9 193:3
217:12 218:6
219:9,13,17 225:7

**institutions** 193:13
195:17 196:10
217:17 225:8
314:3
**instructing** 23:14
**instructions** 6:16
**insufficient** 78:12
78:15
**insulated** 246:17
259:22
**integral** 182:25
**intellectually**
166:21 171:18
**intended** 9:3
**intention** 274:5
**intercept** 152:24
153:1
**interest** 105:15
**interested** 327:20
**interesting** 15:12
101:7 181:11
205:4 217:3
**intermediary**
314:23
**international**
39:12
**interpret** 286:10
**interpreted** 83:9
**interrupt** 46:2
116:8
**introduce** 7:6 9:24
**introduced** 5:25
**introduction** 4:19
**investigation**
111:25 112:10
228:19
**investing** 105:16
**investment** 83:1
150:22 219:8
226:3,7,13,16,18
227:11,12,16,22

**investor** 113:8
302:17
**investors** 83:6
99:8 105:11 112:4
112:6,23 113:2
190:6 193:3 218:7
218:11,18,20
219:11
**invests** 219:18
**invoices** 28:8
**involved** 119:4
228:2
**involving** 180:20
**irrelevant** 203:1,2
203:6
**isajiw** 2:18 3:4
4:21,22 5:18,21
7:6,14,18 10:7,11
11:16 14:7 17:13
17:18 19:4 20:23
22:15 23:5,10,14
23:17 25:3,24
26:2 34:7 49:21
50:10 51:8 55:1
55:13 59:9 61:8
61:10 75:1,8
76:24 77:4,14
80:17 81:8 82:5
85:4 87:1,12 88:6
91:2,24 93:1,16
94:1,8 95:20
96:17 98:9 99:1
99:11 100:6,21
104:1 105:23
106:17 108:4
109:12,15,18,22
114:7,12 121:5
122:3,13,17 123:6
128:11 130:14
135:6 139:7,17,19
141:8 142:20

143:1 144:8,14
147:13 148:7
149:4,24 151:1,8
151:16 155:13
159:11 160:2,13
165:12 167:2
171:24 174:18,23
176:7 180:10
181:24 183:9,24
184:17,22 188:1
190:18 194:1
196:15 198:10
202:9 203:14,19
205:21 208:1
209:1,16,19,23
210:1,10 219:23
223:4 229:5,22
230:1 232:6
233:20 234:14
236:4 237:17
238:5 243:21
244:13 246:5
249:4 250:2,18,20
251:6,18 252:7,21
253:12,25 255:22
256:8,22 257:13
257:20 258:4,11
261:4 262:21
263:10,17 265:21
269:4 270:7,14
274:25 275:21
276:16 278:10,20
279:17 280:11
281:16 282:2
283:2 286:6 291:2
291:13 292:9,16
293:23 294:3,7,20
296:21 300:1
304:5 306:8 307:3
310:17 311:1,19
315:16 317:8

321:4 322:19
323:7 324:16,21
325:2
**issuance** 138:14
227:24 228:3
246:2 247:23
**issue** 13:6 51:11
51:12,13,14,15
143:13 184:1,2
213:23 214:4
216:3,15 217:24
218:5 226:17
228:17 270:22
**issued** 50:11 86:14
87:4 106:20,23
107:18,22 175:12
175:23 176:19
200:25 201:11
211:23 219:6
221:1,9,13
**issuers** 219:20
**issues** 42:25 219:5
**issuing** 180:14

**j**

**j** 227:1,2,5
**january** 3:14,18
10:14 11:19 26:3
28:17 119:21
125:6 129:1 130:8
131:9 199:23
200:1 258:22
274:15,19,23,24
275:5,6,12,19
276:12 282:15
283:16 284:21
285:17 286:3,8
287:13
**jbaker** 2:15
**jenkintown** 2:13
**job** 42:14 86:20
88:14 205:18

**jobs** 42:18 223:15
**john** 179:9
**joking** 77:12
324:24
**jones** 227:2
**josh** 2:12 5:6
**journal** 61:20
62:10 179:23
**jpmorgan** 90:10
**jr** 2:25 4:7
**judge** 25:7 81:7
250:24
**judges** 94:25
**judgment** 133:20
**julio** 2:25 4:7
**jump** 318:6
**jumping** 152:23
307:21
**june** 29:16 124:10
125:5 136:21
137:2,5 161:10
200:2,15,19,25
201:7,10,17

**k**

**k** 1:6 2:16 4:14
29:7 162:7 163:19
163:23 164:3,5,6,8
164:10,16 171:23
174:4 177:13
184:3
**keep** 17:5,11
190:10
**kind** 6:16 66:21
118:17 129:23
181:18 191:11
223:9 261:8
303:24 323:20
**king** 2:17 4:22 5:1
74:24
**knew** 129:18

**know** 6:14 8:7 9:8
15:21 16:20,24
18:19 22:2,25
27:5,13 28:1,7,11
28:16,17 32:15,25
33:3 36:9,24
42:10 45:12,17
47:10 54:2 59:20
60:11 63:11 64:20
64:20 66:17,25
67:16,18 71:18
75:24 77:12 80:1
80:2 81:4,6 83:22
89:5,14,17 90:7,20
91:1 94:17 96:6
97:2,2,6,13 99:13
101:11 107:2
111:3 112:3,18,21
112:22,23 113:3
114:2,9,15 126:5
129:23,24 130:4
131:21 133:14
138:11,12,22
144:12 145:1
147:9 148:4 150:8
152:20 160:2
165:13,14 166:1
166:17 167:14
168:8 170:21
173:17 176:13
177:16 179:13,16
182:3,5,7,11
187:17 200:20
202:4,15 203:7
207:7 208:22,24
220:6,14 222:6
224:19 225:8
227:15 228:6
229:24 231:14,23
235:2 240:6
242:18,22 243:15

244:22 252:22
254:15 255:4
256:5 269:22
270:22 271:20,22
272:1 273:10
274:23 278:3,6,25
279:5 280:25
281:4,9,19,20
282:25 287:9,9,16
289:16 290:9
291:21 293:9
297:25 298:4,4
299:13,22,24
303:15,21 305:23
313:8 317:22
318:1 320:3
321:20 323:22
324:3,14
**knowing** 71:25
**knowledge** 119:6
179:22,22 269:1
271:7 286:20,24
287:1
**known** 4:23 8:18
29:6
**krogman** 51:6
52:15,17 73:10,18
184:7 185:2
188:20 290:6,15
291:7
**ks** 138:6,16 175:12
175:13,23,25
176:19,25 183:12
183:12 314:10
315:8
**kslaw.com** 2:20,21

**l**

**l** 15:5
**lack** 224:2
**laid** 89:25

**language** 295:22
**large** 39:9,25
  84:18,18 91:17
  126:12,16 190:13
  193:2 238:13
  240:15 292:18
**largely** 87:18
**larger** 41:23 190:2
  193:5 292:21
**larry** 15:5
**law** 2:11 3:10 5:5
  5:6 7:9,19 26:21
  26:23 27:7,9
  28:14,21 37:11
  43:19 78:5
**law360** 42:24 43:2
  43:5,10 44:8
**layman's** 38:24
**lays** 125:17 246:12
**lead** 303:25 304:2
**learn** 38:17
**learning** 310:19
**leave** 30:11 148:16
  182:14 214:23
  312:12
**lecture** 39:25
**lectured** 35:5
**lecturer** 34:22
  35:1,11,17,18,20
**lectures** 35:9 40:2
**led** 50:24 52:5
**legal** 4:8 21:6
  237:6
**length** 143:17
**lesar** 179:8
**letter** 12:2 27:3
**leucadia** 124:11
**level** 88:5 110:9
  151:25 162:8
  170:25 171:3,11
  194:23 198:3

218:15,22 225:24
  225:25 275:10,15
  305:7,14
**levels** 171:17
**life** 295:16 296:9
**lifetime** 220:15,21
**likelihood** 84:3
  248:3 250:14
  253:3 255:16
  256:14
**likeliness** 249:12
**limit** 23:6,8
**line** 104:14,20
  251:4 326:8
**lines** 195:12
  276:19
**liquidity** 187:12
**list** 34:16 43:6
  90:13
**listed** 43:5 46:22
  47:17 49:1,11
  73:18 94:11,18,22
  95:25 96:11,19,22
  108:5 326:7
**listing** 74:6 87:14
  100:7,15
**lists** 47:23
**literally** 107:7
  144:16 309:4
**literature** 78:23
  167:5 168:21
  169:3 293:17
**litigation** 1:6 4:15
  31:25 42:25 47:13
  115:19 149:20
  168:1 216:3 235:7
  293:21 296:17
  298:18 300:21
  307:20 312:21
**litigations** 47:20

**little** 79:6 190:9
  294:22
**living** 47:8
**located** 4:9
**log** 308:15,17
  309:18,19
**logarithmic** 308:3
  308:13
**logic** 26:11,18
**logical** 139:15
**long** 40:22 41:13
  48:19 54:9,11
  121:10 211:18
  227:22 228:7
  294:4
**longer** 230:3,22
**look** 9:5,7,16 17:7
  40:17,19 42:2,20
  51:3,4,6 60:10,18
  60:19 65:22 66:1
  71:19 76:1,4,6
  82:3 83:22 85:17
  93:23 94:6 99:25
  102:21 109:23
  115:18 117:13
  118:22 120:19
  122:1 125:20,22
  129:11 130:17,20
  132:16 138:5,12
  138:24 140:1,12
  140:13 150:8,13
  154:22,23 155:3,8
  155:9 156:4 158:3
  169:8 177:21
  180:8 186:12
  187:23 189:8,12
  191:6,8,18 195:5
  201:9 202:11,18
  203:24 206:3,17
  207:21 210:19
  211:6 226:15

232:4 233:3,5
  235:15 238:6
  239:14 240:10,21
  240:25 241:22
  245:5 250:11
  252:4 279:15
  290:2 291:22
  292:10 293:11
  308:19 316:22
  322:13
**looked** 7:25 68:14
  73:13 110:21
  112:12 114:23
  119:2 120:22
  121:18,24 122:11
  122:16 123:8
  124:5 136:4,12
  138:7 154:4,6
  168:22 187:16
  188:3 191:6
  206:11,15 207:11
  209:24 211:8,10
  211:14 216:9
  223:25 224:23
  225:6 234:20
  241:18 245:6
  273:21 316:24
**looking** 7:24 9:6
  21:5 34:4,9 41:1
  43:13 47:6 58:11
  58:13 63:24 65:14
  72:11 82:23 115:7
  117:9 118:14
  120:22 130:7
  132:17 140:7
  151:18 154:8,18
  157:25 162:15
  163:10 165:17
  167:15 168:18
  175:14 176:2
  181:17 188:24

199:25 200:3
202:12 210:21
213:6 215:4 218:1
221:22 225:5
226:5 241:10
245:7 269:16,17
274:7 290:19
304:13 315:6
**looks** 21:6 123:22
159:14 184:12
185:21 223:8,10
281:23
**los** 2:4 4:1,9,11
97:3 327:2
**losing** 255:20
**loss** 129:9 300:24
307:15 312:24
313:1
**losses** 302:17
311:23 312:5,7,8
**lost** 301:10
**lot** 83:16 84:17
140:9 182:10
**low** 76:19 80:7,9
80:18,22 81:21
111:13,14,14
126:6 140:19
280:6
**lower** 193:12
194:22 195:16,23
196:22 197:3
202:21
**lucid** 124:13
**luevano** 2:25 4:7
**luis** 34:23

**m**

**m.d.** 4:13 6:1
**macroeconomics**
36:4,16 37:4,23
39:6,7,8,9,11,14
40:1 45:7

**magic** 191:11
**magnitude** 303:21
**majority** 47:16
48:2,22 171:21
216:9
**maker** 88:12,14,15
88:16,22,24 89:2,4
89:9,25 90:9,22,24
227:23 228:8,12
228:16,21,24
229:8 230:8,10,20
230:22 237:12
315:1
**makers** 74:5 87:14
87:16,22 88:9
89:13,15,18,20
90:6,14,21 91:4,12
91:18 92:1,8,21
93:3,3,5,8 109:3
109:11,16 110:3
225:18,21 226:9
227:14 228:4
229:14 231:2
232:24 233:13,21
234:2,4,8,22,24
235:1,13,14,24
236:1,6,9,11,15,21
236:25 237:18
238:2,15 241:19
242:2 314:2,21
**making** 6:7 83:3
89:16,23 90:4
96:4 110:22 116:9
126:2 254:23
284:25 285:18
**managerial** 39:12
**mann** 227:6
**march** 8:22 21:2
25:21,25 29:14
146:5 151:22
327:22

**mark** 280:23
**marked** 7:16 10:9
11:14 14:3 17:16
17:19 19:2 20:21
**market** 3:13,17
10:13 11:22 28:22
30:14 31:7 45:2,6
45:11,15,17,20,22
45:25 46:5,6,14
50:13,16,19,25
51:17 52:6,7,10,14
53:18 55:16 56:5
56:9 57:21,23
59:4,17,22 60:4,11
60:14,15,19 62:13
63:7,19 65:19
67:6,23 68:6,12,17
69:10,23 70:2
72:5,19,23 73:8,14
74:5 75:16,20
76:12,24 77:15,18
77:24 78:7 79:10
79:19 80:7,21
81:2,24 82:13,16
82:21 83:6,19
84:5,20 85:13,16
86:5,24 87:14,16
87:21,25 88:9,11
88:14,15,16,21,24
89:2,4,9,13,15,18
89:20,24 90:5,5,9
90:12,14,14,20,22
90:24 91:4,12,13
91:17,20 92:1,2,7
92:12,20,22 93:2,3
93:5,7,12 94:24
95:5,15,19 96:3,5
96:12 97:17 98:3
98:19 99:20 100:9
100:18 101:2,10
101:13,19,24

102:7 103:5,9,14
103:22 104:3,6,9
106:25 107:25
108:9,15 109:3,11
109:16 110:2,4
111:7,9 115:3,21
117:20 118:1
122:4 123:14
125:4 131:2 132:3
132:8 133:8
134:12,16,18,25
135:9,12,16 136:6
136:15,19 137:1,4
137:20,21 143:14
149:10,12 150:9,9
152:1 153:2,3,4,6
153:9,15,17 154:8
155:14,17 157:25
158:1,4,6,10,19,22
163:25 164:20
167:22 170:8
172:11 173:11,13
178:1,24 180:13
180:20 181:13,16
181:19,23,25
182:19 183:18
185:20 186:3,9,13
186:16,22 187:20
187:24 188:6,9,21
189:2,4,6,10,24
190:1,13,15,24
191:4 192:6,10,17
192:20,25 193:1,2
193:7,11,13,20,22
193:23,24 194:4
195:15,17,25
196:3,5,6,22 197:6
197:12 198:7
199:18 200:18
201:6 202:23
205:16 206:22

207:3,14 208:12
214:5,5 216:15,25
220:9 221:19
223:21 224:4,9
225:18,21 226:9
226:17,20 227:13
227:23 228:3,8,12
228:16,20,24
229:2,7,8,14,16
230:5,8,10,20,21
231:2,10,16 232:1
232:10,23 233:13
233:21 234:1,3,7
234:15,22,24,25
235:1,13,14,24,25
236:5,6,8,9,11,12
236:15,17,21,22
236:25 237:2,11
237:14,18,21
238:2,15,17
241:19 242:2,4,23
246:1 247:5,22
260:11 261:13,19
262:18,22 270:9
272:18,25 273:22
277:14 280:23
288:9 290:13,17
290:17 292:12,19
292:21 293:4
297:23 298:18
299:3 300:23
310:19 314:2,21
315:1
**market's**  60:6
**marketplace**
126:10
**markets**  29:13
61:19 62:8 89:16
89:23 90:10 92:10
97:13 124:11,13
126:5 137:11

167:18 226:1
227:1 237:25
248:4 313:21
**marking**  11:12
**marks**  223:14
325:4
**master**  1:6
**master's**  34:15
**material**  53:25
102:5 103:3,8,12
103:17,19,20
104:8,14 105:10
105:13 121:2
133:11,13,21
140:15 255:7,8
**materials**  53:12
**matter**  3:22 10:17
16:9 17:2,21 18:1
18:5 19:7,23
21:21 24:16 26:14
28:2,5,9 30:1,24
31:17,21 47:5,11
76:9 176:17
185:16 203:8
246:13 291:25
295:2 299:9
**matters**  48:14
49:1,11 50:7
220:10 299:3
**mean**  10:19 16:22
21:6 22:12,13,25
23:2,3 25:5,11,23
27:15 32:10,11
36:8 37:11 39:8
40:8,9 44:5,13,21
45:3,6,10 46:1,4
47:21,23 48:4
51:3,14,25 53:14
53:23,24 54:22
56:19,20,24 57:14
57:21 59:21 60:10

60:11,18 62:25
63:3,4,5 65:10,13
65:16 67:15 68:2
69:11 73:3,9,16
74:11 75:17 76:1
77:22,25 78:4
79:15,25 80:24,25
82:22 83:20 84:24
87:10,18 88:11,13
88:13,16 89:5,13
92:3,5,10,24 96:8
96:15,16,24 98:21
99:5,14 100:1,8,16
101:9 104:4,12,17
104:22,24,24
105:1,2 107:8
111:12,12,18
112:21 114:18,23
115:5 118:16
123:21 124:5
129:24 130:23
133:14 134:14,24
136:25 137:14
138:11 140:1
143:2 145:12,18
145:22 147:11
148:11,15,16
149:12 150:6,20
152:4 153:20,22
157:1,6 158:6
162:23 167:9
170:22 176:11
179:19 180:4,14
181:13 182:1,23
183:3 191:6
194:15,16,18
198:16 203:3,10
203:12,13,14,17
203:23 204:17,19
206:12 207:21
208:16 211:1,15

214:20,24 218:16
220:14 221:1
222:6 223:3
224:25 236:2
239:7 240:9
248:14 252:2
255:6 259:5 271:1
272:4,25 274:3
277:22,22 278:6
282:17 284:23
286:21 293:19
295:21 296:11
298:10 300:12
301:24 302:1,20
302:23 303:13
305:20 309:3
312:7,9 317:11,23
324:2
**meaning**  72:3
131:14 157:9
282:15
**meaningfulness**
205:3,14
**means**  24:15,25
25:6,13 27:5 30:1
84:23 102:21
110:25 145:16
158:5 226:17
271:5 280:21
**meant**  48:17 200:1
201:22 203:15
204:4 229:19,24
244:11 274:23
294:2 296:9
**measure**  29:25
79:9 143:11 153:8
153:16 187:11
284:3
**measured**  297:4
**measurement**
158:16 159:9

measuring 157:10
286:10
mechanically
173:10
mechanics 305:15
306:9,20
mechanism 87:25
110:5 242:5
media 4:12 86:4
190:4 325:3
median 202:1,5,12
202:21 203:12,15
203:18,23 204:8
204:19
meet 54:5 57:11
57:13 140:4
meeting 42:10
53:24
meets 37:5 199:14
mellon 90:10
member 295:7
296:3 297:5
members 30:4
296:6 297:7
memorandum
3:10 7:9,19
memory 7:24 8:5
9:6,17 10:5 13:1
21:9 41:6 66:9,12
129:12 130:7
189:16,18 232:5
233:2 240:11
241:14,16 316:23
mention 59:3
169:17 320:1
mentioned 27:21
33:15 46:9 133:15
142:9 170:15
194:3 261:6
316:19 322:4

menu 300:16
met 5:19 197:14
methodology 30:2
70:18 293:17
294:22 295:4,11
295:12 296:5,22
296:25 297:6
301:1
michigan 47:9
middle 118:19
274:22
million 129:9
130:24 219:20
255:20 257:6,8
308:7,10
milwaukee 179:10
mind 21:4 54:22
277:20
minimis 157:14
minus 309:16
minute 184:6
279:13
minutes 54:10,10
54:17,17,25
105:20 209:17,18
209:22 244:10,11
294:1,6 324:25
mis 90:8
miscalculated
13:8
miscalculation
13:9
miscalculations
13:13
misleading 32:4
misquoting 120:1
120:2
misrepresentatio...
302:11 304:19
319:16

missing 175:15
misspecified
182:12
misstatements
305:6
misstates 87:7
93:13 94:4 99:21
174:15 249:21
250:17 251:1
260:22 315:11
mistake 174:22
226:11
misunderstood
109:6 146:25
misuse 167:21
model 152:1,12,13
152:18,21 177:4
277:14 280:23
288:9 296:16
297:1,2,10,12,13
303:8 305:11
314:16 315:19,23
317:9,11,20 318:3
models 163:25
164:20 166:16
173:11,13 277:24
318:25 319:4,25
320:13
modern 56:7
moment 246:7
monday 182:6
271:5
mondays 182:6
money 40:10
41:14 111:3,10
monitor 83:2
month 45:18
morgan 90:11,11
morning 4:4
motion 3:11 7:2
11:7 20:25 21:21

22:23 23:20,24
24:3,8,11,15,24
25:4,10,14,17,21
26:8,12 53:1,2,8
move 46:3 59:25
105:18 109:15
126:19 164:18
209:12 225:17
290:6
moved 70:9 286:7
286:16 287:7
movement 65:2
104:16 140:6
164:19,24 165:9
178:16,19 255:10
movements
178:12,13
moves 153:9,10
moving 304:3
multiple 36:21
90:17 145:4
multiplier 301:25
301:25

**n**

n 3:1 15:10,12
name 4:7 15:8
167:11
named 15:1 327:7
327:12
nancy 15:10,13
narinder 15:1,10
narrow 186:20
187:7
nasdaq 89:13 97:1
98:23
national 129:6
natural 309:18
navigate 14:1
navigating 14:16
nearly 121:10

nec 105:12
necessarily 70:16
89:12 92:9 103:15
103:25 104:15
105:17 112:4
125:21 132:15
176:4,10 183:8
202:25 216:17
224:5 230:6
236:10 245:18
247:13 273:1,5
274:2 283:6
296:10
necessary 23:9
198:5 300:6 301:4
319:13
need 30:18 58:23
63:11,13,17,24
64:20 65:21,22,23
66:3,9,12,25 67:16
71:4,4,17,21 77:22
78:6 82:3 93:23
94:6 99:13,24
122:1,21,21 134:5
154:19 157:21,21
173:15 182:25
192:18 199:7
203:8 217:5,25
228:9,9 230:12,24
232:3 233:3
235:15 236:2
239:14 240:10,21
243:1 248:14,14
250:21,22 252:3,3
253:10 270:21
271:16 290:2
293:25 297:25
305:24 320:16,25
323:12
needed 12:18
78:24 324:1

negative 159:23
203:6 207:6
nera 48:8 167:23
never 76:15 80:15
80:19 81:13,22
92:25,25 171:16
188:12 202:11
217:3 224:15
262:18 263:8
264:11 268:25
new 1:2 2:19,19
56:11 59:11,18
72:16 74:10 90:24
90:25 102:5 103:3
103:8,12,16,18,20
104:8,20 105:1,13
140:15 172:19
178:24 184:3
244:20 255:6
258:9,12 313:18
313:18
news 56:25 57:15
57:15,19 59:19
64:19 65:17,17,19
66:7 69:6,10
70:19,23 71:7,11
72:5 86:4 88:2
110:6 116:11,11
116:13,13,21,21
116:25,25 121:16
121:16,17,17
122:9,9,18,18
123:1,1,22,22,23
124:23 131:24
132:12,22 136:11
136:11 138:8,8
145:20,23,24
146:2 162:6,13,13
162:19,20,22
163:9,12,12,18,21
163:21,22,22

164:4,4,13,13,15
164:16,18 171:25
171:25 172:12
173:3,9,9,14,16,22
173:24 174:3
175:4,4,10,10,11
175:12,21,21,23
175:24 176:11,11
176:12,14,18,23
176:24 177:7,9,11
177:12,12,17,17
177:23,23 178:10
178:10 180:12,12
181:10,10 182:4,5
182:17,18,24
183:1,11,11,11,12
183:15,16 184:2,3
190:3 211:14
246:18,23 254:9,9
254:16,16 258:25
258:25 259:7,7,14
259:14,23 260:3
260:16,16,21,21
262:10,10,25,25
264:14,14,25,25
265:7,7,15,15
266:9,9,25,25
267:4,4,20,20
268:4,4 269:7,7
287:4 308:1 313:5
nfa 307:23
nine 36:22 37:5
39:4
non 11:24 162:20
178:10,22 302:9
302:21 312:10
313:1
nonexistence
243:4,12
noon 106:6

normal 6:16
164:24 165:9
308:16
normally 34:16
36:19 55:22 57:2
130:16 177:21
180:1 186:12
195:5,6 284:11
309:15
northwestern
34:14
notary 4:8 326:25
note 34:8 94:9
191:18 208:6
213:10 218:15
227:24 228:3
241:17 269:13
278:13 291:9
noted 180:2
noteholder 246:9
noteholders 316:1
notes 8:20 29:12
29:18 31:8 57:11
58:16 67:6 68:18
136:18 137:12
161:10 191:21
193:17,21 197:3
197:21,22 198:21
199:1,6,8,23 200:4
200:12,18,20,25
201:6,11,17,19,21
202:5,21 205:17
205:24 206:6,8
208:8 210:12,17
212:24 213:9
214:14 215:21,23
217:11,23 218:3,5
218:23 219:1,6
220:17 222:14,24
224:19 225:9,9,21
226:8,10 227:12

227:13,14,18,19
228:8,13,17,21,25
228:25 229:1,14
229:15 230:3,5
231:2,16,17 232:1
232:2,13,17,19,24
232:25 233:13
234:2,4,8,17 240:7
240:20 241:5,9
242:7,15,21,24
243:6,14 244:2,17
245:2 246:3
247:24 248:4,13
248:13 249:1,1,15
250:12 256:15
258:25 261:13,15
261:16,20,22
269:15,23 270:24
271:21,21 272:3,8
272:14,17,19,21
273:18,21 274:4
274:11,14,18
275:12,18 276:10
276:20 278:4
279:8 288:14
290:7,14 291:24
292:20
**notice** 3:15 11:17
258:6
**noticed** 13:14
**notified** 26:7
**november** 16:17
**number** 4:18
36:20 43:18 46:22
61:12,13 78:24
81:1 85:24 91:17
101:12 106:19
107:18 108:5
144:24 152:17
168:23 185:14
190:5 204:9

211:24 212:15,16
213:3 215:4 234:7
236:11,15,20
238:13 240:15
254:2 256:20
279:24,25 280:6
282:18,20 300:3
307:5
**numbers** 13:15
155:4 221:22
309:11
**numerous** 168:6
181:6 208:21
**nyse** 74:6 87:15
88:24 89:10,10,25
92:8 97:1,18 98:5
98:18

---

**o**

**o** 227:2
**o'neill** 231:8,16,25
232:10
**obispo** 34:23
**object** 278:5
**objection** 22:24
23:6 51:2 76:22
80:8,22 86:17
87:7 93:13,19
94:4 95:16 96:13
98:6 99:3,21
103:23 121:20
122:8 123:2 128:7
135:2 142:18
151:6 174:15
181:20 182:20
183:19 195:2
202:7 207:16
208:14 229:3
233:16 234:10
237:15,22 244:3
249:18 250:16,17
250:18,20,23,25

251:1,24 253:6,17
255:17 256:16
260:22 262:12
263:2,13 268:14
270:4,11 275:14
276:1 278:14,18
280:8 282:23
296:18 303:10
306:1 310:13,22
315:11 324:10
**objections** 82:1
250:21 252:15
**objective** 117:25
118:5,13 119:3,5
119:15 164:14
173:24 250:7
251:20 252:8,10
252:23 254:6
**obligated** 139:5
**observations**
280:20,21 281:1
281:10,24
**obviously** 159:23
181:15 196:12,13
218:17 262:17
**occasionally** 39:16
**occur** 135:20,22
136:1 271:8,24
274:1 281:2,12
285:9 287:2,12
**occurred** 172:13
246:2 247:23
270:2 271:20
272:14 273:7,22
286:16 287:5
288:22
**occurring** 286:9
**occurs** 253:8
273:2,4
**october** 16:16

**odd** 98:24
**offered** 314:20
**offering** 32:2
218:16 259:8
284:16
**offerings** 218:19
218:23 227:17
**official** 41:12
**offsetting** 314:24
**oftentimes** 101:10
111:9 132:20
142:4 150:21
226:1 239:2
282:24
**oh** 12:7 16:21 29:7
29:19 35:14 40:18
91:23 109:10,17
111:8 119:18
128:3 134:8 138:1
142:14 146:23
164:10 190:8
196:24 210:15,22
210:22 211:18
229:21 249:8
268:2,22 269:24
273:16 286:14
288:15 290:22
291:1 292:15
318:8
**okay** 6:12,21,25
7:5 8:8 9:13 11:5
12:4,11,22 13:4,11
13:16,20 14:22
15:7,15,23 16:2,8
16:19,25 17:4,24
18:3,11,16,21
19:10,13,17,20,25
20:7,13 21:8,15,17
21:25 23:5,22
24:13 25:8,20
26:6,17,20,25 27:4

27:8 28:13,19
31:2,18 33:4,11,22
35:4,8,19,22 36:13
36:17 37:3,7,17,22
38:16,20 39:1,15
39:23 40:4,12
41:21 42:7,17
43:4 44:4,12,16,25
45:9,19 46:8,17
47:15 48:25 50:4
50:23 51:9 52:1
52:12 55:19 56:2
57:4,16,25 59:9
60:24 61:16 63:22
63:25 64:15,23
67:12,21 68:9,20
68:24 69:17 70:13
71:16 73:15 74:7
74:20 75:4 76:10
76:17 78:11 84:22
85:12 91:10 93:22
94:20 95:21 98:12
99:9 101:17
102:24 105:23,25
108:11 109:13,21
110:12,24 111:5
112:25 113:10,20
114:25 115:15
116:6,23 117:17
119:20,24 123:7
123:24 124:8,15
126:25 127:23
128:3,12,24 130:3
133:5 134:8,19
135:24 138:3
139:9,17 141:23
142:21 143:6
144:18 145:11
148:23 150:4
151:17 152:3,14
152:22 153:23

154:1,15,25
155:19,23 156:8
156:18 158:11,24
160:4,20 161:21
164:1,12 165:21
166:4,10 167:3
168:16 169:6,16
170:14 172:4
175:2,5,9 177:5,10
177:15 180:11,17
181:3 184:4,11,21
184:24 185:23
186:5,18 190:25
191:7,17 192:3
194:2,10,20 196:1
198:13,19 199:2
201:3,14,25
202:17 204:3,6,24
205:22 206:14
209:11 211:17
212:1,18,18 213:8
213:20 215:7,11
215:14,16 216:1
217:21 218:13
220:24 221:3,6,25
222:4,8 224:1,14
224:18 225:4
227:21 229:18
230:12 232:12
233:11,24 239:6
239:10 242:25
243:3,22 244:24
249:7 251:7
254:11,19,22
255:13 257:1,17
258:13,16 259:3
260:13 261:5,11
262:8 264:7,9,23
265:4 266:13
268:6 269:12,19
269:25 271:23

273:15 274:6
275:22 276:17
278:2 282:7,10,12
283:11,18 284:1,7
284:14,18 287:17
288:11,15 289:20
289:23 290:5,10
291:1,1,16 293:22
295:14,17 296:7
296:14 297:11,19
298:16 299:7
300:9 301:16
302:4 304:6,12
308:23 309:20
314:4 315:17
316:15 317:25
318:15,16 319:23
322:22 324:17,20
**omissions** 302:12
304:19 305:6
319:17
**once** 54:8 221:23
224:16 226:12
306:9,20
**one's** 259:6
**ones** 90:4 131:4
133:20 214:16
220:13 266:15,15
266:17 301:8
**online** 313:16
**ooo** 325:11
**opening** 3:13,16
10:13 11:21
**operate** 317:12
**operated** 228:7,12
**opine** 31:7 52:9,14
68:16 71:20 76:15
78:4,6 86:9
101:22 137:6
200:21 201:16
205:15 296:1

297:3 305:13
307:14 310:3,16
321:8
**opined** 297:8
303:8
**opinion** 3:23 7:2
20:25 25:23 28:22
29:1,22 30:14,23
32:2,14,18 33:6
48:18 49:19 50:11
50:15 51:5 66:15
66:24 76:14 79:2
79:4,10 80:12
81:7,9,14 82:17
83:13 84:14 86:19
86:20 87:20 88:20
91:11 94:10 95:18
95:22 96:1,2,10
97:16 98:2,11,18
98:19 100:22
101:3 113:2
136:25 142:7
176:17 185:20
188:3 190:23
191:1,5 192:4
208:2 214:9
236:19,20 237:6,7
273:14 289:13
294:22,24 307:13
307:17,19 310:5,9
310:10,18 311:3
311:11,14 312:17
315:15
**opinions** 18:8,12
18:14,18 30:24
31:20,23 33:3,18
52:25 53:7 220:5
**opposed** 35:17
49:4,15 106:23
107:23 116:25
153:15 175:7

180:25 217:1
261:14 262:11
308:15
**orally** 248:2
**order** 3:23 18:13
20:25 21:20 22:6
22:11 25:24 32:13
59:17 60:3 63:12
63:14 67:1 103:4
116:20 170:10
233:2 252:5
253:11
**original** 10:16,19
11:6 12:5,10 33:5
81:16 327:16
**otc** 313:20
**outlook** 56:13
59:13
**outside** 45:10,10
64:1 94:15 293:21
**outstanding**
197:21 292:12
**overland** 34:11
**overlap** 138:13
243:16
**overly** 220:6
**overreact** 63:5
64:6 65:16
**overreacted** 67:4
**overreaction**
62:24 63:3,10,16
64:3,8 65:3,11
**overreacts** 65:18
**owe** 257:7
**owed** 257:5
**owned** 218:6
**ownership** 217:13
225:7
**owns** 219:18

**p**

**p** 179:9
**p.m.** 106:9,14
160:7,8,9,12 210:4
210:5,6,9 257:23
257:24,25 258:3
294:14,15,16,19
323:1,2,3,6 325:7
325:8
**page** 3:3,9 8:9
12:16 22:13 33:24
42:20 46:22 47:7
47:7,24,25 55:15
56:4 59:6 61:22
62:2 73:24 74:13
75:4 90:16 91:8,9
91:16,22 106:21
107:20 109:24
115:7 134:7
141:18 149:6
154:8,23 155:1
161:23 172:2
179:12 184:12,18
184:23 187:2,3
188:23 191:19
203:24 204:4,5
210:13 212:19
225:5 238:6
240:24 258:14,19
282:9,10 290:7
292:10,12 294:24
295:10 300:2
326:8
**pages** 3:18 49:1,11
258:18
**paid** 28:11,17
**pairs** 279:8,22
314:1
**paper** 14:13 44:6
61:18 85:8,10
112:13 139:1

167:21,23 168:24
178:1 187:17
308:19
**papers** 42:21 46:6
46:18 65:10 168:3
187:19
**par** 71:9 194:7
197:21 290:18
292:12,20
**paragraph** 27:17
27:24 29:4,21
41:11 56:3,3
58:14 59:3,5
72:12 74:13 75:2
75:3,9 82:23
83:25 85:22 86:11
87:23 91:3,7,22
102:14,22,25
108:18 109:8,10
109:23 111:1
115:7,14 117:18
124:19 125:24
132:6 134:1,9
141:13,17 143:7
144:2,19,21,23
145:4 146:3,8
161:3,22,24 162:2
162:15 163:11
165:18,22 172:2,3
172:5,22 173:18
174:5,14 176:5,16
176:21 177:2
178:2,3,5 180:3
184:23 187:1
189:25 192:9,22
195:11 196:8
197:2,18 200:11
208:20 211:24,25
212:7,14,19
213:12,22 214:1
218:1,25 219:24

226:5 231:3,4,5
238:6 241:24
246:11 257:2
259:18 262:16
265:22 266:2
267:1 274:7 275:8
276:18 282:8,10
290:8,20,23,25
292:10 295:25
300:2 301:2 302:5
307:21 309:21
313:13 314:17
315:12 318:10
**paragraphs**
125:11 184:9,12
**part** 9:15 16:18
31:8 32:16 42:14
53:12 71:25 74:5
107:6 115:8
170:23 181:5
200:5,6 211:5
212:20 231:15,24
252:8,10 259:9
261:8 267:18,18
268:8,12,20
280:19 289:8
290:19 296:25
**partially** 116:16
**participants**
193:12 195:16
196:3,6 242:23
**particular** 12:16
52:18 112:17
119:2,16,17,18
135:16 153:11
187:8 200:5 248:6
282:21 283:12
298:6
**parties** 99:16,19
**partly** 266:10

**parts** 295:18
**pattern** 193:19
**patterns** 194:4
**pause** 74:21
**paying** 27:10,13
**payment** 28:15
**peer** 44:1,6,8,9,22
153:13,17 154:11
156:3 158:25
159:13,15,19
167:4 168:20
169:2 177:16
179:18,25 284:3
293:16
**peers** 153:15
179:20
**pen** 138:25
**pending** 114:7
128:2 256:9,10
**penetration** 126:6
**pennsylvania** 2:13
**pension** 193:3,13
195:17 196:10
**people** 14:19 16:5
57:22,22 59:24
63:21 89:16 92:10
110:15 111:3
223:16 239:3
262:6 273:3
277:18 293:20
309:10
**peoples** 59:23
**perceive** 207:13
**percent** 8:20 29:11
80:1,2,4 158:19,20
158:21,22,23
159:14,15,16,19
159:20 165:24
166:8,18 169:19
170:15,18 180:25
185:9 196:24

197:15,23 198:5
198:14,20,25
199:5,12,15
201:23 202:6,6
205:25 206:1,20
207:12 208:11
209:3,3,4 220:20
220:20,20 238:10
238:11 240:16
249:9,10 251:21
252:11,18,18
253:2,10 308:3
309:25 310:11
**percentage** 170:9
194:6 197:20
249:12 250:13
**percentages** 197:1
**perception** 255:15
256:13
**perform** 116:20
116:21 134:22
137:24 157:2,22
178:7 188:18
258:24 263:12,19
269:7 284:12
292:5
**performed** 57:14
66:22 114:16,20
136:11 137:7
138:1 172:9
191:25 200:12
261:3,7 263:9
268:5 269:3
274:16 275:11
**performing** 140:2
167:11 188:7
**performs** 223:8
**period** 8:22 29:16
29:18 32:13 61:9
63:19,20 67:7
78:19 86:7,13

87:3 90:15 106:21
107:19 108:6
113:23 117:23
118:10,12,20
120:21 121:9,14
121:19,25 122:6
122:25 123:12,18
123:23 124:1,6,23
125:2 126:22
132:11 134:13,16
134:18 135:1,10
135:13,16 136:3,7
136:8,15,20
137:12,20,22
140:10,14 141:15
141:21 143:15,23
145:20,21 149:11
149:20 150:3
151:21 156:4,14
158:18 161:9
164:7 172:14
178:9 185:9
193:19 199:22
200:4,13,13
201:21 202:2,22
202:24 204:11,12
204:14 205:24
206:21 207:13
208:12 211:23
212:3,5,12,25
213:10,22 225:9
228:17,21,25
229:8 230:3,3,4
231:11,17 232:2
232:11,19,19,25
232:25 238:8
240:20 241:5,9
269:15,23 270:24
271:21 272:3,7,8
272:11,18 273:25
278:4,13 279:8

280:15 283:13
284:10 285:2
286:9,22 287:20
288:2,4 289:15
304:22 306:12,24
307:6 308:9 309:9
313:23 316:5
320:18 321:3
**periods** 29:14
57:21 135:17,18
139:21 141:21
142:3,17 143:24
145:4 146:5,10,15
146:17,18 147:5,7
147:15,16,25
148:2,10 154:4,5
160:16,22 161:3,7
161:13 213:6
288:7,8,10,13
**personal** 79:2
**personally** 44:9
81:5 187:21
**persons** 8:15
**perspective** 77:2,3
77:5 199:3 261:14
306:9,20
**pertains** 327:16
**peter** 2:18 4:22
5:21 244:7
**ph.d.** 1:14 2:1,24
3:4,14,17 5:11 6:2
34:14 106:5,10
227:16 325:5,9
326:2,21
**phenomenon** 38:1
230:15
**philosophical**
105:2 203:7
**phrase** 89:2 96:18
96:21 285:14

phrased 267:11
pick 254:23
piece 63:6 71:7
  112:12 139:1
  308:19
pile 14:12
pisajiw 2:20
pismo 42:9
place 14:9 65:25
  71:18 96:23,24
  145:15,17 169:7
  327:12
places 48:8 168:8
plaintiff's 48:2,23
plaintiffs 2:10
  6:22 7:12 8:13
  11:20 32:8 33:7
  33:14,19 47:18
  53:15 185:24
  264:16 295:24
planning 42:8,14
platform 313:22
  313:24
plays 77:23
please 4:19 5:9
  6:14 22:7 24:18
  54:15 81:17 92:16
  97:9,22 100:12
  107:12 114:2,8
  140:24 147:20
  149:23 150:18
  159:3 165:2 171:6
  175:17 201:4
  205:6 231:20
  233:19 235:18
  243:8 249:23
  251:14 253:19
  255:25 256:18
  262:14 263:15
  266:18 276:4
  280:9 281:6

285:21 306:16
  320:3 324:12
pocket 296:2
point 6:13 7:25
  12:16 67:23
  102:13 128:18
  129:18 141:17
  144:18 174:10
  175:1 222:2,2
  231:3 263:11
  264:13,24 265:5
  265:13 267:12
  269:10 271:4
  274:22 279:1
  288:16 289:4
  295:16 296:9
  307:11 310:4,5,16
  311:15 321:7
  323:14,23 324:5,8
  324:19
pointed 144:22
pointing 200:5
poly 34:23 35:17
  36:1,9 39:13
  41:25 42:5
pool 273:23 274:4
pools 42:25 273:3
  273:12
poorly 211:5
portion 45:8
  136:19 138:9
  317:16
portions 296:12
posed 95:10 109:5
position 35:23
  40:13 89:8 149:14
  149:18 150:2,8,20
  150:23 151:5
  189:19 226:20
positions 149:10
  149:13

positive 71:7,11
  245:18 247:12
positives 159:22
possibilities 263:6
possibility 151:12
  246:8
possible 30:21
  31:13,13,15 64:5
  65:17 67:22,25
  68:3,15,15,23
  69:19,20 70:5,8,12
  96:15 102:16,17
  108:10 120:3
  129:9 135:23
  154:21 167:17
  169:9 176:16
  177:6 224:7
  237:16 254:2
  261:1,2 262:25
  263:5,6 266:4
  268:23 320:15
possibly 44:10,15
  54:18 104:11
  138:6 222:9 224:6
  281:23 285:4
  301:24
potential 50:21
  138:5 162:5 234:1
  300:16 301:6
potentially 17:2
  163:18 222:15
  223:1 300:5 301:3
  302:8,20 319:12
practical 25:6
practice 168:10
  259:10
preceding 274:12
precise 225:1
  248:8
precision 309:3

predict 306:3
predicting 277:24
preferred 315:19
preliminaries 8:10
preliminary 8:11
prep 39:20 54:4
prepping 53:21,23
  53:24
presence 103:16
  126:8
present 2:23 86:22
  101:23 107:1,4
  185:18 191:15
  204:22 205:1,11
  207:21 303:9
presentation
  43:18,23
presentations
  43:15
presented 124:23
  127:15 132:11
  185:13,17 187:21
  204:21 235:10
presenting 43:25
  107:7 237:8
press 32:23 86:2
  130:8 307:23
  310:2,12 316:20
presumably 60:12
  65:10 179:19
  182:8
presumption
  84:11 191:24
  198:6
pretty 6:17 7:22
  8:2 73:24 184:19
  186:25 207:23
preventing 6:18
previous 19:14
  41:7 82:7 105:14
  123:4 183:21

184:1,4 264:19
265:19,22 268:23
279:10 299:19
311:5 320:6
**previously** 101:11
133:24 134:6
148:12 197:15
233:5 269:9
288:17 289:3
320:12
**price** 56:11,15,24
57:10,17,18 58:18
59:11,14 60:2
61:1,5 62:23 63:3
63:7 64:3,6,8,16
65:1,3 66:6 67:3
72:16 74:10,19
83:7 88:5 102:6
103:4,8,19 104:8
104:16 105:18
110:9 127:8,13
140:6 162:18
164:18,24 165:8
172:19 178:11,13
178:16,19,25
244:20 255:10
258:8,10,12
274:10,13 275:18
276:9,22 280:21
280:25 281:2,10
281:12 283:15
284:20,25 285:2,6
285:10,17,19
286:2,7,17 287:7,8
287:13 303:17,25
304:2,20 305:3,3
307:7 309:8,13,22
312:3,9,14,25
313:25 314:20
319:17

**prices** 59:25 62:13
65:4 217:20
246:16 259:21
286:23 287:1
302:13
**primary** 226:25
**primer** 55:16,20
**principal** 226:19
259:11
**prior** 12:14 18:17
123:8 131:12
143:9 180:13,14
201:17 261:18
274:14 275:18
276:10 295:19
298:18 299:2
327:7
**probability**
245:11,19 246:24
247:13 248:7,11
248:23 249:12
250:10 251:17,21
252:12,17,19,20
253:9,15 254:13
254:17,25 255:21
257:8,12 260:4
**probably** 9:25
16:16 26:15 35:2
35:16 36:22 52:2
54:2 69:3 73:23
84:18 96:25 98:21
112:6 114:18
170:4 180:23
191:7 199:16
253:4 279:25
304:8 318:8 321:5
322:1
**problems** 272:24
**proceeding** 179:17
**proceedings** 4:10
327:15,18

**process** 6:9 18:12
117:10 118:5,13
125:15 132:18
133:18,23 144:16
164:2 182:25
253:16 254:6,23
255:14
**profession** 277:5
277:11,12,13,20
277:21
**professional** 34:19
79:4 83:12 100:22
101:3 190:23
191:1 192:4
**professionals** 83:1
**profit** 110:23
**profitability**
223:11
**profits** 110:16
112:7 303:20
**prominent** 109:2
225:18 241:18
**promote** 190:14
**proof** 75:20
**proper** 166:21
322:2
**proportion** 41:22
172:25 173:5
180:20 181:9
182:16 183:15
238:24
**proportionately**
220:19
**proposed** 297:20
299:8,11,15
**proprietary**
313:21
**provide** 7:1 28:21
29:1,22 30:14
31:24 48:18 80:11
80:12 140:8 178:8

213:15 235:8
307:12 311:14
313:24
**provided** 46:23
80:13 213:18
297:14,16 298:6,8
298:13,17,20
299:5 313:19
**provider** 313:16
**providing** 51:4
298:2
**public** 105:16
178:24 190:22,22
326:25
**publications** 42:22
42:23 43:6
**publicly** 8:17 56:9
84:12 292:23
**published** 44:3
231:8 232:9
**pulled** 242:22
**pulling** 55:25
**purchase** 217:23
307:7
**purchased** 8:16
**purpose** 123:21
177:12
**purposes** 7:8
37:15 174:2
243:17,19
**pursuant** 53:8
207:15 208:13,16
270:10 323:13
**put** 11:10,11 17:9
18:8,22 64:21
65:7,12 166:15
223:14 317:4
**putting** 56:1

| q | | | 196:8 257:2 |
|---|---|---|---|

**q**

**qib** 218:9,18,20
  239:19
**qibs** 218:4 219:8
**qs** 138:12,14,16
**qualification**
  117:8
**qualified** 218:9,10
  219:7,13,16
  239:18
**quarter** 39:24
**quarterly** 206:7,9
**quarters** 39:24
  206:13,20 207:12
  208:11
**question** 6:14 11:7
  22:7,10 23:15
  24:18,21 25:2
  30:13,16,19 31:5,6
  31:8,9,11 33:5,12
  35:10 36:14 38:9
  41:5,7,8 45:24
  46:3 48:17 49:5,6
  49:10,18,20,22,23
  58:10 64:22 65:24
  66:2 67:1,20
  70:17,21 71:3,19
  75:22 78:3,16,22
  80:15 81:17,20
  83:21 87:3 92:16
  92:19 93:6 95:1
  95:16,24 97:9,22
  97:25 98:24 99:9
  100:12,15 101:1,7
  102:2 107:12,15
  109:5 112:8
  113:16,21 114:7
  120:6,13,16 128:2
  129:4 130:11,15
  135:20,21 137:23
  139:8 140:23

141:2,7 146:25
147:3,19,23 148:6
148:25 149:16,22
149:24 150:5,15
150:17 152:7,10
154:19 158:25
159:2,6 160:25
161:16 163:5,7
165:2,5 171:6,9
175:17,20 180:19
181:11 184:3,20
198:24 199:10,21
200:24 201:3
202:15 205:4,6,9
206:10 207:8
208:22,25 217:3
220:7,25 221:4,7
222:19,22 224:11
229:11 231:23
233:19 234:12
235:18,21 236:3
239:20 241:2,16
242:9,13,18 243:7
243:11 244:6,8
248:17,18,21
249:24 250:5
253:21,23 254:15
255:19,23,23
256:1,3,9,10,11,23
256:24 257:15
258:24 260:19
263:23,25 264:19
265:9,12,18
267:13,15 268:11
268:17,20 269:18
269:21 270:6
271:19 272:6
273:10 275:9
276:4 278:19
279:5,6,14 280:13
281:6,9 282:19

283:17 285:1,9,12
285:20,24 286:5
287:10,16,23
288:5,18,23 289:1
289:25 290:4
294:10 296:20
298:5,21,23,24
299:19 306:14,16
306:19 310:22
311:5 312:12
313:9 317:23,24
319:19,21 320:21
320:24 321:6
322:14
**questions** 61:7
  96:9 113:24
  116:13 144:25
  168:19 174:24
  205:19 324:22
**quick** 5:25 318:6
  322:20
**quickly** 8:2 56:14
  56:18,20 57:12,13
  57:18 59:14 60:7
  63:8 73:24
**quite** 83:20 98:25
  100:4 148:5
  157:12 163:4
  199:20 204:16
  285:11 306:13
**quotation** 223:14
  314:20
**quotations** 314:1
**quote** 8:11,12
  61:21 62:11 82:22
  110:2 210:19
**quoted** 62:19,21
  62:21
**quotes** 291:18
**quoting** 62:7
  84:13 178:5 179:2

**r**

**r** 15:11,13 152:4
  152:15
**ra** 1:6 4:18
**ran** 143:21 155:25
**rate** 27:23
**rating** 222:15,25
  223:3,6,14,19
  224:2,10,20
**ratings** 225:3
**ratios** 302:1,2
**reached** 137:8
**react** 68:22 69:5,9
  69:20 70:20,24
  71:11 72:4 88:1
  103:9,18 104:9
  110:6
**reacting** 56:24
  57:19
**reaction** 61:1
  71:12 74:10 102:6
  103:4 244:20
  258:10,12 287:21
**reactions** 57:11
  61:5 162:19
**read** 8:13 11:18
  22:8 24:19 28:25
  29:19 45:11,16
  49:5,8 54:15 56:4
  56:16 58:15,23
  59:10 62:6,11
  72:12 73:1,4
  74:13 75:3,10
  79:13 81:18 82:25
  84:1,7 85:3,5,23
  86:4 87:20 91:6
  91:16,22 92:17
  97:23 100:13
  107:8,13 109:1,25
  110:10 114:18,19

**[read - redlines]**

115:9 117:19
118:3 120:14
124:19 125:10,14
125:25 131:12,15
131:17 132:6
134:1,10 136:16
140:25 143:7,25
144:5 145:5 147:1
147:21 151:18
154:19 159:4
162:3,15 165:1,3
168:23 171:7
172:5,15,23
173:20 175:18
178:5 179:2,20
185:5 187:5
189:21 190:11
192:9,15,22
195:12,13,21
196:9 197:3,19
198:1,11 200:8
205:7 208:20
212:8,21 218:1,25
219:12 222:20
226:2,5,23,23
231:5,12,21
235:19 238:7,20
241:24 242:13
243:7,9 244:18
245:22 246:13
247:8,15,18
248:19 257:3
259:18 265:10,24
266:5,7,19 268:18
268:23 274:8
275:1 276:3,5,19
277:8 281:7
285:22 290:11
291:3,10,14
292:17 294:25
295:9,22 299:20

302:6,18 304:14
306:17 307:25
308:11 311:4,6
313:13 314:17
317:16 318:18
319:1,7 320:22
326:3
**reading** 9:7 45:14
46:5,18 74:12
83:24 85:21 87:22
91:15 94:12,13
102:20 115:14
124:19 125:24
134:1 144:1,13,19
165:18,22 189:24
200:10 210:23
218:24 233:25
241:24 259:17
266:21 290:24
313:12 314:17
316:14
**reagan** 1:21 2:4
327:4
**real** 5:25 318:6
**realize** 13:12
**really** 38:7 44:4
64:20 77:23 80:4
80:15 92:3 95:7
96:6 98:24 115:22
116:1 121:25
122:21 140:7
162:11 197:17
202:16 217:4
**reask** 201:3
**reason** 9:11 37:24
70:3,15 99:14,18
139:13 231:14
238:3 245:9,16,20
247:9,16 249:16
262:9 266:3
267:18,19 268:8

268:12,21 269:6,8
275:20 276:13
277:6 323:18
**reasonable** 9:18
56:21 121:12
191:8
**reasons** 52:5
266:10,14,24,25
269:5 288:24
289:11
**recall** 7:21 9:14
12:24 16:13 19:24
22:5 26:19 50:2,8
51:19 52:19 58:8
114:24 123:16
127:11 128:20
129:5 131:5
139:24 169:5,20
169:21,22 175:8
188:12 214:19
221:20 224:22,25
227:25 228:5,14
228:22 233:10
240:2 241:7
262:24 278:9
279:12 289:8
303:13
**receive** 16:4 42:9
53:13,14 322:6
**received** 53:14
**recess** 55:8 106:6
160:8 210:5
257:24 294:15
323:2
**recognize** 10:18
12:1,12 19:8 21:5
170:16 192:11
247:6
**recognized** 13:9
**recollection** 10:3
11:3 12:18 52:20

58:12,24 128:1,13
170:17 225:2
239:15 240:22
241:11 261:10
262:19 263:8
279:21 301:24
317:1
**recommendations**
83:4 212:11,24
215:3
**reconvened**
106:11
**record** 4:5,20 5:19
5:21 22:8 24:19
49:8 55:6,11
77:11 81:18 92:17
97:23 100:13
105:24 106:2,13
107:13 120:14
140:25 147:1,21
159:4 160:6,11
165:3 171:7
175:18 205:7
210:3,8 222:20
229:20 231:21
235:19 243:9
244:14 248:19
257:22 258:2
265:10 266:21
268:18 276:5
281:7 285:22
294:13,18 297:9
299:20 300:13,17
306:17 311:6
317:3 320:22
322:25 323:5
325:6 326:5
**recording** 4:10
**redline** 12:9,13
**redlines** 12:15

reduced 327:13
reduction 258:8
refer 30:18,25
40:14 44:7 82:7
82:22 123:4
141:13 176:5
183:21 184:4
212:16 215:20,24
217:25 241:6
262:15 265:19
268:22 279:10
281:22 283:3
288:16 299:1
319:6,20 320:5
reference 31:12
102:15
references 226:23
referred 150:22
173:8 215:22
219:4
referring 27:17,24
32:20 48:11 49:2
49:12 88:25 89:1
89:3 113:23 134:4
146:3 150:24
151:2 198:17
234:13 272:8
277:12 282:8
300:11 315:12
reflect 60:4,7
62:14 83:7 176:17
307:1
reflected 8:14
11:18 28:25 29:19
53:19 56:4,14
58:15 59:10,14
62:6,12 72:12
73:4 74:13 75:10
82:25 84:1,7
85:23 87:20 91:16
109:1,25 115:10

117:19 124:20
125:25 132:6
134:2,10 136:17
143:8 145:5
151:19 162:3,16
172:6,23 173:20
178:6 179:3 185:6
187:6 189:21
190:11 192:9,15
192:23 195:13
196:9 197:4,19
198:2 200:8 212:8
212:21 218:2,25
219:12 226:2,6,24
231:6 238:7
241:25 242:13
244:19 245:23
246:13 247:8,15
247:18 257:3
259:18 274:8
276:19 277:9
290:11 291:4
292:17 294:25
295:23 302:6
304:14 307:25
313:14 314:18
318:19 319:8
reflects 30:22
31:16
reframe 256:23
refresh 7:24 8:5
9:6,17 10:5 11:2
13:1 21:9 41:6
58:12,24 66:9,12
127:25 129:12
130:7 189:18
232:4 233:2
239:15 240:11,22
241:11,14,15
279:21 316:22

refreshing 189:16
regarded 86:3
regarding 241:14
304:1 307:22
regardless 197:1
214:8 267:9 268:1
regards 20:11
58:6 66:10 80:13
82:8 84:25 85:20
115:6 130:1
153:15 162:12
181:13 222:17
241:16 242:10
245:6 255:11
261:24,25 288:17
304:1 305:5
312:20
registered 219:1
registration 74:8
219:3
regression 58:16
142:24 143:9,18
145:6 146:4
151:20 152:2
153:11 160:15,16
160:21 165:15
168:14,17 276:20
279:19 280:22
regressions 143:22
regulator 130:4
regulatory 129:9
129:15,21 130:5
130:16,21 131:1
131:10,19 132:1
132:15,20
reject 166:16
related 49:3,14
65:1 115:12
118:11 119:12
132:22 145:24
172:19 198:15

220:10 250:12
255:15 302:9,21
302:22 303:3
312:3,10,15,16
313:17
relates 1:8 220:4
244:16 246:8
relation 210:12
258:6 273:17
317:13
relationship 15:2
15:21 27:2 74:16
76:7 102:5 103:3
143:12 153:8
158:2 172:9,17
190:1 248:2 307:8
310:20 316:4,18
relatively 140:19
143:19 145:7,12
256:11 280:6
relay 50:20
release 32:24
130:8 178:21,22
307:23 310:2,12
released 145:20,23
212:10,23
releases 74:18
86:2 316:20
relevance 202:7
214:22 248:3
relevant 34:20
59:19 63:6 66:7
94:22 95:4,13
104:9 108:8 111:6
130:5 189:5
190:23 202:22
203:5 205:23
206:2,5,17 216:13
236:11,15 238:25
239:18 246:9
252:23 253:16

257:14 290:16
315:20,24
**reliable** 166:13
170:10 171:1,13
**relied** 186:15
192:16 321:10
**relook** 228:9,10
**rely** 7:23 72:14
96:2,5 176:16
314:7 320:11
**remain** 284:23
**remained** 287:13
**remember** 8:4
9:19 13:3,6 14:25
20:8 21:12 23:23
120:24 128:16
129:16,17,18
166:18 167:14,16
168:3 169:22
180:23 207:22
211:22 214:15,16
214:23 215:8
218:8,9 221:12
233:7 241:2,4
243:25 267:11
316:19 321:20
322:9 323:25
**remembrance**
269:2
**remind** 75:4
**remove** 164:19
229:6
**removed** 25:16
**render** 18:7 40:9
50:15
**rendered** 33:18
41:14 49:19 81:10
82:1
**rendering** 18:12
235:4

**repeat** 22:7 24:18
107:11 159:2
160:24 205:5
235:17 281:5
287:23 306:15
320:20
**repetitive** 256:17
**rephrase** 261:17
273:19 279:6
298:11
**replaces** 11:25
**report** 3:13,16
7:22,24 8:2 9:3,5
9:8,15,16,24,25
10:13,16,19,20,20
10:23 11:21 12:6
12:6,9,10,13,14,19
13:17,18,21 14:15
14:17,18,19,20,21
14:24 16:6,10
17:11 18:8 20:18
22:4 26:3,10,14,16
27:18 28:20,24
29:5 30:18,25
31:12,19,25 32:17
32:21 33:23 34:3
34:4 41:11 46:21
48:6,15 50:22
51:11,12,13,14,15
53:11,19 55:15,24
58:11,14 61:14,22
61:25 65:1 73:19
79:11,13 81:10
82:24 83:25 85:22
87:23 88:7,17
89:2 91:16 94:13
94:16 95:12 98:15
102:8,9,11,15,21
102:23 104:23
106:19,23 107:17
107:23 108:8,18

109:8,24 112:17
115:20 116:7,18
117:18 125:13,17
128:22 134:9
137:10,24 138:2
141:18 144:6,13
144:20 145:2
148:8,12 149:5,9
161:4,22 165:18
167:13 174:11,14
174:20 175:8
176:5 180:14
185:22,25 191:16
191:19 192:8
200:5,6 203:25
211:21,24 214:4
216:21 218:1,12
221:10,13 225:11
226:23 229:13
231:9 232:22
234:1,3 235:5
237:7,9 245:22
246:11 250:4
270:10 274:7
279:1 281:21
292:6,7 293:1
294:24 295:15
296:13,23 298:7
298:14,19 299:1
301:20 304:25
305:19,25 307:22
309:2 313:13
314:5,8 315:6
317:17 318:7
323:10
**reported** 1:21 34:5
88:3 110:7 238:9
238:11 273:1,5
274:2 291:6
**reporter** 5:9,12
7:13,17 10:10

11:15 14:4 17:14
17:17 19:3 20:22
50:9 139:14 167:1
187:13 198:9
246:4 291:11,12
292:7 311:16
315:10 327:24
**reports** 45:16
46:20,23,25 47:17
47:24 48:12 49:3
49:13,18 55:23
86:14 87:4 106:20
107:8,9,18 108:5
124:24 131:25
132:12,17 180:25
181:1 210:18
211:22 212:10,23
213:4,23 214:12
215:2,20 216:5,9
221:1 232:4,7,9
233:3,5 262:17,22
295:19
**represent** 157:24
158:1
**representatives**
3:12 7:11
**representing** 5:22
**represents** 8:12
**request** 225:15
**requested** 53:12
**require** 117:21
130:24 131:17
320:13
**required** 85:15
250:14 327:19
**requirement**
129:21,22 130:1,5
**requirements**
129:15 185:3
219:4

**[requires - ruling]**

| | | | |
|---|---|---|---|
| requires 185:12 | results 22:17,20 | 269:13 290:1 | 185:16 186:4,25 |
| requisite 172:8 | 22:22,22 23:2,3 | 291:24 322:16 | 189:15,20 191:8 |
| reread 81:16 | 88:3 110:7 127:15 | 327:18 | 198:15,22 200:7 |
| 92:15 97:21 | 127:20,22 142:24 | reviewed 19:11,15 | 209:20 210:1 |
| 100:11 120:13 | 151:21 152:1 | 19:18 20:2,8,14,17 | 212:3 213:24 |
| 134:5 140:23 | 161:17 162:25 | 44:1,6,8,9,22 | 215:4 230:14 |
| 144:3 146:24 | 166:25 168:14,17 | 102:25 124:21 | 233:1,10 235:6 |
| 147:19 171:5 | 170:11 171:1,13 | 132:9 167:4 | 241:7 248:5 252:1 |
| 175:16 222:18 | 171:20 182:12 | 168:20 169:2 | 258:13 260:18,24 |
| 231:19 233:18 | 238:13 258:21 | 177:16 179:18,25 | 264:19 271:2 |
| 248:18 265:8 | 279:19 283:8 | 251:20 252:11 | 272:23,24 275:16 |
| 285:20 | retained 16:12,20 | 253:13 254:2 | 276:7 279:25 |
| research 2:24 5:3 | 16:21 26:23 27:6 | 279:7 284:3 | 301:9 309:12,24 |
| 33:1,2,13 45:2,3,4 | 28:25 31:4 48:9 | 293:16 | 316:12 |
| 45:20,25 46:4,7,9 | 48:14,18 185:15 | reviewing 13:18 | risk 223:17 |
| 46:13,14 113:7 | 185:18 | 53:25 54:11,12,19 | riskless 110:22 |
| researching 45:21 | retake 38:5 | 289:24 | risks 69:2 |
| 46:11 | retention 16:22 | revocable 47:8 | rmr 1:21 2:5 327:4 |
| reserve 44:6,18 | return 14:5 58:20 | ribbon 304:15 | robert 15:11,14 |
| respect 191:20 | 58:25 121:4 | 307:1,4,10,10 | robust 171:21 |
| 319:20 | 127:21 274:18 | 318:14,21 | role 168:7 227:16 |
| respectively 29:18 | 275:4,12 276:24 | right 6:23 7:3 8:3 | rosen 2:11 5:4,6 |
| 258:23 | 282:14 283:9,14 | 9:9,23 20:10 | 26:21,23 27:6,9,9 |
| respondent 179:7 | 283:19,22 284:2 | 22:18 32:19 36:14 | 28:8,14,21 29:21 |
| responding 322:13 | 286:10 308:15,16 | 36:15,16 37:12 | rosenlegal.com |
| responds 158:9 | 308:17,25 309:5,9 | 41:2 43:6 44:20 | 2:14,15 |
| response 72:16 | 309:16 | 48:6,16 51:14 | roughly 40:23 |
| 74:19 194:3 | returns 58:2,22 | 54:17 55:3 58:8 | 51:20 54:9 165:24 |
| 311:16 | 143:22 162:5 | 60:10,17 61:9,23 | 166:8 180:18 |
| rest 54:12,18 | 163:14 173:2,6 | 70:6 83:23 84:24 | 234:9 |
| 204:11 306:4 | 181:10 182:17 | 85:8,21 88:23 | rpr 1:21 2:5 327:4 |
| restate 207:8 | 183:15 277:14,24 | 90:17 102:18 | rule 30:9 50:7 |
| 282:19 | 309:18 | 108:22 111:13 | 56:20 194:13,23 |
| result 22:6,11,13 | reversed 63:8 | 113:19 114:5 | 208:6,7 218:3,15 |
| 121:1,3,4 127:13 | review 17:25 18:4 | 116:12,15 118:25 | 218:23 219:5,6,25 |
| 158:20,22 159:16 | 18:18 19:21 32:6 | 120:4 121:22 | 220:2,4,10,17 |
| 159:20 182:7 | 32:10 52:15 61:19 | 130:9 140:9 | 221:10,14,19 |
| 246:20 249:6 | 62:8 65:8 86:10 | 145:20 146:8 | 235:2,3 273:11 |
| 255:7,9 259:25 | 107:9 131:24 | 149:1 150:7 | ruled 75:24 |
| 308:1 | 132:2,23 133:19 | 154:17 155:1,2 | ruling 191:23 |
| | 214:13 240:3 | 160:1 165:25 | 209:9 |

**rulings** 237:5
**run** 33:24 34:10
  183:13
**running** 143:9
  173:11

**s**

**s** 3:7 302:15
  319:15
**s&p** 60:22
**s3** 73:13 74:8
  77:23 78:10
**safe** 146:20 223:13
  223:14
**sake** 285:5,15,25
**sample** 136:9,10
  162:19 178:20
**san** 34:23 97:5
**sandler** 231:8,15
  231:25 232:9
**satisfied** 76:12
**saturday** 270:17
  271:12
**save** 114:10
  168:12
**saw** 8:6 32:20
**saying** 21:11 63:21
  109:6 176:18
  188:17 214:1
  229:12 271:6
  312:8
**says** 26:1 34:3
  40:16 56:4 62:5
  74:12 109:1,25
  114:4 155:16
  189:21 195:12
  231:5 238:7 274:8
  291:3
**scale** 230:18,19
**school** 37:11
**scratch** 174:7,8,19

**screen** 117:25
  118:5,13 119:3,5
  119:11,15 251:20
  252:9,10,24
**screening** 250:7
  254:7
**sec** 30:9 32:12,13
  150:25 162:7
  163:19,24 219:2
**second** 3:21 9:25
  12:19 19:5,18,21
  20:5 40:24 74:3
  74:21 79:14
  109:24 127:4,18
  128:6,25 130:12
  139:6 149:7
  158:21 172:24
  177:24 184:18,19
  235:15 238:23
  253:25 304:15
  315:8 316:14,16
  317:4,6
**secondary** 226:20
  226:25
**section** 30:5 36:25
  37:1 38:22 46:21
  48:11 55:20 94:9
  116:25 117:3
  188:20 191:18
  226:22 232:13
  258:8 295:15,18
  296:3 297:5 314:5
  314:8 318:7
**sections** 36:8,21
  36:21,22 40:1
**securities** 1:6 3:19
  3:21 4:15 8:19
  17:20 19:6 30:8
  45:23,23 46:15,16
  47:2,5,11,20 48:1
  49:4,4,15,16 66:6

67:4 68:5,6 69:3,9
  70:10 83:9 90:11
  149:20 168:1
  186:2 188:6
  192:14,18 198:8
  216:3,20 223:17
  227:4,17 231:10
  232:11,17,17
  239:12,12 246:22
  260:2 296:17
  297:17,21 298:18
  299:12,15 300:21
  300:25 303:8
  304:20 315:9
  319:18
**security** 49:20
  50:12,25 68:11,12
  69:8 72:19 76:12
  79:19 80:18,21
  81:20,25 88:9
  96:10 100:8,17
  103:8,13,18,22
  135:16 143:12
  181:8 182:15
  183:14,17 186:21
  187:8 190:24
  196:18 198:22
  206:19 207:11,20
  208:5,6 216:15,24
  217:1 219:20
  223:7 224:3,8
  236:5,7 237:1,12
  237:13,19,20,25
  259:13
**see** 8:25 35:19
  42:24 43:15,20
  57:2,10,21 76:6
  102:12 104:16
  126:23 127:15
  140:5 145:9 155:2
  156:16 172:18

178:14 186:25
  201:2 210:22
  213:1 223:22
  236:18 238:18
  257:4 258:21
  279:24 282:4
  300:7 314:9
  322:21 323:18
**seeing** 7:25 8:4,6
  21:10 101:12
  214:15
**seen** 7:19 11:1
  12:2,15 17:22
  21:3,7,10,12,16
  32:11,22 44:7
  50:15 56:20 60:18
  66:8,9,20 69:22
  73:12 78:23 80:25
  119:8 142:4,10
  166:16 167:9
  168:5 188:10,12
  191:2,10 202:11
  214:7,8 259:5,7
  261:2,7 262:17,20
  263:8,20 268:4,9
  268:25 284:2,5
  317:2
**select** 257:11
**selected** 125:8
  245:24 247:2,20
  260:7,9
**selecting** 254:7
**selection** 113:11
  120:4 125:15
  253:16 254:14,17
  255:1,14 256:14
**selective** 120:5
**sell** 83:4 111:13,14
  111:14
**sellers** 237:2

selling  88:4 110:8
  111:4
sells  270:16
senior  8:20 29:12
  69:2
seniority  246:14
  259:19
sense  70:23 152:11
  244:6 301:19
sensitive  246:21
  246:23 260:1,3
sentence  84:6
  109:24 110:14
  122:15 175:1,7
  195:12 197:2
  198:14 212:7
  291:3 302:5,25
sentences  146:7
  318:17,18
sentiment  111:20
separate  37:20
separately  175:7
september  43:16
series  58:17
  276:21 302:1
serve  226:9 227:13
service  42:12
services  40:9
  41:14,18 313:17
serving  52:23
set  49:3,13 172:12
  177:18 323:9
sets  178:20
setting  115:19,20
settle  119:14
settlement  43:12
  43:17,18 307:24
settlements  43:12
seven  136:13
  236:9 244:11
  287:5

severe  140:16
share  296:1 297:4
  309:23
shareholders
  315:24
shares  308:7,10
shorten  322:21
shorthand  327:12
  327:24
show  64:9 155:10
  273:7 321:19
showing  12:10
  74:15
side  11:10 48:2,23
  154:22,22
sign  27:3 38:17,21
  38:21,22
signature  327:24
signed  16:22
significant  121:3
  127:13 140:6,17
  156:1 157:7,8,23
  173:1 178:15
  181:9 182:17
  183:15 234:7
  255:8,9 287:6
significantly  127:8
  156:12 157:4
  173:4 181:9
  182:16 183:14
  202:20 213:3
  233:13,17 251:16
similar  71:12
  153:14
similarly  70:20
  189:22 238:15
simple  256:11
simplest  304:8
simultaneously
  314:23

single  60:16
  188:19 189:8,9
  284:3,10
singular  295:12
  318:7
sir  151:13 187:2
  251:2
sit  7:21 8:7 9:12
  9:18 52:21 66:2
  70:3,15 71:14
  72:9,10 79:1 91:1
  119:9 123:16
  126:23 127:11
  129:16 130:9
  169:5 170:20
  214:17 224:25
  225:10 227:25
  228:5,10,14,22
  239:14,16 240:2,9
  241:1 253:1
  257:16 261:10
  262:19,24 267:9
  269:2 271:18,22
  273:13 278:8
  279:24 281:14,20
  284:5 289:14
  291:21 299:13,23
  299:25 304:9
  310:7 311:8
  315:21,25 317:23
  318:1 321:23
  322:18
sitting  8:3 9:9,23
  21:13 24:13,21
  58:8 64:24 66:4
  85:6 87:2 93:10
  97:2 112:9 122:23
  123:17 127:24
  128:4 135:7
  170:18 190:20
  200:21 214:9

217:6 224:15
  235:11,21 244:2
  289:10 305:23
  307:16 311:2
  323:15
situation  52:4
  56:19 57:1 65:23
  93:9 98:14 104:7
  115:4 124:4
  130:19 138:21
  206:25 249:3,5
  252:5 283:5 303:6
  303:7 312:19,23
situations  50:24
  51:10 130:20
  182:11
six  166:5 318:18
sixty  166:5
size  77:25 120:25
  128:16 190:21,22
  293:3
slapped  209:25
slash  29:7
sliding  230:18,19
slightly  12:21
  210:17 225:20
  297:2
slow  190:7
small  45:7 120:21
  120:25 127:6,10
  128:10,14 204:9
smaller  128:19
snapshots  68:14
sold  194:19,22
  226:12 242:24
  271:1,11
solely  218:4
solutions  4:9
somebody  23:1
  88:21 89:3 92:12
  213:15

**sorry**  12:8,8 15:24
  25:24 26:23 28:18
  29:8,19 46:1
  54:14 57:9 59:5
  69:6 75:12 77:10
  77:12 78:20 79:3
  87:10 90:19 91:7
  91:23 92:6,11
  103:17 104:5
  108:19 109:10,17
  109:23 116:8
  120:12 122:14
  123:10 124:13
  129:4 133:6 137:4
  146:23 147:18
  150:9 152:8
  154:18 158:2
  159:1 160:24
  163:6 164:25
  165:22 173:7
  180:5 185:3
  188:23 190:8
  199:9,25 200:1
  201:22 204:4,13
  210:15,21 211:12
  211:18,25 220:8
  222:17 225:1
  229:10,19,21
  231:18 238:23
  248:18 251:12
  255:24 260:8
  265:8,23 268:16
  269:16,20 273:18
  283:21 287:23
  288:1,4 289:18
  292:15 298:4
  299:4 300:22
  301:25 307:10
  308:5,24 312:11
  312:24 316:6
  320:19

**sort**  320:16,24
**sorts**  98:22 104:22
  182:1 183:3,4
  273:2
**sought**  6:23
  313:24
**sound**  9:9
**sounds**  9:18 102:9
  165:25 186:4
**source**  131:22
  227:9
**sources**  86:4
  291:17,23 293:11
**southern**  1:2 47:9
**spalding**  2:17 4:22
  5:1 74:24
**speaking**  12:17
  23:6 40:23 44:2
  51:20 57:18 64:2
  64:17 67:22 68:21
  72:2 101:6 129:20
  152:9 248:10,22
  250:21 262:16
  296:16 298:8,10
**specific**  26:19 64:1
  65:7,22 66:8,10
  78:19 79:7 86:25
  112:13 162:12
  170:17,17 173:23
  176:15,15 177:8
  183:1,6 187:17
  208:18 216:14
  246:10,22 260:2
  264:11 272:7,11
  279:14 288:23
  299:6 301:17
  312:20 320:8
**specifically**  9:14
  25:9 50:17 58:6
  66:20 74:12 117:3
  168:4,25 171:22

  175:6 179:25
  214:14 216:2
  224:22 227:19
  240:11 241:2
  258:17 296:13
**specifics**  65:24
**specified**  197:15
**speculate**  138:23
  207:24
**speculating**  16:17
  52:3 128:18 222:3
  300:14 321:23
**speculation**
  170:22 181:5
  243:24
**speculative**  16:17
  71:24 306:5 321:8
  323:12,23
**spell**  15:3 316:9
**spend**  41:18 45:14
  45:21 46:10,13
  53:21
**spent**  28:5 54:18
**spread**  184:25
  185:1,7,11 186:7
  186:20 187:7,10
  187:15,20 188:3
  188:17 291:18
  292:6
**spreads**  292:8
**springs**  277:20
**spurious**  182:7
**squared**  152:4,15
**ss**  327:2
**stage**  297:23 299:3
  299:4 301:11,13
  301:18,21 307:20
  312:20
**standard**  152:19
  154:13 156:13,14
  157:8 261:8 267:4

  267:20 268:3
  293:8,10
**standards**  292:4
**standpoint**  105:3
  105:4
**stands**  218:10
**stanley**  90:11
**start**  16:23 17:1
  24:17 56:24 57:19
  119:25 132:14
  191:22 221:2,20
  255:3 258:17
  301:12 320:18
  321:2
**started**  18:5 26:9
  26:16 84:6 244:12
  293:24
**starting**  42:20
  46:21 47:24
  162:15 191:19
**state**  116:7 117:18
  134:9 136:16
  172:22 185:5
  197:2 232:10
  245:22 248:8
  290:11 292:17
  294:25 304:13
  307:25 327:1,5,25
**stated**  20:11 22:24
  50:17 101:11
  102:8 110:1
  119:11 129:22
  132:5 139:13
  148:12 169:10
  174:25 199:13
  213:11 226:2
  242:1 248:9
  256:25 263:4
  266:3,16,17 267:6
  269:9 287:15

**statement** 8:11
33:7 48:21,22
49:7 57:5 62:17
62:20 101:15
102:10,11,12
118:18 165:11
176:4,9 190:17
196:2 211:2,3
216:6 227:10,11
262:3,5 266:6,19
267:25 268:2
281:18
**statements** 32:4,7
33:14,19 52:10
119:7,10 233:4,6
314:12
**states** 1:1 43:2
**stating** 104:21
211:16 231:9
**statistical** 155:25
157:2,22 178:23
**statistically** 127:7
127:13 140:6,17
156:1,11 157:4,8
173:1,5 178:15
255:8,9
**statistics** 12:20
13:5,7 43:13,17
202:12
**stayed** 284:20
**step** 238:23 316:7
**steven** 227:6
**stick** 221:15
**stipulate** 144:5,8
**stock** 8:21 28:23
29:4 30:15 50:12
50:16,20 56:8,11
56:14 57:11 58:4
59:11,25 60:2
61:1,4 63:2,7,21
64:2,3,5,8,16 65:1

65:4,16,18,20 70:1
70:9,19 71:10
72:15 74:19 76:7
76:8 78:7 80:3
83:7 84:3,4,12,17
84:21 86:6 88:4
88:24 89:10,11,23
90:5,12,14,24,25
91:5,13,14,19 92:1
92:21 94:11,18,21
94:23 95:5,8,12,14
97:3,5,15,18 98:1
98:4 99:16,17,19
102:6 103:4
104:16 105:17
108:14,17 110:8
111:25 121:4
126:18 127:8,13
134:11,15 135:9
135:12 136:3,9,14
137:3,12,19 140:6
140:17,18,18
141:20 142:6,12
143:3,4 151:20
153:10 158:9,21
158:23 159:17,21
160:15 161:3
162:18 164:18,23
165:7,14,16
166:24 172:11
173:3 179:1 184:8
185:8 186:9 188:9
188:19 189:9
192:1,7,13 193:1,7
198:7,15 199:6
210:18 215:24
216:23 217:12
225:20 232:17
233:15,22 234:8
234:17 236:16
245:1,25 246:18

247:3,21 255:8,10
259:1,23 260:10
260:17 261:14,20
261:22 262:7,11
264:14 265:1
287:19,22,25
288:7 292:19
302:12 303:17
308:2,8,10 309:8
311:21 312:3,14
312:25
**stock's** 178:13
187:10
**stocks** 68:18,21
69:5,9 70:24
75:25 97:12 99:15
146:18 147:5,16
147:25 193:9
195:1 202:19
293:2
**stop** 294:8
**stopped** 230:11
**stops** 230:21
**stories** 212:4
**strategies** 113:8
**strategy** 126:2,12
**street** 2:3 4:11
**strengthened**
84:10
**strictly** 257:11
**strike** 69:6 95:23
103:17 201:15
252:9
**strong** 198:6
**structural** 142:5
142:11,23 143:2
**structure** 150:9,10
246:15 259:20
**students** 37:2,5
38:4,17 40:2

**studied** 272:17
**studies** 101:11,25
113:16 115:6
125:16,19 133:9
167:11,22 177:17
**study** 57:14 58:1,2
66:22,23 67:2
70:22 72:14 73:13
78:13,15,19,25
102:1,4 103:1
113:14,22 114:13
114:14,16,20
115:1,9,9,17
116:10,13,17,22
116:24 117:2,4,10
117:11,20 118:1
119:1,15,17,18
120:8,11,18 121:7
121:9,16,17,18
122:6 123:1,9,11
123:25 124:6,9,18
125:5,23 127:2,14
127:19 130:18,22
131:2,11,13 132:3
132:9,14 133:13
133:19 136:12
138:4,9 139:11,22
140:3,22 141:5,10
141:19 146:1
149:8 163:13,20
167:7 178:8,18
179:18 185:10
188:7,18 247:2,5
248:12,25 249:14
250:8,12 252:14
253:5,14 254:3,20
254:25 256:15
258:6,21 260:7,8
260:12,15,21
272:19 274:17
275:11 280:22

284:4 300:4,10,19
301:3 305:18,24
306:10,21 318:22
319:10
**studying** 216:16
**stuff** 111:4
**sub** 141:21 142:3
142:17 145:4
146:10,15,17,18
147:5,6,15,16,25
148:1,10 161:3,7
161:12 287:20
288:2,4,7,8,9,13
301:2
**subdivide** 161:12
**subject** 44:2 52:25
53:2 159:24
246:12 261:16,16
288:21
**subjects** 38:13,15
39:5
**submit** 26:14
48:14 185:25
**submitted** 13:17
28:7,16 48:6
**subparagraph**
300:3 304:13
**subpoenaed** 324:2
**subpoint** 319:7
**subscribed** 326:22
**subsection** 232:24
318:13
**subsequently** 83:3
**substantial** 155:24
156:9 157:6,10
**substantially** 71:9
154:3 156:20
**substantive** 11:24
**subtract** 54:17
**sufficiency** 72:23

**sufficient** 68:16
76:1,3,20,22 86:15
86:23 87:6,11
199:12 215:17
**suggest** 70:14,16
103:9,14 217:19
274:3
**suggested** 60:9
78:5 109:4 142:2
**suggesting** 98:17
159:25 169:14
191:23 263:24
264:17 301:7
**suggestion** 65:19
**suggests** 83:25
179:23 180:3
**suitable** 247:4
260:10
**suite** 2:4,13
**sum** 31:20
**summarize** 73:20
**summarized** 21:18
**summarizes** 43:14
**summary** 175:10
175:21 261:15
**support** 3:10 7:2
7:10 18:17 72:18
73:6 75:15,17
86:5 91:13 169:1
169:15 179:6,24
186:21 189:13
190:15 223:20
230:4,9,11 234:25
235:13,24 237:2
237:12,19
**supported** 108:14
**supporting** 9:15
167:5 168:21
169:3 177:17
179:11 293:17

**supports** 91:18
237:9
**suppose** 44:21
66:23 78:1 114:18
120:22 129:24
138:21 177:19
203:4 206:12
**supposed** 96:9
**sure** 6:7,17 7:22
8:1 9:19 10:6 15:2
15:4,9,10,25 17:8
17:10 19:15 24:5
27:2 37:8 40:25
47:4 50:14 54:23
60:21 66:8,9,19,19
67:15 72:10 73:12
73:22 74:24 79:1
83:20 95:6 97:10
98:25 100:2,4
112:7 113:24
116:3 117:1
131:24 134:5
146:21 147:10
148:5 152:5
156:11 157:12
166:9 167:8
176:10,13 177:19
179:5 186:10,12
186:25 191:9
199:20 204:16
205:19 206:10
207:23 211:1,2
220:7 221:24
222:12 230:24
238:1 244:5 259:7
261:2 265:17
266:8 267:16,22
272:5 277:18,22
279:4 283:10
286:21 298:21
299:10 306:13

310:3 316:9 320:2
321:15 322:23
323:15 324:8
**surprise** 202:4,8
202:14 203:22
**surprised** 50:5
**surprises** 139:25
**survey** 39:10
**survive** 25:13
**survived** 24:8,11
24:14,24 26:12
**surviving** 25:4,10
**swear** 5:9
**swiftly** 88:2 110:6
**swiss** 129:6
**switch** 55:1 108:16
113:13
**switching** 113:11
113:12 171:25
**sworn** 5:12 326:22
327:8

**t**

**t** 3:7
**tail** 230:16
**take** 17:6 37:18,19
54:20,21 94:15
99:12 105:22
106:18 107:16
160:3 183:6
188:13,16 189:11
191:18 209:13,14
209:15 210:16
223:23 226:19
232:3 238:6 244:9
253:24 256:6,7,10
257:17 309:6,16
309:18 316:6,22
322:20
**taken** 2:1 4:16
13:21 37:23 55:8
160:8 210:5

257:24 294:15
323:2 326:4
327:11
**takes** 57:22
**talk** 5:24 9:25 17:6
82:18 87:13 101:9
113:16 138:7
157:6,7 177:23
187:19 258:5
271:1,3 273:3,4
300:3,14 305:4
306:5
**talked** 150:7 191:1
250:6 254:5
261:12 269:5
**talking** 10:22 20:1
36:20 42:21 44:19
60:23 61:2 66:17
73:24 77:19 90:23
92:7 97:1 116:12
116:24 117:2,3
138:16 145:24
146:2 150:6,11,12
150:14,21 152:8
153:11 159:22
163:12,13,14
208:9 216:22
232:7 247:7
260:16 262:23
264:21 271:10
288:8,9 300:23,25
301:1,10 323:8,10
**tally** 106:19
107:17
**targeted** 184:20
**taught** 35:2,15
39:12
**teach** 35:14 36:3,6
36:11,19,22 38:14
39:3,10,14,16,25

**teaches** 64:25
**teaching** 36:5
39:20
**technically** 27:6
**technician** 4:8
**technology** 313:22
**tell** 24:10 46:24
68:5,11 122:24
144:20 228:11
240:19 244:11
250:22,24
**telling** 168:25
200:22 268:10
**ten** 41:20 50:1,3
52:2 93:7 166:3
209:17,18,22
214:25 215:17
216:12 220:23
**tend** 91:13 190:2
190:15 203:21
223:20 224:3
228:25 234:25
235:13,24
**tended** 215:20
**tending** 72:18 73:6
75:15,17,19
**tends** 186:21,23
230:8,20,22
**tenured** 35:23
**term** 118:11 151:4
153:3 163:9
194:16 232:18,20
275:14 278:18,22
280:8 282:25
283:3 314:13
**terminology**
146:21
**terms** 25:6 38:24
39:2 41:22 63:17
80:7 83:18 92:1
92:22 103:19

118:8 157:13,25
158:16 159:8
220:21
**test** 57:10,13 66:5
66:20 67:18
127:12 137:17,23
157:22 162:13,17
164:13 172:10,24
173:8,9,10 175:11
175:21 176:22
177:17 180:12,21
181:7 182:11
183:11 200:9
251:4
**tested** 66:13 68:4
68:10 137:14
143:21 145:8
**testified** 5:13
133:6 254:1
261:21
**testify** 327:9
**testifying** 6:18
179:4 297:22
**testimonies** 47:17
**testimony** 9:3
19:14 46:21,23,25
47:24 48:12,15
49:3,14 87:8
93:14 251:1
260:23 326:4,6
**testing** 115:3
117:20 137:10
172:18 182:15,23
183:2 245:25
247:21 287:21
**tests** 66:10,13,16
66:18 67:17
137:16 138:1
157:3 174:2
**thank** 5:8,23 6:6
14:14 30:12 35:19

55:4 61:8 77:1
109:20 126:20
139:3 142:21
187:4 193:25
194:2 209:11
229:22 274:25
282:7 291:12
294:9 324:23
**theory** 56:7 61:19
62:8
**thereunder** 30:10
**thing** 55:23 99:25
166:21 171:19
173:15 183:25
188:4 209:21
296:12
**things** 104:22
105:16 117:13
122:10 129:25
132:16 133:15
142:6,8,9,13 183:3
183:4 189:19
205:19 206:13
217:10 223:10
234:22 273:3
304:3 322:21
**think** 12:2 14:5,8
15:19 16:3,6
21:24 26:12 27:1
34:25 38:24 40:14
42:11 43:3,13
49:6,7,17 54:16
57:2 65:21 71:1,4
72:8 73:23 74:23
76:5 77:22,23
79:21 81:5,6
83:20,22 87:18
99:9,14,14 100:19
100:25 101:9
105:3,6,6 110:20
110:25 111:2

112:12 115:5
125:17 131:16,22
133:6 151:2
152:21 161:17
166:6 169:18,20
169:23,24 170:2
172:1 174:20
181:12 182:1,10
184:14,15 189:7
191:10 194:14
195:4 196:21,23
197:11 203:8
208:20 211:15
214:6 216:8 217:5
217:8,17 218:11
218:18 219:9
220:1,19 223:24
226:11 229:19
230:25 245:4,9,16
247:10 248:6
249:17 251:3
252:13 255:20
257:7 261:14
262:3 266:21
269:6 270:21
271:16,17 273:1
285:13 287:15
293:20,20 297:2
297:18,25 299:14
299:17 301:14
304:7,8,24 312:23
313:3 316:24
319:25 321:21
322:19 324:21
**thinking** 55:25
244:10
**third** 74:5 115:24
115:24 132:24,25
**thirty** 54:10
227:15

**thought** 24:5 77:7
78:9 79:5,16 80:5
80:16,19 81:13,22
92:3,25 95:7 96:6
99:5 100:24 108:3
117:5 123:3,20
157:16 170:12
171:16 182:10
194:24 197:13,17
202:16 203:12
205:20 217:4
224:13,15 235:12
235:23 236:23
251:4 253:22
255:6 264:1 296:9
324:5,7,15
**thousands** 169:24
170:4,4
**three** 35:2,6 44:15
56:25 86:14 87:4
119:19,21 120:7
120:10,17,19
121:13,18,24
122:7,12,16,25
123:12 136:10
139:10 145:25
213:23 232:23
244:25 245:24
247:20 254:20,24
255:6 276:18
**threshold** 127:9
166:12 170:9
197:10,15 198:21
199:15 249:13
**thresholds** 208:24
209:2,5
**ties** 226:13
**time** 4:5 5:23 32:1
45:1,14,21 46:10
46:13 52:4 53:21
54:20 55:2,7,12

56:22 57:23 60:5
60:8 63:18,21
67:23 68:14
105:19 106:3,14
108:7 113:17,23
114:11 140:4
153:17,20,21,24
155:21,24 156:9
160:3,7,12 174:13
175:1 202:21,23
210:4,9 213:6
229:8 256:6,18
257:23 258:3
270:21 271:16
272:7,12,15,18,22
274:1 286:9
288:16 289:4
293:23,25 294:2,8
294:14,19 296:10
299:14 303:7,18
305:8,11 307:5,11
310:16 311:15
322:20 323:1,6,23
324:23 325:7
327:12
**timeline** 18:19
**timely** 28:15
**times** 6:9 37:5
51:22 54:7 144:24
168:6,6 180:18
181:6 185:14
208:21 221:9,17
261:12,16 280:17
280:18
**title** 8:10 40:18,20
41:9,12 88:14,23
**titled** 258:8
**today** 5:24 6:19
8:3,7 9:18,24 10:1
10:2 13:23 21:13
24:13,22 58:9

60:19 61:3 64:24
66:2,5 68:7,11
70:3 71:15 72:10
79:1 85:6 87:2
91:1 93:10 112:9
119:9 122:23
123:17 127:24
128:4 129:16
135:7 170:18,20
189:14 190:21
196:17 214:10,17
217:6 224:15
225:10 235:11,22
239:14,16 240:9
241:1,21 244:2
253:1 254:1
261:10 262:19,24
267:9 269:2
271:18,22 273:13
278:8 279:24
281:14,20 284:6
289:10,14 291:21
299:13,23,25
304:9 305:23
307:16 309:9,13
309:14 311:3
315:21,25 317:23
318:1 320:1
321:23 322:18
323:15
**today's** 4:6 325:4
**told** 21:24 23:18
24:8 82:10 137:18
137:18 151:11
209:17 298:12
**tools** 300:4 318:24
319:4,9,24 320:4,7
320:13,17 321:1,6
323:11,14
**top** 73:9,21 114:22
167:12 180:1,7

292:11 322:9
**topic** 43:10 183:23
**total** 31:20 54:2,14
  290:18 292:20
  294:2
**trace** 228:10,11
  238:10,22 239:8
  239:17,21,25
  240:3,6,12,19,21
  240:24,24 241:10
  241:15 242:9
  291:6,18,23 292:4
**track** 35:23
**trade** 50:13 95:9
  95:13 97:18,20
  98:5,18,22 99:20
  103:13,20 193:4,7
  193:18 194:12,14
  194:15,25 195:1,4
  197:8 199:13
  202:19 203:21
  229:1 273:11
  274:1 284:21,21
  285:9 293:2
  314:16,19
**traded** 8:17 29:12
  50:16 82:13 84:4
  84:12 91:19 94:23
  95:5,14,19 97:12
  99:2,6,15,19
  134:11,15,17,25
  135:9,12 136:6,14
  136:18,21 137:1,4
  137:19,21 143:4
  183:18 186:3,13
  186:21 188:6,9
  199:18 202:22
  206:8 218:4 219:7
  223:20 224:4
  229:15 230:5
  236:5,16 237:1,13

237:20 238:2
  240:20 241:5,9
  269:14,22 270:8
  270:23 271:1
  274:4 279:23
  285:16 286:1
  292:23
**traders** 193:16
  195:20 196:4,13
  243:16
**trades** 56:8 83:19
  96:12 100:8,17
  103:22 189:9
  190:24 193:6
  216:25 224:8
  236:8 238:9,11,25
  240:17 243:19
  270:13 271:25
  272:2,5,25 275:6
  314:24
**trading** 32:23
  58:18,19 59:2
  70:1 71:9 72:21
  72:24 73:25 76:19
  78:18 79:8,9,20,22
  80:3,6,18,19 81:1
  81:11,21,21 82:6
  82:11 100:10
  113:8 136:8
  146:12 150:11
  187:12 189:5
  192:21,24 193:10
  194:6,16 195:7,14
  196:17,20,22
  197:3,10,20 198:4
  199:1,22 200:4,14
  200:19 201:7,20
  202:1,5,21 203:9
  203:10 204:8,10
  204:14 206:4,6,11
  206:15,19 207:11

208:8,10 229:7
  239:18 240:7,13
  242:20 270:2
  271:14 272:14,17
  272:21 273:2,4,9
  273:17,20 274:10
  275:23,24,24
  276:22,23 277:2,4
  277:23 278:4,12
  279:7,9 280:7
  281:3,13 287:25
  288:1,25 289:7,12
  289:17 308:6
  309:21 313:17
  317:12,19 318:3
**transacted** 225:8
**transaction** 193:6
  226:21 239:17,23
  240:1,14 245:10
  248:7 271:10
  321:24
**transactions**
  238:12,14 239:7,8
  240:17 261:13
  291:7
**transcript** 326:3
  327:15,17,19
**translate** 306:11
  306:23
**trash** 166:25
**tried** 241:4,8,12
**trier** 29:24
**tries** 277:13,13
**tripping** 207:7
**true** 68:18 147:14
  147:23 148:4
  199:6 201:13
  218:19 230:2,4,7,9
  262:4 326:5
  327:14

**trust** 47:8
**truth** 310:20 327:9
  327:9,10
**truthfully** 6:19
**try** 30:20 31:14
  71:20 102:4
  111:22 154:21
  171:18 189:8
  207:9 263:12
  266:23
**trying** 14:25 22:16
  22:19 35:12 38:7
  38:8,12 41:6,8
  48:3,4 58:10
  64:12 70:25,25
  77:10 79:13 97:9
  102:17 109:15
  110:15 111:3
  112:7 114:10
  116:19 144:15,16
  148:17,21 150:15
  158:17 159:9,12
  162:10 164:1,14
  164:22 165:6
  183:25 184:2,20
  188:8 194:18
  215:18 222:11
  232:21 233:9
  248:1 249:11
  264:21 266:8
  267:16 275:7
  277:23,24 285:13
  301:5 303:1 307:8
  316:11
**turn** 8:9 28:24
  46:20 55:14 139:4
  149:5 154:16
  244:16 258:18
  302:16
**turning** 246:11
  300:2

**turnover** 194:6
**twenty** 180:25
**twice** 261:6
**two** 17:7 36:11
  40:1 52:10 56:25
  58:19 59:2 68:14
  84:9 85:2 86:13
  87:4 99:15,19
  108:7,7 122:10
  123:25 124:5
  126:24 153:16
  155:8 156:2
  157:15,18 178:13
  178:17,20 188:21
  230:16 246:1
  247:22 249:10
  252:23 255:12,15
  276:18,23 277:1,3
  278:7 280:3,4
  281:25 288:22
  304:3 321:17
**type** 55:22 70:23
  99:25 167:6
  168:22 169:4,15
  170:1 171:2,14
  175:6 202:13
  208:4 234:13
  240:1 266:20
  284:8 303:9 305:4
  314:15 320:9
  322:6,15
**types** 68:22 70:19
  115:18 249:25
  271:4 292:5
  301:21 303:4
  321:10
**typewriting**
  327:13
**typical** 193:6,8,20
  194:4,6,9,11,13,21
  194:23 219:3

**typically** 69:1
  115:5 118:22,22
  132:2,18 133:17
  138:20 140:5
  152:16 162:22
  173:11 175:3
  185:21 192:16
  193:11 195:4,15
  195:23 196:13
  197:8 217:17
  226:8 227:13
  246:21 260:1
  293:19 295:22
  321:21

**u**

**u.s.** 30:7 32:23
**ubs** 231:8,16,25
  232:10
**uh** 27:19 154:12
  174:9 212:6
  270:15
**ultimate** 292:11
**ultimately** 254:24
**unable** 243:18
**uncertainty** 57:22
**unclear** 114:2
  234:2 253:1
**uncommon** 278:11
  278:15,17,22
  279:1 284:13,17
**underlying** 158:9
  158:20 159:17,21
  162:21 164:17
  177:3
**underreact** 65:17
**underreacted** 66:6
  67:14
**underreaction**
  64:16 65:3 66:11
  66:14,21,24

**underreacts** 65:18
**understand** 6:13
  22:16,19 23:16
  24:3 25:1,10 38:9
  38:9,13 45:24
  67:17 70:21 78:20
  116:3,15,18,19
  141:6 144:16
  148:6,22 149:15
  149:17,25 163:4,7
  164:1 165:10
  198:23 199:9,20
  206:16 212:1
  229:10,12 233:9
  234:11 239:20
  248:1 253:20,22
  263:23,25 267:16
  269:20 270:5
  272:5,11 275:7,9
  285:1,11 286:4
  288:5 294:10
  296:20 298:25
  303:1 306:13
  308:23 311:25
  312:12
**understanding** 9:2
  22:17 25:13,15
  29:23 30:23 31:3
  34:2 41:2 42:15
  63:10,15 65:9,13
  65:15 84:25 88:18
  92:6 96:21 110:13
  111:2 129:14,21
  145:15 150:1
  151:4 185:2
  187:14,22 196:5,7
  217:22 218:14
  219:25 220:2,4
  223:5 228:15
  235:9 259:9 268:7
  273:8,9 275:17

  276:8,15 278:21
  279:3 308:25
  313:10,12 314:13
  314:15 315:2,5,7
  316:3,8,13
**undertake** 277:14
  277:16,18
**undertaken**
  245:10
**undertakes** 185:21
**undertaking**
  186:11
**underwent** 321:24
**underwrite** 226:4
  226:8 227:12,13
**underwriter** 230:8
  230:10,20
**underwriters**
  109:3 225:18,22
  225:25 228:2,7,12
  228:16,20,24
  229:13 231:1
  241:18
**unexpected** 74:17
**unfair** 112:19
**unfortunately**
  38:3
**unger** 184:7 185:2
  188:20 290:6,15
  291:7
**unintentionally**
  274:22
**unique** 174:3
  193:21
**united** 1:1
**universe** 293:5
**university** 37:10
**update** 59:24
**updated** 60:1,3
**updates** 60:2

**use** 58:1 101:23
102:3 110:14
115:24 133:7
146:11,12,14,21
147:10 160:21,24
162:22 163:1,14
163:17 164:8
167:5,10,21
168:21 169:1,3,18
170:10 173:12,23
175:7 177:17
180:3 275:4
277:25 278:25
284:9 287:20
295:22 301:3
304:23 305:18
308:15 320:7
321:16
**usually** 50:21
55:24 129:22
164:19 204:22
205:1,10 271:3
292:4 305:4
**utilize** 320:16,25

**v**

**v** 179:8 227:6
**vacuum** 105:17
**vague** 51:2 80:8,23
84:22 103:23
122:8 123:2
149:15 150:17
195:2 234:10
270:4 278:5,14,18
**valuation** 246:19
259:24 300:4
318:24 319:4,9,24
320:13,17 321:1,6
323:11
**value** 59:19 63:6
66:7 71:8,11
126:14,17 189:24

197:21 203:4
290:18 292:12,20
308:2
**values** 246:16
259:21
**variable** 163:1
164:9,11
**variables** 152:18
162:4,9,12,25
163:15,17,24
166:23,23 167:5,7
167:10 168:4,12
168:21 169:1,3,10
169:13,18,25
170:10 171:1,3,12
171:22,23 173:12
**variance** 152:21
**varies** 39:24
151:14 302:3
**various** 314:2
323:10
**vary** 96:23
**verbatim** 143:21
**veritext** 4:8
**version** 11:21
**versus** 45:23 47:9
178:21 213:4
234:8 235:13,25
**video** 4:8,12 77:13
**videographer** 2:25
4:4 5:8 55:5,10
106:1,12 160:5,10
210:2,7 257:21
258:1 293:25
294:12,17 322:24
323:4 325:3
**videotaped** 1:14
2:1
**view** 25:4 56:23
76:11 79:18 82:14
82:20 85:6,8,9

87:17,19 88:8
93:11,18 94:3
95:3 103:7 106:22
107:22 108:6,24
123:18 166:11
170:7 185:10
188:4 189:4,14
205:2,13 206:21
217:6 223:18
234:24 235:5
236:6 246:7
249:11 253:15
271:4 315:18,22
322:15
**viewed** 315:19
**violations** 132:1
**vitae** 33:25
**volatility** 164:23
165:7
**volume** 72:22,24
73:25 79:8,9,20,22
80:4,7,18,19 81:1
81:11,21,22 82:6
82:11 194:6
196:17,20 197:20
198:4 199:1
201:20 202:2,5
203:10,11 204:9
204:10,13 205:25
206:1,4,11,16,20
207:12 208:9,10
308:7
**volumes** 193:5

**w**

**w** 15:4 16:4
**wait** 119:25
211:18 286:14
309:1 313:3
**walia** 15:1,16,19
**want** 15:8 17:6
22:25 33:24 34:9

40:17,24 44:14
46:2,7 55:14 64:9
64:21 65:5,7,25
67:18 71:18 76:6
86:9 90:13 102:16
106:18 107:2,15
109:7 116:3
125:13 131:16
133:7 138:23
144:3 145:2
148:24 152:20
154:22 155:3,7
162:22,23 164:19
179:25 184:6
210:11 217:8
230:16,17 250:23
258:5 266:7 273:6
273:6 308:18
316:9 318:6
322:16
**wanted** 5:23 6:1
117:1 125:10
134:5 191:19
294:21
**watch** 209:21
**way** 6:5 23:10
82:17 95:22 109:4
130:23 148:18
166:15 178:5,7
194:8,12 199:7
236:12 239:22
248:8 267:11,14
271:10 273:14
289:13 293:9,18
295:21 309:4,10
317:12 318:2
324:8
**ways** 285:13
**we've** 28:16 60:18
71:1 80:25 208:20
269:5 272:8

**website** 40:17,19
  114:23
**wedbush** 90:11
**week** 39:18,22
  41:17
**weekend** 270:3,8
  270:13,17,24
  271:2,3,9
**weekly** 73:25 79:7
  80:3 81:11 198:3
  198:25 201:20
  202:1,5 203:9
  204:8 206:11,15
  206:19 207:11
  208:10
**weeks** 204:10
  205:25,25
**weigh** 80:20 81:23
  214:4
**weird** 142:24
**went** 37:11,13
  69:14 277:22
  289:5
**werner** 1:14 2:1
  3:4,14,17 4:13
  5:11,19 7:15 10:8
  10:14 11:13,23
  14:2 15:4 17:15
  19:1 20:20 55:14
  106:5,10,18
  107:15 210:11
  258:5 294:21
  323:8 325:5,9
  326:2,21
**west** 2:3 4:11
**whatsoever** 24:14
  24:23 51:24 52:20
  245:11
**wide** 30:3 85:25
  295:4

**widely** 86:3
  318:23 319:3
**willing** 226:19
**window** 143:11
  272:15,22 282:14
  282:17,20,22,24
  286:16 287:5
**withdraw** 102:2
  120:6 129:4
  174:24 313:9
**witness** 3:3 5:5,7,9
  5:15 6:16 14:5
  22:12 25:1,25
  49:17 51:3 55:3
  61:9 74:21,24
  75:7 77:2,10
  80:10,24 81:16
  82:3 84:24 86:19
  87:9 90:17 91:23
  92:15,24 93:15,22
  94:6 95:18 96:15
  97:21 98:16 99:4
  99:24 100:11,19
  103:25 105:21
  107:11 108:2
  109:17,21 114:5
  114:10 120:13,19
  121:22 122:9,16
  123:4 128:10
  135:4 139:3,15
  140:23 141:6
  142:22 144:12
  146:24 147:9,19
  148:4 149:1
  150:19 151:10,14
  155:12 159:2
  165:1,10 170:8
  171:5,16 174:16
  175:16 176:3
  180:5 181:22
  182:22 183:21

  184:21 187:3,5,14
  190:8,11 193:24
  195:4 202:8
  203:17 205:5,15
  207:19 208:16
  209:14,20 219:10
  219:12 222:18
  223:2 229:4,21
  231:19 232:3
  233:18 234:11
  235:17 236:2
  237:16,24 243:7
  243:15 244:5,8
  248:17 249:2,17
  249:20,24 251:3
  251:15 252:1,16
  253:7,20 255:19
  256:7,19 260:24
  262:15 263:4,16
  265:17 268:16,22
  270:5,12 275:16
  276:3,14 278:8,16
  280:10 281:5,14
  282:24 285:20
  286:4 291:1 292:8
  292:15 296:19
  299:18,24 303:13
  306:3,15,25
  310:15,24 311:4
  311:12,17 315:14
  317:6 320:20
  324:13 327:7,22
**witnesses** 144:9
**wondering** 21:4
  46:24 73:20
  305:14
**word** 22:21 80:22
  144:11 147:10
  250:23 278:15,25
  282:21

**worded** 211:5
**words** 80:9
**work** 16:9 17:2
  18:1 26:10 27:15
  28:8,18 32:16,16
  34:20 35:25 40:5
  40:8 41:24,25
  42:4,8 61:11,11,20
  62:9 66:4 84:25
  85:1 123:8 168:8
  261:18 296:17
  297:17
**worked** 48:7 131:6
  220:22
**working** 26:16
  167:23
**works** 15:19 27:2
**world** 99:6,8
  263:5
**worried** 216:19
**worry** 149:2
**write** 14:17 50:22
  154:19 172:5
  174:5 212:15
  308:19 309:10
**writing** 14:19 46:6
**written** 50:11
  175:1 247:6
  315:12
**wrong** 23:19 182:2
  290:19
**wrote** 14:18 44:6
  62:18 88:17
  174:13,19 248:1

|                x                |
|---------------------------------|
| **x** 3:1,7 316:10              |
|                y                |
| **yeah** 4:21 9:22              |

**yeah** 4:21 9:22
  16:3 30:17 36:2
  39:10 48:20 58:13

61:8 62:17 65:14
65:17 68:2 69:22
71:13 72:7 74:11
79:15 80:10 82:3
83:23 93:9 94:19
104:25 108:23
111:14,19 114:5
128:10 129:13
131:8,24 132:5
148:16 152:1
154:24 155:3
161:25 163:6
182:13 183:21
184:4 189:20,20
202:10 203:20
206:24 208:4
209:7 211:5
213:12 215:5
217:8 221:20
225:2 226:1
229:21 234:11
238:3,21 244:5
245:15,21 247:19
278:8 282:12
298:2 299:24
309:24 311:12
316:11 319:5
321:7
**year**   16:20 36:6,11
36:12,19,23 37:5
38:14 42:1,2 43:3
43:8 86:13 87:3
108:7 121:14,19
122:6,25 123:9
124:1 135:1,10,15
139:21 140:14
146:14 158:18
**yearly**   41:22
141:21
**years**   35:3,6,16
41:13 55:21

110:21 121:10
123:12,18 143:17
220:23 227:15
280:3,4 321:25
**yep**   154:10 204:6
244:23
**yesterday**   309:8
309:14
**york**   1:2 2:19,19
90:24,25 313:18
313:19

**z**

**z**   227:2,2
**zero**   290:1

Federal Rules of Civil Procedure

Rule 30


(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.



DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted
fashion to authenticated parties who are permitted to
access the material. Our data is hosted in a Tier 4
SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and
State regulations with respect to the provision of
court reporting services, and maintains its neutrality
and independence regardless of relationship or the
financial outcome of any litigation. Veritext requires
adherence to the foregoing professional and ethical
standards from all of its subcontractors in their
independent contractor agreements.

Inquiries about Veritext Legal Solutions'
confidentiality and security policies and practices
should be directed to Veritext's Client Services
Associates indicated on the cover of this document or
at www.veritext.com.