# EXHIBIT 8

Page 1

1

2            UNITED STATES DISTRICT COURT

             SOUTHERN DISTRICT OF NEW YORK

3

     In re:                     )

4                               )   Master File No.

     Global Brokerage, Inc.     )   1:17-cv-00916-RA

5    F/k/a FXCM, Inc.           )

     Securities Litigation      )

6    _____)

     This Document Relates To:)

7    All Actions                )

     _____)

8

9            ** C O N F I D E N T I A L **

10              VIDEO DEPOSITION OF:

11                 SERGEY REGUKH

12             NEW YORK, NEW YORK

13            TUESDAY, MARCH 10, 2020

14

15

16

17

18

19

20

21

22

23

24   REPORTED BY:

25   SILVIA P. WAGE, CCR, CRR, RPR

```
 1
 2              THE VIDEOGRAPHER:  I'll ask at this
 3     time that our Court Reporter, please, swear in
 4     the witness.
 5     SERGEY REGUKH,
 6         30 rue Charles Martel, Luxembourg City,
 7         L-2134 Luxembourg, called as a witness,
 8         having been duly sworn by a Notary Public,
 9         was examined and testified as follows:
10     EXAMINATION BY MS. ENNIS:
11         Q.  Good morning, Mr. Regukh.
12         A.  Good morning.
13         Q.  My name is Evan Ennis.  I'm going to
14     be asking you some questions this morning.
15              Before we get started in earnest,
16     have you ever been deposed before?
17         A.  No.
18         Q.  So, just some rules of the road that
19     will make this a little bit easier for all of us.
20              Please, remember to answer my
21     questions out loud for the Court Reporter.  She
22     can't take down head nods.  Please wait for me to
23     finish my questions before you begin the answer.
24     That way we're not talking over each other.
25              If you don't understand one of my
```

```
 1            SERGEY REGUKH - CONFIDENTIAL
 2    questions, please, let me know and I'll try to
 3    clarify that question for you.  But if you do
 4    answer my question, I will assume that you
 5    understood it.
 6            A.  Okay.
 7            Q.  If you need a break, just let me
 8    know.  But I do ask that before we take a break,
 9    you finish answering whatever question that's
10    pending.
11            A.  Okay.
12            Q.  Now, is there anything that would
13    prevent you from giving truthful and accurate
14    answers today?
15            A.  No.
16            Q.  And are you taking any medications
17    that would interfere with your testimony?
18            A.  No.
19            Q.  And what is your primary language?
20            A.  Russian.
21            Q.  But are you comfortable proceeding
22    with today's examination in English?
23            A.  Yeah.
24            Q.  Now, you're represented by Counsel
25    today?
```

```
                                           Page 12

 1              SERGEY REGUKH - CONFIDENTIAL
 2         A.  Yeah.
 3         Q.  And you're represented by Mr. Baker
 4    of The Rosen Law Firm?
 5         A.  Correct.
 6         Q.  And Mr. Guiney of Wolf Haldenstein?
 7         A.  Yes.
 8         Q.  Now, when did you learn that you
 9    would have to give a deposition in this
10    litigation?
11         A.  I think in beginning of this year, in
12    January, I think.
13         Q.  And who told you?
14         A.  My lawyers, yeah.
15         Q.  And did you meet with anyone to
16    prepare for today's deposition?
17         A.  Yes.  Yesterday, I met with them,
18    with my lawyers, yeah.
19         Q.  Okay.  And who did you meet with?
20         A.  Excuse me?
21         Q.  Who did you meet with?
22         A.  With Josh Baker and my two -- yeah,
23    Guiney.
24         Q.  Your motioning to Mr. Guiney?
25         A.  Guiney, yeah, correct.
```

```
 1            SERGEY REGUKH - CONFIDENTIAL
 2        Q.   And how many times did you meet?
 3        A.   Just one.
 4        Q.   Okay.  And that was yesterday?
 5        A.   Yeah.
 6        Q.   And how long did you meet yesterday?
 7        A.   About two, three hours, yeah.
 8        Q.   And have you ever met with in person
 9   with any of your attorneys before today?
10        A.   No.
11        Q.   Okay.  And was this --
12             Aside from your attorneys, have you
13   spoken with anyone else about this deposition?
14        A.   No.
15        Q.   Okay.  And did you review any
16   documents in preparation for your deposition
17   today?
18        A.   Yes.
19        Q.   And what types of documents did you
20   review?
21        A.   The initial complaint, the second
22   one, also, the -- my documents about records of
23   my deals, yeah -- I mean, statement of my deals,
24   yeah; also, my signed documents -- I mean, what I
25   might have signed -- some of them, few years ago.
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2     The first one document with the lawyers here,
 3     like where -- with my lawyers for this case here.
 4              Also, what else?  So all like related
 5     documents, I think, yeah.  But you have to know
 6     all of them, yeah?  I mean...
 7              So, okay.
 8          Q.  It doesn't have to be a totally
 9     exhaustive list.
10          A.  Well, my certification, yeah, I mean,
11     yeah, also, answers of, yeah, of Defendants -- I
12     mean, not answers, like, dismiss, yeah, the first
13     one, the second one.
14              And also, what else?  That's all I
15     think, yeah.
16          Q.  Okay.  And did any of those documents
17     refresh your memory --
18          A.  Yeah.
19          Q.  -- about events connected with this
20     lawsuit?
21          A.  Yes.
22          Q.  Which ones?
23          A.  The second one, complaint, yeah.
24          Q.  Okay.
25          A.  This one, actually.
```

Page 33

1                      REGUKH

2    exposure and to participate in the risk

3    management committee about the hedging

4    decisions for customers, for some groups of

5    customers, yes.  This means like his role

6    in risk management.

7           Q.     And I'm not sure if I asked you

8    already, but was Mr. Kainins the head of

9    risk management in March 2015?

10          A.     Yes.

11          Q.     Just to sort of skip along,

12   does anyone -- who on this organizational

13   chart had the authority to trade securities

14   on behalf of E-Global?

15          A.     Just me.

16          Q.     Now, has E-Global ever been a

17   party to any other civil litigation?

18          A.     No.

19          Q.     Has E-Global ever attempted to

20   serve as a lead plaintiff in another

21   litigation?

22          A.     No.

23          Q.     Has E-Global ever served as a

24   named plaintiff in any litigation?

25          A.     No.

```
 1                    REGUKH
 2         Q.      Has E-Global ever had any
 3    judgments against it?
 4         A.      No.
 5         Q.      Now, when did E-Global, and
 6    when I say E-Global, I'm referring to the
 7    company, first become aware that it might
 8    have possible claims against the defendants
 9    in this case?
10         A.      Could you clarify again,
11    please?  Repeat.
12         Q.      Yeah, let me repeat it.
13                 So E-Global has now been added
14    as a plaintiff.  When did E-Global first
15    become aware that it might have claims
16    against the defendants in this case?
17         A.      In 2017.  So in, I think in
18    April, yeah.
19         Q.      Sorry, just to clarify, when
20    I'm talking about E-Global, I'm talking
21    about the company itself.
22         A.      The company itself.  But I can
23    say that, for example, Aleksandrs Gromovs
24    was aware when I established this claim
25    against FXCM, but coming from my name, and
```

```
 1                    REGUKH
 2   getting the shares bought on the company
 3   account.  So he was aware -- they were
 4   aware about this claim.
 5              So it means like, as a company
 6   stipulates, so I would say the same time,
 7   so as I -- so I informed them like straight
 8   away, I mean, in the very beginning, so
 9   when I joined the claim, the action, the
10   class, the class action against FXCM, so I
11   informed them that, yeah, I'm participating
12   as a private person.
13              But of course they were
14   understanding that the shares were bought
15   on the E-Global account, yeah, brokerage
16   account, E-Global's, yeah.
17      Q.     Just so I understand, E-Global
18   was aware in 2017 that it had possible
19   claims against the defendants related to
20   the shares that were purchased using
21   E-Global's trading account?
22      A.     Yes.
23      Q.     And how did E-Global become
24   aware that it might have claims in 2017?
25      A.     I mean, if you are asking about
```

```
 1                    REGUKH
 2   documents, we didn't produce any documents.
 3   So it was like verbal discussions about
 4   this case, but just not discussion, but I
 5   informed my colleagues about this case,
 6   that's it.
 7        Q.     So E-Global learned from you
 8   that you might have claims against the
 9   defendants?
10        A.     Yeah.
11        Q.     And you told -- and you
12   informed E-Global of that in 2017?
13        A.     Yes.
14        Q.     Do you remember when in 2017
15   you did that?
16        A.     In the very beginning, so I
17   think it was, so March or -- March, I
18   think, yeah, 2017.
19        Q.     March 2017?
20        A.     Yeah.  I'm not sure what date
21   it is in April or is it in March, yeah.
22             MS. ENNIS:  So I'm going to
23   introduce our next exhibit, which will be
24   Exhibit 21.  Ashley, that should be tab 3.
25             (Regukh Exhibit 21 marked for
```

```
                                          Page 37
 1                   REGUKH

 2    identification.)

 3                MS. ENNIS:  It is a large

 4    document, so it may take a little time to

 5    load.

 6                MS. DePALMA:  It should be

 7    available now.

 8        Q.     Mr. Regukh, are you able to

 9    access Exhibit 21?

10        A.     Yes.

11        Q.     For the record, this is the

12    Third Amended Consolidated Securities Class

13    Action Complaint filed April 17th, 2020.

14                Mr. Regukh, do you recognize

15    Exhibit 21?

16        A.     Yes.

17        Q.     And do you know what it is?

18        A.     Yes.

19        Q.     What is it?

20        A.     This is amended action, class

21    action complaint, where E-Global's name is

22    included.  So the difference between this

23    third one and the second one, so just

24    E-Global added as a plaintiff, that's it,

25    no other amendments.
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2    shortfall meant that FXCM was in danger of a
 3    regulatory capital breach?
 4         A.  Before -- after they received this
 5    credit line, no, it was no -- the problem -- the
 6    issue was closed, like.
 7         Q.  But before they received the credit
 8    line, were you aware at the time that --
 9         A.  No, because it happens -- it
10    happened, like, I think, weekend or something.
11    Information -- I received the information only
12    after they closed this problem with the capital,
13    yeah.
14         Q.  But were you aware that FXCM required
15    the loan from Leucadia in order to avoid a
16    regulatory capital breach?
17              MR. BAKER:  Objection, to the extent
18    that it calls for a legal conclusion.
19              You can answer.
20         A.  If I'm -- would you please repeat?
21         Q.  Were you aware that FXCM required the
22    loan from Leucadia in order to avoid a regulatory
23    capital breach?
24              MR. BAKER:  Same objection.
25         A.  It was like post-factum, you know, I
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2    found this information post-factum, not before,
 3    that they need the capital, yeah, and this --
 4    make this -- made this deal with the Leucadia,
 5    yeah.  So it was post-factum, because nobody
 6    know, like, what happened inside the FXCM, how
 7    it's possible to verify it.
 8          Q.  Let me clarify it.  I'm not asking if
 9    you aware of it at the time it happened.
10          A.  Yeah.
11          Q.  Were you aware that FXCM required a
12    loan from the Leucadia in order to avoid a
13    regulatory capital breach at the time you started
14    investing in FXCM securities?
15          A.  At the time -- at the time, yes.
16          MR. BAKER:  Same objections and asked
17    and answered.
18          You can answer again.
19          A.  At the time, yes, when I started my
20    investments, yeah.
21          Q.  Okay.  And you were aware that FXCM
22    required a $300 million loan from Leucadia to
23    keep FXCM operating?
24          A.  Yeah, actually, less, about 250 that
25    they took more.  I don't know why, some over.
```

```
                                        Page 170
```

1           SERGEY REGUKH - CONFIDENTIAL

2           Q.  And did those factors affect your

3    decision to start buying FXCM stock in

4    March 2015?

5           A.  No, decision was based on the plan to

6    recover to sell the assets, how they were going

7    to recover, yeah, to close this credit line,

8    yeah.

9           Q.  And what about the plan to sell the

10   assets influenced your decision to invest in FXCM

11   securities?

12          MR. BAKER:  Objection, asked and

13   answered.

14          You can answer.

15          A.  Yeah, somebody else.  So it was clear

16   that the assets bought with the good pricing and

17   it was -- I mean, with the good prices, yes, and

18   the market still was in a good shape.  Now, a lot

19   of market condition deals, yeah -- I mean,

20   acquisition -- acquisition deals, the market and

21   there were -- I mean, the company had good

22   experience in this acquisition, merge acquisition

23   deals as well at that time, and, of course, the

24   statements about that they are going to sell this

25   good conditions on the market, like, not core

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2    assets, for me was, like, looks like reasonable,
 3    trustworthy, I will say, yeah, and then so
 4    everything should, like -- I believe that plan,
 5    like, yeah, this is the reason.
 6              Q.  And what type of FXCM securities did
 7    you invest in?
 8              A.  What type?
 9              Q.  Yeah, stocks, bonds, what did you
10    invest in?
11              A.  You mean me?
12              Q.  Yes.
13              A.  Just stocks, not bonds.  I know they
14    have notes as well, yeah, at that time as well
15    and that time, yeah.
16              Q.  And did anyone advise you to purchase
17    FXCM securities?
18              A.  No.
19              (Deposition Exhibit Regukh 7,
20    Declaration of Matthew M. Guiney in Support of
21    Motion for Appointment as Lead Plaintiff and
22    Approval of Selection of Counsel, was marked for
23    identification.)
24              Q.  I'm going to show you what's been
25    marked as Regukh Exhibit 7, which is titled,
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2   "Declaration of Matthew M. Guiney in Support of
 3   Motion for Appointment As Lead Plaintiff and
 4   Approval of Selection of Counsel," dated
 5   April 10th, 2017.
 6              MR. GUINEY:  It's Guiney.
 7              MS. ENNIS:  Guiney, I'm so sorry.
 8              MR. GUINEY:  It's been done that way
 9   my whole life.
10              MS. ENNIS:  It's not intentional.
11              MR. GUINEY:  I didn't think it was.
12        Q.  Do you recognize this document?
13        A.  You're asking me?
14        Q.  Actually, I don't need you to look at
15   the whole thing.
16        A.  Ah, certification.
17        Q.  I would like you to turn to the
18   document -- you'll see at the top --
19        A.  Uh-huh.
20        Q.  -- you'll see a case number and then
21   it will say "document."  The first one is
22   Document 13 and then if you turn the pages,
23   you'll see Document 13/2.  I think --
24        A.  /2.
25        Q.  -- you're there right now.
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2     "E-Global Trade & Finance Group, Inc."
 3              Do you know which E-Global entity is
 4     referred to here?  If you can go -- this
 5     document.  It's the ABLV statement.  You'll see
 6     right here it says, "E-Global Trade & Finance
 7     Group, Inc."
 8          A.  Yes.
 9          Q.  Which E-Global entity?
10          A.  BVI.
11          Q.  BVI.
12              What type of account is this account
13     with ABLV?
14          A.  It's -- so we have a bank account and
15     connected additional services, like, for
16     brokerage services or we can purchase the stocks
17     and any other securities or bonds through the
18     subsidiary of the bank, of ABLV Capital Markets,
19     another company.
20          Q.  And this specific account is in the
21     name of E-Global Trade & Finance Group, Inc.,
22     which we've been referring to as E-Global BVI?
23          A.  Correct.
24          Q.  So E-Global BVI is the owner of this
25     account?
```

```
                                            Page 186
 1              SERGEY REGUKH - CONFIDENTIAL
 2          A.   Correct.
 3          Q.   And the FXCM common stock purchases
 4     here are owned by E-Global BVI?
 5          A.   Correct.
 6          Q.   So all the trades listed on Schedule
 7     A, which remember we were talking about over
 8     here --
 9          A.   Uh-huh, uh-huh.
10          Q.   -- were done through E-Global's
11     account?
12          A.   Correct.
13          Q.   And those trades were done in
14     E-Global's name?
15          A.   Correct.
16          Q.   And they were done using E-Global's
17     funds?
18          A.   Correct.
19          Q.   And aside from E-Global, does anybody
20     else own this account?
21          A.   No.
22          Q.   And who are the authorized users on
23     this account?
24          A.   Me, myself.
25          Q.   Can anyone else execute trades via
```

```
                                          Page 187
 1            SERGEY REGUKH - CONFIDENTIAL
 2    this account?
 3            A.  No.
 4            Q.  Now, we talked a little bit about why
 5    you decided to start buying FXCM stock on March
 6    30, 2015.
 7            That was the first time you traded in
 8    FXCM securities?
 9            A.  Yes.
10            Q.  Why did you continue to buy FXCM
11    common stock through June of 2016?
12            A.  To increase the share and to receive
13    better price, average price, because their stocks
14    will -- I mean, they come down -- I mean, the
15    prices were going lower and lower and so -- and
16    it was a certain strategy, you know, to buy
17    partially, buy small loans, like, small interest
18    and, yeah, because it was understand --
19    understanding that prices can go even, I mean,
20    deeper, yeah, lower after this -- after --
21    because it was still in crisis.  I mean, the
22    company, and the -- it's, like, I'll say
23    technical analysis, you know, when the prices go
24    -- it's no any indication that the price can go
25    up, so then you buying partially, you know.  So
```

                                                        Page 188

1                    SERGEY REGUKH - CONFIDENTIAL
2        this is like a strategy how to enter to buy some
3        shares.  For example, now as well, you can buy
4        partially because you don't know if market's go
5        down.
6             Q.  Okay.  So.  Just so I understand, at
7        the time you were buying FXCM securities, you
8        thought that the stock price would go lower?
9             A.  Uh-huh.
10            Q.  So you thought that when you started
11       buying, you thought that the company was
12       overvalued?
13            A.  No, it's become -- so, I mean, it was
14       a trend, you know, down trend, down trend.  So it
15       was, like, no indication that it's, like -- I
16       mean, how to explain.
17                 It was -- in that time it was no any
18       indications that the company -- that the share
19       price are -- prices are, like, turned, like,
20       yeah, and this is means, like, you have to wait
21       when it will find the bottom, you know.  It's
22       usually, you know, how it is.
23            Q.  So, just so I understand, when you
24       started buying FXCM securities through the
25       E-Global account on March 30th, 2015, you thought

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2    that FXCM stock price would continue to drop?
 3          A.  I thought that the stock market will,
 4    as I said to you before, so that, I believe, the
 5    plan -- the strategy of Dror Niv as an -- but I
 6    didn't know what exactly when it start growing.
 7    So, from what time, no, because, you know, it
 8    usually takes time, you know, the same as now.
 9    Now, you don't know when it will grow, but
10    sometime it can grow, the market.
11          Q.  With respect to the purchases you
12    made after March 30th, 2015, were any of those
13    driven by new information that you learned about
14    FXCM?
15          A.  Could you please repeat?
16          Q.  So, with respect to the purchases you
17    made after your initial purchase on March 30th,
18    2015, were any of those purchases driven by new
19    information that you learned about FXCM?
20          A.  As I said to you before, the second
21    statement of Mr. Dror Niv about that he has a
22    significant -- holds significant shares here,
23    about 10 percent here and so -- and it was like a
24    message, you know, the message, I think, was in
25    June of 2015 maybe, in June, like the second
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2    statement.  He believes that it's like as matter
 3    of time, you know, to recover, to close the great
 4    line here to sell the assets.  And he has high
 5    interest in that.  I mean, he had at that time,
 6    he had high interest.  So he -- but he waited and
 7    so in his plan the same way as everybody -- every
 8    other shareholder waited and believed in his
 9    plan, yeah.
10         Q.  And what about that statement in
11    June 2015 --
12         A.  Yeah.
13         Q.  -- made you think that you should buy
14    additional shares of FXCM common stock?
15         A.  Because it was available resources to
16    buy.  It's still not so much significant for me,
17    because it was the plan, you know, to buy shares
18    here, like, possibly, yeah, to buy more shares
19    here, but that's it, yeah.
20              If you have resources, you buying.
21    So, of course, it's based on the price now, if
22    current price is better than before and then you
23    making better price, average price is better,
24    yeah, you know.  So you're making your average
25    price, I mean, better than before but, of course,
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2    anytime at all?
 3         Q.   During the class period.
 4         A.   Because, you know, we have financial
 5    company.  They always checking the statements.
 6    Why do I need to check if I remember this just to
 7    browse of purchases?  Strange.  So statements,
 8    usually, I checking statements on the, you know,
 9    website -- I mean, for the Internet bank, yeah.
10    So I don't remember how I will checking -- I
11    mean, this statements in class period from ABLV,
12    yeah, probably but for me it doesn't make sense.
13              Why do I need to check if I bought
14    something -- if I remember, why I have to check?
15    The only thing you check the amount, I mean,
16    exposure, yeah, and the market, of course, cause
17    you can calculate.
18         Q.   Let me see if I can clarify.
19         A.   Yeah, yeah.
20         Q.   Do you understand that these are
21    requests from Defendants that you and the other
22    Plaintiffs produced documents regarding a number
23    of different topics including your trading of
24    FXCM securities?
25              MR. BAKER:  Just for the record,
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2    "these," is referring to Exhibit 15?
 3              MS. ENNIS:  Yes, I'm referring to
 4    Exhibit 15.
 5              A.  Uh-huh.
 6              Q.  Do you understand -- is that your
 7    understanding?
 8              A.  They requested, yeah, yeah.
 9              Q.  And do you understand that those are
10    requests to you in addition to the other
11    Plaintiffs?
12              A.  Yeah.
13              Q.  What actions did you take to search
14    for documents in your possession that were
15    responsive to these requests?
16              MR. BAKER:  Objection, asked and
17    answered.
18              A.  Then it was -- so my lawyers ask me
19    this question, I mean, what I need to provide but
20    -- and then, okay, I provided them, like, just I
21    have bank statements and not any documents.  So
22    this is the situation.
23              Or what else I can provide if I don't
24    have any documents?
25              Q.  Do you have statements -- are
```

Page 262

```
 1             SERGEY REGUKH - CONFIDENTIAL
 2    statements regarding your trading in FXCM
 3    securities available to you on ABLV's website?
 4         A.  Yeah.
 5         Q.  As part of your response to these
 6    document requests, did you provide copies of
 7    those documents to your attorneys?
 8         A.  Yeah, and to you as well.  So, I
 9    mean, yeah.
10         Q.  I'm not talking -- let me clarify.
11    I'm not talking about the single ABLV statement
12    that you provided to us.
13             Aside from that document --
14         A.  Oh, no.
15         Q.  -- are there other documents on
16    ABLV's website?
17         A.  No, no.
18         Q.  Did you check ABLV's website, your
19    account on ABLV's website, to see if other
20    documents were available regarding your trading
21    of FXCM securities?
22         A.  No.
23             MR. BAKER:  Objection, asked and
24    answered.  Sorry.
25         A.  No.
```

```
                                           Page 263
 1           SERGEY REGUKH - CONFIDENTIAL
 2              MR. BAKER:  I guess you're both
 3    finishing.
 4           A.  No.
 5              MR. BAKER:  Asked and answered.
 6           A.  Okay.
 7           Q.  You did not check your ABLV account
 8    for other documents?
 9           A.  Yeah, yeah.
10           Q.  Did you check whether had you text
11    messages, Whats App messages, other types of
12    electronic messages regarding your trading in
13    FXCM securities?
14           A.  No.
15           Q.  Did you do anything to preserve
16    documents relevant to your trading in FXCM
17    securities?
18           A.  No.
19           Q.  Are there any documents regarding
20    your trading in FXCM securities that you believe
21    have been destroyed?
22           A.  No.
23              (Deposition Exhibit Regukh 16,
24    Plaintiffs' Responses and Objections to
25    Defendants' First Requests for Production, was
```

```
 1              SERGEY REGUKH - CONFIDENTIAL
 2    marked for identification.)
 3         Q.  I will hand you what's been marked as
 4    Regukh Exhibit 16, which is titled, "Plaintiff's
 5    Responses and Objections to Defendant's First Set
 6    of Requests for Production."
 7              Have you seen this document before?
 8         A.  Yes.
 9         Q.  When did you see this document?
10         A.  Also, maybe last year, maybe, I don't
11    know, fall of last year, I don't remember
12    exactly, yeah.  It was -- it was last year, but I
13    don't remember the amounts, yeah.
14         Q.  Did you assist in preparing this
15    document?
16         A.  Yeah.
17         Q.  How did you assist?
18         A.   To provide the answers, what is
19    unclear from my side to my lawyers and for -- on
20    the base of Defendants, which one is outstanding.
21              (Deposition Exhibit Regukh 17,
22    Defendants' First Set of Interrogatories to
23    Plaintiffs, was marked for identification.)
24         Q.  I'm going to hand you what's been
25    marked as Regukh Exhibit 17.
```