# EXHIBIT 10

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Master File No. 1:17-cv-00916-RA
 5    ------------------------------------x
      In Re:
 6
      GLOBAL BROKERAGE, INC.
 7    f/k/a FXCM, INC.
      SECURITIES LITIGATION
 8    ------------------------------------x
 9      This Document Relates To:
10      All Actions
11    ------------------------------------x
12                       May 7, 2020
13                       9:32 a.m.
14
15         Videotaped Deposition of E-GLOBAL
16    TRADE and FINANCE GROUP, INC. by SERGEY
17    REGUKH, taken by Defendants, pursuant to
18    30(b)(6) Notice, held via Veritext Zoom
19    videoconference, before Todd DeSimone, a
20    Registered Professional Reporter and Notary
21    Public of the State of New York.
22
23
24
25
```

Page 13

1                    REGUKH
2  are made to the documents, the initial
3  documents.  So that's it.
4       Q.     How many times did you speak
5  with your counsel about today's deposition?
6       A.     By voice, just once.
7       Q.     And when you say by voice --
8       A.     I mean, yes, it was by Zoom, on
9  Zoom, so it was virtual.
10       Q.     And aside from the Zoom
11  meeting, did you have any other meetings
12  with your counsel to prepare?
13       A.     No.
14       Q.     And when did your Zoom meeting
15  with counsel take place?
16       A.     Yesterday.
17       Q.     And how long did you meet with
18  your counsel for?
19       A.     About 30, 40 minutes.
20       Q.     And aside from your counsel,
21  have you spoken with anybody else about
22  today's deposition?
23       A.     I, yes, informed my colleagues
24  that the company name of E-Global may
25  appear in the future and they have to be

1                    REGUKH
2    informed that it could take place in the
3    future, but that's it.
4         Q.    When you say they have to be
5    informed that it could take place in the
6    future, what are you referring to there?
7         A.    To this action, I mean, to this
8    case against FXCM, because initially it
9    was -- I was a plaintiff, now the
10   company -- I mean, like the company,
11   E-Global, is instead of me.  So I'm in the
12   complaint and so I informed my colleagues
13   that yes, now it is the company name
14   instead of my personal name in this case.
15   That's it.
16        Q.    And did you speak with any of
17   your colleagues at E-Global about
18   categories of information identified in
19   Exhibit 19?
20        A.    I send to -- we have, in the
21   company, we have a lawyer, and I send them
22   just like information about what kind of
23   questions will be to E-Global we got in
24   this case and that's it.  And like also I
25   informed him that I already answered most

|   |   |
|---|---|
| 1 | REGUKH |
| 2 | of the questions, so now I'm going to |
| 3 | answer them like representative of the |
| 4 | company.  That's it.  So I just informed |
| 5 | him, yeah, our lawyer, I mean, legal |
| 6 | officer, yeah, of the company. |
| 7 | Q.  And aside from E-Global's |
| 8 | corporate counsel, did you talk with anyone |
| 9 | else at the company about this deposition? |
| 10 | A.  No. |
| 11 | Q.  Did you review any documents in |
| 12 | preparation for today's deposition? |
| 13 | A.  Yeah, I read the documents, the |
| 14 | exhibits, yeah. |
| 15 | Q.  I'm sorry, when you say the |
| 16 | documents, the exhibits, what documents are |
| 17 | you referring to? |
| 18 | A.  I mean -- I mean the documents, |
| 19 | notice -- I mean, motion to the court about |
| 20 | replacement of my name as a plaintiff to |
| 21 | E-Global, also granted, I mean, yeah, |
| 22 | decision that I believe granted decision of |
| 23 | the court, the judge, about this motion, |
| 24 | about this replacement, also, okay, the |
| 25 | Third Amended Complaint. |

```
                                                    Page 16
 1                      REGUKH
 2              So all the documents, as I said
 3    to you, like we made the amendments and the
 4    request to make these amendments, yeah.
 5         Q.    And did any of the documents
 6    that you reviewed refresh your memory about
 7    the events connected with this lawsuit?
 8         A.    Like in general, yes, maybe a
 9    little bit here, I reviewed the complaint,
10    because complaint was absolutely the same,
11    just we added E-Global instead of me, and
12    we added a little bit -- I reviewed, again,
13    the complaint, yeah.
14         Q.    And did you review the
15    transcript of the testimony that you gave
16    in this matter on March 10th, 2020?
17         A.    Testimony?  Could you --
18         Q.    Sorry, let me clarify.
19              So as you recall, you
20    previously gave a deposition in this matter
21    in March, correct?
22         A.    Uh-huh, correct.
23         Q.    And that deposition was taken
24    down in a transcript by the court reporter.
25         A.    Okay.
```

Page 17

1                    REGUKH
2       Q.     Did you review a copy of the
3    transcript of your deposition?
4       A.     No, unfortunately, but it is
5    not so big picture for me, yes, not so
6    important for me.
7       Q.     Now, am I correct that E-Global
8    is a limited liability company?
9       A.     Yes.
10      Q.     And E-Global is incorporated in
11   the Virgin Islands -- in the British Virgin
12   Islands?
13      A.     Yes.
14      Q.     Now, where are E-Global's
15   physical offices located?
16      A.     So we have a registered office,
17   a legal office on BVI, in BVI, and we have
18   a partner company with a staff like, as I
19   mentioned to you before in March, located
20   in Riga, like accounting function, also
21   providing with IT development and a call
22   center.  So they are located in Riga.
23      Q.     And when you say partner
24   company, which company are you referring
25   to?