# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

June 12, 2020

*Via Electronic Filing*

The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
             Case No. 1:17-cv- 00916-RA-BCM

Dear Judge Moses:

    Plaintiffs Shipco Transport Inc., E-Global Trade and Finance Group, Inc., and 683 Capital Partners, LP, and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout jointly request leave to file under seal Exhibit 9 to Declaration of Israel Dahan. Exhibit 9 contains excerpts of the deposition of Mr. Joseph Patt, which Plaintiffs have designated as Confidential pursuant to the Protective Order (ECF 144).

    Plaintiffs seek to have these narrow selections redacted because they contain non-public information about Mr. Patt's personal finances which have no bearing on this case, and commercially sensitive information concerning the clients and investment strategy of 683 Capital Partners.

    Consistent with Paragraphs 4 and 6 of the Protective Order and this Court's Individual Rules of Practice, Defendants have filed publicly a redacted version of Exhibit 9,and are hereby filing under seal a version with the redactions to Exhibit 9 highlighted for the Court.

                                         [Signature page follows]

June 12, 2020
Page 2

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
| */s/ Joshua Baker* | */s/ Israel Dahan* |
| Phillip Kim | Paul R. Bessette |
| Laurence M. Rosen | Israel Dahan |
| Joshua Baker | Peter Isajiw |
| 275 Madison Avenue, 40th Floor | Evan C. Ennis |
| New York, New York 10016 | 1185 Avenue of the Americas |
| Telephone: (212) 686-1060 | New York, New York 10036-2601 |
| Fax: (212) 202-3827 | Tel: (212) 556.2100 |
| Email: pkim@rosenlegal.com | Fax: (212) 556.2200 |
| Email: lrosen@rosenlegal.com | |
| Email: jbaker@rosenlegal.com | Rebecca Matsumura, *pro hac vice* |
| *Lead Counsel for Lead Plaintiffs* | 500 W. 2nd Street Suite 1800 |
| | Austin, Texas 78701 |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | Tel: (512) 457.2000 |
| | Fax: (512) 457.2100 |
| Matthew M. Guiney | *Attorneys for Defendants* |
| 270 Madison Avenue | |
| New York, NY 10016 | |
| Tel: (212) 545-4600 | |
| Email: guiney@whafh.com | |
| *Additional Counsel* | |

37032401.v1