

<div style="text-align:right">Joshua Baker<br>jbaker@rosenlegal.com</div>

July 17, 2020

**VIA ECF**

Hon. Barbara Moses
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
               Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

      We represent the Plaintiffs in the above-referenced action. We write to request permission to file a 15-page reply memorandum in connection with Plaintiffs' amended motion for class certification (Dkt. No. 174). Section 2(h) of Your Honor's Individual Practices limits reply memoranda to 10 pages unless advance permission has been granted.

      Your Honor previously granted Defendants' request for five additional pages for their memorandum in opposition to Plaintiffs' amended class certification motion. Dkt. No. 186. Plaintiffs likewise request five additional pages for their reply in order to fully respond to Defendants' 30-page opposition, as this is a complex motion that involves multiple expert reports. Defendants do not oppose this request.

<div style="margin-left:50%">
Respectfully submitted,

*/s/ Joshua Baker*
Joshua Baker
</div>

cc:    All counsel of record

**THE ROSEN LAW FIRM, P.A. ♦ 101 GREENWOOD AVENUE, STE. 440 ♦ JENKINTOWN, PA 19046 ♦ TEL: (215) 600-2817 ♦ FAX: (212) 202-3827**