# EXHIBIT 8

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
In re:                         :
                               :   Master File No.
Global Brokerage, Inc.         :   1:17-cv-00916-RA
F/k/a FXCM, Inc.               :
Securities Litigation          :
-----------------------        :
```

\*\* C O N F I D E N T I A L \*\*
REMOTE VIDEO DEPOSITION OF:  JOSEPH S. PATT
THURSDAY, APRIL 23, 2020

REPORTED BY:
SILVIA P. WAGE, CCR, CRR, RPR

```
                                              Page 117
 1              JOSEPH PATT - CONFIDENTIAL
 2          A.   Correct.
 3          Q.   Okay.  Taking a look at the bottom
 4   part of this spreadsheet, we'll see a number of
 5   transactions in the FXCM common stock, correct?
 6          A.   Correct.
 7          Q.   And so the first three, for instance,
 8   are -- under "trade entity type" are labeled
 9   "short."
10               Can you explain to me what a "short"
11   transaction is?
12          A.   Yeah.  You borrow stock that you
13   don't have and you sell it in the market.
14          Q.   If you are shorting a stock, are you
15   betting that the price of the stock goes up or
16   the price of the stock goes down?
17          A.   That it goes down.
18          Q.   So what was the rationale behind
19   shorting FXCM common stock in connection with
20   these transactions in January of 2015?
21          A.   Sure.  When we were buying the bonds,
22   which as, you know, we spent a lot more money on,
23   we -- it was of our view, I think, that, like,
24   well, we had a lot of confidence in the value of
25   the bonds, but Leucadia is there, maybe they'll
```

```
                                                    Page 118

 1              JOSEPH PATT - CONFIDENTIAL
 2       take a lot of the equity.  There's a lot of value
 3       in this business.  They were making so much money
 4       in previous years trading FX for retail and
 5       institutional clients that, you know, it looked
 6       like Leucadia was in a great position and we were
 7       in okay position behind Leucadia that, you know,
 8       maybe we would be able to exchange stock --
 9       exchange bonds for stock.  We should hedge some
10       of our position, as you know we're a hedge fund.
11       So we took a tiny hedge on in the stock against
12       the bonds that we owned.
13             Q.   And when you say you took "a tiny
14       hedge on the stock against the bonds" that you
15       owned, does that mean that you were trying to bet
16       that the stock would go in the different
17       direction than the bonds would go?
18             A.   No.
19             Q.   I just -- let me ask a better
20       question.
21             A.   We were taking our risk off.  We were
22       hoping -- making our position less risky allowing
23       ourselves to buy more bonds.
24             Q.   And just explain to me --
25             A.   We wanted -- we wanted to lose money
```

```
                                              Page 124

 1                JOSEPH PATT - CONFIDENTIAL
 2        labeling, this looks like something that was
 3        downloaded from our OMS Paladin.
 4                 What happens in our OMS is that,
 5        like, when an option expires -- and all these
 6        were options that expired, you know, years ago --
 7        it disappears from the OMS, unless you sort of
 8        reset it back where's it will still have the
 9        stocks and the bonds in there, you know, unless
10        you sort of reset the time on the option.
11                 So my guess is whoever was
12        downloading this was downloading everything in
13        the FXCM issuer bucket that was still in there
14        but didn't see the options because they were
15        gone.
16             Q.   Okay.
17             A.   On a relative basis, the options
18        trades I know weren't very big.  And I can't even
19        remember which directions they were, frankly.
20                 From looking at what we had looked at
21        before, all of them were long option trades it
22        seems.
23             Q.   So how are option trades memorialized
24        in 683 Capital's records?
25             A.   Again, in the confirms and old
```