# EXHIBIT 9

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:                              )
                                    )  Master File No.
Global Brokerage, Inc.              )  1:17-cv-00916-RA
F/k/a FXCM, Inc.                    )
Securities Litigation               )
_____ )
This Document Relates To:           )
All Actions                         )
_____ )

** C O N F I D E N T I A L **
VIDEO DEPOSITION OF:
SERGEY REGUKH
NEW YORK, NEW YORK
TUESDAY, MARCH 10, 2020

REPORTED BY:
SILVIA P. WAGE, CCR, CRR, RPR

Page 254

1       SERGEY REGUKH - CONFIDENTIAL
2  them.  I reviewed them.  But to prepare the
3  answers of all documents, some part of them,
4  yeah, sure.
5          Q.  Did you conduct any searches for
6  documents in response to this request?
7          A.  Yeah, I was -- so everything was --
8  what was requested from me from my site, so I --
9  but because I don't have any documents for this
10 case, I mean, personal documents so -- but
11 nothing -- just to explain, as I think it was
12 another one document, my answer is in the
13 certification, yeah.
14         Q.  I'm sorry, what was requested from
15 me -- I just need you to clarify --
16         A.  I mean, any documents.  I don't have
17 any documents for this case, like, why I decided
18 to buy shares or did I receive any reports or
19 something like this.  So what's -- so I provide
20 just bits, certification, sign the documents,
21 which we already explored in another.  So other
22 things, I think, are covered by my lawyers, yeah.
23         Q.  Did you check whether you had any
24 e-mails related to your purchases of FXCM
25 securities?

```
                                               Page 255
 1            SERGEY REGUKH - CONFIDENTIAL
 2        A.   Did I check my e-mails regarding?
 3        Q.   Regarding your purchases of FXCM
 4   securities.
 5        A.   So, I mean, for this case or for what
 6   e-mails?  For the --
 7        Q.   For this case, in response to these
 8   document requests, did you check your e-mails for
 9   documents --
10        A.   Yeah, yeah.
11        Q.   -- regarding -- you checked them?
12        A.   Yes, I checked them.
13        Q.   What did you do to check your
14   e-mails?  How did you check your e-mails?
15        A.   The usual using my link, yeah -- I
16   mean, my computer, yeah.  What I can say?  So the
17   e-mails, I mean, the e-mails from my lawyers, or
18   what do you mean?
19        Q.   No, I mean -- I'm not asking for
20   e-mails with your lawyers.
21        A.   Yeah.
22        Q.   I'm asking, for example, did you
23   correspond with ABLV regarding your trading in
24   FXCM securities?
25        A.   Ah, no.  It was like statements in
```