October 7, 2020

**VIA ECF**

The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
              Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

      Pursuant to the Court's Order dated October 2, 2020 (ECF No. 206), Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., and E-Global Trade and Finance Group, Inc., and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout submit this joint letter to propose a specific allocation of time for witness testimony and oral argument for the evidentiary hearing scheduled for October 15, 2020 at 1:00 p.m. The parties propose the following schedule for the October 15 hearing:

| Event | Time Limit |
|---|---|
| Plaintiffs' opening statement | 5 minutes |
| Defendants' opening statement | 5 minutes |
| Defendants' cross examination of Dr. Werner | Up to 105 minutes |
| [*five-minute break*] | |
| Plaintiffs' redirect of Dr. Werner | Up to 105 minutes |
| [*five-minute break*] | |
| Plaintiffs' cross examination of Prof. Hendershott | Up to the balance of 105 minutes not used by Plaintiffs on Dr. Werner |
| [*five-minute break*] | |
| Defendants' redirect of Prof. Hendershott | Up to the balance of 105 minutes not used by Defendants on Dr. Werner |
| [*five-minute break*] | |
| Plaintiffs to open oral argument on class certification motion | 20 minutes |
| Defendants' rebuttal | 20 minutes |
| Plaintiffs' response | 10 minutes |
| Defendants' response | 10 minutes |

1

With respect to a videoconference vendor the parties propose using Veritext. The Parties and the two witnesses are already familiar with Veritext's Zoom-based videoconference and exhibit-sharing platform. If this platform is acceptable to the Court, the Parties will coordinate with the Court and Veritext in advance of the hearing to arrange access for the Court, a listening option for the public, and to address any technical issues that may arise.

Respectfully submitted,

| THE ROSEN LAW FIRM, P.A. | KING & SPALDING LLP |
|---|---|
| */s/ Joshua Baker* | */s/ Israel Dahan* |
| Phillip Kim | Paul R. Bessette |
| Laurence M. Rosen | Israel Dahan |
| Joshua Baker | Peter Isajiw |
| 275 Madison Avenue, 40th Floor | Evan C. Ennis |
| New York, New York 10016 | 1185 Avenue of the Americas |
| Telephone: (212) 686-1060 | New York, New York 10036-2601 |
| Fax: (212) 202-3827 | Tel: (212) 556.2100 |
| Email: pkim@rosenlegal.com | Fax: (212) 556.2200 |
| Email: lrosen@rosenlegal.com | Email: pbessette@kslaw.com |
| Email: jbaker@rosenlegal.com | Email: idahan@kslaw.com |
| | Email: pisajiw@kslaw.com |
| *Lead Counsel for Lead Plaintiffs* | Email: eennis@kslaw.com |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | Chelsea Corey |
| Matthew M. Guiney | 300 South Tryon Street |
| 270 Madison Avenue | Suite 1700 |
| New York, NY 10016 | Charlotte, North Carolina 28202 |
| Tel: (212) 545-4600 | Tel: (704) 503.2575 |
| Email: guiney@whafh.com | Fax: (512) 503.2622 |
| | Email: ccorey@kslaw.com |
| *Additional Counsel* | *Attorneys for Defendants* |