October 7, 2020

**VIA ECF**

The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
              Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

      Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., Sergey Regukh, Brian Armstrong, and E-Global Trade and Finance Group, Inc., and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout submit this joint letter motion proposing to modify the operative scheduling order.

      Judge Abrams entered the original Case Management Plan and Scheduling Order on June 4, 2019 ("Scheduling Order"). ECF No. 142. Your Honor modified the Scheduling Order on March 17, 2020, extending by thirty days all unexpired discovery deadlines in light of the COVID-19 pandemic. ECF No. 163. On August 20, 2020, the Parties jointly requested that the Court stay all proceedings – other than the October 15, 2020 evidentiary hearing – pending the Parties' completion of a private mediation. ECF No. 203. The Court granted this request on August 21, 2020. ECF No. 204. The Parties have not sought any other extensions or modifications of the Scheduling Order.

      As noted in the Parties' August 20 letter, before agreeing to mediate, the parties had discussed seeking an extension of the discovery deadlines to allow sufficient time to complete fact depositions. Since the mediation was unsuccessful, the Parties now propose the following modification of the remaining discovery schedule.

| Event | Deadline Prior to Stay | Proposed Deadline |
|---|---|---|
| Fact depositions completed | September 3, 2020 | January 29, 2021 |
| Interrogatories and requests for admission | September 3, 2020[1] | January 8, 2021 |

---

[1] As agreed by the parties on consent, as permitted in the Scheduling Order.

| Close of fact discovery and responses to interrogatories and requests for admission | September 3, 2020[2] | February 12, 2021 |
|---|---|---|
| Opening expert reports | N/A[3] | March 22, 2021 |
| Rebuttal expert reports | N/A | May 11, 2021 |
| Reply expert reports and close of all discovery | November 4, 2020 | June 11, 2021 |
| Post-discovery conference | November 8, 2020 11:00 a.m. | To be determined by the Court |
| Joint letter proposing schedule for *Daubert* and dispositive motions | November 1, 2020 | One week prior to post-discovery conference |

The Parties respectfully request that the Court enter the proposed schedule to allow sufficient time to complete fact depositions. Good cause exists to modify the scheduling order as proposed above. Defendants took the depositions of each of the Plaintiffs during, but not limited in scope to, class certification discovery.[4] Plaintiffs have not yet deposed any fact witnesses. Defendants substantially completed their document production in June 2020 and produced additional documents in July and August. The Parties filed a stipulation and proposed order establishing protocol for depositions of fact witnesses on July 31, 2020 (ECF No. 198), which the Court so-ordered on August 3, 2020 (ECF No. 199). The Parties have exchanged preliminary lists of deponents pursuant to the protocol.

The Parties are requesting less than four months to complete fact depositions, which the Parties believe is reasonable and necessary to accommodate the scheduling needs of the anticipated fact witnesses, and counsel, over a period which includes multiple major holidays. The ongoing COVID-19 pandemic may contribute additional scheduling difficulties. For these reasons, the Parties respectfully request that the Court enter a revised scheduling order as set forth above.

                                                Respectfully submitted,

| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
|---|---|
| */s/ Joshua Baker* | */s/ Israel Dahan* |
| Phillip Kim | Paul R. Bessette |
| Laurence M. Rosen | Israel Dahan |
| Joshua Baker | Peter Isajiw |
| 275 Madison Avenue, 40th Floor | Evan C. Ennis |
| New York, New York 10016 | 1185 Avenue of the Americas |

---

[2] Same, as to the deadline for responses to interrogatories and requests for admission.

[3] The Scheduling Order did not include dates for expert reports, only a date for the completion of expert discovery.

[4] Defendants did not take the deposition of Plaintiff Brian Armstrong, who is not seeking appointment as a class representative.

Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

New York, New York 10036-2601
Tel: (212) 556.2100
Fax: (212) 556.2200
Email: pbessette@kslaw.com
Email: idahan@kslaw.com
Email: pisajiw@kslaw.com
Email: eennis@kslaw.com

Chelsea Corey
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (512) 503.2622
Email: ccorey@kslaw.com

*Attorneys for Defendants*