UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION<br><br>[PROPOSED] FIRST AMENDED SCHEDULING ORDER |

This matter comes before the Court on the Parties' Joint Letter Motion, filed October 7, 2020, to modify the Case Management Plan and Scheduling Order entered on June 4, 2019 (ECF No. 142) ("Scheduling Order"). Upon review of the motion and for good cause shown, the Court GRANTS the motion and establishes the following deadlines in this matter:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Fact depositions completed | September 3, 2020 | January 29, 2021 |
| Interrogatories and requests for admission | September 3, 2020 | January 8, 2021 |
| Close of fact discovery and responses to interrogatories and requests for admission | September 3, 2020 | February 12, 2021 |
| Opening expert reports | N/A | March 22, 2021 |
| Rebuttal expert reports | N/A | May 11, 2021 |
| Reply expert reports and close of all discovery | November 4, 2020 | June 11, 2021 |
| Post-discovery conference | November 8, 2020 11:00 a.m. | To be determined by the Court |
| Joint letter proposing schedule for *Daubert* and dispositive motions | November 1, 2020 | One week prior to post-discovery conference |

1

Nothing in this Order shall modify the operative dates or terms of the Scheduling Order except as specifically stated herein.

SO ORDERED.

Dated: _____
      New York, New York

                                                 Hon. Barbara C. Moses
                                                 United States Magistrate Judge