UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION<br><br>~~[PROPOSED]~~ FIRST AMENDED SCHEDULING ORDER |
| This Document Relates To: All Actions | |

This matter comes before the Court on the Parties' Joint Letter Motion, filed October 7, 2020, to modify the Case Management Plan and Scheduling Order entered on June 4, 2019 (ECF No. 142) ("Scheduling Order"). Upon review of the motion and for good cause shown, the Court GRANTS the motion and establishes the following deadlines in this matter:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Fact depositions completed | September 3, 2020 | January 29, 2021 |
| Interrogatories and requests for admission | September 3, 2020 | January 8, 2021 |
| Close of fact discovery and responses to interrogatories and requests for admission | September 3, 2020 | February 12, 2021 |
| Opening expert reports | N/A | March 22, 2021 |
| Rebuttal expert reports | N/A | May 11, 2021 |
| Reply expert reports and close of all discovery | November 4, 2020 | June 11, 2021 |
| Post-discovery conference | November 8, 2020 11:00 a.m. | To be determined by the Court |
| Joint letter proposing schedule for *Daubert* and dispositive motions | November 1, 2020 | One week prior to post-discovery conference |

1

Except to the extent that service and response deadlines are separately stated above, all discovery requests and notices must be served in time to allow the person served to respond, on the schedule set forth in the Federal Rules of Civil Procedure, prior to the completion date for such discovery set forth above. Discovery applications, including letter-motions requesting discovery conferences, must be made promptly after the need for such an application arises and must comply with Local Civil Rule 37.2 and § 2(b) of Judge Moses's Individual Practices. Absent extraordinary circumstances, discovery applications made later than 30 days prior to the close of discovery may be denied as untimely.

Nothing in this Order shall modify the operative dates or terms of the Scheduling Order except as specifically stated herein.

SO ORDERED.

Dated:   October 15, 2020
New York, New York

Hon. Barbara C. Moses
United States Magistrate Judge