USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/16/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

Master File No. 17-CV-916 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

In light of the First Amended Scheduling Order entered on October 15, 2020, the post-discovery conference currently scheduled for November 6, 2020 is hereby adjourned to February 19, 2021 at 11:30 a.m.

SO ORDERED.

Dated: October 16, 2020
       New York, New York

_____
Ronnie Abrams
United States District Judge