# EXHIBIT 10

GLBR 2 ¼ 06/15/18 — 25) Export — Settings — **Security Ownership**

GLBR 2 ¼ 06/15/18 - GLBR-RSTR02/18   CUSIP 302693AB

Tabs: 1) Current | 2) Historical | 3) Matrix | 7) Debt

Search Name: All Holders, Sorted by Size    21) Save Search    22) Delete Search    23) Refine Search
Text Search: [ ]    Holder Group: All Holders    ☐ Investment Manager View
24) Color Legend    Last four quarters as of 2015 Q1

| # | Holder Name | Portfolio Name | 2014 Q2 | 2014 Q3 | 2014 Q4 | 2015 Q1 | Position |
|---|---|---|---|---|---|---|---|
| 1 | Calamos Partners LLC | | 18,335 | 14,200 | 14,135 | 1,000 | 0 |
| 2 | Invesco Ltd | | 15,420 | 14,820 | 11,581 | 10,081 | 0 |
| 3 | Palisade Capital Management LLC | PALISADE CAPITAL MANAGEMENT LLC | 9,700 | 9,700 | 7,000 | 0 | 0 |
| 4 | LGT Capital Partners AG | Multiple Portfolios | 6,375 | 6,375 | 7,510 | 7,510 | 0 |
| 5 | Absolute Investment Advisers LLC | Multiple Portfolios | 4,000 | 3,500 | 4,500 | 3,000 | 0 |
| 6 | Dinsmore Capital Management Co | Multiple Portfolios | 2,000 | 2,000 | 2,000 | 0 | 0 |
| 7 | IRON Financial LLC | Multiple Portfolios | 1,500 | 285 | 325 | 325 | 0 |
| 8 | Franklin Resources Inc | | 535 | 535 | 1,224 | 1,093 | 0 |
| 9 | Century-National Insurance Co | Multiple Portfolios | 330 | 330 | 330 | 330 | 0 |
| 10 | Wellmark Inc | | 260 | 395 | 395 | 0 | 0 |
| 11 | Anthem Inc | | 220 | 460 | 0 | 0 | 0 |
| 12 | Sagicor Life Insurance Co | Multiple Portfolios | 150 | 150 | 0 | 0 | 0 |
| 13 | 4 Ever Life Insurance Co | Multiple Portfolios | 110 | 135 | 135 | 0 | 0 |
| 14 | Amerisure Mutual Insurance Co | | 70 | 140 | 140 | 140 | 0 |
| 15 | West Bend Mutual Insurance Co | Multiple Portfolios | 70 | 70 | 65 | 65 | 0 |
| 16 | Dunham & Associates Investment Counsel Inc | Multiple Portfolios | 65 | 65 | 715 | 715 | 0 |
| 17 | Guarantee Trust Life Insurance Co | | 50 | 50 | 50 | 50 | 0 |
| 18 | Protective Insurance Corp | | 50 | 50 | 50 | 50 | 0 |
| 19 | Pure Insurance Co | | 30 | 40 | 40 | 40 | 0 |
| 20 | Philadelphia Contributionship for the Insurance of … | | 20 | 20 | 0 | 0 | 0 |
| 21 | NLC Mutual Insurance Co | Multiple Portfolios | 20 | 20 | 0 | 0 | 0 |
| 22 | Advent Capital Management LLC | ADVENT CAPITAL MANAGEMENT | 0 | | | | 0 |
| 23 | Credit Suisse Group AG | | 0 | 1,860 | 0 | 3,199 | 0 |
| 24 | Pennsylvania Lumbermens Mutual Insurance Co | Multiple Portfolios | 0 | 0 | | | |
| 25 | TDAM USA Inc | TDAM USA INC | | | | 53 | |
| 26 | Steelhead Partners LLC | STEELHEAD PARTNERS LLC | | 27,556 | 27,556 | 11,056 | |

Suggested Functions    RELS See an issuer's securities & structure    SXT Capture non-electronic cash sales



# GLBR 2 ¼ 06/15/18 — Security Ownership

GLBR 2 ¼ 06/15/18 - GLBR-RSTR02/18    CUSIP   302693AB

1) Current    2) Historical    3) Matrix    7) Debt

Search Name: All Holders, Sorted by Size    21) Save Search    22) Delete Search    23) Refine Search
Text Search: ____    Holder Group: All Holders    Investment Manager View
24) Color Legend    Last four quarters as of 2015 Q1

| # | Holder Name | Portfolio Name | 2014 Q2 | 2014 Q3 | 2014 Q4 | 2015 Q1 | Position |
|---|---|---|---|---|---|---|---|
| 25. | TDAM USA Inc | TDAM USA INC | | | | 53 | 0 |
| 26. | Steelhead Partners LLC | STEELHEAD PARTNERS LLC | | 27,556 | 27,556 | 11,056 | 0 |
| 27. | Wolverine Asset Management LLC | WOLVERINE ASSET MANAGEMENT LLC | | 17,250 | 17,250 | 5,380 | 0 |
| 28. | Basso Capital Management LP | BASSO CAPITAL MANAGEMENT LP | | 4,800 | 7,467 | 0 | 0 |
| 29. | Jefferies Group LLC | JEFFERIES GROUP INC | | 1,200 | 2,000 | 0 | 0 |
| 30. | PENN Capital Management Co Inc/USA | PENN CAPITAL MANAGEMENT CO INC | | 5,497 | 6,205 | 4,187 | 0 |
| 31. | Graham Capital Management LP | GRAHAM CAPITAL MANAGEMENT LP | | | | 1,000 | 0 |
| 32. | Senvest Management LLC | SENVEST MANAGEMENT LLC | | | | 2,500 | 0 |
| 33. | Linden Advisors LP | LINDEN ADVISORS LP | | 11,698 | 2,600 | 0 | 0 |
| 34. | Cheyne Capital Management Ltd | CHEYNE CAPITAL MGMT UK LLP | | 1,000 | 1,000 | 0 | 0 |
| 35. | Citigroup Inc | | | | | 5 | 0 |
| 36. | Mohican Financial Management LLC | MOHICAN FINANCIAL MANAGEMENT LLC | | 3,926 | 4,926 | 3,500 | 0 |
| 37. | Credit Agricole Group | | | 436 | 123 | 0 | 0 |
| 38. | KKR & Co Inc | KOHLBERG KRAVIS ROBERTS & CO LP | | 2,000 | 0 | | 0 |
| 39. | Solus Alternative Asset Management LP | SOLUS ALTERNATIVE ASSET MGMT LP | | | | 11,455 | 0 |
| 40. | DuPont Capital Management Corp | DUPONT CAPITAL MANAGEMENT CORP | | | | 7,200 | 0 |
| 41. | Oddo BHF SCA | Multiple Portfolios | | | | 400 | 0 |
| 42. | BlueMountain Capital Management LLC | BLUEMOUNTAIN CAPITAL MANAGEMENT... | | 2,500 | 10,000 | 0 | 0 |
| 43. | Virtus Investment Partners Inc | | | 90 | 115 | 102 | 0 |
| 44. | 683 Capital Management LLC | 683 CAPITAL MANAGEMENT LLC | | | | 10,926 | 0 |
| 45. | DG Capital Management LLC | DG CAPITAL MANAGEMENT LLC | | | | 12,500 | 0 |
| 46. | Catalyst Capital Advisors LLC | CATALYST CAPITAL ADVISORS LLC | | | | 120 | 0 |
| 47. | ANDALUSIAN CAP PARTNERS | | | | | 5,000 | 0 |
| 48. | Ameriprise Financial Inc | | | | | | |
| 49. | Buckeye State Mutual Insurance | | | 5 | 5 | 5 | 0 |

Suggested Functions    RELS See an issuer's securities & structure    SXT Capture non-electronic cash sales



# Security Ownership

**GLBR 2 ¼ 06/15/18** — GLBR-RSTR02/18    CUSIP  302693AB

Tabs: 1) Current  |  2) Historical  |  3) Matrix  |  7) Debt

Search Name: All Holders, Sorted by Size
Text Search: (blank)   Holder Group: All Holders   ☐ Investment Manager View

Last four quarters as of 2015 Q1

| # | Holder Name | Portfolio Name | 2014 Q2 | 2014 Q3 | 2014 Q4 | 2015 Q1 | Position |
|---|---|---|---|---|---|---|---|
| 51. | Toronto-Dominion Bank/The | | | | | 33,300 | 0 |
| 52. | UBS AG | | | 12,000 | 14,500 | 0 | 0 |
| 53. | JPMorgan Chase & Co | | | 200 | 200 | 0 | 0 |
| 54. | Lazard Ltd | | | 5,700 | 6,200 | 10,407 | 0 |
| 55. | Premera Blue Cross | | | 280 | 280 | 280 | 0 |
| 56. | Barclays PLC | | | 2,493 | 125 | 0 | 0 |
| 57. | FundRock Management Co SA | Multiple Portfolios | | 2,000 | 2,000 | 2,000 | 0 |
| 58. | Deutsche Bank AG | | | 375 | 445 | 3,284 | 0 |
| 59. | Quilter PLC | | | | | 2,325 | 0 |
| 60. | Lebanon Valley Insurance Co | Multiple Portfolios | | 5 | 5 | 5 | 0 |
| 61. | Marquette Indemnity & Life Insurance | Multiple Portfolios | | 5 | 5 | 5 | 0 |
| 62. | Wisconsin Lawyers Mutual Ins | Multiple Portfolios | | 10 | 10 | 10 | 0 |
| 63. | National Teachers Association Life Insurance | Multiple Portfolios | | 90 | 55 | 55 | 0 |
| 64. | Standard Mutual Insurance Co | Multiple Portfolios | | 10 | 10 | 10 | 0 |
| 65. | Colonial Life Insurance Co of Texas | Multiple Portfolios | | 5 | 5 | 5 | 0 |
| 66. | Guaranty Income Life Insurance | Multiple Portfolios | | 10 | 10 | 10 | 0 |
| 67. | Tuscarora Wayne Mutual Insurance | Multiple Portfolios | | 15 | 15 | 15 | 0 |
| 68. | Goodville Mutual Casualty Co | Multiple Portfolios | | 20 | 20 | 20 | 0 |
| 69. | Utah Medical Insurance Association | Multiple Portfolios | | 165 | 85 | 85 | 0 |
| 70. | Zazove Associates LLC | ZAZOVE ASSOCIATES LLC | | 8,315 | 7,215 | 6,035 | 0 |
| 71. | Citadel Advisors LLC | CITADEL ADVISORS LLC | | 22,000 | 27,000 | 0 | 0 |
| 72. | SSI Investment Management Inc | SSI INVESTMENT MANAGEMENT INC | | | | 250 | 0 |
| 73. | Blue Cross & Blue Shield of Mississippi | Multiple Portfolios | | 220 | 135 | 135 | 0 |
| 74. | American Century Casualty Co | Multiple Portfolios | | 110 | 70 | 70 | 0 |
| 75. | Alliance United Insurance Co | Multiple Portfolios | | 80 | 60 | 60 | 0 |

No reported holdings found matching your criteria

**RELS** See an issuer's securities & structure   **SXT** Capture non-electronic cash sales



Case 1:17-cv-00916-RA-BCM   Document 215-2   Filed 10/21/20   Page 7 of 11







Case 1:17-cv-00916-RA-BCM   Document 215-2   Filed 10/21/20   Page 9 of 11



