# EXHIBIT 11

## FXCM Notes Potential Class Members

| | |
|---|---|
| 1 | 683 Capital Management LLC |
| 2 | Absolute Investment Advisers LLC |
| 3 | American Century Caualty Co |
| 4 | Amerisure Mutual Insurance Co |
| 5 | Blue Cross & Blue Shield of Mississippi |
| 6 | Candlewood Investment Group LP |
| 7 | Catalyst Capital Advisors LLC |
| 8 | Citadel Advisors LLC |
| 9 | Colonial Life Insurance Co of Texas |
| 10 | Doyle Wealth Management Inc |
| 11 | DuPont Capital Management Corp |
| 12 | Goodville Mutual Casualty Co |
| 13 | Guarantee Trust Life Insurance Co |
| 14 | Guaranty Income Life Insurance |
| 15 | Invesco Ltd |
| 16 | Lazard Ltd |
| 17 | Lebanon Valley Insurance Co |
| 18 | LGT Capital Partners AG |
| 19 | Marquette Inemnity & Life Insurance |
| 20 | Mohican Financial Management LLC |
| 21 | National Teachers Assocation Life Insurance |
| 22 | Philadelphia Contributionship for the Insurance of Houses from Loss by Fire |
| 23 | Premera Blue Cross |
| 24 | Protective Insurance Corp |
| 25 | Pure Insurance Co |
| 26 | Quilter PLC |
| 27 | Senvest Management LLC |
| 28 | Standard Mutual Insurance Co |
| 29 | TDAM USA Inc |
| 30 | Toronto-Dominion Bank |
| 31 | Tuscarora Wayne Mutual Insurance |
| 32 | Utah Medical Insurance Association |
| 33 | West Bend Mutual Insurance Co |
| 34 | Wisconsin Lawyers Mutual Ins |
| 35 | Wolverine Asset Management LLC |