AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
Southern District of New York

|  |  |  |
|---|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litig. | ) ) ) ) ) | Case No.    1:17-cv-00916-RA-BCM |

### APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

683 Capital Partners, LP; E-Global Trade and Finance Group Inc.; Shipco Transport, Inc.                      .

Date:        11/11/2020

/s/Brent LaPointe
*Attorney's signature*

Brent LaPointe (BL7476)
*Printed name and bar number*

THE ROSEN LAW FIRM, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016

*Address*

blapointe@rosenlegal.com
*E-mail address*

(212) 686-1060
*Telephone number*

(212) 202-3827
*FAX number*