December 4, 2020

<u>Via ECF</u>

The Honorable Barbara Moses
Daniel Patrick Moynihan Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*, Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., Sergey Regukh, Brian Armstrong, and E-Global Trade and Finance Group, Inc., and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout submit this joint letter motion proposing to modify the operative scheduling order.

Judge Abrams entered the original Case Management Plan and Scheduling Order on June 4, 2019 ("Scheduling Order"). ECF No. 142. On October 7, 2020, following the Parties' unsuccessful mediation, the Parties submitted a joint letter motion proposing modifications to the Scheduling Order (the "First Amended Scheduling Order"). ECF No. 208. The Court granted the motion on October 15, 2020. ECF No. 210. The Parties have not sought any other extensions or modifications of the Scheduling Order.

The Parties now propose the following modifications to the First Amended Scheduling Order:

| Event | Deadline in First Amended Scheduling Order | Proposed Deadline |
|---|---|---|
| Fact depositions completed | January 29, 2021 | February 12, 2021 |
| Close of fact discovery and responses to interrogatories and requests for admission | February 12, 2021 | February 18, 2021 |

The Parties respectfully request that the Court enter the proposed schedule to allow sufficient time to complete fact depositions and written discovery responses prior to the close of fact discovery. Good cause exists to modify the First Amended Scheduling Order as proposed above. While the Parties have worked diligently to schedule or complete the depositions of seven fact witnesses and two Rule 30(b)(6) witnesses in November and December 2020, the Parties have also agreed to conduct seven additional depositions in 2021. Accordingly, the Parties request an additional two weeks to complete these depositions in advance of the close of fact discovery. The Parties also request a six-day extension of (1) the deadline for responses to interrogatories and requests for admission and (2) the close of all fact discovery to allow the Parties to incorporate any deposition testimony into their written discovery responses before the fact discovery period closes.

      For these reasons, the Parties respectfully request that the Court enter a revised scheduling order as set forth above.

                                                     Respectfully submitted,

| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
|---|---|
| /s/ *Joshua Baker* | /s/ *Israel Dahan* |
| Phillip Kim | Paul R. Bessette |
| Laurence M. Rosen | Israel Dahan |
| Joshua Baker | Peter Isajiw |
| 275 Madison Avenue, 40th Floor | Evan C. Ennis |
| New York, New York 10016 | 1185 Avenue of the Americas |
| Telephone: (212) 686-1060 | New York, New York 10036-2601 |
| Fax: (212) 202-3827 | Tel: (212) 556.2100 |
| Email: pkim@rosenlegal.com | Fax: (212) 556.2200 |
| Email: lrosen@rosenlegal.com | Email: pbessette@kslaw.com |
| Email: jbaker@rosenlegal.com | Email: idahan@kslaw.com |
| | Email: pisajiw@kslaw.com |
| *Lead Counsel for Lead Plaintiffs* | Email: eennis@kslaw.com |
| | |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | Chelsea Corey |
| | 300 South Tryon Street |
| | Suite 1700 |
| Matthew M. Guiney, Esq. (MG 5858) | Charlotte, North Carolina 28202 |
| 270 Madison Avenue | Tel: (704) 503.2575 |
| New York, NY 10016 | Fax: (704) 503.2622 |
| Tel: (212) 545-4600 | Email: ccorey@kslaw.com |
| Email: guiney@whafh.com | |
| | *Attorneys for Defendants* |
| *Additional Counsel* | |