# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br><br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION<br><br>**[PROPOSED] SECOND AMENDED SCHEDULING ORDER** |

This matter comes before the Court on the Parties' Joint Letter Motion, filed on December 4, 2020, to modify the First Amended Scheduling Order entered on October 15, 2020 (ECF No. 210) ("First Amended Scheduling Order"). Upon review of the motion and for good cause shown, the Court GRANTS the motion and establishes the following deadlines in this matter:

| **Event** | **Prior Deadline** | **New Deadline** |
|---|---|---|
| Fact depositions completed | January 29, 2021 | February 12, 2021 |
| Close of fact discovery and responses to interrogatories and requests for admission | February 12, 2021 | February 18, 2021 |

Nothing in this Order shall modify the operative dates or terms of the Case Management Plan and Scheduling Order (ECF No. 142) or the First Amended Scheduling Order except as specifically stated herein.

SO ORDERED.

Dated: _____          _____
       New York, New York                Hon. Barbara C. Moses
                                         United States Magistrate Judge