February 12, 2021

**VIA ECF**

The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

   Re: *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
      Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

  Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., Sergey Regukh, Brian Armstrong, and E-Global Trade and Finance Group, Inc., and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout submit this joint letter in advance of the post-discovery conference scheduled for February 19, 2021. Pursuant to the First Amended Scheduling Order (Dkt. No. 210), the parties propose the following schedule for *Daubert* and dispositive motions.

  For reference, expert discovery closes on June 11, 2021.

| Event | Proposed Deadline |
|---|---|
| *Daubert* and dispositive motions due | August 10, 2021 |
| Oppositions due | October 12, 2021 |
| Replies due | November 12, 2021 |

                 Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**    **KING & SPALDING LLP**

*/s/ Joshua Baker*         */s/ Israel Dahan*
Phillip Kim            Israel Dahan
Laurence M. Rosen        Peter Isajiw
Joshua Baker          Evan C. Ennis
275 Madison Avenue, 40th Floor   1185 Avenue of the Americas
New York, New York 10016     New York, New York 10036-2601
Telephone: (212) 686-1060     Tel: (212) 556.2100
Fax: (212) 202-3827        Fax: (212) 556.2200
Email: pkim@rosenlegal.com    Email: pbessette@kslaw.com

Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

Email: idahan@kslaw.com
Email: pisajiw@kslaw.com
Email: eennis@kslaw.com

Chelsea Corey
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (512) 503.2622
Email: ccorey@kslaw.com

*Attorneys for Defendants*