February 12, 2021

**VIA ECF**

The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
              Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

    Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., Sergey Regukh, Brian Armstrong, and E-Global Trade and Finance Group, Inc., and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout submit this joint letter in advance of the post-discovery conference scheduled for February 19, 2021. Pursuant to the First Amended Scheduling Order (Dkt. No. 210), the parties propose the following schedule for *Daubert* and dispositive motions.

    For reference, expert discovery closes on June 11, 2021.

| Event | Proposed Deadline |
| --- | --- |
| *Daubert* and dispositive motions due | August 10, 2021 |
| Oppositions due | October 12, 2021 |
| Replies due | November 12, 2021 |

    Respectfully submitted,

| | |
| --- | --- |
| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
| | |
| */s/ Joshua Baker* | */s/ Israel Dahan* |
| Phillip Kim | Israel Dahan |
| Laurence M. Rosen | Peter Isajiw |
| Joshua Baker | Evan C. Ennis |
| 275 Madison Avenue, 40th Floor | 1185 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10036-2601 |
| Telephone: (212) 686-1060 | Tel: (212) 556.2100 |
| Fax: (212) 202-3827 | Fax: (212) 556.2200 |
| Email: pkim@rosenlegal.com | Email: pbessette@kslaw.com |

Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

Email: idahan@kslaw.com
Email: pisajiw@kslaw.com
Email: eennis@kslaw.com

Chelsea Corey
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (512) 503.2622
Email: ccorey@kslaw.com

*Attorneys for Defendants*

---

The post-fact-discovery conference scheduled for Friday, February 19, 2021 at 11:30 a.m. will be held by telephone using the following information: Call-in Number: (888) 363-4749; Access Code: 1015508. This line is open to the public.

In advance of the conference, the parties shall submit, no later than February 18, 2021 at 10:00 a.m., a short joint letter updating the Court on the status of this case, as described in the case management plan. See Dkt. 142 at 2.

SO ORDERED.

Hon. Ronnie Abrams
02/16/2021