February 17, 2021

**VIA ECF**

The Honorable Ronnie Abrams, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
              Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Abrams:

Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., Sergey Regukh, Brian Armstrong, and E-Global Trade and Finance Group, Inc., and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout submit this joint letter in advance of the post-fact discovery conference scheduled for February 19, 2021, pursuant to the Court's order dated February 16, 2021. The following is an update on the current status of this litigation.

**Discovery Completed and Scheduled**

Fact discovery is essentially completed. The parties have completed document production and depositions. All that remains are final written discovery responses, which the parties will exchange on February 18, 2021, pursuant to the Second Amended Scheduling Order (Dkt. No. 225).

Expert discovery is currently scheduled as follows, pursuant to the First Amended Scheduling Order (Dkt. No. 210). Opening expert reports are due by March 22, 2021. Rebuttal expert reports are due by May 11, 2021. Reply expert reports are due, and all discovery closes, on June 11, 2021.

**Contemplated and Outstanding Motions**

Plaintiffs' amended motion for class certification (Dkt. No. 174) remains outstanding. The motion is fully briefed, including supplemental briefing ordered by Magistrate Judge Moses and completed on November 6, 2020. Magistrate Judge Moses held an evidentiary hearing with respect to the motion on October 15, 2020. There are no other pending motions at this time.

With respect to *Daubert* or dispositive motions, the parties expect to be in a better position to evaluate what motions, if any, they will file once expert discovery has concluded. Anticipating that some motion practice may be necessary, the parties propose the following schedule for *Daubert* and dispositive motions.

| Event | Proposed Deadline |
|---|---|
| *Daubert* and dispositive motions due | August 10, 2021 |
| Oppositions due | October 12, 2021 |
| Replies due | November 12, 2021 |

**Settlement Discussions and ADR**

The parties participated in a private mediation session with Jed Melnick, Esq. of JAMS on September 30, 2020, but were unable to reach a settlement.

Plaintiffs also had further settlement discussions through the mediator following the mediation. The further discussions stalled given the outstanding motion on class certification—the result of which could materially impact damages.

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/ Joshua Baker*
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Lead Counsel for Lead Plaintiffs*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

**KING & SPALDING LLP**

*/s/ Israel Dahan*
Israel Dahan
Peter Isajiw
Evan C. Ennis
1185 Avenue of the Americas
New York, New York 10036-2601
Tel: (212) 556.2100
Fax: (212) 556.2200
Email: pbessette@kslaw.com
Email: idahan@kslaw.com
Email: pisajiw@kslaw.com
Email: eennis@kslaw.com

Chelsea Corey
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (704) 503.2622
Email: ccorey@kslaw.com

*Attorneys for Defendants*