March 18, 2021

**VIA ECF**

The Honorable Barbara Moses
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 20A
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
              Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Moses:

      Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., Sergey Regukh, Brian Armstrong, and E-Global Trade and Finance Group, Inc., ("Plaintiffs") and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout ("Defendants" and with Plaintiffs, the "Parties") submit this joint letter motion proposing to modify certain deadlines regarding expert discovery in the First Amended Scheduling Order ("First Scheduling Order") entered on October 15, 2020 (ECF No. 210) and deadlines regarding *Daubert* and dispositive motions from the Court's February 16, 2021 Order ("February Order") (ECF No. 227).

      On March 18, 2021, You Honor issued the Report and Recommendation regarding Plaintiffs' amended motion for class certification, recommending that Judge Abrams grant the motion as to FXCM's Class A common stock and deny the motion as to the 2.25% Convertible Senior Notes due 2018. ("Report and Recommendation") (ECF No. 229). The Parties will not be objecting to the Report and Recommendation.

      Given the Report and Recommendation, additional time is needed for the exchange of expert reports. Therefore, the Parties respectfully request the following modifications to the First Scheduling Order and February Order:

| Event | Deadline from First Scheduling Order or February Order | Proposed Deadline |
|---|---|---|
| Opening expert reports | March 22, 2021 | April 21, 2021 |
| Rebuttal expert reports | May 11, 2021 | June 10, 2021 |
| Reply expert reports and close of all discovery | June 11, 2021 | July 12, 2021 |
| *Daubert* and dispositive motions due | August 10, 2021 | September 9, 2021 |
| Oppositions due | October 12, 2021 | November 11, 2021 |
| Replies due | November 12, 2021 | December 13, 2021 |

1

   This is the Parties' first request to modify the dates for opening and rebuttal expert reports and well as the briefing schedule for *Daubert* and dispositive motions. This is the Parties' second request to modify the deadline for reply expert reports and the close of all discovery. The Court granted the previous modification request.

   A proposed scheduling order is submitted herewith. We thank the Court for its consideration of this request.

                         Respectfully submitted,

| THE ROSEN LAW FIRM, P.A. | KING & SPALDING LLP |
|---|---|
| */s/ Phillip Kim* | */s/ Israel Dahan* |
| Phillip Kim | Israel Dahan |
| Laurence M. Rosen | Peter Isajiw |
| Joshua Baker | Evan C. Ennis |
| 275 Madison Avenue, 40th Floor | 1185 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10036-2601 |
| Telephone: (212) 686-1060 | Tel: (212) 556.2100 |
| Fax: (212) 202-3827 | Fax: (212) 556.2200 |
| Email: pkim@rosenlegal.com | Email: pbessette@kslaw.com |
| Email: lrosen@rosenlegal.com | Email: idahan@kslaw.com |
| Email: jbaker@rosenlegal.com | Email: pisajiw@kslaw.com |
| | Email: eennis@kslaw.com |
| *Lead Counsel for Lead Plaintiffs* | |
| | Chelsea Corey |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | 300 South Tryon Street |
| | Suite 1700 |
| Matthew M. Guiney | Charlotte, North Carolina 28202 |
| 270 Madison Avenue | Tel: (704) 503.2575 |
| New York, NY 10016 | Fax: (512) 503.2622 |
| Tel: (212) 545-4600 | Email: ccorey@kslaw.com |
| Email: guiney@whafh.com | |
| | *Attorneys for Defendants* |
| *Additional Counsel* | |