**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION <br><br> **[PROPOSED] THIRD AMENDED SCHEDULING ORDER** |
| This Document Relates To: All Actions | |

This matter comes before the Court on the Parties' Joint Letter Motion, filed March 18, 2021, to modify the First Amended Scheduling Order entered on October 15, 2020 (ECF No. 210) ("First Scheduling Order") and the Court's February 16, 2021 Order ("February Order") (ECF No. 227). Upon review of the motion and for good cause shown, the Court GRANTS the motion and establishes the following deadlines in this matter:

| Event | Prior Deadline | New Deadline |
|---|---|---|
| Opening expert reports | March 22, 2021 | April 21, 2021 |
| Rebuttal expert reports | May 11, 2021 | June 10, 2021 |
| Reply expert reports and close of all discovery | June 11, 2021 | July 12, 2021 |
| *Daubert* and dispositive motions due | August 10, 2021 | September 9, 2021 |
| Oppositions due | October 12, 2021 | November 11, 2021 |
| Replies due | November 12, 2021 | December 13, 2021 |

Nothing in this Order shall modify the operative dates or terms of the First Scheduling Order except as specifically stated herein, the February Order except as specifically stated herein, or in the Second Amended Scheduling Order. (ECF No. 225).

SO ORDERED.

Dated: _____

        New York, New York

                                                        _____

                                                        Hon. Barbara C. Moses
                                                        United States Magistrate Judge