UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. F/K/A FXCM INC. SECURITIES LITIGATION

17-CV-916 (RA) (BCM)

**AMENDED SCHEDULING ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed the parties' joint letter-motion (Dkt. No. 230), requesting an amended scheduling order. The request is GRANTED. The discovery stay entered on August 21, 2020 (Dkt. No. 204) is hereby LIFTED, and the discovery schedule is EXTENDED as follows:

1. The deadline to submit opening expert reports is **April 21, 2021**.

2. The deadline to submit rebuttal expert reports is **June 10, 2021**.

3. The deadline to submit reply expert reports and complete all discovery is **July 12, 2021**.

4. The deadline to submit *Daubert* and dispositive motions is **September 9, 2021**.

5. The deadline to submit oppositions to *Daubert* and dispositive motions is **November 11, 2021**.

6. The deadline to submit replies in further support of *Daubert* and dispositive motions is **December 13, 2021**.

The Clerk of Court is respectfully directed to close the letter-motion at Dkt. No. 230.

Dated:     New York, New York
           March 19, 2021

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**