# King & Spalding

King & Spalding LLP
1185 Avenue of the Americas, 34th Floor
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Israel Dahan
Partner
Direct Dial: +1 212 556 2114
Idahan@kslaw.com

August 31, 2021

The Honorable Ronnie Abrams
United States District Judge
Southern District New York
40 Foley Square, Room 2203
New York, NY 10007

Re: *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation;* Case No. 1:17-cv-00916-RA

Dear Judge Abrams,

Defendants Global Brokerage, Inc. f/k/a FXCM Inc. ("FXCM"), Dror Niv, and William Ahdout (collectively, the "Defendants") intend to file a motion for summary judgment in the above-referenced Action. Given the Court's March 23, 2021 Order, which adopted Magistrate Judge Moses' report and recommendation that the holders of convertible notes not be certified as a class for failure to demonstrate that those notes traded in an efficient market, Defendants intend to move for summary judgment against both the certified class as well as the individual convertible notes plaintiff, 683 Capital Partners, LP ("683 Capital").

In consideration of the number of issues on which Defendants intend to move, and the complications of moving against both a class and an individual, the parties submit this letter in accordance with Your Honor's "Individual Rules & Practices in Civil Cases," Practice 1.A, and respectfully request permission to extend the page limitations imposed by Practice 4.A. Specifically, Plaintiffs and Defendants request Your Honor's permission for Defendants to file a combined memorandum of law in support of their motions for summary judgment against both the certified class and 683 Capital that shall not exceed 50 pages, for Plaintiffs to file an opposition brief to that combined motion that shall also not exceed 50 pages, and for Defendants to file a reply brief that shall not exceed 25 pages.

August 31, 2021
Page 2

We appreciate your consideration of this request.

Respectfully Submitted,

*/s/ Israel Dahan*
Israel Dahan
*Counsel for Defendants*

Application granted.

SO ORDERED.

Hon. Ronnie Abrams
09/01/2021