UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA |
| This Document Relates To:  All Actions | |

**DEFENDANTS' NOTICE OF MOTION
TO EXCLUDE THE REPORTS, TESTIMONY, AND OPINIONS OF JOHN E. BARRON**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to exclude the reports, testimony, and opinions of John E. Barron, the Declaration of Israel Dahan, and the exhibits attached thereto, Defendants Global Brokerage, Inc. (f/k/a FXCM, Inc.), Dror Niv, and William Ahdout (collectively "Defendants"), by and through their undersigned counsel, will move before this Court the Honorable J. Ronnie Abrams, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, on such date as the Court will determine, for an order, pursuant to Federal Rule of Evidence 403 and 702, excluding the proposed witness John E. Barron from testifying or submitting any opinion or report to the Court in this matter.

Dated: New York, New York
September 9, 2021

Respectfully submitted,

KING & SPALDING LLP

By: */s/ Israel Dahan*
Israel Dahan
Peter Isajiw
Evan Ennis
Ryan Gabay
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone No.: (212) 556-2114
idahan@kslaw.com
eennis@kslaw.com
rgabay@kslaw.com

Chelsea J. Corey
KING & SPALDING LLP
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
Telephone No.: (704) 503-2575
ccorey@kslaw.com

*Counsel for Defendants*