UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA |
| This Document Relates To:  All Actions | |

**DEFENDANTS' NOTICE OF MOTION TO EXCLUDE THE REPORTS, TESTIMONY, AND OPINIONS OF ADAM WERNER**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to Exclude the Reports, Testimony, and Opinions of Dr. Adam Werner, the Declaration of Israel Dahan, and the exhibits attached thereto, Defendants Global Brokerage, Inc. (f/k/a FXCM, Inc.), Dror Niv, and William Ahdout (collectively "Defendants"), by and through their undersigned counsel, will move before this Court the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, on such date as the Court will determine, for an order, pursuant to Federal Rule of Evidence 403 and 702, excluding the proposed witness Dr. Adam Werner from testifying or submitting any opinion or report to the Court in this matter.

Dated: New York, New York
September 9, 2021

                      Respectfully submitted,

                      KING & SPALDING LLP

                      By: */s/ Israel Dahan*
                      Israel Dahan
                      Peter Isajiw
                      Evan Ennis
                      Ryan Gabay
                      KING & SPALDING LLP
                      1185 Avenue of the Americas
                      New York, NY 10036
                      Telephone No.:  (212) 556-2114
                      idahan@kslaw.com
                      eennis@kslaw.com
                      rgabay@kslaw.com

                      Chelsea J. Corey
                      KING & SPALDING LLP
                      300 South Tryon Street
                      Suite 1700
                      Charlotte, NC 28202
                      Telephone No.:  (704) 503-2575
                      ccorey@kslaw.com

                      *Counsel for Defendants*