UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA |
| This Document Relates To:  All Actions | |

## DEFENDANTS' NOTICE OF MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion for Summary Judgment on all claims asserted by Plaintiffs, whether individually or as a class, Defendants' Rule 56.1 Statement of Undisputed Material Facts, and the Declaration of Israel Dahan and exhibits attached thereto, Defendants Global Brokerage, Inc. (f/k/a FXCM, Inc.), Dror Niv, and William Ahdout (collectively "Defendants"), by and through their undersigned counsel, will move this Court before the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, on such date as the Court will determine, for an order, pursuant to Federal Rule of Civil Procedure 56, granting summary judgment in favor of Defendants with respect to all of Plaintiffs' claims against each Defendant, and granting such other and further relief as the Court deems just and proper.

Dated: New York, New York
September 9, 2021

        Respectfully submitted,

        KING & SPALDING LLP

        By: */s/ Israel Dahan*
        Israel Dahan
        Peter Isajiw
        Evan Ennis
        Ryan Gabay
        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone No.: (212) 556-2114
        idahan@kslaw.com
        eennis@kslaw.com
        rgabay@kslaw.com

        Chelsea J. Corey
        KING & SPALDING LLP
        300 South Tryon Street
        Suite 1700
        Charlotte, NC 28202
        Telephone No.: (704) 503-2575
        ccorey@kslaw.com

        *Counsel for Defendants*