# Exhibit 13

http://www.fxcm.com/advantages/forex-execution/no-dealing-desk
45 captures
18 Oct 2012 - 2 Jul 2017
NOV JAN MAR
27
2012 2013 2014
About this capture



(/web/20130127222625/http://www.fxcm.com/)

HOME (/WEB/20130127222625/HTTP://WWW.FXCM.COM/)
ADVANTAGES (/WEB/20130127222625/HTTP://WWW.FXCM.COM/ADVANTAGES/)
Industry Leader (/web/20130127222625/http://www.fxcm.com/advantages/leadership/)
Acclaimed Execution (/web/20130127222625/http://www.fxcm.com/advantages/best-execution/)
BASICS (/WEB/20130127222625/HTTP://WWW.FXCM.COM/FOREX-BASICS/WHAT-IS-FOREX/)
Execution Types (/web/20130127222625/http://www.fxcm.com/advantages/forex-execution/)
PRODUCTS & SERVICES (/WEB/20130127222625/HTTP://WWW.FXCM.COM/PRODUCTS-SERVICES/)
Pricing & Spreads (/web/20130127222625/http://www.fxcm.com/advantages/forex-pricing/)
RESOURCE CENTER (/WEB/20130127222625/HTTP://WWW.FXCM.COM/RESOURCE-CENTER/)
Platform Options (/web/20130127222625/http://www.fxcm.com/advantages/best-platform/)
SUPPORT (/WEB/20130127222625/HTTP://WWW.FXCM.COM/SUPPORT/FAQ/)
Forex Trading Tools (/web/20130127222625/http://www.fxcm.com/advantages/forex-trading-tools/)

PRACTICE ACCOUNT (/WEB/20130127222625/HTTP://WWW.FXCM.COM/FOREX-TRADING-DEMO/)
OPEN AN ACCOUNT (/WEB/20130127222625/HTTP://WWW.FXCM.COM/OPEN-ACCOUNT/)
LOG IN
LIVE CHAT
US

### FOREX-EXECUTION

COMPARE EXECUTION TYPES (/WEB/20130127222625/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/COMPARE-EXECUTION-TYPES/)

NO DEALING DESK (/WEB/20130127222625/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/NO-DEALING-DESK/)

DEALING DESK (/WEB/20130127222625/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/DEALING-DESK/)

WHY EXECUTION MATTERS (/WEB/20130127222625/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/WHY-EXECUTION-MATTERS-FAQ/)

# No Dealing Desk

In 2007, FXCM introduced No Dealing Desk (NDD) execution for forex transactions. Our aim was to provide a more efficient and fair model for pricing and execution than the model used by most dealing desks brokers in the forex industry. We achieved that goal: NDD prices are competitive and market-driven, and NDD execution is transparent and fair.

VIDEO  **No Dealing Desk Execution (1:55) (https://web.archive.org/web/20130127222625/http://media.dailyfx.com/plus/ndd-cartoon-final.flv)**

## Major Benefits

- Competitive, market-driven prices
- Fair and transparent order execution
- Anonymous order execution (price providers cannot see your stops, limits, or entry orders)
- No conflict of interest between broker and trader
- No re-quotes[1]; no dealer intervention
- No restrictions on the strategy you use (scalp, trade the news, use any EA)

## How Does it Work

### PRICING

In the NDD model, FXCM acts as a price aggregator. We take the best bid and best ask prices from all of our liquidity providers, add a small, fixed mark-up, and stream those prices to the platforms we provide. FXCM's liquidity providers include global banks, financial institutions, and other market makers. This large, diverse group of liquidity providers is one of the things that makes this model special.

When you trade with a standard dealing desk, you don't know where the prices are coming from or if they actually reflect prices in the broader market. FXCM's deep and diverse pool of liquidity providers helps to ensure that NDD prices are reliable - not set arbitrarily by a single provider - and that they do reflect the broader forex market. Also, through competition, the NDD model ensures that prices are market-driven and fair. FXCM rewards liquidity providers with order flow when they provide the best bid or ask prices. The more advantageous their prices are the more order flow the liquidity provider will receive. The less advantageous, the less order flow they will receive. This efficient selection method keeps a single liquidity provider from adversely affecting FXCM's NDD price feed.

### EXECUTION

Another advantage of the NDD model is that execution is transparent and fair. FXCM does not take a market position-eliminating a major conflict of interest. Dealing desk brokers, which act as market makers, may be actively trading against your positions. Because of this, they may manipulate your orders with re-quotes or in other ways. This cannot happen with our NDD forex execution. Your orders automatically fill from the NDD price

**FREE PRACTICE ACCOUNT**

Get Free $50,000 along with a FREE Forex trading guide

FIRST NAME

LAST NAME

E-MAIL

COUNTRY

PHONE

☐ Email me free educational trading material to start trading currencies. Valid e-mail required.

Read Demo Disclaimer

SUBMIT

Exhibit 0029

http://www.fxcm.com/advantages/forex-execution/no-dealing-desk

45 captures
18 Oct 2012 - 2 Jul 2017

NOV JAN MAR
◀ 27 ▶
2012 2013 2014

About this capture

## HIGHER SPREADS

Spreads on major currency pairs are slightly higher with NDD execution than they are with FXCM's dealing desk execution. This is in fact why FXCM offers dealing desk execution - to provide lower spreads than those provided by the NDD model.

[1] FXCM maintains a no re-quote policy. Circumstances exist based on order size, trading pattern, and market conditions where individuals may not receive execution at the requested rate. Orders are executed at the next available rate within the trader's parameters, subject to market conditions. The difference between the requested rate and final execution price may be more or less advantageous based on the market activity and available liquidity.

PREVIOUS: **COMPARE EXECUTION TYPES (/WEB/20130127222625/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/COMPARE-EXECUTION-TYPES/)** | NEXT: **DEALING DESK (/WEB/20130127222625/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/DEALING-DESK/)**

### RELATED MEDIA

**VIDEO**

Trading Modes-Web (/web/20130127222625/http://www.fxcm.com/library/advanced-trading-station-features/trading-modes-web/) 01:41

**ARTICLES**

An Industry Leader (/web/20130127222625/http://www.fxcm.com/why-an-industry-leading-forex-broker/)

Acclaimed Execution (/web/20130127222625/http://www.fxcm.com/advantages/benefits/trading-benefits/)

Price Improvements (/web/20130127222625/http://www.fxcm.com/advantages/benefits/price-improvements/)

Market Orders (/web/20130127222625/http://www.fxcm.com/advantages/benefits/order-execution/)

Fractional Pip Pricing (/web/20130127222625/http://www.fxcm.com/advantages/benefits/fractional-pip-pricing/)

**ADDITIONAL RESOURCES**

FAQs (/web/20130127222625/http://www.fxcm.com/support/)

Calendar of Events (/web/20130127222625/http://www.fxcm.com/resources/seminars-webinars/)

New to Forex Trading Guide (/web/20130127222625/http://www.fxcm.com/resources/forex-trading-guide/)

DailyFX Economic Calendar (https://web.archive.org/web/20130127222625/htt...

DailyFX Research & Analysis (https://web.archive.org/web/20130127222625/htt...

DailyFX Forum (https://web.archive.org/web/20130127222625/http://...

---

**CUSTOMER SERVICE**

Chat with a Specialist 24/7

Contact Us (/web/20130127222625/http://www.fxcm.com/support/contact-client-support/)

Institutional Services (/web/20130127222625/http://www.fxcm.com/products-services/institutional-services/)

Manage Account / Deposit (/web/20130127222625/http://www.fxcm.com/support/manage-account/)

Currency Converter (https://web.archive.org/web/20130127222625/http://www.dailyfx.com/currency-converter/)

Site Map (/web/20130127222625/http://www.fxcm.com/sitemap/)

Call us +1 888 50 FOREX (36739)

**DOWNLOAD**

Trading Station Desktop (https://web.archive.org/web/20130127222625/http://www.fxcorporate.com/MetaTrader4/MT4Install.exe)

MetaTrader 4 (https://web.archive.org/web/20130127222625/http://www.fxcorporate.com/MetaTrader4/MT4Install.exe)

Mobile Apps (/web/20130127222625/http://www.fxcm.com/products-services/trading-station/mobile-app/)

LAUNCH SOFTWARE

Trading Station Web (https://web.archive.org/web/20130127222625/...)

Mirror Trader (https://web.archive.org/web/20130127222625/https://cmt.tradency.com/B1/fxcm)

**ABOUT FXCM**

FXCM Financials (https://web.archive.org/web/20130127222625/http://www.fxcorporate.com/financial-performance/)

International Offices and Sites (/web/20130127222625/http://www.fxcm.com/about/sites-offices/)

Regulation (/web/20130127222625/http://www.fxcm.com/legal/forex-regulation/)

Awards (/web/20130127222625/http://www.fxcm.com/advantages/awards-accolades/)

Investor Relations (https://web.archive.org/web/20130127222625/http://ir.fxcm.com/)

Careers (https://web.archive.org/web/20130127222625/https://www1.apply2jobs.com/FXC...)

Code of Conduct (/web/20130127222625/http://www.fxcm.com/legal/code-of-conduct/)

**ACCOUNTS**

Risk Free Practice Account (/web/20130127222625/http://www.fxcm.com/trading-demo/)

Open an Account (/web/20130127222625/http://www.fxcm.com/open-account/)

FOLLOW US




[risk warning (/web/20130127222625/http://www.fxcm.com/legal/trading-execution-risks/)](.).

FXCM is a registered Futures Commission Merchant and Retail Foreign Exchange Dealer with the Commodity Futures Trading Commission and is a member of the National Futures Association. NFA # 0308179

FXCM Inc., a publicly traded company listed on the New York Stock Exchange (NYSE: FXCM), is a holding company and its sole asset is a controlling equity interest in FXCM Holdings, LLC. Forex Capital Markets, LLC ("FXCM LLC") is a direct operating subsidiary of FXCM Holdings, LLC. All references on this site to "FXCM" refer to FXCM Inc. and its consolidated subsidiaries, including FXCM Holdings, LLC and Forex Capital Markets, LLC.

Please note the information on this website is intended for retail customers only, and certain representations herein may not be applicable to Eligible Contract Participants (i.e., institutional clients) as defined in the Commodity Exchange Act §1(a)(12).

Copyright © 2012 Forex Capital Markets (/web/20130127222625/http://www.fxcm.com/). All rights reserved. Terms of Use (/web/20130127222625/http://www.fxcm.com/legal/terms-conditions/) and Privacy Policy (/web/20130127222625/http://www.fxcm.com/legal/privacy-policy/).