# Exhibit 28



PAGE 1

*The First State*

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY THE ATTACHED IS A TRUE AND CORRECT COPY OF THE CERTIFICATE OF FORMATION OF "EFFEX CAPITAL, LLC", FILED IN THIS OFFICE ON THE TWENTY-THIRD DAY OF MARCH, A.D. 2010, AT 5:01 O'CLOCK P.M.

4803086   8100

100309154

You may verify this certificate online
at corp.delaware.gov/authver.shtml

Jeffrey W. Bullock, Secretary of State

AUTHENTICATION: 7890973

DATE: 03-24-10

CONFIDENTIAL

**CERTIFICATE OF FORMATION**

**OF**

**EFFEX CAPITAL, LLC**

State of Delaware
Secretary of State
Division of Corporations
Delivered 05:24 PM 03/23/2010
FILED 05:01 PM 03/23/2010
SRV 100309154 - 4803086 FILE

The undersigned, an authorized natural person, for the purpose of forming a limited liability company under the provisions and subject to the requirements of the State of Delaware (particularly Chapter 18, Title 6 of the Delaware Code and the acts amendatory thereof and supplemental thereto, and known, identified, and referred to as the "Delaware Limited Liability Company Act"), hereby certifies that:

FIRST: The name of the limited liability company formed hereby is: Effex Capital, LLC.

SECOND: The address of the registered office in the State of Delaware is 2711 Centerville Road, Suite 400, in the City of Wilmington, County of New Castle, DE 19808. The name of its registered agent at such address is Corporation Service Company.

IN WITNESS WHEREOF, the undersigned has executed this Certificate of Formation this 23rd day of March, 2010.

/s/ Carl Van Demark
Authorized Person

490510 1

CONFIDENTIAL                                              GLBR_00153006