# Exhibit 71

# FXCM - Stock Price History | GLBR

macrotrends.net/stocks/charts/GLBR/fxcm/stock-price-history

Historical daily share price chart and data for FXCM since 2021 adjusted for splits. The latest closing stock price for FXCM as of December 28, 2017 is **0.32**.

- The all-time high FXCM stock closing price was **197.60** on **September 27, 2013**.
- The FXCM 52-week high stock price is **0.00**, which is **-100%** above the current share price.
- The FXCM 52-week low stock price is **0.00**, which is **100%** below the current share price.
- The average FXCM stock price for the last 52 weeks is **NaN**.

For more information on how our historical price data is adjusted see the Stock Price Adjustment Guide.

### FXCM Historical Annual Stock Price Data

| Year | Average Stock Price | Year Open | Year High | Year Low | Year Close | Annual % Change |
|---|---|---|---|---|---|---|
| 2017 | 2.2576 | 7.1750 | 7.9500 | 0.2500 | 0.3180 | -95.49% |
| 2016 | 9.9605 | 15.7700 | 16.9300 | 7.0500 | 7.0500 | -57.86% |
| 2015 | 20.6581 | 165.5000 | 170.5000 | 5.3000 | 16.7300 | -89.90% |
| 2014 | 153.7786 | 182.9000 | 182.9000 | 128.4000 | 165.7000 | -7.12% |
| 2013 | 154.7556 | 106.7000 | 197.6000 | 105.0000 | 178.4000 | 77.16% |
| 2012 | 104.2424 | 97.6000 | 135.0000 | 86.0000 | 100.7000 | 3.28% |
| 2011 | 115.8706 | 131.6000 | 147.0000 | 82.3000 | 97.5000 | -26.42% |
| 2010 | 134.0190 | 148.5000 | 150.0000 | 122.1000 | 132.5000 | 0.00% |

| Sector | Industry | Market Cap | Revenue |
|---|---|---|---|
| Finance | Finance - Investment Banks | $0.000B | $0.000B |

Global Brokerage Inc. is engaged in providing online foreign exchange trading, contract for difference trading, spread betting and related services. Global brokerage Inc., formerly known as FXCM Inc., is based in New York, United States.

| Stock Name | Country | Market Cap | PE Ratio |
| --- | --- | --- | --- |
| Morgan Stanley (MS) | United States | $190.083B | 13.67 |
| Goldman Sachs (GS) | United States | $138.318B | 7.41 |
| Charles Schwab (SCHW) | United States | $130.252B | 25.83 |
| Robinhood Markets (HOOD) | United States | $36.040B | 0.00 |
| Interactive Brokers (IBKR) | United States | $27.019B | 21.40 |
| Tradeweb Markets (TW) | United States | $19.930B | 60.72 |
| Raymond James Financial (RJF) | United States | $19.005B | 14.94 |
| Nomura Holdings Inc ADR (NMR) | Japan | $15.870B | 30.53 |
| LPL Financial Holdings (LPLA) | United States | $11.851B | 22.41 |
| Stifel Financial (SF) | United States | $7.096B | 11.42 |
| SBI Holdings (SBHGF) | Japan | $6.055B | 8.36 |
| Evercore Inc (EVR) | United States | $5.463B | 10.40 |
| Moelis (MC) | United States | $4.096B | 13.91 |
| Piper Sandler (PIPR) | United States | $2.468B | 8.52 |
| UP Fintech Holding (TIGR) | China | $2.260B | 53.85 |
| BGC Partners (BGCP) | United States | $1.963B | 8.78 |
| Cowen (COWN) | United States | $1.065B | 3.14 |
| WisdomTree Investments (WETF) | United States | $0.920B | 19.84 |
| Diamond Hill Investment (DHIL) | United States | $0.586B | 12.98 |
| Oppenheimer Holdings (OPY) | United States | $0.580B | 3.64 |
| Foxtons Group (FXTGY) | United Kingdom | $0.295B | 0.00 |
| Greenhill (GHL) | United States | $0.270B | 7.60 |
| JMP Group LLC (JMP) | United States | $0.145B | 7.36 |
| Siebert Financial (SIEB) | United States | $0.120B | 22.47 |
| Takung Art (TKAT) | Hong Kong, SAR China | $0.106B | 0.00 |