# Exhibit 76

**OPPENHEIMER**

EQUITY RESEARCH

**COMPANY UPDATE**

February 7, 2017

FINANCIAL INSTITUTIONS/COMMERCIAL & INVESTMENT BANKING

## Leucadia National Corporation

### FXCM Negative Developments But Likely a Relatively Small Financial Impact on LUK

| Stock Rating: | |
|---|---|
| **OUTPERFORM** | |
| 12-18 mo. Price Target | $30.00 |
| LUK - NYSE | $23.64 |
| 3-5 Yr. EPS Gr. Rate | 18% |
| 52-Wk Range | $24.60-$14.27 |
| Shares Outstanding | 374.6M |
| Float | 320.5M |
| Market Capitalization | $8,510.9M |
| Avg. Daily Trading Volume | 1,606,477 |
| Dividend/Div Yield | $0.25/1.06% |
| Book Value | $26.86 |
| Fiscal Year Ends | Dec |
| 2016E ROE | 0.8 % |
| LT Debt | $7,232.0M |
| Preferred | $125.0M |
| Common Equity | $10,060M |
| Convertible Available | Yes |

| EPS Diluted | Q1 | Q2 | Q3 | Q4 | Year | Mult. |
|---|---|---|---|---|---|---|
| 2014A | 0.25 | 0.17 | 0.14 | (0.03) | 0.54 | 43.8x |
| 2015A | 0.99 | 0.04 | (0.47) | 0.15 | 0.75 | 31.5x |
| 2016E | (0.60)A | 0.15A | 0.41A | 0.23 | 0.20 | NM |
| 2017E | -- | -- | -- | -- | 1.38 | 17.1x |

**SUMMARY**

LUK has an investment in FXCM which is carried at $542M and is incorporated in our NAV for LUK at that value, or ~$1.45 per share. Yesterday FXCM made an announcement (see below) that led to a 50% decline in FXCM's share price. One component, but in our view by no means the most valuable component, of LUK's investment in FXCM is a 49.9% ownership stake in FXCM and this has of course raised concerns about the valuation of the asset. But first some background on the investment: In January 2015 LUK provided a rescue finance package in which they invested $279M in FXCM in the wake of substantial losses in the Swiss Franc dislocation.

**KEY POINTS**

■ As of 9/30 LUK had been repaid $161M of that amount and in the 9/30 10Q stated that they had received an additional $38M after the quarter end, bringing the remaining balance on the loan to $155M (at a 20.5% interest rate).

■ In addition to this note and the 49.9% equity interest, LUK has rights to force the sale of FXCM by January 2018 and has the following rights to proceeds from this or other asset sales: 100% until the note is repaid, 45% of the next $350M, 79% of the next $500M and 52% thereafter.

■ We have always viewed the waterfall agreement rather than the equity stake as the primary source of value in our analysis. On Feb 6 FXCM announced a $7M settlement with the CFTC which essentially forced them to sell their US business. The CFTC complaint said FXCM and two of its founding principals made "false and misleading solicitations...."

■ .... by concealing from customers that a chief market maker was rebating roughly 70% of its revenues to FXCM." It obviously sounds like a terrible fact pattern. Points to note:(1) the misconduct seems to have occurred from 2009-14, not during LUK's involvement, (2) the US is a fraction of FXCM's revenues and (3) sale proceeds will further repay LUK's note.

■ Further, on Feb. 6 FXCM announced that it had agreed to sell the US business to GAIN Capital Holdings, and that exiting the business would free up $52M of capital, which would be used to further repay LUK's note.... More inside.... We continue to recommend LUK

**Stock Price Performance**

1 Year Price History for LUK

**Company Description**

Leucadia is a diversified financial services company with both investment banking and merchant banking capabilities. Its largest asset is Jefferies, but it is also active in asset management and commercial mortgage finance. Its merchant banking portfolio includes investments in National Beef, HRG, Garcadia, Vitesse and Juneau.

**For analyst certification and important disclosures, see the Disclosure Appendix.**

**Chris Kotowski**
212-667-6699
Chris.Kotowski@opco.com

**L. Allison Taylor Rudary**
212-667-5366
allison.rudary@opco.com

**Owen Lau, CFA**
212-667-8166
Owen.Lau@opco.com

Disseminated: February 7, 2017 21:11 EST; Produced: February 7, 2017 21:11 EST

Oppenheimer & Co Inc. 85 Broad Street, New York, NY 10004 Tel: 800-221-5588 Fax: 212-667-8229

Leucadia National Corporation                                                                 LUK (OUTPERFORM) - $30.00

## 5-YEAR PRICE PERFORMANCE



Source: Bloomberg

## INVESTMENT THESIS

LUK has a good pedigree of creating value, and we see it being formed into a unique financial institution that combines a strong investment bank's deal-sourcing capabilities with the power of being able to write a large equity check at a moment's notice. We also see additional optionality with its Leucadia Asset Management platform. We think the shares are attractive at ~79% of our estimated tangible book value (TBV).

### BASE CASE ASSUMPTION
- Jefferies continues to grow its investment banking and equities business
- Existing mature businesses (Garcadia, Berkadia, Conwed, Idaho Timber) financial performance remains on track with recent history

### CATALYSTS
- Additional restructuring in Jefferies to refocus on fixed income
- "Getting the call"
- Higher oil prices
- Lower prices of beef cattle

### UPSIDE SCENARIO
- Further expansion and strong investment results of the seeded funds within Leucadia Asset Management
- Additional opportunistic acquisitions
- Better than expected performance of portfolio companies
- Public listing of Linkem
- Advantageous sale of National Beef

### DOWNSIDE SCENARIO
- Disappointing results and/sales price for National Beef
- Extended low oil prices
- Delayed sale process or lower than expected selling prices for FXCM's assets

## PRICE TARGET CALCULATION

We apply a sum-of-the-parts analysis to value the tangible book value of each major business in Leucadia. We estimate that Jefferies should be valued at 1.60x tangible book value, National Beef should be valued at $1.1B, which is the average of its historical cost and peer multiple valuation, Garcadia at 11.6x our estimated forward earnings (with 30% tax rate assumption) and Berkadia at 1.9x TBV. In total, we estimate that the total tangible book value of Leucadia is $11.3B, which equates to $30 tangible book value per share.

## KEY RISKS

Since roughly half of LUK's common equity is invested in Jefferies, the biggest single set of risks for the company are those present for any investment bank. Principal among these are that investment banks hold trading inventories of securities on their balance sheets and that particularly in times of stress, these may lose value, leading to markdowns and perhaps realized losses. We believe that these risks are well managed in the case of Jefferies because of their good historical performance and relatively modest leverage, but this is the key risk in any investment banking/trading firm. The other risks are that revenues and earnings are often lumpy or volatile with market activity.



Thus, at a minimum what one can say from the saga is that it looks like LUK has emerged at least whole from this saga: The previously disclosed $161M of repayments up to 9/30 plus the $38M paid between 9/30 and 11/2 and the $52M noted in the FXCM statement would bring the total amount of repayments to $251M of the original $279M. Thus, while this has been a troubled investment for LUK, it has effectively gotten almost all its money out and still has a significant claim. Moreover, at a maximum, the $38M + $52M in debt repayments would bring the carrying value of LUK's investment to $451M or $1.20. Clearly there could be some write-down of this interest in LUK's upcoming earnings report, but we hope this puts the matter into perspective.

However, as dreadful as the FXCM news is, we think it is likely that substantially more value will be salvaged than that. In its announcement FXCM disclosed that the US operations generated $48M in revenues and generated an EBITDA loss.

In its 9/30 financial statements FXCM showed $203M of revenues for the nine months and Adjusted EBITDA of $27.6M. Thus, the firm's total annualized revenues are ~$270M and so the $48M in the US are less than 20% of that. To be sure, it is hard to know how much credence to give FXCM's disclosures given what a problem-prone company it has been. That said, it seems to us that there will likely be a reasonable amount of value in LUK's remaining claims under the waterfall agreement, even it there is not a great deal of value in the common shares of FXCM.

**Final Thoughts**

Leucadia is an investment bank (i.e., Jefferies) with 14 major merchant banking investments, mainly held at the Leucadia level. This year we had very favorable announcements on two of them--National Beef which went from an EBITDA loss to earning ~$300M in EBITDA and Conwed which LUK recently agreed to sell for more than 50% above our estimated valuation. In addition, the $640M investment in HRG is up ~15% in the past three months. The valuation of FXCM will no doubly be lowered. It is, however important to conceive of it as one investment in a portfolio of investments.

Another thing that we would point out is that LUK's investment in FXCM was structured with downside in mind. Unlike the investment in HRG, for example, where LUK took freely traded shares, LUK structured its investment in FXCM as a very highly structured and secured loan. It was probably not an accident. They knew this was an investment with risk and structured it accordingly.



Leucadia National Corporation                                                                                              LUK (OUTPERFORM) - $30.00

**Other companies mentioned in this report (prices as of Feb 7, 2017)** FXCM Inc (NASDAQ: FXCM, $3.45, Not Covered)

# Disclosure Appendix

**Oppenheimer & Co. Inc. does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. Investors should consider this report as only a single factor in making their investment decision.**

*Analyst Certification -* The author certifies that this research report accurately states his/her personal views about the subject securities, which are reflected in the ratings as well as in the substance of this report. The author certifies that no part of his/her compensation was, is, or will be directly or indirectly related to the specific recommendations or views contained in this research report.

**Potential Conflicts of Interest:**

Equity research analysts employed by Oppenheimer & Co. Inc. are compensated from revenues generated by the firm including the Oppenheimer & Co. Inc. Investment Banking Department. Research analysts do not receive compensation based upon revenues from specific investment banking transactions. Oppenheimer & Co. Inc. generally prohibits any research analyst and any member of his or her household from executing trades in the securities of a company that such research analyst covers. Additionally, Oppenheimer & Co. Inc. generally prohibits any research analyst from serving as an officer, director or advisory board member of a company that such analyst covers. In addition to 1% ownership positions in covered companies that are required to be specifically disclosed in this report, Oppenheimer & Co. Inc. may have a long position of less than 1% or a short position or deal as principal in the securities discussed herein, related securities or in options, futures or other derivative instruments based thereon. Recipients of this report are advised that any or all of the foregoing arrangements, as well as more specific disclosures set forth below, may at times give rise to potential conflicts of interest.



All price targets displayed in the chart above are for a 12- to- 18-month period. Prior to March 30, 2004, Oppenheimer & Co. Inc. used 6-, 12-, 12- to 18-, and 12- to 24-month price targets and ranges. For more information about target price histories, please write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

**Oppenheimer & Co. Inc. Rating System as of January 14th, 2008:**

**Outperform(O) -** Stock expected to outperform the S&P 500 within the next 12-18 months.

**Perform (P) -** Stock expected to perform in line with the S&P 500 within the next 12-18 months.


4

**Underperform (U) -** Stock expected to underperform the S&P 500 within the next 12-18 months.

**Not Rated (NR) -** Oppenheimer & Co. Inc. does not maintain coverage of the stock or is restricted from doing so due to a potential conflict of interest.

**Oppenheimer & Co. Inc. Rating System prior to January 14th, 2008:**

**Buy -** anticipates appreciation of 10% or more within the next 12 months, and/or a total return of 10% including dividend payments, and/or the ability of the shares to perform better than the leading stock market averages or stocks within its particular industry sector.

**Neutral -** anticipates that the shares will trade at or near their current price and generally in line with the leading market averages due to a perceived absence of strong dynamics that would cause volatility either to the upside or downside, and/or will perform less well than higher rated companies within its peer group. Our readers should be aware that when a rating change occurs to Neutral from Buy, aggressive trading accounts might decide to liquidate their positions to employ the funds elsewhere.

**Sell -** anticipates that the shares will depreciate 10% or more in price within the next 12 months, due to fundamental weakness perceived in the company or for valuation reasons, or are expected to perform significantly worse than equities within the peer group.

| Distribution of Ratings/IB Services Firmwide | | | | |
|---|---|---|---|---|
| | | | IB Serv/Past 12 Mos. | |
| Rating | Count | Percent | Count | Percent |
| OUTPERFORM [O] | 296 | 55.85 | 111 | 37.50 |
| PERFORM [P] | 230 | 43.40 | 69 | 30.00 |
| UNDERPERFORM [U] | 4 | 0.75 | 3 | 75.00 |

Although the investment recommendations within the three-tiered, relative stock rating system utilized by Oppenheimer & Co. Inc. do not correlate to buy, hold and sell recommendations, for the purposes of complying with FINRA rules, Oppenheimer & Co. Inc. has assigned buy ratings to securities rated Outperform, hold ratings to securities rated Perform, and sell ratings to securities rated Underperform.

# Company Specific Disclosures

The Oppenheimer & Co. Inc. analyst/associate(s) who covers this company also has a long position in LUK.

**Additional Information Available**

**Please log on to http://www.opco.com** or write to Oppenheimer & Co. Inc., 85 Broad Street, New York, NY 10004, Attention: Equity Research Department, Business Manager.

# Other Disclosures

This report is issued and approved for distribution by Oppenheimer & Co. Inc. Oppenheimer & Co. Inc. transacts business on all principal exchanges and is a member of SIPC. This report is provided, for informational purposes only, to institutional and retail investor clients of Oppenheimer & Co. Inc. and does not constitute an offer or solicitation to buy or sell any securities discussed herein in any jurisdiction where such offer or solicitation would be prohibited. The securities mentioned in this report may not be suitable for all types of investors. This report does not take into account the investment objectives, financial situation or specific needs of any particular client of Oppenheimer & Co. Inc. Recipients should consider this report as only a single factor in making an investment decision and should not rely solely on investment recommendations contained herein, if any, as a substitution for the exercise of independent judgment of the merits and risks of investments. The analyst writing the report is not a person or company with actual, implied or apparent authority to act on behalf of any issuer mentioned in the report. Before making an investment decision with respect to any security recommended in this report, the recipient should consider whether such recommendation is appropriate given the recipient's particular investment needs, objectives and financial circumstances. We recommend that investors independently evaluate particular investments and strategies, and encourage investors to seek the advice of a financial advisor. Oppenheimer & Co. Inc. will not treat non-client recipients as its clients solely by virtue of their receiving this report. Past performance is not a guarantee of future results, and no representation or warranty, express or implied, is made regarding future performance of any security mentioned in this report. The price of the securities mentioned in this report and the income they produce may fluctuate and/or be adversely affected by exchange rates, and investors may realize losses on investments



in such securities, including the loss of investment principal. Oppenheimer & Co. Inc. accepts no liability for any loss arising from the use of information contained in this report, except to the extent that liability may arise under specific statutes or regulations applicable to Oppenheimer & Co. Inc. All information, opinions and statistical data contained in this report were obtained or derived from public sources believed to be reliable, but Oppenheimer & Co. Inc. does not represent that any such information, opinion or statistical data is accurate or complete (with the exception of information contained in the Important Disclosures section of this report provided by Oppenheimer & Co. Inc. or individual research analysts), and they should not be relied upon as such. All estimates, opinions and recommendations expressed herein constitute judgments as of the date of this report and are subject to change without notice. Nothing in this report constitutes legal, accounting or tax advice. Since the levels and bases of taxation can change, any reference in this report to the impact of taxation should not be construed as offering tax advice on the tax consequences of investments. As with any investment having potential tax implications, clients should consult with their own independent tax adviser. This report may provide addresses of, or contain hyperlinks to, Internet web sites. Oppenheimer & Co. Inc. has not reviewed the linked Internet web site of any third party and takes no responsibility for the contents thereof. Each such address or hyperlink is provided solely for the recipient's convenience and information, and the content of linked third party web sites is not in any way incorporated into this document. Recipients who choose to access such third-party web sites or follow such hyperlinks do so at their own risk.

This research is distributed in the UK and elsewhere throughout Europe, as third party research by Oppenheimer Europe Ltd, which is authorized and regulated by the Financial Conduct Authority (FCA). This research is for information purposes only and is not to be construed as a solicitation or an offer to purchase or sell investments or related financial instruments. This research is for distribution only to persons who are eligible counterparties or professional clients. It is not intended to be distributed or passed on, directly or indirectly, to any other class of persons. In particular, this material is not for distribution to, and should not be relied upon by, retail clients, as defined under the rules of the FCA. Neither the FCA's protection rules nor compensation scheme may be applied. https://opco2.bluematrix.com/sellside/MAR.action

**Distribution in Hong Kong:** This report is prepared for professional investors and is being distributed in Hong Kong by Oppenheimer Investments Asia Limited (OIAL) to persons whose business involves the acquisition, disposal or holding of securities, whether as principal or agent. OIAL, an affiliate of Oppenheimer & Co. Inc., is regulated by the Securities and Futures Commission for the conduct of dealing in securities, advising on securities, and advising on Corporate Finance. For professional investors in Hong Kong, please contact researchasia@opco.com for all matters and queries relating to this report. This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc.

This report or any portion hereof may not be reprinted, sold, or redistributed without the written consent of Oppenheimer & Co. Inc. Copyright © Oppenheimer & Co. Inc. 2017.