# Exhibit 77

COWEN
AND COMPANY

Financial Services

FXCM




Credit Research

Company Note

February 7, 2017

**Price: $3.12** (02/7/2017)

# *FXCM Settles with Regulators, Plans to Exit U.S. Business*

**David Epstein, CFA**
646.616.3050
david.epstein@cowen.com

**Patrick Marshall, CFA**
646.616.3057
patrick.marshall@cowen.com

**Key Data**

| Symbol | NYSE: FXCM |
|---|---|
| Market Cap (MM) | $17.5 |

## The Cowen Insight

FXCM announced it (1) had reached a settlement with regulators and (2) would be exiting the U.S. business and has signed a non-binding LOI to sell its U.S. customer accounts. The deal would potentially free up ~$52 million in capital to be applied to TL with possibly limited impact on EBITDA, but it also raises major new questions. Here we provide an updated look at valuation and the situation.

If one assumes that the U.S. exit is only slightly negative to EBITDA and that the sale of the remaining discontinued operations is a, somewhat arbitrary, $75 million, then we estimate that the remaining business would only need a 3.0x TEV multiple on a hypothetical $35 million run-rate to justify a convertible price in the current $27 ballpark. This does not appear particularly aggressive to us, but at the same time it's important to recognize that the company's EBITDA is volatile in the best of times (with the new developments creating even greater uncertainty). To the degree Leucadia does ever exercise its new right to unilaterally alter the bonus plan and remove management from the waterfall, it might raise some new management issues but could actually make the waterfall more favorable to convertible holders.

## Discussion on New Developments

FXCM announced late yesterday that it had reached agreements with the National Futures Association (NFA) and Commodity Futures Trading Commission (CFTC) settling charges that the company did not disclose to customers that it had an interest in the market maker that traded the largest share of FXCM's trading volume. The CFTC order found that the market maker paid roughly 70% of the revenues generated from FXCM's platform back to FXCM. To be clear, this matter was not in the August complaint from the CFTC. We believe this new settlement resolves this new issue and at least some of the issues that had been part of the original August complaint.

To settle the charges, FXCM will pay $7 million to the CFTC and no monetary damages to the NFA. The company will also be shutting down its U.S. business. To that end, FXCM has already signed a non-binding letter of intent with GAIN Capital to sell its U.S. customer accounts for an undisclosed amount. The transaction is subject to regulatory approval, but given the circumstances, we believe that regulators will likely approve the sale of the accounts.

While the U.S. operations generated $48 million in revenues in 2016, they were also EBITDA negative; if FXCM is able to reduce most of the costs associated with the U.S. business, the sale of the business may not reduce go forward EBITDA too much. But it's no sure thing they can cut costs that much; for example, we think it depends on how they were allocating some corporate level expenses to the U.S. previously. Also, as a financial services company, it is certainly not a good thing for their ongoing foreign operations that they were pretty much forced out of the U.S. and that their debt and equity prices put parent level solvency into question (at least in the market's minds). Solvency was, of course, always a question but now it is a front and center question.

The company will be terminating 150 employees (roughly 18% of the workforce) as part of the restructuring of its business. We estimate severance and wind-down costs,



**Please see pages 4 to 7 of this report for important disclosures.**

which the company expects to (mostly) recognize in 1Q17, at roughly $10 million. FXCM's remaining operations are now in the U.K. and Australia.

The move also frees up ~$52 million in capital that the company intends to apply to paying down the Leucadia term loan. We believe that any proceeds (likely modest) from the sale will be applied to paying down the term loan as well.

Lastly, FXCM disclosed that an amendment was made to the management agreement between FXCM Holdings, LLC and FXCM Group, LLC that allows for the agreement to be terminated by a vote of at least three board members after the occurrence of certain events. There are currently three Leucadia appointees on the board. The agreement had previously required a majority vote for termination. It is not clear to us what a vote for termination of the management agreement would mean for FXCM, but it is worth noting that Leucadia now could potentially have the power to exercise that option unilaterally. Also worth noting is an amendment to the bonus plan for management. Leucadia now has the right to unilaterally remove management from the waterfall. In such a case, the waterfall would revert to its prior form.

We have made several updates to our calculator in response to the release. First, we have reduced the outstanding Leucadia term loan by $57 million as management has indicated to us that the capital freed up by the exit from the U.S. business ($52 million) will be applied to paying down term loan. We also believe that any proceeds from the sale of the customer base will be applied to paying down the term loan, but with negative EBITDA and it essentially being a forced sale, we estimate the transaction at only $5 million. Second, we are adjusting our estimated excess cash from ~$70 million to $20 million for the following reasons: (1) the $52 million of capital that is to be applied to paying down term loan includes $16 million in excess capital; (2) between the fine and severance expenses, the company will be paying another $17 million over the next quarter or two; and (3) after subsequent conversations with management, our $70 million estimate of excess capital was perhaps a bit high if we are valuing the company as an ongoing entity. In the event of a sale to a strategic buyer, it is quite possible that more of the excess cash would be freed up. We may make further adjustments to our excess cash assumption after we get more clarity on the deal, and it could easily move up or down ~$10-$15 million from our new $20 million assumption.

If one assumes that the U.S. exit is only slightly negative to EBITDA and that the sale of the remaining discontinued operations is a, somewhat arbitrary, $75 million, then we estimate that the remaining business would only need a 3.0x TEV multiple on a hypothetical $35 million run-rate to justify a convertible price in the current $27 ballpark. This does not appear particularly aggressive to us, but at the same time it's important to recognize that the company's EBITDA is volatile in the best of times (with the new developments creating even greater uncertainty). To the degree Leucadia does ever exercise its new right to unilaterally alter the bonus plan and remove management from the waterfall, it might raise some new management issues but could actually make the waterfall more favorable to convertible holders.

## Figure 1 Leucadia Waterfall and Sensitivity Analysis

We don't have a point estimate for the exact value, but in the table below we show one of the infinite set of permutations that would lead to a total asset value on the convertible in the 27 cents on the dollar range, which is where they have traded today

In the tables to the right, which are built off of the same cash and waterfall assumptions, we show convertible recovery sensitivities for a range of EBITDA levels and multiples for the continuing ops on the x-axis and a range of asset sale proceeds for the other business on the y-axis.

**Potential Scenario Implied by Convert Trading Level**

| Sources of Value | | $MM |
|---|---|---|
| Net Estimated Excess Cash | | 20 |
| Remaining Asset Sales | | 75 |
| Continuing Ops Adj EBITDA | | 35 |
| *TEV Multiple* | | *3.00x* |
| TEV | | 105 |
| **Total** | | **200** |
| **Waterfall Distribution** | | |
| Tier1: Amounts owed to Term Loan | | |
| Outstanding Principal on TL | 100% | (96) |
| Residual | | 105 |
| Tier 2: Next $350MM | | |
| Leucadia | 45% | 47 |
| FXCM | 45% | 47 |
| Management | 10% | 10 |
| Residual | | - |
| Tier 3: Next $500MM | | |
| Leucadia | 79% | - |
| FXCM | 9% | - |
| Management | 12% | - |
| Residual | | - |
| Tier 4: Thereafter | | |
| Leucadia | 52% | - |
| FXCM | 34% | - |
| Management | 14% | - |
| **Recovery on Convertible Notes** | | **27%** |
| Residual | | - |

Source: Company filings, Cowen and Company

**3.0x TEV Multiple**

| Proceeds from Asset Sales ($MM) | Annual Adjusted EBITDA $0 | $10 | $20 | $30 | $40 | $50 | $60 | $70 |
|---|---|---|---|---|---|---|---|---|
| $25 | 0% | 0% | 2% | 10% | 18% | 26% | 34% | 42% |
| $50 | 0% | 1% | 9% | 17% | 25% | 32% | 40% | 48% |
| $75 | 0% | 8% | 16% | 23% | 31% | 39% | 47% | 55% |
| $100 | 6% | 14% | 22% | 30% | 38% | 46% | 53% | 61% |
| $125 | 13% | 21% | 29% | 36% | 44% | 52% | 60% | 68% |
| $150 | 19% | 27% | 35% | 43% | 51% | 59% | 66% | 74% |
| $175 | 26% | 34% | 42% | 49% | 57% | 65% | 73% | 81% |

**4.0x TEV Multiple**

| Proceeds from Asset Sales ($MM) | Annual Adjusted EBITDA $0 | $10 | $20 | $30 | $40 | $50 | $60 | $70 |
|---|---|---|---|---|---|---|---|---|
| $25 | 0% | 0% | 8% | 18% | 29% | 39% | 49% | 60% |
| $50 | 0% | 4% | 14% | 25% | 35% | 46% | 56% | 66% |
| $75 | 0% | 10% | 21% | 31% | 42% | 52% | 62% | 73% |
| $100 | 6% | 17% | 27% | 38% | 48% | 59% | 69% | 79% |
| $125 | 13% | 23% | 34% | 44% | 55% | 65% | 76% | 86% |
| $150 | 19% | 30% | 40% | 51% | 61% | 72% | 82% | 92% |
| $175 | 26% | 36% | 47% | 57% | 68% | 78% | 89% | 93% |

**5.0x TEV Multiple**

| Proceeds from Asset Sales ($MM) | Annual Adjusted EBITDA $0 | $10 | $20 | $30 | $40 | $50 | $60 | $70 |
|---|---|---|---|---|---|---|---|---|
| $25 | 0% | 0% | 13% | 26% | 39% | 52% | 65% | 78% |
| $50 | 0% | 6% | 19% | 32% | 46% | 59% | 72% | 85% |
| $75 | 0% | 13% | 26% | 39% | 52% | 65% | 78% | 91% |
| $100 | 6% | 19% | 32% | 46% | 59% | 72% | 85% | 93% |
| $125 | 13% | 26% | 39% | 52% | 65% | 78% | 91% | 94% |
| $150 | 19% | 32% | 46% | 59% | 72% | 85% | 93% | 95% |
| $175 | 26% | 39% | 52% | 65% | 78% | 91% | 94% | 96% |

**6.0x TEV Multiple**

| Proceeds from Asset Sales ($MM) | Annual Adjusted EBITDA $0 | $10 | $20 | $30 | $40 | $50 | $60 | $70 |
|---|---|---|---|---|---|---|---|---|
| $25 | 0% | 2% | 18% | 34% | 49% | 65% | 81% | 92% |
| $50 | 0% | 9% | 25% | 40% | 56% | 72% | 87% | 94% |
| $75 | 0% | 16% | 31% | 47% | 62% | 78% | 92% | 95% |
| $100 | 6% | 22% | 38% | 53% | 69% | 85% | 93% | 96% |
| $125 | 13% | 29% | 44% | 60% | 76% | 91% | 94% | 97% |
| $150 | 19% | 35% | 51% | 66% | 82% | 93% | 96% | 99% |
| $175 | 26% | 42% | 57% | 73% | 89% | 94% | 97% | 100% |

Source: Cowen and Company. As of 2/7/17.

# Valuation Methodology And Risks

## Valuation Methodology

Credit & Cross Capital:

Our valuation is based on a number of factors, including but not limited to, an issuer's underlying business prospects and credit profile as well as current market conditions. Our view of an issuer's business outlook includes, but is not limited to: (1) an assessment of relevant industry trends, (2) the issuer's position within its industry and how its position might change over time, (3) management's strategy and the likelihood that management will be able to execute its strategy. Our view of the issuer's credit profile includes, but is not limited to, the issuer's: (1) overall leverage as well as the composition of its leverage, (2) liquidity and its ability to meet its obligations as they come due, and (3) the value of its assets. Our valuation of a specific security includes, but is not limited to: (1) the potential recovery in a variety of scenarios, including financial restructurings, and the probability of each, and (2) its liquidity relative to other securities. Our valuation contemplates a variety of capital market environments.

## Investment Risks

Credit & Cross Capital:

Investment risks include, but are not limited to: (1) industry trends, (2) changes in the issuer's competitive position, (3) management's strategy and its ability to execute its strategy, (4) the issuer's financial and operational leverage, (5) the issuer's liquidity versus its cash requirements, (6) changes in the issuer's ability to access the capital markets, and (7) changes in the liquidity of a particular security.

# Addendum

## Stocks Mentioned In Important Disclosures

| Ticker | Company Name |
|---|---|
| FXCM | FXCM |

## Analyst Certification

Each author of this research report hereby certifies that (i) the views expressed in the research report accurately reflect his or her personal views about any and all of the subject securities or issuers, and (ii) no part of his or her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed in this report.

## Important Disclosures

Cowen and Company, LLC and or its affiliates make a market in the stock of FXCM securities.

Cowen and Company, LLC trades or may trade as principal in the debt securities of FXCM.

Cowen and Company, LLC compensates research analysts for activities and services intended to benefit the firm's investor clients. Individual compensation determinations for research analysts, including the author(s) of this report, are based on a variety of factors, including the overall profitability of the firm and the total revenue derived from all sources, including revenues from investment banking, sales and trading or principal trading revenues. Cowen and Company, LLC does not compensate research analysts based on specific investment banking transactions or specific sales and trading or principal trading revenues.

## Disclaimer

Our research reports are simultaneously available to all clients are on our client website. Research reports are for our clients only. Not all research reports are disseminated, e-mailed or made available to third-party aggregators. Cowen and Company, LLC is not responsible for the redistribution of research by third party aggregators. Selected research reports are available in printed form in addition to an electronic form. All published research reports can be obtained on the firm's client website, https://cowenlibrary.bluematrix.com/client/library.jsp.

The information, opinions, estimates and forecasts are as of the date of this report and subject to change without prior notification. We seek to update our research as appropriate, but various regulations may prevent us from doing so. Research reports are published at irregular intervals as appropriate in the analyst's judgement.

Further information on subject securities may be obtained from our offices. This research report is published solely for information purposes, and is not to be construed as an offer to sell or the solicitation of an offer to buy any security in any state where such an offer or solicitation would be illegal. Other than disclosures relating to Cowen and Company, LLC, the information herein is based on sources we believe to be reliable but is not guaranteed by us and does not purport to be a complete statement or summary of the available data. Any opinions expressed herein are statements of our judgment on this date and are subject to change without notice. The opinions and recommendations herein do not take into account individual client circumstances, objectives or needs and are not intended as recommendations of investment strategy. The recipients of this report must make their own independent decisions regarding any securities subject to this research report. In some cases, securities and other financial instruments may be difficult to value or sell and reliable information about the value or risks related to the security or financial instrument may be difficult to obtain. To the extent that this report discusses any legal proceedings or issues, it has not been prepared to express or intended to express any legal conclusion, opinion or advice. Our salespeople, traders and other professionals may provide oral or written market commentary or trading strategies to our clients that reflect opinions that are contrary to the opinions expressed in our research. Our principal trading area and investing businesses may make investment decisions that are inconsistent with recommendations or views expressed in our research. Cowen and Company, LLC maintains physical, electronic and procedural information barriers to address the flow of information between and among departments within Cowen and Company, LLC in order to prevent and avoid conflicts of interest with respect to analyst recommendations.

For important disclosures regarding the companies that are the subject of this research report, please contact Compliance Department, Cowen and Company, LLC, 599 Lexington Avenue, 20th Floor, New York, NY 10022. In addition, the same important disclosures, with the exception of the valuation methods and risks, are available on the Firm's disclosure website at https://cowen.bluematrix.com/sellside/Disclosures.action.

**Equity Research Price Targets:** Cowen and Company, LLC assigns price targets on all companies covered in equity research unless noted otherwise. The equity research price target for an issuer's stock represents the value that the analyst reasonably expects the stock to reach over a performance period of twelve months. Any price targets in equity securities in this report should be considered in the context of all prior published Cowen and Company, LLC equity research reports (including the disclosures in any such equity report or on the Firm's disclosure website), which may or may not include equity research price targets, as well as developments relating to the issuer, its industry and the financial markets. For equity research price target valuation methodology and risks associated with the achievement of any given equity research price target, please see the analyst's equity research report publishing such targets.

**Cowen Credit Research and Trading:** Due to the nature of the fixed income market, the issuers or debt securities of the issuers discussed in "Cowen Credit Research and Trading" research reports do not assign ratings and price targets and may not be continuously followed. Accordingly, investors must regard such branded reports as providing stand-alone analysis and reflecting the analyst's opinion as of the date of the report and should not expect continuing analysis or additional reports relating to such issuers or debt securities of the issuers.

From time to time "Cowen Credit Research and Trading" research analysts provide investment recommendations on securities that are the subject of this report. These recommendations are intended only as of the time and date of publication and only within the parameters specified in each individual report. "Cowen Credit Research and Trading" investment recommendations are made strictly on a case-by-case basis, and no recommendation is provided as part of an overarching rating system or other set of consistently applied benchmarks. The views expressed in this report may differ from the views offered in the firm's equity research reports prepared for our clients.

**Notice to UK Investors:** This publication is produced by Cowen and Company, LLC which is regulated in the United States by FINRA. It is to be communicated only to persons of a kind described in Articles 19 and 49 of the Financial Services and Markets Act 2000 (Financial Promotion) Order 2005. It must not be further transmitted to any other person without our consent.

**Notice to European Union Investors:** Individuals producing recommendations are required to obtain certain licenses by the Financial Regulatory Authority (FINRA). You can review the author's current licensing status and history, employment history and, if any, reported regulatory, customer dispute, criminal and other matters via "Brokercheck by FINRA" at http://brokercheck.finra.org/. An individual's licensing status with FINRA should not be construed as an endorsement by FINRA. General biographical information is also available for each Research Analyst at www.cowen.com.

Additionally, the complete preceding 12-month recommendations history related to recommendation in this research report is available at https://cowen.bluematrix.com/sellside/Disclosures.action

The recommendation contained in this report was produced at February 07, 2017, 15:09 ET. and disseminated at February 07, 2017, 15 09 ET.

**Copyright, User Agreement and other general information related to this report**

© 2017 Cowen and Company, LLC. Member NYSE, FINRA and SIPC. All rights reserved. This research report is prepared for the exclusive use of Cowen clients and may not be reproduced, displayed, modified, distributed, transmitted or disclosed, in whole or in part, or in any form or manner, to others outside your organization without the express prior written consent of Cowen. Cowen research reports are distributed simultaneously to all clients eligible to receive such research reports. Any unauthorized use or disclosure is prohibited. Receipt and/or review of this research constitutes your agreement not to reproduce, display, modify, distribute, transmit, or disclose to others outside your organization the contents, opinions, conclusion, or information contained in this report (including any investment recommendations, estimates or price targets). All Cowen trademarks displayed in this report are owned by Cowen and may not be used without its prior written consent.

**Cowen and Company, LLC. New York** (646) 562-1000 **Boston** (617) 946-3700 **San Francisco** (415) 646-7200 **Chicago** (312) 577-2240 **Cleveland** (440) 331-3531 **Atlanta** (866) 544-7009 **Stamford** (646) 616-3000 **Washington D.C.** (202) 868-5300 **London** (affiliate) 44-207-071-7500

**COWEN AND COMPANY EQUITY RESEARCH RATING DEFINITIONS**

**Outperform (1):** The stock is expected to achieve a total positive return of at least 15% over the next 12 months

**Market Perform (2):** The stock is expected to have a total return that falls between the parameters of an Outperform and Underperform over the next 12 months

**Underperform (3):** Stock is expected to achieve a total negative return of at least 10% over the next 12 months

**Assumption:** The expected total return calculation includes anticipated dividend yield

## Cowen and Company Equity Research Rating Distribution

**Distribution of Ratings/Investment Banking Services (IB) as of 12/31/16**

| Rating | Count | Ratings Distribution | Count | IB Services/Past 12 Months |
|---|---|---|---|---|
| Buy (a) | 443 | 59.78% | 83 | 18.74% |
| Hold (b) | 286 | 38.60% | 11 | 3.85% |
| Sell (c) | 12 | 1.62% | 0 | 0.00% |

(a) Corresponds to "Outperform" rated stocks as defined in Cowen and Company, LLC's equity research rating definitions. (b) Corresponds to "Market Perform" as defined in Cowen and Company, LLC's equity research ratings definitions. (c) Corresponds to "Underperform" as defined in Cowen and Company, LLC's equity research ratings definitions. Cowen and Company Equity Research Rating Distribution Table does not include any company for which the equity research rating is currently suspended or any debt security followed by Cowen Credit Research and Trading.

Note: "Buy", "Hold" and "Sell" are not terms that Cowen and Company, LLC uses in its ratings system and should not be construed as investment options. Rather, these ratings terms are used illustratively to comply with FINRA regulation.

# *Points Of Contact*

## Analyst Profiles



**David Epstein, CFA**
Stamford
646.616.3050
david.epstein@cowen.com



**Patrick Marshall, CFA**
Stamford
646.616.3057
patrick.marshall@cowen.com

David Epstein is an analyst with Cowen Credit Research & Trading. He earned his MBA from UCLA and is a CFA charterholder.

Patrick Marshall is an associate with Cowen Credit Research & Trading. He is a CFA charterholder and graduate of Dartmouth College.

## Reaching Cowen

### Main U.S. Locations

**New York**
599 Lexington Avenue
New York, NY 10022
646.562.1000
800.221.5616

**Boston**
Two International Place
Boston, MA 02110
617.946.3700
800.343.7068

**Cleveland**
20006 Detroit Road
Suite 100
Rocky River, OH 44116
440.331.3531

**San Francisco**
One Maritime Plaza, 9th Floor
San Francisco, CA 94111
415.646.7200
800.858.9316

**Atlanta**
3399 Peachtree Road NE
Suite 417
Atlanta, GA 30326
866.544.7009

**Chicago**
181 West Madison Street
Suite 3135
Chicago, IL 60602
312.577.2240

**Stamford**
262 Harbor Drive
Stamford, CT 06902
646.616.3000

**Washington D.C.**
2900 K Street, NW
Suite 520
Washington, DC 20007
202.868.5300

### International Locations

**Cowen International Limited**

**London**
1 Snowden Street - 11th Floor
London EC2A 2DQ
United Kingdom
44.20.7071.7500

**Cowen and Company (Asia) Limited**

**Hong Kong**
Suite 1401 Henley Building
No. 5 Queens Road Central
Central, Hong Kong
852 3752 2333






