UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA<br><br>CLASS ACTION |
| This Document Relates to: All Actions | |

## NOTICE OF MOTION TO WITHDRAW REBECCA MATSUMURA AND EVAN ENNIS AS ATTORNEYS

PLEASE TAKE NOTICE that, upon his Declaration dated October 27, 2021, Israel Dahan will move this Court before the Honorable Ronnie Abrams, United States District Judge at the United States Courthouse located at 40 Foley Square, New York, New York, 10007,pursuant to Local Civil Rule 1.4, for leave to withdraw Rebecca Matsumura and Evan Ennis attorneys for Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Israel Dahan, Paul R. Bessette, Peter Isajiw and Chelsea Corey of King &Spalding LLP will continue as attorneys of record for Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout .

Dated:  October 27, 2021

Respectfully submitted

/s/ Israel Dahan
Israel Dahan
Peter Isajiw
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556.2100
Fax: (212) 556.2200
idahan@kslaw.com
pisajiw@kslaw.com

1

Paul R. Bessette
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457.2000
Fax: (512) 457.2100
pbessette@kslaw.com

Chelsea Corey
**KING & SPALDING LLP**
300 S. Tryon Street, Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (704) 503.2622
ccorey@kslaw.com

*Counsel for Defendants Global Brokerage, Inc. f/k/a
FXCM, Inc., Dror Niv, and William Ahdout*