UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br>This Document Relates to: All Actions | Master File No. 1:17-cv-00916-RA<br><br>CLASS ACTION |

### DECLARATION OF ISRAEL DAHAN IN SUPPORT OF MOTION TO WITHDRAW REBECCA MATSUMURA AND EVAN ENNIS AS ATTORNEYS

ISRAEL DAHAN hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm of King & Spalding LLP and one of the attorneys of record for Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout ("Defendants") in the above-captioned matter.

2. I make this Declaration in Support of a Motion to Withdraw Rebecca Matsumura and Evan Ennis as attorneys pursuant to Local Rule 1.4.

3. I am requesting leave to withdraw Rebecca Matsumura as one of the attorneys for King & Spalding LLP in this matter because Ms. Matsumura is no longer with the law firm of King & Spalding LLP. Her last day at the firm was October 15, 2021.

4. Additionally, I am requesting leave to withdraw Evan Ennis as one of the attorneys for King & Spalding LLP in this matter because Ms. Ennis is leaving the law firm of King & Spalding LLP on October 29, 2021.

5. Israel Dahan, Paul R. Bessette, Peter Isajiw and Chelsea Corey will continue as attorneys of record for Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout.

Dated:  October 27, 2021                                Respectfully submitted

/s/ Israel Dahan
Israel Dahan
Peter Isajiw
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556.2100
Fax: (212) 556.2200
idahan@kslaw.com
pisajiw@kslaw.com

Paul R. Bessette
**KING & SPALDING LLP**
500 W. 2nd Street, Suite 1800
Austin, TX 78701
Tel: (512) 457.2000
Fax: (512) 457.2100
pbessette@kslaw.com

Chelsea Corey
**KING & SPALDING LLP**
300 S. Tryon Street, Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (704) 503.2622
ccorey@kslaw.com

*Counsel for Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout*