# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION<br><br>**[PROPOSED] THIRD AMENDED SCHEDULING ORDER** |

This matter comes before the Court on the parties' joint letter motion, filed October 27, 2021, to modify the Amended Scheduling Order entered on March 19, 2021 (ECF No. 231). Upon review of the motion and for good cause shown, the Court GRANTS the motion and establishes the following deadlines in this matter:

1. The deadline for Plaintiffs to submit oppositions to Defendants' *Daubert* and dispositive motions is extended from November 11, 2021 to December 9, 2021.

2. The deadline for Defendants to submit replies in further support of their *Daubert* and dispositive motions is extended from December 13, 2021 to January 20, 2022.

SO ORDERED.

Dated: _____
      New York, New York

                                                     Hon. Barbara C. Moses
                                                     United States Magistrate Judge