UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br>This Document Relates to: All Actions | Master File No. 1:17-cv-00916-RA<br><br>CLASS ACTION |

## NOTICE OF MOTION TO WITHDRAW REBECCA MATSUMURA AND EVAN ENNIS AS ATTORNEYS

PLEASE TAKE NOTICE that, upon his Declaration dated October 27, 2021, Israel Dahan will move this Court before the Honorable Ronnie Abrams, United States District Judge at the United States Courthouse located at 40 Foley Square, New York, New York, 10007, pursuant to Local Civil Rule 1.4, for leave to withdraw Rebecca Matsumura and Evan Ennis attorneys for Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout in the above-captioned matter.

PLEASE TAKE FURTHER NOTICE that Israel Dahan, Paul R. Bessette, Peter Isajiw and Chelsea Corey of King &Spalding LLP will continue as attorneys of record for Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout .

Dated: October 27, 2021               Respectfully submitted

/s/ Israel Dahan
Israel Dahan
Peter Isajiw
**KING & SPALDING LLP**
1185 Avenue of the Americas
New York, New York 10036
Tel: (212) 556.2100
Fax: (212) 556.2200
idahan@kslaw.com
pisajiw@kslaw.com

1

        Paul R. Bessette
        **KING & SPALDING LLP**
        500 W. 2nd Street, Suite 1800
        Austin, TX 78701
        Tel: (512) 457.2000
        Fax: (512) 457.2100
        pbessette@kslaw.com

        Chelsea Corey
        **KING & SPALDING LLP**
        300 S. Tryon Street, Suite 1700
        Charlotte, North Carolina 28202
        Tel: (704) 503.2575
        Fax: (704) 503.2622
        ccorey@kslaw.com

        *Counsel for Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout*

Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
10/28/2021