USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/29/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION <br><br> [PROPOSED] THIRD AMENDED SCHEDULING ORDER |
| This Document Relates To: All Actions | |

This matter comes before the Court on the parties' joint letter motion, filed October 27, 2021, to modify the Amended Scheduling Order entered on March 19, 2021 (ECF No. 231). Upon review of the motion and for good cause shown, the Court GRANTS the motion and establishes the following deadlines in this matter:

1. The deadline for Plaintiffs to submit oppositions to Defendants' *Daubert* and dispositive motions is extended from November 11, 2021 to December 9, 2021.

2. The deadline for Defendants to submit replies in further support of their *Daubert* and dispositive motions is extended from December 13, 2021 to January 20, 2022.

SO ORDERED.

Dated: October 29, 2021
       New York, New York

Hon. Barbara C. Moses
United States Magistrate Judge

1