# EXHIBIT 91




[FXCM LISTED NYSE (/web/20130205185432/http://www.fxcm.com/)]

HOME (/WEB/20130205185432/HTTP://WWW.FXCM.COM/)
ADVANTAGES (/WEB/20130205185432/HTTP://WWW.FXCM.COM/ADVANTAGES/)
Industry Leader (/web/20130205185432/http://www.fxcm.com/advantages/leading-forex-broker/)
Acclaimed Execution (/web/20130205185432/http://www.fxcm.com/advantages/...)
BASICS (/WEB/20130205185432/HTTP://WWW.FXCM.COM/FOREX-BASICS/...)
Execution Types (/web/20130205185432/http://www.fxcm.com/advantages/forex-execution/)
PRODUCTS & SERVICES (/WEB/20130205185432/HTTP://WWW.FXCM.COM/PRODUCTS/)
Pricing & Spreads (/web/20130205185432/http://www.fxcm.com/advantages/forex-...)
RESOURCE CENTER (/WEB/20130205185432/HTTP://WWW.FXCM.COM/RESOURCES/)
Platform Options (/web/20130205185432/http://www.fxcm.com/advantages/best-...)
SUPPORT (/WEB/20130205185432/HTTP://WWW.FXCM.COM/SUPPORT/FAQ/)
Forex Trading Tools (/web/20130205185432/http://www.fxcm.com/advantages/fo...)

PRACTICE ACCOUNT (/WEB/20130205185432/HTTP://WWW.FXCM.COM/FREE-FOREX-TRADING-DEMO/)
OPEN AN ACCOUNT (/WEB/20130205185432/HTTP://WWW.FXCM.COM/OPEN-ACCOUNT/)
LOG IN
LIVE CHAT
US

# Why Execution Matters

**FOREX-EXECUTION**

COMPARE EXECUTION TYPES (/WEB/20130205185432/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/COMPARE-EXECUTION-TYPES/)

NO DEALING DESK (/WEB/20130205185432/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/NO-DEALING-DESK/)

DEALING DESK (/WEB/20130205185432/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/DEALING-DESK/)

WHY EXECUTION MATTERS (/WEB/20130205185432/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/WHY-EXECUTION-MATTERS-FAQ/)

EXPAND ALL

Why does FXCM offer dealing desk execution?

Why does FXCM offer two types of forex execution when most brokers only offer one?

How do I know if my current broker is a dealing desk broker?

FXCM's dealing desk can see my stops, limits, and entry orders. How do I know that they won't trade against me?

What will FXCM's dealing desk do if I use a trading strategy that they don't like?

**If you can see my waiting orders (entry, stop, and limit) with dealing desk execution, why can't you see them with No Dealing Desk execution?**

FXCM can see your waiting orders when you trade with No Dealing Desk execution. But this does not create a conflict of interest between you and FXCM because we aren't taking a market position. When you place an order with FXCM, we place an identical order to yours with our liquidity providers.

Our liquidity providers only see market orders coming from FXCM. They do not see orders coming from you, and they cannot see your waiting orders (stops, limits, entry orders). So your trading is anonymous with our liquidity providers under the No Dealing Desk model.

**FREE PRACTICE ACCOUNT**

Get Free $50,000 along with a FREE Forex trading guide

FIRST NAME

LAST NAME

E-MAIL

COUNTRY

PHONE

☑ Email me free educational trading material to start trading currencies. Valid e-mail required.

Read Demo Disclaimer

**SUBMIT**

How can I switch between execution types?

Is dealing desk execution available to the MetaTrader 4 platform?

Can FXCM switch my execution type without my consent?

[1] FXCM maintains a no re-quote policy. Circumstances exist based on order size, trading pattern, and market conditions where individuals may not receive execution at the requested rate. Orders are executed at the next available rate within the trader□□s parameters, subject to market conditions. The difference between the requested rate and final execution price may be more or less advantageous based on the market activity and available liquidity.

Exhibit 0030

PREVIOUS: **DEALING DESK (/WEB/20130205185432/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-EXECUTION/DEALING-DESK/)** | NEXT: **FOREX SPREADS PRICING (/WEB/20130205185432/HTTP://WWW.FXCM.COM/ADVANTAGES/FOREX-SPREADS-PRICING/)**

http://www.fxcm.com/advantages/forex-execution/why-execution-matters.jsp

Case 1:17-cv-00916-RA-BCM   Document 272-12   Filed 12/09/21   Page 3 of 4

16 captures
19 Oct 2012 - 4 Jul 2014

NOV FEB MAR
05
2012 2013 2014

About this capture



Trading Station Benefits
01:32

- **An Industry Leader** (/web/20130205185432/http://www.fxcm.com/why-fxcm-forex-broker/)
- **Acclaimed Execution** (/web/20130205185432/http://www.fxcm.com/advantages/benefits/trading-benefits/)
- **Price Improvements** (/web/20130205185432/http://www.fxcm.com/advantages/benefits/price-improvements/)
- **Market Orders** (/web/20130205185432/http://www.fxcm.com/advantages/benefits/order-execution/)
- **Fractional Pip Pricing** (/web/20130205185432/http://www.fxcm.com/advantages/benefits/fractional-pip-pricing/)

- **FAQs** (/web/20130205185432/http://www.fxcm.com/support/)
- **Calendar of Events** (/web/20130205185432/http://www.fxcm.com/resources/customer-webinars/)
- **New to Forex Trading Guide** (/web/20130205185432/http://www.fxcm.com/resources/forex-trading-guide/)
- **DailyFX Economic Calendar** (https://web.archive.org/web/20130205185432/http://...)
- **DailyFX Research & Analysis** (https://web.archive.org/web/20130205185432/http://...)
- **DailyFX Forum** (https://web.archive.org/web/20130205185432/http://...)

---

### CUSTOMER SERVICE

Chat with a Specialist 24/7

Contact Us (/web/20130205185432/http://www.fxcm.com/support/contact-client-support/)

Institutional Services (/web/20130205185432/http://www.fxcm.com/services/institutional-services/)

Manage Account / Deposit (/web/20130205185432/http://www.fxcm.com/support/manage-account/)

Currency Converter (https://web.archive.org/web/20130205185432/http://www.dailyfx.com/currency-converter/)

Site Map (/web/20130205185432/http://www.fxcm.com/sitemap/)

Call us +1 888 50 FOREX (36739)

### DOWNLOAD

Trading Station Desktop (https://web.archive.org/web/20130205185432/http://www.fxcorporate.com/TS2Install.exe)

MetaTrader 4 (https://web.archive.org/web/20130205185432/http://www.fxcorporate.com/MT4Install.exe)

Mobile Apps (/web/20130205185432/http://www.fxcm.com/services/trading-station/mobile-app/)

### LAUNCH SOFTWARE

Trading Station Web (https://web.archive.org/web/20130205185432/http://tsweb.fxcorporate.com/)

Mirror Trader (https://web.archive.org/web/20130205185432/http://ctmtplatform.tradency.com/B1/fxcm)

### ABOUT FXCM

FXCM Financials (/web/20130205185432/http://www.fxcm.com/about/financial-performance/)

Office Addresses (/web/20130205185432/http://www.fxcm.com/about/fxcm-sites-offices/)

Regulation (/web/20130205185432/http://www.fxcm.com/legal/forex-regulation/)

Awards & accolades (/web/20130205185432/http://www.fxcm.com/advantages/awards-accolades/)

Investor Relations (https://web.archive.org/web/20130205185432/http://ir.fxcm.com/)

Careers (https://web.archive.org/web/20130205185432/https://www1.apply2jobs.com/FXC)

Code of Conduct (/web/20130205185432/http://www.fxcm.com/legal/code-of-conduct/)

### ACCOUNTS

Risk Free Practice Account (/web/20130205185432/http://www.fxcm.com/trading-demo/)

Open an Account (/web/20130205185432/http://www.fxcm.com/open-account/)

### FOLLOW US

(https://web.archive.org/...facebook...) (https://web.archive.org/...twitter...)

---

**High Risk Investment Warning:** Trading foreign exchange on margin carries a high level of risk, and may not be suitable for all investors. The high degree of leverage can work against you as well as for you. Before deciding to trade foreign exchange you should carefully consider your investment objectives, level of experience, and risk appetite. The possibility exists that you could sustain a loss of some or all of your initial investment and therefore you should not invest money that you cannot afford to lose. You should be aware of all the risks associated with foreign exchange trading, and seek advice from an independent financial advisor if you have any doubts. **Please read FXCM's full risk warning (/web/20130205185432/http://www.fxcm.com/legal/trading-execution-risks/)**.

FXCM is a registered Futures Commission Merchant and Retail Foreign Exchange Dealer with the Commodity Futures Trading Commission and is a member of the National Futures Association. NFA # 0308179

FXCM Inc., a publicly traded company listed on the New York Stock Exchange (NYSE: FXCM), is a holding company and its sole asset is a controlling equity interest in FXCM Holdings, LLC. Forex Capital Markets, LLC ("FXCM LLC") is a direct operating subsidiary of FXCM Holdings, LLC. All references on this site to "FXCM" refer to FXCM Inc. and its consolidated subsidiaries, including FXCM Holdings, LLC and Forex Capital Markets, LLC.

Please note the information on this website is intended for retail customers only, and certain representations herein may not be applicable to Eligible Contract Participants (i.e., institutional clients) as defined in the Commodity Exchange Act §1(a)(12).

Copyright © 2012 Forex Capital Markets (/web/20130205185432/http://www.fxcm.com/). All rights reserved. Terms of Use (/web/20130205185432/http://www.fxcm.com/legal/terms-conditions/) and Privacy Policy (/web/20130205185432/http://www.fxcm.com/legal/privacy-policy/).

http://www.fxcm.com/advantages/forex-execution/why-execution-matters/faq/

16 captures
19 Oct 2012 - 4 Jul 2014

NOV FEB MAR
◀ 05 ▶
2012 2013 2014

About this capture