# EXHIBIT 125

Table of Contents

As filed with the Securities and Exchange Commission on September 3, 2010.

Registration No. 333-

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## Form S-1
REGISTRATION STATEMENT
UNDER
THE SECURITIES ACT OF 1933

# FXCM Inc.
(Exact Name of Registrant as Specified in its Charter)

| Delaware | 6220 | 27-3268672 |
|---|---|---|
| (State or other jurisdiction of incorporation or organization) | (Primary Standard Industrial Classification Code Number) | (I.R.S. Employer Identification No.) |

**32 Old Slip**
**New York, NY 10005**
**Telephone: (646) 432-2986**
(Address, including zip code, and telephone number, including area code, of Registrant's principal executive offices)

**David S. Sassoon**
**General Counsel**
**FXCM Inc.**
**32 Old Slip**
**New York, NY 10005**
**Telephone: (646) 432-2241**
(Name, address, including zip code, and telephone number, including area code, of agent for service)

*Copies to:*

| Joshua Ford Bonnie | Robert Evans III |
|---|---|
| Simpson Thacher & Bartlett LLP | Shearman & Sterling LLP |
| 425 Lexington Avenue | 599 Lexington Avenue |
| New York, NY 10017-3954 | New York, NY 10022 |
| Telephone: (212) 455-2000 | Telephone: (212) 848-8830 |
| Facsimile: (212) 455-2502 | Facsimile: (646) 848-8830 |

Approximate date of commencement of the proposed sale of the securities to the public: **As soon as practicable after the Registration Statement is declared effective.**

If any of the securities being registered on this form are to be offered on a delayed or continuous basis pursuant to Rule 415 under the Securities Act of 1933, check the following box. ☐

If this form is filed to register additional securities for an offering pursuant to Rule 462(b) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(c) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

If this form is a post-effective amendment filed pursuant to Rule 462(d) under the Securities Act, check the following box and list the Securities Act registration statement number of the earlier effective registration statement for the same offering. ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, a non-accelerated filer, or a smaller reporting company. See the definitions of "large accelerated filer," "accelerated filer" and "smaller reporting company" in Rule 12b-2 of the Exchange Act. (Check one):

| Large accelerated filer ☐ | Accelerated filer ☐ | Non-accelerated filer ☒ | Smaller reporting company ☐ |
|---|---|---|---|
| | | (Do not check if a smaller reporting company) | |

**CALCULATION OF REGISTRATION FEE**

| Title of Each Class of Securities to be Registered | Proposed Maximum Aggregate Offering Price(1)(2) | Amount of Registration Fee |
|---|---|---|
| Class A Common Stock, par value $.01 per share | $200,000,000 | $14,260 |

(1) Estimated solely for the purpose of determining the amount of the registration fee in accordance with Rule 457(o) under the Securities Act of 1933.
(2) Includes shares of Class A common stock subject to the underwriters' option to purchase additional shares of Class A common stock.

The Registrant hereby amends this Registration Statement on such date or dates as may be necessary to delay its effective date until the Registrant shall file a further amendment which specifically states that this Registration Statement shall thereafter become effective in accordance with Section 8(a) of the Securities Act of 1933 or until the Registration Statement shall become effective on such date as the Commission, acting pursuant to said Section 8(a), may determine.