# EXHIBIT 164 FILED UNDER SEAL