# EXHIBIT 165 FILED UNDER SEAL