# EXHIBIT 200 FILED UNDER SEAL