# KING & SPALDING

King & Spalding LLP
1185 Avenue of the Americas
New York, NY 10036-4003
Tel: +1 212 556 2100
Fax: +1 212 556 2222
www.kslaw.com

Israel Dahan
Partner
Direct Dial: +1 212 556 2114
Direct Fax: +1 212 556 2222
idahan@kslaw.com

January 20, 2022

*Via ECF*

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

  Re: *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation* Civ. No. 17-cv-00916 (RA)

Dear Judge Abrams:

  Pursuant to Section 4.G of Your Honor's Individual Rules & Practices in Civil Cases, Defendants Global Brokerage, Inc. f/k/a FXCM Inc., Dror Niv, and William Ahdout respectfully request oral argument on their (1) Motion for Summary Judgment Against Plaintiffs (ECF Nos. 247-253); (2) Motion To Exclude the Reports, Testimony, and Opinions of John E. Barron (ECF Nos. 237-241); and (3) Motion To Exclude the Reports, Testimony, and Opinions of Dr. Adam Werner (ECF Nos. 242-246).

  Defendants are available to appear for oral argument at the Court's convenience. Thank you for your consideration of this request.

              Respectfully submitted,

              KING & SPALDING LLP

              */s/ Israel Dahan*
              Israel Dahan

              *Counsel for Defendants*

cc: All Counsel of Record