# Exhibit 213

# Filed Under Seal