# Exhibit 215

# Filed Under Seal