# Exhibit 216

# Filed Under Seal