# Exhibit 218

# Filed Under Seal