# Exhibit 219

# Filed Under Seal