# Exhibit 221

# Filed Under Seal

# Exhibit 221

# Filed Under Seal