# Exhibit 222

# Filed Under Seal