# Exhibit 225

# Filed Under Seal