USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 06/07/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

No. 17-CV-0916 (RA) (BCM)

ORDER

RONNIE ABRAMS, United States District Judge:

The Court intends to hold oral argument on the pending motions for summary judgment and pending motion *in limine* in this matter. By June 13, 2022, the parties shall submit a joint letter informing the Court of their availability for argument during the weeks of July 5, July 18, July 25, August 1, August 8, and August 15. The parties shall also state their preference between arguing in person or via videoconference. The Clerk of Court is respectfully directed to terminate the motion pending at docket number 279.

SO ORDERED.

Dated:   June 7, 2022
         New York, New York

Ronnie Abrams
United States District Judge