June 13, 2022

<u>*Via ECF*</u>

The Honorable Ronnie Abrams
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation*, Civ. No. 17-cv-00916 (RA) (BCM)

Dear Judge Abrams:

Pursuant to the Court's Order dated June 7, 2022 (Dkt. No. 287), the parties submit this joint letter regarding the upcoming oral argument on the pending motions for summary judgment and motions *in limine* in the above-referenced matter. The parties prefer an in-person argument and are available for argument on July 19-22 and August 17-19. To the extent relevant, the parties are also available August 24-26.

                                                              Respectfully submitted,

| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
|---|---|
| */s/ Joshua Baker* | */s/ Israel Dahan* |
| Phillip Kim | Israel Dahan |
| Joshua Baker | Peter Isajiw |
| Brent LaPointe | Ryan Gabay |
| 275 Madison Avenue, 40th Floor | 1185 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10036-2601 |
| Telephone: (212) 686-1060 | Tel: (212) 556.2100 |
| Fax: (212) 202-3827 | Fax: (212) 556.2200 |
| Email: pkim@rosenlegal.com | Email: idahan@kslaw.com |
| Email: jbaker@rosenlegal.com | Email: pisajiw@kslaw.com |
| Email: blapointe@rosenlegal.com | Email: rgabay@kslaw.com |
| *Lead Counsel for Lead Plaintiffs* | Chelsea Corey |
|  | 300 South Tryon Street |
|  | Suite 1700 |
|  | Charlotte, North Carolina 28202 |
|  | Tel: (704) 503.2575 |
|  | Fax: (512) 503.2622 |
|  | Email: ccorey@kslaw.com |

The Court will hold oral argument on July 19, 2022 at 10:00 a.m. in Courtroom 1506 of the Thurgood Marshall United States Courthouse.

SO ORDERED.

_____
Hon. Ronnie Abrams
June 14, 2022

*Attorneys for Defendants*