```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/11/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

No. 17-CV-0916 (RA) (BCM)

ORDER

RONNIE ABRAMS, United States District Judge:

    The Court will hold a conference in this case on August 19, 2022 at 1:00 p.m. The conference will be held telephonically. The parties may access the conference with the following information: Dial-In Number (888) 363-4749; Access Code 1015508#. This line will be publicly accessible.

SO ORDERED.

Dated:    August 11, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge