USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/17/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE GLOBAL BROKERAGE, INC. f/k/a
FXCM INC. SECURITIES LITIGATION

No. 17-CV-0916 (RA) (BCM)

ORDER

RONNIE ABRAMS, United States District Judge:

Pending before the Court are Defendants Global Brokerage, Inc., Dror Niv, and William Ahdout's motion for summary judgment, motion to exclude the reports, testimony, and opinions of Adam Werner, and motion to exclude the reports, testimony, and opinions of John E. Barron. For reasons that will be articulated at the conference scheduled on August 19, 2022 at 1:00 p.m., the motion for summary judgment is denied; the motion to exclude Werner's reports, testimony, and opinions is denied; and the motion to exclude Barron's reports, testimony, and opinions is granted in part and denied in part.

The Clerk of Court is respectfully directed to terminate the motions pending at docket numbers 237, 242, and 247.

SO ORDERED.

Dated:   August 17, 2022
         New York, New York

Ronnie Abrams
United States District Judge