# Exhibit 7

COMMODITY FUTURES TRADING COMMISSION

------------------------------------------x

IN THE MATTER OF:

RETAIL FOREX FRAUD

------------------------------------------x

140 Broadway
New York, New York

April 7, 2016
9:44 a.m.

DEPOSITION of JOHN DITTAMI, the witness herein, taken by the Commodity Futures Trading Commission, pursuant to Agreement, held at the above-noted time and place, before a Notary Public of the State of New York.

John Dittami

execution, the ultimate goal was to do trading that was to be both institutional -- up against institutional counterparts and retail counterparts to build distribution services, to build an entire institution for foreign exchange business.

Q How long did you stay at FXCM?

A We separated I believe March 23rd when I formed Effex Capital.

Q When did you leave?

A FXCM said that I was not allowed -- that I wouldn't be able to trade and be owned by FXCM, so we had to separate. FXCM said I couldn't trade there for regulatory reasons, they said -- and they said you have to separate into your own entity, you cannot trade and be part of FXCM.

Q Who told you that you couldn't be part of FXCM?

A It's a long time ago, it was probably William, it's probably William but it's a long time, William Ahdout, that's probably but it's a long time ago.

Q What did William Ahdout tell you?

A I'm sorry, probably also Ken Grossman.

consume at -- the consumer, I'm providing liquidity. Market taking is I am the consumer as opposed to the liquidity provider.

MR. DALY: Thank you.

BY MR. ROMEU-MATTA:

Q Does Effex Capital have a business model?

A We have a business model market making and it's nothing formal but we -- yes.

Q That's what you've already described as market making and market taking?

A Market making, yeah.

Q What entities does Effex Capital currently provide liquidity for?

A FXCM, EDS, Hot Spot, Currenex, Reuters, R-e-u-t-e-r-s, Fast Match which is an FXCM entity, Fast Match, I'm sure there are others, I didn't get a list.

Q What financial institutions, exchanges or --

A Within those there are end customers within these distribution accounts.

Q What financial institutions, exchanges or ECMs does Effex Capital currently

trade with?

A Of the ones I just mentioned Hot Spot and ECN, actually FXL we trade with as well, EBS is an ECN, Interbank, Reuters is an ECN, Interbank, FXCM is an ECN, Fast Match is also an ECN. Off the top of my head those are the ones I can recall. We've traded with 150 banks over the years so it's hard to remember.

Q What percentage of profits is derived from each of the entities Effex Capital provides liquidity for?

A What percentage --

Q What percentage of profits is derived from each one of the entities Effex Capital provides liquidity for, if you know?

A It's extremely rough to drive but I will say the majority is derived from FXCM-related ventures.

Q How many FXCM related ventures are there?

A I'll try to count, five.

Q Could you tell me what they are?

A Sure. We provided liquidity to the Japanese, FXCM Japan, we provided liquidity to a

John Dittami

to make money but it's a belief system, so it's a combination of people don't want to lose their jobs, people don't want to change, people are hesitant to work with a small non-bank and take pressure from the other banks, constantly take pressure.

Q The fact that you Effex Capital was a non-bank was not an issue for FXCM?

A No, and I think that's because I had started before the transition in an employee relationship, I think if I had not started in that relationship it probably would have been an issue for them.

Q How did starting in a relationship with FXCM help them -- convince them that they could deal with a non-bank?

A I think they figured out I was the real deal, I don't think they even thought that I would be able to make money on this. It's very uncommon, not a lot of people -- a very small amount of people succeed in trading ventures but those that do succeed in an outsized way.

Q When Effex Capital was first organized what entities did it provide liquidity

for?

A When it was first organized it only provided liquidity to FXCM.

Q For how long?

A Until we added Interbank. EBS, we were the designated market maker for the smallest contracts for the largest Interbank in the world, that's EBS.

Q When did that take place?

A 2010. I'm not going to get the date right but we were out trying to sell everyone as quick as possible. Gain Capital they wouldn't take it. EBS I think was the first and then Reuter's was the second, that was in 2010, both of those, then we were out hitting the street. I can't remember when we started pricing Alpari. We were very quickly on boarding.

Q So it changed over time?

A It changed over time, yeah.

Q How did it change over time?

A We've had, like I said, 170 different connections over this these years.

Q When you say connections what do you mean?

John Dittami

A Streams, you know, to different ECNs, to end customers through an ECN, to big brokers, Alpari, Saxal Bank. Every competitor of FXCM we tried to sell our liquidity to.

Q When Effex Capital was first organized what percentage of profits from derived from market making at FXCM?

A A hundred percent on the first day.

Q For how long?

A Until we started trading EBS and Reuters, so sometime in -- a few months later, roughly in 2010, as soon as we started getting that trading going out of the ECNs. It would have been after July, it must have been 2010.

Q Did the percentage of profits that Effex Capital derived from market making at FXCM change over time?

A Yes, it fell. It fell for a long time until this year and then this year it rose because I changed my business model, I starting closing off a lot of streams to have less streams, started focusing on trading my props. It fell for a long, long, long time, just kept falling.

Q When it was first organized who had

you losing that 15 percent change the math you and I were previously discussing?

A So in the example I provided to you, let me make the numbers 85 percent, so if that Japanese broker held 85 percent up to that -- did I say two yards, I can't remember the number I used, it will still look nothing like the end customers performance, it will still not -- 85 percent will still dramatically change the performance, dramatically change.

In fact, something probably more like roughly one to five percent will completely change the dynamic of that whole issue, one to five. It's a very small amount of flow in a very precise times generates the lions share of customer losses, would generate the lions share of what I guess in your question would have been the opposite profit. Very small share, very unique, very tiny. Brokers don't understand that.

Q I guess it's where I think you and I are missing each other. So there would not be a one to one correlation between customer losses and profits once you don't have the complete market but you're -- if all you were trading was against

the customers, your profit and loss would be generated from -- to or from the customer, if you weren't trading with anyone else out there other than the customer, correct?

A There's not a close correlation. For example, you know, we generically generated trading revenue each and every week. We've, I don't know, roughly been between 30 percent to 55 percent in this region percentage, our performance looks absolutely -- I don't know exactly what customers make or lose every week, I'm going to guess that there are weeks they lose and weeks they make and days they lose and days they make.

Ours is nothing like that, customers lose money, we make money, customers make money, we generally make money, and we're at 35 or 40, it's like zero correlation. When does that correlation become -- when does that change, 95, 99 percent, so what I'm trying to articulate is that even small interventions, meaning I didn't take -- there's not a hundred percent of the deals exactly mirrored or meaning that there was any hedging done even in extreme situations, even very small modifications completely change the

John Dittami

that isn't their business.

Q Does Exhibit 22 refresh your recollection that you continued to use FXCM's instant messenger service until at least August 31, 2011?

A Yes, that sounds --

Q Do you know to what date Effex Capital employees continued to use FXCM's instant messenger?

A I don't know to what date they continued to.

Q Do you know what year?

A I don't know what year. I believe it would have been past 2011 though. I believe it would have been 2012 but I don't know what year.

Q When Effex Capital was formed how was it capitalized?

A How was it capitalized. Well, with my personal funds, John Dittami personal funds, the only owner, et cetera there. The trading margin which is not Effex Capital, the trading -- getting a line to do trading was through that Effex prime account, that's my line to do trading but that's not my capital.

Q How much was that line?

A That was the $2 million and, again, I don't know if it's an accounting entry or real entry, I don't understand in the FXCM systems but the funds to run the business are my personal funds.

Q When it started operations did Effex Capital have it's own prime brokerage account?

A When it started business it had a prime brokerage account that was a prime FXCM prime and instantly we started setting up the instant process and going through the negotiations with Citi by mid or July, I'm estimating roughly in July we had our own prime brokerage account with Citi. Before that we had a prime brokerage of prime account through FXCM and then we went to a -- finished our credit review, finished all of our paperwork with Citi and had a full on, full fledged tier one prime by July 2010. We no longer needed a prime of prime brokerage middleman.

(E-mail dated 7/26/10 marked Exhibit 23 for identification.)

Q Let me show you what I've marked as Exhibit No. 23. It's an e-mail dated July 26,