# Exhibit 9

Page 1

1          CONFIDENTIAL -  JOHN DITTAMI

2            UNITED STATES DISTRICT COURT

        FOR THE SOUTHERN DISTRICT OF NEW YORK

3

       In re:                    :

4                                :  Master File No.

       Global Brokerage, Inc.    :  1:17-cv-00916-RA

5      F/k/a FXCM, Inc.          :

       Securities Litigation     :

6      ----------------------    :

7

8            REMOTE VIDEO DEPOSITION OF:

9                 JOHN DITTAMI

10           THURSDAY, JANUARY 21, 2021

11

12

13

14

15

16

17

18

19

20

21

22

23

24    REPORTED BY:

      SILVIA P. WAGE, CCR, CRR, RPR

25

**Exhibit 0014** Barron

CONFIDENTIAL - JOHN DITTAMI

1
2      A. Yes, I do.
3      Q. What "team" is this referring to?
4      A. The team would have been my hires
5  that I made after -- after April 2010; James
6  Bradley, consultants of First Derivatives, Chris
7  Meyer, members that I was hiring to grow my team.
8      Q. Okay. And is this referring to any
9  FXCM employees?
10     A. No, this is -- this -- it's my team.
11 It's people I hired, partners I brought on,
12 consultants I paid.
13     Q. Okay. And does this mean that at
14 EFFEX you and your team continued the build out
15 and development of the trading system that you
16 had worked on at FXCM?
17     A. That's correct.
18     Q. And that's EES?
19     A. While at FXCM, yes.
20     Q. Yes, thank you.
21         The next part of the paragraph reads,
22 "EFFEX Capital was formed by Mr. Dittami on March
23 23rd, 2010."
24         Do you see that?
25     A. Yes.

CONFIDENTIAL - JOHN DITTAMI

1
2      Q. And that's true?
3      A. Yes.
4      Q. So EFFEX did not exist prior to
5  March 23rd, 2010?
6      A. That's correct.
7      Q. How did you form EFFEX?
8      A. Signed a document to open an LLC. I
9  bought a website, got an e-mail, things like
10 this.
11     Q. Did anyone assist you in forming
12 EFFEX?
13     A. I believe the FXCM Counsel helped me
14 walk through how I would or how I would initiate
15 this and my own -- and my own Counsel to help me
16 assist as well.
17     Q. Okay. Thank you. That was my next
18 question.
19     A. Primarily, my own Counsel, operating
20 group.
21     Q. Did anyone else at FXCM assist you
22 with forming EFFEX?
23     A. No.
24     Q. About how many people worked at EFFEX
25 when you first started the company?

CONFIDENTIAL - JOHN DITTAMI

1
2      A. It was myself plus consultants
3  contracted via First Derivatives.
4      Q. And about how many people --
5      A. (INAUDIBLE.)
6      Q. I'm sorry, go ahead.
7      A. Yeah. So, on the first day, it was
8  myself and consultants that I used as my key
9  resources on the first day.
10     Q. And how about by the end of 2010?
11     A. It would have been consultant -- one
12 of the consultants that I brought in as a partner
13 James Bradley and then a consultant I brought in
14 as my partner Andrew Wilson, Chris Meyer who I
15 brought on as a partner. I can't remember what
16 other hire -- I had lots -- I was making hires.
17 So I can't remember what other hires I made at
18 that time on that date.
19     Q. And -- that's fair.
20         Do you have a sense for about how
21 many employees you had at EFFEX total at the end
22 of 2010?
23     A. It would have been those that I just
24 mentioned maybe plus one, maybe plus two. I
25 can't remember the dates of my hires.

CONFIDENTIAL - JOHN DITTAMI

1
2      Q. And would the individuals that you
3  mentioned, James Bradley, Andrew Wilson and Chris
4  Meyer, did they have any other titles or specific
5  roles at EFFEX other than partner?
6      A. There were -- Andrew Wilson was head
7  of technology. James Bradley was head of trading
8  operations. Both of them managed technology.
9  Chris Meyer was COO, Chief Operating Officer --
10     Q. Okay.
11     A. -- and sales.
12     Q. Okay. Do you know, approximately,
13 how many people worked at EFFEX in 2014?
14     A. My numbers changed all the time. I
15 don't know. A low end of 7 and a high end of 14
16 somewhere in between the middle.
17     Q. Okay. Did you ever have an ownership
18 interest in EFFEX?
19     A. Yes, I have. From Day 1, I had
20 ownership interest in EFFEX.
21     Q. And still today you have an ownership
22 in EFFEX?
23     A. Yes, I do.
24     Q. And did the amount of your ownership
25 interest change over time?

12 (Pages 42 - 45)

Page 158

CONFIDENTIAL - JOHN DITTAMI
1
2    Q. And take a minute to review.
3        MR. BAKER: For the record,
4  Exhibit 30 is GLBR 124982 and attachments, which
5  are in order GLBR 124984, GLBR 125001, GLBR
6  125009, GLBR 125012 and GLBR 125014.
7    Q. Mr. Dittami, when you're ready, my
8  first question to you will be, is this an e-mail
9  to yourself to Mr. Paykin or Dick and copying
10  Mr. Ahdout and Mr. Grossman?
11    A. Yes.
12    Q. And it includes the attachments to
13  your e-mail?
14    A. It includes many attachments, yes.
15    Q. In your e-mail, you write, "Alex
16  please find attached proposed docs for FXCM/Effex
17  arrangement."
18        What FXCM/Effex arrangement were you
19  referring to here?
20    A. It must be what I'm trying to
21  negotiate because there are documents on here
22  that even came in -- through, so -- that
23  negotiated discussions that I was answering about
24  earlier.
25    Q. And so, in October of 2010, were you

Page 159

CONFIDENTIAL - JOHN DITTAMI
1
2  discussing changes to the contractual
3  relationship between Effex and FXCM?
4    A. I was discussing it for as long as I
5  could until they told me to stop it.
6    Q. That's fair.
7        To your knowledge, were any of the
8  attached draft documents ever finalized or
9  executed?
10    A. I can't speak for everyone. There is
11  no limited put document that was completed.
12  Again, the option agreement I had to see, you
13  know. There's no option agreement in place.
14  I'll have to go to the addendum and see the
15  Services Agreement, but I -- the Services
16  Agreement that was valid throughout our
17  relationship. The last one was the one you
18  displayed earlier.
19        There was no operating agreement ever
20  agreed to. We tried to do an operating agreement
21  and the negotiated terms if an option was
22  validated and executed and we could not come to
23  terms on an operating agreement in such a
24  situation. So, no, none of this was executed.
25        The employment agreement -- yeah, no,

Page 160

CONFIDENTIAL - JOHN DITTAMI
1
2  I don't believe any of this was executed. This
3  was all negotiated and not agreed to by FXCM.
4    Q. Okay. And we're going to just
5  briefly just walk through these attachments.
6        Let's start with the first one, which
7  begins at GLBR 124984. Just let me know when
8  you're there.
9    A. I'm there.
10    Q. And this is a draft Employment
11  Agreement between you and Effex?
12    A. Yes, this is an draft employment --
13  yes.
14    Q. And was that draft Employment
15  Agreement designed to take effect in the event
16  that FXCM exercised an option to purchase a
17  70 percent stake in Effex for $1?
18    A. I believe that's what this is, yes.
19    Q. And it was your recollection that
20  this draft Employment Agreement was never
21  executed?
22    A. Correct, it was never executed.
23    Q. Or any later version of this
24  document?
25    A. No, this -- we were never able to

Page 161

CONFIDENTIAL - JOHN DITTAMI
1
2  agree on documents after the Services Agreement.
3    Q. Okay. Moving to the next attachment,
4  which begins at GLBR 125001. Just let me know
5  when you're there.
6    A. It's taking a while to refresh. I am
7  there.
8    Q. Okay. So is this a draft LLC
9  Operating Agreement for Effex?
10    A. Yes.
11    Q. And was this draft LLC agreement
12  designed to take effect in the effect that FXCM
13  exercised an option to purchase a 70 percent
14  stake in Effex for $1?
15    A. I believe that was the negotiated --
16  yes, I believe that's what it was intended to be
17  a draft of.
18    Q. And is it your recollection that this
19  agreement or any later version of it was never
20  executed?
21    A. Correct. We never agreed on any of
22  the documents.
23    Q. Okay. Going down to the next
24  attachment, which begins at 125009. Let me know
25  when you're there.

41 (Pages 158 - 161)