# Exhibit 12

**Page 1**

1

2                    UNITED STATES DISTRICT COURT

             FOR THE SOUTHERN DISTRICT OF NEW YORK

3

4         In re:                    :

                                    :   Master File No.

          Global Brokerage, Inc.    :   1:17-cv-00916-RA

5         F/k/a FXCM, Inc.          :

          Securities Litigation     :

6         ----------------------    :

7                        CONFIDENTIAL

8              REMOTE VIDEO DEPOSITION OF:

9                        DROR NIV

10            THURSDAY, FEBRUARY 11, 2021

11

12

13

14

15

16

17

18

19

20

21

22

23

24      REPORTED BY:

        SILVIA P. WAGE, CCR, CRR, RPR

25

Page 270

1            CONFIDENTIAL - DROR NIV
2      from this, not hurt by this.
3           Q.  When you say, "by this," do you mean
4      the settlement in general or the withdrawal?
5           A.  By getting rid of the US entity.  By
6      getting rid of the US entity.  Obviously, we had
7      to -- the NFA did not allow us to sell the
8      entity.  They only allowed us to sell the
9      accounts.  So we had to let go all of the people
10     who worked in the US and that was a few hundred
11     people.  And we, you know, that was, you know --
12     so, I mean, from a perspective of -- I mean, we
13     had so much extra cost in the US.  We were losing
14     money in the US.
15           So the net benefit to the firm, you
16     know, we -- the firm benefitted from closing the
17     US, you know, business from a net income --
18     sorry, not from a net benefit.  Obviously, from,
19     you know, amount of customers, we had less
20     customers.
21           Q.  Okay.  That's all for that document.
22           I'm introducing Exhibit 63.  So let
23     me know when you can see that.
24           (Deposition Exhibit 63, FXCM Inc.
25     Minutes of the Board of Directors Meeting

Page 271

1            CONFIDENTIAL - DROR NIV
2      February 16, 2017 New York, York
3      EY-GBI-WP-00003936 & EY-GBI-WP-00003937 marked
4      Confidential, was marked for identification.)
5           A.  Okay.  I see it.
6           Q.  Okay.  And take a minute to review.
7           MR. BAKER:  While you do, I'll note,
8      for the record, Exhibit 63 is EY-GBI-WP- 3936.
9           Q.  Mr. Niv, let me know when you're
10     ready.
11           A.  I'm ready.
12           Q.  Okay.  Is this the minutes of an FXCM
13     Board meeting from February 16, 2017?
14           A.  Yes.
15           Q.  And do you remember this meeting?
16           A.  Oh, yeah.
17           Q.  So you do m remember this meeting as
18     opposed to the other ones we looked at?
19           A.  Yes.  This is the meeting where I
20     resigned.
21           Q.  So I'm just going to focus you on a
22     particular part here.  This is on the first page,
23     the second paragraph from the bottom, starting
24     with, "Mr. Niv noted."
25           A.  Yeah.

Page 272

1            CONFIDENTIAL - DROR NIV
2           Q.  And it reads, "Mr. Niv noted the
3      biggest issue currently facing the business was
4      that several of the company's liquidity providers
5      that terminated the relationships with the
6      company and others were in the process of
7      reviewing the relationship."
8           Do you recall about how many
9      liquidity providers terminated the relationships
10     with FXCM in February 2017?
11           A.  I don't recall the exact number but
12     maybe three or four.
13           Q.  Do you recall what proportion of
14     FXCM's overall trading those liquidity providers
15     who left accounted for at the time?
16           A.  I do not, specifically.  But they're
17     all interchangeable.  So, again, to give
18     perspective, after 2015, because of the SNB issue
19     and because of subsequently we had to sell a lot
20     of our -- the subsidiaries of the business to pay
21     the debt off to Leucadia, the -- you know, the
22     business shrank a lot.
23           So we had a lot less trading volume
24     than we did prior to 2015.  And we, you know, had
25     ample liquidity providers for this, you know, and

Page 273

1            CONFIDENTIAL - DROR NIV
2      because this is a commoditized, you know,
3      relationship, losing a few liquidity providers
4      does not impact the prices that we get because
5      you have plenty of others.  Now, we would be much
6      more problematic had we had a much bigger
7      business and we needed more -- more depth to the
8      prices but we did not.
9           Q.  And so, when -- in the notes it says,
10     you noted the biggest issue currently facing the
11     business with these liquidity providers leaving.
12           In what way did you see this as the
13     "biggest issue" facing the business at this time?
14           A.  The "biggest issue" for us was that,
15     you know, banks are like sheep, that they act in
16     a herd.  If they see, you know, compliance
17     department of Bank A sees Bank B pulling out and
18     they don't pull out, they'll see it as, you
19     know -- if something happens then, you know, they
20     will be told why did you -- the other guy saw
21     this disaster coming, why didn't you, you know.
22           And so, you know, we were worried
23     that a lot of people would pull.  Most
24     importantly, we were worried that our prime
25     broker Citibank would pull, right, because that

Veritext Legal Solutions
212-267-6868          www.veritext.com          516-608-2400