# EXHIBIT 80

CONFIDENTIAL

Page 1

1      CONFIDENTIAL - WILLIAM AHDOUT
2          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3

       In re:                         :
4                                     :  Master File No.
       Global Brokerage, Inc.         :  1:17-cv-00916-RA
5      F/k/a FXCM, Inc.               :
       Securities Litigation          :
6      -----------------------        :
7
8            REMOTE VIDEO DEPOSITION OF:
9                  WILLIAM AHDOUT
10            TUESDAY, FEBRUARY 16, 2021
11
12
13
14
15
16
17
18
19
20
21
22
23
24     REPORTED BY:
       SILVIA P. WAGE, CCR, CRR, RPR
25     JOB NO. 4398817

CONFIDENTIAL

Page 27

1      CONFIDENTIAL - WILLIAM AHDOUT
2          Q.   Any other types of instruments?
3          A.   No.
4          Q.   And, I think, you previously
5     testified that around the end of that time, you
6     took some time off for medical reasons; is that
7     correct?
8          A.   Correct.
9          Q.   And after that you started a company
10    called Shalish Capital Markets, correct?
11         A.   Correct.
12         Q.   And am I pronouncing that correctly?
13         A.   Correct.
14         Q.   And that was a company you founded,
15    correct?
16         A.   Correct.
17         Q.   And did you have any partners in
18    Shalish Capital Markets?
19         A.   Yes.
20         Q.   And who were those?
21         A.   Ken Grossman and David Sakhai.
22         Q.   And you and your partners joined with
23    some others to form FXCM or Forex Capital Markets
24    LLC, which I'll refer to FXCM US, around 1999; is
25    that, roughly, accurate?

Page 28

1      CONFIDENTIAL - WILLIAM AHDOUT
2          A.   Sounds correct.
3          Q.   And who were those other partners?
4          A.   Edwards Yusupov, Drew Niv and Michael
5    Romersa.
6          Q.   And how were you familiar with Drew
7    Niv, Edward Yusupov and Michael Romersa prior to
8    forming FXCM with them?
9          A.   I was not familiar with them.
10         Q.   How did you come to connect with
11   these guys?
12         A.   I don't remember exactly how we met.
13         Q.   Do you remember if you were
14   introduced by anybody in particular?
15         A.   I don't remember.  I don't think so.
16         Q.   And around that time in 1999, what
17   was your role with FXCM US?
18         A.   There were no roles.  We just started
19   -- we had started with a company and there was no
20   role.
21         Q.   So you didn't have a title?
22         A.   No.
23         Q.   What kind of work did you do for FXCM
24   at the time?
25         A.   Everything.

Page 96

CONFIDENTIAL - WILLIAM AHDOUT

I'm asking what your understanding was at the time. It's just what you were trying to --

A. Exactly -- my understanding is exactly what the document says.

Q. Okay, thank you.

A. You're welcome.

Q. Let's see.

So, in the same document, in the "whereas" clauses up at the top of the first page, do you see that?

A. Yes.

Q. The second paragraph beginning with, "whereas," it says, "Whereas FXCM has loaned to Effex the sum of $2 million pursuant to that secured promissory note dated the date thereof (the "note closing") on terms more favorable than Dittami would have obtained in an arm's length transaction."

Do you see that?

A. Yes.

Q. Do you recall whether FXCM loaned $2 million to Mr. Dittami or to Effex?

A. That's what the document says.

Page 97

CONFIDENTIAL - WILLIAM AHDOUT

2  Q. Do you recall whether it actually
3  happened?
4  A. I believe it did, yes.
5  Q. If so, how did that $2 million get
6  loaned to Effex or to Mr. Dittami?
7  A. It really wasn't a loan per se as you
8  can take a loan and go buy a Ferrari with it. It
9  was an extension of prime brokerage line in terms
10 of credit.
11 Q. So would it be fair to characterize
12 that as a $2 million extension of credit from
13 FXCM US to Mr. Dittami or Effex?
14 A. It was an extension of prime
15 brokerage.
16 Q. But would it be fair to characterize
17 that as a form of extension of credit?
18 A. It's an extension of prime brokerage
19 lines.
20 Q. Okay. So what is the distinction
21 between the "extension of prime brokerage lines"
22 and the "extension of credit"?
23 A. "Credit" means that he can take it
24 and go buy a house with it. "Prime brokerage
25 lines" mean that he can trade off of it.

1          CONFIDENTIAL - WILLIAM AHDOUT
2          Q.   Were there ever any times when FXCM
3     and Effex agreed to apply a different rate to all
4     of Effex's trading for a period or some portion
5     of it?
6          A.   Well, again, it was a very fluid
7     situation and it was negotiated many times.
8               So, if you have a specific question
9     when it was negotiated, please refresh my memory
10    and I'm happy to tell you.
11         Q.   Do you recall any specific instances
12    where that happened?
13         A.   I know that it happened.  I don't
14    remember, specifically, from ten years ago when
15    and how much and to what context they happened.
16         Q.   Could you take a look at what has
17    been labeled at Exhibit No. 30.
18              (Deposition Exhibit 30, 4/18/11
19    e-mail from Paresh Patel to William Ahdout
20    GLBR_00064414 marked Confidential, was marked for
21    identification.)
22         A.   Okay.
23              MR. LaPOINTE:  And, for the record,
24    this is, I believe, a single page document with
25    the Bate Stamp GLBR 64414.

A C K N O W L E D G E M E N T

I, WILLIAM AHDOUT, certify that I have read the transcript of my testimony taken under oath on February 16, 2021, and that the transcript is a true, complete and correct record of what was asked, answered and said during this deposition, and that the answers on the record as given by me are true and correct.

_____
WILLIAM AHDOUT

Signed and subscribed to before me, this ____ day of _____, 20__.

_____
Notary Public

Page 237

CONFIDENTIAL - WILLIAM AHDOUT

C E R T I F I C A T E   O F   R E P O R T E R

I, SILVIA P. WAGE, a Certified Shorthand Reporter, Certified Realtime Reporter and Registered Reporter, herby certify that the witness in the foregoing deposition was by me duly sworn to tell the truth, the whole truth, and nothing but the truth in the within-entitled cause; that said deposition was taken down in shorthand by me, a disinterested person, at the time and place therein stated, and that the testimony of the said witness was thereafter reduced to typewriting, by computer, under my direction and supervision; that before completion of the deposition, review of the transcript [X] was [ ] was not requested. If requested, any changes made by the deponent (and provided to the reporter) during the period allowed are appended hereto.

I further certify that I am not of counsel or attorney for either or any of the parties to the said deposition, nor in any way interested in the event of this cause, and that I am not related to any of the parties thereto.

*[signature]*                                    i: 2/18/2021

License No. 30X100182700

## Deposition Errata Sheet

<u>Caption</u>: *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Sec. Litig.*, No. 17-cv-00916-RA-BCM

<u>Deponent</u>: William Ahdout

<u>Deposition Date</u>: 2/16/2021

| Page | Line | From | To | Reason for Change |
|---|---|---|---|---|
| 10 | 14 | Future Trades | Futures Trading | misspelling |
| 13 | 2 | Future Trades | Futures Trading | misspelling |
| 15 | 3 | referring and | referring to and | clarification |
| 22 | 20 | asking my | asking if my | transcription error |
| 31 | 8 | can you | can give you | transcription error |
| 31 | 8 | answer | answers | transcription error |
| 38 | 14 | what entails | what that entails | transcription error |
| 43 | 7-8 | have better | have a better | clarification |
| 45 | 13 | For m10-K | Form 10-K | misspelling |
| 46 | 2 | read | ready | transcription error |
| 46 | 19 | but it's | but if it's | transcription error |
| 47 | 4, 7, 10 | For m10-K | Form 10-K | misspelling |
| 48 | 6 | he | we | clarification |
| 48 | 23 | accountant | accountants | clarification |
| 51 | 14 | GPP | GDP | transcription error |
| 52 | 12 | means that no | means no | transcription error |
| 54 | 7, 19, 24 | P&L | PNL | transcription error |
| 56 | 7 | we what built | what we built | transcription error |
| 56 | 24 | what exactly what | what exactly | clarification |
| 58 | 21 | is you | is that you | clarification |
| 60 | 14 | structural back/regulatory | structural/regulatory | transcription error |
| 71 | 19 | have previously met | have met previously | transcription error |
| 74 | 9 | bring | before I | transcription error |
| 75 | 2 | not limited | not be limited | transcription error |
| 76 | 14 | will | shall | transcription error |
| 84 | 14 | price | prices | transcription error |
| 86 | 2 | grants FXCM | grants to FXCM | transcription error |
| 86 | 4 | recoverable [sic] | revocable | transcription error |
| 86 | 5 | acts as | to access | transcription error |
| 86 | 6 | a | the | transcription error |
| 86 | 7 | the | this | transcription error |
| 86 | 8 | to FXCM's business purposes | for FXCM's business purpose | transcription error |
| 86 | 10 | receiving | receive | transcription error |

1

| | | | | |
|---|---|---|---|---|
| 86 | 12 | of the other | on | transcription error |
| 87 | 20 | for aggregated | for the aggregated | transcription error |
| 95 | 11 | wish | agrees | transcription error |
| 95 | 12 | signed | assign | transcription error |
| 95 | 13 | FX | Effex | transcription error |
| 95 | 21 | saying | seeing | transcription error |
| 96 | 18 | note closing") | note") | transcription error |
| 97 | 9 | of prime | of a prime | clarification |
| 102 | 15 | then | than | transcription error |
| 102 | 17 | else and we with can | else we can | transcription error |
| 103 | 18 | else can | else we can | transcription error |
| 105 | 20 | options | option | transcription error |
| 107 | 8 | 2017 | 2010 | transcription error |
| 107 | 13 | for | from | transcription error |
| 109 | 6 | neither | either | clarification |
| 110 | 22 | Effex | FXCM | transcription error |
| 114 | 6 | Interest Earnings | Earnings | clarification |
| 116 | 24 | unattached parts | unattached | clarification |
| 116 | 25 | company is | companies are | clarification |
| 123 | 14 | he paid | we pay | transcription error |
| 123 | 17 | 30 | 70 | transcription error |
| 123 | 18 | capital in | capital left in | transcription error |
| 123 | 19 | that | than | transcription error |
| 123 | 19 | are | out of | transcription error |
| 123 | 20 | part | out | transcription error |
| 123 | 21 | the hundred | hundred | transcription error |
| 124 | 4-5 | or if | out of | transcription error |
| 127 | 5 | superceded | superseded | misspelling |
| 131 | 19 | question | questions | transcription error |
| 131 | 22 | answer you | answer for you | transcription error |
| 135 | 6 | alone be | alone | clarification |
| 144 | 14-15 | systems back/software | systems/software | transcription error |
| 144 | 23 | that | that's | transcription error |
| 145 | 5, 7 | enforce | in force | transcription error |
| 148 | 17 | lots | lot | transcription error |
| 152 | 30 | and/ | ends | transcription error |
| 156 | 9 | chat, | chat on this, | transcription error |
| 160 | 16 | is are | is | clarification |
| 163 | 15 | crossed all | crossed out all | transcription error |
| 164 | 5 | mean | means | transcription error |
| 165 | 5-6 | sounds to me like. | sounds like to me. | clarification |
| 170 | 9 | was | were | clarification |
| 173 | 5 | account | accounts | clarification |
| 176 | 3 | in it | it in | transcription error |
| 176 | 3 | put in | put it in | transcription error |

| 178 | 11 | can do | could do | transcription error |
|---|---|---|---|---|
| 183 | 14 | excite | exceed | transcription error |
| 184 | 17 | p.m. | a.m. | transcription error |
| 186 | 12 | tagalong | tag along | transcription error |
| 192 | 14 | a not on void | a void | clarification |
| 195 | 12 | GLBR_0018816& | GLBR_00188167 | transcription error |
| 197 | 2, 9 | mill | mil | transcription error |
| 198 | 5 | 21 | $21 | transcription error |
| 198 | 7 | will needed to be | will be needed to | transcription error |
| 198 | 9 | give capital for Citi as trading at | keep capital at Citi for trading of | transcription error |
| 198 | 11 | 14 | $14 | transcription error |
| 200 | 15 | to | in | clarification |
| 205 | 13 | and it depending | and depending | clarification |
| 211 | 15 | else | else's | clarification |
| 212 | 21 | me grammar | me a grammar | clarification |
| 217 | 22 | often here on this | often this | clarification |
| 221 | 11 | MM | MM's | transcription error |
| 221 | 13 | of weeks of 21 | weeks of $21 | transcription error |
| 223 | 7 | 23 | $23 | transcription error |
| 224 | 6 | how high he | how he | clarification |
| 225 | 13 | GLBR_0000452* | GLBR_00004528 | transcription error |
| 230 | 17 | P&L | PNL | transcription error |
| 232 | 6 | per last | per our last | transcription error |

Witness Signature: _____

_____ day of _____, 2021.

3