# EXHIBIT 81

Page 1

1

2                UNITED STATES DISTRICT COURT

           FOR THE SOUTHERN DISTRICT OF NEW YORK

3

       In re:                    :

4                                :   Master File No.

       Global Brokerage, Inc.    :   1:17-cv-00916-RA

5      F/k/a FXCM, Inc.          :

       Securities Litigation     :

6      ----------------------    :

7                     CONFIDENTIAL

8              REMOTE VIDEO DEPOSITION OF:

9                       DROR NIV

10             THURSDAY, FEBRUARY 11, 2021

11

12

13

14

15

16

17

18

19

20

21

22

23

24      REPORTED BY:

       SILVIA P. WAGE, CCR, CRR, RPR

25

```
                                                    Page 22
 1                  CONFIDENTIAL - DROR NIV
 2                Q.  And you no longer have that license;
 3       is that correct?
 4                A.  No.
 5                Q.  And when did you give up or lose or
 6       no longer have that license?
 7                A.  When I left FXCM in '17.
 8                Q.  Okay.  Were you required to give up
 9       that license?
10                A.  Yes.
11                Q.  Was that by the CFTC?
12                A.  If anybody also leaves -- you know,
13       for the record, anybody who leaves the financial
14       service company, it expires anyway.
15                Q.  Okay.  Thanks for clarifying.
16                    Do you have any experience working in
17       the accounting field?
18                A.  No.
19                Q.  Mr. Niv, were you one of the founders
20       of FXCM?
21                A.  Yes.
22                Q.  And when did you found FXCM?
23                A.  July 1999.
24                Q.  And where did you work immediately
25       prior to founding FXCM?
```

```
 1              CONFIDENTIAL - DROR NIV
 2         Q.  Okay.  Was there a time when FXCM
 3    created a company called FXCM Inc.?
 4         A.  Yes.
 5         Q.  And was that a public company?
 6         A.  Yes.
 7         Q.  And is it accurate to describe the
 8    corporate structure of FXCM as FXCM Inc., being
 9    the parent public company and under FXCM Inc.,
10    was FXCM Holdings, which was not a public
11    company, and then under FXCM Holdings were
12    various regulated entities including Forex
13    Capital Markets LLC?
14         A.  No.  So FXCM Inc., was a public
15    company.  FXCM Holdings was a private company
16    that was under --
17              THE STENOGRAPHER:  I'm sorry, under
18    what?
19         A.  (Continuing.) Under the public
20    company, under FXCM.
21         Q.  Yes, that's right.  Sorry if -- I
22    think that was --
23         A.  And FXCM Holdings held all the
24    regulated subsidiaries.
25         Q.  Okay.  And FXCM Holdings was not a
```

```
                                              Page 30
 1                CONFIDENTIAL - DROR NIV
 2        regulated entity; is that right?
 3             A.  Correct.
 4             Q.  Okay.  And starting with Forex
 5        Capital Markets LLC, have you ever referred to
 6        that company as FXCM US?
 7             A.  Correct.
 8             Q.  Alright.  And so, if I refer today to
 9        FXCM US, you will understand that to mean Forex
10        Capital Markets LLC?
11             A.  Yes.
12             Q.  And if I refer to FXCM Holdings LLC
13        as FXCM Holdings, will you understand that
14        connection?
15             A.  Yes.
16             Q.  Okay.  What was your role at Forex
17        Capital Markets LLC starting when you founded the
18        company?
19             A.  I was the CEO.
20             Q.  And did you have any different roles
21        at the company between when you founded it and
22        when you left, specifically, with FXCM US?
23             A.  Well, you know, when I founded it,
24        there was only six of us and there were no other
25        employees, so we did all the, you know, all the
```

```
                                              Page 42
 1              CONFIDENTIAL - DROR NIV
 2         Q.  Was it in 2010?
 3         A.  Yes.
 4         Q.  Were you responsible for making the
 5    final decision to take FXCM public?
 6         A.  The Board was and, you know, as
 7    Chairman of the Board, I was part of that.
 8         Q.  Okay.  And do you recall when FXCM's
 9    initial registration statement was filed with the
10    SEC?
11         A.  I don't recall the exact date.  I
12    want to say probably around September of 2010,
13    maybe August, around that time.
14         Q.  Okay.  And did FXCM take any steps to
15    prepare the company for going public before the
16    registration statement was filed?
17         A.  Yes.
18         Q.  And in a broad sense, what were those
19    steps?
20         A.  We made lots of, you know, lots of
21    corporate governance changes, lots of, you know,
22    different -- I don't recall now the -- this is
23    over ten years ago, but, you know, I remember
24    lots of changes.
25         Q.  Do you remember what say a couple of
```

```
                                                    Page 59
 1                   CONFIDENTIAL - DROR NIV
 2        every detail, but the main messages I did
 3        approve.
 4             Q.  Okay.  Thank you.
 5                   And looking at this page, in
 6        particular, do you recall whether you reviewed
 7        the main content -- the main body of text that's
 8        shown here on this page?
 9             A.  Too long ago and way too much detail.
10        I have no idea.  I don't recall.
11             Q.  Is the -- okay.
12                   Is the type of content shown on this
13        page something that you would have reviewed and
14        approved back in 2013?
15             A.  Yes.
16             Q.  Okay.
17             A.  Every change, no, but like the main
18        -- again, main message, yes.
19             Q.  Okay, I understand.
20                   I'm going to direct you to the next
21        exhibit, which is -- I've lost it.  I have to
22        pull this back up.
23                   THE STENOGRAPHER:  30.
24                   MR. BAKER:  I think 30.  We on number
25        30?
```

```
                                            Page 61
```

1                    CONFIDENTIAL - DROR NIV

2              A.   Yes.

3              Q.   Do you recall whether you helped to

4         review or approve the contents displayed in this

5         page?

6              A.   If this is the FAQs, then probably

7         not.  You know, maybe some parts, like the main,

8         you know, the big questions, yes, the most

9         important questions but not every little

10        question.

11             Q.   Okay.  And do you see any -- the

12        questions on here -- do you see any ones that you

13        would have been more likely to have reviewed than

14        others?

15             A.   The first one, kind of the main

16        message why FXCM offer, you know -- sorry, this

17        is different.

18                  No, sorry not the first one.

19                  The question, for example, FXCM

20        dealing desk can see my stop, limits and entry

21        orders, or they want to trade against me, you

22        know, that -- those are the big questions that I

23        would approve.

24             Q.   And the one that's bolded and

25        expanded, "If you can see my weighting orders

```
 1              CONFIDENTIAL - DROR NIV
 2      (entry, stop and limit) with dealing desk
 3      execution, why can't you see them with dealing
 4      desk execution?"  Is that a section that you
 5      would have reviewed or approved the content for?
 6              A.  Yes.
 7              Q.  And the answer to that question, not
 8      just the question itself, to be clear?
 9              A.  You want me to answer that question?
10              Q.  No, no, I meant by -- would you have
11      been involved in the review or approval of the
12      answer to that question here --
13              A.  Yes, yes.
14              Q.  -- as opposed to the question itself?
15              A.  Yes.
16              Q.  I just wanted to clarify.
17              A.  Yeah, when I say, I approved a
18      question, I approved the answer.
19              Q.  Yeah, thank you.  I just wanted to
20      make sure we had a clear record on that.
21                  MR. BAKER:  Okay.  I'm about to move
22      into a different section.  We've been going about
23      an hour.  Do we want to take a break now or push
24      through?  Either is fine with me.
25                  MR. DAHAN:  We can take a short
```

                    CONFIDENTIAL - DROR NIV

1

2          Q.   Was there a particular venture or

3     project that Mr. Dittami worked on while at FXCM?

4          A.   Mr. Dittami was hired, essentially,

5     to help us figure out the problems we were having

6     -- to analyze data and help us figure out the

7     problems we were having with external liquidity

8     providers, other market makers and help fix those

9     issues.  That was the reason he was...

10         Q.   Sorry, you're trailing off at the end

11    there.

12         A.   So the original purpose was for him

13    to do data analysis and to go figure out the --

14    why we were having problems with some of our --

15    many of our liquidity providers.

16         Q.   And other than the sort of analysis

17    figuring out these problems, was there any other

18    project that Mr. Dittami worked on while he was

19    at FXCM?

20         A.   And so, once we could not filing out

21    -- once we analyzed the problems and the issues

22    the other people were having, we tried to get

23    them to fix it and when they would not

24    sufficiently fix them, we hired Mr. Dittami to

25    potentially look into basically setting up a

```
 1              CONFIDENTIAL - DROR NIV
 2      market making operation, you know, to fix it.
 3           Q.   And that "operation" was within FXCM?
 4           A.   Yeah.  So, as part of the debate that
 5      we were ongoing that if we could not fix these
 6      problems, that we would have to, you know, we
 7      would have to -- we would have to end the no
 8      dealing desk execution model because we would
 9      have withdraw from it and then, you know, we
10      would need to substitute it with something.  And
11      so Mr. Dittami would be -- would do that.
12           Q.   And the market making operation, did
13      that have a name that it was referred to at FXCM?
14           A.   I don't -- I don't recall exactly,
15      EES or one of those types of things.
16           Q.   "EES" you said?
17           A.   Yeah.  I don't recall the exact name.
18      I know when I see it.
19           Q.   Okay.  And, to your knowledge, were
20      there any other names used at FXCM to refer to
21      Mr. Dittami's market making operation?
22                MR. DAHAN:  Objection to form.
23           A.   I don't recall the terminology.  You
24      know, I recall the substance, not the
25      terminology.
```

```
 1              CONFIDENTIAL - DROR NIV
 2              Q.  Okay.  Did Mr. Dittami report to you
 3         with respect to his work on this market making
 4         operation?
 5              A.  He mostly worked with Mr. Ahdout.
 6              Q.  Did he report to you about his work?
 7              A.  He sent me updates.
 8              Q.  Was that on a regular basis?
 9              A.  Yes.
10              Q.  And did you speak with Mr. Ahdout on
11         a regular basis about Mr. Dittami's project?
12              A.  Yes.
13              Q.  And while Mr. Dittami was at FXCM,
14         were you generally aware of his work and progress
15         on this operation?
16              A.  Not day to day but, you know,
17         overall, yes.
18              Q.  Okay.  About how often would you
19         discuss Mr. Dittami's operation while he was at
20         FXCM?
21              A.  It could be as little as once a month
22         as much as, you know, once a week, you know,
23         maybe twice a week.  I mean, it was a big company
24         with lots of stuff to do.  We were, you know --
25         you could never do one thing for too long.
```

```
 1              CONFIDENTIAL - DROR NIV
 2       and then we wanted to keep that going and that
 3       was the emergency of the day.  And so I
 4       definitely went into an emergency and I would
 5       spend more time on it.  When it was not, I would
 6       spend less time on it.
 7            Q.   Okay.  And just so the record is
 8       clear, were you saying pain point or pinpoint?
 9            A.   Pain.
10            Q.   Pain?
11            A.   Yeah, pain.  Like back pain, yeah.
12            Q.   Thank you.
13                 And when you say that was the
14       emergency of the day, are you referring to Mr.
15       Dittami's project?
16            A.   No.  He was one of the fixes.  The
17       emergency of the day was that external -- that
18       external execution was not working as well as it
19       should be working.
20            Q.   Understood.
21                 While Mr. Dittami was at FXCM, did
22       you have any expectation that his market making
23       operation would generate profits for FXCM?
24                 MR. DAHAN:  Objection to form.
25            A.   There was an -- to put this into
```

```
 1                CONFIDENTIAL - DROR NIV
 2       perspective, there was an argument at FXCM
 3       whether to withdraw from -- right, some of the
 4       founders and some of the board members wanted to
 5       withdraw from external execution and go back to
 6       being -- to doing internal market making.  If
 7       they win the argument, they want Mr. Dittami to
 8       carry out a major piece of that, okay.
 9                There was another side to that debate
10       and different people wanted to persevere through
11       external execution and not, you know, take it
12       in-house, not withdraw from it.
13                So, obviously, if the side that
14       ultimate -- the side that ultimately won is the
15       side that said, we're continuing with external
16       execution, and that's why we, you know -- you
17       know, discontinued Mr. Dittami's project.  But
18       had we had the other side prevail and we decided
19       to discontinue external execution and move back
20       to market making, then we would have the
21       expectation that Mr. Dittami's project would make
22       money, yes.
23            Q.  And by "make money," is that through
24       trading profits?
25            A.  Correct.
```

```
 1              CONFIDENTIAL - DROR NIV
 2         Q.   Okay.   When FXCM hired Mr. Dittami,
 3    did it enter into an employment agreement with
 4    him?
 5         A.   Yes.
 6         Q.   What was your role with respect to
 7    FXCM hiring Mr. Dittami?
 8         A.   I approved it.
 9         Q.   Were you involved at any other point
10    in the hiring process?
11         A.   I interviewed him.
12         Q.   Were you involved in negotiating the
13    terms of Mr. Dittami's employment agreement?
14         A.   Mr. Ahdout did all the terms.
15         Q.   Did Mr. Ahdout inform you or keep you
16    aware of major terms that went into Mr. Dittami's
17    employment agreement?
18         A.   Yes.
19         Q.   I'm going to introduce another
20    exhibit.   These things might take a little bit
21    longer because they were not preloaded, so bear
22    with me.
23              (Deposition Exhibit 31, Employment
24    Agreement 9/4/09 between Forex Capital Markets
25    LLC and John Dittami GLBR_00110697 to
```

```
 1                CONFIDENTIAL - DROR NIV
 2            A.  We had no idea to do, that's why we
 3       were testing and we were experimenting phase by
 4       phase, client by client.
 5            Q.  Did you have any expectation as to
 6       the order of magnitude of trading profits that it
 7       might accomplish when Mr. Dittami was first hired
 8       in terms of millions, tens of millions,
 9       thousands?
10            A.  Millions.
11            Q.  Okay.  In going back to Page 1 under
12       Section 2, do you see a reference to a $3 million
13       initial investment?
14            A.  Page 2.
15            Q.  Page 1, Section 2.
16            A.  Oh, yes, okay.
17            Q.  Did FXCM -- sorry?
18            A.  I see it, yes.
19            Q.  Okay.  Did FXCM provide any of that
20       initial investment to Mr. Dittami?
21                MR. DAHAN:  Objection.  There's no
22       reference here that it's to Mr. Dittami.  Please
23       come on stop.  It says, "to the venture."  Can
24       you -- can you --
25                MR. BAKER:  Okay.  I'll --
```

```
 1                CONFIDENTIAL - DROR NIV
 2        turning up flow to get some real P&L."
 3                 Do you see that?
 4            A.  Sorry, where is this?
 5            Q.  Starts at the very last couple of
 6        words on Page 1.
 7            A.  Yes.
 8            Q.  Okay.  And was it your understanding
 9        that at this point Mr. Dittami was running test
10        trades with the market making operation?
11            A.  Yes.  I mean, that's the subject of
12        the e-mail.
13            Q.  Yes.  And was it your understanding
14        that Mr. Dittami was using these test trades to
15        test the trading systems that he was working on
16        for scaled up trading that he would undertake
17        with Effex?
18                 MR. DAHAN:  Objection.
19            A.  Yes.
20            Q.  And did you view Mr. Dittami's
21        trading as Effex as a continuation of his work
22        developing the venture at FXCM?
23            A.  It was not the same thing because we
24        would not be transferring -- you know, the
25        original intent was to move off of external
```

```
                         CONFIDENTIAL - DROR NIV
 1
 2      execution and move -- you know, potentially have
 3      the option of moving back to a dealing desk
 4      model.  And so Mr. Dittami -- we would then have
 5      routed more trades to Mr. Dittami.  Where -- to
 6      the venture, but because we decided to end that
 7      venture and continue with external execution,
 8      Effex Capital would have to compete with the
 9      other external providers.  So it would be -- it's
10      a different operation.
11                  But we needed an outside entity that
12      would come to the current mix of liquidity
13      providers and provide more competition and
14      provide, you know, a higher amount of quality
15      control because we were having similar problems
16      with the existing liquidity providers.
17            Q.   Okay.  If you move down -- this is on
18      Page 2, the second full paragraph beginning with,
19      "we are."
20                  And Mr. Dittami writes, "We are next
21      in line on update to win ties on the tight pairs
22      so that we can ask USD/JPY and EUR/USD."
23                  Do you see that?
24            A.   Sorry, which page are you on?
25            Q.   Page 2.  It's the second full
```

1          CONFIDENTIAL - DROR NIV

2      them the most and therefore would cause, you

3      know, customers to actually pay, you know, too

4      much, you know, and there was -- you know, it

5      was, essentially, a misleading best price.  It

6      was not real.  Without being a low rejection

7      rate, the best price is not really the best

8      price.

9              Q.  Okay.

10             A.  It's just a bait and switch.

11             Q.  And were you involved in determining

12     -- or in setting the system for which liquidity

13     providers would win ties?

14             A.  Yes.  So, as you can see here, we at

15     times gave advantages to Dresdner Bank, to

16     Citibank, Goldman Sachs, to BNP, to other

17     institutions.  They just -- we experimented, you

18     know, prior to Mr. Dittami with lots of

19     different, you know, institutions in trying to

20     improve the trading operation for -- for our

21     clients.  It's just we're not compelling enough

22     of an improvement.

23             Q.  And once Effex started trading with

24     FXCM, was there a time when Effex did not have

25     the ability to win ties?

1                     CONFIDENTIAL - DROR NIV

2            A.   I don't recall.  I don't recall exact

3      specifics, if there was instances.  I do recall

4      the fact that we, you know, sent a scorecard to

5      all our liquidity providers and, you know, if you

6      rated too low, you were booted from the FXCM and

7      we did boot some liquidity providers off of the

8      mix or de-prioritized them more so.  And we also,

9      you know, obviously, prioritized those who did

10     better.

11                 Effex was always by far and away the

12     best performer on all the metrics and there was a

13     whole slew of metrics.  And, you know, that's

14     why, you know, over the years from 2010 to 2015,

15     '14, you know, our trading spreads, you know,

16     declined by 90 percent, right.  So the

17     improvement to customers was pretty significant,

18     almost 90 percent.

19            Q.   And in the time period from 2010 to

20     let's say 2014 -- through 2014, is it fair to say

21     that Effex would win ties majority of the time?

22            A.   Yes.

23            Q.   Was it 90 percent of the time or more

24     or higher?

25            A.   I don't recall the specifics.

1          CONFIDENTIAL - DROR NIV

2          Q.   Okay.   In this section of your

3     e-mail, were you talking about FXCM's retail

4     trading?

5          A.   Correct.   As you can see from

6     Paragraph 2, there's the problems I was talking

7     about -- Point 2.   Problems I was talking about

8     is that the slow banks basically would -- you

9     know, the metrics, basically, were terrible and

10    were costing our clients, you know, a lot of

11    money.

12          So we wanted -- we had a lot of

13    liquidity providers, over 15 at the time.   And we

14    wanted to, you know, the ones that were causing

15    problems for clients but could not do that

16    without sacrificing spread competition unless we

17    had Effex up and running tightening up spreads,

18    you know, and making sure that our competition is

19    still significant.

20          Q.   Okay.   And in this Paragraph 2 of

21    this section, were you instructing the people on

22    your e-mail to stop trades from going to certain

23    banks or to severely handicap the ability of

24    those banks to win trades by adding higher

25    markups to their prices?

1              CONFIDENTIAL - DROR NIV

2              A.  I don't.

3              Q.  Okay.  Do you recall if it was around

4       the time that Mr. Dittami left FXCM?

5              A.  No.  I'm pretty sure I saw this -- I

6       don't -- honestly, I don't recall when I saw it.

7       I know, obviously, that, you know -- because I

8       ultimately, you know, as a Board, you know, made

9       the decision not to do this.  So, you know, I

10      knew this was happening.  So, I mean, I don't

11      need a letter to do that.

12             Q.  Okay.  And in this letter.  Mr.

13      Dittami writes in the last paragraph, "It is the

14      understanding of both parties to enter into a

15      license agreement on economic terms similar to

16      the employment agreement."

17             Do you see that?

18             A.  Yes.

19             Q.  And this letter is also signed by

20      Mr. Ahdout on behalf of FXCM US?

21             A.  Yes.

22             Q.  Were you aware of the understanding

23      that Mr. Dittami references in this letter?

24             A.  Yes.

25             Q.  And did you have any conversations

```
 1              CONFIDENTIAL - DROR NIV
 2       with Mr. Dittami about that understanding?
 3              A.  Yes.  So, you know, Mr. Dittami was
 4       going to open his own firm and is going to be,
 5       you know, taking on FXCM plus other clients.
 6       And, eventually, he had over 30 clients, I
 7       believe.  Obviously, one of the big ones was
 8       FXCM.
 9              But the payment for flow that we
10       would get, right, that's -- kind of the initial
11       thought was that it would mimic this employment
12       agreement.  It's not how we ended it.  It's not
13       what we decided at the end, but that was the
14       initial thing.
15              Q.  And when you say the payment for flow
16       would "mimic" the employment agreement, what part
17       of the employment agreement, in particular?
18              A.  The P&L split of FXCM's trading of
19       FXCM's flow, right, but not, obviously, of flow
20       outside of FXCM.
21              Q.  Understood.
22              So that's the 70/30 split that we
23       looked at earlier?
24              A.  Yes.
25              Q.  And did you have any conversations
```

```
                                                   Page 112
 1                 CONFIDENTIAL - DROR NIV
 2             A.  I can see it.
 3             Q.  Okay.  And please take a minute to
 4        review.  I'm, generally, just going to be asking
 5        you some general questions about this.  And --
 6        but take whatever time you need.
 7                 MR. BAKER:  For the record,
 8        Exhibit 36 is Bate stamped E Capital 4.
 9             Q.  Mr. Niv, just let me know when you're
10        ready.
11             A.  I am ready.
12             Q.  Okay.  Do you recognize this
13        document?
14             A.  Yes.
15             Q.  And is this a Services Agreement
16        between Effex and FXCM US?
17             A.  Yes.
18             Q.  And that's dated the effective date
19        of March 1st, 2010?
20             A.  Correct.
21             Q.  Do you recall when you first saw this
22        agreement?
23             A.  No.  But I approved this agreement,
24        so I definitely saw it.
25             Q.  And was that -- so around -- before
```

1                 CONFIDENTIAL - DROR NIV

2           A.   Yes.

3           Q.   Okay.  Please take a minute to review

4      this document.

5                 MR. BAKER:  For the record,

6      Exhibit 37 is E Capital 50, 5-0.

7           Q.   Mr. Niv, let me know when you've had

8      a minute to review.

9           A.   I know this agreement, you know.

10     Yeah, I reviewed, yeah.

11          Q.   So do you recognize this document?

12          A.   Yes.

13          Q.   And is this an Option Agreement

14     between Mr. Dittami and FXCM US dated April 14,

15     2010?

16          A.   This is -- this is an agreement that

17     Mr. Ahdout and Mr. Dittami signed, correct.

18          Q.   Okay.  And the agreement is dated the

19     same day as Mr. Dittami left FXCM?

20          A.   Yeah.

21          Q.   When did you first see this document?

22          A.   I don't recall the date.

23          Q.   Was it sometime around when it was

24     signed?

25          A.   I would imagine so, yeah.

```
                                            Page 120
 1              CONFIDENTIAL - DROR NIV
 2      at people, you know, that's why we have lawyers
 3      internally.  That's their job.
 4           Q.  Were you aware of anything in writing
 5      that rendered this agreement "null and void"?
 6           A.  No, I don't do the details.
 7           Q.  Looking at Paragraph 1 of this
 8      document about halfway down the first page, is it
 9      fair to say --
10           A.  Yes.
11           Q.  Sorry.  Is it fair to say that under
12      this agreement, FXCM had the right to purchase a
13      70 percent interest in Effex for $1?
14           A.  Correct.
15           Q.  Under the second whereas clause, it's
16      the third paragraph from the top, it says, "FXCM
17      has loaned to Effex the sum of $2 million
18      pursuant to that secured promissory note dated
19      the date here of (the note) on terms more
20      favorable than Dittami would have obtained in an
21      arm's length transaction."
22               Do you see that?
23           A.  Yes.
24           Q.  Is it true that FXCM loaned Effex
25      $2 million?
```

```
 1              CONFIDENTIAL - DROR NIV
 2         A.   No.  So FXCM -- I mean, technically
 3    semi-true but not really.  FXCM, essentially,
 4    collateralized the prime brokerage account to
 5    enable Mr. Dittami to get prime brokerage access
 6    to the FX market, which he would not have
 7    otherwise been able to do as an independent
 8    institution.  That is a service FXCM did for
 9    others as well.
10              You know, this was something that we
11    -- I mean, he paid it after a few months and he
12    got his own relationships.  But this is in the
13    beginning he had to, you know, to get going, we
14    had to help him get going, which we did for a
15    number of people in similar situations in the
16    high frequency trading space like, for example,
17    Lucid Markets, which we did end up buying, you
18    know, for -- you know, we bought 50 percent,
19    which I believe was 180 or $150 million in 2013.
20              But in 2009, 2010, we did help him
21    get going with the exact same arrangement, this
22    prime brokerage arrangement.
23         Q.   Okay.  And is it fair to say that you
24    know if this wasn't a loan, this was FXCM
25    allowing Effex to use $2 million as collateral
```

```
                                            Page 122
 1                CONFIDENTIAL - DROR NIV
 2        which Effex then paid back you said after a few
 3        months?
 4              A.  Correct.
 5              Q.  Did Effex pay any interest on this
 6        amount of money?
 7              A.  I don't know the specifics.
 8              Q.  Would you agree that the terms of
 9        that say financial transaction were more
10        favorable than for Mr. Dittami than he would have
11        been able to obtain in an arm's length
12        transaction?
13              MR. DAHAN:  Objection to form.
14              A.  It depends on -- I mean, it really
15        depends on how much somebody else believed that
16        they wanted his business.  I mean, it's clearly
17        we would have done that -- high frequency trading
18        space in those times was a very attractive, you
19        know, business.  And Lucid, you know, and other
20        firms, you know, were making a lot of money by --
21        arbitrage was in between financial institution --
22        exchanges was very easy -- easier at the time.
23        It was not as competitive a business.  This was
24        the business that everybody was trying to get
25        into and, you know, we as well.  So we, clearly,
```

```
                                            Page 128
 1                CONFIDENTIAL - DROR NIV
 2      I'm going to mostly just ask you some general
 3      questions here, but let me know when you're
 4      ready.
 5                MR. BAKER:  For the record,
 6      Exhibit 39 is E Capital 52.
 7           A.   Okay, I'm ready.
 8           Q.   Okay.  Mr. Niv, do you recognize this
 9      document?
10           A.   This looks like the Services
11      Agreement.
12           Q.   And is that a Services Agreement
13      between Effex and FXCM Holdings with an effective
14      date of May 1st, 2010?
15           A.   Yes.
16           Q.   And have you seen this document
17      before?
18           A.   I don't recall.  No, sorry.  Of
19      course, I've seen this document before.  That's
20      -- yes.  When, I don't recall.
21           Q.   Thank you.  That was going to be my
22      next question.
23                Do you remember if you saw it around
24      the time that it was signed?
25           A.   From memory, I can't tell you.  But,
```

1                 CONFIDENTIAL - DROR NIV
2          I mean, it would make -- it would be logical
3          sense that this document would not be signed
4          without me.
5                 Q.  Is that without your review, or did
6          you have some other involvement with this
7          document?
8                 A.  Review, permission.
9                 Q.  Okay.  And did you ever refer to this
10         agreement by anything -- by any name other than
11         services agreement?
12                A.  I don't recall.
13                Q.  And did you ever hear anyone from
14         FXCM refer to this agreement as anything other
15         than a services agreement?
16                A.  I don't recall either.
17                Q.  Were you aware that under this
18         agreement Effex was agreeing to pay FXCM Holdings
19         a fee of $21 per million units of trading volume?
20                A.  Yes.
21                Q.  Were you aware that -- well, here --
22         I guess, let me step back.
23                    On the first page under "Recitals"
24         Paragraph C, it states, "Effex and Forex Capital
25         Markets LLC previously entered into a services

1                  CONFIDENTIAL - DROR NIV

2          were you aware of any other payments that FXCM

3          Holdings received from external sources as

4          opposed to subsidiaries?

5                  A.   FXCM Holdings primarily supposed to

6          be a -- then a shareholder entity that is to

7          concentrate share holdings, so it's not an

8          operational entity.  It's really for -- I mean,

9          usually, most of the vendors that we sign with

10         Holdings are ones where we are paying them, not

11         they're paying us.  But I'm not aware.  I don't

12         recall the specifics.

13                 You know, I just know that we

14         transitioned -- as we got more overseas

15         subsidiaries, it was impractical to have

16         different contracts with different subsidiaries

17         and it was easier to just put everything under

18         Holdings.

19                 Q.   I understand, but I think my question

20         was a little different.

21                 My question is just if you are aware

22         of any payments other than those coming from

23         Effex that FXCM Holdings received directly?

24                 A.   Well, FXCM Holdings would get

25         upstreamed, you know, all the profits from -- or

```
 1              CONFIDENTIAL - DROR NIV
 2          Q.  Okay.  And in those discussions,
 3      generally, do you remember discussing other
 4      structural alternatives besides pay for flow?
 5          A.  So, obviously, again, the original
 6      concept was we were going to have 70/30 profit
 7      share, you know.  But, again, as I explained
 8      previously, that is just not practical given the
 9      reality of once he has his own firm and he's
10      taking other clients and that flow from Client A
11      is intermixed with flow from Client B, that's
12      just not possible --  excuse me -- to
13      differentiate between profits from Client A to
14      Client B.
15              And, you know, it is also, you know,
16      like I said, just something that, you know, just
17      -- and not practical really and not standard in
18      the industry.  So that's why we -- initially, we
19      went through a this should be a profit share to
20      look like the employment agreement, because
21      that's a deal we already negotiated and worked
22      out, to that it's just not practical under him
23      having his own firm and, therefore, he has to
24      change into what we changed it to.
25          Q.  Okay.  And I think I understand what
```

CONFIDENTIAL - DROR NIV

1
2       captured?

3               MR. DAHAN:  When, Counsel?  I mean,

4       we know that there's -- I mean, no mystery here.

5       We know there were different agreements,

6       amendments.  So when?  I mean, let's --

7               MR. BAKER:  Yeah, I'm trying to think

8       how to clarify.

9               MR. DAHAN:  Pick a time.  Pick a time

10      period, that's all.  We, obviously, know that's

11      not the case.  (INAUDIBLE) So pick a time.

12          Q.  Mr. Niv, when these services

13      agreement were first signed, was it your

14      understanding that the $21 per million that Effex

15      would pay was based on all of the order flow that

16      Effex captured from FXCM?

17          A.  Yes.

18          Q.  And was there a time when that

19      changed?

20          A.  Yes.

21          Q.  When was that?

22          A.  So, as time went on and this became a

23      big success and, you know, spreads, you know,

24      basically, narrowed by about 80 to 90 percent

25      over the next few years, particularly, spreads in

1                CONFIDENTIAL - DROR NIV

2       euro/dollar and dollar/yen, you know, obviously,

3       it became -- you know, over time we had to make a

4       few changes and it became unattainable for them

5       to pay us more than a tiny fee because they just

6       weren't making, you know, that type of money.

7       So, obviously, all market makers, as you noted

8       previously, make less money on narrower spread

9       currencies.  And as the spreads were narrowing,

10      you know, in like I said by significant amounts,

11      you -- they could not afford to pay us the

12      amounts that we initially signed for.

13           Q.   Okay.  And, I think, now maybe I

14      understand where the source of the confusion with

15      my original question.

16                So regardless of what the fee -- the

17      specific fee per million was at anytime, was it

18      your understanding that throughout the time that

19      Effex was paying FXCM for order flow that it was

20      paying for all order flow that Effex captured

21      from FXCM as opposed to segments of that order

22      flow?

23           A.   I do not recall a hundred percent

24      everything because there were -- there may have

25      been some stuff that's not there that's excluded.

```
                                              Page 151
 1              CONFIDENTIAL - DROR NIV
 2         A.   Correct.
 3         Q.   And this is from $21 per million to
 4    $16 per million?
 5         A.   Correct.
 6         Q.   Do you recall who wanted to change
 7    the fee at this time?
 8         A.   John.
 9         Q.   And do you recall -- did he tell you
10    why?
11              MR. DAHAN:  Objection, asked and
12    answered, 15 times today.  I mean, do it again.
13         A.   You know, again, over time spreads
14    contracted, right, and which is exactly what we
15    wanted to happen happened.  You know, we wanted
16    spreads to go down.  We wanted, right,
17    essentially, clients to have cheaper American
18    competitive price and that was happening.  But as
19    that happens, that squeezes the, you know, the
20    market makers or the suppliers.  They make less
21    money per trade and, therefore, they can pay less
22    money per trade.  So that is the whole point
23    because we would get more trades and the bulk of
24    the money that FXCM made, you know, which is 97
25    or 96 percent, right, was from the markups which,
```

1                CONFIDENTIAL - DROR NIV

2       know, like, again, we had lawyers in our

3       employment.  That's what their job was.  That

4       wasn't mine.

5                Q.  And so the times that the rate that

6       Effex paid to FXCM did change, were you involved

7       in or aware of those discussions each time?

8                A.  I would approve the change of rate,

9       yes.  Again, big substantive issues like change

10      of rate I would approve.

11               Q.  Okay.

12               A.  That would probably be the only

13      thing.  The only other issue would be the

14      benchmark conditions, right, under which this

15      thing agreed -- rests.  So, you know, kind of we

16      obsessed over the -- we got frequent reports

17      about what the rejection rates are for all the

18      liquidity providers and we provided that to all

19      of them and so they can compare to one another.

20      We would -- you know, all of the, again, sort of

21      speed of reply, hold time speeds, the -- for each

22      maker, you know, performance, how much price

23      improvements we would receive, you know, not us,

24      clients would receive because of their

25      interaction, all of those metrics that are used

```
 1              CONFIDENTIAL - DROR NIV
 2       answer the question.
 3              A.  It is market standard.  This is what
 4       we did, you know.  This is what other providers
 5       do.
 6              MR. DAHAN:  I mean --
 7              MR. BAKER:  Well, let me try to...
 8              Q.  So why did liquidity providers who
 9       offered worse execution than Effex not have to
10       pay FXCM for order flow?
11              A.  Because we never agreed -- because,
12       you know, to the -- we tried and failed with
13       giving them preferential access and that -- in
14       exchange for that improving the customer
15       experience.  And so because they couldn't do it,
16       you know, there was no reason to do it.  I'll
17       give you -- actually, let me -- I understand what
18       the confusion is.
19              These are mostly large financial
20       institutions.  They would do this, you know, just
21       as you know Charles Schwab is doing that with
22       Citadel and Two Sigma and people like that
23       because that is what -- if you have substantial
24       order flow, right.
25              Now, we had a lot of different
```

```
 1                CONFIDENTIAL - DROR NIV
 2        liquidity providers and if we did not have a
 3        preferential relationship, they would not get,
 4        you know, a large percentage of the order flow
 5        and -- but we tried to give it to them.  We even
 6        before we had Effex and after.  And they just,
 7        again, could not measure up, you know, would not
 8        be consistent enough in improving the experience.
 9        So Effex was just better at it.
10             Q.  And so the connection was that Effex
11        was better at it, at providing better execution
12        and that is connected to them paying for order
13        flow?
14             A.  It is connected to them receiving
15        preferential treatment.
16             Q.  Is it connected to them paying for
17        order flow?
18             A.  And as part of receiving preferential
19        treatment, they have to pay for order flow, yes,
20        because they are receiving -- therefore,
21        preferential treatment gives them a large portion
22        of the order flow.
23             Q.  So paying for order flow is not
24        "preferential treatment" from Effex's
25        perspective; is that right?
```

```
 1                  CONFIDENTIAL - DROR NIV
 2           A.   Correct.  It's the cost of doing
 3      business that is normal -- you know, if you went
 4      and said -- looked at all the retail stock
 5      brokers today and say, you know, where are they
 6      routing their orders to?  They're not routing it
 7      to Stock Exchanges.  They're routing it to
 8      specialist market makers and receiving payment
 9      for order flow.  That is just standard market
10      practice nowadays, not in futures, but it is in
11      equities because in futures there's a monopoly
12      venue of one exchange per instrument and,
13      therefore, because of that monopolization, there
14      is no -- you're not allowed to shop into
15      different venues.
16                  So futures brokers have to route to
17      only one exchange, cannot route anywhere else,
18      but equity brokers are allowed to route -- you
19      know, again, meaning, you know, best execution
20      standards, they're allowed to route to whatever
21      venue they want.  And they, generally speaking,
22      you know, in 99 percent of the cases get payment
23      for order flow for it.  That is market standard
24      and we modelled ourselves on that market
25      standard.
```

```
                                          Page 162
```

 1          CONFIDENTIAL - DROR NIV
 2          Q.  But only with respect to Effex and
 3     possibly BNP at this time; is that correct, with
 4     respect to the payment order flows?
 5          A.  At this time, yes, because the other
 6     discussions failed, you know.  And these are
 7     large institutions, they're not going to enter
 8     this agreement without getting preferential
 9     treatment and doing a substantial amount of more
10     business because this would then not be
11     sufficiently big enough for them to get into this
12     agreement.
13               You know, when Charles Schwab and
14     Ameritrade and Robin Hood are giving payment for
15     order flow, they're doing it to only a few
16     counterparties and, you know, who are each
17     getting a substantial piece of the share.  That's
18     why there is that.  When they route it to other
19     venues, they don't receive payment for order
20     flow.
21          Q.  Okay.  I think we can move on.
22               I'm going to introduce the next
23     exhibit.
24               (Deposition Exhibit 43, Amendment to
25     Service Agreement E Capital-000060, was marked

1              CONFIDENTIAL - DROR NIV

2        the decision -- I made decision to terminate for

3        all the, you know, for all of the entities.

4              Q.   Understood.

5                   Did the NFA at any point investigate

6        FXCM's relationship with Effex?

7              A.   Yes.

8              Q.   And when did you first become aware

9        of the NFA's investigation into FXCM's

10       relationship with Effex?

11             A.   I do not recall exact dates.  But I

12       do recall making a presentation answering

13       questions in 2013 at NFA offices in Chicago.  But

14       I'm sure we answered questions by e-mail and by

15       phone even before that.  Obviously, the NFA gets

16       -- all the regulators, basically, get -- all the

17       regulated entities have a trading reporting

18       system so they get to see all the trades that our

19       clients do, with who they do it with and, you

20       know, what prices they got.  And they will

21       routinely send us an inquiry saying, oh, we saw

22       this type of trade, this event occurred, please

23       explain, right.  So we would get that on a

24       routine basis and, you know, they inquired about

25       Effex because Effex came up, obviously, in that

1            CONFIDENTIAL - DROR NIV

2     -- in the regulatory -- in that regulatory

3     reporting system.

4            Q.  And did the CFTC investigate FXCM's

5     relationship with Effex?

6            A.  I believe so on a much later date.  I

7     don't recall when.

8            Q.  Do you remember what year 2013, 2014?

9            A.  It's all a blur and I don't recall.

10            Q.  Do you recall if you first became

11     aware of the CFTC investigation before FXCM

12     stopped taking order flow payments from Effex?

13            A.  The NFA one, I know that's the case.

14     The CFTC one, I don't -- I'm not sure.

15            Q.  Was the NFA investigation a factor in

16     your decision for FXCM to start -- to stop

17     charging Effex for order flow?

18            A.  No, it was the determination for the

19     -- it was the determination of the UK authorities

20     not to do it, which then we figured this is going

21     to, you know, become some best practices thing

22     that is likely to happen anyway and might as well

23     get ahead of it and terminate it because clearly

24     the regulators don't like it.  But it is -- when

25     the UK regulator said, no -- because, again, they

```
 1                CONFIDENTIAL - DROR NIV
 2       were investigating, you know, pieces of it, but,
 3       you know, this is standard practice and this was
 4       something that everybody does and, by the way,
 5       still do outside of the UK.  You have --
 6            Q.  And --
 7            A.  -- wrong and this did not become
 8       Global best practice.  It is just a UK best
 9       practice.
10            Q.  So understanding that the UK
11       regulator -- their decision was the impetus for
12       these discussions in this decision, did the fact
13       that the NFA was investigating FXCM's
14       relationship with Effex play any factor in the
15       decision to stop order flow payments from Effex?
16            MR. DAHAN:  Asked and answered.
17            Q.  You can answer.
18            A.  I mean, that's what I just explained.
19       It is an issue of, we understand if from -- from
20       an optics perspective, this -- the regulators did
21       not like the practice, yet, you know, the
22       regulators allow the practice, you know, and the
23       regulators, you know, absolutely, you know, still
24       -- again, this practice continues at all the
25       major brokerage firms today anyway.
```

1                CONFIDENTIAL - DROR NIV

2          Q.   And --

3          A.   The NFA and CFTC do not allow this in

4     the futures, because in futures there's no

5     practical way to do it and so they're not

6     familiar with it like the SEC is familiar with it

7     in equities but -- because of the monopoly status

8     of our futures exchanges operate.  But in

9     equities where there's 40 plus venues and there's

10    real competition for trades, there is absolute

11    payment for order flow.

12               So the -- you know, Effex is like

13    equities.  There is lots of venue competition,

14    okay, and therefore there's payment for order

15    flow.  So we thought this was fine.  They did not

16    and this clearly played some role in our decision

17    that, you know, we thought eventually the US

18    regulators would reach the same conclusion that

19    the UK regulators did, okay.  They never did, but

20    that's what we thought they would.

21          Q.   Okay.  And you said, "from an optics

22    perspective" the regulators did not like this

23    practice of payments for order flow.

24               Are you referring to the NFA as one

25    of those regulators?

1                CONFIDENTIAL - DROR NIV

2            A.   Yes.

3            Q.   And what was the basis for saying

4     that the NFA or other regulators didn't like the

5     optics of payments for order flow?

6            A.   The regulators because they don't

7     understand how our market -- how, basically,

8     trading actually works, okay, never bother to

9     take the time to figure this out, are like most

10    normal people who don't drown them in nuance in

11    how trading relationships work and they should

12    not.

13               And when they hear that somebody is

14    receiving payment, right, for routing an order,

15    they say, well, that must be untoward thing,

16    right, just because it logically makes sense that

17    if you're paying for something that you're

18    charging extra, quote, unquote, to the customer.

19    Where every study shows that this is not true,

20    right, and it is, you know, exactly the opposite,

21    you know, if you look at scientifically speaking

22    and the SEC has a subcommittee on best execution

23    -- sorry, on payment for order flow and a

24    committee on execution and a subcommittee for

25    order flow and study after study shows that, you

                    CONFIDENTIAL - DROR NIV

 1
 2      what that means.  Objection.
 3                Q.  You can answer.
 4                A.  You mean define exactly what that --
 5      like --
 6                Q.  Yeah, sure.
 7                A.  You mean --
 8                Q.  Yeah, I can try to tighten that up.
 9                    Did the nature of either the NFA or
10      CFTC investigations change at some point between
11      when they were first started and November 2015?
12                A.  Yes, so the NFA investigated and then
13      dropped and, you know, the investigation -- and
14      then the CFTC -- they referred to the CFTC.  CFTC
15      investigated and dropped, you know, that we
16      didn't hear from them for a few years, both of
17      them.
18                    And then post the Swiss National Bank
19      event that happened to FXCM in 2015 where FXCM,
20      you know, lost a lot of money, the CFTC and NFA,
21      you know, decided to revive -- not "revive."
22      They filed a case against us on the SNB stuff and
23      -- if I recall correctly, something along those
24      lines.  And somewhere time after that they
25      restarted this too.

```
                                          Page 179
 1                 CONFIDENTIAL - DROR NIV
 2             Q.  Do you recall if -- when you say,
 3       "they restarted this too," are you referring to
 4       the investigations of the relationship between
 5       FXCM and Effex?
 6             A.  Correct.
 7             Q.  And do you recall if they if the NFA
 8       and CFTC restarted those investigations in 2015
 9       between the SNB event in January 2015 and
10       November 2015?
11             A.  I don't recall the exact dates.  But
12       I believe it was in '16 sometime, but I don't
13       remember.
14             Q.  Okay.  This might be a good time for
15       a break.  We've been going --
16                 MR. DAHAN:  Okay.  How we doing on
17       the deposition?
18                 THE VIDEOGRAPHER:  Off the record
19       2:13.
20                 (Recess taken 2:13 to 2:24 p.m.)
21                 THE VIDEOGRAPHER:  We're on the
22       record at 2:24.
23             Q.  Welcome back, Mr. Niv.
24                 I've introduced the next document,
25       which is Exhibit 47.
```

1              CONFIDENTIAL - DROR NIV

2        deal we had with BNP.  We had numerous deals.

3        There's a P1, P2, P3 and P3 is the payment for

4        order flow.

5              Q.  Okay.  So it refers to a deal as

6        opposed to some sort of set of transactions or

7        streams or something else?

8              A.  Yeah.  It's an arrange --

9        essentially, this was for a payment for order

10       flow arrangement where -- again, it's a long time

11       ago.  So I believe that P2 was -- we sold them

12       data.  That's the side data that's referred to

13       above.

14             Q.  Okay.

15             A.  Which they used for internal hedge

16       fund to trade money.  This is a different team of

17       BNP that's making markets to us.

18             Q.  Okay.  And that was my next question.

19             So BNP was a liquidity provider for

20       FXCM at this time?

21             A.  Correct.

22             Q.  And was BNP in this P3 deal paying

23       for order flow for FXCM's retail customers?

24             A.  I know they -- we did a deal with

25       them mostly on institutional clients.  I don't

```
                                           Page 189
 1                 CONFIDENTIAL - DROR NIV
 2        recall if it ever was intended to go for other
 3        things but the -- it just was never successful on
 4        a large scale.
 5             Q.  Do you recall if BNP ever paid FXCM
 6        either in this deal or at any point for order
 7        flow on -- for retail order flow?
 8             A.  I don't recall.  I don't believe so.
 9        I don't recall.  I don't believe they ever went
10        -- they ever -- they were using institutional
11        clients as kind of a test case.  I don't believe
12        this was -- we ever made it out of this test
13        case.
14             Q.  Okay.  And in the same e-mail we just
15        looked at.  The last sentence you write, "It's
16        tiny compared to Dittami."
17                 Did you mean that the amount BNP paid
18        FXCM for order flow in the P3 deal was "tiny"
19        compared to the amount that Effex was paying FXCM
20        for order flow at this time?
21             A.  Yes, because it was more complicated
22        and they largely lost money doing it and,
23        therefore, you know, our agreement says they
24        wouldn't have to pay us money if they wouldn't
25        make money.
```

1              CONFIDENTIAL - DROR NIV

2          A.  The exact -- we had so many at that

3      time because, clearly, this was an emergency

4      time.  So I do not recall this specific meeting.

5      But I know the subject of what we discussed at

6      all these meetings.

7          Q.  Okay.  If you go down to Page 2 about

8      halfway through the first full paragraph and in

9      there the minutes here say that you discussed an

10     execution study with the Board.

11              Do you see that?

12         A.  Yes.

13         Q.  And do you recall discussing an

14     execution study with the Board?

15         A.  Yes.

16         Q.  Was this the same study that you

17     referred to earlier about improvements in

18     execution?

19         A.  Correct.  This was, obviously, a

20     study that we prepared way before 2016 and we

21     already presented it to foreign regulators, to

22     the US regulators.  This is just in the -- and

23     the Board knew about.  This is just reiterating

24     it.

25         Q.  Did FXCM ever publish this study

Page 257

CONFIDENTIAL - DROR NIV

1

2        anywhere?

3                A.   Yes.

4                Q.   Where?

5                A.   So we published it on our website and

6        the NFA called 2 minutes -- like 20 minutes later

7        literally and told us to take it down, because it

8        was disparaging the CME, because we compared our

9        execution to the execution on CME, UBS and

10       Reuters and CME is their favorite child.  So they

11       decided this is no good because they're -- again,

12       the NFA is the National Futures Association.

13       When it was mandated by Congress in 2000 to

14       oversee -- the retail FX 2 is the futures

15       association and, therefore, they did not want to

16       bias the futures exchange, which was on their

17       board, et cetera, et cetera.

18               So they told us to take it down.  We

19       did publish the study on our foreign websites

20       later and they initially took us to take it out

21       of the foreign websites too.

22               But we said, you kind of don't have

23       jurisdiction over that.  And we published this,

24       you know, this study.  And they're not allowed to

25       tell us not to publish because their rules state

Page 262

1                CONFIDENTIAL - DROR NIV
2        writing from whom.  But, obviously, we have not
3        had any foreign regulator action, you know, on
4        this topic whatsoever.  And we, clearly, you
5        know, in -- for past issues if the US fined us
6        for something, we would get -- you know, the
7        other regulators would be like where is our --
8        we, basically, the same violation here, so, you
9        know, if it's, you know, if it's the same
10       violation, we want, you know, a fine too.  I
11       mean, this was not the case here.
12              Q.  Okay.  Did you ever talk to the CFTC
13       about the execution study?
14              A.  Yes, we did a presentation for them.
15       And which is why, again, initially they dropped
16       their stuff, like, we thought we made them go
17       away because of all of this stuff.  They only
18       came back -- the CFTC did drop -- basically, drop
19       the case and they went radio silent for a long
20       time until the NFA, basically, came to us and the
21       NFA because it doesn't have the, you know, the
22       burden of the US Constitution and federal judge
23       and they just get to have their own courts,
24       that's their own employees and, you know, panel
25       that, you know, for some mysterious reason is a

```
 1              CONFIDENTIAL - DROR NIV
 2         Q.   Okay.  Was Effex one of the liquidity
 3    providers that terminated its relationship with
 4    FXCM in February 2017?
 5         A.   I don't recall the exact date, but
 6    FXCM terminated Effex Capital I don't recall
 7    when.  But sometime around this time or a little
 8    before to, basically --
 9              MR. BAKER:  Hello?
10         A.   -- basically, cut off all
11    relationship.
12         Q.   Okay.  I think I missed -- the audio
13    cut out for a good amount of your answer there.
14         A.   Sorry, so FXCM terminated --
15         Q.   (INAUDIBLE DUE TO CROSS-TALK.)
16         A.   Can you hear me now?
17              MR. DAHAN:  Yeah, we can hear you.
18         Q.   Yeah, yeah, yeah.
19         A.   So FXCM terminated Effex Capital I
20    don't recall when but I -- to the best of my
21    recollection, it was before this date.  But I --
22    it's around this date.  It's either before or
23    slightly after, but it's around this date.  And
24    that was a decision that FXCM made.
25         Q.   Was that after the NFA and CFTC
```

```
 1                  CONFIDENTIAL - DROR NIV
 2        settlements?
 3                  MR. DAHAN:  Objection.  I think he
 4        just said he doesn't know but...
 5             A.  I don't recall.  I mean, obviously,
 6        that's the record.  We have records of that so...
 7             Q.  And were you a part of the decision
 8        to terminate Effex as a liquidity provider?
 9             A.  Yes.
10             Q.  What was the basis for that decision?
11             A.  You know, regulatory pressure.
12             Q.  Do you know if Effex is still in
13        operation today?
14             A.  No, because when this press release
15        came out, their other clients left them also and
16        a lot of that counterparties cut them off.  Prime
17        broker cut them off.  So they, basically, are out
18        of business completely.
19             Q.  Did the NFA or CFTC settlements
20        require that you leave FXCM entirely?
21             A.  I think so.
22             Q.  Not just as CEO but leave the
23        company?
24             A.  I think -- well, okay, the NFA and
25        CFTC settlement applies really only to the US
```

1          CONFIDENTIAL - DROR NIV

2      C E R T I F I C A T E   O F   R E P O R T E R

3          I, SILVIA P. WAGE, a Certified Shorthand

4      Reporter, Certified Realtime Reporter and Registered

5      Reporter, herby certify that the witness in the

6      foregoing deposition was by me duly sworn to tell

7      the truth, the whole truth, and nothing but the

8      truth in the within-entitled cause; that said

9      deposition was taken down in shorthand by me, a

10     disinterested person, at the time and place

11     therein stated, and that the testimony of the

12     said witness was thereafter reduced to

13     typewriting, by computer, under my direction and

14     supervision; that before completion of the

15     deposition, review of the transcript [X] was [ ]

16     was not requested.  If requested, any changes

17     made by the deponent (and provided to the reporter)

18     during the period allowed are appended hereto.

19         I further certify that I am not of counsel

20     or attorney for either or any of the parties to

21     the said deposition, nor in any way interested in

22     the event of this cause, and that I am not

23     related to any of the parties thereto.

24

       <%9932,Signature%>

25     License No. 30X100182700  dated:February 16th, 2021