# EXHIBIT 92

1          CONFIDENTIAL -  JOHN DITTAMI
2          UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
3

    In re:                    :
4                             :  Master File No.
    Global Brokerage, Inc.   :  1:17-cv-00916-RA
5    F/k/a FXCM, Inc.         :
    Securities Litigation    :
6    ----------------------   :
7
8          REMOTE VIDEO DEPOSITION OF:
9               JOHN DITTAMI
10          THURSDAY, JANUARY 21, 2021
11
12
13
14
15
16
17
18
19
20
21
22
23
24    REPORTED BY:
    SILVIA P. WAGE, CCR, CRR, RPR
25

```
                                              Page 30

 1              CONFIDENTIAL -  JOHN DITTAMI

 2         Q.   And who did you speak to about that?

 3         A.   William Ahdout.

 4         Q.   And what did you generally talk about

 5    with Mr. Ahdout with respect to the scope or goal

 6    of EES?

 7         A.   Provide better execution for their

 8    retail customers, fill the gaps other liquidity

 9    providers were not billing.

10         Q.   Did you have an expectation that EES

11    would generate profits for FXCM?

12         A.   Yes, I did.

13         Q.   And, in general terms, how did you

14    expect EES to generate profits for FXCM?

15         A.   Be its trading activity and

16    competition with the other LPs.

17         Q.   By "LPs" are you referring to

18    liquidity providers?

19         A.   Yes.

20         Q.   And so did you intend for EES to

21    provide liquidity for trading on FXCM's no

22    dealing desk platform?

23         A.   I intended it to provide liquidity to

24    FXCM, not the no dealing desk.

25         Q.   Take a step back.
```

                    CONFIDENTIAL -  JOHN DITTAMI

1

2                    THE STENOGRAPHER:  I'm sorry.  You're

3       trailing off and I'm not catching the rest of

4       your answer.

5            A.   I expected it to be around the same

6       or better than the other alternative employment

7       options I had available.

8                    THE STENOGRAPHER:  Thank you.

9            Q.   Did you have an expectation as to the

10      size of your management bonus relative to your

11      base salary?

12           A.   I expected it would be multiples

13      there.

14           Q.   Multiples of your base salary?

15           A.   Correct.

16           Q.   When you were negotiating this

17      employment agreement, did you have any

18      discussions with anyone at FXCM as to the amount

19      of profits EES was expected to generate?

20           A.   No.

21           Q.   And going back to Page 1 under

22      Section 2, do you see a reference to a

23      "$3 million initial investment"?

24           A.   I do.

25           Q.   Okay.  And I don't have any questions

```
                                              Page 42

 1              CONFIDENTIAL -  JOHN DITTAMI

 2              A.  Yes, I do.

 3              Q.  What "team" is this referring to?

 4              A.  The team would have been my hires

 5      that I made after -- after April 2010; James

 6      Bradley, consultants of First Derivatives, Chris

 7      Meyer, members that I was hiring to grow my team.

 8              Q.  Okay.  And is this referring to any

 9      FXCM employees?

10              A.  No, this is -- this -- it's my team.

11      It's people I hired, partners I brought on,

12      consultants I paid.

13              Q.  Okay.  And does this mean that at

14      EFFEX you and your team continued the build out

15      and development of the trading system that you

16      had worked on at FXCM?

17              A.  That's correct.

18              Q.  And that's EES?

19              A.  While at FXCM, yes.

20              Q.  Yes, thank you.

21              The next part of the paragraph reads,

22      "EFFEX Capital was formed by Mr. Dittami on March

23      23rd, 2010."

24              Do you see that?

25              A.  Yes.
```

```
 1              CONFIDENTIAL -  JOHN DITTAMI

 2            Q.  And that's true?

 3            A.  Yes.

 4            Q.  So EFFEX did not exist prior to

 5       March 23rd, 2010?

 6            A.  That's correct.

 7            Q.  How did you form EFFEX?

 8            A.  Signed a document to open an LLC.  I

 9       bought a website, got an e-mail, things like

10       this.

11            Q.  Did anyone assist you in forming

12       EFFEX?

13            A.  I believe the FXCM Counsel helped me

14       walk through how I would or how I would initiate

15       this and my own -- and my own Counsel to help me

16       assist as well.

17            Q.  Okay.  Thank you.  That was my next

18       question.

19            A.  Primarily, my own Counsel, operating

20       group.

21            Q.  Did anyone else at FXCM assist you

22       with forming EFFEX?

23            A.  No.

24            Q.  About how many people worked at EFFEX

25       when you first started the company?
```

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2      go off the record?
 3                  MR. BAKER:  Sure.  Let's do that for
 4      just a minute.
 5                  THE VIDEOGRAPHER:  Okay.  The time
 6      is, approximately, 9:53 a.m.  We are going off
 7      the record.
 8                  (Recess taken 9:53 to 9:57 a.m.)
 9                  THE VIDEOGRAPHER:  The time is,
10      approximately, 9:57 a.m.  We are back on the
11      record.
12              Q.  Welcome back, Mr. Dittami.
13                  I have a couple more questions for
14      you on Exhibit 6.
15                  Do you recall if EES ever provided
16      liquidity with respect to actual trades with
17      FXCM's customers?
18              A.  I think there were test trades done
19      with UK customers, but EES was not in primary
20      production of them.
21              Q.  And so what do you mean by "test
22      trades"?
23              A.  Ensure that a trade would be executed
24      properly.  It's standard in a buy or sell a small
25      tiny amount make sure the trades go through okay,
```

1              CONFIDENTIAL - JOHN DITTAMI

2       make sure the system runs okay.  It's not

3       full-fledge production trading.

4              Q.  But these were actual trades that

5       were executed?

6              A.  Transaction to ensure the integrity

7       of the system, it's working in the production

8       environment, yes.  There are actual trades but

9       controlled.

10             Q.  Okay.

11             A.  Controlled and limited.

12             Q.  Are you familiar with the term

13      "position exposure" in the context of Forex

14      trading?

15             A.  I'm familiar with the term.  Everyone

16      considers it differently.

17             Q.  What's your understanding?

18             A.  Everyone has their own position.  My

19      understanding is a position held depending on the

20      customer, depending on the person, depending on

21      -- it's different for everyone.

22             Q.  Okay.

23             A.  There's credit exposure and trading

24      exposure.  Those are different as well.

25             Q.  Okay.  So, in Exhibit 6, in the same

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2       mouth.
 3              A.  My guess someone who is on the side
 4       of a trade but not -- maybe like a broker on the
 5       trade, not carrying risk on the trade.  My
 6       understanding is someone who does not hold, you
 7       know, an interest in whether that -- that trade
 8       goes up or down.
 9              Q.  Okay.
10              A.  Credit, credit principal, credit
11       principal to the trade.
12              Q.  Okay.  And you said before that it
13       was not accurate that -- to say that EFFEX was
14       not a riskless principal with respect to
15       offsetting trades?
16              A.  Yeah, EFFEX has no relationship with
17       the customer.  EFFEX holds positions for a
18       living.  Counterparty's FXCM, so I don't -- I
19       don't know what he was getting at here.
20              Q.  Okay.  And to break down, I guess,
21       the mechanics of that trade, so is it your
22       understanding that with trades on FXCM's no
23       dealing desk platform that a customer would enter
24       into a trade with FXCM and FXCM would offset that
25       trade with a liquidity provider?
```

```
                                              Page 77

 1            CONFIDENTIAL -  JOHN DITTAMI

 2            A.  Yes, I understand that to be the

 3       case.

 4            Q.  Okay.

 5                 Okay.  I'm going to move onto the

 6       next document.

 7                   (Deposition Exhibit 11, 11/4/15 FOIA

 8       Confidential Treatment Requested letter to K.

 9       Brent Tomer of the CFTC RE: Effex Capital, John

10       Dittami E Capital-000107 & E Capital-000108, was

11       marked for identification.)

12            Q.  This should be Exhibit 11.  Please,

13       let me know when you can see it.

14            A.  Oops.  I see it.

15            Q.  Okay.  And please take a minute to

16       review.

17                 For the record, Exhibit 11 is E

18       Capital 107.

19                 And, Mr. Dittami, let me know when

20       you're ready.

21            A.  I'm ready.

22            Q.  Is this a letter sent by your Counsel

23       to the CFTC on behalf of yourself and EFFEX?

24            A.  Yes.

25            Q.  And did you help draft this letter?
```

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2     consummated.  But that was the writing in the
 3     document.
 4          Q.  Was it your intent in executing this
 5     option to maintain the 70/30 split of trading
 6     profits originally set out in the management
 7     bonus in your employment agreement?
 8          A.  No.
 9          Q.  Did you have any discussions with
10     anyone at FXCM about continuing the 70/30 split
11     of trading profits from your employment
12     agreement?
13          A.  Yes.
14          Q.  And who did you speak to about that?
15          A.  It would have been William Ahdout and
16     Ken Grossman.
17          Q.  And at the time -- when did you have
18     those discussions?
19          A.  It would have been in 2010.
20          Q.  And did Mr. Ahdout and Mr. Grossman
21     express to you that they also wanted to -- sorry,
22     let me strike that.
23              Okay.  Did Mr. Ahdout or Mr. Grossman
24     express to you that they also wanted to maintain
25     the 70/30 split of trading profits?
```

```
                                              Page 172
 1            CONFIDENTIAL -  JOHN DITTAMI
 2     you know, on that business, probably a rough
 3     approximation.  It never -- you know, plus or
 4     minus 10 percent.
 5            Q.  Okay.  And if you scroll down -- I
 6     apologize.  My dog is barking in the background.
 7            If you scroll down to Line 18433 of
 8     the same conversation.
 9            Do you see that?
10            A.  I see Line 18433.
11            Q.  And there Mr. Bradley appears to say,
12     "Can we not try for an external customer sooner?
13     It will be interesting."
14            Do you see that?
15            A.  Yes, I see that.
16            Q.  And then skipping one line down, you
17     write, "Well we have to get our stuff straight.
18     No external customer will take our current size."
19            A.  Yes, I see that.
20            Q.  In November 2010, did trades writing
21     from FXCM account for all of Effex's trading
22     revenues?
23            A.  In 2010, no, I believe we also traded
24     on EBS, which is a forex venue.  I believe that
25     was the only one in 2010 that we were able to
```

1                CONFIDENTIAL -  JOHN DITTAMI

2       acquire.

3            Q.  Do you recall approximate -- sorry,

4       go ahead.

5            A.  I believe we were able to acquire in

6       EBS in 2010, maybe Waters.  I can't recall if

7       that was 2010 or 2011 or earlier.

8            Q.  And in November of 2010, do you

9       recall, roughly, what percentage of Effex's

10      trading revenues came from FXCM?

11           A.  Majority.  It would have been FXCM at

12      this date.

13           Q.  And by "majority" do you know mean

14      closer to 50 percent, 90 percent, more?

15           A.  Closer to 90 percent on this date.

16           Q.  By external customer, were you

17      referring to potential customers for Effex's

18      services outside of FXCM?

19           A.  Yes, of course, any customers of

20      Effex Capital, not Effex services.  Any Effex

21      Capital customers that were not FXCM, anyone

22      external to Effex, as many as we could get.

23           Q.  You say, "anyone external to Effex."

24                Does that include FXCM?

25           A.  Yes.  Any customer that is not Effex

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2      behalf of Effex?
 3              A.  Yes.
 4              Q.  And did David Sassoon sign the letter
 5      on November 24, 2015 on behalf of FXCM US?
 6              A.  Yes.
 7              Q.  Did you ever sign any document prior
 8      to this one stating that the option agreement was
 9      never in effect?
10              A.  You had showed documents earlier.  I
11      don't know if those were executed, where we were
12      back in 2011 attempting to terminate the same
13      agreement.  Again, I don't know if that ever got
14      executed, but you showed me.  We saw those
15      documents earlier.
16              Q.  Yeah, and I'm just asking if you
17      recall signing a document, specifically.
18              A.  I don't recall.
19              Q.  Prior to signing this document, do
20      you recall ever acknowledging in writing that the
21      option agreement was never in effect?
22              A.  I don't recall in writing.  I would
23      have -- it would have been clear that it would
24      not affect any discussion.
25              Q.  And prior to executing this document,
```

```
                                          Page 207

 1              CONFIDENTIAL -  JOHN DITTAMI
 2     about how often you would have discussed it, as
 3     opposed to how often you actually changed it.
 4              Does that change your answer?
 5         A.  We would have discussed it every time
 6     we were doing a negotiation for a new situation
 7     whenever -- whenever I kept trying to negotiate
 8     into a new position, this would have been one of
 9     the many elements of it, as part of those
10     negotiations but not as part of the service
11     contract.
12         Q.  And in these discussions about
13     changing the rate for order flow payment, would
14     that have been something -- a discussion you had
15     with Mr. Ahdout?
16         A.  It would have been with William, yes.
17         Q.  Was anyone else typically involved in
18     those conversations?
19         A.  Whoever is involved in the
20     negotiations and document negotiations.  To
21     actually officially implement the change, like,
22     the one to $16, I would have discussed that with
23     Drew as well.
24         Q.  And on July 6th, 2010, the date of
25     this e-mail, was there a signed services
```

CONFIDENTIAL - JOHN DITTAMI

1

   A. It is, yes.

2

   Q. And looking at the e-mail from

3

Mr. Rosenfeld, the second e-mail from the bottom

4

on Page 1 and Mr. Rosenfeld writes, "Does 16 per

5

mill seem like the figure we'll have to go for

6

Oct?"

7

   A. I see that.

8

   Q. Did you understand that to mean the

9

16 per million to refer to the rate for Effex's

10

payments to FXCM for order flow?

11

   A. I refer to it discussing, yeah, if we

12

can change it.

13

   Q. And that's for the month of

14

October 2010?

15

   A. That's what the e-mail says, yes.

16

That would be -- from that point forth is what

17

would have been under discussion.

18

   Q. And do you recall having discussions

19

with Mr. Rosenfeld or other people at FXCM about

20

setting the rate for Effex's payments to FXCM for

21

order flow for October 2010?

22

   A. Any negotiations I had would have

23

been with William and, you know, Drew.

24

Discussions with Joshua Rosenfeld would be --

25

1              CONFIDENTIAL - JOHN DITTAMI

2         A.  That's what it shows, yes.

3         Q.  And that's the same rate you

4    suggested in the prior e-mail that we looked at?

5         A.  It's a rate that was mentioned in the

6    prior e-mail, yes.

7         Q.  Was there a services agreement in

8    place between Effex and FXCM Holdings at this

9    time in November 2010?

10        A.  I would assume there was, but I don't

11   recall there being one for 17.50.  And I don't

12   know if this -- and I don't know if this -- I

13   don't know the results of what was paid for this

14   month.

15        Q.  To your recollection, was the rate of

16   $17.50 per million set out in any formal

17   agreement between FXCM and Effex?

18        A.  No, I don't recall it.  I recall 21.

19   I recall the next change to 16.  This is -- I

20   don't know if this was ever inked or ever

21   finalized, but this was in transit of

22   negotiation, I'm not sure.  You have to look at

23   book -- we would have to dig up books and records

24   on this.  This 17.50 doesn't seem to be...

25        Q.  Okay.  I'm going to show you the next

Page 244

1              CONFIDENTIAL - JOHN DITTAMI

2              Q.  So -- sorry, "it's not" what?  I

3      didn't catch the last bit.

4              A.  This is not their core stream.  It's

5      two liquidity streams.  They're clearly not

6      talking about the core stream, which the payment

7      for -- they're talking about some other stream.

8      We did over many years many streams with FXCM and

9      many other companies.

10             Q.  Okay.  And did Effex pay FXCM for

11     order flow for these other streams other than the

12     core retail stream?

13             A.  Just FXCM Pro institutional venue ECN

14     feeds.  But, no, we generally wouldn't agree to

15     pay for the other -- for the other streams, no.

16     We paid institutional technology ECNs fees for

17     FXCM Pro and also for Fast Match.

18             Q.  So, in Mr. Meyer's e-mail here at the

19     -- towards the bottom of Page 3, he refers to

20     these two streams as "not profitable."

21             Do you have April understanding of

22     what Mr. Meyer means by saying that these streams

23     are "not profitable"?

24             A.  He's telling FXCM, we're not making

25     profits on them, on these two streams.  We're not

```
                                          Page 258
 1              CONFIDENTIAL -  JOHN DITTAMI
 2         Q.   Okay.  I'm going to show you the next
 3    document?
 4         A.   Let me rephrase that.  I wouldn't
 5    have paid $21 per million or 16 or whatever it
 6    was.
 7         Q.   Before we get into the next exhibit,
 8    I'll just follow up with what you were saying
 9    there.
10              Was it your understanding is that the
11    Services Agreement between Effex and FXCM
12    specified what streams Effex would or would not
13    pay FXCM for order flow on?
14         A.   No, it did not specify.  When the
15    Service Agreement was created, it was only a
16    retail core stream.
17         Q.   Was there any other services
18    agreement or amendment to a services agreement
19    which did specify which streams would be included
20    in the volume that Effex paid FXCM for order
21    flow?
22         A.   None that I -- none that I can
23    remember or recall, other than the Fast Match
24    institutional agreement and FXCM Pro
25    institutional agreement for the institutional
```

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2      does it appear that January 2013 is a typo?
 3              A.  I don't know what the -- the invoice
 4      number says -- has an 02 referring to February
 5      so...  And the title says February, so it appears
 6      to be a February invoice.
 7              Q.  Okay.
 8              A.  Yes, I believe the January is a typo
 9      and it should say February.
10              Q.  Okay.  And under -- or in the invoice
11      in the first column, do you see where it says
12      "JPY/USD"?
13              A.  Yes.
14              Q.  And that's the dollar/yen currency
15      payor?
16              A.  That is the dollar/yen currency
17      payor.
18              Q.  And so, in this invoice, was FXCM
19      charging Effex $3 per million for order flow in
20      the dollar/yen currency payor and $16 per million
21      for order flow in all other currency payors?
22              A.  That is correct.
23              Q.  Did you have any discussions with
24      Mr. Ahdout or anyone at FXCM about Effex paying a
25      reduced rate of $3 per million on order flow for
```

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2      the dollar/yen currency payor?
 3              A.  Yes, that one I know I had
 4      discussions with him.
 5              Q.  And who else was involved in those
 6      discussions, if anyone?
 7              A.  William and because we made this
 8      final, I'm sure I had -- I'm sure I had also had
 9      to negotiate with that Drew but William and Drew.
10              Q.  Was trading in the dollar/yen
11      currency payor less profitable for Effex on a per
12      million basis at this time --
13              A.  Yes.
14              Q.  -- compared to all other currencies?
15              A.  Yes, it was.
16              Q.  And did you inform Mr. Ahdout or
17      anyone -- or Mr. Niv that trading in this payor
18      was less profitable for Effex on a per million
19      basis at this time?
20              A.  Yes.  I would have informed them that
21      I'm not going to provide liquidity to the
22      dollar/yen, because I lose money given the fees I
23      pay.
24              Q.  And did Effex and FXCM execute or
25      amend a services agreement to reflect a different
```

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2       review and let me know when you're ready.
 3                   MR. BAKER:  For the record,
 4       Exhibit 56 is GLBR 185323.
 5              A.  I'm ready.
 6              Q.  And is this an e-mail from Baruch
 7       Greenbaum to Aaron Harding, Alexan Kartalyan and
 8       copying Chris Meyer?
 9              A.  Yes, it is.
10              Q.  And looking at -- and I'll note that
11       you do not appear to be on the e-mails in this
12       chain.
13                   Looking at the bottom of Page 1, the
14       e-mail from Baruch Greenbaum at 2:35 p.m.
15                   Do you see that?
16              A.  Yes.
17              Q.  And he writes, "Chris, what will the
18       new fee rate per million per volume from EUR/USD
19       for June and going forward?"
20                   And above Mr. Meyer responds, "It's
21       $6 per million for June and beyond."
22              A.  Yes.
23              Q.  Was it your understanding that as of
24       June 2013, Effex would pay only $6 per million on
25       euro/dollar trading volume in its order flow
```

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2     payments to FXCM?
 3              A.  Yes, that's my recollection.
 4              Q.  And is that something you discussed
 5     with Mr. Ahdout or Mr. Niv?
 6              A.  That would have been discussed with
 7     both of them, yes.
 8              Q.  Was trading in the euro/dollar
 9     currency payor less profitable for Effex on a per
10     million basis at this time?
11              A.  Yes.
12              Q.  And did you inform Mr. Ahdout and Mr.
13     Niv that trading in this payor was less
14     profitable for Effex on a per million basis at
15     this time?
16              A.  Yes, I would have informed him as I
17     did dollar/yen.  But they already knew that.
18     Every other LP probably felt and did the same
19     thing.
20              Q.  Did Effex and FXCM execute or amend
21     any services agreement to reflect a different
22     rate of payment for trading in the euro/dollar
23     payor?
24              A.  I don't know -- I don't know if an
25     amendment was made or wasn't made.
```

Page 283

                  CONFIDENTIAL -  JOHN DITTAMI

 1

 2      when I was an employee.

 3               Q.  Did you have discussions with

 4      Mr. Ahdout about what markups FXCM should apply

 5      to different liquidity providers after you had

 6      left FXCM?

 7               A.  I had this discussion here, yeah.

 8               Q.  Do you recall --

 9               A.  Yes.

10               Q.  Do you recall having those

11      discussions on other occasions aside from this

12      one on this e-mail?

13               A.  Yes, I'm sure there were, at least,

14      several occasions that I discussed markups.

15               Q.  Was there anyone else at FXCM that

16      you would have discussed these markups with?

17               A.  Patricia Muchinsky, who is on there

18      for sure, maybe a guy named Paresh Patel.  That's

19      the ones off the top of my head I can think of;

20      Trisha, Patel, William.  I don't see Patel in

21      here.

22               Q.  And about how often did you discuss

23      with Mr. Ahdout what markups to apply to

24      different liquidity providers after you had left

25      FXCM?

CONFIDENTIAL -  JOHN DITTAMI

1

2          A.  Not that often, probably more often

3     in May, June and as I'm transitioning.  As I've

4     left FXCM and transitioning, that stuff I looked

5     at as an employee, but after 2011 or so, roughly.

6     I don't know; really never, very rare.

7          Q.  Okay.

8          A.  But in this transition period

9     probably had regular conversations, you know.

10          Q.  And, to your knowledge, did

11     Mr. Ahdout ever implement your recommendations as

12     to what markups to apply to different liquidity

13     providers?

14          A.  He implemented some of them or he'll

15     change them, not all of them.

16          Q.  And does this chart referring to the

17     chart on the left side of the first page of the

18     attachment here, does this show FXCM's historical

19     markups for both Effex and other liquidity

20     providers?

21          A.  No, I don't see it.

22              On the chart that I see on the second

23     page?

24          Q.  Yes.

25          A.  The chart I see on the second page

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2      have quants and analysts anymore.
 3              Q.  Were there any documents that you
 4      received from FXCM showing when and for what
 5      currency payors Effex had the ability to win all
 6      ties?
 7              A.  No, I don't recall.  I recall
 8      discussions when I wasn't winning ties, but I
 9      don't recall documents specific to it.
10              Q.  Was there any other way that you were
11      able to discern whether Effex was winning ties on
12      the currency payor, other than doing the data
13      analysis that you referred to?
14              A.  No, it was just data analysis, very
15      obvious.  We were winning a lot of volume and
16      stopped winning a lot of volume.  We're not
17      winning ties.  We create a very tight price and
18      you look at volume and we're not winning ties.
19      It's data driven.
20              Q.  Is it your experience that as a
21      general matter if you were not winning ties with
22      respect to a certain currency payor, you would be
23      -- you would not be winning as much volume with
24      respect to that currency payor?
25              MR. DAHAN:  Objection.
```

```
                                        Page 301
 1              CONFIDENTIAL -  JOHN DITTAMI
 2          A.  Yes, if you did not win ties, you win
 3      less volume.
 4          Q.  Okay.  I'm going to show you another
 5      document.
 6              (Deposition Exhibit 61, e-mail string
 7      GLBR_00186222 to GLBR_00186224 marked
 8      Confidential, was marked for identification.)
 9          A.  Okay, Document 60 has appeared.
10              MR. DAHAN:  Is this 61?
11              MR. BAKER:  Yes, this will be 61.
12          A.  I knew it would be worth checking it
13      each time.
14              MR. DAHAN:  Don't worry.  You already
15      won the award for most exhibits in a deposition
16      so...
17          A.  Oh; deposition 61.
18          Q.  Okay, you have it up?
19          A.  Yes.
20          Q.  Okay.  Please take a minute to
21      review.
22              MR. BAKER:  For the record,
23      Exhibit 61 is GLBR 186222.
24          Q.  And I'm just going to -- feel free to
25      review the entirety of this document.  I'm just
```

```
                                        Page 324
```

2          Q.  To your knowledge was this weekly

3      update or later version of it ever sent to Mr.

4      Niv?

5          A.  I don't know.  I asked -- I was

6      asking Evan to provide to it Drew.  This is per

7      Drew.

8          Q.  Okay.  Moving down to the attachment

9      that starts at the second page of the exhibit.

10          A.  Okay.

11          Q.  You see on the first page under the

12      header, "Benefits," there is several numbered

13      paragraphs?

14          A.  Hold on; yes.

15          Q.  And under Paragraph No. 1 it reads,

16      "Greater Effex P&L with realtime read a book and

17      better understanding of FXCM's internal works

18      (and Effex advantage)."

19          A.  Yes.

20          Q.  Does "P&L" mean Effex's trading P&L?

21          A.  Yes.

22          Q.  And what did you mean by "realtime

23      read a book"?

24          A.  It means my read of the top of book

25      at FXCM is approved.  I mean, better -- I have a

Page 325

CONFIDENTIAL -  JOHN DITTAMI

1
2       reference of the realtime read of the top of book
3       from FXCM.
4               Q.  And when did that start, that Effex
5       had a realtime read a book from FXCM?
6               A.  The day it was -- the day Effex
7       started.
8               Q.  And was there a time when Effex no
9       longer had realtime read a book from FXCM?
10              A.  No.
11              Q.  Was having a realtime read a FXCM's
12      book an advantage for Effex over other liquidity
13      providers?
14              A.  [REQUEST] It was an intellectual
15      property decision that I'd wish does not leave
16      this deposition.
17                  But as an advantage, it's only
18      advantage because others choose not to use it.
19              Q.  Would having realtime read a book
20      help Effex to realize greater trading P&L on
21      order flow from FXCM than it would have without
22      realtime read a book?
23                  MR. PAYKIN:  Objection.
24              A.  Probably realtime read a book in
25      conjunction with Effex's use of intellectual

```
 1              CONFIDENTIAL -  JOHN DITTAMI
 2      property on how to use it allowed Effex to meet
 3      greater profitability, yes.
 4              Q.  Did having realtime read a book help
 5      Effex to win more trading volume for FXCM than it
 6      would have without realtime read a book?
 7              MR. PAYKIN:  Objection.
 8              A.  Along side's Effex's IP, yes.
 9              Q.  Under the heading -- on the same page
10      under the heading that says, "Costs," looking
11      apartment the paragraph numbered 1, do you see
12      that?
13              A.  Yes.
14              Q.  It reads, "Opportunity cost of Effex
15      resources for new business ventures or to
16      research/implement laundry list of P&L value
17      items on existing ventures (Effex, therefore are
18      aligned interest cost)."
19              A.  I see that.
20              Q.  And what did you mean by "Effex,
21      therefore are aligned interest cost"?
22              A.  I don't know what I mean by "Effex,
23      therefore are aligned interest cost."  But our
24      aligned interest costs are aligned to do business
25      ventures we want to go on to work together, many
```

Page 335

1              CONFIDENTIAL -  JOHN DITTAMI

2     --

3              A.   In line with --

4              Q.   -- 90 percent of Effex's trading P&L

5     at this time kept coming from FXCM order flow?

6              A.   Again, that's my best guesstimate on

7     this week.  That's what it was on this week.

8              Q.   Okay.  And was that share typical for

9     Effex in 2011?

10             A.   It's my guess in 2011 that it was

11    around, roughly, 90 percent.  I don't have

12    precise guides.

13             Q.   And did that percentage change

14    between 2011 and 2014?

15             A.   I believe that percentage would have

16    -- there would have been an increased percentage

17    of P&L outside of FXCM.

18             Q.   And in 2014, do you recall, roughly,

19    what percentage of Effex's revenues came from

20    FXCM?

21             A.   I don't know what percentage.  I

22    don't know.

23             Q.   Was it less than that half?

24             A.   -- more than 50.

25             Q.   Okay.  Was there ever a point between

Page 377

1      CONFIDENTIAL -  JOHN DITTAMI

2    C E R T I F I C A T E   O F   R E P O R T E R

3        I, SILVIA P. WAGE, a Certified Shorthand

4    Reporter, Certified Realtime Reporter and Registered

5    Reporter, herby certify that the witness in the

6    foregoing deposition was by me duly sworn to tell

7    the truth, the whole truth, and nothing but the

8    truth in the within-entitled cause; that said

9    deposition was taken down in shorthand by me, a

10   disinterested person, at the time and place

11   therein stated, and that the testimony of the

12   said witness was thereafter reduced to

13   typewriting, by computer, under my direction and

14   supervision; that before completion of the

15   deposition, review of the transcript [X] was [ ]

16   was not requested.  If requested, any changes

17   made by the deponent (and provided to the reporter)

18   during the period allowed are appended hereto.

19       I further certify that I am not of counsel

20   or attorney for either or any of the parties to

21   the said deposition, nor in any way interested in

22   the event of this cause, and that I am not

23   related to any of the parties thereto.

24

     <%9932,Signature%>

     SIGNED                    January 30, 2021.

25   License No. 30X100182700