# EXHIBIT 95

1

2

COMMODITY FUTURES TRADING COMMISSION

-----------------------------------------------X

IN THE MATTER OF:

RETAIL FOREX FRAUD

-----------------------------------------------X

8

                          140 Broadway

                          New York, New York

11

                          May 25, 2016

                          9:39 A.M.

14

          DEPOSITION of DREW NIV, the witness

herein, taken by the Commodity Futures Trading

Commission, pursuant to Agreement, held at the

above-noted time and place, before a Notary Public

of the State of New York.

20

21

22

23

24

25

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                                    GLBR_00000141

68

1                            Drew Niv

2        A      Not to say the analysis isn't helpful to

3   begin it.  But had he had to start that over, that

4   would have been a good six months worth of work.

5   So it is a time savings there, it is not the same

6   as, not monetizing in the same was as you would

7   think a physical asset.

8   BY MR. TOMER:

9        Q      Are you aware of whether Mr. Dittami

10  live tested his market-making capabilities while

11  employed at FXCM?

12       A      I believe he did, yes.

13       Q      Do you know whether he derived any

14  profits during the live testing?

15       A      I do not know that.  It was such a

16  negligible amount of testing.

17       Q      Do you know if he lost money during the

18  live testing?

19       A      I don't know.

20       Q      You don't know either way?

21       A      The only thing I do know is the customer

22  experience and savings to the customer were

23  consistent with the back tests and therefore

24  proved that we could save customers a lot of

25  money.

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL

77

Drew Niv

1   sixteen providers as the sole market maker, and we

2   roll back all the non-dealing desk clients back to

3   dealing desk, or the second scenario, where he

4   stayed at FXCM and we roll back some clients to a

5   dealing desk.

6   Q    So there was no -- let me ask you this.

7   During the time that he was live testing, as an

8   employee of FXCM, testing out this system that

9   would ultimately be used at Effex, at that point

10   he was one of a number of liquidity providers

11   streaming prices?

12   A    Yes.  So we would have to match the best

13   bid/offer or beat the best bid at the time there

14   was a need to beat the best bid/offer.

15   Q    Was there any discussion of maintaining

16   that setup where he, Mr. Dittami, from within

17   FXCM, would continue to compete with other outside

18   liquidity providers?

19   A    We came to the -- compliance and legal

20   came to the conclusion that we could not do it

21   from inside FXCM and continue to call a no-dealing

22   desk a no-dealing desk because he would constitute

23   an algorithmic desk, and it was not holding the

24   trades like a traditional dealing desk, and it was

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

78

Drew Niv

1   not the same attributes of a traditional dealing

2   desk, that it would not -- that it is too blurry,

3   and essentially would be better if it was a

4   separate company.

5          And we could not, if we did internalize

6   him, we could not call it a non-dealing desk, we

7   would have to call it a dealing desk.

8   Q    What were the traditional aspects of a

9   dealing desk that Mr. Dittami's venture would not

10  have?

11  A    A dealing desk really has three big

12  things, and these are retail FX-specific

13  terminology so different terminology than in other

14  instruments.  But as this is industry standard

15  typical dealing desk, essentially three things

16  that determine it and these are three central

17  elements.  One, it decides what price the customer

18  sees, so it decides on the feed and what bid and

19  offer is displayed to the customer.

20          Again the traditional dealing desk also

21  has all the pre-trade information of the customer,

22  so it knows that if you are a customer, that you

23  are long Euro right now, so if you are -- and that

24  you are close to a bid getting stopped, if the

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                          GLBR_00000218

88

Drew Niv

1   informed FXCM that he was going to be forming

2   Effex Capital as his own company?

3       A    Yes, so as I said, I don't remember the

4   exact dates, but if you are saying April -- some

5   day he resigned in April, then the decision to

6   have him resign and start Effex is made long

7   before that.

8       Q    So in effect, FXCM was allowing Mr.

9   Dittami while he was FXCM's employee to carry out

10  tests for this new company that he was starting,

11  Effex; is that right?

12      A    Yes.

13      Q    Were there any discussions regarding any

14  compliance or legal issues with him doing these

15  test trades for Effex while he was an FXCM

16  employee?

17      A    I do not recall the specifics, but

18  clearly we definitely had the compliance

19  discussion that he could not be a market maker and

20  be an FXCM employee at the same time, while we

21  continue to say no dealing desk.  There was no

22  intent to violate, you know, that.  I think that,

23  you know, like I said, we had what we perceived to

24  be a gap in the customer experience that was

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

105

Drew Niv

2     A     I don't recall weighing this as an

independent issue.  I recall that we are talking

about such a negligible amount of trades.  Half a

million trades a day, not anywhere even close to

those numbers, and done purely for proving out the

fact of the thesis we were trying to test.  The

excuses that are given to us by banks about this

order flow is not as good and the price cannot be

tightened and hold times cannot be improved, and

that theory is wrong and could be improved.

That's what we set out to prove and I think if you

look over the last five years it proved to be very

much the case.

15     Q     My question as to whether you thought

this test trading was consistent with the no

dealing desk representation we just talked about,

you don't recall having a view one way or the

other, or you don't recall having -- you don't

recall whether your view was one thing or another

or you don't think that you had thought about it

to have a view at all at the time?

23     A     I did not pay attention to it, did not

think about it at all.

25     Q     And sitting here today, do you believe

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                              GLBR_00000245

106

Drew Niv

1  that it was consistent with the representations?

2

3      A     I think it's negligible, immaterial

4  amount, you know, specifically, not just by number

5  of trades, by notional values involved, you know,

6  amount of money back and forth.

7      Q     You don't recall any discussions about

8  this issue at the time?

9      A     No.

10     Q     If the test trading had continued in

11 larger volumes with Mr. Dittami's still at FXCM,

12 would it still be consistent with, in your view,

13 with the representations?

14     A     Define larger -- if it became consistent

15 and material and he was acting as a market maker,

16 yes, he would not have the equipment and the staff

17 to do that.

18     Q     To make sure I got your answer right, if

19 it had continued in larger volume such that he had

20 the same volume as one of your other market

21 makers, you think it would be consistent or it

22 would not be consistent?

23     A     It would not be consistent.

24 BY MR. TOMER:

25     Q     Just a quick question on these meetings

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

CONFIDENTIAL                                    GLBR_00000246

131

Drew Niv

2  number that is --

3      Q    A guess?

4      A    A guess.  Not an unintelligent guess,

5  but a number that's very quickly subject to change

6  without control by the people making the guess.

7      Q    And did you have an understanding that

8  if the number of Mr. Ditammi's Effex's revenue per

9  million changed then the amount of fees under

10  section 3.1 would have to be adjusted?

11      A    Yeah, we told them, you know, that

12  essentially as happened in history, as time went

13  on, competition got fiercer, exactly what we

14  wanted to happen happened.  Spreads got about

15  ninety percent tighter than they were when we

16  first started.  Competition got much more intense;

17  therefore dollars per million for market makers

18  declined, including for himself.  That number got

19  lower because he could not afford to give us --

20  couldn't pass $21.  It is that issue I think is,

21  we told him because of this, variability, we would

22  be flexible, but we need a set contract rate.

23  Again to make payment for order flow arrangements

24  for equity brokers we wanted to template the same

25  way.

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                                    GLBR_00000271

132

1                          Drew Niv

2        Q    Was the amount of $21 per million

3   intended to reflect a previously negotiated split

4   of 70 percent for FXCM and 30 percent for Mr.

5   Dittami?

6        A    I think that it was definitely reflected

7   intent to reflect the fact that, just like in

8   other arrangements, we would get, you know, a

9   bigger share of the benefit then he would get.

10       Q    Right.

11       A    The percentage is kind of up in the air

12  because there's other issues, there's other costs,

13  other risks.  Any other things.

14       Q    I guess my question is, do you have any

15  recollection of whether the negotiation over the

16  amount of the fee coming out to $21 per million

17  was essentially settled by reference to the 70/30

18  split that had already been agreed to in

19  connection with Mr. Dittami's employment agreement

20  together with an estimate of what Effex's P&L was

21  going to be per million?

22       A    It was a much wilder guess than that.  I

23  think William handled negotiations, I did not

24  handle negotiations.  It was a guesstimate from

25  the get-go.  To say the word scientific with this,

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL

142

1                    Drew Niv

2   even within the same institution.  Different bonus

3   plans, everything, same interest because it was

4   the same bank.

5            It was outrageously difficult to do.  We

6   shopped around a lot.  It was very important to us

7   to do all these things and, you know, part of --

8   you know, this whole discussion about employment

9   by John Dittami, Effex, turning back to the

10  dealing desk, discussion around frustrations in

11  not being able to essentially cure what we are

12  trying to cure, which is this customer issue.

13  BY MR. ROMEU-MATTA:

14       Q    You mentioned that there were other

15  payments for order flow with liquidity providers?

16       A    Yes.

17       Q    Do you recall which ones?

18       A    Goldman Sachs and BNP.

19       Q    Any others?

20       A    I don't recall.

21       Q    Do you remember an approximate date for

22  the payment with Goldman Sachs?

23       A    I don't know.

24       Q    Was it between 2008 and 2013?

25       A    Yes.

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                      GLBR_00000282

143

1                        D r e w   N i v

2        Q      How about BNP?

3        A      Around the same.

4        Q      It would have been within those dates?

5        A      Within those dates.

6              MR. ROMEU-MATTA:  Thank you.

7    BY MR. NEWMAN:

8        Q      To your recollection, it would have been

9    Goldman Sachs and BNP were paying you for order

10   flow at the same time that these service

11   agreements are being signed with Effex Capital?

12       A      I do not recall exact dates.  Some may

13   have been before.  BNP was for a longer period of

14   time so it may have overlapped, I'm pretty sure it

15   overlapped with Effex on certain subsets of

16   customers.

17       Q      Yes.

18       A      I'm more certain there.  I'm not sure of

19   dates, but more certain it overlapped.  Goldman

20   I'm not certain because it was a shorter period of

21   time.

22       Q      Just to be clear, we are talking about

23   payment for order flow with respect to your retail

24   customers and to the no-dealing desk model.

25       A      There was also on the institutional

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                    GLBR_00000283

144

Drew Niv

1    side, I think BNP was mostly on the institutional

2    side.  I don't recall if we had a retail one too,

3    but it was mostly institutional.

4    Q    So payment for order flow would have

5    been, BNP may not have included the retail side?

6    A    I don't recall exactly.

7    Q    Okay, what about Goldman Sachs, did

8    that--

9    A    That was retail.

10   Q    That was retail?  You said that was a

11   short period of time?

12   A    Yes, they reneged two months in or three

13   months into it, one of the most pathetic things I

14   have ever seen.

15   Q    Do you think that was before 2010?

16   A    It was before.

17   Q    Do you know, just out of curiosity, do

18   you know what the amount of the payments were per

19   million, if that's the way it was calculated?

20   A    I don't recall.

21   Q    Was it substantially more than $21 per

22   million?

23   A    I don't know.  I just have no

24   recollection of it.

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL

145

1              Drew Niv

2        Q    So you don't know whether it could have

3   been more or less, you wouldn't guess.

4        A    Like in the history of FXCM it was a

5   joke.  Not considered a real business, one of

6   those war stories you tell.  This is funny.  As in

7   this was serious.  It was meant to be serious, and

8   we actually --

9        Q    You were serious about it?

10       A    We were very serious, and for a while we

11  did have and we did honor very substantially an

12  agreement where they got an advantage.  And this

13  was for a decent period of time.  I know it was

14  through '08.  I don't recall when it started and

15  when this ended, but I recall it was shortly after

16  the financial crisis, sometime in '09 that ended.

17  So they did perform well there but they just, you

18  know, they had turnover and staff turned over and

19  new staff said no.

20       Q    Did FXCM have a general interest in the

21  profitability of Effex's business?

22       A    We had a general interest in

23  profitability as it relates to him paying us the

24  loan and as it related to him being vibrant, being

25  able to expand and hire people, and be a viable

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                                      GLBR_00000285

150

1                         Drew Niv

2   part of discussions at this particular point?

3        A     It was in the same discussion with all

4   the people.  I don't recall every conversation

5   with everybody in the room but everybody was privy

6   to these things.

7        Q     Do you know if there were any documents

8   or any e-mails or memos or anything discussing

9   that particular point about giving up the upside

10  from other business that Dittami might get into.

11       A     I don't recall from that time.

12       Q     There might be but you don't know one

13  way or the other?

14       A     No.

15       Q     There was an understanding, I think, as

16  you testified a few minutes ago, that the payment

17  for order flow paid by Effex to FXCM would be

18  adjusted under certain circumstances, right?

19       A     Right.

20       Q     And one of those circumstances would be

21  if Effex's P&L per million of order flow changed.

22  Is that right?

23       A     Correct, if our conditions were impacted

24  or competition impacted, that it wouldn't justify

25  paying that.

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                                    GLBR_00000290

153

Drew Niv

because of competition, and market conditions

changed dramatically, which obviously did happen

over the years.

    Q    That would be related to his P&L per

million, right, the change in competition or

market conditions?

    A    Yes.

    Q    Is there anything besides a change in

his P&L per million that you contemplated could

cause an adjustment in the payments for order

flow?

    A    Not that I recall.

    Q    As far as you can recall, were there any

discussions within FXCM including with the

compliance department about this arrangement of

setting the payment for order flow at $21 per

million with the idea of adjusting it if Effex's

P&L went up or down?

    A    Compliance was involved in obviously

all, essentially we were trying to mimic what

happened, you know, in other arrangements in

equities where there were standards already set

for this, and obviously as in equities, as for

example, options used to have lots of payment for

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                                                    GLBR_00000293

177

Drew Niv

1    money way before 2016 -- John, Effex was worth.

2    Q    Right.  Going kind of line by line

3    through the agreement, the first whereas clause

4    says Dittami is the sole member of Effex Capital,

5    that's as of this date April 14, 2010, that's true

6    as far as you know?

7    A    As far as I know.

8    Q    Is he still, by the way, the sole member

9    of the company?

10   A    I have no idea.

11   Q    The second clause says FXCM has loaned

12   to Effex the sum of $2 million, and then it makes

13   reference to a secured promissory note, on terms

14   more favorable than Dittami would have obtained in

15   an arms length transaction.

16          Putting aside this reference to a

17   secured promissory note, was it the case that FXCM

18   loaned to Effex $2 million around this time in

19   April 2010?

20   A    Around this time it loaned him

21   $2 million.

22   Q    Is it the case that the loan was on

23   terms more favorable than Mr. Dittami would have

24   obtained in an arms length transaction?

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                                    GLBR_00000317

178

Drew Niv

2       A       Yes.

3       Q       Is it the case that there was no

4    interest on the loan?

5       A       I don't recall the specifics but I know

6    there was -- as a new business he would have to

7    pay high interest and we did not charge him high

8    interest.

9       Q       Got it.  The next sentence says,

10   "Whereas FXCM has agreed to license to Effex

11   certain intellectual property," then it makes

12   reference to a license agreement, "on terms more

13   favorable than Dittami would have obtained in an

14   arms length transaction."

15              Putting aside the reference to a license

16   agreement, do you agree that the employment

17   agreement between FXCM and Mr. Dittami

18   contemplated that intellectual property could be

19   licensed from FXCM to Mr. Dittami?

20      A       It said so, yes.

21      Q       Did in fact FXCM agree to let Effex make

22   use of intellectual property Mr. Dittami had

23   developed while he was at FXCM?

24      A       Correct.

25      Q       The next clause says "Mr. Dittami will

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                                      GLBR_00000318

183

Drew Niv

2  economic benefit derived only from us, he is not

3  going to let us do that in the future once he has

4  his business up and running. That is, for

5  example, we tried to negotiate in return for

6  helping the Lucid founder start Lucid, you know,

7  an agreement, we agreed not to and broke off, and

8  ended up paying $180 million for half the business

9  four years later.

10  BY MR. TOMER:

11  Q    Did you ever contemplate buying Effex?

12  A    Yes. As I said before, we contemplated

13  for the next two years buying Effex. That was

14  definitely an agenda item that was there. That

15  discussion ended at or around the time that we

16  decided to buy Lucid.

17  Q    Prior to buying Lucid, I mean, did you

18  have conversations with Mr. Dittami about buying

19  Effex?

20  A    Yes.

21  Q    What happened?

22  A    Because now, same as discussions before

23  when he was employed, there's buying Effex would

24  have meant switching -- compliance and legal

25  essentially opined that buying Effex essentially

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL    GLBR_00000323

184

                    Drew Niv

1

2  means we are not going to say no dealing desk

3  anymore to our clients.  That is obviously -- not

4  that compliance said no, compliance said you can't

5  have both.  Sales and marketing said we'd rather

6  have NDD for the core business rather than making

7  money -- rather than have this extra-institutional

8  business.

9       Q    So I guess, is it fair to say that the

10  non-dealing desk model was more profitable to FXCM

11  than the contemplated profits from purchasing

12  Effex?

13       A    It was more profitable and more

14  attractive, yes.

15       Q    And Lucid, on the other hand, did not

16  have that problem because you get the upside from

17  Effex but none of the negative issues surrounding

18  that, or disclosure issues?

19       A    Correct, because they had no retail

20  relationships, their scale did not depend on an

21  FXCM relationship.

22       Q    Did you ever put a bid in for Effex?

23       A    We definitely negotiated.  Contemplated

24  doing it.  We never went and said how much it

25  would be.

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

CONFIDENTIAL                                          GLBR_00000324

199

1                      Drew Niv

2    interest.  A dealing desk broker which acts as a

3    market maker may be trading against your

4    position."

5            In this case, the broker being

6    referenced here is an entity like FXCM, correct?

7        A    Yes.

8        Q    And the trader is the customer?

9        A    Correct.

10       Q    In Effex's business of providing

11   liquidity to FXCM, Effex is taking the opposite

12   side of a trade, opposite a customer; is that

13   right?

14       A    It is correct, yes.

15       Q    They have the potential to benefit from

16   customer losses?

17       A    Well, like I said, strictly from a

18   dealing desk definition.  They don't because they

19   don't hold the risk, but there is theoretical

20   possibility.

21       Q    Specifically with regard to these

22   representations that we've just gone over or

23   representations like them, is there any concern at

24   FXCM about whether the existence of the option

25   agreement that we looked at before was consistent

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

204

Drew Niv

2    A    Yes.

3    Q    And is that referring to the same

4    concept in the statements made on your website?

5    A    Correct.  It refers to the customer's

6    profits.

7    Q    Your liquidity providers, as opposed to

8    how FXCM makes its profits on trades, your

9    liquidity providers generate revenue based on P&L,

10   correct?

11   A    Correct, as they do every other market

12   segment, every instrument.

13   Q    So your liquidity providers generally

14   revenue is based at least in part on the positions

15   that they are taking for some period of time

16   opposite customers?

17   A    If they do that, yes.

18   Q    The beginning of the next paragraph

19   says--

20   BY MR. TOMER:

21   Q    When you say if they do that, what did

22   you mean?

23   A    Some people hold positions and hold

24   inventories and make money on that inventory; some

25   people just match buyers and sellers.  Most

ALLIANCE REPORTING SERVICE, INC.  (516) 741-7585

217

CERTIFICATION

1

2      I, NANCY ANNE FLYNN, Registered Professional

3  Reporter and a Notary Public in and for the State

4  of New York, certify:

5      That the foregoing proceedings were taken

6  before me at the time and place therein set forth,

7  at which time the witness was put under oath by me;

8      That the testimony of the witness, the

9  questions propounded, and all objections and

10  statements made at the time of the examination were

11  recorded stenographically by me and were thereafter

12  transcribed;

13      That the foregoing is a true and correct

14  transcript of my shorthand notes so taken.

15      I further certify that I am not a relative  or

16  employee of any attorney of the parties, nor

17  financially interested in the action.

18      I declare under penalty of perjury that the

19  foregoing is true and correct.

20      Dated this 8th day of June 2016.

21      ----------- Nancy Anne Flynn

22      NANCY ANNE FLYNN, RPR

23

24

25

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

219

COMMODITY FUTURES TRADING COMMISSION

---------------------------------------------x

IN THE MATTER OF:

RETAIL FOREX FRAUD

---------------------------------------------x

                    140 Broadway
                    New York, New York

                    May 26, 2016
                    9:42 a.m.


        Continued Examination of DREW NIV,
held at the above-noted time and place, before
a Notary Public of the State of New York.

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL

346

1                         N i v

2   this reported to you from other liquidity

3   providers?

4          A.     Yes, we did for specific trades

5   or specific days, especially if there was --

6   not regularly but we would get them if things

7   are going well, not going well, we lost money

8   today, you know, so there was definitely --

9   would get those.

10          Q.     I see.  A liquidity provider

11   might tell you their P&L from trading on a

12   particular day but not on a weekly basis?

13          A.     One of these transparent updates,

14   the Deutsche Banks of the world obviously did

15   not send those to other people, but we would

16   get, you know, our trading with you is very

17   profitable, not very profitable, there's room

18   to move, not room to move, those things.

19          Q.     Are there particular liquidity

20   providers that you can think of that would

21   provide their P&L to you?

22          A.     Again, in this format of this

23   update, nobody did that.

24          Q.     Okay.  Separate from getting

25   these updates, which I take it would come as a

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                          GLBR_00000518

419

1                         N i v

2           A .      Clarifies that we do not own

3    Effex Capital.  You know, clarifies that Effex

4    is one of our price providers; that we own

5    Lucid.

6           Q .      The idea that Effex can choose

7    whether to take any FXCM trade or pass it on

8    to normal liquidity providers, is that

9    accurate or not?

10          A .      Effex has the ability to match

11   best bid offer -- match or beat.  Was required

12   in the first few years to beat.  Obviously

13   later it was required to match with larger

14   liquidity.  That is a first look, not a last

15   look.  He's using the wrong information.  That

16   is, you know, what a -- very similar to what a

17   designated market maker on exchanges that have

18   that or specialist has those advantages too,

19   and Effex has some of the same and even more

20   burdensome requirements than a specialist

21   requirement.

22          Q .      Is there any reason for the

23   response here not to include that explanation

24   of the advantages that you just mentioned?

25          A .      You know, I think a lot of this

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                                    GLBR_00000591

459

1

2                    C E R T I F I C A T E

3

STATE OF NEW YORK     )
                      ) ss.:
4
COUNTY OF NASSAU      )

5

6            I, ERIKA GUNTHER, RPR, a Notary

7    Public within and for the State of New

8    York, do hereby certify:

9            That DREW NIV, the witness whose

10   deposition is hereinbefore set forth,

11   was duly sworn by me and that such

12   deposition is a true record of the

13   testimony given by such witness.

14           I further certify that I am not

15   related to any of the parties to this

16   action by blood or marriage; and that I am

17   in no way interested in the outcome of

18   this matter.

19           IN WITNESS WHEREOF, I have

20   hereunto set my hand this 9th day of

21   June, 2016.

22

23

24           ERIKA GUNTHER, RPR

25

ALLIANCE REPORTING SERVICE, INC.   (516) 741-7585

CONFIDENTIAL                                    GLBR_00000631