EXHIBIT

96

CONFIDENTIAL                                              1

1

2

3    COMMODITY FUTURES TRADING COMMISSION

4    --------------------------------------------x

5    IN THE MATTER OF:

6    RETAIL FOREX FRAUD

7    --------------------------------------------x

8

9                          140 Broadway
                         New York, New York
10
                         April 7, 2016
11                       9:44 a.m.

12

13          DEPOSITION of JOHN DITTAMI, the witness

14    herein, taken by the Commodity Futures Trading

15    Commission, pursuant to Agreement, held at the

16    above-noted time and place, before a Notary Public

17    of the State of New York.

18

19

20

21

22

23

24

25

CONFIDENTIAL

35

1                    John Dittami

2    trade with?

3         A      Of the ones I just mentioned Hot

4    Spot and ECN, actually FXL we trade with as well,

5    EBS is an ECN, Interbank, Reuters is an ECN,

6    Interbank, FXCM is an ECN, Fast Match is also an

7    ECN.  Off the top of my head those are the ones I

8    can recall.  We've traded with 150 banks over the

9    years so it's hard to remember.

10        Q      What percentage of profits is

11   derived from each of the entities Effex Capital

12   provides liquidity for?

13        A      What percentage --

14        Q      What percentage of profits is

15   derived from each one of the entities Effex

16   Capital provides liquidity for, if you know?

17        A      It's extremely rough to drive but I

18   will say the majority is derived from FXCM-related

19   ventures.

20        Q      How many FXCM related ventures are

21   there?

22        A      I'll try to count, five.

23        Q      Could you tell me what they are?

24        A      Sure.  We provided liquidity to the

25   Japanese, FXCM Japan, we provided liquidity to a

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                                      37

1                        John Dittami

2          A        James would know.  I think it's

3     obviously saved down somewhere, well, recently

4     save down somewhere but James -- I don't know how

5     the tech group does that.

6          Q        So you don't have any knowledge of

7     how the program logic code is stored, that would

8     be James Bradley?

9          A        Yeah, I don't know how he stores it.

10         Q        Do you know where the code is

11    stored?

12         A        I don't know where it's stored.  I

13    know we back up our data or we have at least

14    recently but I don't know where it's all stored.

15         Q        Do you know what software is used

16    for executing the code?

17         A        Yes.

18         Q        What software?

19         A        The software used is -- it's -- we

20    license what are called K -- they're cores, KDB

21    cores, also called K and also called Q, cores, we

22    license from First Derivatives and KX Systems.

23         Q        Where are the servers of Effex

24    Capital located?

25         A        There are servers in Tokyo, we have

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL

38

1                    John Dittami

2    servers in London, we have servers in a center in

3    New Jersey called NY2/4 and we have a server at

4    NY7.

5           Q      Are any of these servers co-located

6    with FXCM servers?

7           A      The NY7 is the co-location with

8    FXCM.

9           Q      Are the servers backed up?

10          A      Yes.

11          Q      How are they backed up?

12          A      I don't know the technical details

13   of it, my tech people would be able to tell.

14          Q      Does Effex have the same IP address

15   as FXCM?

16          A      I don't know.  I imagine we have

17   many IP addresses but I'm not sure.

18          Q      Do you know whether it's ever had

19   the same IP address as FXCM?

20          A      I honestly don't know.  I think it

21   might have but it's not my area of expertise.

22          Q      Whose area of expertise would it be?

23          A      James would know.

24          Q      I'd like to talk about Effex Capital

25   historically, from a historical perspective.

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

1                      John Dittami

2          A      Yeah.

3          Q      Has Effex Capital's business model

4     changed since it was first organized?

5          A      Yes.

6          Q      How has that model changed since it

7     was first organized?

8          A      Very recently I decided to focus a

9     lot less time on making to get direct clients on a

10    sales perspective and to spend a lot more time

11    focusing on more proprietary trading, and it was a

12    massive shift from providing liquidity to end

13    customers and ECP customers to deciding that we'll

14    do better trading for our own account more often

15    and putting more resources there.

16         Q      Why did this change come about?

17         A      We had a really hard time convincing

18    people to take our liquidity.

19         Q      Why?

20         A      Well, there's a lot of reasons, I'm

21    going to try to go through them.  A lot of people

22    won't take non-bank liquidity, they will not

23    accept non-bank liquidity, even today, 2010 almost

24    no one would accept it, very few would accept it

25    now because the banks are applying massive amounts

CONFIDENTIAL                                                    41

1                    John Dittami

2    to make money but it's a belief system, so it's a

3    combination of people don't want to lose their

4    jobs, people don't want to change, people are

5    hesitant to work with a small non-bank and take

6    pressure from the other banks, constantly take

7    pressure.

8           Q     The fact that you Effex Capital was

9    a non-bank was not an issue for FXCM?

10          A     No, and I think that's because I had

11   started before the transition in an employee

12   relationship, I think if I had not started in that

13   relationship it probably would have been an issue

14   for them.

15          Q     How did starting in a relationship

16   with FXCM help them -- convince them that they

17   could deal with a non-bank?

18          A     I think they figured out I was the

19   real deal, I don't think they even thought that I

20   would be able to make money on this.  It's very

21   uncommon, not a lot of people -- a very small

22   amount of people succeed in trading ventures but

23   those that do succeed in an outsized way.

24          Q     When Effex Capital was first

25   organized what entities did it provide liquidity

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                    44

1                    John Dittami

2    responsibility for coding program logic at Effex

3    Capital?

4          A       Coding was James Bradley.

5          Q       Even from the beginning?

6          A       James Bradley was coding from the

7    beginning, then Andrew Wilson became a CTO and

8    then Andrew left and James replaced Andrew, came

9    back as responsible for coding.  So James and

10   Andrew.

11         Q       I may get the same answer but how

12   was the code stored?

13         A       I don't know.

14         Q       Do you know where it was stored?

15         A       I don't know, I'm not a

16   technologist.

17         Q       Who would know, James Bradley?

18         A       James Bradley would know, yeah.

19         Q       What software was used for executing

20   the code?

21         A       It's the Q which is also called K

22   which is also called the KDB.

23         Q       Back then where were the Effex

24   servers located?

25         A       When we first started the Effex

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                                    45

1                        John Dittami

2       servers were only NY7 which is the FXCM

3       co-location.  I don't know when very quickly, it

4       must have been when we traded EBS, so it must have

5       been 2010 that Effex got space in NY2/4 to locate

6       new servers and then expanded locations.

7              Q      Were the Effex servers located in

8       the FXCM server, were they one in the same?

9              A      NY7, the Effex servers -- they were

10      Effex servers, they weren't FXCM servers.

11             Q      They were not FXCM servers?

12             A      No, they're not FXCM servers,

13      they're Effex servers paid for by Effex, but they

14      resided in NY7 in a space that FXCM owned or

15      leased.

16             Q      Were the servers backed up?

17             A      They were backed up, yeah.

18             Q      How were they backed up?

19             A      I think in the early days I think

20      FXCM backed them up and then as quick as we could

21      we created our own back up system, James would

22      know the details.  I think in very, very early

23      days we asked FXCM's assistance to back them up

24      but -- I believe -- this is rough recollection, we

25      bought servers to store the data but I believe

CONFIDENTIAL                                                        57

1                        John Dittami

2     this all was happening very quickly, this whole

3     transition, they booted me off the floor and put

4     me in a floor up above.

5          Q      So while you were heading this

6     venture that you described at FXCM, you were

7     located on the tenth floor?

8          A      While I was head of ventures as an

9     FXCM employee, yes.

10         Q      Then at some point in time do you

11    remember when you were moved to a --

12         A      At the point in time we separated

13    and we were told we had to be a separate entity,

14    they moved me right away.

15         Q      Where did they move you to?

16         A      Just this corner, extremely tiny

17    conference room that wasn't being used, opposite

18    corner of the building.

19         Q      In the tenth floor?

20         A      Tenth floor.  Then their counsel,

21    David Sassoon, said -- the intent was I was going

22    to get out of there, I have to find office space.

23    They said, look, you're still here, you have to

24    move to another floor.

25         Q      What floor?

CONFIDENTIAL                                    58

1                    John Dittami

2        A      I think it was the eleventh floor.

3        Q      How long did you stay at the

4  eleventh floor?

5        A      Until we moved into our Jersey City

6  office location.  Again, I'm fuzzy on dates it's

7  so long ago.  I'll correct them and get you right

8  dates but I think our move in date was April 2011

9  or March 2011.  We contracted the space the very

10 first week of January 2011, started negotiating

11 the space before that in 2010 but we can get you

12 exact dates, I don't want to get them wrong but

13 that was roughly.

14       Q      Are you familiar with the FXCM

15 retail Forex business model that was in place

16 between December 2010 and August 2014?

17       A      I'm familiar through interaction

18 with FXCM.

19       Q      So you have an understanding --

20       A      I have an understanding of it, yes.

21       Q      What is your understanding?

22       A      My understanding is that they're an

23 agency model, they take liquidity providers prices

24 and mark them up and that's how they earn their

25 revenue through marking up the best price of the

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                           108

1                    John Dittami

2          A       No.

3          Q       Did there come a time when the EES

4    Division was spun off from FXCM?

5          A       The EES Division was never spun off,

6    the EES Division became -- I built Effex Capital

7    which became the replacement as my independently

8    own Effex Capital.

9          Q       So is it fair to say that there came

10   a time when the EES Division ceased doing business

11   at FXCM?

12         A       Yes.

13         Q       When was the EES Division -- when

14   did the EES Division cease operations as a

15   division of FXCM?

16         A       It would have been in between --

17   March 23rd Effex Capital was formed, so it would

18   have been between that and -- I'm not sure how to

19   draw the line but right in that March 2010 region,

20   and the end of March 2010 region.

21         Q       Why did the EES Division cease doing

22   business as a division of FXCM?

23         A       FXCM said that EES would not be able

24   to trade as a part of FXCM, EES could not be

25   connected -- could not be owned or operated by

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL 109

1                    John Dittami

2    FXCM.

3         Q       Who at FXCM said that?

4         A       William Ahdout would have said it

5    for sure, Ken Grossman would have said it for

6    sure, I can't remember if there were others.

7         Q       Do you remember whether William

8    Ahdout told you why EES could not be division of

9    FXCM?

10        A       I can't remember, he just said

11   roughly you can't trade the retail pool as

12   connected.  I don't remember the details.

13        Q       Do you remember anything that David

14   Sassoon said regarding the ability of EES to be a

15   division of FXCM?

16        A       No, I don't remember David Sassoon.

17   I don't recall anything.  Most of the stuff they

18   handled.

19        Q       Were you given any reason why EES

20   needed to cease being a division of FXCM?

21        A       The general reason that was given

22   was EES cannot trade as part of FXCM.

23        Q       Did they tell you why it could not

24   trade as part of FXCM?

25        A       I don't remember if they said why, I

CONFIDENTIAL                                                    132

1                    John Dittami

2    Exhibit No. 9.  Can you please review it and let

3    me know when you're done.

4                 (Witness perusing document.)

5         A     Yes, I'm fine.

6         Q     Before we go on to Exhibit No. 9

7    just backing up for a minute.  I believe that you

8    stated that it was your understanding that your

9    future relationship with FXCM would mirror the

10   employment agreement, is that a correct

11   understanding?

12        A     That is correct.

13        Q     That would mean that in mirroring

14   the employment agreement there would be a 70/30

15   splint under the agreement?

16        A     It would be roughly approximate,

17   yes.

18        Q     Approximately 70/30 split; is that

19   correct?

20        A     Yes.  At the beginning, yes.

21        Q     That would carry over into a

22   services agreement; is that correct?

23        A     Well, the 70/30 split would not

24   carry over into a services agreement.  Ken

25   Grossman said we would not have 70/30, this has to

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                          133

1                      John Dittami

2    be negotiated has to be per million.   Ken Grossman

3    was very clear that -- and I don't understand why

4    he wanted the per million and that we would

5    negotiate it over time.

6         Q       But the per million was essentially

7    a 70/30 split?

8         A       Initially it was set to my

9    estimation, yes, correct, 70/30 if my estimation

10   as to what the income would be at that point in

11   time.

12        Q       What was your estimation of the

13   income at that point in time?

14        A       Given it was $21 per million I was

15   paying my estimate would have been $30 per

16   million.

17        Q       $21 per million would go to FXCM and

18   the remainder would go to Effex; is that correct?

19        A       That is correct.

20        Q       Taking a look at Exhibit No. 9 it

21   appears that you, David Sassoon, William Ahdout

22   and Kenneth Grossman had an earlier meeting; is

23   that correct?

24        A       Yes, looks that way.

25        Q       Because the subject is recap

CONFIDENTIAL                                    136

1                    John Dittami

2    paragraph that you have decided to open your own

3    proprietary firm; is that correct?

4          A      Yes, that's correct.

5          Q      Therefore, you decided to resign as

6    an employee of FXCM?

7          A      That's correct.

8          Q      Is the proprietary firm that you're

9    referring to in this document Effex Capital?

10         A      It is.

11         Q      You state in the last paragraph that

12   it is the understanding of both parties to enter

13   into a licensing agreement on economic terms

14   similar to the employment agreement, do you see

15   that?

16         A      Yes.

17         Q      What did you mean by that statement?

18         A      I wanted to enter into an agreement

19   that would take many of the terms from the

20   employment agreement and ensure that they were

21   contractually memorialized.

22         Q      Did that include an approximate

23   breakdown of profits 70/30 split?

24         A      An approximation of that, yes.   In

25   this letter this would have included that as one

CONFIDENTIAL                                    137

John Dittami

1

2    of the economic terms, yes.

3         Q    So you mean that the new agreement

4    would reflect payments to FXCM that mirror the

5    profits described in the Letter of Intent?

6         A    That was our intent on this day,

7    yes.

8         Q    You discuss your resignation with

9    members of FXCM prior to submitting the letter; is

10   that correct?

11        A    Yes.

12        Q    Who did you discuss it with?

13        A    William Ahdout mostly, that's what I

14   recall speaking to William, I could have spoken to

15   others.

16        Q    What did you say to William?

17        A    This was the conversation where

18   William says, you can't be part of it.  I would

19   have said to William, I'm very concerned about,

20   you know, this ending the relationship based on my

21   employment contract I'm very concerned about, this

22   is bad for me and I'm concerned about it, I would

23   have said that.

24        Q    Would you have said anything else?

25        A    I want to make sure that if, you

CONFIDENTIAL                                    138

1                     John Dittami

2    know, I waive my rights to this employment

3    agreement I want to make sure that we continue to

4    do business together and we have agreements to do

5    business together.

6         Q       Did you discuss the terms of what

7    doing business together would mean?

8         A       Terms would have been generally

9    discussed because we want to make sure it's

10   economically similar or very close to what our

11   employment agreement economically.

12        Q       When you say the economics you're

13   referring at least in part to the 70/30 profit

14   split?

15        A       Yes.

16        Q       Was the new agreement referenced in

17   this letter dated April 14, 2010 set forth in

18   documents titled Service Agreements between Effex

19   Capital and FXCM, LLC?

20        A       No, this license agreement was never

21   created, services agreement was what was created.

22   We could never negotiate -- we never came to

23   negotiation on the license agreement.

24        Q       Setting aside the license agreement,

25   the terms and conditions of the agreement were to

CONFIDENTIAL                                    142

1                    John Dittami

2          A      Exhibit 12.

3          Q      Section 3.1?

4          A      Yes.

5          Q      Effex Capital paid FXCM Holdings a

6    fee of 21 per million notional volume; is that

7    correct?

8          A      Yes, that's correct.

9          Q      How was the fee of 21 million

10   arrived at?

11         A      It was to be a rough approximation

12   of the 70/30 initial economic terms, the

13   employment agreement.

14         Q      Who was involved in arriving at the

15   fee of 21 per million?

16         A      I would have created an -- it would

17   have been William for sure and me, I would have

18   created an estimate of what I expected trading

19   profits could be and take 70 percent of it to come

20   up with 21.

21         Q      Do you remember any exchange with

22   William Ahdout regarding the calculation of the 21

23   per million?

24         A      No, it's so long ago.

25         Q      So it's fair to say that the fee of

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                                    145

1                        John Dittami

2       I believe that's where FXCM put an accounting in

3       -- I don't know if it's an accounting entry, I'm

4       not sure, the $2 million number as an entry, it's

5       FXCM prime account.  I believe that's what that

6       account is.  It's hard to go back but I believe

7       that's what that means.

8              Q      The April trading profits refer to

9       FXCM's share of the 70/30 split of profits that

10      we've been discussing?

11             A      Yes.

12             Q      In the sixth paragraph from the top.

13             A      I believe it probably would have

14      been based as $21 per million but I can't

15      remember.  Yes, it's approximately the 70/30.

16             Q      In the sixth paragraph you type from

17      the top, you type that, quote, "The other option

18      is that the account is fully funded by my profit

19      share percentage, close quotes.  Do you see that?

20             A      Yes, I do.

21             Q      My profit share percentage refers to

22      the 30 percent share of the profits Effex receives

23      pursuant to the services agreement?

24             A      That's correct.

25             Q      This is 30 percent of the profits

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

1                    John Dittami

2    weren't regularly consistent.  They've never seen

3    or requested my -- they've certainly never seen my

4    income statements and balance sheets.

5         Q     Do you know whether they would be

6    wanting to track your payments and expenses so

7    that the rate you were paying could be adjusted to

8    a 70/30 split?

9         A     Yeah, I think so.  I think they

10   wanted to know how to position their negotiation

11   power, I think they wanted to make sure that I'm

12   not taking advantage of them just like I'm trying

13   to protect against being taken advantage by them.

14   They want to know so that they wanted to be able

15   to negotiate.

16        Q     Can I have the exhibit back.

17              MR. DALY:  Actually, before you

18        return this exhibit.

19   BY MR. DALY:

20        Q     I just want to track the timeline of

21   Exhibit 15 with you, Mr. Dittami.  At 17:13:27 the

22   top e-mail appears -- the top e-mail appears to

23   have a time stamp of 17:13:27, correct?

24        A     Correct.

25        Q     That's where J. Rosenfeld asks you,

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                          164

1              John Dittami

2    of them.

3         Q    Did any other market makers or

4    liquidity providers provide the same information

5    to FXCM?

6         A    No, not to my knowledge.  I believe

7    it's publicly available for all the liquidity

8    providers, they public, but not to my knowledge

9    would they have provided it.

10        Q    Why would Effex then provide it?

11        A    You know, we have to -- we have to

12   build a relationship of trust where they know I'm

13   not taking advantage of them, they're not taking

14   advantage of me.  We'd provide it when it was to

15   our benefit to provide it, and not provided it

16   when we felt it was not to our benefit to provide

17   it to FXCM.  As a general rule, if it helps build

18   a relationship and trust whether it be this or

19   anything else we're going to provide it, we're

20   going to be transparent.  Where it doesn't I'm

21   going to be careful not to.

22        Q    Directing your attention to the

23   second paragraph where you type, quote, "Our first

24   full month trading was May, so annualize since

25   then, we're looking at 35.5 MM annualized revenue

CONFIDENTIAL                                      165

1                    John Dittami

2   expenses just under 2 MM, so 35.5 MM net income

3   for Effex, that's about 23 MM annualized bottom

4   line for FXCM," close quotes.  Do you see that?

5          A      Yes, I do.

6          Q      Can you tell us what you mean by

7   that statement?

8          A      I have in my head that's roughly

9   about 70 percent of the net income after expenses,

10  so it's roughly about the 70/30 which is still in

11  my head as a rough guideline.

12         Q      Was it also a known to Drew Niv and

13  to William Ahdout that the 70/30 percent split was

14  being used as a general guideline?

15         A      They knew it was used as a general

16  guideline although Ken Grossman, you know, it's

17  hard because our general guide for employment

18  contracts Ken Grossman would regularly and

19  consistently -- not necessarily Drew, he would

20  regularly and consistently have to remind us, you

21  guys are per million, you're per million.

22         Q      Why was he doing that, do you know?

23         A      I don't know, he said it's per

24  million but in our heads from this transition it's

25  still in our heads that's roughly at this very

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                            166

1                    John Dittami

2   short window of time right after the separation,

3   that's roughly what our economic terms are

4   roughly.

5        Q     Based on Exhibit 17 Effex made $35.5

6   million in annualized revenue in 2010, correct?

7        A     Correct.  No -- annualized revenue,

8   correct, yes.

9        Q     That money was made through trading

10  and market making, correct?

11       A     That is correct.

12       Q     The market making occurred on FXCM's

13  retail Forex platform, correct?

14       A     Correct.

15       Q     Effex had $2 million in expenses,

16  correct?

17       A     Correct.

18       Q     According to this e-mail Effex made

19  33.3 million annualized net income in 2010,

20  correct?

21       A     That's actually not correct, that's

22  net income before payments to FXCM.

23       Q     Before payment to FXCM?

24       A     That's correct.

25       Q     According to this e-mail 23 million

1              John Dittami

2      it was more restrictive.  I know they created a

3      drive at some point and I don't recall when, that

4      was the only thing I could access on their network

5      for saving files, it was a separate drive.  Again,

6      I don't recall when they did that but it was set

7      up so that I couldn't do anything other than this

8      control drive.

9          Q      Did other Effex employees have the

10     same access that you had at that time?

11         A      Yes.  To the same restricted drive,

12     yes.

13         Q      After Effex was formed how did you

14     and other Effex employees access the FXCM systems?

15         A      We actually had to use a VPN to

16     access, because we're co-located in NY7 for things

17     I don't understand technically but we had to be

18     behind their firewall in order to access our

19     trading software on our servers at their co-lo,

20     but then that access was further restricted by

21     technology at FXCM.  It's beyond my scope of

22     understanding but.

23         Q      How was it further restricted?

24         A      It was restricted so that -- what I

25     do understand is that they didn't wanted us to be

CONFIDENTIAL                                                      189

1                     John Dittami

2    able to touch their box, their code, their data.

3    I understand we needed access to get through the

4    firewall to work on our code that's in their

5    co-located server, and we wanted a place to have

6    files that we could use to, you know, if we wanted

7    to show files to FXCM or show any data or

8    something to FXCM, but I know that we couldn't get

9    anywhere without talking to Art -- I'm going to

10   mispronounce his last name, Bartchenko.

11        Q      Batyuschenko?

12        A      Batyuschenko, that sounds better

13   pronunciation.

14        Q      I don't know if it is.

15        A      But he had the controlled access, he

16   was in their tech group, very -- they don't want

17   us anywhere near their systems.  It's a part of

18   that Chinese wall that we talked about earlier.

19        Q      After Effex Capital was formed, did

20   FXCM continue to have access to Effex internal

21   systems?

22        A      I don't think they had -- our server

23   is co-located there but I don't know what security

24   protocols are on those servers.

25        Q      When you say our servers is

CONFIDENTIAL                                    190

1                   John Dittami

2    co-located there, you don't mean that you were

3    using the same server, you mean that they were

4    co-located next to each other?

5         A     Yeah, our Effex servers are

6    co-located next to their servers and I don't

7    understand the semantics of what rights they had

8    to have to be able to protect themselves, and like

9    they wanted to be able to -- if they thought there

10   was a problem they wanted to be able to shutdown

11   that computer.  So I don't understand the

12   semantics as to where the access on the box lies

13   and sits but as a general proposition I wouldn't

14   want them to be able to look at our code.

15        Q     After it was formed did Effex

16   Capital personnel continue to access the FXCM

17   networking systems by logging through VPN?

18        A     Yes, they had to in order to get to

19   our -- the core reason for the VPN, they had to,

20   we couldn't get to our -- behind the firewall to

21   our servers.

22        Q     So the access to VPN would give you

23   access beyond the firewall; is that correct?

24        A     To their front of the firewall and

25   control to wherever they set that VPN up to, not

          [4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

1                    John Dittami

2    to their whole systems.  Nowhere close to their

3    whole systems.  They wanted as little as possible.

4                    (Communication marked Exhibit 19A

5         for identification.)

6         Q       Let me show you what I've marked as

7    Exhibit 19A and give you Exhibit 19A.  Please

8    review it and let me know when you're done

9    reviewing it.

10                   (Witness perusing document.)

11        A       Yes, I've reviewed it.

12        Q       Do you recognize it?

13        A       Yes, this looks familiar.

14        Q       What is Exhibit 19A?

15        A       I don't know if it's an e-mail or

16   message, it's a communication between Chris Meyer,

17   my COO and Evan Milazzo regarding VPN.

18        Q       Directing your attention to item

19   number two, do you see item number two?

20        A       Yes, I do.

21        Q       Malizzo states, quote, "because you

22   will be connecting over VPN, the BNs will seem a

23   little slower to react than if you're sitting at

24   the office," do you see that?

25        A       Yes, I do.

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

1                    John Dittami

2          Q      What is a VPN?

3          A      My basic understanding of it is an

4    ability for us to connect over the internet to a

5    virtual private network into their -- through

6    their firewall.

7          Q      What is a BN?

8          A      It's a virtual machine.

9          Q      What is that?

10         A      I think -- again, it's a basic

11   understanding.  Virtual machine, I believe that

12   they have like these machines that when you log

13   into a VPN it generates the processing power where

14   you would see the files on desktops, et cetera.  I

15   think it's a dedicated machine, it's like machines

16   that I could use one day and somebody else uses it

17   another day.  I believe it's machines that kind of

18   float, whose using them when and how and something

19   like that.  I don't understand the technical

20   issue.

21         Q      Does Exhibit 19A refresh your

22   recollection that as of February 12, 2011 Effex

23   personnel had VPN access to the FXCM network?

24         A      Yes.  As I said, yes.  Yep.

25         Q      This applied to all of Effex

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                    193

1                    John Dittami

2    personnel; is that correct?

3         A     Yes, they would have to be assigned

4    from FXCM.  They are assigned to everyone who FXCM

5    would assign an identifier in a controlled access,

6    FXCM had to assign -- we couldn't access it

7    without an assignment by FXCM.

8         Q     Up to when did Effex have access via

9    VPN to FXCM networking systems?

10        A     For a long time until definitely

11   2012, I think in 2013, I'm not sure if it went

12   into 2014 or not, I'm just not sure, but it was

13   required in order for us -- actually, to now as a

14   matter of fact.

15        Q     Until now?

16        A     I'm not sure if it's until now.  Not

17   for me.  I think we may have a backup but I don't

18   know if we've used it in a long time.  This is to

19   get access to our servers and our boxes and safety

20   and security, that's the purpose of the VPN,

21   that's the reason why it's required.  So I'm not

22   sure actually if James still has access or if it's

23   been completely shut -- no, actually -- I have to

24   get clarity.  I think its been completely shut

25   off, I think they found a different way to get us

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                          194

1                       John Dittami

2    to our servers but -- it's confusing to me, we

3    haven't used them in so long.

4          Q      Correct me if I'm wrong, you said

5    that you had access -- Effex employees had access

6    via VPN to FXCM at least through 2013?

7          A      Yes, that's correct, yes.  That is

8    true.

9          Q      How about 2014?

10         A      I believe so but I can't recall.

11   Yes, I believe we didn't.  It would be when I

12   hired Ryan Berse as an Effex employee, this is

13   when it would have -- either we stopped using it

14   or declined use or cut off users because Ryan

15   Berse's job was to work with FXCM's technologists

16   to find another way that we could access our

17   servers without needing to use our VPN, try to

18   build something to actually access our servers but

19   not through needing a VPN to do it.

20         Q      That was in 2014?

21         A      Whenever we hired Ryan Berse.

22         Q      You don't know?

23         A      I can't recall.

24         Q      If you don't know, we just want your

25   recollection, that's all.

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                          195

1                      John Dittami

2          A       I'm just trying to help, yes.  I

3     can't recall exactly.

4          Q       Do you know whether Effex still has

5     access via VPN to FXCM?

6          A       I actually don't know.  I know I

7     don't.  If anyone did it should only be one

8     employee which would be James Bradley, but I don't

9     know if that's been cut off or not cut off, we

10    shouldn't be using it, I would have told him not

11    to use it, it should have been cut off.

12                 Could I have Exhibit 19A back.

13                 (Handing.)

14                 (E-mail chain dated 12/28/12 marked

15         Exhibit 20 for identification.)

16         Q       Let me show you what I've marked as

17    Exhibit 20.  Please take a look at it and let me

18    know when you're done reviewing it.

19                 (Witness perusing document.)

20         Q       Exhibit 20 is an e-mail chain dated

21    December 28, 2012, from Ryan Leonard to you John

22    Dittami and the subject is, quote, "My desktop

23    access," close quotes.

24         A       I see it.

25         Q       Do you recognize this e-mail, this

CONFIDENTIAL                                              196

1                    John Dittami

2      exhibit?

3          A      Yes.

4          Q      I'm directing your attention to page

5      three.

6          A      Yes.

7          Q      Can you read that page into the

8      record?

9          A      Starting with "Guys, this is super

10     frustrating"?

11         Q      Yes.

12         A      "Guys, this is super frustrating

13     again, I can't log onto my VPN to my desktop,

14     issue happened last week, was fixed, issue has

15     happened over and over again.  Yes, I have

16     terminal but it's not the same as desktop and I'm

17     trying to run an independent business here.  The

18     business requires that I have access to our boxes

19     that unfortunately we can't access except through

20     your VPN of which we have no control.

21                  "Can we work this out, very, very

22     frustrating, I need to be able to manage this

23     business independent of FXCM VPN and for some

24     reason every couple of weeks of late or months in

25     the past I have some crap where my desktop isn't

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                                    197

                              John Dittami

2    accessible or doesn't hit lists or gets pushed for

3    God knows what, maybe someone using my desk at the

4    moment, who knows but we're paying tens of

5    millions of dollars of revenue against expenses to

6    FXCM and yet as CEO I can't log onto my desktop,

7    it's stupid.

8                "Please get my desktop log in away

9    from any of the crap, stick it in a closet for all

10   I care, let me access it for Christ's sakes.

11   Also, if that isn't cool then get us set up so we

12   can conduct our business without needing to do it

13   via VPN to FXCM sites.  This is the longer term

14   solution term and must do solution."

15        Q    Then turning your attention to page

16   one.

17        A    Yes.

18        Q    The third paragraph in the middle of

19   the page, did you see that?

20        A    Yes, starting with sorry?

21        Q    Yeah.  Could you read that

22   paragraph?

23        A    "Sorry for pissy e-mail, just very

24   frustrated to lose desktop access so often, so

25   much recently.  VMs are tough, basically running

CONFIDENTIAL                                                198

1                     John Dittami

2    off VM basically means to do all other business

3    stuff, I'm running off two machines."

4              I will reread this sentence slowly

5    for clarity.  The VMs are tough, running off VM

6    basically means that to do all other business

7    stuff I'm running off two machines, can't print

8    docs from VPN for business stuff, (has been doing

9    legal doc galore)," close parentheses, "got

10   e-mails in multi places, can't run files saved in

11   one place to another, like all the Q research

12   codes, stuff that I write, can't see trading on

13   the same machine, I doc my business work from et

14   cetera at, at end of day we need to figure it out

15   what can and can't be done offline and I need to

16   shift them out, we can't do without FXCM VPN to be

17   a minor portion of what we can do."

18        Q     Could you tell us what the issue was

19   in this exhibit?

20        A     I was clearly angry.  Two ways to

21   access the VPN, virtual machines or a desktop.

22   Virtual machines being machines that -- the

23   virtual machines being as I think I noted the same

24   machine people are coming on and off the machine

25   or a desktop is actual hardware sitting in their

          [4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                              199

1                  John Dittami

2    office.

3              I need access to our servers, this

4    is in here, for private trading, my guess is that

5    the virtual machines broke and I couldn't get

6    access, this is critical to my business risk, I

7    don't want this, I want the desktop for myself

8    personally and also for James Bradley who is the

9    other one which is why I'm trying to remember if

10   we had it, to have a backup so that if they break

11   their virtual, if their VMs break or fail to work

12   well like here, I'm not in risk trouble, I can

13   access our servers and in their co-lo and I can

14   resolve risk, it's extremely important to me.

15             I need to be able to access those

16   servers and this is me being angry, it was broken

17   and they're clearly -- I get angry when I think I

18   have risk to my profits and to my business and

19   clearly I'm saying, you know, either find another

20   solution for us so we don't have to use your VPN

21   or make sure that there's a backup there so if I

22   need to access our servers I can.

23             The other thing is we didn't have an

24   essential e-mail server, so I didn't have -- we

25   didn't have e-mails saved, so either the e-mails

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                    200

1                    John Dittami

2      for me, you know, went to like just these

3      desktops, like this desktop in Outlook, so knowing

4      to me that, you know, now I got to figure out what

5      to do and then ultimately we got an essential

6      e-mail server in 2013 for reasons like this, I

7      can't get my e-mails when I'm working on a machine

8      -- a virtual machine that ten people are changing

9      around on, how am I going to get e-mails.

10          Q      In looking at Exhibit 20, is it

11     correct to say that you and Effex Capital

12     employees still had VPN access to FXCM as of

13     December 27, 2012?

14          A      Yes.

15          Q      Does it also mean that Effex Capital

16     employees had desktops at FXCM that you accessed

17     through VPN?

18          A      James Bradley and myself would have

19     as of that, yes.

20          Q      Only James Bradley and you?

21          A      I believe it was only James Bradley

22     and me.  If there are any --

23          Q      Does it mean that --

24          A      -- parties.

25          Q      Go ahead.

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                      201

1                    John Dittami

2        A     I believe --

3        Q     Does it mean as of December 27, 2012

4   Effex Capital was still part of the FXCM

5   networking system?

6        A     No, Effex Capital was not part of

7   the FXCM networking.  We're not part of the

8   networking, we have an access to the firewall into

9   their networking system.  I don't know, I guess

10  the answer is yes or no, it's a very semantical

11  question.  I guess the answer is yes.  Let me

12  change that and say yes, it's very semantical but

13  yes.

14       Q     Does this mean that as of December

15  27, 2012 Effex Capital could not fully conduct

16  business except through VPN connection to FXCM?

17       A     Yes.

18       Q     When Effex Capital move from FXCM

19  network to its own server?

20       A     After we hired Ryan Berse and

21  finally convinced FXCM to help us get another way

22  to our servers.

23       Q     When was that?

24       A     I can't recall the date.  Would have

25  been after we hired Ryan Berse, hired him for that

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                                 202

1                        John Dittami

2      purpose.

3              Q       When did you hire Ryan Berse?

4              A       I don't recall the date.

5              Q       Do you remember a year?

6              A       I believe it was 2013 or 2014.

7              Q       I believe you've answered this but I

8      just want to make clear and sure that we have your

9      answer.  Does Effex Capital still make use of VPN

10     access to FXCM?

11             A       I don't, I don't know about James

12     Bradley, I don't know if James Bradley ever uses

13     it.  I would have told him and I don't know if he

14     still has it, but I wouldn't want him to.  James

15     Bradley would be very concerned about having a

16     backup for our risk purposes to be able to get to

17     our boxes.

18             Q       Are you aware whether any other

19     liquidity provider had access to the FXCM network

20     via VPN?

21             A       I'm not aware nor would I be aware.

22             Q       Was there any time when Effex

23     Capital shared the same IP address and server with

24     FXCM?

25                     MR. HENDERSON:  I'm sorry, could you

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                          203

1                    John Dittami

2          read that question back again.

3                    (Whereupon, the record was read as

4          requested.)

5          Q      If I may repeat it.  Was there a

6     time when Effex Capital shared the same IP address

7     and server with FXCM?

8          A      I don't know whether we shared an IP

9     address because I'm not a technician, and I also

10    can't recall having shared -- we had our own

11    servers, so I can't recall sharing server -- we

12    had our own servers, I can't recall sharing use of

13    servers with our stuff and their stuff.  If it was

14    I wouldn't be happy about it.

15         Q      After Effex was organized did Effex

16    Capital employees continue to use FXCM e-mail?

17         A      After Effex was organized, yes.

18         Q      For how long?

19         A      I can't recall for how long but it

20    was -- as soon as -- I was using Jada Tommy at

21    FXCM.com and as quick as possible that I could get

22    people to stop sending me e-mails to FXCM account,

23    let them know I have a new e-mail address and

24    continually tried to get all of my communications

25    through Effex.  I would have used it to check

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL

207

1                    John Dittami

2      that isn't their business.

3           Q      Does Exhibit 22 refresh your

4      recollection that you continued to use FXCM's

5      instant messenger service until at least August

6      31, 2011?

7           A      Yes, that sounds --

8           Q      Do you know to what date Effex

9      Capital employees continued to use FXCM's instant

10     messenger?

11          A      I don't know to what date they

12     continued to.

13          Q      Do you know what year?

14          A      I don't know what year.  I believe

15     it would have been past 2011 though.  I believe it

16     would have been 2012 but I don't know what year.

17          Q      When Effex Capital was formed how

18     was it capitalized?

19          A      How was it capitalized.  Well, with

20     my personal funds, John Dittami personal funds,

21     the only owner, et cetera there.  The trading

22     margin which is not Effex Capital, the trading --

23     getting a line to do trading was through that

24     Effex prime account, that's my line to do trading

25     but that's not my capital.

CONFIDENTIAL                                              216

1              John Dittami

2    informational value to them help me in the

3    negotiation and it worked.

4         Q       After it was organized did Effex

5    Capital continue to use FXCM employees to perform

6    work for Effex Capital.

7         A       We did use FXCM employees to perform

8    work for Effex Capital, yes.

9         Q       Who from FXCM did Effex Capital use

10   to perform work at Effex Capital?

11        A       Alex Kochel, Darren Merwitz, but I

12   want to make one -- on the question you said for

13   Effex Capital, the work is primarily not

14   necessarily for Effex Capital, I'm sure -- Alex

15   Kochel and Darren Merwitz is the answer, yes, yes,

16   those are the two.

17        Q       Did Alex Kochel and Darren Merwitz

18   receive a bonus from Effex Capital?

19        A       They did, not every year but they

20   did, I think one year they did.

21             (E-mail chain dated 2/20/11 marked

22        Exhibit 24 for identification.)

23        Q       Let me show you what I've marked as

24   Exhibit No. 24.  Please review it and let me know

25   when you're done reviewing it.

CONFIDENTIAL                                          230

1                        John Dittami

2     that they're doing something else, so there's no

3     use trying to hide it, be transparent, the best

4     way to keep that trust and relationship and they

5     will find out, it's small.

6          Q       I believe you testified earlier that

7     you want to be transparent with FXCM because you

8     do not want to jeopardize your relationship with

9     them; is that correct?

10         A       That's correct, yes.

11         Q       Why was your relationship with FXCM

12    so important to you at this point in time, the

13    time of Exhibit 25?

14         A       Because I was generating positive

15    net income, it's very important to my business to

16    continue to draw positive net income off this

17    business.

18         Q       What percentage of the income you

19    were generating was derived through FXCM?

20         A       On the date of this exhibit probably

21    nearly on July 13th nearly all of it at that time,

22    although I don't know when I started EBS, it must

23    have been after this because another part of this

24    exhibit is me showing up a little bit to them that

25    I've just struck a deal with the largest

CONFIDENTIAL

232

1                   John Dittami

2          A       Discussion between Darren Merwitz

3    and myself.

4          Q       Directing your attention to the

5    third entry of Exhibit 26 where you state, "Are

6    you ready for me to pass book to you," do you see

7    that communication?

8          A       Yes, I do.

9          Q       What did you mean by this question

10   to Darren Merwitz?

11         A       I want Darren to monitor the

12   dashboard -- we have a dashboard that's

13   operational, has rejection ratios on it, it has

14   technology alerts, I want to Darren to at 10:30 at

15   night I want him to watch and ask him to call me

16   if he sees any technology problems, any execution

17   problems, or any trade operational problems

18   between FXCM and us, and I want him to call me and

19   I want him to monitor for me and call me and wake

20   me up if there are any issues like that.

21         Q       Is this an example of Effex Capital

22   trading book being traded by an FXCM employee?

23         A       No, this is not an example of that.

24         Q       What is it?

25         A       This is an example of him monitoring

CONFIDENTIAL

233

1                    John Dittami

2    the dashboard to alert me if there's any trade

3    position outs that are on this dashboard --

4    monitoring the dashboard, we don't have manual

5    trading, we have algorithmic computers running,

6    the dashboard is over this algorithmic computer.

7              I want to go to bed at night, I

8    asked if we could use Darren to keep an eye of our

9    Effex dashboard, the dashboard is call me if

10   there's any trade outs, any trades that do not

11   reconcile between us and you call me, I have to

12   resolve them if there's risk, and the reason FXCM

13   would want that is I bet FXCM would wish every LP

14   would do that.

15             You know, they want to know if

16   there's a trade or position risk that they have to

17   manage.  Also call me if rejection ratios are

18   high, there's alerts on the dashboard that say

19   rejections are high.  We're constantly monitoring

20   our rejections because our obligation is to be the

21   best provider, and if there are rejections I may

22   have to make changes or I may have to turn off,

23   FXCM wants it turned off if they think an

24   execution is bad.  So Darren has the ability to

25   turn the dashboard off but there's not trading

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL

234

1               John Dittami

2    going on.

3                So watching operations, alerting to

4    any -- if execution quality gets bad is another

5    thing he's watching, and they let me use Darren

6    from time to time to -- in off hours where I was

7    sleeping to monitor that on behalf, or in the case

8    where I staffed employees, as I did, and when one

9    of them has to use the bathroom or one of them had

10   to go out for lunch or something, I would ask them

11   to keep an eye in case any risk issues to call us,

12   benefits them.

13        Q    How often did FXCM employees monitor

14   dashboards for Effex?

15        A    I don't know when they stopped, it

16   was regularly for awhile then I finally got my

17   trading staff overnight, probably after I opened

18   my Japan office, I'm not sure when I got that open

19   which was the overnight house which was the hours

20   Darren was in Australia those hours.  Darren was

21   always in Australia.

22                After I opened my Tokyo office I

23   would have had staffed -- overnight staffed

24   monitors and then in that situation would have --

25   maybe if they have to use the bathroom or

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                    235

1              John Dittami

2   something they might have asked, so it would have

3   dwindled down until we finally had -- I don't

4   remember when this is, absolutely nothing, no --

5   today, for example, or before this, even before

6   this subpoena, I don't know how far before that

7   couldn't even log into a dash, no access, no

8   rights at all, and the only other person that

9   would have done it would have been Alex Kochel but

10  nowhere near as often as Darren and that would

11  have been only early, early days 2010.

12       Q      When did FXCM personnel cease

13  monitoring the dashboards at Effex?

14       A      I can't recall, I have to get you

15  the date but 2013 or early 2014, something in that

16  region.  I can't recall the exact date, I have to

17  try to figure it out, I don't know how to figure

18  that out.

19       Q      Do you know whether FXCM employees

20  monitored the dashboards any other liquidity

21  providers?

22       A      FXCM didn't monitor the dashboards

23  of other liquidity providers, but they did monitor

24  the identical information that Darren's monitoring

25  on this dashboard.  In fact, this dashboard -- so

CONFIDENTIAL                                                    281

1                        John Dittami

2     had concerns they'd spin me out, you know, they

3     say you can't be here, I go open my own shop and

4     then the business dies.  It's natural paranoia.  I

5     don't want them to stealing my peak, I don't want

6     them learning, hey, this could really work.  My

7     effort was as an employee and -- when I was an

8     employee, now they know it's going to work, I

9     don't want them trying to do it themselves now

10    that they know it works, I don't want them

11    stealing IP, I don't want them, you know.  Yeah, I

12    have a concern, I naturally have to be concerned

13    about protecting my business of Effex.

14              MR. DALY:  I have no follow-up

15         questions on that.

16              MR. ROMEU-MATTA:  On the exhibit.

17    BY MR. DALY:

18         Q     Mr. Dittami, I want to direct your

19    attention to the time stamp of 8:42 a.m. where you

20    appear to type to Mr. Merwitz, "basically until we

21    get your new e-mail can't have you send

22    externally," do you see that?

23         A     Yes.

24         Q     Can you explain to me what's being

25    communicated there?

CONFIDENTIAL                                           282

1              John Dittami

2       A       Absolutely.  We got Darren an Effex

3    Capital e-mail here, the purpose is, as you could

4    see, the reason that it came up here, he tried

5    calling me, he couldn't wake me up, he was trying

6    to call Jack, couldn't wake him up.  His job is to

7    contact an Effex person, he couldn't.  There's a

8    risk issue here, I want him to have an Effex

9    e-mail so he can e-mail Citibank, for example, if

10   there's a trade out and say, why is there a trade

11   out.  FXCM wants him to know why there's trade

12   outs because we have trade outs together, so he

13   needs an e-mail -- I want him to not use an FXCM

14   -- so in this case he was monitoring, there is a

15   risk issue, there is a risk issue, he couldn't get

16   in touch with me, he can't get in touch with my

17   head dealer Jack, he's trying, and I'm saying,

18   look, this is a risk situation I need in an

19   emergency him to have an Effex e-mail, be able to

20   e-mail Citi and say, is there a trade out, is

21   there a real problem, if there is tell FXCM to

22   turn us off, that means we have risk problems

23   together.

24       Q       It seems, correct me if I'm wrong,

25   that there may have been issue with him reaching

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                        283

1                         John Dittami

2    out externally via his FXCM e-mail, do you recall

3    anything like that?

4         A      Yeah, I don't want him reaching out

5    to any Effex customer, I don't want him talking to

6    my Effex customer, it's not his customer.  I don't

7    want him doing anything with an Effex -- I don't

8    want him doing anything with an FXCM affiliation,

9    I don't want him reaching out to an Alpari with an

10   FXCM name, I actually don't want him to reach out

11   to Alpari period.  I don't want him calling anyone

12   like that, period.

13              Citi is the one, Citi is where the

14   risk resides and I don't Citi -- you know, I don't

15   want to continue to keep this rumor mill going

16   with Citi because they see an FXCM employee, you

17   know, in the event they can't get in touch with

18   Jack, can't get in touch with John, there is a

19   risk issue to do anything that says from FXCM

20   asking about a trade out, the reality is the trade

21   out is going to be between FXCM and us, it's just

22   bad perception.

23        Q      When you say a trade out is going to

24   be -- a trade out is going to be between FXCM and

25   us, I assume you meaning Effex?

CONFIDENTIAL

327

1                         John Dittami

2        Q      Who widened the spreads?

3        A      That would have to be FXCM's

4    decision to do so.  We don't control that, we

5    can't touch that.  FXCM has to make a decision, do

6    it.  If execution is bad I would ask them to do

7    that.

8        Q      Why was it done?

9        A      Panelized providers who aren't

10   providing good execution, force the providers to

11   get their butts inline and behave and provide good

12   execution.

13       Q      Did FXCM allow Effex to have

14   priority over other identical bids and offers made

15   by market makers allowing Effex orders to be

16   executed over identical bids and offers made by

17   other market makers?

18       A      Yes, they allowed us to win ties but

19   it was allowed with a contingency.

20       Q      What's the contingency?

21       A      We have to be best execution, if

22   we're not best execution we lose ties.  I think

23   they might have taken it away from us at some

24   points, they threatened to a lot at least.  We

25   have to be best execution or we don't win ties.

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                          331

1              John Dittami

2        A     I mean, Even Milazzo would be able

3    to look it up, I'm guessing.  They keep books and

4    records, they could look it up.  I don't

5    unfortunately have data.

6        Q     To your knowledge, did other

7    liquidity providers have the ability to win all

8    ties?

9        A     To my knowledge, every liquidity

10   provider had the ability to win ties if they were

11   best execution.

12       Q     So there were times with other

13   liquidity providers would win ties and not Effex?

14       A     I think there were a few times, but

15   as a general rule Effex was always best execution.

16   So as a general rule and I don't know -- it's not

17   -- I can't be perfect in all way but, you know, we

18   were best execution every single month since we

19   ever began.

20       Q     Did the winning of all ties help

21   Effex in realizing profit in its market making

22   trades?

23       A     Yes and no, but net yes.

24       Q     Could you explain?

25       A     So what it helps us do is increase

CONFIDENTIAL                                    370

1

2    COMMODITY FUTURES TRADING COMMISSION

3    -------------------------------------------x

4    IN THE MATTER OF:

5    RETAIL FOREX FRAUD

6    -------------------------------------------x

7

8                            140 Broadway
                             New York, New York
9
                             April 8, 2016
10                           9:51 a.m.

11

12           CONTINUED DEPOSITION of JOHN DITTAMI, the

13   witness herein, taken by the Commodity Futures

14   Trading Commission, pursuant to Agreement, held at

15   the above-noted time and place, before a Notary

16   Public of the State of New York.

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                                              430

1                       John Dittami

2    price to try to get the trades you want, I just

3    want to be clear.

4            Q       Let me clarify.  But you see the

5    price of the liquidity provider, so seeing that

6    price of the liquidity provider at 1.30000 would

7    allow Effex to submit a bid of 1.29999 and still

8    win the trade?

9            A       That is correct.

10           Q       If it chooses to win a trade it can

11   win a trade?

12           A       If it chooses to win -- if it

13   chooses to price to win a trade, it could choose

14   to price to win a trade or a portion of a trade or

15   some of the trade.

16           Q       That's a choice that Effex would be

17   making, the algorithm would be making?

18           A       It's a choice that the algorithm is

19   making, yes.

20           Q       The ability to win all ties and see

21   all the bids and offers and the .1 PIP advantage

22   in the Euro U.S. dollar were beneficial to Effex

23   because it allowed Effex to capture a larger

24   portion of trades; is that correct?

25           A       Yes, that's correct.

[4/8/2016 9:51 AM] DITTAMI, JOHN_2016-04-08

CONFIDENTIAL

432

John Dittami

2      Q      I understand.

3      A      I don't want to call it that.  It's

4 an advantage in that Effex has logic intelligence

5 to know how to manage it, but if you wish to use

6 the term advantages I don't want to make it

7 difficult so I'm okay.

8      Q      Let's not use the term advantage.

9 The fact that Effex has access to bid and offers

10 that can win all ties and has a .1 bid mark of

11 advantage in the Euro U.S. dollar currency pair is

12 also beneficial to FXCM because FXCM is receiving

13 a rebate from that are effected by Effex Capital?

14      A      That is correct.

15      Q      Is it fair to say that FXCM had a

16 stake in the trades effected by Effex Capital as

17 shown in the FXCM invoice to Effex Capital?

18      A      It's fair to say they had a stake --

19 yes, it's definitely fair to say they had a stake.

20 Their stake is much smaller than the value of the

21 markup, so their stake is not -- they have a stake

22 but that stake is way overwhelmed by the fact that

23 the revenue model at $110 per million here far

24 exceeds this which is $10 and therefore the $10 is

25 less money they make against money we make.  So

CONFIDENTIAL                                          433

1                    John Dittami

2    they have a stake in volume rising in the case of

3    Euro dollar by $21 minus $10 is $11.  I just

4    wanted to clarify this.

5              They don't have a stake in any other

6    currency pair or any other thing.  So they have an

7    $11 -- the way I would look at it, we didn't look

8    at it this way, we looked at it as how do we

9    provide best execution most of the time, how do we

10   get more liquidity benefits most of the time.  But

11   the way -- in the way you've described, let's say

12   there's an $11 stake by FXCM because they're

13   giving up the 10th, not a $21 stake, but then

14   actually it went to $5 -- actually when it went to

15   6 it was a negative stake, when our payment of the

16   Euro with the 6 actually had a negative stake for

17   us to execute.

18              Also, I just have to say, their

19   stake is really important to understand that their

20   economic interests and why there's conflict with

21   us, their stake is not the $11, their stake is

22   getting the $110, and their stake is getting the

23   $110 over and over and over again.  Their stake is

24   not having a customer slip or slips a weird

25   strange word to define that.  Not having the

CONFIDENTIAL                                      434

                            John Dittami

1

2     customers have a bad execution experience is

3     easier to define, because they want to see that

4     customer trade and trade and trade, for that $11

5     or negative $5 when it went to $6 per million,

6     they were actually paying it out, they're actually

7     effectively losing money in that situation.

8               I don't know if they stopped that

9     situation, it was zero, whatever, they didn't have

10    a stake then, whatever it was, they're really

11    trying to get the $110 and they're trying to get

12    the customers a good execution, the customer get

13    110 over and over and over again, they're also

14    trying to get the customer to get good execution,

15    they don't want to get fines, they also want the

16    customer to get the good execution because making

17    110 is a lot more than making 11 or less.

18              I just want to clarity, they had a

19    stake but the stake is not their driving economic

20    force and it wasn't always positive.

21         Q    Okay.  Are you familiar with a term

22    hold timer with an R?

23         A    Yes.

24         Q    What is your understanding of that

25    term?

            [4/8/2016 9:51 AM] DITTAMI, JOHN_2016-04-08