# EXHIBIT 97

E Capital-000096

 **GT** GreenbergTraurig

Jeffry M. Henderson
Tel 312.456.8453
Fax 312.899.0374
hendersonj@gtlaw.com

FOIA CONFIDENTIAL TREATMENT REQUESTED

October 5, 2015

**VIA OVERNIGHT MAIL ONLY**

K. Brent Tomer, Esq.
Trial Attorney
Commodity Futures Trading Commission
140 Broadway, 19th Floor
New York, NY 10005

<div align="right">Re:     **Effex Capital, LLC**<br>**John Dittami**</div>

Dear Brent:

I.      **Introduction**

As initially discussed in your offices on August 18, and in our more recent discussions, Effex Capital, LLC ("Effex Capital") and John Dittami are providing this letter and exhibits in connection with the Division of Enforcement's ("Division") questions regarding the ownership structure of Effex Capital raised in connection with the subpoena issued to John Dittami.   Set forth below is a summary of certain information we believe will be helpful in assisting the Division to better understand the ownership structure.

II.     **Employment with FXCM**

In the spring of 2009, following the conclusion of his employment as Global Head of forex trading at Sun Trading Group, LLC, a high frequency proprietary trading

*NY 245448647v1*
GREENBERG TRAURIG, LLP ▪ ATTORNEYS AT LAW ▪ WWW.GTLAW.COM
77 West Wacker Drive ▪ Suite 3100 ▪ Chicago, IL 60601 ▪ Tel 312.456.8400 ▪ Fax 312.456.8435

<div style="border:2px solid black; background:gold; display:inline-block; padding:4px; font-weight:bold; text-align:center">Exhibit<br>0005</div>

K. Brent Tomer, Esq.
October 5, 2015
Page 2

firm located in Chicago, Mr. Dittami began to explore a number of trading-related

ventures and opportunities. Mr. Dittami's professional career is more fully described in

Exhibit A. *See* Exhibit A, Background of John Dittami. It was during this time that he

was introduced by a long time business acquaintance to principals of Forex Capital

Markets, LLC ("FXCM"). Following a series of meetings and negotiations, Mr. Dittami

agreed to become an employee of FXCM.

An employment agreement was entered into between FXCM and Mr. Dittami

effective September 4, 2009 ("Employment Agreement"). *See* Exhibit B, Employment

Agreement. FXCM agreed to make $3,000,000 available to establish infrastructure,

computer systems and resources to fund the project described in the employment

agreement. *See* Exhibit B, Section 2. In consideration of his efforts, Mr. Dittami was to

receive an annual initial salary in the amount of $250,000 plus 30% of the profits from

the venture (*See* Exhibit B, Sections 4 and 5).

### III.   Effex Capital, LLC

FXCM and Mr. Dittami terminated the employer/employee relationship in April

of 2010. Mr. Dittami and his team thereafter proceeded with the continued build out of

the technology and development of the forex institutional liquidity trading system

through Effex Capital. Effex Capital was formed by Mr. Dittami on March 23, 2010. *See*

Exhibit C, Certificate of Formation for Effex Capital, LLC. Through a Services

Agreement dated March 1, 2010, it was agreed that Effex Capital would provide forex

pricing services to FXCM through its proprietary execution technology. *See* Exhibit D,

E Capital-000098

K, Brent Tomer, Esq.
October 5, 2015
Page 3

Services Agreement dated March 1, 2010, between Effex Capital and FXCM.   The
Services Agreement dated March 1, 2010, was replaced by the Services Agreement
dated May 1, 2010.  *See* Exhibit E, Services Agreement dated May 10, 2010.

At the time of its formation, John Dittami owned 100% of the membership
interests in Effex Capital, and within months of its formation he allocated small
interests to three persons (Christopher Meyer, Andrew Wilson and James Bradley) who
were key contributors at Effex Capital.  Over time, a total of four persons (Christopher
Meyer, Andrew Wilson, James Bradley and Darshan Garimella) were allocated small
membership interests in Effex Capital.   None of the foregoing persons were ever
affiliated with FXCM.  In December of 2012, the John Dittami 2012 Dynasty Trust was
established for the benefit of Mr. Dittami's children, and it became a 28% owner of the
membership interests in Effex Capital.  Since March of 2010, Effex Capital has hired
approximately 30 full time employees, consultants and independent contractors.  *See*
Exhibit F, Employees/Consultants/Independent Contractors.

Under the terms of the Services Agreement, FXCM and Effex Capital recognized
that their business arrangement would not be a partnership or joint venture, and neither
would have the authority or power to bind the other.  *See* Exhibit D, par. 16.   Effex
Capital and John Dittami did not receive payments from FXCM, its employees or
principals.  Finally, and as set forth in the Sworn Statement of Sheldon N. Abrams, Effex
Capital's audit firm, there is no evidence of any membership interest owned by FXCM
or its principals.  *See* Exhibit G, Sworn Statement of Sheldon N. Abrams.

E Capital-000099

K. Brent Tomer, Esq.
October 5, 2015
Page 4

Effex Capital conducts business out of its main office in Jersey City, New Jersey. It also has maintained branch office locations in Tokyo, Japan and Belfast, Ireland and has had employees in California, France, and Florida at different times. Effex Capital has transacted business with over 30 different regulated entities, some of whom are direct competitors with FXCM and FXCM affiliates. Effex Capital has strategically co-located a server for FXCM at NY7 (New York), and has also co-located servers at other strategic locations, including LD4 (London), TY3 (Tokyo) and NY2/4 (New Jersey), in order to support its business and growth outside of its business with FXCM.

### IV. Conclusion.

Mr. Dittami's relationship as an employee of FXCM began in September of 2009, and ended in April of 2010. In March 2010, Mr. Dittami formed Effex Capital. Effex Capital hired employees, established a prime broker relationship, secured office space, opened bank accounts, opened offices in various locations and capitalized Effex Capital to satisfy prime broker requirements. Since its inception, Effex Capital has hired approximately 30 full time employees, consultants, and independent contractors, and has transacted business with many other institutions.

From time to time, a handful of key Effex Capital personnel have owned small percentage membership interests in Effex Capital. Effex Capital is operated independently, and is not controlled, directly or indirectly, by FXCM or any of its principals. As indicated in the respective operating agreements of Effex Capital, which were tendered in response to the subpoena, and as reflected in the Sworn Statement of

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM

E Capital-000100

K. Brent Tomer, Esq.
October 5, 2015
Page 5

Sheldon Abrams, no FXCM principal or employee has ever maintained an ownership

interest in Effex Capital.  Nor has Effex Capital or John Dittami ever had or maintained

any stock or ownership interest in FXCM.

If you have any questions or need clarification regarding any of the matters set

forth above, please call me.

Sincerely,

Jeffry M. Henderson

JMH/alc
Enclosures