# EXHIBIT 98

From: Patricia Muchinsky <pmuchinsky@fxcm.com>
Sent: Thursday, April 8, 2010 11:04 AM
To: Joshua Rosenfeld <jrosenfeld@fxcm.com>; Yong Ruan <yruan@fxcm.com>
Subject: FW: EES trading dates

Hi Josh/Yong,

I spoke to Citi and it seems that you can run the P/L statement for EES and see their settlement amounts. What you need to do is run the Net positions report for each of the days and you should see it. Let me know if you need any help.

EES is moving to PoP in the next week or so this process will be much easier in the very near future.

Thanks

Trish


From: Alexander Kochel
Sent: Thursday, April 08, 2010 11:02 AM
To: Patricia Muchinsky
Cc: John Dittami
Subject: EES trading dates

Patricia,

Here are EES trading days and amount of trades:

    date

cnt

CONFIDENTIAL
GLBR_00153994

| | |
|---|---|
| | 2010.03.11 |
| 4 | |
| | 2010.03.18 |
| 2 | |
| | 2010.03.19 |
| 167 | |
| | 2010.03.23 |
| 1 | |
| | 2010.03.26 |
| 416 | |
| | 2010.03.31 |
| 527 | |
| | 2010.04.02 |
| 5 | |
| | 2010.04.07 |
| 404 | |
| | 2010.04.08 |
| 999 | |

Alex.

**CONFIDENTIAL**                                                                                                                                           **GLBR_00153995**