# EXHIBIT 101

| | |
|---|---|
| **From:** | William Ahdout <WAhdout@fxcm.com> on behalf of William Ahdout |
| **Sent:** | Monday, March 22, 2010 07:29 PM |
| **To:** | David Sassoon; John Dittami |
| **Subject:** | Re: Entity Name Suggestion |

B"H
בס"ד
If you can please do it

---

**From**: David Sassoon
**To**: John Dittami
**Cc**: William Ahdout
**Sent**: Mon Mar 22 19:25:01 2010
**Subject**: Re: Entity Name Suggestion

I already submitted BAPAZ, LLC as per williams instructions.

Please advise if you want it changed and I will see what I can do.

DS

---

**From**: John Dittami
**To**: David Sassoon
**Cc**: William Ahdout
**Sent**: Mon Mar 22 18:58:43 2010
**Subject**: Entity Name Suggestion

Effex Captial

(FYI, its for Efficient execution, and a play on word Effects and E-fx)

1

FOIA Confidential Treatment Requested by FXCM
CONFIDENTIAL

FXCM-CFTC_00089500
GLBR_00218039