# EXHIBIT 103

**From:**          Joshua Rosenfeld <jrosenfeld@fxcm.com>
**Sent:**          Tuesday, November 02, 2010 01:11 PM
**To:**            John Dittami
**Cc:**            Joe Filko; Baruch Greenbaum
**Subject:**       EES income for October

Do you have figures for October?

CONFIDENTIAL                                                          **GLBR_00184106**