# EXHIBIT 107

E Capital 000049

4/14/2010

John Dittami
98 Constitution Way
Jersey City, NJ 07305

William Ahdout
Forex Capital Markets LLC
32 Old Slip
New York, NY

William,

I have decided to open my own proprietary trading firm and therefore must resign as an employee of FXCM.  It has been an absolute pleasure working with all the partners and employees of the firm.

I hope and expect that in the future that we can find ways to provide value in whatever business relationships we can, and would love nothing more than continuing a relationship on this basis.

Given that we have an employment contract in place, I am recommending that we release each other of our respective responsibilities under that contract.

It is the understanding of both parties to enter into an license agreement on economic terms similar to the employment agreement.


Please sign below to acknowledge that these terms are acceptable to you.


Regards,

John Dittami

ACKNOWLEDGED & AGREED BY FOREX CAPITAL MARKETS, LLC

By

William Ahdout

**Exhibit
0019**

**Effex 000046**