# EXHIBIT 110

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | ConvID | Date | Time | Body | From | To |
| 2 | 7/13/2010 1:13 | 2010.07.13 | 1:13:57 | Hey Hon, just IM"ing you, I have new contact info on messenger | john@effexcapital.com | hchoi@fxcm.com |
| 3 | 7/13/2010 1:13 | 2010.07.13 | 1:14:06 | its john@effexcapital.com is how you can IM me | john@effexcapital.com | hchoi@fxcm.com |
| 4 | 7/13/2010 1:15 | 2010.07.13 | 1:15:21 | hey john | hchoi@fxcm.com | john@effexcapital.com |
| 5 | 7/13/2010 1:15 | 2010.07.13 | 1:15:55 | hey | john@effexcapital.com | hchoi@fxcm.com |
| 6 | 7/13/2010 1:15 | 2010.07.13 | 1:16:09 | I just turned off 2 streams, just because at moment we aren't using them | john@effexcapital.com | hchoi@fxcm.com |
| 7 | 7/13/2010 1:15 | 2010.07.13 | 1:16:11 | Himawari | john@effexcapital.com | hchoi@fxcm.com |
| 8 | 7/13/2010 1:15 | 2010.07.13 | 1:16:18 | and AT (active trader) | john@effexcapital.com | hchoi@fxcm.com |
| 9 | 7/13/2010 1:15 | 2010.07.13 | 1:16:32 | I'm just leaving them off overnight so tommorow I can test if latency is better without them on | john@effexcapital.com | hchoi@fxcm.com |
| 10 | 7/13/2010 1:16 | 2010.07.13 | 1:16:44 | ok | hchoi@fxcm.com | john@effexcapital.com |
| 11 | 7/13/2010 1:16 | 2010.07.13 | 1:16:53 | tks for heads up | hchoi@fxcm.com | john@effexcapital.com |
| 12 | 7/13/2010 1:16 | 2010.07.13 | 1:16:58 | np, have gd nt | john@effexcapital.com | hchoi@fxcm.com |
| 13 | 7/13/2010 1:17 | 2010.07.13 | 1:17:17 | good night | hchoi@fxcm.com | john@effexcapital.com |
| 14 | 7/13/2010 15:57 | 2010.07.13 | 15:57:29 | Any chance of getting June figures from you? Both your inc/exp and volume. | jrosenfeld@fxcm.com | john@effexcapital.com |
| 15 | 7/13/2010 15:57 | 2010.07.13 | 16:02:27 | 89,086 MMS | john@effexcapital.com | jrosenfeld@fxcm.com |
| 16 | 7/13/2010 15:57 | 2010.07.13 | 16:02:31 | for June | john@effexcapital.com | jrosenfeld@fxcm.com |
| 17 | 7/13/2010 15:57 | 2010.07.13 | 16:02:38 | 219,581 for March thru June | john@effexcapital.com | jrosenfeld@fxcm.com |
| 18 | 7/13/2010 16:05 | 2010.07.13 | 16:05:18 | That's enought for now. Any chance of you paying March thru April this month? | jrosenfeld@fxcm.com | john@effexcapital.com |
| 19 | 7/13/2010 16:05 | 2010.07.13 | 16:05:25 | sure | john@effexcapital.com | jrosenfeld@fxcm.com |
| 20 | 7/13/2010 16:05 | 2010.07.13 | 16:05:38 | been pushing on it actually | john@effexcapital.com | jrosenfeld@fxcm.com |
| 21 | 7/13/2010 16:05 | 2010.07.13 | 16:05:44 | trying to get my citi done to transfer all at once | john@effexcapital.com | jrosenfeld@fxcm.com |
| 22 | 7/13/2010 16:05 | 2010.07.13 | 16:05:56 | ok. | jrosenfeld@fxcm.com | john@effexcapital.com |
| 23 | 7/13/2010 16:05 | 2010.07.13 | 16:05:58 | thanks | jrosenfeld@fxcm.com | john@effexcapital.com |
| 24 | 7/13/2010 16:06 | 2010.07.13 | 16:06:39 | alex, can you do me quick favor | john@effexcapital.com | akochel@fxcm.com |
| 25 | 7/13/2010 16:06 | 2010.07.13 | 16:06:47 | sure | akochel@fxcm.com | john@effexcapital.com |
| 26 | 7/13/2010 16:06 | 2010.07.13 | 16:06:48 | I printed something to rec printer, and want to get it off printer | john@effexcapital.com | akochel@fxcm.com |
| 27 | 7/13/2010 16:06 | 2010.07.13 | 16:06:50 | thanks | john@effexcapital.com | akochel@fxcm.com |
| 28 | 7/13/2010 16:06 | 2010.07.13 | 16:06:59 | would you mind just taking it from printer and putting it on my desk | john@effexcapital.com | akochel@fxcm.com |
| 29 | 7/13/2010 16:08 | 2010.07.13 | 16:08:15 | 6 pages in your top drawer. or should I leave it on the desk | akochel@fxcm.com | john@effexcapital.com |
| 30 | 7/13/2010 16:08 | 2010.07.13 | 16:08:17 | ? | akochel@fxcm.com | john@effexcapital.com |
| 31 | 7/13/2010 16:08 | 2010.07.13 | 16:11:02 | on desk is fine , thanks | john@effexcapital.com | akochel@fxcm.com |
| 32 | 7/13/2010 16:11 | 2010.07.13 | 16:11:13 | ok | akochel@fxcm.com | john@effexcapital.com |
| 33 | 7/13/2010 16:11 | 2010.07.13 | 16:11:32 | done | akochel@fxcm.com | john@effexcapital.com |
| 34 | 7/13/2010 16:11 | 2010.07.13 | 16:16:36 | thks | john@effexcapital.com | akochel@fxcm.com |
| 35 | 7/13/2010 16:38 | 2010.07.13 | 16:38:59 | In Fxreview9buckets can see buckets used only for position tracking. Can't fined any code related to quotes pause/resume/bidask_size | akochel@fxcm.com | john@effexcapital.com |
| 36 | 7/13/2010 16:38 | 2010.07.13 | 16:39:16 | where buckets are used | akochel@fxcm.com | john@effexcapital.com |
| 37 | 7/13/2010 16:38 | 2010.07.13 | 16:39:20 | I'll review with you, one second on with james | john@effexcapital.com | akochel@fxcm.com |
| 38 | 7/13/2010 16:38 | 2010.07.13 | 16:39:29 | sure | akochel@fxcm.com | john@effexcapital.com |
| 39 | 7/13/2010 16:38 | 2010.07.13 | 16:48:22 | try fxcmreview9buckets_june13b | john@effexcapital.com | akochel@fxcm.com |
| 40 | 7/13/2010 16:38 | 2010.07.13 | 16:48:36 | and I can walk you thru it | john@effexcapital.com | akochel@fxcm.com |
| 41 | 7/13/2010 16:49 | 2010.07.13 | 16:49:00 | ok | akochel@fxcm.com | john@effexcapital.com |
| 42 | 7/13/2010 16:50 | 2010.07.13 | 16:50:45 | Yes, fxcmreview9buckets_june13b got the backets code. Thanks. I'll read it. | akochel@fxcm.com | john@effexcapital.com |
| 43 | 7/13/2010 16:50 | 2010.07.13 | 16:51:02 | no prob, sorry, tons of versions | john@effexcapital.com | akochel@fxcm.com |
| 44 | 7/13/2010 17:23 | 2010.07.13 | 17:23:44 | So for now we calculate risk change direction only in terms of buckets, right? Pair position is not used? For example, in order to calculate if we are inc/red risk with bid, we have: bid:$[(bucket[tmpevent[`BaseCur]]>=0.0) or (bucket[tmpevent[`TermCur]]<=0.0); tmpevent[`bidinc]; tmpevent[`bidred]]; | akochel@fxcm.com | john@effexcapital.com |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 583 | 7/22/2010 11:43 | 2010.07.22 | 11:44:20 | been crappy couple weeks, we are spending lots of time to figure out why | john@effexcapital.com | lmcgonegal@fxcm.com |
| 584 | 7/22/2010 11:43 | 2010.07.22 | 11:44:32 | in mean time, we just switched over to new prime which is good | john@effexcapital.com | lmcgonegal@fxcm.com |
| 585 | 7/22/2010 11:43 | 2010.07.22 | 11:44:40 | next week, hedging on pro, active trader come on | john@effexcapital.com | lmcgonegal@fxcm.com |
| 586 | 7/22/2010 11:43 | 2010.07.22 | 11:45:03 | T2 is off while we investigate PNL and while we wait for those things which we think will help it make more money | john@effexcapital.com | lmcgonegal@fxcm.com |
| 587 | 7/22/2010 11:43 | 2010.07.22 | 11:45:27 | gotcha sounds good | lmcgonegal@fxcm.com | john@effexcapital.com |
| 588 | 7/22/2010 11:43 | 2010.07.22 | 11:45:43 | also feeds are off, so we can monitor latency with\without them on | john@effexcapital.com | lmcgonegal@fxcm.com |
| 589 | 7/22/2010 11:43 | 2010.07.22 | 11:46:00 | ok, see you in a bit, I'll be in at 8:30 | john@effexcapital.com | lmcgonegal@fxcm.com |
| 590 | 7/22/2010 11:46 | 2010.07.22 | 11:46:22 | ok see you then | lmcgonegal@fxcm.com | john@effexcapital.com |
| 591 | 7/22/2010 13:43 | 2010.07.22 | 13:43:10 | Hey John | pmuchinsky@fxcm.com | john@effexcapital.com |
| 592 | 7/22/2010 13:43 | 2010.07.22 | 13:43:17 | hey, whats up | john@effexcapital.com | pmuchinsky@fxcm.com |
| 593 | 7/22/2010 13:43 | 2010.07.22 | 13:43:53 | you are going to be getting another 133,048.19 in your PoP4 account in settlements | pmuchinsky@fxcm.com | john@effexcapital.com |
| 594 | 7/22/2010 13:43 | 2010.07.22 | 13:44:02 | so you might not be as short as you think you will be | pmuchinsky@fxcm.com | john@effexcapital.com |
| 595 | 7/22/2010 13:43 | 2010.07.22 | 13:44:04 | correct, we can wait til 23rd | john@effexcapital.com | pmuchinsky@fxcm.com |
| 596 | 7/22/2010 13:43 | 2010.07.22 | 13:44:06 | that is for value today | pmuchinsky@fxcm.com | john@effexcapital.com |
| 597 | 7/22/2010 13:43 | 2010.07.22 | 13:44:09 | I added that in there | john@effexcapital.com | pmuchinsky@fxcm.com |
| 598 | 7/22/2010 13:43 | 2010.07.22 | 13:44:11 | ok great | pmuchinsky@fxcm.com | john@effexcapital.com |
| 599 | 7/22/2010 13:43 | 2010.07.22 | 13:44:24 | still pretty close | john@effexcapital.com | pmuchinsky@fxcm.com |
| 600 | 7/22/2010 13:43 | 2010.07.22 | 13:44:35 | probably better to be able to close it all out in 1 shot anyways | john@effexcapital.com | pmuchinsky@fxcm.com |
| 601 | 7/22/2010 13:43 | 2010.07.22 | 13:44:39 | right | pmuchinsky@fxcm.com | john@effexcapital.com |
| 602 | 7/22/2010 17:12 | 2010.07.22 | 17:12:24 | hey josh | john@effexcapital.com | jrosenfeld@fxcm.com |
| 603 | 7/22/2010 17:12 | 2010.07.22 | 17:12:46 | quick books question for you | john@effexcapital.com | jrosenfeld@fxcm.com |
| 604 | 7/22/2010 17:12 | 2010.07.22 | 17:13:27 | Hi. What's up? Oh by the way I need access to your new Citi acct. | jrosenfeld@fxcm.com | john@effexcapital.com |
| 605 | 7/22/2010 17:12 | 2010.07.22 | 17:13:37 | ? ? | john@effexcapital.com | jrosenfeld@fxcm.com |
| 606 | 7/22/2010 17:12 | 2010.07.22 | 17:13:59 | As Effex separate entity, and separate funding , what do you need access to it for ??? | john@effexcapital.com | jrosenfeld@fxcm.com |
| 607 | 7/22/2010 17:12 | 2010.07.22 | 17:14:10 | I'm sure I can get another login, just curious | john@effexcapital.com | jrosenfeld@fxcm.com |
| 608 | 7/22/2010 17:12 | 2010.07.22 | 17:14:54 | We'll stille be tracking your expenses and income for now so that we can see if the $21 fee should be adjusted. | jrosenfeld@fxcm.com | john@effexcapital.com |
| 609 | 7/22/2010 17:12 | 2010.07.22 | 17:15:13 | yes, thats why the quickbooks question... | john@effexcapital.com | jrosenfeld@fxcm.com |
| 610 | 7/22/2010 17:12 | 2010.07.22 | 17:15:25 | This month and June FXCM's share was less than 21 | john@effexcapital.com | jrosenfeld@fxcm.com |
| 611 | 7/22/2010 17:12 | 2010.07.22 | 17:15:28 | may and april more | john@effexcapital.com | jrosenfeld@fxcm.com |
| 612 | 7/22/2010 17:12 | 2010.07.22 | 17:15:43 | so it catches up some in last 2 months, as pnl per mm was down | john@effexcapital.com | jrosenfeld@fxcm.com |
| 613 | 7/22/2010 17:12 | 2010.07.22 | 17:16:02 | so what is the question? | jrosenfeld@fxcm.com | john@effexcapital.com |
| 614 | 7/22/2010 17:12 | 2010.07.22 | 17:16:07 | but once I get my financials together can send you something cleaner | john@effexcapital.com | jrosenfeld@fxcm.com |
| 615 | 7/22/2010 17:12 | 2010.07.22 | 17:16:13 | great | jrosenfeld@fxcm.com | john@effexcapital.com |
| 616 | 7/22/2010 17:12 | 2010.07.22 | 17:16:15 | well, I'm trying to set up income side of it | john@effexcapital.com | jrosenfeld@fxcm.com |
| 617 | 7/22/2010 17:12 | 2010.07.22 | 17:16:27 | and wondering what best "service" to open up my account with | john@effexcapital.com | jrosenfeld@fxcm.com |
| 618 | 7/22/2010 17:12 | 2010.07.22 | 17:16:33 | there is no trading based choice | john@effexcapital.com | jrosenfeld@fxcm.com |
| 619 | 7/22/2010 17:12 | 2010.07.22 | 17:16:54 | so trying to find best choice of company setups to account for pay for flow type liability and trading income | john@effexcapital.com | jrosenfeld@fxcm.com |
| 620 | 7/22/2010 17:12 | 2010.07.22 | 17:17:26 | what are the choices? | jrosenfeld@fxcm.com | john@effexcapital.com |
| 621 | 7/22/2010 17:12 | 2010.07.22 | 17:17:28 | how did you record trading pnl when you used quickbooks | john@effexcapital.com | jrosenfeld@fxcm.com |
| 622 | 7/22/2010 17:12 | 2010.07.22 | 17:17:39 | Tons of choices, I tried financial services firm and it doesn't look good | john@effexcapital.com | jrosenfeld@fxcm.com |
| 623 | 7/22/2010 17:12 | 2010.07.22 | 17:17:45 | product firms don't look good | john@effexcapital.com | jrosenfeld@fxcm.com |
| 624 | 7/22/2010 17:12 | 2010.07.22 | 17:17:48 | consulting is option | john@effexcapital.com | jrosenfeld@fxcm.com |
| 625 | 7/22/2010 17:12 | 2010.07.22 | 17:18:01 | We don't go by categories. We set up specific accounts. | jrosenfeld@fxcm.com | john@effexcapital.com |
| 626 | 7/22/2010 17:12 | 2010.07.22 | 17:18:15 | ok, so you did a custom type je | john@effexcapital.com | jrosenfeld@fxcm.com |
| 627 | 7/22/2010 17:12 | 2010.07.22 | 17:18:22 | yes. | jrosenfeld@fxcm.com | john@effexcapital.com |
| 628 | 7/22/2010 17:12 | 2010.07.22 | 17:18:42 | ok I can do that, probably enter from my monthly citi statement | john@effexcapital.com | jrosenfeld@fxcm.com |
| 629 | 7/22/2010 17:12 | 2010.07.22 | 17:19:31 | good luck | jrosenfeld@fxcm.com | john@effexcapital.com |
| 630 | 7/22/2010 17:12 | 2010.07.22 | 17:19:53 | ok thanks, I'm gonna mess with ti this weekend, just bought it yesterday | john@effexcapital.com | jrosenfeld@fxcm.com |
| 631 | 7/23/2010 15:40 | 2010.07.23 | 15:40:37 | "X:\Dev\software\Araxis Merge Professional v6.5\merge65_win32_2241.exe" | akochel@fxcm.com | john@effexcapital.com |
| 632 | 7/23/2010 15:40 | 2010.07.23 | 15:41:27 | Key: REnr4[kD:AIo4udQ5:aj/VWx2j:ac6*AB2g:]jB@baTe:WwUQ5e/G | akochel@fxcm.com | john@effexcapital.com |
| 633 | 7/23/2010 17:38 | 2010.07.23 | 17:38:21 | Can I hook you in on a call re: NFA May data?  Internal call. | jsanders@fxcm.com | john@effexcapital.com |
| 634 | 7/23/2010 17:38 | 2010.07.23 | 17:38:36 | sure | john@effexcapital.com | jsanders@fxcm.com |
| 635 | 7/23/2010 17:38 | 2010.07.23 | 17:38:38 | What is your extension? | jsanders@fxcm.com | john@effexcapital.com |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 18366 | 11/15/2010 1:33 | 2010.11.15 | 1:42:30 | "h" | jbradley21@hotmail.com | john@effexcapital.com |
| 18367 | 11/15/2010 1:33 | 2010.11.15 | 1:42:36 | Very very odd. | jbradley21@hotmail.com | john@effexcapital.com |
| 18368 | 11/15/2010 1:33 | 2010.11.15 | 1:42:51 | ok, that one doesn't make much sense | john@effexcapital.com | jbradley21@hotmail.com |
| 18369 | 11/15/2010 1:33 | 2010.11.15 | 1:42:57 | is Dan catholic or protestant | john@effexcapital.com | jbradley21@hotmail.com |
| 18370 | 11/15/2010 1:33 | 2010.11.15 | 1:43:12 | I know. Must be to do with education but I swaer on my like its true. | jbradley21@hotmail.com | john@effexcapital.com |
| 18371 | 11/15/2010 1:33 | 2010.11.15 | 1:43:17 | Not sure. | jbradley21@hotmail.com | john@effexcapital.com |
| 18372 | 11/15/2010 1:33 | 2010.11.15 | 1:43:23 | well how does he say h | john@effexcapital.com | jbradley21@hotmail.com |
| 18373 | 11/15/2010 1:33 | 2010.11.15 | 1:43:35 | Hes from Ireland so probably catholic. | jbradley21@hotmail.com | john@effexcapital.com |
| 18374 | 11/15/2010 1:33 | 2010.11.15 | 1:43:48 | never listened actually. | jbradley21@hotmail.com | john@effexcapital.com |
| 18375 | 11/15/2010 1:33 | 2010.11.15 | 1:43:54 | Going to grap a web link. | jbradley21@hotmail.com | john@effexcapital.com |
| 18376 | 11/15/2010 1:33 | 2010.11.15 | 1:44:04 | ok, I'm going to call it night | john@effexcapital.com | jbradley21@hotmail.com |
| 18377 | 11/15/2010 1:33 | 2010.11.15 | 1:44:19 | try to get rid of this damn cold, trading looks ok | john@effexcapital.com | jbradley21@hotmail.com |
| 18378 | 11/15/2010 1:44 | 2010.11.15 | 1:44:39 | k need to jump soon | john@effexcapital.com | dmerwitz@fxcm.com |
| 18379 | 11/15/2010 1:44 | 2010.11.15 | 1:44:44 | can we catch up tommorow actually | john@effexcapital.com | dmerwitz@fxcm.com |
| 18380 | 11/15/2010 1:44 | 2010.11.15 | 1:45:02 | I think you have lots of stuff to play around with, but fifo thing would be good if you find time later | john@effexcapital.com | dmerwitz@fxcm.com |
| 18381 | 11/15/2010 1:44 | 2010.11.15 | 1:45:23 | just using eer to see on minute bars (to make it easier) | john@effexcapital.com | dmerwitz@fxcm.com |
| 18382 | 11/15/2010 1:44 | 2010.11.15 | 1:45:38 | lat rate at the minute, and rate after getting 300 mm next euros buys, and sells | john@effexcapital.com | dmerwitz@fxcm.com |
| 18383 | 11/15/2010 1:45 | 2010.11.15 | 1:45:35 | http://forums.ukcs.net/viewtopic.php?f=2&p=6959334 | jbradley21@hotmail.com | john@effexcapital.com |
| 18384 | 11/15/2010 1:45 | 2010.11.15 | 1:46:33 | interesting, i say Bahaiichhh | john@effexcapital.com | jbradley21@hotmail.com |
| 18385 | 11/15/2010 1:45 | 2010.11.15 | 1:46:42 | Excellent. | jbradley21@hotmail.com | john@effexcapital.com |
| 18386 | 11/15/2010 1:45 | 2010.11.15 | 1:46:46 | its fun to drag that word out | john@effexcapital.com | jbradley21@hotmail.com |
| 18387 | 11/15/2010 1:45 | 2010.11.15 | 1:47:05 | I'll try to change it to baiichhh before I arrive | john@effexcapital.com | jbradley21@hotmail.com |
| 18388 | 11/15/2010 1:45 | 2010.11.15 | 1:47:10 | PS, I think I have some good gossip on dan fromthe weekend. | jbradley21@hotmail.com | john@effexcapital.com |
| 18389 | 11/15/2010 1:45 | 2010.11.15 | 1:47:20 | oh yeah | john@effexcapital.com | jbradley21@hotmail.com |
| 18390 | 11/15/2010 1:45 | 2010.11.15 | 1:47:30 | Hopfully my mole will mail me and I can ambush him in public later !! | jbradley21@hotmail.com | john@effexcapital.com |
| 18391 | 11/15/2010 1:45 | 2010.11.15 | 1:47:31 | on dan or from dan | john@effexcapital.com | jbradley21@hotmail.com |
| 18392 | 11/15/2010 1:45 | 2010.11.15 | 1:47:37 | on | jbradley21@hotmail.com | john@effexcapital.com |
| 18393 | 11/15/2010 1:45 | 2010.11.15 | 1:48:08 | did he wake up in bed next to cassini | john@effexcapital.com | jbradley21@hotmail.com |
| 18394 | 11/15/2010 1:45 | 2010.11.15 | 1:48:18 | gonna be hard to beat that story | john@effexcapital.com | jbradley21@hotmail.com |
| 18395 | 11/15/2010 1:45 | 2010.11.15 | 1:49:53 | I have a question | jbradley21@hotmail.com | john@effexcapital.com |
| 18396 | 11/15/2010 1:45 | 2010.11.15 | 1:50:05 | External customers that deal with us | jbradley21@hotmail.com | john@effexcapital.com |
| 18397 | 11/15/2010 1:45 | 2010.11.15 | 1:50:10 | ? | jbradley21@hotmail.com | john@effexcapital.com |
| 18398 | 11/15/2010 1:45 | 2010.11.15 | 1:50:17 | Us as in EFFEX | jbradley21@hotmail.com | john@effexcapital.com |
| 18399 | 11/15/2010 1:45 | 2010.11.15 | 1:51:02 | will be holdings 100% to effex | john@effexcapital.com | jbradley21@hotmail.com |
| 18400 | 11/15/2010 1:45 | 2010.11.15 | 1:51:15 | sorry, i'm interuppting alot, go ahead with question | john@effexcapital.com | jbradley21@hotmail.com |
| 18401 | 11/15/2010 1:45 | 2010.11.15 | 1:52:07 | Will we be allowing them to | jbradley21@hotmail.com | john@effexcapital.com |
| 18402 | 11/15/2010 1:45 | 2010.11.15 | 1:52:12 | a) enter just quotes | jbradley21@hotmail.com | john@effexcapital.com |
| 18403 | 11/15/2010 1:45 | 2010.11.15 | 1:52:17 | b)resting orders | jbradley21@hotmail.com | john@effexcapital.com |
| 18404 | 11/15/2010 1:45 | 2010.11.15 | 1:52:28 | c) hit prices we send to them? | jbradley21@hotmail.com | john@effexcapital.com |
| 18405 | 11/15/2010 1:45 | 2010.11.15 | 1:52:41 | just c to start | john@effexcapital.com | jbradley21@hotmail.com |
| 18406 | 11/15/2010 1:45 | 2010.11.15 | 1:53:17 | the others are a long ways away, not in my plans anywhere | john@effexcapital.com | jbradley21@hotmail.com |
| 18407 | 11/15/2010 1:45 | 2010.11.15 | 1:53:42 | I thought you were asking about pnl split | john@effexcapital.com | jbradley21@hotmail.com |
| 18408 | 11/15/2010 1:45 | 2010.11.15 | 1:53:48 | nope. | jbradley21@hotmail.com | john@effexcapital.com |
| 18409 | 11/15/2010 1:45 | 2010.11.15 | 1:53:50 | everything brokered by FXCM is same | john@effexcapital.com | jbradley21@hotmail.com |
| 18410 | 11/15/2010 1:45 | 2010.11.15 | 1:54:01 | everything we broker ourselves, is not split with FXCM | john@effexcapital.com | jbradley21@hotmail.com |
| 18411 | 11/15/2010 1:45 | 2010.11.15 | 1:54:22 | that is important actually for few months down road | john@effexcapital.com | jbradley21@hotmail.com |
| 18412 | 11/15/2010 1:45 | 2010.11.15 | 1:54:36 | I can give more of business down outside fxcm then within percentage wise | john@effexcapital.com | jbradley21@hotmail.com |
| 18413 | 11/15/2010 1:45 | 2010.11.15 | 1:54:54 | because I'm not constrained by existing agreement and not giving 70% away elsewhere | john@effexcapital.com | jbradley21@hotmail.com |
| 18414 | 11/15/2010 1:45 | 2010.11.15 | 1:56:39 | for example, with fxcm business, I can take no more than 5% from FXCM, and put in same amount for equity, so 10% is my absolute max to give to all hires combined | john@effexcapital.com | jbradley21@hotmail.com |
| 18415 | 11/15/2010 1:45 | 2010.11.15 | 1:56:53 | COO, analyts, technology bla bla bal, CFO | john@effexcapital.com | jbradley21@hotmail.com |
| 18416 | 11/15/2010 1:45 | 2010.11.15 | 1:57:08 | on Holdings I have no limitations | john@effexcapital.com | jbradley21@hotmail.com |
| 18417 | 11/15/2010 1:45 | 2010.11.15 | 1:57:26 | so techinically could give away 99% (although of course I wouldn't give up that much) | john@effexcapital.com | jbradley21@hotmail.com |
| 18418 | 11/15/2010 1:45 | 2010.11.15 | 1:58:00 | so lets say in longer run, we have CFO, COO, Managing CEO, 2 Technology heads | john@effexcapital.com | jbradley21@hotmail.com |

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 18419 | 11/15/2010 1:45 | 2010.11.15 | 1:58:09 | at 2% each, thats it for that side of business | john@effexcapital.com | jbradley21@hotmail.com |
| 18420 | 11/15/2010 1:45 | 2010.11.15 | 1:58:15 | other side, equity can grow much bigger | john@effexcapital.com | jbradley21@hotmail.com |
| 18421 | 11/15/2010 1:45 | 2010.11.15 | 1:58:17 | Are you not worried you will end up in a conflict of interest with fxcm? | jbradley21@hotmail.com | john@effexcapital.com |
| 18422 | 11/15/2010 1:45 | 2010.11.15 | 1:58:22 | nope | john@effexcapital.com | jbradley21@hotmail.com |
| 18423 | 11/15/2010 1:45 | 2010.11.15 | 1:58:38 | that is what good lawyers, contracts, and all this relationship stuff I try to do is about | john@effexcapital.com | jbradley21@hotmail.com |
| 18424 | 11/15/2010 1:45 | 2010.11.15 | 1:58:43 | so far doing really well on politics | john@effexcapital.com | jbradley21@hotmail.com |
| 18425 | 11/15/2010 1:45 | 2010.11.15 | 1:58:51 | but not for free, we do alot of non pnl stuff | john@effexcapital.com | jbradley21@hotmail.com |
| 18426 | 11/15/2010 1:45 | 2010.11.15 | 1:59:47 | anyhow, we have full slate of growth inside FXCM now anyways | john@effexcapital.com | jbradley21@hotmail.com |
| 18427 | 11/15/2010 1:45 | 2010.11.15 | 1:59:59 | that will keep us busy and give us oppts for next 6 months | john@effexcapital.com | jbradley21@hotmail.com |
| 18428 | 11/15/2010 1:45 | 2010.11.15 | 2:00:20 | and everything we do there is more forgiving | john@effexcapital.com | jbradley21@hotmail.com |
| 18429 | 11/15/2010 1:45 | 2010.11.15 | 2:00:30 | so when we go out to other places we will be in much better shape | john@effexcapital.com | jbradley21@hotmail.com |
| 18430 | 11/15/2010 1:45 | 2010.11.15 | 2:00:40 | but that is where real big money is, as we get 100% | john@effexcapital.com | jbradley21@hotmail.com |
| 18431 | 11/15/2010 1:45 | 2010.11.15 | 2:01:04 | at moment doesn't matter to yourself, as your percentage is pre split | john@effexcapital.com | jbradley21@hotmail.com |
| 18432 | 11/15/2010 1:45 | 2010.11.15 | 2:01:13 | but once we move outside of fxcm it will matter | john@effexcapital.com | jbradley21@hotmail.com |
| 18433 | 11/15/2010 1:45 | 2010.11.15 | 2:01:28 | Could we not try for an external customer sooner? It would be interesting? | jbradley21@hotmail.com | john@effexcapital.com |
| 18434 | 11/15/2010 1:45 | 2010.11.15 | 2:01:29 | as gives you much greater equity value on sale | john@effexcapital.com | jbradley21@hotmail.com |
| 18435 | 11/15/2010 1:45 | 2010.11.15 | 2:01:49 | well we have to get our stuff straight, no external customer will take our current size | john@effexcapital.com | jbradley21@hotmail.com |
| 18436 | 11/15/2010 1:45 | 2010.11.15 | 2:01:58 | and we are working on that, hedging, taking more , etc | john@effexcapital.com | jbradley21@hotmail.com |
| 18437 | 11/15/2010 1:45 | 2010.11.15 | 2:02:18 | plus we need better ebs\prediction or we will get killed | john@effexcapital.com | jbradley21@hotmail.com |
| 18438 | 11/15/2010 1:45 | 2010.11.15 | 2:02:30 | we are working on those things, so good to see us now starting new lines of review | john@effexcapital.com | jbradley21@hotmail.com |
| 18439 | 11/15/2010 1:45 | 2010.11.15 | 2:02:41 | passing taking more from spread, moving up a level | john@effexcapital.com | jbradley21@hotmail.com |
| 18440 | 11/15/2010 1:48 | 2010.11.15 | 1:48:21 | i'm not so clear on that | dmerwitz@fxcm.com | john@effexcapital.com |
| 18441 | 11/15/2010 1:48 | 2010.11.15 | 1:48:37 | k, can talk you thru it | john@effexcapital.com | dmerwitz@fxcm.com |
| 18442 | 11/15/2010 1:48 | 2010.11.15 | 1:48:38 | so if i cumulate the buy and sell buckets | dmerwitz@fxcm.com | john@effexcapital.com |
| 18443 | 11/15/2010 1:48 | 2010.11.15 | 1:48:45 | correct, from eer | john@effexcapital.com | dmerwitz@fxcm.com |
| 18444 | 11/15/2010 1:48 | 2010.11.15 | 1:48:48 | and see where it hits 300MM | dmerwitz@fxcm.com | john@effexcapital.com |
| 18445 | 11/15/2010 1:48 | 2010.11.15 | 1:49:04 | so you bin cumbuy bucket with cumbuy bucket + 300 | john@effexcapital.com | dmerwitz@fxcm.com |
| 18446 | 11/15/2010 1:48 | 2010.11.15 | 1:49:26 | and you take price at first deal, and at last one | john@effexcapital.com | dmerwitz@fxcm.com |
| 18447 | 11/15/2010 1:48 | 2010.11.15 | 1:49:35 | ok, so how long after a  long trade will another 300M be cumulated? | dmerwitz@fxcm.com | john@effexcapital.com |
| 18448 | 11/15/2010 1:48 | 2010.11.15 | 1:49:42 | exactly and at what price | john@effexcapital.com | dmerwitz@fxcm.com |
| 18449 | 11/15/2010 1:48 | 2010.11.15 | 1:49:53 | then basically we will see extremes and averages | john@effexcapital.com | dmerwitz@fxcm.com |
| 18450 | 11/15/2010 1:48 | 2010.11.15 | 1:49:59 | so time difference and price difference | dmerwitz@fxcm.com | john@effexcapital.com |
| 18451 | 11/15/2010 1:48 | 2010.11.15 | 1:50:02 | I want to know what my worst case scnearios wil look like | john@effexcapital.com | dmerwitz@fxcm.com |
| 18452 | 11/15/2010 1:48 | 2010.11.15 | 1:50:04 | exactly | john@effexcapital.com | dmerwitz@fxcm.com |
| 18453 | 11/15/2010 1:48 | 2010.11.15 | 1:50:07 | ok, got it | dmerwitz@fxcm.com | john@effexcapital.com |
| 18454 | 11/15/2010 1:48 | 2010.11.15 | 1:50:15 | i had an idea, but wanted to clairfy | dmerwitz@fxcm.com | john@effexcapital.com |
| 18455 | 11/15/2010 1:48 | 2010.11.15 | 1:50:25 | I have to decide If I will show 100 or 300 and at what price, retail is my worst case backdrop | john@effexcapital.com | dmerwitz@fxcm.com |
| 18456 | 11/15/2010 1:48 | 2010.11.15 | 1:50:28 | for execution | john@effexcapital.com | dmerwitz@fxcm.com |
| 18457 | 11/15/2010 1:48 | 2010.11.15 | 1:50:43 | so I'll use it for deciding what I'm willing to risk in this endeaour | john@effexcapital.com | dmerwitz@fxcm.com |
| 18458 | 11/15/2010 1:51 | 2010.11.15 | 1:51:06 | this is assuming you don't hedge and take everything on | dmerwitz@fxcm.com | john@effexcapital.com |
| 18459 | 11/15/2010 1:51 | 2010.11.15 | 1:51:32 | correct | john@effexcapital.com | dmerwitz@fxcm.com |
| 18460 | 11/15/2010 1:51 | 2010.11.15 | 1:51:57 | really next level up is watching esize, seeing how often it gets up to 100 (its rate but happens) | john@effexcapital.com | dmerwitz@fxcm.com |
| 18461 | 11/15/2010 1:51 | 2010.11.15 | 1:52:06 | if we saw 100 on bid for example, we would take it | john@effexcapital.com | dmerwitz@fxcm.com |
| 18462 | 11/15/2010 1:51 | 2010.11.15 | 1:52:14 | bringing that down, we'd also take 50 | john@effexcapital.com | dmerwitz@fxcm.com |
| 18463 | 11/15/2010 1:51 | 2010.11.15 | 1:52:25 | etc etc, and make other side of market whole time | john@effexcapital.com | dmerwitz@fxcm.com |
| 18464 | 11/15/2010 1:51 | 2010.11.15 | 1:53:02 | ok | dmerwitz@fxcm.com | john@effexcapital.com |
| 18465 | 11/15/2010 2:03 | 2010.11.15 | 2:03:06 | k really gotta go | john@effexcapital.com | jbradley21@hotmail.com |
| 18466 | 11/15/2010 2:03 | 2010.11.15 | 2:03:09 | want to chat with alex k | john@effexcapital.com | jbradley21@hotmail.com |
| 18467 | 11/15/2010 2:03 | 2010.11.15 | 2:03:13 | and get to bed to recoop | john@effexcapital.com | jbradley21@hotmail.com |
| 18468 | 11/15/2010 2:03 | 2010.11.15 | 2:03:26 | don't know how you are still up this late | john@effexcapital.com | jbradley21@hotmail.com |
| 18469 | 11/15/2010 2:03 | 2010.11.15 | 2:03:28 | you must never sleep | john@effexcapital.com | jbradley21@hotmail.com |
| 18470 | 11/15/2010 2:03 | 2010.11.15 | 2:03:45 | hey alex, any update on things | john@effexcapital.com | akochel@fxcm.com |
| 18471 | 11/15/2010 2:03 | 2010.11.15 | 2:03:57 | I'm about to call it a night, wanted to check in | john@effexcapital.com | akochel@fxcm.com |
| 18472 | 11/15/2010 2:03 | 2010.11.15 | 2:04:54 | No, Art too busy to talk, isue we had on start resolved, I'll stick around for a while | akochel@fxcm.com | john@effexcapital.com |