# EXHIBIT 112

| | |
|---|---|
| **From:** | John Dittami <john@effexcapital.com> on behalf of John Dittami |
| **Sent:** | Friday, November 11, 2011 12:59 PM |
| **To:** | 'Alexander Dick' |
| **Subject:** | RE: Effex FXCM docs |

I'm not comfortable terminating our side letter saying we will do something mirroring initial agreement. Other than that this is fine.

-----Original Message-----
From: Alexander Dick [mailto:adick@fxcm.com]
Sent: Friday, November 11, 2011 11:22 AM
To: John Dittami
Subject: Effex FXCM docs

Hi John,
I'm going to start working on drafting new docs next week. In the meantime, we are going to have to terminate all prior agreements (except for the Service Agmt). Here is an agreement to do that. Bring it by next time you are in NYC.
Thanks,
Alex

Alexander W. Dick
Attorney
Forex Capital Markets LLC
Financial Square
32 Old Slip, 10th Floor
New York, NY 10005
Tel (646) 432-2186
Fax (646) 432-2997
E-mail: adick@fxcm.com<mailto:adick@fxcm.com>

The information contained herein does not constitute legal or investment advice. All documents attached hereto are subject to review and modification by FXCM's General Counsel unless indicated otherwise. FXCM and its affiliates assume no liability for errors, inaccuracies or omissions in these materials. They do not warrant the accuracy or completeness of the information, text, graphics, links or other items contained within these materials. FXCM and its affiliates shall not be liable for any special, indirect, incidental, or consequential damages, including without limitation losses, lost revenues, or lost profits that may result from these materials.
This email is not a solicitation to buy or sell currency. All information contained in this e-mail is strictly confidential and is only intended for use by the recipient. All e-mail sent to or from this address will be received by the FXCM corporate e-mail system and is subject to archival and review by someone other than the recipient.

CONFIDENTIAL                                                                                                                              GLBR_00152765