# EXHIBIT 113

**From:**      Alexander Dick <adick@fxcm.com> on behalf of Alexander Dick
**Sent:**      Friday, November 11, 2011 02:21 PM
**To:**        John Dittami
**Subject:**   RE: Effex FXCM docs

I understand what your concern is now.  You want to wait until we have all the new documents finalized. That's fine.
Just hang onto the termination for now.

-----Original Message-----
From: John Dittami
Sent: Friday, November 11, 2011 2:16 PM
To: Alexander Dick
Subject: RE: Effex FXCM docs

Ok... I meant who did the request come from, I can't possibly cancel the only document that gives me any protection
which is the side letter.

-----Original Message-----
From: Alexander Dick [mailto:adick@fxcm.com]
Sent: Friday, November 11, 2011 1:05 PM
To: John Dittami
Subject: RE: Effex FXCM docs

Me.  Let's talk about it when you are in NYC.  Stop by my office.

-----Original Message-----
From: John Dittami
Sent: Friday, November 11, 2011 1:04 PM
To: Alexander Dick
Subject: RE: Effex FXCM docs

Who at FXCM should I speak to about the request ?

Thanks,
John


-----Original Message-----
From: Alexander Dick [mailto:adick@fxcm.com]
Sent: Friday, November 11, 2011 11:22 AM
To: John Dittami
Subject: Effex FXCM docs

Hi John,
I'm going to start working on drafting new docs next week.  In the meantime, we are going to have to terminate all prior
agreements (except for the Service Agmt).  Here is an agreement to do that.  Bring it by next time you are in NYC.
Thanks,
Alex

1

**CONFIDENTIAL**                                                                    **GLBR_00152767**

Alexander W. Dick
Attorney
Forex Capital Markets LLC
Financial Square
32 Old Slip, 10th Floor
New York, NY 10005
Tel (646) 432-2186
Fax (646) 432-2997
E-mail: adick@fxcm.com<mailto:adick@fxcm.com>

The information contained herein does not constitute legal or investment advice.  All documents attached hereto are subject to review and modification by FXCM's General Counsel unless indicated otherwise.  FXCM and its affiliates assume no liability for errors, inaccuracies or omissions in these materials. They do not warrant the accuracy or completeness of the information, text, graphics, links or other items contained within these materials. FXCM and its affiliates shall not be liable for any special, indirect, incidental, or consequential damages, including without limitation losses, lost revenues, or lost profits that may result from these materials This email is not a solicitation to buy or sell currency. All information contained in this e-mail is strictly confidential and is only intended for use by the recipient. All e-mail sent to or from this address will be received by the FXCM corporate e-mail system and is subject to archival and review by someone other than the recipient.

CONFIDENTIAL

GLBR_00152768