# EXHIBIT 116

| | |
|---|---|
| From: | John Dittami <john@effexcapital.com> on behalf of John Dittami |
| Sent: | Monday, December 27, 2010 08:34 PM |
| To: | 'Drew Niv'; 'William Ahdout' |
| Subject: | Working on year end financials |

This is rough estimates as I have some more work to do but should be 95+% accurate.

Our first full month trading was May, so annualized since then, we are looking at 35.5MM annualized revenue, expenses just under $2MM, so 33.5MM net income for effex. That's about $23MM annualized to bottom line for FXCM.

Our goal is to start next may at 50% increase year over year from that, so we'd like to be at $50MM revenue, expenses to grow at same proportion (try to keep under $3MM). In order to meet that yearly increase we need to increase our per MM with more intelligent hedging, and more intelligent customer management, plus get a few Himawari type new flows set up. If we can get some EBS type info it will help us beef up that Per MM and market intelligence to bring up per MM's. On the expense side I've increased it as funding to new business line in the CFD's, and to get our own space and say
2 staff members so that we can start to look more like a strong independent entity to the outside public.

Separate from that we are in position to build the CFD line of business and have that ready for full year trading starting up in May. We need to coordinate with the business as to what needs to be done for this to be a great new profit center for us starting trading in full size then. We are starting on setting up accounts and will start in new year gathering data, the question is where\how will we source flow into this business line of relevance.

Separate from that we of course will grow along with FXCM's growth in flow from new acquisitions, but given our high margins, we should be an extra boost to FXCM bottom line greater than the FXCM volume acquisition increase %. Also anything we can do to take 100% of that flow versus 50% would also of course boost that contribution by 2x.

We now have built a reserve that just covers our funding requirements, as Effex builds out new business, it can start to replace that reserve with independent profits and have that reserve put aside for payment on a rainy day. We have 0 additional capital requirements at this time, and as reserve grows from here, we can shift our distribution dates close to end of month (at moment its 3 week schedule, each increase in reserve of 500k we will push that date back 1 week closer to end of month date).

Thanks,
John

CONFIDENTIAL
FOIA Confidential Treatment Requested by FXCM

GLBR_00003957
FXCM-CFTC_00057420