# EXHIBIT 117

| | |
|---|---|
| **From:** | Chris Meyer <cmeyer@effexcapital.com> on behalf of Chris Meyer |
| **Sent:** | Saturday, March 05, 2011 11:33 AM |
| **To:** | John Dittami; James Bradley; Andrew Wilson; Darren Merwitz; Alexander Kochel; Dan Walsh |
| **Subject:** | weekly update draft |
| **Attachments:** | Weekly_Update_Mar4.docx; ATT494983.txt; pastedGraphic.pdf; ATT494983.txt |

Guys -

Here's a draft of the weekly update for FXCM. If you have a minute,
take a quick look to see if I've mispoken and/or missed something.
For one thing, $29 per mio was a guess...

Chris

1

**FOIA Confidential Treatment Requested BY FXCM**
**CONFIDENTIAL**

FXCM-CFTC_00051888
GLBR_00036290

**EFFEX WEEKLY UPDATE:  Feb 28 2011 – March 4, 2011.**

**Weekly Trading:**

PNL: $670k on the week.  Profitability was $29 per MM.

**Key work and issues this week:**

1. We deployed a series of changes designed to improve trade management and to refine and improve our spread capping.
2. As always, the proof is in the pudding and the changes deployed this week, along with the improvements from R3 meant that trade processing around the non-farm payrolls release this week was substantially more efficient than in prior months.  On Friday's number we had confirmed over 13,000 deals by 8:35 and by the same time in January we had confirmed 7,600 and in February we had confirmed 5,400.  Reject rates were below 5% and we had the fewest trade-outs we've seen around a major number in some time.
3. Speaking of non-farm payroll releases, Darren did some analysis on the speed of processing tickets and found that the busiest single second recently was at the NFP release in February, where we processed 1,739 execution reports in one second.
4. There was some interesting trading where a single client traded a number of very large (20-40 EUR) trades over the course of a day.  We looked closely at a couple of the instances, just to better understand what was going on.  With one 40 EUR trade, for example, the client's deal removed virtually all liquidity on that side.  One bank and Effex remained and it took 1-5 minutes for the other banks to post offers.  Our spread cap logic kept the spread from blowing out for customers.
5. Another aspect of this trade was that the FXCM price moved up (client lifted the offer in this case) as we base our price around a calculated mid.  However, EBS didn't move.  Thus, FXCM clients had liquidity but with prices about 2 pips off of EBS.  One implication of this is that the client isn't moving the market per se, meaning that there is the opportunity to offer liquidity to a client on that size when they are only dealing through FXCM.  We are thinking about how we might adjust our hedging algo's to compensate for this.
6. We were encouraged by what we saw on this – it's challenging to offer liquidity on that size, but it can definitely be done.  We'd like to discuss this further with you to see how we can both capture and benefit from size like this.
7. We have our code ready to take all of the FXCM small tickets but the technology group didn't have the time to run UAT on this code.  Hopefully we can test and implement this asap, as we're keen to do it and it will help overall liquidity provision by un-burdening the other providers.
8. FXCMPro asked us to return as an OXO maker in order to improve no-last-look liquidity so we turned that on and began making OXO there again this week.
9. With the latest deployment we now have a bestquote calculated for Himawari and Active Trader streams.

FOIA Confidential Treatment Requested BY FXCM
CONFIDENTIAL

FXCM-CFTC_00051889
GLBR_00036291

10. EBS Smalls trading ran all week successfully.  Volumes are still modest but we had positive profit per millions all week.  We also deployed new code for quoting this business that substantially improved their customer experience.  We continue to work closely with the EBS sales force and hope that this will help us earn other business there.
11. We now have constructed a reference price based on EBS and Reuters.  This will be useful on a variety of fronts (such as the previous note on how FXCM deals push the FXCM price around relative to the broader market price).
12. EBS is moving to pipettes over the weekend!  Our primary concerns are that banks will flood FXCM with quotes, we will see lots of inverts / bad prices, and the number of rejected deals will go way up.  We have taken several steps in preparation.  First, we'll be watching like hawks on Sunday afternoon and evening.  Additionally, we'll work to prepare ourselves for a worst case scenario whereby we are the sole provider, with appropriate position limits and max spread values for all pairs.

**Quote of the Week**

Spring is nature's way of saying, "Let's party!"

-Robin Williams