# EXHIBIT 122

**From:** Joshua Rosenfeld <jrosenfeld@fxcm.com>
**Sent:** Monday, November 08, 2010 11:02 AM
**To:** John Dittami
**Cc:** Kristel Guild-Ellis; Baruch Greenbaum
**Subject:** RE: Invoice
**Attachments:** EFFEX_invoice Nov 2010 for Oct 2010.doc

Kristel,

Please send John the invoice for what is due to the US.

---

**From:** John Dittami
**Sent:** Sunday, November 07, 2010 3:35 PM
**To:** Joshua Rosenfeld
**Cc:** Kristel Guild-Ellis
**Subject:** Invoice

Please provide me with updated invoice for services from first derivatives and payment due to Holding.

Thanks,
John

1

CONFIDENTIAL

GLBR_00184107



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 24, 2010

Invoice # G-200906

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|
| Rebate for FX Trades | | |

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Oct-10 | 88,875 | $ 17.50 | $ 1,555,312.50 |
| | 88,875 | | $ 1,555,312.50 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:            Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     **Confidential**
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                                                           **GLBR_00184108**