# EXHIBIT 123

| | |
|---|---|
| **From:** | Baruch Greenbaum <bgreenbaum@fxcm.com> |
| **Sent:** | Wednesday, April 03, 2013 02:26 PM |
| **To:** | Chris Meyer (cmeyer@effexcapital.com) |
| **Subject:** | February Invoice |
| **Attachments:** | EFFEX_invoice 02-2013.doc |

Chris,

Attached please find February's invoice. Please take note this is the first month in which the fee per million has been split. Please alert me to any issues.

Thanks


**Baruch Greenbaum**
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

1

CONFIDENTIAL                                                                                                                    GLBR_00185174

Case 1:17-cv-00916-RA-BCM   Document 303-44   Filed 08/25/22   Page 3 of 3



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

April 3, 2013

Invoice #02-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| January– 2013 (all currencies) | 101,582 | $ 16.00 | 1,625,312 |
| January– 2013 (JPY/USD) | 29,371 | $ 3.00 | 88,113 |
| | | Total | 1,713,425 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)       026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                                                                                             GLBR_00185175