# EXHIBIT 128

CONFIDENTIAL

Page 1

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
Master File No. 1:17-cv-00916-RA-BCM
- - - - - - - - - - - - - - - - - - -x
In re:
    Global Brokerage, INC.
    F/K/A FXCM, INC.
    Securities Litigation
- - - - - - - - - - - - - - - - - - -x
              Virtual Zoom Deposition


              December 9, 2020
              10:02 a.m.


  CONFIDENTIAL VIDEOTAPED VIRTUAL
DEPOSITION of JOSHUA ROSENFELD, in the
above-entitled action, held at the above
time and place, taken before Jeremy
Richman, a Shorthand Reporter and Notary
Public of the State of New York, pursuant
to the Federal Rules of Civil Procedure,
and stipulations between Counsel.

            *     *     *
```

Page 130

1        CONFIDENTIAL - ROSENFELD
2   did.
3        Q.    Do you know what transactions
4   those bills and invoices would be
5   referring to?
6        A.    All for order flow.
7        Q.    Were there any bills of --
8        A.    Those are the --
9        Q.    Sorry, go ahead.
10       A.    Yeah, for order flow.
11       Q.    So were there any bills or
12  invoices sent from FXCM Holdings during
13  the 2010 to 2014 time period other than
14  to EFFEX for order flow?
15       A.    If there were any others,
16  there could have been, but I don't
17  recall any at this time.  If there was
18  anything, then it would be a one-up
19  item, you know, one-time -- it was
20  nothing with any regularity, definitely
21  not.
22       Q.    Are you familiar with the
23  sources of revenue generated by FXCM
24  Holdings during the 2010 to 2014 time
25  frame?

CONFIDENTIAL

Page 148

1    CONFIDENTIAL - ROSENFELD
2    million. How does that dovetail with
3    what we were recording in April, May,
4    June, July and now?
5              And then in your email above,
6    you write, T-F, which, is that a typo
7    for if?
8         A.   If -- yeah, that should have
9    been if, I-F.
10        Q.   You write, If you look at US
11   in June there is a small negative for
12   EFFEX. This was a retrocorrection to
13   bring all of EFFEX income to the 21 per
14   mil rate, so that rate is what we are
15   showing since the project began.
16             In Mr. Lande's email, do you
17   understand Josh to be you?
18        A.   Do I understand it to be
19   what?
20        Q.   Where Mr. Lande says,
21   Question for Josh, is that you?
22        A.   Yes, that's me.
23        Q.   And your email is in response
24   to his question about $21 per million?
25        A.   Yes.

Page 149

1     CONFIDENTIAL - ROSENFELD
2        Q.    And what did you understand
3     Mr. Lande to mean by, What we were
4     recording?
5        A.    Well, you would have to ask
6     him.  But my, it seems my understanding
7     of what he meant was the contract says
8     21, did we actually charge him 21, or
9     was the rate slightly different up to
10    this point, where this is a final rate
11    agreed upon?  And the response seems to
12    be that we, initially we may have
13    charged slightly higher.  In June we
14    made a retroactive correction where all
15    the volume up to that date ended up
16    being paid at 21, and going forward we
17    were at 21 per million.
18       Q.    Okay.  And the payments and
19    the 21 per million rate, is that
20    referring to --
21       A.    Order flow.
22       Q.    -- EFFEX's payments for order
23    flow?
24       A.    Yes.
25       Q.    When you say U.S. in your

Page 193

1          CONFIDENTIAL - ROSENFELD
2    FXCM trading volume?
3          A.    Yes, it does.
4          Q.    And does this chart reflect
5    that EFFEX made reference to FX U.S.
6    for EFFEX trading volume captured by
7    FXCM for March and April 2010?
8          A.    Yeah.
9          Q.    Does this chart reflect the
10   correction or the adjustment that we
11   discussed earlier today from Exhibit 9
12   with respect to billing to EFFEX and
13   payments made by EFFEX for June 2010 or
14   the months prior?
15         A.    I would assume so, yeah.
16         Q.    And does -- is there any way
17   to tell from this chart that that
18   adjustment or correction had taken
19   place, or is this the net result of
20   that adjustment or correction?
21         A.    I don't know.  I don't know.
22         Q.    Well, looking at the chart,
23   are you -- sorry.
24         A.    You know, the chart itself
25   seems very straightforward.  But based

1       CONFIDENTIAL - ROSENFELD
2   on all those emails, I myself am
3   wondering, now, how did everything go
4   back to 21 if some of the months seem
5   to have been at different rates.
6   October, November.
7       Q.   And just to clarify, is there
8   anything on the face of this chart that
9   would indicate that the adjustment or
10  correction that we were talking about
11  earlier had taken place?
12      A.   No.  It's just, it just seems
13  to be a very clean presentation where
14  the fee per million is always the same
15  and, you know, it shows what the
16  revenue was and what the balance due
17  is.
18      Q.   For October and
19  November 2010, the fee per million is
20  stated at $21, not 17.50, like the
21  invoices we looked at earlier today in
22  Exhibits 12 and 13.  Do you see that?
23      A.   Yeah, I see that.  That was
24  the first thing I noticed when I looked
25  at this.

Page 222

1         CONFIDENTIAL - ROSENFELD
2    what we've seen before.  It has dates,
3    volumes, amounts billed and total
4    through March of 2014.  It seems to be
5    that.
6        Q.    Okay.  And if you look at
7    this chart, does anything on the face
8    of this chart reflect a correction or
9    adjustment that we talked about earlier
10   today as Exhibit 9 with respect to
11   billing EFFEX and payments made by
12   EFFEX for June 2010 and the months
13   prior?
14              MR. DAHAN:  Objection to
15      form.
16       A.    I don't know what your
17   question is.
18       Q.    Is there anything on the face
19   of this document that indicates the
20   correction or adjustment that we
21   discussed earlier today about the
22   billing, billing to EFFEX or payments
23   made by EFFEX for the month of
24   June 2010 or the months before?
25              MR. DAHAN:  Same objection.

CONFIDENTIAL

Page 223

1  CONFIDENTIAL - ROSENFELD
2  A. On the surface, no. I don't
3  see that.
4  Q. And if you look at October
5  and November 2010, you see that the fee
6  per million is stated at $21, not 17.50
7  like the invoices we looked at earlier
8  on Exhibits 12 and 13, do you see that?
9  A. Yeah, yes, I do.
10  Q. And do you know why the rates
11  listed in this document do not match
12  the rates from the invoices that were
13  sent to EFFEX?
14  A. No. They must have been
15  revised later on, but I don't know.
16  Q. Okay. And in the -- you see
17  the chart is broken down into sections
18  and gray areas, and there's one column
19  that says USD/JPY, is that the
20  dollar/Yen currency?
21  A. It is.
22  Q. And the next section to the
23  right, there's a column that says
24  EUR/USD volume. Is that the
25  Euro/dollar currency pair?

## CERTIFICATION

I, JEREMY RICHMAN, a Notary Public for and within the State of New York, do hereby certify:

That the witness whose testimony as herein set forth, was duly sworn by me; and that the within transcript is a true record of the testimony given by said witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of December, 2020.

<%16780,Signature%>

JEREMY RICHMAN

* * *