# EXHIBIT 133

| | |
|---|---|
| From: | John Dittami- Effex <john@effexcapital.com> on behalf of John Dittami- Effex |
| Sent: | Tuesday, August 17, 2010 10:33 AM |
| To: | Alexander Dick |
| Cc: | 'Joseph Paykin' |
| Subject: | FW: resig.docx |
| Attachments: | Effex price provider agmt 05Aug10.redline.8.17.10.DOC |

Alex, hope this helps, there were a few more small notes. I am guessing there are things on our discussion list that aren't in here as well, and I forgot to put Ken's note on payment from invoice period on the note pad list.

Thanks,
John

**From:** Paykin, Joseph [mailto:JPaykin@hhk.com]
**Sent:** Tuesday, August 17, 2010 10:01 AM
**To:** John Dittami- Effex
**Subject:** RE: resig.docx

Annexed please find a redline of the services agreement per our discussion last night. In addition, I have the following comments:

Section 3.1 -- seems to have an inconsistency. The Fee is calculated by FXCM; but Effex deliver a written report setting forth a volume calculation, if so, shouldn't Effex calculate the fee?

Section 5. Perhaps we can reference a side letter as to Effex's rights in the event of termination.

Section 10. before the word negligence, in inserted "gross".

Section 11. Should be mutual.


**Joseph N. Paykin, Esq.**
Hinman, Howard & Kattell, LLP
Attorneys at Law
185 Madison Avenue, 7th Floor
New York, NY 10016
Telephone: (212) 725-4428
Direct Fax: (646) 558-8002
www.hhk.com

This transmission is intended only for the use of the individual or entity to which it is addressed, and may contain confidential information belonging to the sender which is protected by the attorney-client privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the conteents of this information is strictly prohibited. If you have received this transmission in error, immediately notify us by telephone to arrange for its return.

1

CONFIDENTIAL                                                                                                                                           GLBR_00218184

To ensure compliance with U.S. Treasury Department regulations, we advise that, unless otherwise expressly indicated, any discussion of Federal tax issues in this communication was not intended or written to be used, and cannot be used (i) to avoid any penalties imposed under the Internal Revenue Code or applicable provisions of state or local tax law or (ii) to promote, market or recommend to another party any transaction or matter addressed therein.

---

**From:** John Dittami- Effex [mailto:john@effexcapital.com]
**Sent:** Monday, August 16, 2010 6:39 PM
**To:** Alexander Dick
**Cc:** Paykin, Joseph
**Subject:** resig.docx

Alex,

I think I have the signed version at my house, if you have it this would help.

Effectively you can see what we want to maintain is that we are still looking to finalize agreements that reflect the same economic terms similar to initial employment agreement, and doing so on back of this new agreement will make me feel a lot better.

I forgot to put the note about payment due after invoice sent in the document, this was item Ken wanted to give FXCM control on when to pay.

Also, I did quick review with my legal copied above, and he noticed couple good things. One is section 11, we should either make that section mutual or take it out. The other is on the termination, we should set this to 360 as we still need to work out other agreements, and this actually covers FXCM as well to see that I can't just step away from providing prices at moments notice.

I appreciate your help on this, looking forward to seeing your revised version and to meeting on Monday to chat on the next agreement.

Thanks,
John

CONFIDENTIAL                                                                                           GLBR_00218185