# EXHIBIT 134

**From:** John Dittami <john@effexcapital.com> on behalf of John Dittami
**Sent:** Monday, October 25, 2010 09:47 AM
**To:** 'Alexander Dick'
**Subject:** RE: Legal docs

Done. Thanks,

-----Original Message-----
From: Alexander Dick [mailto:adick@fxcm.com]
Sent: Monday, October 25, 2010 9:42 AM
To: John Dittami; Ken Grossman; William Ahdout
Subject: Re: Legal docs

John, please send me the draft you have. I am out Monday, but I will read and we can sit down together Tuesday. Thanks

----- Original Message -----
From: John Dittami
To: Ken Grossman; William Ahdout; Alexander Dick
Sent: Mon Oct 25 09:14:30 2010
Subject: RE: Legal docs

Will do

-----Original Message-----
From: Ken Grossman [mailto:kgrossman@fxcm.com]
Sent: Monday, October 25, 2010 9:04 AM
To: John Dittami; William Ahdout; Alexander Dick
Subject: Re: Legal docs

Thanks John.

William is in London for the week so in the interim please have Alex review and then we will get together when Will returns.

----- Original Message -----
From: John Dittami
To: William Ahdout; Ken Grossman; Alexander Dick
Sent: Mon Oct 25 08:55:03 2010
Subject: Legal docs

I have a completed draft of legal docs.

Can we schedule a time to review together ?

They are as follows :
  1. Service agreement, no changes
  2. Side letter to service agreement, just says per mm won't exceed 70 percent 3.  Option agreement for fxcm, using same one david s drafted, but enacts employment agreement and new ownership docs on exercise, plus tag along drag

1

FOIA Confidential Treatment Requested by FXCM
CONFIDENTIAL

FXCM-NFA_00010683
GLBR_00054454

along we spoke about. No limitations on fxcms right to call 4. Limited put for jd, limited only for cause reasons as per initial agreement, no other ability to put other than for cause 5. Employment 1 year plus non compete agreement for jd so fxcm can lock my time should they want to sell

I think these terms are actually better for fxcm then initial contract, and on my side better as cause is better defined and sale value included valuation if public (continued icentive for me to help fxcm outside of effex).

I tried to stick to original docs as much a possible to try to make this less onerous.

Thanks,
John


Sent from my Verizon Wireless BlackBerry

FOIA Confidential Treatment Requested by FXCM
CONFIDENTIAL

FXCM-NFA_00010684
GLBR_00054455