# EXHIBIT 135

**From:** John Dittami- Effex <john@effexcapital.com>
**Sent:** Tuesday, July 06, 2010 01:50 PM
**To:** William Ahdout
**Cc:** Joshua Rosenfeld
**Subject:** Note

Can we retro back to beginning of our trading the PER MM charge to $23 from the $21, looking closer I think $23 is more appropriate ?

Thanks,
John

1

**CONFIDENTIAL**                                                                                                                                                       GLBR_00188143