# EXHIBIT

# 136

| | |
|---|---|
| **From:** | John Dittami <john@effexcapital.com> |
| **Sent:** | Sunday, October 24, 2010 08:28 PM |
| **To:** | 'John Dittami'; 'Joshua Rosenfeld' |
| **Cc:** | 'Joe Filko'; 'Aaron Harding'; 'William Ahdout' |
| **Subject:** | RE: Please remit to Holdings ASAP. |

William,

We need to figure out a per MM for October, looking closely we can likely swing it again at $21 per MM and chew the reserve down to 0, but then our trading profits thru the month will be needed to fund the trading.  At the moment our reserve gives us enough to keep capital at Citi for trading of $1MM minimum and we let it grow thru the month.  $14 Per MM is the number if we expect LD to stay at same level as of today.  Tonight they aren't in the book, not sure if its technology issue or other.  The other alternative is we go half way at $17.50 and cut the reserve a little , but give us a whole other month to work out how this will shake out.

Please advise,

Thanks,
John

---

**From:** John Dittami [mailto:john@effexcapital.com]
**Sent:** Sunday, October 24, 2010 7:51 PM
**To:** 'Joshua Rosenfeld'
**Cc:** 'Joe Filko'; 'Aaron Harding'
**Subject:** RE: Please remit to Holdings ASAP.

That's what I'm working out….  I'd rather go 14, as I don't want to eat into my reserve, if FXCM needs the extra revenue we can likely chew the reserve to 0 and do higher per mM.

---

**From:** Joshua Rosenfeld [mailto:jrosenfeld@fxcm.com]
**Sent:** Sunday, October 24, 2010 7:24 PM
**To:** John Dittami
**Cc:** Joe Filko; Aaron Harding
**Subject:** Re: Please remit to Holdings ASAP.

Does 16 per mil seem like the figure we'll have to go with for Oct?

---

**From:** John Dittami
**To:** Joshua Rosenfeld
**Sent:** Sun Oct 24 18:38:41 2010
**Subject:** RE: Please remit to Holdings ASAP.

Thats it thanks.

Now I'm working on the payable not for flow but other, just trying to dig up wire instructions for that one

---

1

CONFIDENTIAL

GLBR_00188166

**From:** Joshua Rosenfeld [mailto:jrosenfeld@fxcm.com]
**Sent:** Sunday, October 24, 2010 6:35 PM
**To:** John Dittami
**Subject:** Fw: Please remit to Holdings ASAP.

I think this is it. Let me know if it isn't.

---

**From**: Joshua Rosenfeld
**To**: John Dittami
**Cc**: accountspayable
**Sent**: Tue Oct 19 11:35:39 2010
**Subject**: Please remit to Holdings ASAP.

2

**CONFIDENTIAL**

**GLBR_00188167**