# EXHIBIT 137

**From:** John Dittami <john@effexcapital.com>
**Sent:** Thursday, February 10, 2011 06:54 PM
**To:** 'Joshua Rosenfeld'; 'Aaron Harding'; 'Baruch Greenbaum'
**Subject:** RE: January Volume

Probably not, let me check, I think it will need to drop to $18 again while we reassess...


-----Original Message-----
From: Joshua Rosenfeld [mailto:jrosenfeld@fxcm.com]
Sent: Thursday, February 10, 2011 5:40 PM
To: John Dittami; Aaron Harding; Baruch Greenbaum
Subject: Re: January Volume

John,

Can we still bill @ $21?

----- Original Message -----
From: John Dittami
To: Aaron Harding; Baruch Greenbaum
Cc: Joshua Rosenfeld
Sent: Thu Feb 10 16:27:59 2011
Subject: RE: January Volume

Aaron,

We checked and we doubled volume for 1 day, your numbers look good.

Thanks,
John


-----Original Message-----
From: Aaron Harding [mailto:aharding@fxcm.com]
Sent: Thursday, February 10, 2011 3:47 PM
To: John Dittami; Baruch Greenbaum
Cc: Joshua Rosenfeld
Subject: RE: January Volume

Hi John,

We have already at 1,731 but can't locate the additional 3,800 you refer to as AT. Can you confirm if there is another database other than EER2 and HM.

Thanks

-----Original Message-----
From: John Dittami

1

CONFIDENTIAL                                                                                                        GLBR_00184132

Sent: Thursday, February 10, 2011 3:13 PM
To: Aaron Harding; Baruch Greenbaum
Cc: Joshua Rosenfeld
Subject: RE: January Volume

Total Volume was 96,559, this differs from your 91,700 likely by the following...

Himawari, of 1,800, and AT of 3,800. If you include those 2 values we are closer in line.

Thanks,
John


-----Original Message-----
From: Aaron Harding [mailto:aharding@fxcm.com]
Sent: Thursday, February 10, 2011 11:50 AM
To: Baruch Greenbaum; John Dittami
Cc: Joshua Rosenfeld
Subject: RE: January Volume



From: Baruch Greenbaum
Sent: Thursday, February 10, 2011 10:39 AM
To: John Dittami
Cc: Aaron Harding; Joshua Rosenfeld
Subject: January Volume

Hi John,

Could you please send January's volume.

Thanks,


Baruch Greenbaum
Senior Accountant
Forex Capital Markets LLC
32 Old Slip 10th Floor
New York, NY 10005
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com<mailto:ynussbaum@fxcm.com>

CONFIDENTIAL                                                                                                           GLBR_00184133