# EXHIBIT 138

| | |
|---|---|
| **From:** | john@effexcapital.com |
| **Sent:** | Monday, February 14, 2011 09:56 AM |
| **To:** | Baruch Greenbaum |
| **Cc:** | Joshua Rosenfeld; Kristel Guild-Ellis |
| **Subject:** | Re: Jan 2011 Invoice |

Looks good

Thanks for wire instructions, I always screw up with acct to send which pmt.

Boa is processing dec pmt now and pmt for other expenses in full til today (including invoices not yet paid).

21 is fine for jan, still have some reserve which it hits but that's what reserve is for

Sent from my Verizon Wireless BlackBerry

---

**From:** Baruch Greenbaum <bgreenbaum@fxcm.com>
**Date:** Mon, 14 Feb 2011 09:45:54 -0500
**To:** John Dittami<john@effexcapital.com>
**Cc:** Joshua Rosenfeld<jrosenfeld@fxcm.com>; Kristel Guild-Ellis<kguild@fxcm.com>
**Subject:** Jan 2011 Invoice

John,

Please see attached invoice and wiring instructions.

Thanks,

**Baruch Greenbaum**
Senior Accountant
Forex Capital Markets LLC
32 Old Slip 10th Floor
New York, NY 10005
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com


Trading foreign exchange on margin carries a high level of risk, and may not be suitable for all investors. The high degree of leverage can work against you as well as for you. Before you decide to trade the foreign exchange products offered by Forex Capital Markets, LLC, Forex Capital Markets Limited, inclusive of all EU branches, FXCM Asia Limited, or FXCM Australia Limited, any affiliates of aforementioned firms, or other firms under the FXCM group of companies [collectively "FXCM Group"] you should carefully consider your objectives, financial situation, needs and level of experience. If you decide to trade foreign exchange products offered by FXCM Australia Limited you must read and understand the Financial Services Guide and the Product Disclosure Statement. FXCM Group may provide general market information and commentary which is not intended to be investment advice and the content of this email must not be construed as personal advice. By trading, you could sustain a total loss of your deposited funds and therefore, you should not speculate with capital that you cannot afford to lose. You should be aware of all the risks associated with trading in

CONFIDENTIAL    GLBR_00184136

foreign exchange products. Foreign exchange products are only suitable for those customers who fully understand the market risk. FXCM recommends you seek advice from a separate financial advisor.

FXCM Group assumes no liability for errors, inaccuracies or omissions in these materials and does not warrant the accuracy or completeness of the information, text, graphics, links or other items contained within these materials. FXCM Group shall not be liable for any special, indirect, incidental, or consequential damages, including without limitation losses, lost revenues, or lost profits that may result from these materials. This email is not a solicitation to buy or sell currency. All information contained in this e-mail is strictly confidential and is only intended for use by the recipient. All e-mail sent to or from this address will be received by the FXCM corporate e-mail system and is subject to archival and review by someone other than the recipient.

CONFIDENTIAL                                                                                                                                    GLBR_00184137