# EXHIBIT 139

**From:** Baruch Greenbaum <bgreenbaum@fxcm.com>
**Sent:** Wednesday, April 13, 2011 02:31 PM
**To:** Alexander Kochel; Chris Meyer
**Cc:** Joshua Rosenfeld; John Dittami
**Subject:** FW: March's Volume

Alex & Chris,

Can we remain @ $21 per Million for March?

**Baruch Greenbaum**
Senior Accountant
Forex Capital Markets LLC
32 Old Slip 10th Floor
New York, NY 10005
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

**From:** Baruch Greenbaum
**Sent:** Thursday, April 07, 2011 11:02 AM
**To:** Alexander Kochel
**Cc:** Joshua Rosenfeld; Aaron Harding
**Subject:** RE: March's Volume

Thanks – Can we remain @ $21 per Million?

**Baruch Greenbaum**
Senior Accountant
Forex Capital Markets LLC
32 Old Slip 10th Floor
New York, NY 10005
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

**From:** Alexander Kochel
**Sent:** Thursday, April 07, 2011 10:52 AM
**To:** Baruch Greenbaum
**Subject:** RE: March's Volume

Hi Baruch,

March volume in MMs:

| From | To | BTC |
|---|---|---|

1

| | | |
|---|---|---|
| 2011.02.28 17:00:00.000 | 2011.03.31 17:00:00.000 | 100680 |

Thanks,
Alex Kochel

---

**From:** Baruch Greenbaum
**Sent:** Thursday, April 07, 2011 9:21 AM
**To:** Alexander Kochel
**Subject:** FW: March's Volume

Alex,

Do you think you can have an answer soon.

Thanks

**Baruch Greenbaum**
Senior Accountant
Forex Capital Markets LLC
32 Old Slip 10th Floor
New York, NY 10005
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

---

**From:** Baruch Greenbaum
**Sent:** Monday, April 04, 2011 1:44 PM
**To:** Alexander Kochel
**Cc:** Chris Meyer; John Dittami; Joshua Rosenfeld
**Subject:** March's Volume

Alex,

Could you please provide March's volume.

Thanks,

**Baruch Greenbaum**
Senior Accountant
Forex Capital Markets LLC
32 Old Slip 10th Floor

2

CONFIDENTIAL
GLBR_00118421

New York, NY 10005
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

Trading foreign exchange on margin carries a high level of risk, and may not be suitable for all investors. The high degree of leverage can work against you as well as for you. Before you decide to trade the foreign exchange products offered by Forex Capital Markets, LLC, Forex Capital Markets Limited, inclusive of all EU branches, FXCM Asia Limited, or FXCM Australia Limited, any affiliates of aforementioned firms, or other firms under the FXCM group of companies [collectively "FXCM Group"] you should carefully consider your objectives, financial situation, needs and level of experience. If you decide to trade foreign exchange products offered by FXCM Australia Limited you must read and understand the Financial Services Guide and the Product Disclosure Statement. FXCM Group may provide general market information and commentary which is not intended to be investment advice and the content of this email must not be construed as personal advice. By trading, you could sustain a total loss of your deposited funds and therefore, you should not speculate with capital that you cannot afford to lose. You should be aware of all the risks associated with trading in foreign exchange products. Foreign exchange products are only suitable for those customers who fully understand the market risk. FXCM recommends you seek advice from a separate financial advisor.

FXCM Group assumes no liability for errors, inaccuracies or omissions in these materials and does not warrant the accuracy or completeness of the information, text, graphics, links or other items contained within these materials. FXCM Group shall not be liable for any special, indirect, incidental, or consequential damages, including without limitation losses, lost revenues, or lost profits that may result from these materials. This email is not a solicitation to buy or sell currency. All information contained in this e-mail is strictly confidential and is only intended for use by the recipient. All e-mail sent to or from this address will be received by the FXCM corporate e-mail system and is subject to archival and review by someone other than the recipient.

CONFIDENTIAL                                                                                                                              GLBR_00118422