# EXHIBIT 140

| | |
|---|---|
| From: | Baruch Greenbaum <bgreenbaum@fxcm.com> |
| Sent: | Friday, September 07, 2012 03:32 PM |
| To: | 'Chris Meyer' |
| Cc: | Aaron Harding; Alexander Kochel; Joe Filko |
| Subject: | RE: Volume |

OK, I understand (Include the P3A but keep it @ $16 per MM).
Did you see the email from Alex Kochel regarding the duplicate trades. Are you ok with it.

**Baruch Greenbaum**
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Friday, September 07, 2012 3:21 PM
**To:** Baruch Greenbaum
**Cc:** Aaron Harding; Alexander Kochel; Joe Filko
**Subject:** Re: Volume

Hello Baruch -

I'd like to include P3A but not raise the per MM to $17.50.  The reason is that since we talked about raising the per MM rate the competition in the retail space has been fierce and the volumes low.  However, if we add P3A at $16 it's more than the Dollar amount that would come from raising the per MM rate.  We lost money on the P3A stream, but for now we can pay on that anyhow as the overall P3 business is going fine.

That's our very strong preference and it's in line with what we've discussed with William and Drew.  Let me know if you have comments or questions.

Best,

Chris



Chris Meyer
Effex Capital
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (o)
(201) 970-7448 (c)



On Sep 6, 2012, at 5:30 PM, Baruch Greenbaum wrote:

Chris,

May we include P3A for August. And also confirming that we will be going to $17.50 for August.

**Baruch Greenbaum**
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Tuesday, August 07, 2012 10:01 PM
**To:** Baruch Greenbaum
**Cc:** Aaron Harding; Alexander Kochel
**Subject:** Re: Volume

Hi Baruch -

Yes, include EXJ and EXL2 this month.  We should be able to include the P3B and P3C streams next month, and probably also P3A.

Chris

CONFIDENTIAL                                                                                                                              GLBR_00119217

Chris Meyer
Effex Capital
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (o)
(201) 970-7448 (c)

On Aug 7, 2012, at 10:57 AM, Baruch Greenbaum wrote:

Thanks Chris,

Just to confirm, we **should** include the CITIEXJ & CITIEXL2 streams in this month's activity?

Additionally, it has come to my attention that there are 2 new streams CitiEXP3B & CITIEXP3C. Should these streams be included also?

**Baruch Greenbaum**
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Saturday, August 04, 2012 5:52 PM
**To:** Baruch Greenbaum
**Subject:** Fwd: Volume

Baruch -

These numbers from Alex are fine for us, I assume yours will be close.

I had told you we'd go to $17.50 but we need to wait a month - we should be able to do that for August.

It's not huge volume, but note that this is our first month paying on the CitiEXJ stream - the VERY tight fixed price Japan stream. That's progress, hopefully next month there is more!

Best regards,

Chris

Chris Meyer
Effex Capital
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (o)
(201) 970-7448 (c)

Begin forwarded message:

**From:** Alexander Kochel <akochel@fxcm.com>
**Subject: Fw: Volume**
**Date:** August 1, 2012 10:46:31 AM EDT
**To:** "'cmeyer@effexcapital.com'" <cmeyer@effexcapital.com>

Chris,
For your review.
Alex

**From:** Alexander Kochel
**Sent:** Wednesday, August 01, 2012 05:05 AM
**To:** Alexander Kochel
**Subject:** Volume

2

CONFIDENTIAL                                                                                                                                               GLBR_00119218

Monthly volume:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount |
|---|---|---|---|---:|---:|
| 2012.07.01T17:51:01.235 | 2012.07.31T16:07:21.201 | CITIEXJ | CITIEXJ | 2196 | 2196 |
| 2012.07.08T18:58:50.772 | 2012.07.31T13:06:03.130 | CITIEXL2 | CITIEXL2 | 530 | 530 |
| 2012.07.01T17:01:37.547 | 2012.07.31T16:55:42.460 | CITIEX | retail2 | 75015 | 75015 |
| 2012.07.01T20:05:29.452 | 2012.07.31T12:25:05.506 | CITIEXT2 | retailt2 | 2081 | 2081 |
| 2012.07.01T17:01:37.547 | 2012.07.31T16:55:42.460 | Total | Total | 79822 | 79822 |

3

CONFIDENTIAL                                                                                                                                                                                    GLBR_00119219