# EXHIBIT 141

| | |
|---|---|
| **From:** | Joshua Rosenfeld <jrosenfeld@fxcm.com> |
| **Sent:** | Sunday, August 29, 2010 01:13 AM |
| **To:** | Robert Lande; Joe Filko |
| **Subject:** | Re: Effex services doc |

Robert,

Tf you look at US in June there is small negative for Effex. This was a retro correction to brng all Effex income to the $21 per mil rate so that rate is what we are showing since the project began.

Joe,

I don't have Baruch's phone number. I may have to call him from the office tomorrow.

I hope to be in on time for the 10am call. If I'm delayed I'll call in from my car.

---

**From**: Robert Lande
**To**: Joshua Rosenfeld; Joe Filko
**Sent**: Sat Aug 28 17:02:41 2010
**Subject**: FW: Effex services doc

This is what we are planning on executing with Datami. My understanding is that we were not operating under a signed agreement up to now. Your understanding as well?

There will be no option. No further mention of any option to E&Y.

Re E&Y's request to see the agreement, can we talk about this tomorrow after the UK-US GAAP conference call at 4PM before handing over to E&Y.

Question for Josh – this is $21/ million. How does that dovetail with what we were recording in April, May, June, July and now?

Robert

---

**From:** Alexander Dick
**Sent:** Friday, August 27, 2010 11:46 AM
**To:** John O'Neil; Robert Lande
**Subject:** FW: Effex services doc

---

**From:** Alexander Dick
**Sent:** Wednesday, August 25, 2010 11:22 AM
**To:** John Dittami
**Cc:** Ken Grossman; William Ahdout; David Sassoon
**Subject:** Effex services doc

John,
Here is the updated version of the services agreement. The word version of the document shows the modifications. The PDF version is for you to sign.
Let me know if you have any questions.

1

CONFIDENTIAL                                                                                                                                           GLBR_00194784

Thanks,
Alex

Alexander W. Dick
Attorney
Forex Capital Markets LLC
Financial Square
32 Old Slip, 10th Floor
New York, NY 10005
Tel (646) 432-2186
Fax (646) 432-2997
E-mail: adick@fxcm.com

The information contained herein does not constitute legal or investment advice.  All documents attached hereto are subject to review and modification by FXCM's General Counsel unless indicated otherwise.  FXCM and its affiliates assume no liability for errors, inaccuracies or omissions in these materials. They do not warrant the accuracy or completeness of the information, text, graphics, links or other items contained within these materials. FXCM and its affiliates shall not be liable for any special, indirect, incidental, or consequential damages, including without limitation losses, lost revenues, or lost profits that may result from these materials. This email is not a solicitation to buy or sell currency. All information contained in this e-mail is strictly confidential and is only intended for use by the recipient. All e-mail sent to or from this address will be received by the FXCM corporate e-mail system and is subject to archival and review by someone other than the recipient.

CONFIDENTIAL                                                                                                                                                           GLBR_00194785