# EXHIBIT 143

| | |
|---|---|
| **From:** | Aaron Harding <aharding@fxcm.com> on behalf of Aaron Harding |
| **Sent:** | Wednesday, October 05, 2011 09:54 AM |
| **To:** | Alexander Kochel |
| **Cc:** | Joshua Rosenfeld; Baruch Greenbaum |
| **Subject:** | RE: Payments |

HI Alex,

Sorry I have to flag this high priority as the discrepancy is causing delays with our closing for our September financials.  Can you look into this and advise ASAP.

Thanks again

**From:** Aaron Harding
**Sent:** Tuesday, October 04, 2011 4:20 PM
**To:** Alexander Kochel
**Cc:** Joshua Rosenfeld; Baruch Greenbaum
**Subject:** RE: Payments

Hi Alex,

I was just wondering if you had a chance to look into this.

Thanks again.

**From:** Aaron Harding
**Sent:** Monday, October 03, 2011 3:21 PM
**To:** Alexander Kochel
**Cc:** Joshua Rosenfeld; Baruch Greenbaum
**Subject:** RE: Payments

Hi Alex,

Sorry to bug you again but when using the two bank.bank_names "citiext" and "citiextm", I get a very large discrepancy from Chris Mayer's reporting.  I get a result of  8,549   for July and 19,131 for August however Chris is reporting 17,685 for both months.

Is there another filter I'm missing or data that needs to be excluded?  These are the queries I'm running.

*select ROUND( SUM(BASE_AMOUNT)/1000000)*
 *from orders, order_status, bank*
  *where dt >= to_date('7-31-2011 17:00:00','MM-DD-YYYY hh24:mi:ss')*
  *and dt < to_date('8-31-2011 17:00:00','MM-DD-YYYY hh24:mi:ss')*
  *and bank.bank_name IN ('CITIEXM','CITIEXT')*
  *and order_status.order_status_code='Filled'*
  *and orders.order_status_id=order_status.order_status_id*
  *and orders.bank_id = bank.bank_id;*

**CONFIDENTIAL**
**FOIA Confidential Treatment Requested by FXCM**

**GLBR_00003094**
**FXCM-CFTC_00093107**

AND

*select ROUND( SUM(BASE_AMOUNT)/1000000)*
  *from orders, order_status, bank*
  *where dt >= to_date('8-31-2011 17:00:00','MM-DD-YYYY hh24:mi:ss')*
  *and dt < to_date('9-30-2011 17:00:00','MM-DD-YYYY hh24:mi:ss')*
  *and bank.bank_name IN ('CITIEXM','CITIEXT')*
  *and order_status.order_status_code='Filled'*
  *and orders.order_status_id=order_status.order_status_id*
  *and orders.bank_id = bank.bank_id;*

---

**From:** Baruch Greenbaum
**Sent:** Monday, October 03, 2011 2:45 PM
**To:** Aaron Harding
**Cc:** Joshua Rosenfeld
**Subject:** RE: Payments

Aaron,

If you take the reduction to the invoice of $371,385.13 and divide by $21 that equals to 17,685 in volume for BOTH months. I confirmed with Chris Myers that the reduction covers 2 month. Chris got his #s from Alex. Would you be able to contact Alex?


**Baruch Greenbaum**
Senior Accountant
Forex Capital Markets LLC
32 Old Slip 10th Floor
New York, NY 10005
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

---

**From:** Aaron Harding
**Sent:** Monday, October 03, 2011 2:21 PM
**To:** Baruch Greenbaum
**Cc:** Joshua Rosenfeld
**Subject:** RE: Payments

I got in touch with Alex K and confirmed the stream name.  This is the volume and Revenue shares I

| Total Volume | @ $21 Per Mil |
|---|---|
| 19,131 | $401,751.00 |

| Total Volume | @ $17.5 Per Mil |
|---|---|

2

-------------------------------------------------------------------------        ------------------------------
19,131                                                                            $334,792.50

-----Original Message-----
From: Baruch Greenbaum
Sent: Monday, October 03, 2011 9:11 AM
To: Aaron Harding
Cc: Joshua Rosenfeld
Subject: FW: Payments

Aaron,

See the below email from Chris. Is there a way you can get the volume of trading on the 2 streams he is referring to. We will need to verify his deduction and take it into consideration in the future.


Baruch Greenbaum
Senior Accountant
Forex Capital Markets LLC
32 Old Slip 10th Floor
New York, NY 10005
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com


-----Original Message-----
From: Chris Meyer [mailto:cmeyer@effexcapital.com]
Sent: Friday, September 30, 2011 10:50 AM
To: Baruch Greenbaum
Cc: John Dittami
Subject: Re: Payments

Baruch -

Yesterday we wired $4,312,748.87 to FXCM.

On Wednesday we spoke with William about two liquidity streams we've been providing for some time that do not generate the same revenue, both at the request of FXCM.  Thus, we've subtracted those volumes for July and August out of the payment calculation.  Therefore, the amount paid was calculated as follows:

$2,123,142.00 for July's original invoice $2,560,992.00 for August's original invoice

Less
$   371,385.13 for the two streams that are not profitable

Totaling
$4,312,74887

3

Chris


Chris Meyer
Effex Capital
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (o)
(201) 970-7448 (c)

**CONFIDENTIAL**                                                                                          **GLBR_00003097**
**FOIA Confidential Treatment Requested by FXCM**                                 **FXCM-CFTC_00093110**