# EXHIBIT 144

| | |
|---|---|
| **From:** | Aaron Harding <aharding@fxcm.com> |
| **Sent:** | Wednesday, March 07, 2012 11:42 AM |
| **To:** | Chris Meyer |
| **Cc:** | Alexander Kochel; Baruch Greenbaum |
| **Subject:** | RE: EFFEX February Volume |

Understood, I'll send this to William as well.

Thanks

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Wednesday, March 07, 2012 11:40 AM
**To:** Aaron Harding
**Cc:** Alexander Kochel; Baruch Greenbaum
**Subject:** Re: EFFEX February Volume

Hi Aaron -

We actually haven't discussed payments on these new streams with William yet.  Therefore, we won't exempt them for now.  We'll just go ahead and pay you the normal rate for the volume on these streams for February, and then as the business picks up in March we'll watch it and discuss it with William.  If you don't mind, then, let's revisit it a month from now.

Thanks and regards, Chris


Chris Meyer
Effex Capital
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (o)
(201) 970-7448 (c)


On Mar 7, 2012, at 9:57 AM, Aaron Harding wrote:

> Alex/Chris,
>
> I have additional volume from two new CITEX spokes identified as CITIEXL2 and CITIEXJ.  Can you confirm if we should be including this volume or we should exempt this activity?
>
> From: Alexander Kochel
> Sent: Friday, March 02, 2012 12:12 PM
> To: Baruch Greenbaum; Aaron Harding
> Cc: 'cmeyer@effexcapital.com'
> Subject: EFFEX February Volume
>
>
>
> From: Alexander Kochel
> Sent: Thursday, March 01, 2012 05:07 AM
> To: Alexander Kochel

1

CONFIDENTIAL                                                                                                              GLBR_00118665

\> Subject: Volume
\>
\> Monthly volume:
\>
\> From
\> To
\> Bank
\> Stream
\> EFFEX Amount
\> FXCM Amount
\> 2012.01.31T18:15:40.654
\> 2012.02.24T10:04:56.655
\> CITIEXHM
\> himawari
\> 357
\> 357
\> 2012.01.31T17:00:17.750
\> 2012.02.29T16:59:58.714
\> CITIEX
\> retail2
\> 104966
\> 104966
\> 2012.01.31T18:04:21.738
\> 2012.02.29T14:17:36.216
\> CITIEXT2
\> retailt2
\> 15500
\> 15500
\> 2012.01.31T17:00:17.750
\> 2012.02.29T16:59:58.714
\> Total
\> Total
\> 120823
\> 120823

2

**CONFIDENTIAL**　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**GLBR_00118666**