# EXHIBIT 145

| | |
|---|---|
| **From:** | Baruch Greenbaum <bgreenbaum@fxcm.com> |
| **Sent:** | Wednesday, May 09, 2012 09:44 AM |
| **To:** | Aaron Harding |
| **Subject:** | RE: Volume |

Yes. I William approved it.

**Baruch Greenbaum**
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

**From:** Aaron Harding
**Sent:** Wednesday, May 09, 2012 9:29 AM
**To:** Baruch Greenbaum
**Subject:** RE: Volume

Was this approved?

**From:** Baruch Greenbaum
**Sent:** Wednesday, May 09, 2012 9:11 AM
**To:** 'Chris Meyer'
**Cc:** Aaron Harding; Alexander Kochel
**Subject:** RE: Volume

Chris,

We will adjust the April invoice accordingly. Thank you for bringing this to our attention.

**Baruch Greenbaum**
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Friday, May 04, 2012 2:58 PM
**To:** Alexander Kochel
**Cc:** Baruch Greenbaum; Aaron Harding
**Subject:** Re: Volume

1

Baruch -

We can't pay the fees on the CitiEXJ stream. We have paid on it in past months because the volume has been so small. However, with these volumes we'd like to omit it. Our commitment is to make a very aggressive price on that stream, and therefore it is outside the general retail agreement.

Thanks - Chris


Chris Meyer
Effex Capital
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (o)
(201) 970-7448 (c)


On May 3, 2012, at 2:19 PM, Alexander Kochel wrote:

Baruch,

April volume below.

Thanks,
Alex Kochel

---

**From:** Alexander Kochel
**Sent:** Thursday, May 03, 2012 1:27 PM
**To:** Alexander Kochel
**Subject:** Volume

Monthly volume:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount |
|---|---|---|---|---|---|
| 2012.04.01T17:00:14.807 | 2012.04.30T16:47:28.752 | CITIEXJ | CITIEXJ | 2197 | 2197 |
| 2012.04.01T17:02:13.700 | 2012.04.30T15:45:09.769 | CITIEXL2 | CITIEXL2 | 890 | 890 |
| 2012.04.01T17:01:05.428 | 2012.04.30T16:59:09.323 | CITIEX | retail2 | 66115 | 66110 |
| 2012.04.01T17:01:06.779 | 2012.04.30T16:59:49.485 | CITIEXT2 | retailt2 | 18987 | 18986 |
| 2012.04.01T17:00:14.807 | 2012.04.30T16:59:49.485 | Total | Total | 88189 | 88183 |

2

**CONFIDENTIAL**                                                                                          GLBR_00119022