# EXHIBIT 146

| | |
|---|---|
| **From:** | Baruch Greenbaum <bgreenbaum@fxcm.com> |
| **Sent:** | Friday, May 18, 2012 09:28 AM |
| **To:** | 'Chris Meyer' |
| **Subject:** | RE: April Invoice |
| **Attachments:** | RE- Volume; EFFEX_invoice 04-2012.doc |

Chris,

The volume I used is based on the attached email of 88,183 minus the CITIEXJ stream of 2,197; resulting in volume of 85,986. As far as the balance due, I mistakenly typed the $$ we received this past month instead of the amount to bill. My apologies.

Attached is a revised invoice, please confirm that it meets your approval.


**Baruch Greenbaum**
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

---

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Wednesday, May 16, 2012 5:56 PM
**To:** Baruch Greenbaum
**Subject:** Re: April Invoice

Hi Baruch -

Your volume figures are different by a few thousand than what Alex put forth. Did I miss an update? Also, you didn't change the Dollar amount from last month. I'm afraid we can't pay you the amount you invoiced!

Thanks - Chris



**Chris Meyer
Effex Capital
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (o)
(201) 970-7448 (c)**

1

CONFIDENTIAL
GLBR_00119092

On May 11, 2012, at 2:34 PM, Baruch Greenbaum wrote:

Sorry

**Baruch Greenbaum**
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Thursday, May 10, 2012 5:47 PM
**To:** Baruch Greenbaum
**Subject:** Re: April Invoice

Hi Baruch -

There was no file attached.  Can you resend it please?

thanks - Chris


Chris Meyer
Effex Capital
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (o)
(201) 970-7448 (c)


On May 9, 2012, at 6:33 PM, Baruch Greenbaum wrote:

Chris,

Attached please find April's invoice.

Thank you,

**Baruch Greenbaum**

2

Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669
Email: bgreenbaum@fxcm.com

<EFFEX_invoice 04-2012.doc>

CONFIDENTIAL                                                                                                      GLBR_00119094

| | |
|---|---|
| **From:** | Alexander Kochel <akochel@fxcm.com> |
| **Sent:** | Thursday, May 03, 2012 02:19 PM |
| **To:** | Baruch Greenbaum |
| **Cc:** | Aaron Harding; Chris Meyer (cmeyer@effexcapital.com) |
| **Subject:** | RE: Volume |

Baruch,

April volume below.

Thanks,
Alex Kochel

---

**From:** Alexander Kochel
**Sent:** Thursday, May 03, 2012 1:27 PM
**To:** Alexander Kochel
**Subject:** Volume

Monthly volume:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount |
|---|---|---|---|---|---|
| 2012.04.01T17:00:14.807 | 2012.04.30T16:47:28.752 | CITIEXJ | CITIEXJ | 2197 | 2197 |
| 2012.04.01T17:02:13.700 | 2012.04.30T15:45:09.769 | CITIEXL2 | CITIEXL2 | 890 | 890 |
| 2012.04.01T17:01:05.428 | 2012.04.30T16:59:09.323 | CITIEX | retail2 | 66115 | 66110 |
| 2012.04.01T17:01:06.779 | 2012.04.30T16:59:49.485 | CITIEXT2 | retailt2 | 18987 | 18986 |
| 2012.04.01T17:00:14.807 | 2012.04.30T16:59:49.485 | Total | Total | 88189 | 88183 |

1

CONFIDENTIAL                                                                                     GLBR_00119095



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

May 9, 2012

Invoice #04-2012

### REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| April – 2012 | 85,986 | $ 16.00 | $ 1,375,776 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:       Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)     026009593
Reference: Forex Capital Markets, Invoice# _____