# EXHIBIT 147



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

April 29, 2013

Invoice #03-2013

### REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| March– 2013 (all currencies) | 93,202 | $ 16.00 | 1,491,232 |
| March– 2013 (JPY/USD) | 28,638 | $  3.00 | 85,914 |
|  |  | Total | 1,577,146 |

COMPANY will remit payment to:
Wire instruction:
Bank:             Bank of America
Beneficiary:    FXCM Holdings LLC
Beneficiary Account #:       004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL                                                                                          GLBR_00185248