# EXHIBIT 148



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

June 21, 2013

Invoice #04-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| April– 2013 (all currencies) | 107,087 | $ 16.00 | 1,713,392 |
| April– 2013 (JPY/USD) | 45,394 | $ 3.00 | 136,182 |
|  |  | **Total** | 1,849,574 |

COMPANY will remit payment to:
Wire instruction:
Bank:            Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL                                                                                                   GLBR_00120028