# EXHIBIT 149



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

June 21, 2013

Invoice #05-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| May– 2013 (all currencies) | 91,717 | $ 16.00 | $1,467,472 |
| May– 2013 (JPY/USD) | 37,640 | $ 3.00 | $112,920 |
| | | Total | $1,580,392 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:             Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL                                        GLBR_00217444