# EXHIBIT 150



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

August 13, 2013

Invoice #06-2013

### REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| June– 2013 (all currencies) | 57,789 | $ 16.00 | $924,624 |
| June– 2013 (USD/JPY) | 55,624 | $ 3.00 | $166,872 |
| June– 2013 (EUR/USD) | 20,667 | $ 6.00 | $124,002 |
| | | Total | $1,215,498 |

COMPANY will remit payment to:
Wire instruction:
Bank:           Bank of America
Beneficiary:    FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                         GLBR_00120227