# EXHIBIT 151



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

September 2, 2013

Invoice #07-2013

### REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| July– 2013 (All Currencies) | 53,291 | $ 16.00 | $852,656 |
| July– 2013 (USD/JPY) | 36,661 | $ 3.00 | $109,983 |
| July– 2013 (EUR/USD) | 22,376 | $ 6.00 | $134,256 |
| | | Total | $1,096,895 |

COMPANY will remit payment to:
Wire instruction:
Bank:            Bank of America
Beneficiary:    FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL                                                                                          GLBR_00185335