# EXHIBIT 152



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

November 21, 2013

Invoice #09-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| August– 2013 (All Currencies) | 42,515 | $ 16.00 | $680,240 |
| August– 2013 (USD/JPY) | 25,503 | $ 3.00 | $76,509 |
| August– 2013    (EUR/USD) | 13,502 | $ 6.00 | $81,012 |
| | | **Total** | $ 837,761 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:           Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:       004834457443
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00120656**