# EXHIBIT 153



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

December 9, 2013

Invoice #10-2013

### REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| October– 2013 (All Currencies) | 46,102 | $ 16.00 | $737,632 |
| October– 2013 (USD/JPY) | 18,566 | $ 3.00 | $55,698 |
| Oct.– 2013    (EUR/USD) | 14,403 | $ 6.00 | $86,418 |
|  |  | Total | $ 879,748 |

COMPANY will remit payment to:
Wire instruction:
Bank:           Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      Confidential
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL

GLBR_00185361