# EXHIBIT 154



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 16, 2013

Invoice #11-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Nov– 2013 (All Currencies) | 49,426 | $ 16.00 | $790,816 |
| Nov– 2013 (USD/JPY) | 8,752 | $ 3.00 | $26,256 |
| Nov– 2013    (EUR/USD) | 12,205 | $ 6.00 | $73,230 |
| | | **Total** | $ 890,302 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**