# EXHIBIT 155



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

January 2, 2014

Invoice #12-2013

### REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Dec– 2013 (All Currencies) | 42,792 | $ 16.00 | $684,672 |
| Dec– 2013 (USD/JPY) | 8,236 | $ 3.00 | $24,708 |
| Dex– 2013    (EUR/USD) | 9,433 | $ 6.00 | $56,598 |
| | | **Total** | $ 765,978 |

COMPANY will remit payment to:
Wire instruction:
Bank:           Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL                                                                                   GLBR_00185365