# EXHIBIT 156



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

March 11, 2014

Invoice #1-2014

### REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Jan– 2013 (All Currencies) | 58,532 | $ 16.00 | $936,512 |
| Jan– 2013 Japan Servers (All Currencies) | 3,579 | $ 16.00 | $57,264 |
| Jan– 2013 (USD/JPY) | 10,211 | $ 3.00 | $30,633 |
| Jan– 2013 Japan Servers (USD/JPY) | 11,608 | $ 3.00 | $34,824 |
| Jan– 2013 (EUR/USD) | 9,758 | $ 6.00 | $58,548 |
| Jan– 2013 Japan Servers (EUR/USD) | 831 | $ 6.00 | $4,986 |
| | | Total | $ 1,122,767 |

COMPANY will remit payment to:
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                                                              **GLBR_00121084**