# EXHIBIT 157



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

March 31, 2014

Invoice #2-2014

**REBATE FOR FX TRADES**

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Feb. '14 (All Currencies) | 58,185 | $ 16.00 | $930,960 |
| Feb. '14 (USD/JPY) | 9,136 | $ 3.00 | $ 27,408 |
| Feb. '14 (EUR/USD) | 7,235 | $ 6.00 | $ 43,410 |
| Feb. '14 – Japan Servers (All Currencies) | 3,286 | $ 16.00 | $ 52,576 |
| Feb. '14 – Japan Servers (USD/JPY) | 10,130 | $ 3.00 | $ 30,390 |
| Feb. '14 – Japan Servers (EUR/USD) | 610 | $ 6.00 | $ 3,660 |
| | | Total | $ 1,088,404 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:           Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL                                                                                              GLBR_00121085