# EXHIBIT 158



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

April 24, 2014

Invoice #3-2014

**REBATE FOR FX TRADES**

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Mar. '14 (All Currencies) | 57,988 | $ 16.00 | $927,808 |
| Mar. '14 (USD/JPY) | 7,857 | $ 3.00 | $ 23,571 |
| Mar. '14 (EUR/USD) | 8,970 | $ 6.00 | $ 53,820 |
| Mar. '14 – Japan Servers (All Currencies) | 3,632 | $ 16.00 | $ 58,112 |
| Mar. '14 – Japan Servers (USD/JPY) | 7,977 | $ 3.00 | $ 23,931 |
| Mar. '14 – Japan Servers (EUR/USD) | 829 | $ 6.00 | $ 4,974 |
| | | Total | $ 1,092,216 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)       026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                                                       **GLBR_00121083**