# EXHIBIT 159



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 3, 2014

Invoice #4-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| April. '14 (All Currencies) | 42,904 | $ 16.00 | $686,464 |
| April. '14 (USD/JPY) | 6,651 | $ 3.00 | $ 19,953 |
| April. '14 (EUR/USD) | 7,615 | $ 6.00 | $ 45,690 |
| April. '14 – Japan Servers (All Currencies) | 3,108 | $ 16.00 | $ 42,798 |
| April. '14 – Japan Servers (USD/JPY) | 6,113 | $ 3.00 | $ 18,339 |
| April. '14 – Japan Servers (EUR/USD) | 689 | $ 6.00 | $ 4,134 |
| | | **Total** | $ 824,308 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                                     **GLBR_00154607**