# EXHIBIT 160



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

July 7, 2014

Invoice #5-2014

**REBATE FOR FX TRADES**

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| May. '14 (All Currencies) | 42,195 | $ 16.00 | $675,120 |
| May. '14 (USD/JPY) | 5,950 | $ 3.00 | $ 17,850 |
| May. '14 (EUR/USD) | 8,112 | $ 6.00 | $ 48,672 |
| May. '14 – Japan Servers (All Currencies) | 2,678 | $ 16.00 | $ 42,848 |
| May. '14 – Japan Servers (USD/JPY) | 5,096 | $ 3.00 | $ 15,288 |
| May. '14 – Japan Servers (EUR/USD) | 538 | $ 6.00 | $ 3,228 |
| | | Total | $ 803,006 |

COMPANY will remit payment to:
Wire instruction:
Bank:             Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                                                        **GLBR_00154608**