# EXHIBIT 161

FXCM
FOREX CAPITAL MARKETS

Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

July 7, 2014

Invoice #6-2014

**REBATE FOR FX TRADES**

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| June. ‘14 (All Currencies) | 43,273 | $ 16.00 | $692,368 |
| June. ‘14 (USD/JPY) | 4,815 | $ 3.00 | $ 14,445 |
| June. ‘14 (EUR/USD) | 7,725 | $ 6.00 | $ 46,350 |
| June. ‘14 – Japan Servers (All Currencies) | 3,398 | $ 16.00 | $ 54,368 |
| June. ’14 – Japan Servers (USD/JPY) | 2,892 | $ 3.00 | $ 8,676 |
| June. ’14 – Japan Servers (EUR/USD) | 575 | $ 6.00 | $ 3,450 |
| | | **Total** | $ 819,657 |

**COMPANY will remit payment to:**
Wire instruction:
Bank: Bank of America
Beneficiary: FXCM Holdings LLC
Beneficiary Account #: Confidential
Fedwire ABA #: (Domestic) 026009593
Reference: Forex Capital Markets, Invoice# ________________