# EXHIBIT 162



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

August 19, 2014

Invoice #7-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| July. '14 (All Currencies) | 46,428 | $ 16.00 | $742,848 |
| July. '14 (USD/JPY) | 4,341 | $ 3.00 | $ 13,023 |
| July. '14 (EUR/USD) | 9,821 | $ 6.00 | $ 58,926 |
| July. '14 – Japan Servers (All Currencies) | 2,914 | $ 16.00 | $ 46,624 |
| July. '14 – Japan Servers (USD/JPY) | 2,659 | $ 3.00 | $ 7,977 |
| July. '14 – Japan Servers (EUR/USD) | 539 | $ 6.00 | $ 3,234 |
| | | Total | $ 872,632 |

COMPANY will remit payment to:
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)       026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**  **GLBR_00120896**