# EXHIBIT 165

| | |
|---|---|
| From: | Ryan Leonard <rleonard@fxcm.com> on behalf of Ryan Leonard |
| Sent: | Friday, December 28, 2012 12:03 AM |
| To: | John Dittami |
| Cc: | Evan Milazzo |
| Subject: | RE: My desktop access |

Hah, no worries whatsoever. Will get this crap sorted out, and figure out a proper plan when you have a few.

If I don't see you, have a happy new year.

Thanks,
Ryan


-----Original Message-----
From: John Dittami
Sent: Thursday, December 27, 2012 11:52 PM
To: Ryan Leonard
Cc: Evan Milazzo
Subject: Re: My desktop access

Thanks ryan, we do have vm, let's chat on it after new year, bigger issue is how to move everyone off fxcm to effex network, and what parts can't be moved.

It will long term mean less bitching from us and support for your team, plus more independence from effex

Sorry for pissy email, just very frustrating to lose desktop access so often and so much recently. The vms are tough, running off vm basically means that to do all other business stuff I'm running off 2 machines, can't print docs from vpn for business stuff (been doing legal docd galore), got emails in multi places, can't run files saved in one place to another (like all the q research code stuff I write), can't see trading on same machine I doc my business work from, etc, at end of day we need to figure out, what can and can't be done off line, and I need to shift amount we can't do without fxcm vpn to be minor portion relative to what we can do !

Relative to desktop other vm issue is its single point of failure without desktop (and in hurricane time ran super slow wasn't good, and no desktop access).  Other issue is files not wanting to put on fxcm network for non fxcm business is problem, and can't move research or code on our data from vpn whether it desktop or vm, to our offices, can't share files intra office etc.

Basically effex needs off fxcn network, except only access we are allowed to see our trading (which is my and everyones core focus) is via our machines that can only get at via fxcm network.


Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Ryan Leonard <rleonard@fxcm.com>
Date: Fri, 28 Dec 2012 04:34:17
To: John Dittami<john@effexcapital.com>
Cc: Evan Milazzo<emilazzo@fxcm.com>
Subject: RE: My desktop access

1

CONFIDENTIAL
FOIA Confidential Treatment Requested BY FXCM

GLBR_00028063
FXCM-CFTC_00074862

John -

We will put an end to this once and for all.

Also, as a hedge, didn't we spin up VM instances at the datacenter so you guys had your own environment?

Thanks
Ryan


-----Original Message-----
From: John Dittami
Sent: Thursday, December 27, 2012 11:11 PM
To: Ryan Leonard
Cc: Evan Milazzo
Subject: Re: My desktop access

Nyc-dev-05815

Had issue last week from just pc at my office to this , now having issue from home and office, obviously had issue during entire hurricane office out, before that been 3 times been asked to move off , 2 cause fm guys supposed to sit at desk, 1 for moving desktop (wasn't sure why), and probably 5 times or more where a floating intern or visitor decided to sit at desk and use pc.


Thanks,

I still want to chat on what we need to do to get off need for vpn access and onto our own thing


Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: Ryan Leonard <rleonard@fxcm.com>
Date: Fri, 28 Dec 2012 03:59:19
To: John Dittami<john@effexcapital.com>
Cc: Evan Milazzo<emilazzo@fxcm.com>
Subject: RE: My desktop access

John -

What is/are the hostname[s] you are having issues with? I will take a look right now and we will figure out a resolution.

Ryan


From: John Dittami
Sent: Thursday, December 27, 2012 10:21 PM
To: Ryan Leonard
Cc: Evan Milazzo

2

CONFIDENTIAL
FOIA Confidential Treatment Requested BY FXCM

GLBR_00028064
FXCM-CFTC_00074863

Subject: My desktop access

Guys, this is super super frustrating, again, I can't log onto vpn to my desktop, issue happened last week was fixed, issue has happened over and over again.

Yes I have terminal, but its not the same as a desktop, and I'm trying to run an INDPENDENT business here. The business requires that I have access to OUR boxes that unfortunately we can't access except thru your VNP of which we have no control.

Can we work this out, very very frustrating, I need to be able to manage this business independent of FXCM vpn, and for some damn reason, every couple weeks of late, or months in the past, I have some crap where my desktop isn't accessible, or doesn't hit list, or gets pushed for god knows what, maybe someone using my desk at moment, who knows. But we are paying tens of millions of dollars of revenue against very little expenses to FXCM, and yet as CEO I can't log on to my god damn desktop . Its stupid.

Please, get my desktop login away from any other crap, stick it in a closet for all I care. Just let me access it for Christ sakes.

Also, if that isn't cool, than get us set up so that we can conduct our business without needing to do it via VPN to FXCM sites, this is the longer term and must do solution.

Thanks,
John

CONFIDENTIAL
FOIA Confidential Treatment Requested BY FXCM

GLBR_00028065
FXCM-CFTC_00074864