# EXHIBIT 166

CONFIDENTIAL

# FXCM, Inc., FXCM, Effex Capital, LLC - FCM

## *Kochel, Alexander_2016-05-05*

**Condensed Transcript**

**Prepared by:**

David Newman
CFTC

Friday, August 7, 2020

Page 97

1            Alexender Kochel
2       A.   It might be.  It was not 2009 and it
3   was not 2016 so.
4       Q.   Was there a change in the
5   relationship between FXCM and Effex around that
6   time, that you are aware of?
7       A.   I don't know.  What time was it?
8   No, I don't recall, no.
9       Q.   Was there --
10      A.   Relationship between FXCM and Effex?
11      Q.   Yes.
12      A.   I don't know.  The only change in
13  the relationship that I observed, I was asked to
14  move back to FXCM office.  From that I inferred
15  that something changed.
16      Q.   So --
17      A.   That's all I know about changes.
18      Q.   Let's talk a little more about that.
19  So when you say, "move back to the FXCM office,"
20  were you working full-time at the Effex office?
21      A.   I think I was spending like four
22  days a week in the Effex office.
23      Q.   Starting when?
24      A.   So like all the time, and I was in
25  FXCM I think like once a week.  I don't

Page 98

1            Alexender Kochel
2   remember.  Starting when?
3       Q.   Yes, when did you start working at
4   the Effex office?
5       A.   I think when they moved -- not right
6   away, but some point after they moved to Jersey
7   City.  Maybe -- I don't remember, was it same
8   day, months, but in some period of time.
9       Q.   And from the time that you started
10  working there, you know, shortly after they
11  moved to Jersey City, until the time that you
12  were told to stop going there, you were working
13  at Jersey City most of the time?
14      A.   Yes.
15      Q.   But you were an FXCM employee
16  throughout the time?
17      A.   Yes.
18      Q.   How did your job responsibilities
19  change, first of all, from the time that you
20  first moved, that you first started working at
21  the Effex office in Jersey City, how did that
22  job change your responsibilities?
23      A.   Not much.  I think still the same
24  project I was working on.
25      Q.   You were working on the same

Page 99

1            Alexender Kochel
2   projects for FXCM, you were just doing them from
3   the Effex office?
4       A.   At that time I was working -- yes,
5   same, just from the office.
6       Q.   Working on FXCM's adapter for Effex?
7       A.   Yes.  Integration, get bunch of
8   adapter, bunch of different streams like
9   customized for different flavors.  I don't know.
10  But at that time it was only five or six
11  adapters, and FXCM system was also quite young
12  and there were like new updates, and new updates
13  would change something and it will screw up
14  something.  So it was work to keep up with
15  changes in FXCM for integration.
16      Q.   And that's the work you were doing
17  from FXCM's office and the same work you were
18  doing, you were just doing it in a different
19  location?
20      A.   Yes, like it was FXCM office sitting
21  next to Dittami; Dittami moved to different
22  office and I moved to different office too, but
23  work was the same.
24      Q.   Can you describe, when you moved to
25  the Jersey City office four days a week, how did

Page 100

1            Alexender Kochel
2   you access the FXCM systems that you had to
3   access in order to do your job from the Jersey
4   City office?
5       A.   I think it was VPN.  I don't
6   remember but I think, yeah, VPN.
7       Q.   So you would VPN onto your FXCM
8   desktop?
9       A.   If I need to, but all the work is on
10  servers, data center, so VPN to the office.
11  Because all the development environment it's all
12  in the servers and data center, so just set up
13  VPN and go to the server.
14      Q.   So were Effex and FXCM sharing a
15  server at that time?
16      A.   Not sharing.  It was like from the
17  very beginning when they were at FXCM, to handle
18  that FXCM flow, there was the time is whatever,
19  server is named EES, was separate server.  And
20  that server was located in the same data center
21  that FXCM owns.
22  BY MR. DALY:
23      Q.   The data center that you just
24  mentioned, where was that located?
25      A.   I never been there.  But that's