# EXHIBIT 167

Page 1

```
 1

 2   UNITED STATES DISTRICT COURT

 3   SOUTHERN DISTRICT OF NEW YORK

 4   Master File No. 1:17-cv-00916-RA-BCM

 5   - - - - - - - - - - - - - - - - - - - - -x

 6   In re:

         GLOBAL BROKERAGE, INC.

 7       F/K/A FXCM, INC.

         Securities Litigation

 8    - - - - - - - - - - - - - - - - - - - - -x

 9                  Virtual Zoom Deposition

10

                    December 11, 2020

11                  9:30 a.m.

12

13      CONFIDENTIAL VIDEOTAPED VIRTUAL

14   DEPOSITION of CHRIS MEYER, in the

15   above-entitled action, held at the above

16   time and place, taken before Jeremy

17   Richman, a Shorthand Reporter and Notary

18   Public of the State of New York, pursuant

19   to the Federal Rules of Civil Procedure,

20   and stipulations between Counsel.

21

22           *      *      *

23

24

25
```

1          C. MEYER - CONFIDENTIAL

2          Q.    And is this an email chain

3    between yourself and Darren Merwitz?

4          A.    Yes, it is.

5          Q.    And in your email you write,

6    We are having Elena Barrows from FXCM

7    help us organize tasks and do other

8    work, and I was wondering if she could

9    use your central desktop log-in, at

10   least for the time being, so she can

11   look around.

12         A.    Okay.

13         Q.    Who is Elena Barrows?

14         A.    I believe she was someone at

15   FXCM that had done different

16   administrative tasks.  I can't remember

17   why she wanted to come work with us, if

18   she was interested in trading, I don't

19   remember.  I think she helped us for a

20   couple of months, a few months.  But I

21   don't really remember why.

22         Q.    And when you say, She helped

23   us for a couple of months, do you mean,

24   was she still employed by FXCM at that

25   time?

1           C. MEYER - CONFIDENTIAL

2      A.    Yes, I believe so.

3      Q.    Was she performing work for

4  EFFEX at that time?

5      A.    I believe so.

6      Q.    Do you know how much time,

7  for instance, how many days a week

8  Ms. Barrows spent performing work for

9  EFFEX during the months that she did?

10     A.    No, I don't remember.

11     Q.    Was it like, for instance, a

12  day or less a week, or full-time?

13     A.    I don't remember.

14     Q.    Do you recall if EFFEX

15  compensated Ms. Barrows for her time?

16     A.    I don't remember.

17     Q.    Do you recall if EFFEX

18  reimbursed FXCM for Ms. Barrows' time

19  spent working for EFFEX?

20     A.    I don't remember.

21     Q.    When you talk about the

22  central desktop log-in, what's that?

23     A.    I think that was -- you know,

24  I'm not sure.  I can't remember if that

25  was our system.  I don't remember.  It

```
                                              Page 207
 1              C. MEYER - CONFIDENTIAL
 2     past.  And skipping ahead, you write,
 3     We'd like to pay $30,000 to Darren
 4     Merwitz and $20,000 to Alex Kochel.
 5          A.    Uh-huh.
 6          Q.    Do you recall if FXCM
 7     actually paid FXCM for the bonuses
 8     described in this email chain?
 9          A.   I don't recall specifically,
10     but I would be virtually certain we
11     did.
12          Q.    And do you recall whether
13     EFFEX paid bonuses to these two FXCM
14     employees in previous times before the
15     instance in this January 2013 email?
16          A.    I think we did.
17          Q.    And was the reason that EFFEX
18     was paid bonuses to these two FXCM
19     employees the work that Mr. Merwitz and
20     Mr. Kochel performed for EFFEX while
21     they were employed by FXCM?
22          A.    That's correct.
23          Q.    Do you remember what time
24     period -- let's start with Mr. Merwitz.
25     Do you remember what time period
```

Page 219

1

2                   CERTIFICATION

3

4

5       I, JEREMY RICHMAN, a Notary Public for

6    and within the State of New York, do

7    hereby certify:

8       That the witness whose testimony as

9    herein set forth, was duly sworn by me;

10    and that the within transcript is a true

11    record of the testimony given by said

12    witness.

13       I further certify that I am not

14    related to any of the parties to this

15    action by blood or marriage, and that I am

16    in no way interested in the outcome of

17    this matter.

18       IN WITNESS WHEREOF, I have hereunto

19    set my hand this 29th day of December,

20    2020.

21

         <%26480,Signature%>

22    _____

23    JEREMY RICHMAN

24                 *       *       *

25