# EXHIBIT 168

| | |
|---|---|
| **From:** | Evan Milazzo <emilazzo@fxcm.com> |
| **Sent:** | Wednesday, February 13, 2013 07:51 PM |
| **To:** | Chris Meyer; Kristel Guild-Ellis |
| **Subject:** | RE: payments |

Hi Chris,

One final point on this. There are payroll expenses that FXCM incurs (insurance, in particular). The average cost per employee is 7.65% of the employee's wages. For that reason, and so that we don't pass that expense down to Alex and Darren, can FXCM invoice EFFEX for a total of $53,825 ($32,295 and $21,350 for Darren and Alex, respectively).

Thanks,
Evan

---

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Wednesday, January 30, 2013 7:21 AM
**To:** Kristel Guild-Ellis
**Cc:** Evan Milazzo
**Subject:** payments

Hello Kristel-

Happy New Year (late).

Effex would like to pay bonuses to two FXCM employees, as we've done in the past. I believe that you facilitated this for us. Can you help again? We'd like to pay $30,000 to Darren Merwitz and $20,000 to Alex Kochel. If you can generate an invoice, we'll pay asap and then they're on their way.

Thanks very much. Chris

**Chris Meyer**
EFFEXCAPITAL
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (direct)

1

CONFIDENTIAL                                                                                                       GLBR_00185250