# EXHIBIT 169

**From:** Evan Milazzo <emilazzo@fxcm.com> on behalf of Evan Milazzo
**Sent:** Sunday, May 16, 2010 02:05 PM
**To:** Raelyn Tsai
**Subject:** FW: Markups_may.xlsx
**Attachments:** Markups_may.xlsx

FYI

**From:** John Dittami
**Sent:** Sunday, May 16, 2010 1:30 PM
**To:** William Ahdout; Evan Milazzo; Patricia Muchinsky; Artem Batyushchenko
**Subject:** Markups_may.xlsx

Please find markup changes. William may call with some minor adjustments, but for now this should be close to the money. I added effex to the sheet, and also kept columns with previous settings so we can track how things are changing.

Key changes include, removing spread advantage in Citi on the recent pairs owned by DR. Moving DR from spread disadvantage to same as other banks (and monitor if there changes worked before giving them back advantage), giving Effex .2 advantage on less liquid pairs, and .1 on liquid pairs in return for maximum spread logic we are implementing later this week.

We gave GSAGG and .1 advantage on Usdjpy, and backed off Effex's advantage on the offer for Eur\Usd versus Goldman, to try to get them some more volume.

Thanks,
John

1

**CONFIDENTIAL**
**FOIA Confidential Treatment Requested by FXCM**

**GLBR_00005534**
**FXCM-CFTC_00096449**

| | Jan | April | May Rec | Back Office Mark Ups | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | Tahiheiyo (j2) | Taiheiyo (JMini6) | Shintokyocity (J2, Jmini6) | Bellford (j2, Jmini6) | FXCM Asia |
| EUR/USD | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | 1 | 1 | 1 | 0 | |
| GS | 1.0/0.9 | 1/0.9 | 1/0.9 | | | | | |
| Effex | | 1/0.9 | 1/1.0 | | | | | |
| USD/JPY | 1.0/1.0 | 1.0/1.0 | 1.0/1.0 | 1 | 1 | 0 | 0 | |
| GS | | 1.0/1.0 | .9/.9 | | | | | |
| Effex | | 1.0/1.0 | .9/.9 | | | | | |
| GBP/NZD | 1.1/2.1 | 1.3/1.3 | 1.3/1.3 | 0 | 0 | 0 | 0 | |
| Effex | | 1.3/1.3 | 1.1/1.1 | | | | | |
| GBP/USD | 1.3/1.3 | 1.2/1.2 | 1.2/1.2 | 1 | 1 | 1 | 1 | |
| DR | 1.0/1.0 | 1.3/1.3 | 1.2/1.2 | | | | | |
| CITI | 1.0/1.0 | 1.0/1.0 | 1.1/1.1 | 2 | 2 | 1 | 0 | |
| Effex | | 1.0/1.0 | 1.0/1.0 | | | | | |
| USD/CHF | 1.3/1.3 | 1.2/1.2 | 1.2/1.2 | | | | | |
| Citi | 1.0/1.0 | 1.0/1.0 | 1.0/1.0 | 5 | 5 | 4 | 2 | 0.5/0.5 |
| Effex | | 1.0/1.0 | 1.0/1.0 | | | | | |
| EUR/CHF | 1.3/1.3 | 1.0/1.0 | 1.0/1.0 | 1 | 2 | 1 | 1 | |
| Effex | | 1.0/1.0 | .9/.9 | | | | | |
| AUD/USD | 1.3/1.3 | 1.2/1.2 | 1.2/1.2 | | | | | |
| Citi | 1.0/1.0 | 1.0/1.0 | 1.0/1.0 | 0 | 0 | 0 | 0 | |
| Effex | | 1.0/1.0 | 1.0/1.0 | | | | | |
| USD/CAD | 1.3/1.3 | 1.2/1.2 | 1.2/1.2 | 1 | 1 | 0 | 1 | |
| Effex | | 1.2/1.2 | 1.0/1.0 | | | | | |
| NZD/USD | 1.3/1.3 | 1.2/1.2 | 1.2/1.2 | | | | | |
| DR | 1.0/1.0 | 1.5/1.5 | 1.2/1.2 | 3 | 3 | 3 | 2 | 0.5/0.5 |
| Effex | | 1.2/1.2 | 1.0/1.0 | | | | | |
| EUR/GBP | 1.5/1.5 | 1.0/1.0 | 1.0/1.0 | | | | | |
| DR | 1.1/1.1 | 1.5/1.5 | 1.0/1.0 | 1 | 1 | 1 | 0 | |
| Effex | | 1.0/1.0 | .9/.9 | | | | | |
| EUR/JPY | 1.6/1.6 | 1.5/1.5 | 1.3/1.3 | | | | | |
| DR | 1.1/1.0 | 1.6/1.6 | 1.3/1.3 | 1 | 1 | 1 | 0 | |
| Citi | 1.1/1.0 | 1.0/1.0 | 1.3/1.3 | | | | | |
| Effex | | 1.0/1.0 | 1.1/1.1 | | | | | |
| GBP/JPY | 1.5/2.0 | 1.7/1.7 | 1.7/1.7 | 6 | 6 | 6 | 2 | |
| DR | 1.5/1.5 | 2.0/2.0 | 1.7/1.7 | 12 | 12 | 12 | 3 | |
| Citi | 1.5/1.5 | 1.5/1.5 | 1.7/1.7 | | 7 | 6 | 1 | |
| Effex | | 1.5/1.5 | 1.5/1.5 | | | | | |
| CHF/JPY | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | 3 | 3 | 3 | 1 | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| GBP/CHF | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | 4 | 4 | 4 | 1 | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| EUR/AUD | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | 3 | 3 | 3 | 1 | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| EUR/CAD | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | 4 | 4 | 3 | 1 | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| AUD/CAD | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | 3 | 3 | 3 | 1 | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| AUD/JPY | 1.1/2.1 | 1.1/1.1 | 1.1/1.1 | | | | | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| CAD/JPY | 1.1/2.1 | 1.1/1.1 | 1.1/1.1 | 3 | 3 | 2 | 1 | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| NZD/JPY | 1.5/1.5 | 1.2/1.2 | 1.2/1.2 | 4 | 4 | 4 | 1 | |
| DR | 1.2/1.2 | 1.5/1.5 | 1.2/1.2 | | | | | |
| Effex | | 1.2/1.2 | 1.0/1.0 | | | | | |
| GBP/AUD | 1.1/2.1 | 1.1/1.1 | 1.1/1.1 | 13 | 13 | 13 | 1 | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| AUD/NZD | 1.3/1.3 | 1.0/1.0 | 1.0/1.0 | 18 | 18 | 18 | 0 | |
| DR | 1.0/1.0 | 1.1/1.1 | 1.0/1.0 | 0 | 16 | 16 | 16 | |
| Effex | | 1.0/1.0 | .9/.9 | | | | | |
| EUR/NZD | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | 0 | 0 | 0 | 0 | |
| Effex | | 1.1/1.1 | .9/.9 | | | | | |
| USD/DKK | 8.1/8.1 | 8.1/8.1 | 8.1/8.1 | 0 | 0 | 0 | 0 | |
| USD/NOK | 20.1/20.1 | 10.0/10.0 | 10.0/10.0 | 0 | 0 | 0 | 0 | |
| USD/SEK | 20.1/20.1 | 10.0/10.0 | 10.0/10.0 | 0 | 0 | 0 | 0 | |
| NOK/JPY | 10.1/20.1 | 10.0/10.0 | 10.0/10.0 | 0 | 16 | 16 | 16 | |
| SEK/JPY | 10.1/20.1 | 10.0/10.0 | 10.0/10.0 | | | | | |
| EUR/DKK | 8.1/8.1 | 8.1/8.1 | 8.1/8.1 | 0 | 0 | 0 | 0 | |
| EUR/NOK | 20.1/20.1 | 10.0/10.0 | 10.0/10.0 | | | | | |
| CHF/NOK | 20.1/20.1 | 10.0/10.0 | 10.0/10.0 | | | | | |
| EUR/SEK | 20.1/20.1 | 10.0/10.0 | 10.0/10.0 | 0 | 0 | 0 | 0 | |
| GBP/SEK | 20.1/20.1 | 10.0/10.0 | 10.0/10.0 | 0 | 0 | 0 | 0 | |
| CHF/SEK | 20.1/20.1 | 10.0/10.0 | 10.0/10.0 | 0 | 0 | 0 | 0 | |
| USD/ZAR | 10.1/10.1 | 10.0/10.0 | 10.0/10.0 | 0 | 0 | 0 | 0 | |
| USD/MXN | 10.1/10.1 | 10.0/10.0 | 10.0/10.0 | 0 | 0 | 0 | 0 | |
| USD/SGD | 2.1/2.1 | 2.1/2.1 | 2.1/2.1 | 0 | 0 | 0 | 0 | |
| USD/HKD | 8.1/8.1 | 8.1/8.1 | 8.1/8.1 | 0 | 0 | 0 | 0 | |
| NZD/CHF | 3.1/3.1 | 1.5/1.5 | 1.5/1.5 | 0 | 0 | 0 | 0 | |
| Effex | | 1.5/1.5 | 1.3/1.3 | | | | | |
| CAD/CHF | 3.1/3.1 | 1.5/1.5 | 1.5/1.5 | 0 | 0 | 0 | 0 | |
| Effex | | 1.5/1.5 | 1.3/1.3 | | | | | |
| NZD/CAD | 2.1/2.1 | 1.2/1.2 | 1.2/1.2 | | | | | |
| Effex | | 1.2/1.2 | 1.0/1.0 | | | | | |
| USD/TRY | 2.1/2.1 | 2.1/2.1 | 2.1/2.1 | 5 | 5 | 2 | 1 | |
| EUR/TRY | 2.1/2.1 | 2.1/2.1 | 2.1/2.1 | | | | | |
| GBP/CAD | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | | | | | |
| Effex | | 1.1/1.1 | 0.9/0.9 | | | | | |
| AUD/CHF | 1.1/1.1 | 1.1/1.1 | 1.1/1.1 | | | | | |
| Effex | | 1.1/1.1 | 0.9/0.9 | | | | | |
| ZAR/JPY | 2.5/2.5 | 1.5/1.5 | 1.5/1.5 | | | | | |
| HKD/JPY | 1.2/1.2 | 1.2/1.2 | 1.2/1.2 | | | | | |
| SGD/JPY | 2.0/2.0 | 1.5/1.5 | 1.5/1.5 | | | | | |
| EUR/CZK | 5.0/5.0 | 2.0/2.0 | 2.0/2.0 | | | | | |
| USD/CZK | 5.0/5.0 | 2.0/2.0 | 2.0/2.0 | | | | | |
| TRY/JPY | | | 3.0/3.0 | | | | | |
| EUR/HUF | | | 8.0/8.0 | | | | | |
| USD/HUF | | | 8.0/8.0 | | | | | |
| USD/RUB | | | 10.0/10.0 | | | | | |

| CCY Pair | Adapter Bid | Adapter Ask | Exception Bid | Exception Ask | FXO Bid Markup | FXO Ask Markup | Deals |
|---|---|---|---|---|---|---|---|
| EUR/USD | 0.1 | 0.1 | 0 | 0 | 0.1 | 0.1 | GS Favored by .1 |
| USD/JPY | 0.1 | 0.1 | 0 | 0 | 0.1 | 0.1 | DB Favored by .1 |
| GBP/USD | 0.1 | 0.1 | 0 | 0 | 0.1 | 0.1 | DB Favored by .1 |
| USD/CHF | 0 | 0 | 0 | 0 | 0.1 | 0.1 | |
| EUR/CHF | 0 | 0 | 0 | 0 | 0.1 | 0.1 | |
| AUD/USD | 0 | 0 | 0 | 0 | 0.1 | 0.1 | |
| USD/CAD | 0 | 0 | 0 | 0 | 0.1 | 0.1 | |
| NZD/USD | 0 | 0 | 0 | 0 | 0.1 | 0.1 | |
| EUR/GBP | 0 | 0 | 0 | 0 | 0.1 | 0.1 | |
| EUR/JPY | 0.1 | 0.1 | 0 | 0 | 0.1 | 0.1 | DB Favored by .1 |
| GBP/JPY | 0.1 | 0.1 | 0 | 0 | 0.2 | 0.2 | DB Favored by .1 |
| CHF/JPY | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| GBP/CHF | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| EUR/AUD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| EUR/CAD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| AUD/CAD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| AUD/JPY | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| CAD/JPY | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| NZD/JPY | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| GBP/AUD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| AUD/NZD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| EUR/NZD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| USD/DKK | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| USD/NOK | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| USD/SEK | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| NOK/JPY | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| SEK/JPY | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| EUR/DKK | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| EUR/NOK | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| EUR/SEK | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| USD/ZAR | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| USD/TRY | 0 | 0 | 0 | 0 | 1 | 1 | |
| EUR/TRY | 0 | 0 | 0 | 0 | 0.6 | 0.6 | |
| USD/MXN | 0 | 0 | 0 | 0 | 10 | 10 | |
| USD/SGD | 0 | 0 | 0 | 0 | 10 | 10 | |
| USD/HKD | 0 | 0 | 0 | 0 | 10 | 10 | |
| NZD/CHF | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| CAD/CHF | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| NZD/CAD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| AUD/CHF | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| GBP/CAD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |
| GBP/NZD | 0 | 0 | 0 | 0 | 0.3 | 0.3 | |

|  |  | FXCM Japan |
|---|---|---|
| EUR/USD |  | 1.0/1.0 |
|  | Citi | 0.7/0.7 |
| USD/JPY |  | 1.0/1.0 |
|  | Citi | 0.7/0.5 |
| GBP/NZD |  |  |
| GBP/USD |  | 1.8/1.8 |
|  | Citi | 1.5/1.5 |
| USD/CHF |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| EUR/CHF |  | 0.3/1.3 |
|  | Citi | 0.00/1.0 |
| AUD/USD |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| USD/CAD |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| NZD/USD |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| EUR/GBP |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| EUR/JPY |  | 1.3/1.7 |
|  | Citi | 1.0/1.4 |
| GBP/JPY |  | 2.0/2.0 |
|  | Citi | 1.7/1.7 |
| CHF/JPY |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| GBP/CHF |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| EUR/AUD |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| EUR/CAD |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| AUD/CAD |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| AUD/JPY |  | 1.3/2.3 |
|  | Citi | 1.0/2.0 |
| CAD/JPY |  | 1.3/2.3 |
|  | Citi | 1.0/2.0 |
| NZD/JPY |  | 1.8/2.8 |
|  | Citi | 1.5/2.5 |
| GBP/AUD |  | 1.3/2.3 |
|  | Citi | 1.0/2.0 |
| AUD/NZD |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| EUR/NZD |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| AUD/CHF |  | 1.3/1.3 |
|  | Citi | 1.0/1.0 |
| ZAR/JPY |  | 2.8/2.8 |
|  | Citi | 2.5/2.5 |
| HKD/JPY |  | 1.5/1.5 |
|  | Citi | 1.2/1.2 |
| SGD/JPY |  | 2.3/2.3 |
|  | Citi | 2.0/2.0 |
| USD/DKK |  |  |
| USD/NOK |  |  |
| USD/SEK |  |  |
| NOK/JPY |  |  |
| SEK/JPY |  |  |
| EUR/DKK |  |  |
| EUR/NOK |  |  |
| CHF/NOK |  |  |
| EUR/SEK |  |  |
| GBP/SEK |  |  |
| CHF/SEK |  |  |
| USD/ZAR |  |  |
| USD/MXN |  |  |
| USD/SGD |  |  |
| USD/HKD |  |  |
| NZD/CHF |  |  |
| CAD/CHF |  |  |
| NZD/CAD |  |  |
| USD/TRY |  |  |
| EUR/TRY |  |  |
| GBP/CAD |  |  |

| Backoffice Mark downs | | | | |
|---|---|---|---|---|
| CRNCY | CRNCY | ASK_ADJ | BID_ADJ | SPREAD_ADJ |
| ----- | ----- | ---------- | ---------- | ---------- |
| AUD | CAD | -.00011 | .00011 | -2.2 |
| AUD | CHF | -.00011 | -.000011 | -2.2 |
| AUD | DKK | 0 | 0 | 0 |
| AUD | HKD | 0 | 0 | 0 |
| AUD | JPY | -.011 | .021 | -3.1 |
| AUD | MXN | 0 | 0 | 0 |
| AUD | NOK | 0 | 0 | 0 |
| AUD | NZD | -.00011 | .00011 | -2.2 |
| AUD | SEK | 0 | 0 | 0 |
| AUD | SGD | 0 | 0 | 0 |
| AUD | USD | -.0001 | .0001 | -2 |
| AUD | ZAR | 0 | 0 | 0 |
| CAD | CHF | 0 | 0 | 0 |
| CAD | JPY | -.011 | .021 | -3.2 |
| CHF | JPY | -.011 | .011 | -2.2 |
| CHF | NOK | 0 | 0 | 0 |
| CHF | SEK | 0 | 0 | 0 |
| DKK | JPY | 0 | 0 | 0 |
| EUR | AUD | -.00011 | .00011 | -2.2 |
| EUR | CAD | -.00011 | .00011 | -2.2 |
| EUR | CHF | -.0001 | .0001 | -2.0 |
| EUR | DKK | -.00081 | .00081 | -16.2 |
| EUR | GBP | -.00011 | .00011 | -2.2 |
| EUR | HKD | 0 | 0 | 0 |
| EUR | JPY | -.011 | .01 | -2.1 |
| EUR | MXN | 0 | 0 | 0 |
| EUR | NOK | 0 | 0 | 0 |
| EUR | NZD | 0 | 0 | 0 |
| EUR | SEK | -.00201 | .00201 | -40.2 |
| EUR | SGD | 0 | 0 | 0 |
| EUR | TRY | 0 | 0 | 0 |
| EUR | USD | -.0001 | .00009 | -1.9 |
| EUR | ZAR | 0 | 0 | 0 |
| GBP | AUD | -.00011 | .00021 | -3.2 |
| GBP | CAD | 0 | 0 | 0 |
| GBP | CHF | -.00011 | .00011 | -2.2 |
| GBP | DKK | 0 | 0 | 0 |
| GBP | HKD | 0 | 0 | 0 |
| GBP | JPY | -.015 | .015 | -3 |
| GBP | MXN | 0 | 0 | 0 |
| GBP | NOK | 0 | 0 | 0 |
| GBP | NZD | 0 | 0 | 0 |
| GBP | SEK | 0 | 0 | 0 |
| GBP | SGD | 0 | 0 | 0 |
| GBP | USD | -.0001 | .0001 | -2 |
| GBP | ZAR | 0 | 0 | 0 |
| HKD | JPY | 0 | 0 | 0 |
| MXN | JPY | 0 | 0 | 0 |
| NOK | JPY | 0 | 0 | 0 |
| NZD | CAD | 0 | 0 | 0 |
| NZD | CHF | 0 | 0 | 0 |
| NZD | JPY | -.011 | .021 | -3.2 |
| NZD | USD | -.00011 | .00011 | -2.2 |
| SEK | JPY | 0 | 0 | 0 |
| SGD | JPY | 0 | 0 | 0 |
| USD | CAD | -.0001 | .0001 | -2 |
| USD | CHF | -.0001 | .0001 | -2 |
| USD | DKK | -.00011 | .00011 | -2.2 |
| USD | HKD | -.00081 | .00081 | -16.2 |
| USD | JPY | -.01 | .01 | -2 |
| USD | MXN | -.00101 | .00101 | -20.2 |
| USD | NOK | -.00201 | .00201 | -40.2 |
| USD | SEK | -.00201 | .00201 | -40.2 |
| USD | SGD | -.00021 | .00021 | -4.22 |
| USD | TRY | -0.00021 | - 0.00021 | -4.2 |
| USD | ZAR | -.00101 | .00101 | -20.2 |
| ZAR | JPY | 0 | 0 | 0 |

Adapter Mark ups

| | FXCM |
|---|---|
| EUR/USD | 1.1/1.1 |
| GS | 1.0/0.9 |
| USD/JPY | 1.3/1.3 |
| JPM | 1.0/1.0 |
| GBP/NZD | 1.1/2.1 |
| GBP/USD | 1.3/1.3 |
| DR | 1.0/1.0 |
| USD/CHF | 1.3/1.3 |
| Citi | 1.0/1.0 |
| EUR/CHF | 1.3/1.3 |
| Citi | 1.0/1.0 |
| AUD/USD | 1.3/1.3 |
| Citi | 1.0/1.0 |
| USD/CAD | 1.3/1.3 |
| Citi | 1.0/1.0 |
| NZD/USD | 1.1/1.1 |
| EUR/GBP | 1.5/1.5 |
| DR | 1.1/1.1 |
| EUR/JPY | 1.6/1.6 |
| DR | 1.1/1.0 |
| GBP/JPY | 1.5/2.0 |
| DR | 1.5/1.5 |
| CHF/JPY | 1.1/1.1 |
| GBP/CHF | 1.1/1.1 |
| EUR/AUD | 1.1/1.1 |
| EUR/CAD | 1.1/1.1 |
| AUD/CAD | 1.1/1.1 |
| AUD/JPY | 1.1/2.1 |
| CAD/JPY | 1.1/2.1 |
| NZD/JPY | 1.1/2.1 |
| GBP/AUD | 1.1/2.1 |
| AUD/NZD | 1.1/1.1 |
| EUR/NZD | 1.1/1.1 |
| USD/DKK | 1.1/1.1 |
| USD/NOK | 20.1/20.1 |
| USD/SEK | 20.1/20.1 |
| NOK/JPY | 10.1/20.1 |
| SEK/JPY | 10.1/20.1 |
| EUR/DKK | 8.1/8.1 |
| EUR/NOK | 20.1/20.1 |
| CHF/NOK | 20.1/20.1 |
| EUR/SEK | 20.1/20.1 |
| GBP/SEK | 20.1/20.1 |
| CHF/SEK | 20.1/20.1 |
| USD/ZAR | 10.1/10.1 |
| USD/MXN | 10.1/10.1 |
| USD/SGD | 2.1/2.1 |
| USD/HKD | 8.1/8.1 |
| NZD/CHF | 3.1/3.1 |
| CAD/CHF | 3.1/3.1 |
| NZD/CAD | 2.1/2.1 |
| USD/TRY | 2.1/2.1 |
| EUR/TRY | 2.1/2.1 |
| GBP/CAD | 1.1/1.1 |
| AUD/CHF | 1.1/1.1 |
| ZAR/JPY | |
| HKD/JPY | |
| SGD/JPY | |