# EXHIBIT 170

CONFIDENTIAL

Page 1

1        CONFIDENTIAL - SIMON WILSON-TAYLOR
2            UNITED STATES DISTRICT COURT
        FOR THE SOUTHERN DISTRICT OF NEW YORK
3

    In re:                    :
4                             :  Master File No.
    Global Brokerage, Inc.    :  1:17-cv-00916-RA
5   F/k/a FXCM, Inc.          :
    Securities Litigation     :
6   ----------------------    :
7
8          REMOTE VIDEO DEPOSITION OF:
9              SIMON WILSON-TAYLOR
10          WEDNESDAY, JUNE 2, 2021
11
12
13
14
15
16
17
18
19
20
21
22
23
24   REPORTED BY:
    SILVIA P. WAGE, CCR, CRR, RPR
25   JOB NO. 4577008

CONFIDENTIAL

1                CONFIDENTIAL - SIMON WILSON-TAYLOR

2        their services to the types of liquidity that

3        they receive in the market.  Even ECNs themselves

4        customize pools of liquidity for individual

5        customers.  So customization, the ability to

6        establish very specific trading environments and

7        trading pools for customers is an extremely

8        important part of the function of these firms,

9        yes.

10               Q.  I appreciate that.  But I don't think

11       that answered my question, which is...

12                    Are you aware of any specific

13       liquidity providers who customer myself their

14       services for the needs of a single FX broker?

15               A.  You know, I'm not privy to the detail

16       of confidential arrangements that exist within

17       each of the firms.  What I can tell you is the

18       same methodology applies to ECNs of which I have

19       managed three and in each case we very much

20       customize our liquidity to the needs of those

21       customers and it's the same process so, yes.

22               Q.  But the answer is, no, you're not

23       aware of any specific liquidity providers who

24       customized their services for the needs of a

25       single FX broker?

CONFIDENTIAL

1          CONFIDENTIAL - SIMON WILSON-TAYLOR

2          A.  No, because I have not worked for

3    those firms and I'm not aware of the confidential

4    details of how they operate.

5          Q.  On same page, Page 13/Paragraph 34,

6    subparagraph b, you say that, "In a no dealing

7    desk model, the broker's profitability generally

8    does not depend on the subsequent price

9    increase."

10              Do you see that?

11         A.  I do.

12         Q.  Other than the margin risk, which you

13   describe in Footnote 42, are there other examples

14   of when you're aware -- sorry.

15              Are there other examples that you are

16   aware of when a broker's profitability may depend

17   in part on subsequent pricing?

18         A.  Not when the broker is acting as an

19   agent in trade, no.

20         Q.  Other than the margin risk that you

21   describe in the footnote, are there other

22   examples that you are aware of when a broker

23   using a no dealing desk model is exposed to

24   market risk?

25         A.  I'm not -- I can't think of any

CONFIDENTIAL - SIMON WILSON-TAYLOR

1

2    that's fine but...

3         Q.  Maybe I can restate more

4    specifically.  That would be more helpful then.

5              Was there a time or a year within

6    2010 to 2014 -- sorry.

7              Was there a year in that time frame

8    in which you understood that FXCM represented --

9    did not represent most of Effex's business?

10        A.  I -- I -- again, I don't recollect

11   the precise numbers.  It fell below 50 percent at

12   sometime.

13             Did that occur in 2013, '14 or '15?

14   I don't know, but it occurred.

15        Q.  And do you recall what the basis is

16   for your knowledge or recollection of those

17   numbers that you're referring to?

18        A.  I don't recall the detail document.

19   But it was somewhere in the materials that there

20   were volume numbers, percentage numbers of

21   business done.

22        Q.  Were you aware of any other foreign

23   exchange liquidity providers during the same time

24   period, 2010 to 2014, for whom most of their

25   business came from a single broker?

CONFIDENTIAL

1          CONFIDENTIAL - SIMON WILSON-TAYLOR

2          A.  I'm not aware of the specifics.  But,

3     again, these were all new firms that were created

4     and they would have had to start somewhere.  So

5     they would have started with a single customer.

6          Q.  If we move down to the next page,

7     Page 22/Paragraph 57.  Do you see that?

8          A.  Yep.

9          Q.  In that paragraph you say that,

10    liquidity providers make payments for order flow

11    when they recognize that the inherent value of

12    the flow is worth more than the cost of servicing

13    that flow.  I'm paraphrasing you.

14          Is that a fair characterization?

15          A.  Yeah.

16          Q.  So is another way to say that that

17    you mean that a liquidity provider is willing to

18    make payments for order flow when the flow is

19    profitable for the liquidity provider?

20          A.  Yeah, I'm not saying that every

21    liquidity provider is willing to make payments

22    for order flow.  But what I'm saying is where a

23    payment for order flow arrangement exists, that

24    it clearly needs to be profitable to the

25    liquidity provider in order to be able to make

CONFIDENTIAL

Page 86

CONFIDENTIAL - SIMON WILSON-TAYLOR

1
2    we talking about?
3          Q.   Any type.
4          A.   So, in that time frame, there were
5    certainly discussions between banks and brokers
6    around payment for retail order flow.  The extent
7    to which they turned into actual payment for
8    order flow arrangements, I'm kind of less clear
9    on, you know.  I was involved personally in a
10   handful of discussions in that space and not many
11   of them ended up with a commercial arrangement
12   from a bank liquidity provider to one of these
13   firms.
14          I'm, obviously, not privy to the
15   relationships between nonbank liquidity providers
16   and their customers and whether or not that took
17   place.  So I can only rely on my experience as a
18   bank liquidity provider in that time period.
19          Q.   In your experience, were you aware of
20   any liquidity providers, bank or nonbank, who did
21   pay for order flow for retail flow in the 2010 to
22   2014 time period?
23          A.   Again, it would be speculation on my
24   part.  You know, the relationships between those
25   firms were confidential.  So it may have

1          CONFIDENTIAL - SIMON WILSON-TAYLOR
2     happened.  It may not have happened.  I can't be
3     certain.
4          Q.  So you're not, specifically, aware of
5     any instances in your own personal experience?
6          A.  I'm not specifically aware of it, no.
7     Would I have expected it to occur, yes.
8          Q.  Still in Paragraph 59, you talk about
9     payments being individually negotiated with each
10    liquidity provider.
11          Did you negotiate with liquidity
12    providers over payments for order flow?
13          A.  I did.
14          Q.  And was it your personal experience
15    that liquidity providers in these discussions
16    asked for price reductions at that time?
17          A.  Very much so, yes.  You know, if I go
18    over the chronology, we started in -- I mean,
19    I've been negotiating agreements with banks from,
20    you know, 1999 up until last year when I left the
21    CME.  And so, when we started in 1999, we were
22    charging banks -- well, I probably shouldn't be
23    entirely specific on a number, but a significant
24    number somewhere north of $20 in million.
25          And by the time we got to last year,

1          CONFIDENTIAL - SIMON WILSON-TAYLOR
2          Q.  Are you aware of any instances where
3     a liquidity provider was paying more than
4     50 percent of its profits in order flow payments
5     on retail flow?
6          A.  I have no specific knowledge of that,
7     no.
8          Q.  Move to Paragraph 62.  You're
9     discussing your time at Molten Markets.
10          What proportion of Molten Markets'
11     liquidity providers paid for order flow, roughly?
12          A.  100 percent.
13          Q.  And we may have covered this earlier.
14          But Molten Markets' liquidity
15     providers, was that all in the institutional
16     context?
17          MR. DAHAN:  Objection.
18          A.  So our legal structure was that we
19     had only institutional relationships, but many of
20     our market takers were retail brokers.
21          Q.  Understood.
22          Were order flow payment agreements --
23     focusing on the agreements, I know we talked
24     about payments before -- but were these
25     agreements common throughout the industry in the

CONFIDENTIAL

Page 121

1          CONFIDENTIAL - SIMON WILSON-TAYLOR
2      in step completely all the time, then, yes, of
3      course, you would expect people to record
4      changes.  That would be a natural expectation.  I
5      know from my own experience that that doesn't
6      always happen because people make mistakes.
7              Q.  So, to hone in a little bit on your
8      experience in particular, when your company
9      received order flow from liquidity providers, did
10     you typically have formal written agreements
11     similar to the services agreement here that set
12     out the payment rates for order flow?
13             A.  Yeah, as a matter of policy, we would
14     make sure we had formal written agreements, yes.
15             Q.  And did you ever change the rate of
16     the order flow payments that you received from
17     liquidity providers without amending the written
18     agreement that set out the rates?
19             A.  So our policy was that we would do
20     that.  I can't be certain that we always did
21     record that.  You know, my liquidity manager was
22     responsible for those relationships and, you
23     know, he was not always as particular about
24     documentation as I would have been.  But I -- he
25     probably got it signed.  Did he get it signed

CONFIDENTIAL

Page 122

```
 1            CONFIDENTIAL - SIMON WILSON-TAYLOR
 2      immediately, I don't know.
 3            Q.  Okay.  And, just to clarify record,
 4      when you say, "our policy was that we would do
 5      that," you mean we would amend the agreement --
 6            A.  Yes of course, yes.
 7            Q.  -- is that right?
 8            A.  I mean, your policy should always be
 9      to make sure that the agreements reflect the
10      nature of the relationship.
11            Q.  Were there ever instances in which
12      you would not want to amend the agreement to
13      reflect a change in the rate or order flow
14      payments?
15            A.  I can't think of one.
16            Q.  Going to Paragraph 67 -- and feel
17      free to review that paragraph as needed.
18                Do you know whether FXCM was under
19      investigation by the NFA and/or CFTC in
20      August 2014?
21            A.  I don't recall the dates I'm afraid.
22            Q.  Do you know if FXCM was under
23      investigation by the NFA and/or CFTC around that
24      time frame in 2014 in general?
25            A.  Again, I'm afraid I don't recall the
```

Page 124

1          CONFIDENTIAL - SIMON WILSON-TAYLOR
2      investigations, certainly, from the material.
3          Q.  Do you know whether these
4      investigations played a role in FXCM deciding to
5      terminate the services agreement with Effex in
6      2014?
7          A.  I do not know I'm afraid.
8          Q.  Do you know of any other FX brokers
9      other than FXCM who were receiving order flow
10     payments from liquidity providers outside the UK
11     but stopped after the FCA's 2014 thematic review?
12         A.  I'm not aware of the internal
13     operations of those firms, so I have no personal
14     knowledge, no.
15         Q.  At the end of Paragraph 67, which is
16     on the top of the next page, Page 27, you say,
17     "Payments for order flow remain committed in most
18     other major global markets including the US."
19              Do you mean that they are expressly
20     permitted or that they are not expressly
21     prohibited?
22         A.  Yeah, that -- I actually don't have a
23     list of markets in which -- you know, the rules
24     relating to each.  My understanding is that
25     payment for order flow is an accepted practice in

CONFIDENTIAL

Page 139

1                CONFIDENTIAL - SIMON WILSON-TAYLOR

2                    So I see no way that in this -- you

3       know, in what I've seen in the documents and what

4       I've heard that this would have at any point

5       could have had a negative impact on the end

6       customer.

7                Q.  So you talk later in your report

8       about Effex having the ability to win ties on

9       certain currency payors or to have a lower markup

10      applied to it on certain currency payors.

11                   Would those -- with winning ties and

12      lower markups and in conjunction with having a

13      realtime feed of the prices being offered by

14      other liquidity providers, would that enable

15      Effex to know exactly what prices it had to offer

16      to win each trade?

17               A.  It would have assisted them to know

18      what the benchmark was to beat absolutely, yes.

19      It would have -- they would know what price they

20      had to meet from the rest of the market, which

21      was a significant selection of the market in

22      order to be able to win the trade, yes, that's

23      true.

24               Q.  And is it correct that Effex would be

25      incentivized to offer the best price if it wanted

CONFIDENTIAL

                                        Page 140

1           CONFIDENTIAL - SIMON WILSON-TAYLOR
2      to offer the best price by the smallest margin or
3      next best price, which it could see in realtime,
4      or by no margin if it were winning ties?
5           A.  I don't know that that's the way it
6      worked.  You know, as far as I can tell from the
7      documents that I've reviewed, FX -- sorry, Effex
8      was making a market, making a price and that was
9      one of a number of liquidity providers making
10     prices and the best price won or the all in price
11     won.
12              You know, if it -- if they indeed
13     were in a situation where they were able to match
14     the best price in order to win the trade, it
15     doesn't in any way affect -- negatively affect
16     the retail customer.  They're still getting the
17     best price in the market.  It was just that Effex
18     would have chosen to match that best price.
19          Q.  But Effex would have no reason to
20     offer a price better than the next best price if
21     it wanted to win a trade except for by the
22     smallest margin or by no margin if it won ties;
23     is that correct?
24          A.  It's possible, yeah.  I mean, again,
25     I don't see that it's a negative point.  You

CONFIDENTIAL

Page 153

CONFIDENTIAL - SIMON WILSON-TAYLOR

1
2          Q.   Anything other than these
3     "operational risks"?
4          A.   I don't think I can -- I don't think
5     I can speak to that, you know.
6               Do you want to hire me as a
7     consultant to do a professional risk analysis?
8     I'm sure I can do that.  But there are other
9     risks, but I just can't name them.
10         Q.   I'll leave that to Israel and --
11         A.   Right.
12         Q.   Okay.  In Paragraph 92, you mention
13    that Effex paid $21 per million on profits as
14    high as $35 per million, which I'll represent to
15    you is 60 percent.
16              Are you aware of any other liquidity
17    providers that paid 60 percent more of their
18    trading profits to a broker in order flow
19    payments?
20         A.   I'm aware of people paying
21    substantial payment for order flow.  I don't have
22    the luxury of knowing what the profitability of
23    that flow was to those firms.  So it's difficult
24    for me to answer.
25         Q.   So there's no specific examples that

CONFIDENTIAL

Page 154

1           CONFIDENTIAL - SIMON WILSON-TAYLOR
2      you know of that occur?
3           A.  No.  But, as I referred to earlier,
4      you know, I've been part of negotiations with
5      liquidity providers where they've shown me their
6      profitability and used it to squeeze me on -- and
7      asked me to reduce my fees.  And, you know, for a
8      period of time, it would have been a substantial
9      number.  And in some cases, my fee exceeded what
10     they earned, more than a hundred percent.
11               So, yes, the simple answer to your
12     question is, yes, I'm aware it was not
13     sustainable.
14          Q.  Okay.  If we jump down to Page 36 and
15     Paragraph 96.  Let me know when you're there.
16          A.  Yes, I'm there.
17          Q.  And in Paragraph 96 you opine that
18     FXCM's business relationship with Effex, as you
19     defined it earlier in your report, did not create
20     a conflict of interest between FXCM and its no
21     dealing desk customers.
22               Do you see that?
23          A.  It did not create a conflict of
24     interest.  Yes, I see that.
25          Q.  And you had some examples in the

**Deposition Errata Sheet**

Caption:  *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation*, No. 1:17-cv-00916-RA (S.D.N.Y.)

Deponent:  Simon Wilson-Taylor

Deposition Date:  6/2/2021

| Page: Line | From | To | Reason for Change |
|---|---|---|---|
| 13:22 | with me | me with | Typographical error |
| 14:5 | "sections | "sections" | Typographical error |
| 14:6 | assisted" | assisted | Typographical error |
| 15:4 | then agreed | then reviewed and agreed | Typographical error |
| 16:23 | we, specifically, | we specifically | Typographical error |
| 17:20 | today put | today, put | Typographical error |
| 17:25 | as | at | Typographical error |
| 20:14 | the | either | Typographical error |
| 20:15 | venture and | venture, and | Typographical error |
| 21:13 | Puts | Putz | Misspelling |
| 26:10 | not | no | Typographical error |
| 28:11 | Current X | Currenex | Misspelling |
| 28:19 | Current X | Currenex | Misspelling |
| 28:23 | Putting | Pulling | Typographical error |
| 29:20 | Investors' | Investor's | Typographical error |
| 29:24 | and | and as | Typographical error |
| 30:10 | Institution | Institutional | Typographical error |
| 30:15 | Risk | Risk Management | Typographical error |
| 31:3 | Institution | Institutional | Typographical error |
| 31:19 | was sort of | was | Transcription error |
| 31:20 | structured | re-structured | Transcription error/clarification |
| 32:8 | UBS | EBS | Transcription error |
| 32:9 | UBS | EBS | Transcription error |
| 32:11 | stay | remain | Transcription error |
| 33:5 | sequentially, I've | essentially, I'd | Transcription error |
| 39:19 | defining by what I mean | defining what I meant | Transcription error |
| 42:19 | principally, | principally | Transcription error |
| 43:8 | advice | advise | Misspelling |
| 49:11 | Euro Money | Euromoney | Misspelling |
| 49:11 | pole | poll | Misspelling |
| 50:15 | that | there | Transcription error |

| Page: Line | From | To | Reason for Change |
|---|---|---|---|
| 50:17 | that | they | Transcription error/clarification |
| 51:19 | raise | race | Transcription error |
| 51:24 | until that | until about that | Transcription error |
| 53:7 | CurrentX. Current X at | Currenex. Currenex at | Misspelling |
| 53:10 | CurrentX | Currenex | Misspelling |
| 54:21 | nonbank | nonbanks | Transcription error |
| 58:24 | it's small | it's a small | Transcription error/clarification |
| 59:6 | spreadsheets | spreads | Transcription error |
| 60:12 | specific | specifics | Transcription error/clarification |
| 61:7 | their bank's | the bank's | Transcription error/clarification |
| 61:12 | specific | specifics | Transcription error |
| 63:23 | nimble | nimble, | Transcription error |
| 63:24 | small initially | small, initially | Transcription error |
| 64:13 | customer myself | customize | Transcription error |
| 65:19 | in trade | in the trade | Transcription error/clarification |
| 71:11 | FIC | FICC | Misspelling |
| 71:22 | just is | is | Transcription error |
| 71:25 | of liquidly | of the liquidity provider | Transcription error/clarification |
| 80:12 | Retail Aggregation | retail aggregation | Transcription error |
| 80:13 | Market | market | Transcription error |
| 80:21 | out | out how | Transcription error |
| 80:24 | of the financial | of the way that financial | Transcription error |
| 81:8 | of a history | of the history | Transcription error |
| 81:21 | am | have | Transcription error/clarification |
| 82:17 | comment | comment on | Transcription error |
| 82:19 | operates at | operates | Transcription error |
| 83:10 | acquired CurrentX | acquired, Currenex, | Transcription error/misspelling |
| 83:10 | focused a | focused on | Transcription error |
| 83:12 | CurrentX | Currenex | Misspelling |
| 83:15 | CurrentX | Currenex | Misspelling |
| 83:16 | provided | provider | Transcription error |
| 83:18 | reused | used | Transcription error/clarification |

| Page: Line | From | To | Reason for Change |
|---|---|---|---|
| 83:18 | CurrentX | Currenex | Misspelling |
| 83:24 | CurrentX | Currenex | Misspelling |
| 83:25 | Current X | Currenex | Misspelling |
| 84:4 | Current X | Currenex | Misspelling |
| 84:11 | Current X | Currenex | Misspelling |
| 84:13 | Current X.  So, by the time Current X | Currenex.  So, by the time Currenex | Misspelling |
| 84:14 | it was classified | it classified | Transcription error/clarification |
| 84:16 | rules of ineligible | rules of an eligible | Transcription error |
| 84:21 | Current X | Currenex | Misspelling |
| 84:23 | originated it from | originated from | Transcription error/clarification |
| 85:10 | because it's in their view has | because it, in their view, has | Transcription error/clarification |
| 87:24 | $20 in million | $20 per million | Transcription error |
| 88:5 | millions | million | Transcription error |
| 88:16 | is | as | Transcription error/clarification |
| 89:10 | 2000 | 2009 | Clarification |
| 92:25 | as | was | Transcription error/clarification |
| 93:12 | some are published price list | some have published price lists | Transcription error/clarification |
| 93:12 | particularly, | particularly | Transcription error |
| 93:19 | variations in | variations on | Transcription error |
| 95:10 | specifics | specific | Transcription error |
| 95:23 | other MTF | off-MTF | Transcription error |
| 95:24 | rules | same rules | Transcription error |
| 96:13 | response to | response was to | Transcription error/clarification |
| 96:14-15 | US. We had, you know, this regulation | US and we had MiFID regulation | Transcription error/clarification |
| 98:9 | everybody in making | everybody, and making | Transcription error/clarification |
| 99:9 | CurrentX, Current X | Currenex, Currenex | Misspelling |
| 99:10 | play | provider | Transcription error/clarification |
| 99:12 | CurrentX's | Currenex's | Misspelling |
| 99:22 | of flow | of that flow | Transcription error |

| Page: Line | From | To | Reason for Change |
|---|---|---|---|
| 100:18 | services was | services, was | Transcription error |
| 101:22 | model | models | Transcription error |
| 103:2 | dolls | dollars | Transcription error |
| 103:5 | percent of dollars | percent or dollars | Transcription error |
| 103:25 | from flow | from the flow | Transcription error |
| 107:12 | pbs | pip | Transcription error/misspelling |
| 108:15 | them for services | for services | Transcription error/clarification |
| 108:23 | somewhat of | somewhat | Transcription error |
| 108:24 | explaining | explain | Transcription error |
| 112:18 | especially, given | especially given | Transcription error |
| 113:8 | especially, for | especially for | Transcription error |
| 114:22 | on | to | Transcription error |
| 117:2 | I've, certainly, seen | I've certainly seen | Transcription error |
| 119:10 | irrelative | the relative | Transcription error |
| 120:10 | payors | pairs | Transcription error |
| 120:14 | payor | pair | Transcription error |
| 124:17 | committed | permitted | Transcription error |
| 125:3 | It's simply | There's simply | Transcription error |
| 126:15 | graphical | graphical user | Clarification |
| 127:13 | question how | question of how | Transcription error |
| 127:14 | price points. All the | price points – all the | Transcription error |
| 127:16 | payor | pair | Transcription error |
| 128:15 | speed. Depending | speed, depending | Transcription error |
| 128:15 | connected, there | connected. There | |
| 129:25 | way | ways | Transcription error |
| 130:14 | at | there are | Transcription error |
| 130:15 | of one of | one of which | Transcription error |
| 133:5 | money to writing each of those | money writing to each of those feeds | Transcription error/clarification |
| 133:8 | simple | single | Clarification |
| 134:17 | qualities | categories | Clarification |
| 134:17 | call it. | call them. | Transcription error |
| 134:18-20 | So they have a bronze, silver and gold price feed. But this they probably have, you know, three or four price | So they have bronze, silver and gold price feed buckets, so they probably have only three or four price feeds, with different pricing. | Transcription error/clarification |

| Page: Line | From | To | Reason for Change |
|---|---|---|---|
| | feeds, different pricing. | | |
| 134:24 | Deutsch Bank | Deutsche Bank | Misspelling |
| 135:10 | then | than | Misspelling |
| 135:13 | as I say, 2010 | as I say, in 2010 | Transcription error/clarification |
| 136:20 | Deutsch Bank | Deutsche Bank | Misspelling |
| 137:22 | not a | another | Transcription error |
| 138:21 | in the -- you know, whether | as to whether | Clarification |
| 139:9 | payors | pairs | Transcription error |
| 139:10 | payors | pairs | Transcription error |
| 139:18 | beat absolutely, | beat, absolutely, | Transcription error |
| 139:21 | market in | market, in | Transcription error |
| 140:10 | the all | the best all | Transcription error |
| 142:15 | I need | I'd need | Transcription error |
| 142:17 | report. But | report, and | Transcription error |
| 142:18 | separate | recollecting | Transcription error |
| 144:19 | varying customer | arrangements with the customer | Transcription error/clarification |
| 145:21 | at | of | Transcription error |
| 145:21 | look would | look, would | Transcription error |
| 147:7 | price change | foreign exchange | Transcription error |
| 147:8 | the | that | Transcription error |
| 147:9 | exist | exists | Transcription error |
| 147:19 | connection | content | Clarification |
| 147:22 | disclosures more than | disclosures than | Clarification |
| 148:11 | particularly, running | particularly, with running | Clarification |
| 148:15-16 | measure, in fact, increasingly | measure. In fact, I increasingly | Transcription error/clarification |
| 148:16 | measuring impact | measuring the impact | Transcription error/clarification |
| 149:7 | okayed | that occurred | Transcription error |
| 149:25 | poorer of quality of | poorer quality | Transcription error |
| 150:7 | check | they'll take | Transcription error |
| 150:10-12 | market is that they're trying to cover the risk in is -- are out baiting its pricing. | market (that they're trying to cover the risk in) is updating its pricing. | Transcription error |

| Page: Line | From | To | Reason for Change |
|---|---|---|---|
| | | | |
| 150:14 | Reuter's | Reuters | Misspelling |
| 150:15 | UBS | EBS | Transcription error |
| 150:19 | UBS | EBS | Transcription error |
| 152:3 | I was | I'm | Transcription error |
| 152:22 | personal | person | Transcription error |
| 154:12 | aware it | aware. It | Transcription error |
| 156:14 | there what | there | Transcription error |
| 156:15 | was, but | was. But | Transcription error |
| 158:13 | point | flow | Transcription error |
| 158:14 | resale | retail | Transcription error |
| 159:14 | trades. And – sorry, go ahead. | trades in the environment. | Transcription error |
| 162:2 | your | you | Transcription error |
| 162:5 | jut | just | Misspelling |
| 162:5 | get | got | Transcription error |
| 165:7 | along side | alongside | Transcription error |
| 166:3 | went into the business | are winning the business | Transcription error |
| 168:20 | at whole | as a whole | Transcription error |

Witness Signature: _____

Subscribed and sword to before me this ____ day of _____, 2021.

6