# EXHIBIT 186

CONFIDENTIAL

Page 1

1        CONFIDENTIAL - ROBERT N. LANDE
2           UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
3

     In re:                         :
4                                   :  Master File No.
     Global Brokerage, Inc.         :  1:17-cv-00916-RA
5    F/k/a FXCM, Inc.,              :
     Securities Litigation          :
6    ----------------------         :
7
8       REMOTE VIDEO DEPOSITION VIA ZOOM OF:
9                 ROBERT N. LANDE
10   PURSUANT TO RULE 30(b)(6) and INDIVIDUALLY
11            THURSDAY, JANUARY 14, 2021
12
...
24   REPORTED BY:
     SILVIA P. WAGE, CCR, CRR, RPR
25   JOB NO. 4379162

CONFIDENTIAL

Page 97

1       CONFIDENTIAL - ROBERT N. LANDE
2   You know, we frequently had conversations and
3   then we had typically, not just yearend, each
4   quarter end as well.  We would have a more formal
5   conversation where we would discuss -- I would
6   discuss the results, discuss any accounting
7   issues.  It wouldn't just be me in there.  It
8   would be the Chief Accounting Officer as well.
9   And we would be -- we would run through
10  accounting issues.  We would run through the
11  results.  We would ask questions.  You know,
12  those tend to be fairly lengthy elaborate
13  informal kind of reviews and that occurred, like
14  I said, once a quarter and once for sure every
15  yearend.
16          Q.  And you had previously referenced
17  that ENY had supported or come to a determination
18  as to whether EFFEX needed to be consolidated or
19  declared as a VIE.
20          Do you recall when ENY came to that
21  conclusion?
22          A.  Well, they would have -- they would
23  have come to that conclusion right from the
24  beginning of the relationship.  You know, I don't
25  remember, specifically, then.  That's a long time

CONFIDENTIAL

Page 98

1    CONFIDENTIAL - ROBERT N. LANDE
2    ago.  But, you know, any new substantive
3    relationship we have, any new substantive
4    contract we have, everything is considered then.
5    So it wasn't anything unique about the EFFEX
6    relationship.  It was a substantial relationship,
7    you know.  They could see very clearly in our
8    general ledger system, you know, the lines that
9    were dedicated to revenues or receivables you
10   know, coming from EFFEX, you know, like they
11   would likewise look at any detail from any of the
12   lines in there pretty extensive review.
13           So, no, I don't remember any moment
14   as such where, you know, they concluded it wasn't
15   a VIE, that this was an ongoing process that
16   never stopped and would have started, you know,
17   right from when, you know, results from EFFEX
18   would have started showing up in our results.
19           Q.  So when you testified earlier as to
20   ENY agreeing with that determination, are you
21   referring to anything -- any specific document or
22   instant or, is that just on the basis of your
23   understanding of this process as it's played out
24   from 2010 through 2016?
25           A.  Yeah, the latter.  If ENY had a

Page 99

1  CONFIDENTIAL - ROBERT N. LANDE
2  problem, trust me we would have all known about
3  it.
4      Q.  Do you recall any specific
5  conversations between yourself or anyone else
6  from FXCM with anyone from ENY about EFFEX in
7  particular in 2010?
8      A.  No, I -- I mean, besides that's a
9  long time ago.  I don't think there was anything
10 particularly unique about this relationship that
11 I would, you know, remember something that was
12 uniquely done on this relationship.  I think -- I
13 don't know when exactly it was, but at some point
14 there was some discussion about whether an option
15 on EFFEX was valid or not.  The conclusion that
16 we reached and legal reached and, you know, it
17 was certainly borne out my memory is by future
18 communications with EFFEX is that the option was
19 never in effect.  But options are -- you know, I
20 do remember having some discussions about options
21 with ENY because options are tricky things to
22 value in financial statements and the disclosures
23 around them can be tricky.  And so I do remember
24 having some discussions with them around the
25 option, but then it was concluded that this

1      CONFIDENTIAL - ROBERT N. LANDE
2      C E R T I F I C A T E   O F   R E P O R T E R
3      I, SILVIA P. WAGE, a Certified Shorthand
4   Reporter, Certified Realtime Reporter and Registered
5   Reporter, herby certify that the witness in the
6   foregoing deposition was by me duly sworn to tell
7   the truth, the whole truth, and nothing but the
8   truth in the within-entitled cause; that said
9   deposition was taken down in shorthand by me, a
10  disinterested person, at the time and place
11  therein stated, and that the testimony of the
12  said witness was thereafter reduced to
13  typewriting, by computer, under my direction and
14  supervision; that before completion of the
15  deposition, review of the transcript [X] was [ ]
16  was not requested.  If requested, any changes
17  made by the deponent (and provided to the reporter)
18  during the period allowed are appended hereto.
19      I further certify that I am not of counsel
20  or attorney for either or any of the parties to
21  the said deposition, nor in any way interested in
22  the event of this cause, and that I am not
    related to any of the parties thereto.
23
24  <%9932,Signature%>
    dated: 1/27/2021
25  License No. 30X100182700

**Deposition Errata Sheet**

Caption: *In re Global Brokerage, Inc. f/k/a FXCM, Inc., Securities Litigation*, Master File No. 1:17-cv-00916-RA-BCM

Deponent: Robert Lande

Deposition Date: 1/14/2021

| Page | Line | From | To | Reason for Change |
|---|---|---|---|---|
| 8 | 24 | I'm attorney | I'm an attorney | Transcription error |
| 24 | 3 | Vice President finance | Vice President of finance | Transcription error |
| 24 | 10 | CanBRASS | Canbras | Transcription error |
| 24 | 19 | very extensive | very extensively | Misspelling |
| 28 | 3 | and is now has | and now has | Transcription error |
| 28 | 5 | a group of Pia Toscana's | Grupo Biotoscana | Transcription error |
| 29 | 22 | ENY | E&Y | Transcription error |
| 30 | 21 | CR | SEDAR | Transcription error |
| 31 | 8 | a right | the rights | Transcription error |
| 31 | 22 | Pink Sheet | a Pink Sheet | Transcription error |
| 32 | 8 | CR | SEDAR | Transcription error |
| 32 | 25 | ENY | E&Y | Transcription error |
| 33 | 18 | ENY | E&Y | Transcription error |
| 35 | 2 | charter | chartered | Transcription error |
| 35 | 18 | still | I still | Transcription error |
| 35 | 23 | charter | chartered | Transcription error |
| 40 | 10 | there is a | there are a | Transcription error |
| 45 | 12 | as CFO | as a CFO | Transcription error |
| 45 | 25 | appropriate thoughts controls | appropriate controls | Transcription error |
| 46 | 3 | insurance | ensuring | Misspelling |
| 46 | 14 | stocks | internal | Transcription error |
| 46 | 18 | served that capacity | served in that capacity | Transcription error |
| 47 | 9 | stocks | internal | Transcription error |
| 51 | 22 | Him name | His name | Transcription error |
| 54 | 10 | dealing desk | no deal desk | Transcription error |
| 54 | 12 | camp | term | Transcription error |
| 59 | 23 | MDNAs | MD&As | Transcription error |
| 60 | 2 | MDNA | MD&A | Transcription error |
| 61 | 20 | MDNAs | MD&As | Transcription error |
| 63 | 5 | comment | comments | Transcription error |
| 64 | 2 | MDNAs | MD&As | Transcription error |
| 65 | 14 | had requirement | had the requirement | Transcription error |
| 65 | 16 | we had all get | we had to all get | Transcription error |
| 69 | 18 | and is | and | Transcription error |
| 70 | 10 | ENY | E&Y | Transcription error |

| 70 | 11 | ENY | E&Y | Transcription error |
| --- | --- | --- | --- | --- |
| 71 | 9 | Stallow | Stollow | Misspelling |
| 71 | 10 | Stallow | Stollow | Misspelling |
| 72 | 12 | questionnaire 12 | questionnaire to | Transcription error |
| 74 | 2 | ENY | E&Y | Transcription error |
| 74 | 4 | ENY | E&Y | Transcription error |
| 74 | 18 | ENY | E&Y | Transcription error |
| 75 | 24 | ENY | E&Y | Transcription error |
| 76 | 7 | ENY | E&Y | Transcription error |
| 76 | 17 | ENY | E&Y | Transcription error |
| 77 | 15 | went public was | went public and was | Transcription error |
| 77 | 23 | role | roles | Transcription error |
| 78 | 5 | ENY | E&Y | Transcription error |
| 79 | 25 | Ox | Oxley | Transcription error |
| 80 | 8 | MDNAs | MD&As | Transcription error |
| 83 | 15 | rec | rev rec | Transcription error |
| 84 | 11 | tree to | tree to go | Transcription error |
| 87 | 11 | ran | run | Transcription error |
| 91 | 25 | that did | that it did | Transcription error |
| 92 | 6 | ENY | E&Y | Transcription error |
| 92 | 8 | ENY | E&Y | Transcription error |
| 92 | 14 | shareholder | shareholders | Transcription error |
| 92 | 17 | ENY | E&Y | Transcription error |
| 92 | 19 | ENY | E&Y | Transcription error |
| 93 | 2 | ENY | E&Y | Transcription error |
| 93 | 14 | price | Price | Transcription error |
| 94 | 3 | Dryant | Janet | Transcription error |
| 94 | 5 | short | shortly | Misspelling |
| 96 | 14 | ENY | E&Y | Transcription error |
| 97 | 17 | ENY | E&Y | Transcription error |
| 97 | 20 | ENY | E&Y | Transcription error |
| 98 | 20 | ENY | E&Y | Transcription error |
| 98 | 25 | ENY | E&Y | Transcription error |
| 99 | 6 | ENY | E&Y | Transcription error |
| 99 | 21 | ENY | E&Y | Transcription error |
| 100 | 7 | MDNA | MD&A | Transcription error |
| 120 | 10 | this rose | that arose | Transcription error |
| 120 | 14 | ENY | E&Y | Transcription error |
| 123 | 11 | ENY | E&Y | Transcription error |
| 126 | 10 | ENY | E&Y | Transcription error |
| 128 | 18 | Audio Committee | Audit Committee | Transcription error |
| 132 | 2 | Weill | Weil | Misspelling |
| 132 | 23 | Weill | Weil | Misspelling |
| 133 | 6 | passed | past | Transcription error |
| 139 | 24 | Niv as | Niv has | Transcription error |

| 142 | 15 | to be | for the | Transcription error |
| --- | --- | --- | --- | --- |
| 144 | 21 | interbanks | interbank | Transcription error |
| 145 | 22 | FX | Effex | Transcription error |
| 159 | 23 | an up | an update | Misspelling |
| 160 | 21 | ENY | E&Y | Transcription error |
| 164 | 18 | Marg | Marge | Misspelling |
| 165 | 14 | wouldn't | would | Transcription error |
| 166 | 19 | ENY | E&Y | Transcription error |
| 167 | 16 | ENY | E&Y | Transcription error |
| 167 | 19 | ENY | E&Y | Transcription error |
| 168 | 9 | ENY | E&Y | Transcription error |
| 168 | 25 | ENY | E&Y | Transcription error |
| 169 | 24 | ENY | E&Y | Transcription error |
| 170 | 11 | entities | Effex | Transcription error |
| 178 | 23 | here it is at | it is thought to be at | Transcription error |
| 180 | 19 | cost | a cost | Transcription error |
| 180 | 23 | fee | fees | Transcription error |
| 181 | 7 | on | on a | Transcription error |
| 184 | 13 | MDNA | MD&A | Transcription error |
| 185 | 15 | EMP | BNP | Transcription error |
| 185 | 18 | MDNA | MD&A | Transcription error |
| 186 | 4 | a | their | Transcription error |
| 186 | 13 | MDNA | MD&A | Transcription error |
| 186 | 21 | MDNA | MD&A | Transcription error |
| 187 | 20 | MDNA | MD&A | Transcription error |
| 189 | 9 | MDNA | MD&A | Transcription error |
| 189 | 14 | MDNA | MD&A | Transcription error |
| 191 | 8 | he trade | e-Trade | Transcription error |
| 192 | 22 | MDNA | MD&A | Transcription error |
| 194 | 22 | MDNA | MD&A | Transcription error |
| 195 | 8 | MDNA | MD&A | Transcription error |
| 195 | 16 | competitor saying | competitive thing | Transcription error |
| 196 | 10 | MDNA | MD&A | Transcription error |
| 196 | 25 | BNPP | BNP P3 | Transcription error |
| 196 | 26 | BNPP | BNP P3 | Transcription error |
| 197 | 8 | BNPP | BNP P3 | Transcription error |
| 197 | 21 | date | data | Misspelling |
| 199 | 23 | Stallow | Stollow | Misspelling |
| 200 | 9 | Stallow | Stollow | Misspelling |
| 200 | 13 | ENY | E&Y | Transcription error |
| 200 | 13 | Stallow | Stollow | Misspelling |
| 205 | 13 | Stallow | Stollow | Misspelling |
| 205 | 24 | Stallow | Stollow | Misspelling |
| 206 | 6 | Stallow | Stollow | Misspelling |
| 206 | 16 | Stallow | Stollow | Misspelling |

| 206 | 25 | Stallow | Stollow | Misspelling |
|-----|----|---------|---------|-------------|
| 207 | 5  | Stallow | Stollow | Misspelling |
| 214 | 2  | Stallow | Stollow | Misspelling |
| 214 | 3  | Stallow | Stollow | Misspelling |
| 215 | 9  | ENY     | E&Y     | Transcription error |
| 220 | 14 | ENY     | E&Y     | Transcription error |
| 221 | 4  | ENY     | E&Y     | Transcription error |
| 221 | 6  | ENY     | E&Y     | Transcription error |
| 221 | 14 | ENY     | E&Y     | Transcription error |
| 221 | 15 | ENY     | E&Y     | Transcription error |
| 221 | 21 | ENY     | E&Y     | Transcription error |
| 222 | 3  | ENY     | E&Y     | Transcription error |
| 223 | 17 | ENY     | E&Y     | Transcription error |
| 224 | 16 | Weill   | Weil    | Misspelling |

Witness Signature: _____ *(Robert Sandle)*

__16th__ day of __March_____, 2021.

4