Joshua Baker<br>
jbaker@rosenlegal.com<br><br>
August 26, 2022

**<u>VIA ECF</u>**

The Honorable Ronnie Abrams  
United States District Court  
Southern District of New York  
Thurgood Marshall United States Courthouse  
40 Foley Square, Courtroom 1506  
New York, NY 10007  

          Re: *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*  
               Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Abrams:

      Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., and E-Global Trade and Finance Group, Inc., ("Plaintiffs") and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout ("Defendants" and with Plaintiffs, the "Parties") submit this joint letter pursuant to the Court's instruction during the conference held on August 19, 2022, to propose a schedule of events relating to the joint pretrial order. The Parties jointly propose the following schedule:

1. On or by October 14, 2022:

   a. Plaintiffs shall serve on Defendants an initial draft of the joint pretrial order, including the information required under Fed. R. Civ. P. 26(a)(3) and the items listed under Sections 6(A) of Your Honor's Individual Rules of Practice in Civil Cases ("Individual Rules"), as well as an initial draft of the joint proposed *voir dire* questions, verdict form, and jury instructions, per Section 6(B)(iii) of the Individual Rules; and

   b. Defendants shall serve on Plaintiffs their initial lists of trial witnesses, designations of deposition testimony, and list of exhibits as contemplated by Sections 6(A)(viii)-(x) of the Individual Rules and Fed. R. Civ. P. 26(a)(3).

2. On or by November 14, 2022:

   a. Defendants shall serve on Plaintiffs their proposed mark-ups of the draft joint pretrial order and the draft joint proposed *voir dire* questions, verdict form, and jury instructions; and

   b. The Parties shall exchange counter-designations and objections to the opposing parties' initial submissions under Sections 6(A)(viii)-(x) of the Individual Rules and Fed. R. Civ. P. 26(a)(3).

3. On or by December 14, 2022:

    a. The Parties shall finalize, and Plaintiffs shall file, a final joint pretrial order and joint proposed *voir dire* questions, verdict form, and jury instructions; and

    b. The Parties shall file and serve any motions *in limine* or pretrial memoranda contemplated by Section 6(B)(i)-(ii) of the Individual Rules.

    c. The Parties shall submit to the Court and serve on opposing counsel, but not file, all documentary exhibits.

4. On or by January 25, 2023, the Parties shall file any objections or documents in opposition as contemplated by Section 6(D) of the Individual Rules.

A proposed scheduling order is submitted herewith.

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

*/s/Joshua Baker*
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Class Counsel for Plaintiffs and the Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

**KING & SPALDING LLP**

*/s/Israel Dahan*
Israel Dahan
Peter Isajiw
Ryan Gabay
1185 Avenue of the Americas
New York, New York 10036-2601
Tel: (212) 556.2100
Fax: (212) 556.2200
Email: idahan@kslaw.com
Email: pisajiw@kslaw.com
Email: rgabay@kslaw.com

Chelsea Corey
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (512) 503.2622
Email: ccorey@kslaw.com

*Attorneys for Defendants*