# Exhibit 3





# Research Analyst Presentation

August 17, 2010



**CONFIDENTIAL**

CONFIDENTIAL

GLBR_00103494

# Disclaimer

This summary is not, and under no circumstances is to be construed to be a prospectus, offering memorandum, advertisement or public offering of any securities of Forex Capital Markets, LLC ("FXCM" or the "Company"). Neither the US Securities and Exchange Commission (the "SEC") nor any other state securities regulator has approved or disapproved of FXCM's securities or has made any determination as to the truthfulness or completeness of the disclosure in this document. Any representation to the contrary is an offense.

FXCM has not registered its securities under the US Securities Act of 1933, as amended (the "US Securities Act"), or any state securities or "blue sky" laws and FXCM is not registered under the US Investment Act of 1940, as amended. The securities of FXCM (the "Securities") may not be offered or sold in the US or to US persons unless registered under the US Securities Act and applicable state securities laws or an exemption from such registration is available.

Recipients of this summary are not to construe the contents of this summary as legal, tax or investment advice and recipients should consult their own advisors in this regard.

The information presented in this summary, including, without limitation, the market analysis and financial projections presented in this summary represent the subjective views of the management of the Company. The Company's current estimates of future performance are based on a number of assumptions which the Company's management believed reasonable at the time of preparation, but there is no assurance that such estimates will be realized and actual results may vary significantly from those shown.

FXCM

CONFIDENTIAL

GLBR_00103495

# Agenda

**Company Overview & Investment Highlights**

Industry Overview

Sales and Marketing

Financial

Regulatory

Technology



**CONFIDENTIAL**

**GLBR_00103496**

# Our Opportunity

  X  = 

X

Addressable market larger than biggest equity brokers

Trading frequency of high volume active trading brokers

Revenue per account of equity business 15+ years ago



CONFIDENTIAL

GLBR_00103497

# Company Overview



- FXCM is one of the largest retail FX brokers in the global online foreign exchange market
  - Only major broker to operate with an agency model – <u>not</u> a market maker
  - Offers 24 / 5 online currency trading in 56 unique currency pairs with 24 / 7 customer support
- Founded in 1999. 515 employees in the US and 220 abroad, including 97 in technology
- 65% owned by management



- Headquartered in New York with offices in London, Hong Kong, Tokyo, Sydney, Dubai, Plano and San Francisco
  - Global presence with customer support offered in 12 languages
  - 165k tradable accounts from 167 countries as of June 30, 2010
  - 2009 volumes: Asia 34%; United States 30%; EMEA 19%; ROW 17%
- Acquisition of London-based ODL Group (pending) will expand our presence in Europe and Middle East



- FXCM operates both retail and institutional FX businesses
  - *FXCM :* a retail business in which FXCM acts as agent between retail clients and a collection of large, global FX market makers and earns a spread on trading volume (90% of 2009 revenue)
  - *FXCM Pro:* an institutional agency-based business, targeted toward banks, hedge funds, corporations and other institutional money managers (7% of 2009 revenue)



- 2009 net revenues of $247M and EBITDA of $98M
- 1H2010 net revenues of $136M and EBITDA of $57M



5

GLBR_00103498

# Product Overview

| | Retail FX | FXCM Pro | CFDs, Oil, Metals | On Exchange |
|---|---|---|---|---|
| Business Model | Agency only Full service Proprietary technology | ECN – Today: Third Party White Label Proprietary Platform: Q1 2011 | Market maker (Principal) Proprietary technology | Agency /On Exchange Equities & Options Proprietary & 3rd Party tech |
| Client Base | Retail clients | Large institutional investors, including banks and hedge funds | Retail clients | Mostly UK retail option traders |
| Client Generation | Direct and Indirect (Referring Broker) | Direct | Direct and Indirect | Direct |
| 2009 % Revenue Contribution | 90% | 7% | 1% | 0% – added with ODL acquisition |
| Competitors | CMC, Gain, GFT, IG Group(2), Interbank FX, Saxo | Currenex, EBS, Hotspot, Single Bank Platforms | CMC, IG Group(2), Saxo | Major brokerage houses |
| Market Size (1) | $2.5 bn | $800+ mm | Est $1bn | Not a major contributor in next 24 months |
| Future Opportunities | Increasing share organically & via M&A, and geographic expansion | Proprietary trading platform rolling out in Q1'2011 | Introducing agency-based model | Integration with FX; developing markets |

1)   Source: Aite Group, FXCM estimates.
2)   Listed on LSE.



CONFIDENTIAL

GLBR_00103499

# Investment Highlights

1. Differentiated Agency Model – Customer -"Friendly"

2. Defendable Market Leadership Position

3. Attractive Industry Dynamics with Global Market Opportunity

4. International Reach and Scale in High-growth Markets

5. High Margin, High Growth and Low-risk Business Model

6. Majority Owned by Experienced Management Team with Proven Track Record

7

CONFIDENTIAL

GLBR_00103500

# 1.   Differentiated Agency Model – Customer- "Friendly"

- **FXCM uses an agency model, unique among major providers of Retail FX**
  - FXCM is the largest agency broker in the world
  - When started in 1999, FXCM operated using a principal model
  - In July 2007, FXCM completed a transition to the agency model

- **FXCM's agency model offers distinct advantages to clients**
  - No conflict of interest
  - No restrictions on trading style
  - Transparent and attractive pricing from 16 FX market makers
  - Consistent execution regardless of customer size or profitability

- **FXCM's agency model offers distinct advantages to the company**
  - Preferred by customers and regulators
  - More stable, predictable source of revenue
  - Better reputation leads to lower customer acquisition costs
  - Frees financial and management resources to focus on customer experience and marketing
  - Regulatory capital requirements are low compared to brokers

FXCM

CONFIDENTIAL

GLBR_00103501

# 2. Defendable Market Leadership Position

- **Proprietary and scalable trading platform that is difficult to replicate**
  - Technology and infrastructure for agency / riskless principal model is not widely available, FXCM spent many years and tens of millions of dollars to build its platform
  - Connections to market makers require customization
  - 3rd party agency-based model built for institutional market – not able to scale up for large # of retail clients
    - Our platform provides 500 prices per second for 81 currency pairs/CFDs, processes over 400k trades per day from 165,000 clients who can access the system in 16 languages
    - Current platform is scalable to handle 3x to 5x more volume and additional asset classes

- **Strong brand**
  - Best-in-class in-house digital marketing organization drives consistent organic growth in clients at low acquisition costs
  - Over $60 Million spent establishing FXCM brand worldwide – widespread awareness of FXCM name
  - Over 1m unique visitors and 14m pages views per month for web properties that lead to large flow of free organic leads
  - 2009 FXCM digital spend: $25.5M; among web advertisers – Scottrade (#1) at $100M+, TD Ameritrade (#3) at $28M+ and E*Trade (#9) at $24M+ [1]

- **Attractive customer mix**
  - We offer solutions for complete spectrum of customers, from beginner to expert
  - Agency model, deep liquidity and robust execution attract more sophisticated, stable and longer term customer base
    - Over 40% of accounts have been with FXCM for more than 4 years
    - Over 70% of clients re-fund their accounts

---

1) *Source: Nielsen Online;confidential*

9

CONFIDENTIAL

GLBR_00103502

# Comparison with eBrokers

| Retail FX vs. Equities (2009) | | | |
|---|---|---|---|
| | FXCM | Active Equity Brokers [1] | Retail Equity Brokers [1] |
| Ending customer accounts | 141K | 46-134K | 2.6-9.9M |
| DARTs | 346k | 90K-347k | 197-371k |
| Annual trades per average account | 727 | 510-597 | 8-19 |
| Annual revenue per account | $2,363 | $2,800-3,500 | $120-210 |
| Customer assets per account | $2,517 | $45,000-$113,000 | $57,000-140,000 |

1) Interactive Brokers, TradeStation.
2) TD Ameritrade, E*Trade, Charles Schwab.

FXCM

CONFIDENTIAL

GLBR_00103503

## 3.   Attractive Industry Dynamics with Global Market Opportunity

- **Retail FX is a 15 year-old segment of the Global FX Market**
  - Self directed traders trading currency pairs online
  - Similar demographics to online retail equity investors
- **Retail FX volumes have grown at a CAGR of 35%**
  - ADV $10bn in 2001 to est. ADV of $110bn USD in 2009 [1]
- **Growth is projected to continue at high rates due to**
  - Investor awareness and sophistication combined with rapid proliferation of information globally
  - FX is not correlated to equity markets
  - FX is easy to trade – available 24 hours, five days per week – increasingly important versus an 8 hour equity trading window
- **Regulatory framework is changing provider landscape and increasing investor confidence, shrinking field of providers and raising price of entry**
  - Major market regulators have dramatically increased oversight of market in last five years
  - Despite customer growth in double digits, number of retail FX firms shrinking
  - Future changes will eliminate more firms as scale and investor friendly trading practices become more important

**FXCM is the largest US provider of retail FX and the second largest in the world [2]**
**Volumes have grown at a CAGR of 66% from 2001 through 2009**

1)   Source: Aite Group.
2)   By FX revenues based on Company estimates, SEC or other public filings.

≫ FXCM
POWERED BY DIGITAL CAPITAL MARKETS

11

## 4.   International Reach and Scale in High-Growth Markets

- **FXCM's international reach enables it to profit from the global growth in retail FX**
  - FXCM serves clients in 167 countries, offers its trading platform in 16 languages, develops unique FX content and provides customer support in 12 languages
  - We service these clients with a single platform that works in all markets; unlike equities that must be custom built for each market
  - We have a physical presence and are regulated in six jurisdictions
  - Largest provider of retail FX in the United States, yet over 73% of our revenue is non-US
  - Regulated by multiple regimes reducing impact of changes in a single region

- **As one of the largest retail FX firms in the world as measured by volume, FXCM's scale gives it a significant competitive advantage over other brokers**
  - Better prices from FX market makers that we pass on to customers
  - Can add customers organically and via acquisition with negligible additional costs and regulatory capital demands
  - Lower advertising rates

CONFIDENTIAL

GLBR_00103505

# Global Operations

## FXCM has operating entities in the United States, United Kingdom, Europe, Middle East, China and Australia



CONFIDENTIAL

GLBR_00103506

## 5.   High Margin, High Growth, and Low-Risk Business Model

- **FXCM's transaction driven revenues grow with increases in volume, not profit/losses from market making**
  - Stable revenue stream from fees on transaction volume
  - Revenue is not as correlated to volatility as peers in brokerage segment
  - No interest rate risk
  - Potential upside as carry trade returns generating fees from rollover revenues

- **Scalable business model results in increasing EBITDA margins and high positive cash flow**
  - Marginal contribution of new client volume 75% +
  - Very low additional capital expenditures
  - Low incremental regulatory capital requirements

- **Agency model and conservative risk management results in reduced balance sheet risk and lower regulatory capital requirements**
  - Agency model carries no market risk – trades hedged automatically with liquidity provider
  - FXCM's credit management policies result in low credit risk
    - FXCM's automated margin management does not allow negative balances
    - FXCM does not extend credit to retail customers
    - Multiple FX market maker partners reduce counterparty risk
  - Combination of market and credit risk practices results in low marginal regulatory requirements for increased trading volumes
  - Free cash flow, low capex and regulatory capital result in significant excess capital

FXCM

14

# 6.   Majority Owned by Experienced Management Team with a Proven Track Record

- **The core management team has been together since the founding of the Company in 1999**
  - The management team has deftly guided the Company across market cycles
  - Own over 65% of the company and remain committed to its future
- **Pioneer in online retail FX industry**
  - FXCM's core technology team played key roles in developing platforms for five early retail FX brokers  - Money Garden, ACT, eForex, GFT and FXCM
- **Survived Refco bankruptcy**
  - 35% stake holder / source of 37% of revenues, causing significant disruption to the business
  - Today largest introducing broker <10% of sales
- **Navigated switch to agency model**
  - Significant drop in revenues before switch
- **No impact from Lehman Brothers bankruptcy**
  - No disruption to business
  - Lehman was only one of nine price providers
  - No funds tied up in bankruptcy
- **Successfully managed AIG failure**
  - AIG was then one of two prime brokers for FXCM Pro business
  - Switched business to other prime broker within two weeks without disruption to business
  - Industry leader used AIG as sole prime broker, which caused disruption
  - Currently four prime brokers

**FXCM**

GLBR_00103508

# Management Team



**CONFIDENTIAL**

GLBR_00103509

# Growth Strategies

## 1 Organically Grow Retail Customer Base

- ◆ Capture more market share
  - – Smaller firms have begun to exit given higher regulatory capital requirements and compliance costs
  - – Roll-out value added features to penetrate active trader segment
- ◆ Extend life and increase trading of customers
  - – Product enhancements to increase trading volume per customer



**# of US Retail FX Brokers**

**Retail FX Market Share**

## 2 Geographic Expansion

- ◆ Continue local office openings
- ◆ Use ODL acquisition to accelerate growth in Europe
- ◆ Expand emerging markets including Central and Eastern Europe and Middle East



**2009 Trading by Geography**

## 3 Broaden Product Offerings

- ◆ Complete transition to in-house technology platform for FXCM Pro
- ◆ Expand recently introduced CFD, Oil, Metals products
- ◆ Explore synergies of equity/option broker dealer



**FXCM Pro Revenue**

## 4 Make Targeted Acquisitions

- ◆ FXCM is well capitalized to take out competitors
- ◆ Management team is experienced with integration



Selected Purchases—last 18 Months

| | | |
|---|---|---|
| **Hotspot FX Retail** | Certain assets of retail Forex business | Jan-09 |
| **i-Trade FX** | US & international clients | May-09 |
| **ODL Securities** | 100% acquisiton | May-10 |

Source:   FXCM; Wall Street estimates.
1)        Comprised of institutions having less than 2% market share each
2)        Per Greenwich Associates

17

**CONFIDENTIAL**

**GLBR_00103510**

# Agenda

Company Overview & Investment Highlights

Industry Overview

Sales and Marketing

Financial

Regulatory

Technology



CONFIDENTIAL

GLBR_00103511

# Retail FX Industry

- **Trading volumes in FX dwarf other major asset classes**
  - Global FX market volumes ($4.0tr) more than six times greater than US Treasury ($600bn) and twelve times global equity markets ($321bn)
  - Retail FX is now 12% of the total volume

- **Retail FX was first offered in the United States in 1996**
  - Prior to that, only available to high net worth individuals

- **CAGR of 35% since 2001**
  - Global trading population; US represents less than 25% of total market

- **Growth in retail FX is primarily driven by increasing awareness of FX and adoption of FX trading by equity traders**
  - Adoption has accelerated as a result of the recent volatility in financial markets and widespread discussion of currencies (i.e. Euro)

- **Retail FX population is still small relative to other retail trading**
  - Profile of FX Trader almost identical to online trader of equities, but less than 2% of total market trades FX
  - FX Trader is more active (24 hour market), makes more trades, deposits less money than equity trader



Retail FX Average Daily Volume [1]

1)  *Source: Aite, SIFMA and World Federation of Exchanges.*
2)  *Based on CFTC minimum capital requirements and firms' reported capital as of March 2010.*

19

CONFIDENTIAL

GLBR_00103512

# FXCM's Agency Model – Overview

- **The dominant business model in retail FX is the principal or market making model**
  - The prevailing wisdom among FX brokers is that retail investors will lose more than they win, profiting the market maker
  - In the early days of the industry, it was not possible to get major market making banks to accept large numbers on individual retail trades
- **Beginning in July 2007, FXCM adopted an agency business model, whereby the company charges a spread without taking a principal position in client trades**
  - Previously, the Company operated only a principal business model, and quoted its own prices to clients
  - This is still the predominant business model for FX brokers around the world
- **FXCM serves as an intermediary and provides access to quotes from 16 of the world's largest FX banks/market makers**
  - FXCM's system presents the best bid/offer from our FX liquidity providers
  - The client executes a trade on our internet platform
  - FXCM is a "riskless principal" acting as counterparty to client and instantly executing a offsetting trade with the liquidity provider
  - FXCM earns the mark up it adds to the spread offered by the liquidity provider

## Trade Flow Process [1]



1) Based on FXCM quote to client of 1.7638/42 GBP/USD and Bank quote to FXCM of 1.7639/40 and mark-up of $130 per million USD traded.

20

CONFIDENTIAL

# FXCM Dealing Revenue Taxonomy

- **FXCM Dealing revenue comes from External Execution (EE), CFDs and Micro**
  - EE is a straight through processing, agency model business
  - CFDs operate on a market maker basis until we can move to agency-based model; Micro effective August 2010 has migrated from a market maker model to agency-based model

- **Dealing Revenues come from two primary sources**
  - Trades – spread earned on trades made by customers
  - Rollover – spread earned on interest paid/collected on positions open "overnight"

- **Trading revenues come from two primary sources**
  - "Hard" markup – spread earned on transactions executed and hedged at standard markup
  - Price Improvement on limit orders – additional spread earned on certain orders where FXCM gives the customer their price but hedges at a better price

- **Revenues are earned in Pips – 1 basis point of notional value**
  - This is the "Pip Markup"
  - A pip is always expressed in the base currency of the trade
  - US Dollar based pips are always $10 per 100k of notional value or $100 per million
  - Non USD based pips are converted to USD at the end of each day and are subject to the value of the dollar vs. the base currency (60% of non $ trades are based in Japanese Yen)
  - There are other miscellaneous factors that impact EE dealing revenue including bank adjustments resulting from moving balances between banks and currencies to balance FXCM's position and revaluing of residuals

- **Dealing revenue is shown on our financials in dollars**
  - Our equivalent to "pricing" is dealing revenue divided by notional volume
  - We refer to this as "Dollar Markup" – it is expressed as $$ per million of notional volume (USD) "Markup per Million" ($$/mm)

**ℤ FXCM**

CONFIDENTIAL

GLBR_00103514

# Agency vs. Principal

## FXCM is the only major broker to operate with an agency model




| Benefits for Customers / Investors | Agency-Based Model | Principal-Based Model |
|---|---|---|
| Transparency | ● | ○ |
| Superior Pricing From Banks | ● | ○ |
| Execution Quality | ● | ○ |
| Low Earnings Volatility | ● | ○ |
| Performance In Low Volatility | ◑ | ○ |
| Regulator Friendly | ● | ○ |
| Limited Balance Sheet Risk | ● | ○ |

● High
○ Low



**Consistent Revenue in Low or Declining Volatility Environment, with Positive Earnings Spikes in High Volatility Periods**

(US$ in millions)

- Q2 09: $57.6
- Q3 09: $57.8
- Q4 09: $57.8
- Q1 10: $60.0
- Q2 10: $78.9

■ FXCM Revenues    ～ FX Vol [1]

1)   Weighted average volatility index of FXCM's five largest currency pairs.

22

CONFIDENTIAL

GLBR_00103515

# Major Retail FX Competitors

| | Agency Only? | Ownership | Founded | Headquarters | Other Products Offered | Currency Pairs Supported | Accounts | Retail/ Institutional Split (%) | Geography (Based on 2009 Revenues)[4] | Leverage (x) | Estimated Market Share (%) | Brands/ Other Names |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SAXO BANK | ☒ | Management, General Atlantic | 1992 | Netherlands | CFDs, equities, futures, ETFs, ETCs | 155 | Majority self-directed traders | 92/8 |  | 200 on first €50k, 100 thereafter | 14 | na |
| FXCM | ☑ | Management, Long Ridge Equity Partners, Lehman Brothers | 1999 | US | CFDs | 42 | 200,000[3] | 90/10 |  | Micro: 200 Standard:100 | 9 | DailyFX.com |
| CMC Markets | ☒ | Management, Goldman Sachs | 1989 | UK | CFDs, spread betting | 70 | ~76,000 | Largely retail |  | 100 | 6 | na |
| GROUP | ☒ | Public | 1974 | UK | Indexes, spread betting, commodities, traditional sports betting | 60 | 112,000 | Largely retail |  | 50–100 based on currency / position size | 6 | extrabet.com, nadex..com, FXOnline |
| GAIN CAPITAL | ☒ | 3i Group, VantagePoint, Tudor, Edison Venture, Cross Atlantic Capital | 1999 | US | CFDs, equities, options | 43 | 180,000 | 93/7 |  | 200 | 5 | Forex.com |
| Interbank FX | ☑ | Founders, Spectrum Equity | 2001 | US | FX only | 28 | 30,000 | Largely retail | 140 countries | 100 | 3 | na |
| OANDA.com The Currency Site | ☒ | Management, NEA, Legg Mason, T. Rowe Price, Cascade, Index Ventures | 1995 | Canada | Money transfers, currency hedging | 30+ | na | Both | US, Europe, Middle East, Asia, Canada | 50 | 2 | FXTrade, FXGlobalTransfer, FXConsulting |

Source:   FXCM June 2010 Presentation, Company websites and SEC filings

1)   Pro forma for ODL acquisition

2)   GAIN geographic breakdown based on volume

FXCM

CONFIDENTIAL

GLBR_00103516

# Competition from Equity Players : Complicated and Risky

Large online equity brokers have historically shunned Retail FX:

- Brand concerns regarding the market maker model
- The cost, time and reputational risk associated with launching the new technology required to deliver an agency-based product

As the table below illustrates, fundamental components of the FX product offering would require built-from-scratch solutions which introduce a range of risks that equity players take for granted as they are provided by exchanges or time tested solutions including:

- Internal controls against insider trading, front running
- Best execution, slippage, out trades, hanging orders
- Accurate statements

| Tier | Equities | FX | Comment |
|---|---|---|---|
| GUI/Layout | Some Build; Many Off-the Shelf | Must Build, Limited  Off-the-Shelf | One of few differentiators left for equities; in FX, must build: only one 3rd party GUI (MT4) |
| Research | Buy; some build | Must Build | Big cost for FX broker |
| Customer Service | Unique to each firm | Unique to each firm | Same for Equities and FX |
| OMS/Risk | Some Build; Many Off-the Shelf | Must Build | Plentiful 3rd party plug n play options  for equities; Must be customer built by FX broker; |
| Order Routing | Some Build; Many Off-the Shelf | Must Build | |
| Statements | Some Build; Many Off-the Shelf | Must Build | Easy to buy for Equities; Must be built for FX; potential risk area |
| Clearing | Industry Standard providers | Must Build | Easy to buy for equities; For FX, CLS is available but expensive; non-CLS arrangements require relationships  w/ banks |
| Settlement | Industry Standard providers | Must Build | |
| Aggregation | Exchange provided | Must Build | Plug n Play for Equities at the Exchange;  FX requires relationships with market makers; to do agency-based model requires proprietary technology; Another potential risk area |
| Pricing | Exchange provided | Must Build | |
| Execution | Exchange provided | Must Build | |

**The lack of standard plug and play components in the Retail FX supply chain means that brokers compete on execution quality, pricing, depth of market NOT on commission pricing. The complexities involved in duplicating FXCM's agency platform will provide the firm with a competitive advantage for an extended period, delaying the 'race to zero" competition seen in a commoditized on-exchange segment like equities**

FXCM

24

CONFIDENTIAL

GLBR_00103517

# Regulatory Changes

- **US**
  - Dodd Frank
  - CFTC
  - NFA

- **UK**

- **Japan**

CONFIDENTIAL

GLBR_00103518

# Agenda

Company Overview & Investment Highlights

Industry Overview

## Sales and Marketing

Financial

Regulatory

Technology



CONFIDENTIAL

GLBR_00103519

# Sales and Marketing Organization

## Sales

- Headcount by function
  - 44 Client Service Reps
  - 68 Sales Reps

- Key Individuals
  - Jessica Beckstead – *VP of Sales*
  - Farid Kiblawi – *VP of Sales*
  - Evan Rogers – *VP of Client Services*
  - Brandon Mulvihill – *VP of Active Trader Group*
  - Mike Brescia – *Managing Director of RB sales*
  - Peggy Cheung – *VP of Sales*

## Marketing

- Headcount by function
  - Advertising 16
  - Digital 11
  - Email, Product Launch 6

- Key Individuals
  - Michael Buzzeo – *SVP of Marketing*
  - Wendy Helfgott – *Director of Advertising*
  - Karen Nezzaghy – *VP of Product Launch*
  - Ross Soodoodingh

## International

- Headcount by function
  - 17 sales reps

- Key Individuals
  - Dan Perry – *Managing Director FXCM Australia*
  - Ilies Larbi – *Head of FXCM France*
  - Torsten Gellert – *Head of FXCM Germany*
  - Wes Gibson – *VP of FXCM International*
  - Walid Ead – *Head of FXCM Dubai*

FXCM

CONFIDENTIAL

GLBR_00103520

# Sales

**Direct Sales**

- FXCM uses a soft sales approach
- The retail sales department reaches out to leads accumulated by the efforts of the marketing department in an effort to educate the leads about our offerings and the FX market in general
- We track leads that are generated through our CRM, and reach out to them primarily through email and phone throughout the duration of their 30 day practice trading account
- Leads are primarily prioritized by the product they expressed interest in and by geographic region
- We have a sales team that is responsible for bringing in new business and a client services team which services existing business

**3 segments of the market:**

- New Forex Traders
- Experienced Traders
- High Frequency/Automated Traders

**Market is also segmented geographically so that language and time zones of each local office are properly utilized.**

FXCM

28

GLBR_00103521

# Segments

1. **New Forex Traders**
   - Focus heavily on online resources and web based communication
   - fxcmmicro.com
   - DailyFX.com (owned by FXCM) research and educational courses

2. **Experienced Traders**
   - Outbound calls
   - Email campaigns
   - Educational and Trading Resources
   - Friends and Family Program

3. **High Frequency/Automated Traders**
   - Specialty services
   - High level customization
   - Preferential/cheaper spreads and costs per transaction

FXCM

CONFIDENTIAL

GLBR_00103522

# International Offices

## FXCM has seen significant growth internationally

- Big part of that success has been the establishment of local offices in key regions for the company
  - Local phone line, and local accents helps in the conversion process
  - Have opened offices in Germany, France, Italy, Greece, UAE, Chile, Israel, Lebanon, Turkey, Australia, Hong Kong and Japan
  - Satellite offices are generally just sales reps.  All marketing, account, back office, etc. done centrally in the US offices to keep costs low
  - Each office mimics the same sales process as that used in the US.  Heads are typically trained in the US or transferred from the US offices
  - Satellite offices have an added focus of seminars.   Aim to do 1-4 a month.   5-20+ people per seminar.  Have proven to be a very effective sales tool

## Some highlights for our international expansion

- New accounts from Australia and New Zealand have grown from 130 per month to over 500 (285%) in the past 18 months largely because of having a local office in Sydney

- The number of accounts we open from France has climbed from 28 per month to 190 (579%) in the past 2 years, again due largely to opening an office in Paris

30

GLBR_00103523

# Referring Broker Division (indirect sales)

The referring broker division of FXCM focuses on selling to firms and entities that will refer clients to us.

The focus for growth in this area is twofold:

1) Increase productivity from existing referrers

We have designated personnel committed to education and training of our existing RBs.   We host webinars, send out newsletters and recorded videos on topics from regulation changes, to changes in FXCM products and services.

Dedicated communication lines for RBs to help with any questions that come up that FXCM can help with.

2) On-boarding new referrers

a) We target existing RBs of competitors – pitch FXCM advantages, namely NDD

b) We also go after firms/entities that work in related areas that could be successful referrers – pitch advantages of the FX market as well as FXCM advantages

31

CONFIDENTIAL

GLBR_00103524

# Marketing Spend and Acquisition Cost

- FXCM's systems allow it to fine tune its marketing spend to ensure efficient use of marketing budget

- Spending increased in 1H 2009 to support roll out of Micro product and CNBC contest

- Spending was reduced through 2H 2009 as we trimmed poor performing display ad inventory

- Spending is increasing again to support international expansion efforts



**Marketing Spend**



**Ad Spend**

TV 2%
Radio 1%
Print 2%
Other 8%
Search 27%
Display 60%



**Acquisition Cost**

| Q3 2008 | Q4 2008 | Q1 2009 | Q2 2009 | Q3 2009 | Q4 2009 | Q1 2010 | Q2 2010 |
|---------|---------|---------|---------|---------|---------|---------|---------|
| $442 | $578 | $793 | $732 | $626 | $507 | $394 | $345 |

32

# FXCM Web Properties generate organic traffic

- **DailyFX – leading forex research, analysis and trading recommendations site developed internally by FXCM.**

  - Over 6 million page views a month

  - 9 Full time analysts covering the Forex market 24 hours a day

  - DailyFX analysts produce 30 articles and reports every day on the latest changes in the currency market, and provide timely technical analyses and a close examination of promising chart formations. DailyFX also attempts to predict market moves and explains economic, political, and technical factors driving the market

  - Specific staff dedicated to content syndication.  Reports and analysis syndicated on over 50+ sites including Reuters and Yahoo

  - 3 main languages versions (English, Arabic, Spanish)

  - Local language European communities empower regional traders to learn the market

  - Roughly $1.2 MM per month equivalent external marketing spend

FXCM

33

GLBR_00103526

# Agenda

Company Overview & Investment Highlights

Industry Overview

Sales and Marketing

Financial

Regulatory

Technology



CONFIDENTIAL

GLBR_00103527

# Finance Organization

Robert Lande
Chief Financial Officer

Joe Filko
SVP & Controller

| Ken O'Connor | Joshua Rosenfeld | Sonia Gili | To Be Hired | Maryke Faulkner |
|---|---|---|---|---|
| VP Financial Reporting | VP Finance & Risk | Director of Financial Reporting | VP Tax | Finance Director |
| *UK, Asia* | *US, Risk Management* | *External Reporting* | | ODL Group |

Audit / Reconciliations
14 people

General Accounting
4 people

Accounts Payable
5 people

Financial Analysis
3 people

**FXCM**

CONFIDENTIAL

GLBR_00103528

# Historical Financials





¹ – Net revenues & EBITDA excludes deferred revenue amortization from ale of Japanese business; revenues net of referring broker fees

**CONFIDENTIAL**

**GLBR_00103529**

# Historical Financials

| | 2009 | 2008 | 2007 | 2006 | 2005 |
|---|---|---|---|---|---|
| | | | **Year Ended December 31,** | | |
| | | | (In thousands, except share and per share data) | | |
| **Consolidated Statements of Operations Data:** | | | | | |
| Revenues: | | | | | |
| Retail trading revenues | $ 292,163 | $ 281,410 | $ 144,962 | $ 144,499 | $ 215,588 |
| Institutional trading revenues | 21,081 | 18,414 | 11,667 | 5,172 | 95 |
| Interest income | 1,289 | 9,085 | 16,357 | 11,112 | 4,501 |
| Other income | 8,666 | 13,731 | 11,535 | 3,903 | 2,183 |
| Total revenues | 323,199 | 322,640 | 184,521 | 164,686 | 222,367 |
| Referring broker fees | 76,644 | 64,567 | 33,211 | 51,360 | 49,420 |
| Total revenues | 246,555 | 258,073 | 151,310 | 113,326 | 172,947 |
| | | | | | |
| Expenses: | | | | | |
| Employee compensation and benefits | 62,588 | 54,577 | 53,575 | 48,669 | 33,281 |
| Advertising and marketing | 29,355 | 24,629 | 27,846 | 28,223 | 25,595 |
| Communication and technology | 24,026 | 21,311 | 17,836 | 13,773 | 7,914 |
| General and administrative | 26,453 | 20,247 | 17,036 | 20,917 | 22,604 |
| Depreciation and amortization | 6,542 | 6,095 | 7,364 | 6,732 | 4,326 |
| Interest expense | 125 | 2,168 | 1,374 | 34 | 23 |
| Total expenses | 149,090 | 129,027 | 125,031 | 118,348 | 93,743 |
| Income before income taxes | 97,464 | 129,046 | 26,279 | (5,022) | 79,204 |
| Income tax provision | 10,053 | 8,872 | 3,120 | 1,720 | 1,372 |
| Net income | $ 87,412 | $ 120,174 | $ 23,159 | $ (6,742) | $ 77,832 |
| | | | | | |
| **Consolidated Statements of Financial Condition Data:** | | | | | |
| Cash and cash equivalents | $493,683 | $433,358 | $447,239 | $319,902 | $279,493 |
| Total assets | $517,172 | $448,683 | $448,543 | $363,228 | $301,322 |
| Customer account liabilities | $353,825 | $253,391 | $315,440 | $253,257 | $202,554 |
| Total members' capital | $130,787 | $140,454 | $96,280 | $93,851 | $89,902 |

FXCM

CONFIDENTIAL

GLBR_00103530

# Historical Operating Metrics

| | Six Months Ended June 30, | | Year Ended December 31, | | | | |
|---|---|---|---|---|---|---|---|
| | 2010 | 2009 | 2009 | 2008 | 2007 | 2006 | 2005 |
| | | | (In thousands, except as noted) | | | | |
| **Selected Operational Data:** | | | | | | | |
| Net account additions [1] | 38,795 | 71,650 | 33,852 | 56,786 | 11,069 | 5,154 | 11,664 |
| - Standard account | 30,675 | 50,134 | 16,940 | 19,322 | 11,069 | 5,154 | 11,664 |
| - Micro account [6] | 8,120 | 21,516 | 16,912 | 37,464 | - | - | - |
| | | | | | | | |
| Total funded accounts | 165,281 | 126,486 | 140,562 | 106,710 | 49,924 | 38,855 | 33,701 |
| - Standard account | 106,854 | 76,179 | 86,186 | 69,246 | 49,924 | 38,855 | 33,701 |
| - Micro account [6] | 58,427 | 50,307 | 54,376 | 37,464 | - | - | - |
| | | | | | | | |
| Total active accounts [2] | 131,778 | 109,150 | 116,919 | 86,149 | 59,541 | 69,661 | 55,752 |
| | | | | | | | |
| Total customer trading volume (dollars in billions) | $1,566 | $1,750 | $3,504 | $2,901 | $ 1,729 | $ 2,100 | $ 1,413 |
| Trading days in period | 128 | 128 | 260 | 260 | 260 | 260 | 260 |
| Daily average trades | 320,533 | 373,268 | 345,769 | 165,063 | 70,442 | 76,771 | 60,752 |
| Daily average trades per average active account [3] | 2.6 | 3.8 | 3.4 | 2.3 | 1.1 | 1.2 | 1.1 |
| Retail trading revenue per million traded | $98 | $89 | $83 | $97 | $84 | $69 | $153 |
| Total client equity (dollars in thousands) [4] | $425,549 | $307,894 | $353,825 | $253,391 | $315,440 | $253,257 | $202,554 |
| | | | | | | | |
| Capital in excess of regulatory requirements (dollars in thousands) [5] | $104,030 | $89,559 | $101,903 | $127,032 | $76,171 | $79,889 | $72,487 |
| | | | | | | | |
| Customer trading volume by region (dollars in billions) | | | | | | | |
| Asia | $ 446 | $ 635 | $ 1,184 | $ 796 | $ 383 | $ 447 | $ 195 |
| United States | 378 | 573 | 1,038 | 1,008 | 679 | 800 | 493 |
| EMEA | 315 | 348 | 760 | 547 | 346 | 418 | 294 |
| Rest of World | 427 | 194 | 522 | 550 | 321 | 435 | 431 |
| Total | $ 1,566 | $ 1,750 | $ 3,504 | $ 2,901 | $ 1,729 | $ 2,100 | $ 1,413 |

[1] Net account additions represents new accounts funded less accounts closed by our customers.
[2] An active account represents an account that has traded in the previous 12 months.
[3] Daily average trades per active account represents the total daily average trades per average active account in period.
[4] Total client equity represents the total amount of cash and unrealized profit (loss) as of that date in all our customer accounts.
[5] Capital in excess of regulatory requirements represents total consolidated capital less the sum of the minimum requirements of our regulated operating subsidiaries.
[6] Micro accounts are accounts with limited customer service and permitted to trade in very small lots sizes; this account option was introduced in June 2008



**CONFIDENTIAL**

GLBR_00103531

# Historical Financials
## Balance Sheet

| (in United States dollars 000's) | | 2009 | | 2008 |
|---|---|---|---|---|
| ASSETS | | | | |
| Current Assets: | | | | |
| Cash and cash equivalents | $ | 139,858 | $ | 179,967 |
| Cash and cash equivalents, held for customers | | 353,825 | | 253,391 |
| Due from brokers | | 817 | | - |
| Accounts receivables | | 2,892 | | 468 |
| Total Current Assets: | | 497,392 | | 433,827 |
| Deferred tax asset | | 480 | | 720 |
| Office, communication and computer equipment, net | | 10,121 | | 8,021 |
| Intangible assets and goodwill | | 1,823 | | 1,258 |
| Other assets | | 7,356 | | 4,857 |
| Total assets | $ | 517,172 | $ | 448,683 |
| LIABILITIES AND MEMBERS' CAPITAL | | | | |
| Liabilities: | | | | |
| Customer account liabilities | $ | 353,825 | $ | 253,391 |
| Accounts payable and accrued expenses | | 20,560 | | 22,308 |
| Note payable | | - | | 10,730 |
| Due to member | | - | | 2,970 |
| Due to brokers | | - | | 831 |
| Deferred revenue - current | | 6,000 | | 6,000 |
| Total Current Liabilities: | | 380,385 | | 296,230 |
| Deferred revenue - non current | | 6,000 | | 12,000 |
| Total liabilities | | 386,385 | | 308,230 |
| Members' Capital | | 130,787 | | 140,454 |
| Total liabilities and members' capital | $ | 517,172 | $ | 448,684 |

39

GLBR_00103532

# Capital Requirements

| | REGULATORY CAPITAL | | | | | | |
|---|---|---|---|---|---|---|---|
| | Six Months Ended June 30, | | Year Ended December 31, | | | | |
| | 2010 | 2009 | 2009 | 2008 | 2007 | 2006 | 2005 |
| | | | (In thousands, except share and per share data) | | | | |
| Total members' capital | $141,694 | $114,851 | $130,787 | $140,454 | $96,280 | $93,851 | $89,902 |
| US | 24,460 | 20,000 | $ 20,010 | $ 10,000 | $ 13,344 | $ 7,996 | $ 14,336 |
| United Kingdom | 8,366 | 2,364 | 4,898 | 995 | 997 | 624 | 210 |
| Hong Kong | 4,093 | 2,371 | 3,275 | 1,936 | 5,168 | 4,578 | 2,103 |
| Australia | 180 | 40 | 128 | - | - | - | - |
| Canada | 564 | 516 | 573 | 492 | 600 | 513 | 516 |
| Other | | | | | | 250 | 250 |
| **Total Capital Requirements** | $ 37,664 | $ 25,292 | $ 28,884 | $ 13,422 | $ 20,109 | $ 13,962 | $ 17,415 |
| **Total members' capital** | $141,694 | $114,851 | $130,787 | $140,454 | $96,280 | $93,851 | $89,902 |
| Capital in excess of regulatory requirements (dollars in thousands) [5] | $104,030 | $89,559 | $101,903 | $127,032 | $76,171 | $79,889 | $72,487 |

40

CONFIDENTIAL

GLBR_00103533

# Historical Financials
## Quarterly Income Statement

| | 1st Qtr 2010 | 2nd Qtr 2010 | | 1st Qtr 2009 | 2nd Qtr 2009 | 3rd Qtr 2009 | 4th Qtr 2009 | | 1st Qtr 2008 | 2nd Qtr 2008 | 3rd Qtr 2008 | 4th Qtr 2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Revenues:** | | | | | | | | | | | | |
| Retail trading revenues | $ 67,639 | $ 86,298 | | $ 80,596 | $ 74,939 | $ 69,481 | $ 67,147 | | $ 49,238 | $ 58,358 | $ 97,104 | $ 76,710 |
| Institutional trading revenues | 6,216 | 7,516 | | 5,128 | 5,849 | 4,443 | 5,661 | | 5,380 | 3,655 | 4,090 | 5,288 |
| Interest Income | 516 | 488 | | 333 | 304 | 283 | 367 | | 3,149 | 2,365 | 2,549 | 1,022 |
| Other Income | 2,631 | 1,992 | | 2,481 | 2,356 | 1,744 | 2,085 | | 5,026 | 2,864 | 2,711 | 3,131 |
| Total revenues | 77,002 | 96,295 | | 88,539 | 83,449 | 75,951 | 75,261 | | 62,794 | 67,242 | 106,453 | 86,152 |
| Referring broker fees | 15,655 | 21,417 | | 22,346 | 21,658 | 16,783 | 15,858 | | 10,007 | 13,610 | 19,346 | 21,604 |
| Total revenues less referring broker fees | 61,347 | 74,878 | | 66,193 | 61,791 | 59,168 | 59,403 | | 52,786 | 53,632 | 87,108 | 64,548 |
| **Expense** | | | | | | | | | | | | |
| Employee Compensation and Benefits | 16,891 | 17,608 | | 14,509 | 14,783 | 16,651 | 16,645 | | 12,304 | 12,932 | 13,709 | 15,633 |
| Advertising and marketing | 5,336 | 5,979 | | 8,005 | 8,906 | 7,440 | 5,004 | | 5,698 | 5,477 | 5,620 | 7,835 |
| Communication & data processing | 5,538 | 7,260 | | 6,438 | 5,845 | 5,314 | 6,429 | | 5,360 | 5,084 | 4,689 | 6,178 |
| General & Administrative | 8,433 | 9,073 | | 5,495 | 6,280 | 6,775 | 7,903 | | 4,090 | 4,765 | 5,129 | 6,263 |
| Interest expense | 25 | 25 | | 29 | 22 | 49 | 26 | | 352 | 714 | 563 | 539 |
| Operating Expenses | 36,224 | 39,945 | | 34,477 | 35,836 | 36,229 | 36,008 | | 27,804 | 28,972 | 29,710 | 36,446 |
| **EBITDA** | **25,123** | **34,933** | | **31,716** | **25,955** | **22,940** | **23,395** | | **24,982** | **24,660** | **57,397** | **28,101** |
| Depreciation and amortization | 1,743 | 1,718 | | 1,457 | 1,647 | 1,696 | 1,742 | | 1,751 | 1,665 | 1,352 | 1,328 |
| Income Tax Provision | 2,609 | 2,358 | | 2,228 | 1,642 | 3,763 | 2,420 | | 1,433 | 1,212 | 2,996 | 3,231 |
| **Net Income** | $ 20,771 | $ 30,858 | | $ 28,031 | $ 22,666 | $ 17,480 | $ 19,234 | | $ 21,798 | $ 21,784 | $ 53,050 | $ 23,542 |

CONFIDENTIAL

GLBR_00103534

# Projected Results
## Income Statement

| | 2007 A | 2008 A | 2009 A | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|---|
| **Revenues** | | | | | | |
| Retail Trading Revenues | 144,962 | 281,410 | 292,163 | 312,467 | 385,227 | 467,609 |
| Institutional Trading Revenues | 11,667 | 18,414 | 21,081 | 27,754 | 30,918 | 39,035 |
| On Exchange | | | | 1,484 | 4,603 | 4,838 |
| Interest Income | 16,357 | 9,085 | 1,289 | 2,381 | 4,717 | 7,446 |
| Other Income | 11,535 | 13,731 | 8,666 | 9,263 | 9,406 | 3,580 |
| **Total revenues** | 184,521 | 322,640 | 323,199 | 353,349 | 434,870 | 522,507 |
| Referring broker fees | 33,211 | 64,567 | 76,644 | 74,040 | 88,136 | 109,918 |
| **Total revenues, less referring broker fees** | 151,310 | 258,073 | 246,555 | 279,308 | 346,735 | 412,589 |
| *YoY Growth %* | | *77%* | *-6%* | *9%* | *23%* | *20%* |
| **Expense** | | | | | | |
| Employee compensation and benefits[1] | 53,575 | 54,577 | 62,588 | 72,379 | 81,056 | 84,118 |
| Advertising and Marketing | 27,846 | 24,629 | 29,355 | 24,134 | 38,740 | 39,744 |
| Communication and Technology | 17,836 | 21,311 | 24,026 | 28,358 | 30,127 | 29,390 |
| General and Administrative | 17,036 | 20,247 | 26,453 | 32,846 | 39,102 | 46,096 |
| Depreciation and Amortization | 7,364 | 6,095 | 6,542 | 10,900 | 18,902 | 18,281 |
| Interest expense | 1,374 | 2,168 | 125 | 119 | 155 | 183 |
| **Total Expense** | 125,031 | 129,027 | 149,090 | 168,735 | 208,084 | 217,812 |
| | | | | | | |
| **EBITDA**[1] | 27,643 | 129,141 | 98,006 | 115,473 | 151,553 | 213,058 |
| *YoY Growth %* | | *356%* | *-27%* | *18%* | *31%* | *41%* |
| *EBITDA Margin %* | | *52%* | *40%* | *33%* | *35%* | *41%* |
| | | | | | | |
| **EBIT** | 26,279 | 129,046 | 97,464 | 110,573 | 138,651 | 194,777 |
| | | | | | | |
| Provision for Income Tax (Proforma)[2] | 9,592 | 47,102 | 35,574 | 40,359 | 50,608 | 71,094 |
| **Net Income**[3] | 16,687 | 81,944 | 61,890 | 70,214 | 88,043 | 123,684 |
| *YoY Growth %* | | *391%* | *-24%* | *13%* | *25%* | *40%* |
| *Net Income Margin %* | | *25%* | *19%* | *20%* | *20%* | *24%* |

FXCM

CONFIDENTIAL

GLBR_00103535

# Projected Results
## Balance Sheet

|  | 2008 A | 2009 A | 2010E | 2011E | 2012E |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| | | | | | |
| Current Assets: | | | | | |
| Cash and cash equivalents | $ 179,967 | $ 139,858 | $ 155,181 | $ 183,739 | $ 220,872 |
| Cash and cash equivalents, held for customers | 253,391 | 353,825 | 417,514 | 492,666 | 581,346 |
| Due from brokers | - | 817 | - | - | - |
| Accounts receivable | 468 | 2,891 | 3,161 | 3,890 | 4,674 |
| Total current assets | 433,826 | 497,391 | 575,856 | 680,294 | 806,892 |
| | | | | | |
| Deferred tax asset | 720 | 480 | 240 | - | - |
| Office, communication and computer equipment, net | 8,021 | 10,121 | 7,221 | (3,681) | (13,962) |
| Intangible assets and goodwill | 1,258 | 1,823 | 69,073 | 69,073 | 69,073 |
| Other assets | 4,857 | 7,356 | 7,356 | 7,356 | 7,356 |
| | | | | | |
| **Total assets** | $ 448,682 | $ 517,171 | $ 659,746 | $ 753,043 | $ 869,359 |
| | | | | | |
| **LIABILITIES AND MEMBERS' CAPITAL** | | | | | |
| | | | | | |
| Current Liabilities: | | | | | |
| Customer account liabilities | $ 253,391 | $ 353,825 | $ 417,514 | $ 492,666 | $ 581,346 |
| Accounts payable and accrued expenses | 22,308 | 20,560 | 23,269 | 28,695 | 30,037 |
| Note payable | 10,730 | - | | | |
| Due to member | 2,970 | - | - | - | - |
| Due to broker | 831 | - | - | - | - |
| Other liabilities | - | - | 20,175 | - | - |
| Deferred revenue - current | 6,000 | 6,000 | 6,000 | - | - |
| Total current liabilities | 296,230 | 380,385 | 466,958 | 521,361 | 611,383 |
| | | | | | |
| Deferred revenue - non current | 12,000 | 6,000 | - | - | - |
| Total liabilities | 308,230 | 386,385 | $ 466,958 | $ 521,361 | $ 611,383 |
| | | | | | |
| Members' capital | 140,454 | 130,787 | $ 192,789 | $ 231,682 | $ 257,977 |
| | | | | | |
| **Total liabilities and members' capital** | $ 448,684 | $ 517,172 | $ 659,747 | $ 753,044 | $ 869,360 |

CONFIDENTIAL

GLBR_00103536

# Projected Results
## Cash Flows

| | 2008 A | 2009 A | 2010E | 2011E | 2012E |
|---|---:|---:|---:|---:|---:|
| Cash Flows From Operating Activities: | | | | | |
| Net income | 120,174 | 87,412 | 70,214 | 88,043 | 123,684 |
| Adjustments to reconcile net income to net cash provided by operating activities: | | | | | |
| | | | | | |
| Depreciation and amortization | 6,095 | 6,542 | 10,900 | 18,902 | 18,281 |
| (Gain) loss on disposal of office, communication and computer equipment | 88 | (20) | | | |
| Deferred tax asset | (720) | 240 | 240 | 240 | - |
| Loss from other investment | - | 223 | | | |
| *Changes in operating assets and liabilities:* | | | | | |
| Cash and cash equivalents, held for customers | 62,048 | (100,434) | (63,689) | (75,152) | (88,680) |
| Due from brokers | - | (817) | 817 | - | - |
| Accounts receivables | 837 | (2,424) | (270) | (729) | (784) |
| Other assets | (2,717) | (723) | | | |
| Customer account liabilities | (62,048) | 100,434 | 63,689 | 75,152 | 88,680 |
| Accounts payable and accrued expenses | 11,420 | (1,747) | (6,000) | (6,000) | |
| Due to brokers | (8,941) | (831) | - | - | |
| Other Liabilities | - | - | 20,175 | (20,175) | - |
| Deferred revenue - non current | (6,000) | (6,000) | 2,709 | 5,426 | 1,342 |
| | | | | | |
| **Net cash provided by operating activities** | $ 120,236 | $ 81,854 | $ 98,785 | $ 85,708 | $ 142,522 |
| | | | | | |
| Cash Flows From Investing Activities: | | | | | |
| Other investment | - | (2,000) | - | - | - |
| Purchases of intangible assets and goodwill | (1,108) | (1,331) | (67,250) | - | - |
| Proceeds from sale of office and computer equipment | 54 | 154 | - | - | - |
| Purchases of office, communication and computer equipment | (5,969) | (8,010) | (8,000) | (8,000) | (8,000) |
| | | | | | |
| **Net cash used in investing activities** | $ (7,023) | $ (11,186) | $ (75,250) | $ (8,000) | $ (8,000) |
| | | | | | |
| Cash Flows From Financing Activities: | | | | | |
| Principal payments under capital lease | (300) | - | | | |
| Payment on advances to members | 410 | - | | | |
| Payment of note payable | - | (10,730) | | | |
| Issuance of partnership interests | - | - | 47,075 | 20,175 | - |
| Members' distributions    EBIT Payout    50% | (65,155) | (100,048) | (55,287) | (69,326) | (97,389) |
| | | | | | |
| **Net cash used in financing activities** | $ (65,044) | $ (110,778) | $ (8,212) | $ (49,151) | $ (97,389) |
| | | | | | |
| **Net decrease in cash and cash equivalents** | $ 48,169 | $ (40,111) | $ 15,323 | $ 28,557 | $ 37,133 |
| | | | | | |
| **Cash and Cash Equivalents:** | | | | | |
| Beginning | 131,798 | 179,967 | 139,858 | 155,181 | 183,739 |
| | | | | | |
| Ending | 179,967 | 139,858 | 155,181 | 183,739 | 220,872 |

FXCM

CONFIDENTIAL

GLBR_00103537

# Other

- C-Corp Restructuring

- Bank facility

- Option plan

- Proforma financials

- Proposed dividend policy

| FXCM Ownership[1] | | |
|---|---|---|
| Drew Niv | 16.1% | |
| Edward Yusupov | 14.2% | |
| Michael Romersa | 10.8% | |
| David Sakhai | 10.8% | |
| William Ahdout | 9.0% | |
| Kenneth Grossman | 1.9% | **62.9%** |
| | | |
| Daher FXCM Investment | 13.7% | |
| Lehman | 9.6% | |
| Long Ridge Group | 6.7% | |
| ODL Shareholders | 3.5% | |
| MFP Partners | 2.8% | |
| Yale University | 0.8% | **37.1%** |
| | | **100.0%** |

1)   Ownership data proforma for closing of ODL – excludes contingent consideration as part of earn-out

CONFIDENTIAL

GLBR_00103538

# Agenda

Company Overview & Investment Highlights

Industry Overview

Sales and Marketing

Financial

Regulatory

Technology



CONFIDENTIAL

GLBR_00103539

# FXCM – Regulated in Multiple Geographies

- **Regulation of online retail FX trading varies across the globe from heavily regulated to no regulations whatsoever**
  - Regulation of a specific entity is often a function of whether it has a physical presence in that country
  - Some countries, such as mainland China (excluding Hong Kong SAR), prohibit firms from soliciting via a physical in country presence

- **We are regulated by a number of international agencies**
  - US  - Commodities Futures Trading Commission (CFTC) and National Futures Association (NFA)
  - UK - Financial Services Authority (FSA)
  - Europe – Comité des Établissements de crédit et des entreprises d'investissement (CECEI)
  - China – Securities and Futures Commission (our office is located in Hong Kong)
  - Australia – Australian Securities and Investment Commission
  - Dubai – Dubai Multi Commodities Centre
  - Canada (dormant) – governed locally by province

- **Almost all clients register with either our US entity or our UK entity**
  - Principal exceptions are clients from Australia & New Zealand who are required to register with FXCM Australia
  - Some countries require that their citizens register with a local entity (South Korea and Brazil); we can provide our services to these local entities via a "white label agreement"
  - FXCM is subject and complies with the same know your customer (KYC) and anti money laundering (AML) regulations that apply to FINRA regulated broker dealers; We do not accept clients from OFAC countries or those who fail our compliance checks (AML, KYC, etc)

$$\text{FXCM}$$

47

# Regulated Entities and Major Regulations

## Regulatory Authority / Major Regulations

- **Forex Capital Markets, LLC (NFA No. 308179)**
  - Commodity Exchange Act (CEA)
  - Commodity Futures Modernization Act of 2000
  - CFTC Reauthorization Act of 2008
  - National Futures Association (Compliance Rules and Financial Requirements
  - US Patriot Act (Know Your Customer (KYC)/ Anti-Money Laundering (AML)
  - US Treasury/CFTC Regulations

- **Forex Capital Markets Ltd (FSA No. 217689)**
  - Financial Services Authority
  - FSA Handbook

- **FXCM Asia Limited (SFC CE No. AIM232)**
  - Securities and Futures Commission
  - Securities and Futures Ordinance

- **FXCM Australia Limited (AFSL No. 309763)**
  - Australian Securities and Investment Commission

- **Forex Capital Markets LLC (DMCC License 31171)**
  - Dubai Multi Commodities Center

- **FXCM France Limited**
  - Comité des Établissements de crédit et des entreprises d'investissement (CECEI) as the branch of Forex Capital Markets, Ltd.

48

GLBR_00103541

# Compliance Organization

**James Sanders (CCO)**
*Total Global Compliance*
*Personnel: 40*

| | | |
|---|---|---|
| **Communication & Education** | **Intermediary Vetting** | **Solicitor/ Internal Marketing** |
| **AML/CIP** | **Regulatory Inquiry** | **Client and RB Screening Team (ISR)** |
| **Trade Audit & Complaint** | **Fraud/Investigation** | |

**FXCM**

49

GLBR_00103542

# Compliance Personnel

**Associated Persons**
- All Sales and Dealing related positions are Series 3 Registered with NFA
- Currently over 125 Registered Apps

**Compliance Training**
- **AML/KYC Training**
  - All functional departments
  - Departmentalized supplemental training annually

- **Compliance Training**
  - All functional departments
  - Departmentalized supplemental training annually

- **Ethics Training**
  - Company-wide training
  - Periodic refreshers for Associated Persons
  -

- **Anti-Corruption Training**
  - Company Wide training
  - Foreign Corrupt Policies Act (FCPA)
  - UK Bribery Act



50

CONFIDENTIAL

GLBR_00103543

# Compliance Systems

**Operations (New Accounts)**

- **Experian**
  - US Clients

- **Equifax**
  - UK Clients

- **Veda Advantage**
  - AU Clients

- **Identification with Proof of Residence – All other clients**
  - ID Check (Keesing Reference Systems)

- **Bridger/World Check – All Clients**
  - As part of our Customer Identification Program (CIP) FXCM is required to have a fundamental understanding of whom the company is doing business with. To satisfy this CIP requirement FXCM uses the Bridger/World-Check software to screen all clients, referring brokers, and FXCM employees against any information which may pose a risk to the Company.

- **PACER (Public Access to Court Electronic Records)**

51

CONFIDENTIAL

GLBR_00103544

# Audits and Reviews

- National Futures Association Annual Audit

- SAS70 Audit – Annual

- Anti-Money Launder/Know Your Customer Audit – Annual

- Electronic Trading Systems (ETS) Audit – Annual

- Vulnerability/Penetration Testing – Bi-Annual (External)



CONFIDENTIAL

GLBR_00103545

# Agenda

Company Overview & Investment Highlights

Industry Overview

Sales and Marketing

Financial

Regulatory

Technology



CONFIDENTIAL

GLBR_00103546

# Technology Organization



CONFIDENTIAL

GLBR_00103547

# Technology
## FXCM's Trading Station Platform and Active Trader

le

# Technology
## FXCM's Trading Station Platform and Active Trader

r

# Price and Trade Flow



**CONFIDENTIAL**

**GLBR_00103549**

# Infrastructure

- **Disaster Recovery/BCP**
  - Comprehensive Business Continuity Plan and a BC Management team in place

- **Global Redundant Systems**
  - Dealing in New York is backed up by dealing in Hong Kong
  - Main Operations in NY is backed up by centers in Plano, TX and Hong Kong
  - Sales in NY is backed up in Plano, TX and San Francisco

- **Security**
  - Industry standard products and practices are utilized throughout the trading environment

FXCM

CONFIDENTIAL

GLBR_00103550

# R&D Investment

- **Major Investment in FXCM's Platform**
  - Core platform result of 11 years of work
  - Back Office system is original competitive advantage
  - Work on Agency technology started in late 2005

- **Full Migration to Agency in July 2007**
  - Approximately 80 man year effort to modify platform and build new pieces
  - Significant investment since then – 50% of R&D resources devoted to enhancements to agency platform

- **Key Areas of Ongoing Investment**
  - Order Matching Engine
    - Speed, Depth of Market, Smart Liquidity Management
  - High Performance of Market Data Delivery
    - High-speed, low latency messaging infrastructure
    - Capture of all market data for analytical benefit
  - Connections with Liquidity Providers
    - Despite use of FIX standard, integration with each liquidity provider requires significant coordination and customization due to different rules of engagement
    - Considerable investment in networking infrastructure for liquidity provider connections

- **Scalability of existing platform**
  - Adding Customers  - horizontal scaling, peaks at maximum 20% capacity
  - Adding Volume  - horizontal scaling, peaks at maximum 25% capacity
  - Adding Liquidity Providers – recent investment in infrastructure, peaks at 10% capacity

FXCM

CONFIDENTIAL

GLBR_00103551





# *Research Analyst Presentation*

August 17, 2010



**CONFIDENTIAL**

CONFIDENTIAL