# Exhibit 5

CONFIDENTIAL

Page 1

1       CONFIDENTIAL - SIMON WILSON-TAYLOR
2           UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
3

        In re:                         :
4                                      : Master File No.
        Global Brokerage, Inc.         : 1:17-cv-00916-RA
5       F/k/a FXCM, Inc.               :
        Securities Litigation          :
6       ----------------------         :

7

8           REMOTE VIDEO DEPOSITION OF:
9               SIMON WILSON-TAYLOR
10            WEDNESDAY, JUNE 2, 2021

11
12
13
14
15
16
17
18
19
20
21
22
23
24   REPORTED BY:
     SILVIA P. WAGE, CCR, CRR, RPR
25   JOB NO. 4577008

Page 62

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2   Q.  Welcome back, Mr. Wilson-Taylor.
3       I'm going to pick up around where we
4  left off.  This is Paragraph 33, looking at the
5  end of the paragraph on Page 13.  So let me know
6  when you're there.
7   A.  Yep.
8   Q.  So, at the end of this paragraph, you
9  describe "a nonbank liquidity provider that may
10 customize its services to the needs of the single
11 FX broker who might be its largest or only
12 client."
13      Do you see that?
14  A.  I do.
15  Q.  Was Effex an example of "a nonbank
16 liquidity provider that customized its services
17 for the needs of a single FX broker," namely,
18 FXCM?
19  A.  I, certainly, had, you know, included
20 Effex in my thinking around the opportunity in
21 the market, yes.
22  Q.  And was it your understanding that
23 FXCM was Effex's largest client?
24  A.  Certainly initially, yes.  I'm not
25 sure how it played out later but...

Page 63

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2   Q.  And -- sorry, I don't mean to cut you
3  off.
4       Was it your understanding that at
5  times FXCM was Effex's only client?
6   A.  Yes, in the sense that as I
7  understand it, FXCM was Effex's first client and,
8  therefore, by definition would have been their
9  only client, yes.
10  Q.  Are you aware of any other liquidity
11 providers who customized their services to the
12 needs of a single FX broker that was their
13 largest or only client?
14  A.  I am, certainly, aware of the
15 formation of a number of independent and nonbank
16 liquidity providers and I have no doubt that when
17 they started they would have had a single client.
18 So I think, yes, I am aware of that.
19  Q.  Are you aware of any specific
20 liquidity providers who customized their services
21 for the needs of a single FX broker?
22  A.  They -- well...
23      The general advantage of a nimble
24 small initially maybe even well-funded startup in
25 the FX space is that they are able to customize

Page 64

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2  their services to the types of liquidity that
3  they receive in the market.  Even ECNs themselves
4  customize pools of liquidity for individual
5  customers.  So customization, the ability to
6  establish very specific trading environments and
7  trading pools for customers is an extremely
8  important part of the function of these firms,
9  yes.
10  Q.  I appreciate that.  But I don't think
11 that answered my question, which is...
12      Are you aware of any specific
13 liquidity providers who customer myself their
14 services for the needs of a single FX broker?
15  A.  You know, I'm not privy to the detail
16 of confidential arrangements that exist within
17 each of the firms.  What I can tell you is the
18 same methodology applies to ECNs of which I have
19 managed three and in each case we very much
20 customize our liquidity to the needs of those
21 customers and it's the same process so, yes.
22  Q.  But the answer is, no, you're not
23 aware of any specific liquidity providers who
24 customized their services for the needs of a
25 single FX broker?

Page 65

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2   A.  No, because I have not worked for
3  those firms and I'm not aware of the confidential
4  details of how they operate.
5   Q.  On same page, Page 13/Paragraph 34,
6  subparagraph b, you say that, "In a no dealing
7  desk model, the broker's profitability generally
8  does not depend on the subsequent price
9  increase."
10      Do you see that?
11  A.  I do.
12  Q.  Other than the margin risk, which you
13 describe in Footnote 42, are there other examples
14 of when you're aware -- sorry.
15      Are there other examples that you are
16 aware of when a broker's profitability may depend
17 in part on subsequent pricing?
18  A.  Not when the broker is acting as an
19 agent in trade, no.
20  Q.  Other than the margin risk that you
21 describe in the footnote, are there other
22 examples that you are aware of when a broker
23 using a no dealing desk model is exposed to
24 market risk?
25  A.  I'm not -- I can't think of any