# Exhibit 24

CONFIDENTIAL                                        1

1

2

3     COMMODITY FUTURES TRADING COMMISSION

4     -------------------------------------------x

5     IN THE MATTER OF:

6     RETAIL FOREX FRAUD

7     -------------------------------------------x

8

9                              140 Broadway
                               New York, New York
10
                               April 7, 2016
11                             9:44 a.m.

12

13            DEPOSITION of JOHN DITTAMI, the witness

14    herein, taken by the Commodity Futures Trading

15    Commission, pursuant to Agreement, held at the

16    above-noted time and place, before a Notary Public

17    of the State of New York.

18

19

20

21

22

23

24

25

1                       John Dittami

2      execution, the ultimate goal was to do trading

3      that was to be both institutional -- up against

4      institutional counterparts and retail counterparts

5      to build distribution services, to build an entire

6      institution for foreign exchange business.

7           Q     How long did you stay at FXCM?

8           A     We separated I believe March 23rd

9      when I formed Effex Capital.

10          Q     When did you leave?

11          A     FXCM said that I was not allowed --

12     that I wouldn't be able to trade and be owned by

13     FXCM, so we had to separate.  FXCM said I couldn't

14     trade there for regulatory reasons, they said --

15     and they said you have to separate into your own

16     entity, you cannot trade and be part of FXCM.

17          Q     Who told you that you couldn't be

18     part of FXCM?

19          A     It's a long time ago, it was

20     probably William, it's probably William but it's a

21     long time, William Ahdout, that's probably but

22     it's a long time ago.

23          Q     What did William Ahdout tell you?

24          A     I'm sorry, probably also Ken

25     Grossman.

CONFIDENTIAL                                          34

1                    John Dittami

2     consume at -- the consumer, I'm providing

3     liquidity.  Market taking is I am the consumer as

4     opposed to the liquidity provider.

5                    MR. DALY:  Thank you.

6     BY MR. ROMEU-MATTA:

7          Q      Does Effex Capital have a business

8     model?

9          A      We have a business model market

10    making and it's nothing formal but we -- yes.

11         Q      That's what you've already described

12    as market making and market taking?

13         A      Market making, yeah.

14         Q      What entities does Effex Capital

15    currently provide liquidity for?

16         A      FXCM, EDS, Hot Spot, Currenex,

17    Reuters, R-e-u-t-e-r-s, Fast Match which is an

18    FXCM entity, Fast Match, I'm sure there are

19    others, I didn't get a list.

20         Q      What financial institutions,

21    exchanges or --

22         A      Within those there are end customers

23    within these distribution accounts.

24         Q      What financial institutions,

25    exchanges or ECMs does Effex Capital currently

1                    John Dittami

2    to make money but it's a belief system, so it's a

3    combination of people don't want to lose their

4    jobs, people don't want to change, people are

5    hesitant to work with a small non-bank and take

6    pressure from the other banks, constantly take

7    pressure.

8          Q     The fact that you Effex Capital was

9    a non-bank was not an issue for FXCM?

10         A     No, and I think that's because I had

11   started before the transition in an employee

12   relationship, I think if I had not started in that

13   relationship it probably would have been an issue

14   for them.

15         Q     How did starting in a relationship

16   with FXCM help them -- convince them that they

17   could deal with a non-bank?

18         A     I think they figured out I was the

19   real deal, I don't think they even thought that I

20   would be able to make money on this.  It's very

21   uncommon, not a lot of people -- a very small

22   amount of people succeed in trading ventures but

23   those that do succeed in an outsized way.

24         Q     When Effex Capital was first

25   organized what entities did it provide liquidity

CONFIDENTIAL                                        42

1              John Dittami

2    for?

3         A      When it was first organized it only

4    provided liquidity to FXCM.

5         Q      For how long?

6         A      Until we added Interbank.  EBS, we

7    were the designated market maker for the smallest

8    contracts for the largest Interbank in the world,

9    that's EBS.

10        Q      When did that take place?

11        A      2010.  I'm not going to get the date

12   right but we were out trying to sell everyone as

13   quick as possible.  Gain Capital they wouldn't

14   take it.  EBS I think was the first and then

15   Reuter's was the second, that was in 2010, both of

16   those, then we were out hitting the street.  I

17   can't remember when we started pricing Alpari.  We

18   were very quickly on boarding.

19        Q      So it changed over time?

20        A      It changed over time, yeah.

21        Q      How did it change over time?

22        A      We've had, like I said, 170

23   different connections over this these years.

24        Q      When you say connections what do you

25   mean?

CONFIDENTIAL                                    43

1              John Dittami

2        A      Streams, you know, to different

3    ECNs, to end customers through an ECN, to big

4    brokers, Alpari, Saxal Bank.  Every competitor of

5    FXCM we tried to sell our liquidity to.

6        Q      When Effex Capital was first

7    organized what percentage of profits from derived

8    from market making at FXCM?

9        A      A hundred percent on the first day.

10       Q      For how long?

11       A      Until we started trading EBS and

12   Reuters, so sometime in -- a few months later,

13   roughly in 2010, as soon as we started getting

14   that trading going out of the ECNs.  It would have

15   been after July, it must have been 2010.

16       Q      Did the percentage of profits that

17   Effex Capital derived from market making at FXCM

18   change over time?

19       A      Yes, it fell.  It fell for a long

20   time until this year and then this year it rose

21   because I changed my business model, I starting

22   closing off a lot of streams to have less streams,

23   started focusing on trading my props.  It fell for

24   a long, long, long time, just kept falling.

25       Q      When it was first organized who had

CONFIDENTIAL                                    50

1                    John Dittami

2        A       William Ahdout.

3        Q       Ahdout.  What was your professional

4    involvement with Drew Niv at the time that you met

5    him?

6        A       Didn't have any, just talking about

7    whether we'd become an employee.

8        Q       Did that change over time?

9        A       No, it's been professional, always

10   professional business relationship.

11       Q       You said you mentioned

12   William Ahdout?

13       A       Yes.

14       Q       How do you know William Ahdout?

15       A       Through the introductions from Scott

16   Silver initially is when I met William Ahdout.

17       Q       He was introduced at the same time

18   as Drew Niv was introduced?

19       A       William Ahdout was introduced first.

20       Q       You had conversations about your

21   interests with William Ahdout?

22       A       Yeah, what can we do together, if

23   anything.

24       Q       What did you say?

25       A       I basically said I think, you know,

CONFIDENTIAL                                   51

1                  John Dittami

2    I think you're getting terrible executions from

3    the banks, I think they're horrendous, we all know

4    this and I think you can do better, we fix

5    execution, I think I have a modern framework for

6    doing this, I think the banks are under valuing

7    your flow, I think I can grow your institutional

8    business, we can do all these things and do it in

9    a way which I believe the world is changing to

10   more, to more open, transparent and regulated and

11   careful and, you know, people are going to start

12   paying attention that their execution stinks and I

13   can do this, I can build a business around all of

14   these things.

15        Q     Let me see if I have an

16   understanding.  You were talking to William Ahdout

17   and Drew Niv at the same time?

18        A     No, most of my conversations would

19   have been with William until William would have

20   brought me in to meet with Drew.

21        Q     What did William Ahdout say during

22   your conversations?

23        A     We would have discussed a venture,

24   negotiating what a venture would look like, et

25   cetera.

CONFIDENTIAL                                          58

1              John Dittami

2        A      I think it was the eleventh floor.

3        Q      How long did you stay at the

4   eleventh floor?

5        A      Until we moved into our Jersey City

6   office location.  Again, I'm fuzzy on dates it's

7   so long ago.  I'll correct them and get you right

8   dates but I think our move in date was April 2011

9   or March 2011.  We contracted the space the very

10  first week of January 2011, started negotiating

11  the space before that in 2010 but we can get you

12  exact dates, I don't want to get them wrong but

13  that was roughly.

14       Q      Are you familiar with the FXCM

15  retail Forex business model that was in place

16  between December 2010 and August 2014?

17       A      I'm familiar through interaction

18  with FXCM.

19       Q      So you have an understanding --

20       A      I have an understanding of it, yes.

21       Q      What is your understanding?

22       A      My understanding is that they're an

23  agency model, they take liquidity providers prices

24  and mark them up and that's how they earn their

25  revenue through marking up the best price of the

CONFIDENTIAL                                    68

                John Dittami

1

2  who I spoke to.  I don't know what the formal

3  approval process is.

4        Q      Do you know why FXCM agreed to

5  create EES?

6        A      Yeah, I mean, they were getting

7  horrendous fills which hurt their profitability,

8  they knew they had problems with liquidity.  I

9  think they felt I was a cheap way to get a highly

10 experienced employee.  Looking with hindsight, I

11 actually don't even think they expected me to make

12 any profits.  I think they were looking at me as

13 someone with institutional knowledge that they

14 don't have inside of a retail world, that knows

15 how to figure out what's going on, why they're

16 getting bad executions from banks.  I mean, that's

17 with hindsight, they wouldn't have told me that.

18 Yeah, hindsight I think, I was like a free option

19 for them, cheap option for them to get value into

20 their entity that they didn't have.

21 BY MR. DALY:

22       Q      Mr. Dittami, you said, if I heard

23 you correctly, that it was FXCM's idea for you to

24 be an employee; is that correct?

25       A      Yes.

CONFIDENTIAL                                        108

1              John Dittami

2      A      No.

3      Q      Did there come a time when the EES

4  Division was spun off from FXCM?

5      A      The EES Division was never spun off,

6  the EES Division became -- I built Effex Capital

7  which became the replacement as my independently

8  own Effex Capital.

9      Q      So is it fair to say that there came

10  a time when the EES Division ceased doing business

11  at FXCM?

12      A      Yes.

13      Q      When was the EES Division -- when

14  did the EES Division cease operations as a

15  division of FXCM?

16      A      It would have been in between --

17  March 23rd Effex Capital was formed, so it would

18  have been between that and -- I'm not sure how to

19  draw the line but right in that March 2010 region,

20  and the end of March 2010 region.

21      Q      Why did the EES Division cease doing

22  business as a division of FXCM?

23      A      FXCM said that EES would not be able

24  to trade as a part of FXCM, EES could not be

25  connected -- could not be owned or operated by

CONFIDENTIAL                                    132

1                    John Dittami

2     Exhibit No. 9.  Can you please review it and let

3     me know when you're done.

4                    (Witness perusing document.)

5          A      Yes, I'm fine.

6          Q      Before we go on to Exhibit No. 9

7     just backing up for a minute.  I believe that you

8     stated that it was your understanding that your

9     future relationship with FXCM would mirror the

10    employment agreement, is that a correct

11    understanding?

12         A      That is correct.

13         Q      That would mean that in mirroring

14    the employment agreement there would be a 70/30

15    splint under the agreement?

16         A      It would be roughly approximate,

17    yes.

18         Q      Approximately 70/30 split; is that

19    correct?

20         A      Yes.  At the beginning, yes.

21         Q      That would carry over into a

22    services agreement; is that correct?

23         A      Well, the 70/30 split would not

24    carry over into a services agreement.  Ken

25    Grossman said we would not have 70/30, this has to

CONFIDENTIAL                                            133

                         John Dittami

1    be negotiated has to be per million.  Ken Grossman

2    was very clear that -- and I don't understand why

3    he wanted the per million and that we would

4    negotiate it over time.

5         Q     But the per million was essentially

6    a 70/30 split?

7         A     Initially it was set to my

8    estimation, yes, correct, 70/30 if my estimation

9    as to what the income would be at that point in

10   time.

11        Q     What was your estimation of the

12   income at that point in time?

13        A     Given it was $21 per million I was

14   paying my estimate would have been $30 per

15   million.

16        Q     $21 per million would go to FXCM and

17   the remainder would go to Effex; is that correct?

18        A     That is correct.

19        Q     Taking a look at Exhibit No. 9 it

20   appears that you, David Sassoon, William Ahdout

21   and Kenneth Grossman had an earlier meeting; is

22   that correct?

23        A     Yes, looks that way.

24        Q     Because the subject is recap

CONFIDENTIAL                                              148

1                    John Dittami

2        Q      Did you end up renegotiating fees?

3        A      Yes, we did.

4        Q      Why did you renegotiate the fees?

5        A      I felt that it was -- they were

6   getting more value in our business relationship

7   than I was getting, I renegotiated fees.

8        Q      They were getting a larger portion

9   of the profits?

10       A      No, they were weren't getting a

11  larger portion, I felt they didn't deserve a

12  relevant portion -- they weren't getting a large

13  -- it wasn't about a portion for me to negotiate

14  fees, it's about I'm giving them -- they're asking

15  for a lot of work, giving them a lot of service to

16  them and, you know, I don't think the flows is

17  valuable as it was, for some combination of

18  business reasons I choose to negotiate it lower.

19       Q      Did anybody at FXCM tell you that

20  there might be a need to adjust the $21 per

21  million?

22       A      FXCM would -- I would have gone to

23  FXCM and said negotiate this lower.

24       Q      So it would have been you, it

25  wouldn't have been FXCM?

1                    John Dittami

2    have to know what my costs are, how much am I

3    servicing them, I mean, we know it's going to

4    change.

5         Q      It would be a renegotiation of the

6    profits?

7         A      We knew there are going to be

8    renegotiations, yeah.

9         Q      Of the profits split?

10        A      Yes.  70/30 was an easy way to start

11   but we knew there would be renegotiations.

12        Q      When did that change, the profit

13   split?

14        A      It changes nearly instantly.  When

15   is my thinking changing is really a better

16   question.  You know, sometime in early 2011 but,

17   you know, I would internally account roughly as a

18   70/30 but it wasn't 70/30, we had a right to

19   negotiate right away so I guess we could

20   renegotiate it.

21   BY MR. DALY:

22        Q      Mr. Dittami, you said just several

23   times, we knew, can you define who the we is in

24   this context?

25        A      It's clear FXCM and I know that this

CONFIDENTIAL                                    151

1                    John Dittami

2    is a negotiation and they have their interest to

3    get as high as possible and mine is just to get as

4    low as possible.

5         Q      When you say FXCM, do you have

6    particular individuals at FXCM in mind?

7         A      William and Drew Niv.

8         Q      So the we you're referring to is

9    yourself, Willan and Drew?

10        A      Yes.

11               MR. DALY:  Thank you.

12               (Instant message communication

13        marked Exhibit 15 for identification.)

14   BY MR. ROMEU-MATTA:

15        Q      Let me show you what I've marked as

16   Exhibit 15.  Please take a look at it and let me

17   know when you're done reviewing it?

18               (Witness perusing document.)

19        A      Yes, I see it.

20        Q      Did you recognize Exhibit 15?

21        A      Looks like an instant message

22   communication but no, I don't -- looks like some

23   sort of instant message communication.  Yes, it

24   looks like an instant message communication.

25        Q      Who is Joe Rosenfeld --  J.

CONFIDENTIAL                                           158

1                    John Dittami

2         A       Yes.

3         Q       What is the meaning of rebates for

4     FX trades in the context of this document?

5         A       I think that's a bad nomenclature,

6     but it's to refer to the $21 per million from the

7     services agreement contract.

8         Q       Is it a rebate or returning to FXCM

9     Holdings part of the profits that Effex made in

10    trades --

11        A       No.

12        Q       -- in trades sent to Effex by FXCM,

13    LLC?

14                MR. HENDERSON:  Can you read that

15        question back?

16        Q       Was Effex rebating or returning to

17    FXCM Holdings a part of the profits Effex made in

18    trades sent to Effex by FXCM, LLC?

19        A       No, this is not a rebate of profits,

20    this is a per million payment for the services

21    agreement.

22        Q       Turning your attention to rebate for

23    FX trades, you're saying that that's a bad

24    nomenclature?

25        A       It's a bad nomenclature.

CONFIDENTIAL                                          158

1                    John Dittami

2        A      Yes.

3        Q      What is the meaning of rebates for

4    FX trades in the context of this document?

5        A      I think that's a bad nomenclature,

6    but it's to refer to the $21 per million from the

7    services agreement contract.

8        Q      Is it a rebate or returning to FXCM

9    Holdings part of the profits that Effex made in

10   trades --

11       A      No.

12       Q      -- in trades sent to Effex by FXCM,

13   LLC?

14              MR. HENDERSON:  Can you read that

15       question back?

16       Q      Was Effex rebating or returning to

17   FXCM Holdings a part of the profits Effex made in

18   trades sent to Effex by FXCM, LLC?

19       A      No, this is not a rebate of profits,

20   this is a per million payment for the services

21   agreement.

22       Q      Turning your attention to rebate for

23   FX trades, you're saying that that's a bad

24   nomenclature?

25       A      It's a bad nomenclature.

CONFIDENTIAL                                        159

1              John Dittami

2      Q      Who came up with that?

3      A      Whoever created this invoice at

4  FXCM.

5      Q      What we have here is an invoice with

6  a profit and loss to FXCM Holdings and the invoice

7  is sent by FXCM, LLC to Effex Capital; is that

8  correct?

9      A      I believe the invoice was sent from

10  Effex Capital to FXCM.

11      Q      Is that correct?

12      A      Could you read back his question

13  from so that I can properly answer.

14             (Whereupon, the record was read as

15        requested.)

16      A      Yes, the invoice is sent from Effex

17  Capital.

18      Q      Why was the payment remitted to FXCM

19  Holdings and not FCM, LLC?

20      A      I don't know why it goes to

21  Holdings, not LLC.  I see FXCM, I don't know the

22  difference, it's FXCM to me.

23      Q      Was a fee per million selected so

24  that it approximated the 70/30 split found in the

25  profit agreement?

CONFIDENTIAL                                    165

1                     John Dittami

2    expenses just under 2 MM, so 35.5 MM net income

3    for Effex, that's about 23 MM annualized bottom

4    line for FXCM," close quotes.  Do you see that?

5         A      Yes, I do.

6         Q      Can you tell us what you mean by

7    that statement?

8         A      I have in my head that's roughly

9    about 70 percent of the net income after expenses,

10   so it's roughly about the 70/30 which is still in

11   my head as a rough guideline.

12        Q      Was it also a known to Drew Niv and

13   to William Ahdout that the 70/30 percent split was

14   being used as a general guideline?

15        A      They knew it was used as a general

16   guideline although Ken Grossman, you know, it's

17   hard because our general guide for employment

18   contracts Ken Grossman would regularly and

19   consistently -- not necessarily Drew, he would

20   regularly and consistently have to remind us, you

21   guys are per million, you're per million.

22        Q      Why was he doing that, do you know?

23        A      I don't know, he said it's per

24   million but in our heads from this transition it's

25   still in our heads that's roughly at this very

CONFIDENTIAL                              177

1                    John Dittami

2        A       The eleventh, I think it was the

3    eleventh floor.

4        Q       You only moved to the eleventh floor

5    but you didn't move to any other floors; is that

6    correct?

7        A       That's correct.

8        Q       So it was around the time when Effex

9    became organized as an LLC that you actually were

10   moved to the Plaza 5 address?

11       A       No, there was -- I was -- used their

12   office space -- I moved to Plaza 5 office space

13   March 1st, April 1st, something like that, I can

14   get you the exact dates of 2011.  I didn't have

15   office space when Effex was formed.

16       Q       Which was 2010, correct?

17       A       Which is 2010, yes.  So there's that

18   window of time where I was using their office

19   space.

20       Q       So after it's formation how long did

21   Effex continue to operate out of FXCM offices?

22       A       Until the day that I moved to --

23   until we moved into our new offices in Jersey City

24   in 2011.

25       Q       Do you recall a date?

CONFIDENTIAL                                        178

1                    John Dittami

2        A     April 1st but it may have been March

3    1st, it's March or April 2011.  I remember the

4    date was secured, the office space was January but

5    I don't remember the date they gave us a move in

6    date, whenever the lease started.  We can get

7    that.

8                    (E-mail dated 4/9/11 marked Exhibit

9         19 for identification.)

10       Q     Let me show you what I marked as

11   Exhibit No. 19.  Please take a look at it and let

12   me know when you're done looking at it.  This is

13   an e-mail dated April 9, 2011 from you to Drew

14   Niv, Evan Milazzo and William Ahdout and an

15   attachment captioned Effex Weekly Update, April 2,

16   2011 - April 9, 2011.

17                   (Witness perusing document.)

18       A     I've had time to review it, yes.

19       Q     Do you recognize Exhibit 19?

20       A     Yes.

21       Q     What is it?

22       A     It's a weekly update from April 2,

23   2011, April 9, 2011, would have been for FXCM from

24   myself or Chris Meyer and myself combined would

25   have written it.

CONFIDENTIAL                                                    207

                              John Dittami

1     that isn't their business.

2          Q      Does Exhibit 22 refresh your

3     recollection that you continued to use FXCM's

4     instant messenger service until at least August

5     31, 2011?

6          A      Yes, that sounds --

7          Q      Do you know to what date Effex

8     Capital employees continued to use FXCM's instant

9     messenger?

10         A      I don't know to what date they

11    continued to.

12         Q      Do you know what year?

13         A      I don't know what year.  I believe

14    it would have been past 2011 though.  I believe it

15    would have been 2012 but I don't know what year.

16         Q      When Effex Capital was formed how

17    was it capitalized?

18         A      How was it capitalized.  Well, with

19    my personal funds, John Dittami personal funds,

20    the only owner, et cetera there.  The trading

21    margin which is not Effex Capital, the trading --

22    getting a line to do trading was through that

23    Effex prime account, that's my line to do trading

24    but that's not my capital.

CONFIDENTIAL                                          208

1                          John Dittami

2          Q       How much was that line?

3          A       That was the $2 million and, again,

4    I don't know if it's an accounting entry or real

5    entry, I don't understand in the FXCM systems but

6    the funds to run the business are my personal

7    funds.

8          Q       When it started operations did Effex

9    Capital have it's own prime brokerage account?

10         A       When it started business it had a

11   prime brokerage account that was a prime FXCM

12   prime and instantly we started setting up the

13   instant process and going through the negotiations

14   with Citi by mid or July, I'm estimating roughly

15   in July we had our own prime brokerage account

16   with Citi.  Before that we had a prime brokerage

17   of prime account through FXCM and then we went to

18   a -- finished our credit review, finished all of

19   our paperwork with Citi and had a full on, full

20   fledged tier one prime by July 2010.  We no longer

21   needed a prime of prime brokerage middleman.

22                 (E-mail dated 7/26/10 marked Exhibit

23         23 for identification.)

24         Q       Let me show you what I've marked as

25   Exhibit No. 23.  It's an e-mail dated July 26,

1              John Dittami

2    cleaner separation of entities if anyone comes

3    sniffing, less resources from internal to support

4    us as we see fit into big picture of all

5    providers, greater control on our end to implement

6    solutions quickly, and we're hired to extremely

7    senior pros specializing in the language we are

8    built on so like them handling this and we will be

9    expanding where we do business outside of just

10   FXCM flow, so I need to start becoming self

11   sufficient," do you see that language?

12        A     Yes, I do.

13        Q     What did you mean?

14        A     I want to get as close to

15   independent as quickly, looking and feeling --

16   we're independent now as entities, how let's get

17   -- let's make sure everything is as independent as

18   it can be.  Any differences between us and other

19   banks, the differences don't make P&L differences,

20   so if there's anything just get rid of them, keep

21   clean, we are clean, look clean, feel clean, be

22   clean and I want to run around being, listen, I

23   want to go compete with you guys.

24              Everything we do and we did do, it

25   took time, but continue to grow Effex was now an

CONFIDENTIAL                                    313

1                     John Dittami

2      customer stuff, I clearly understand that Drew is

3      always, you know, talk to Drew, Drew's interest

4      and FXCM's interests is not for me to have --

5      their interest is, don't reject deals, because

6      they don't get markup otherwise, they're interest

7      is in a high market which is five times bigger,

8      more than that, than my payment.

9              I understand that their interest is

10     customers trade more because -- sloppy, yeah.  The

11     answer iis we just never did that, you know, I'm

12     brain dumping here on this paper like to do often,

13     I would have understood he wouldn't want that.

14         Q     Just to be clear, he doesn't say

15     that anywhere in his response to you, correct?

16         A     No he doesn't say that in the

17     response here.  It's hard to recall 2010 but to do

18     that it's going to be saying, you know, if you had

19     a dealing desk, if I'm guessing -- Im reading my

20     rambling response, perhaps you can make more money

21     with a dealing desk.

22              But I understood in truth that's --

23     to our retail business that's not what Drew's --

24     he's constantly saying, what do you need to make

25     your business better that doesn't harm customers,

CONFIDENTIAL                                    314

                        John Dittami

1

2     what do you don't need to make your business

3     better that doesn't harm customers, what do you

4     need to make your business better that doesn't

5     harm customers, were in business together we're

6     not going to say no to anything as long as it

7     doesn't do us business harm or customers harm,

8     that's the truth, motus operandi constantly.

9           Q     Could I have the exhibit back.

10                (Handing.)

11                (E-mail chain dated 9/8/10 marked

12          Exhibit 31 for identification.)

13          Q     Let me show you what's been marked

14    as Exhibit 31.  Let me know when you're done

15    reading Exhibit 31.  It's an e-mail chain dated

16    September 8, 2010 from you to Darren Merwitz.

17                (Witness perusing document.)

18          A     Okay.

19          Q     There's an e-mail from Darren

20    Merwitz to you in the middle of the page dated

21    September 8, 2010 at 3:28:59, do you see that?

22          A     Yes, I do.

23          Q     Bringing your attention to the

24    bottom of the e-mail there is a caption called

25    Client Positioning do you see that?

CONFIDENTIAL                                                    370

1

2   COMMODITY FUTURES TRADING COMMISSION

3   -------------------------------------------x

4   IN THE MATTER OF:

5   RETAIL FOREX FRAUD

6   -------------------------------------------x

7

8                          140 Broadway
                           New York, New York
9
                           April 8, 2016
10                         9:51 a.m.

11

12          CONTINUED DEPOSITION of JOHN DITTAMI, the

13   witness herein, taken by the Commodity Futures

14   Trading Commission, pursuant to Agreement, held at

15   the above-noted time and place, before a Notary

16   Public of the State of New York.

17

18

19

20

21

22

23

24

25

CONFIDENTIAL                                           377

1              John Dittami

2        Q      You were looking to, I guess,

3    improve Effex's overall position vis a vis FXCM in

4    terms of the profit split; is that correct?

5        A      It wasn't the profit split, I'm

6    trying to negotiate my per millions lower to make

7    more money for Effex.

8        Q      So Effex can retain a larger portion

9    of its profits?

10       A      That's correct, yeah.  While

11   maintaining safety, balancing not getting another

12   competitor to come in bouncing them, I'm not

13   trying to decide to do it themselves, balancing

14   all those risks.

15       Q      Based on that last round of

16   negotiations, do you recall what percentage of

17   Effex's P&L was going to FXCM at this point?

18       A      Don't recall exactly but far less

19   than 70.  I mean, I continued negotiating,

20   continued gaining strength and negotiation power,

21   so at this point I don't know, I'm going to guess

22   -- well, first of all, I have to actually say

23   there's P&L related to FXCM, P&L related to all

24   sorts of other trading I do, so that's the first

25   thing, so I can't really separate.

CONFIDENTIAL                                      527

1                          John Dittami

2       Securities and Exchange Commission?

3            A       When I look at their financials I

4       see a disclosure, we pay for flow to certain

5       liquidity providers, I always assumed that was me.

6       BY MR. DALY:

7            Q       Are you aware of any other liquidity

8       providers paying for flow?

9            A       I'm aware of other liquidity

10      providers definitely pay for flow.

11           Q       Let me withdraw the question.  Pay

12      for flow to FXCM?

13           A       I think at one time BNP paid for

14      flow but I don't think it was for U.S. retail

15      flow.

16           Q       When you say at one time, do you

17      have a specific time period in mind, ballpark?

18           A       About 2010ish, but I don't think

19      that was for retail flow, I don't think that was

20      for U.S. flow.

21           Q       We're talking about paying for flow,

22      we're talking about the payments you described as

23      part of the licensing agreement, correct?

24           A       Correct, yes.  I wouldn't know what

25      agreements they had or what they would be.  They