# Exhibit 25

| | |
|---|---|
| From: | John Dittami <jdittami@fxcm.com> on behalf of John Dittami |
| Sent: | Wednesday, November 04, 2009 04:32 PM |
| To: | John Dittami; Brandon Palmer |
| Cc: | William Ahdout |
| Subject: | RE: A very important question for you..` |

Sorry,

Execution Enhancement Services (sounds better).

**From:** John Dittami
**Sent:** Wednesday, November 04, 2009 4:31 PM
**To:** Brandon Palmer
**Cc:** William Ahdout
**Subject:** RE: A very important question for you..`

Brandon,

FXCM Execution Service Enhancement.  (the catch line is trade with EaSE).

Please let me know if you need anything on my end to get the servers and vpn setup.

Thanks,
John


**From:** Brandon Palmer
**Sent:** Wednesday, November 04, 2009 12:21 PM
**To:** John Dittami
**Subject:** RE: A very important question for you..`

We need a name to get everything into our documentation and naming / etc.

**From:** John Dittami
**Sent:** Wednesday, November 04, 2009 12:19 PM
**To:** Brandon Palmer
**Subject:** RE: A very important question for you..`

Good question, I'll revert.

FXCM Super Cool Guys probably won't fly.


**From:** Brandon Palmer
**Sent:** Wednesday, November 04, 2009 11:21 AM
**To:** John Dittami

1

CONFIDENTIAL
FOIA Confidential Treatment Requested by FXCM

GLBR_00008138
FXCM-NFA_00009582

**Cc:** Evan Milazzo
**Subject:** A very important question for you..`

Is there a NAME for the project/product you are working on?  I don't believe I've ever heard one.

2

CONFIDENTIAL
FOIA Confidential Treatment Requested by FXCM

GLBR_00008139
FXCM-NFA_00009583