# Exhibit 26

| | |
|---|---|
| **From:** | Ken Grossman <kgrossman@fxcm.com> on behalf of Ken Grossman |
| **Sent:** | Friday, March 19, 2010 03:18 PM |
| **To:** | David Sakhai |
| **Subject:** | Re: Successful Trading Today |

Let's start at 2.

---

**From**: David Sakhai
**To**: Ken Grossman
**Sent**: Fri Mar 19 14:59:43 2010
**Subject**: RE: Successful Trading Today

John Ditammi tells me he would like an hour with us... I think it should be fairly important since we are all putting money into it. Can you push month end meeting to 3:30, or maybe we start at 2pm by any chance?

---

**From:** Ken Grossman
**Sent:** Friday, March 19, 2010 2:00 PM
**To:** David Sakhai
**Subject:** Re: Successful Trading Today

Ill be there for half hour but since its my last day the month end probably won't end till late.

---

**From**: David Sakhai
**To**: Ken Grossman
**Sent**: Fri Mar 19 13:13:39 2010
**Subject**: Re: Successful Trading Today

So from 2:30 to 3pm? Or would you want to do after your month end meeting?

---

**From**: Ken Grossman
**To**: David Sakhai
**Sent**: Fri Mar 19 13:05:56 2010
**Subject**: Re: Successful Trading Today

Have month end but can stay for half hour.

---

**From**: David Sakhai
**To**: John Dittami; William Ahdout
**Cc**: Drew Niv; Edward Yusupov; Ken Grossman
**Sent**: Fri Mar 19 11:18:03 2010
**Subject**: Re: Successful Trading Today

That is great news John.
Could we say tentatively Monday next week at 2:30pm. Does that work for everyone?

---

**From**: John Dittami
**To**: William Ahdout
**Cc**: Drew Niv; Edward Yusupov; Ken Grossman; David Sakhai

1

CONFIDENTIAL
GLBR_00152843

**Sent**: Fri Mar 19 10:57:14 2010
**Subject**: Successful Trading Today

Gentlemen,

We went live today to FXCM Japan accounts only for 30 minutes, 2 pairs (Gbp\Jpy and Eur\Jpy).

Today we are making sure that backoffice and accounting are happy with how things are flowing.  We are also spending the rest of the day investigating trade routing details as the PNL per MM was far above expectations and I want t make sure that inside FXCM the routing of trades to us was proper.

I have a presentation ready to give everyone to show you all of the things that your money has bought and I think you will be pleasantly surprised that what we built goes beyond just a simple trade platform.   We have built something that can compete with the big boys in Chicago, the beginnings of a very solid UAT environment, data capture which can be used by the whole company, monitoring tools, and of course, a platform capable of market making many venues.

My goal is also to show you Per MM values in line with my backtest so that you have Proof of Concept for very profitable trading going forward as we increase volumes with the new entity.

Thanks for your patience in getting this started.   We have faced many hurdles of integration, including backoffice accounting methods, structural\regulatory questions, and building a platform to integrate with an ever changing internal technology structure.  The good news is that with your support we have found a way to overcome all of those difficult hurdles.

Regards,
John

CONFIDENTIAL                                                                                                                                                       GLBR_00152844