# Exhibit 27

 

August 25, 2014

VIA OVERNIGHT MAIL

Mr. John Dittami
Effex LLC
98 Constitution Way

Re:   Termination of Agreement dated as of April 14, 2010

Dear Mr. Dittami:

Effective as of August 1, 2014, both parties agree to terminate the terms of the letter attached hereto as Exhibit B dated April 14, 2010.

ACCEPTED AND AGREED:

Forex Capital Markets, LLC

Name:   DAVID S. SASSOON
Title:   GENERAL COUNSEL

John Dittami

FXCMPDF000031

Exhibit B

4/14/2010

John Dittami
98 Constitution Way
Jersey City, NJ 07305

William Ahdout
Forex Capital Markets LLC
32 Old Slip
New York, NY

William,

I have decided to open my own proprietary trading firm and therefore must resign as an employee of FXCM. It has been an absolute pleasure working with all the partners and employees of the firm.

I hope and expect that in the future that we can find ways to provide value in whatever business relationships we can, and would love nothing more than continuing a relationship on this basis.

Given that we have an employment contract in place, I am recommending that we release each other of our respective responsibilities under that contract.

It is the understanding of both parties to enter into an license agreement on economic terms similar to the employment agreement.

Please sign below to acknowledge that these terms are acceptable to you.

Regards,

John Dittami

ACKNOWLEDGED & AGREED BY FOREX CAPITAL MARKETS, LLC

By

William Ahdout

FXCMPDF000032