# Exhibit 31

CONFIDENTIAL

Page 1

1      CONFIDENTIAL - WILLIAM AHDOUT
2         UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3

   In re:                         :
4                                  :  Master File No.
   Global Brokerage, Inc.    :  1:17-cv-00916-RA
5  F/k/a FXCM, Inc.          :
   Securities Litigation     :
6  ----------------------    :

7

8         REMOTE VIDEO DEPOSITION OF:
9                WILLIAM AHDOUT
10           TUESDAY, FEBRUARY 16, 2021

11
12
13
14
15
16
17
18
19
20
21
22
23
24   REPORTED BY:
     SILVIA P. WAGE, CCR, CRR, RPR
25   JOB NO. 4398817

Page 98

1      CONFIDENTIAL - WILLIAM AHDOUT
2          Q.   So would it be fair to characterize
3      this as an extension of credit that can only be
4      used for trading?
5              MR. DAHAN:  I think the witness said
6      what it is, but asked and answered, objection to
7      form.
8          A.   Again, it's the extension of prime
9      brokerage services.
10         Q.   And in connection with this
11     "extension of prime brokerage services," was
12     Effex or Mr. Dittami asked to put up any
13     collateral for those accounts?
14         A.   I don't -- I don't remember.
15         Q.   Do you recall if Effex or Mr. Dittami
16     was charged any interest for the use of those
17     accounts by FXCM?
18         A.   We did this for a lot of clients.  I
19     don't think we did it -- we charged anybody
20     interest.
21         Q.   Do you recall whether the $2 million
22     prime brokerage line extended to Effex and Mr.
23     Dittami was larger or smaller or about the same
24     size as the lines extended to others?
25         A.   It was about even though it was the

Page 99

1             CONFIDENTIAL - WILLIAM AHDOUT
2     same with the -- with others.
3             Q.  And, if you remember, who
4     specifically were some of the other entities to
5     which FXCM extended prime brokerage lines like
6     this?
7             A.  Lucid was one of them.  We had many.
8             Q.  Do you remember any other specific
9     ones other than Lucid?
10            A.  I don't remember the names, but I
11    know we had them.
12            Q.  And "Lucid," does that refer to Lucid
13    Capital Markets LLC?
14            A.  Yes.
15            Q.  And correct me if I'm wrong, but FXCM
16    or FXCM Incorporated, I think, eventually
17    acquired an interest in Lucid Capital Markets; is
18    that correct?
19            A.  Eventually, yes.
20            Q.  But that would be after this
21    extension of prime brokerage account that you're
22    referring to here?
23            A.  Yes.
24            Q.  Okay.  Do you recall whether you or
25    Effex or Mr. Dittami on Effex's behalf executed

1          CONFIDENTIAL - WILLIAM AHDOUT
2        Q.  Do you have any recollection as to
3   how you understood this or as to what he was
4   asking about at the time?
5        A.  I don't remember that.
6        Q.  And it continues on the next
7   paragraph.  "There are basically two choices.
8   One is that FXCM somehow leaves its 70 percent
9   share in to support/fund trading and the upsides
10  are that this is clearly recouped when option is
11  exercise and accounted for" as such -- a such.
12  Down side is perhaps" show greater -- "shows
13  greater level of interest."
14           Do you see that?
15       A.  Yes.
16       Q.  By "option" here, do you understand
17  Mr. Dittami to be referring to the Option
18  Agreement we looked at earlier today?
19           MR. DAHAN:  Objection to form.
20       A.  I assume so, yes.
21       Q.  When Mr. Dittami says, "downside is
22  perhaps" or "shows greater level of interest,"
23  what did you understand Mr. Dittami to be mean?
24       A.  You know, the problem that we're
25  having here, I think, in you asking me questions

CONFIDENTIAL

Page 135

1    CONFIDENTIAL - WILLIAM AHDOUT
2    is that this Option Agreement was never a
3    reality. It never even came to be in existence.
4    So questions related to it are not things that I,
5    specifically, remember because I know that the
6    option was never in existence, let alone be
7    exercised.
8            So a lot of these questions are in
9    confusion, as he says in the paragraph before
10   into what we do have in place and to what we do
11   not have in place.
12           Q.  And, just to clarify, I'm looking for
13   just what your understanding was at the time
14   during these negotiations.
15           A.  This e-mail that I'm looking at
16   explains the state of confusion. I cannot
17   explain to you somebody else's state of
18   confusion.
19           Q.  Did you have any understanding at the
20   time of what he was asking you to explain or what
21   he was confused about?
22           A.  No. So that is talking about the
23   70 percent option exercise. I don't know what
24   he's confused about because usually people who
25   are confused do not have a clear understanding of

Page 165

1        CONFIDENTIAL - WILLIAM AHDOUT
2   sentence, do you interpret the sentence where he
3   refers to "its success" to mean Effex's success?
4            MR. DAHAN:  Objection to form.
5        A.   Yes.  That's what it sounds to me
6   like.
7        Q.   And in your view, did FXCM have a
8   vested interest in Effex's success?
9        A.   Yes.
10       Q.   How so?
11       A.   In terms of being successful to
12  provide a better smoother easier transaction for
13  the -- for our customers and everything was
14  included in that experience.
15       Q.   Do you recall having any subsequent
16  conversations with Mr. Dittami or anyone from
17  Effex about this document or the edits or notes
18  that are made in this document?
19       A.   I don't remember, specifically, each
20  and every document from ten years ago.
21       Q.   Do you have an understanding as to
22  what Dittami was attempting to convey by the
23  language, "Noncompetes also smell like employment
24  agreements more than separate independence"?
25           MR. DAHAN:  Objection to form.