# Exhibit 32

| | |
|---|---|
| **From:** | Patricia Muchinsky <pmuchinsky@fxcm.com> on behalf of Patricia Muchinsky |
| **Sent:** | Monday, May 17, 2010 12:02 PM |
| **To:** | Patricia Muchinsky; John Dittami |
| **Cc:** | William Ahdout; David Sassoon; David Sakhai |
| **Subject:** | RE: Loan |

http://www.fxcm.com/docs_pdfs/withdrawal_form.pdf

---

**From:** Patricia Muchinsky
**Sent:** Monday, May 17, 2010 11:41 AM
**To:** John Dittami
**Cc:** William Ahdout; David Sassoon; David Sakhai
**Subject:** RE: Loan

Hi John,

Would you mind filling out a Withdrawal request form for the amount? I need to document the w/d as I would for any other PB.

You can find it here.


Thanks
Trish

---

**From:** John Dittami
**Sent:** Monday, May 17, 2010 11:39 AM
**To:** Patricia Muchinsky
**Cc:** William Ahdout; David Sassoon
**Subject:** Loan

Tricia,

I'd like to give back the entire amount of the $2MM initial funding to the Citi account. Please just give me a copy showing that its been given back.

Thanks for your help,
John

1

FOIA Confidential Treatment Requested by FXCM
CONFIDENTIAL

FXCM-CFTC_00089616
GLBR_00218045