# Exhibit 33

| | |
|---|---|
| **From:** | John Dittami <jdittami@fxcm.com> on behalf of John Dittami |
| **Sent:** | Saturday, April 24, 2010 09:19 AM |
| **To:** | David Sassoon |
| **Cc:** | William Ahdout |
| **Subject:** | Loan Documents |

David,

I reviewed the documents and they are fine to me.  Do you have an electronic version so I can just send to my lawyers for a very quick overview? I'm happy with everything and just have 2 minor items below.

On the Sole Recourse document, my name is listed as James Dittami under signature page.  On the secured promissory note interest amount we should just make amount equal to whatever interest is paid on POP capital so net effect is 0 and easy to reconcile.   Please provide whatever dates you want on document to pay back, it doesn't matter much to me so long as its far enough away for our trading profits to pay it off right away.

On a separate but related question,  assume we pay this all off quickly and have no loan left.  The capital then becomes Effex capital to support trading.  If you exercise option at 70%, do you then acquire 70% of all the capital left in  Effex account?  If so, than I should just fund you out of 30% of this amount, if not I should pay you out of 100% of it.  This applies to how we should handle distributions as well.

If its easier I can just put all my capital in from trading profits to replace this capital asap.  We already have 500k to replace and will have the whole amount very quickly.

Thanks,
John

**FOIA Confidential Treatment Requested by FXCM**  
**CONFIDENTIAL**

**FXCM-CFTC_00089540**  
**GLBR_00218044**