# Exhibit 35

2

```
 1
 2  COMMODITY FUTURES TRADING COMMISSION
 3  --------------------------------------------x
 4  IN THE MATTER OF:
 5  RETAIL FOREX FRAUD
 6  --------------------------------------------x
 7              140 Broadway
                New York, New York
 8
                May 19, 2016
 9              9:39 a.m.
10
11
12       Examination of WILLIAM AHDOUT, held
13  at the above-noted time and place, before a
14  Notary Public of the State of New York.
15
```

```
 1
 2  A P P E A R A N C E S:
 3  COMMODITY FUTURES TRADING COMMISSION
 4      140 Broadway, 19th Floor
 5      New York, New York 10005
 6  BY:  XAVIER ROMEU-MATTA, ESQ.
 7       K. BRENT TOMER, ESQ. (From page 1 to
 8       page 146 and page 177 to 314)
 9       DAVID C. NEWMAN, ESQ.
10       CHRISTOPHER M. GIGLIO, Investigator
11
12  WEIL GOTSHAL & MANGES
13  Attorneys for Witness
14      767 Fifth Avenue
15      New York, New York 10153
16  BY:  CHRIS GARCIA, ESQ.
17       RAQUEL KELLERT, ESQ.
18       ELIZABETH KERWIN-MILLER, ESQ.
```

3

```
 1            (Order In the Matter of Retail
 2  Forex Fraud issued by the Commission on
 3  July 1, 2015 was premarked as Exhibit 1,
 4  for identification, as of this date.)
 5            (Statement to Persons Providing
 6  Information About Themselves to the
 7  Commodity Futures Trading Commission was
 8  premarked as Exhibit 2, for
 9  identification, as of this date.)
10       MR. ROMEU-MATTA:  We're on the
11  record.  It's 9:39 in the morning of
12  April 19, 2016.
13       Can you please swear in the
14  witness.
15  W I L L I A M   A H D O U T,   called
16       as a witness, having affirmed before
17       a Notary Public, was examined and
18       testified as follows:
19  EXAMINATION BY
20  MR. ROMEU-MATTA:
21       Q.   Please state and spell your full
22  name for the record.
23       A.   William, W-I-L-L-I-A-M, Ahdout,
24  A-H-D-O-U-T.
```

4

```
 1  Ahdout
 2       Q.   State your full home address.
 3       A.   2 Hilltop Drive, Great Neck, New
 4  York 11021.
 5            MR. NEWMAN:  Can you keep your
 6       voice up, please.
 7       Q.   My name is Xavier Romeu-Matta.
 8  I'm here with Brent Tomer, Christopher Giglio
 9  and David Newman.  We are officers of the
10  Commodity Futures Trading Commission for the
11  purpose of this proceeding.  This is an
12  investigation by the US Commodity Futures
13  Trading Commission In the Matter of Retail
14  Forex Fraud to determine whether there have
15  been violations of the Commodity Exchange Act
16  and/or its regulations.
17            The facts developed in this
18  investigation might constitute violations of
19  other Federal or State civil or criminal laws.
20  Do you understand?
21       A.   Yes.
22       Q.   Are you represented by counsel?
23       A.   Yes.
24            MR. ROMEU-MATTA:  Counsel, please
25       identify yourself for the record.
```

113

Ahdout
Q. Do you understand Exhibit Number 7?
A. Not a hundred percent, no.
Q. Let's just go through Exhibit Number 7. The subject is recap meeting, so there appears to have been a meeting prior to this exhibit, correct?
A. Okay.
Q. This e-mail is a recapping of what transpired at that meeting; is that fair enough?
A. Yes.
Q. One of the things that were discussed at that meeting would be that Dittami would prepare a resignation letter; is that correct?
A. Yes.
Q. That resignation letter would waive the terms of the employment agreement; is that correct?
A. Yes.
Q. Taking a look at point number five, it appears that as part of the discussion Dittami's attorney or FXCM would

114

Ahdout
draft a licensing agreement; is that correct?
A. I don't know what licensing agreement means, so I can't tell you.
Q. Do you have any recollection of licensing agreement?
A. I don't know what a licensing agreement means.
Q. Do you know whether instead of licensing agreement it meant a services agreement between Effex and FXCM?
A. I don't know if it's the same thing or what a service agreement would be either.
Q. It appears that as part of the discussion Effex would pay 70 percent of EBITDA to FXCM; is that correct?
    MR. ROMEU-MATTA: EBITDA is E-B-I-T-D-A.
A. That's what this says.
Q. You don't have any independent recollection?
A. No.
Q. You don't recall whether the arrangement was for Effex to continue as EESD

115

Ahdout
and pay 70 percent of profits?
A. To pay 70 percent of the profits was not part of the agreement.
    MR. TOMER: Do you recall having a discussion about paying 70 percent of the profit the with Mr. Dittami?
    THE WITNESS: Yes.
    MR. TOMER: What was the nature of that discussion?
    THE WITNESS: That we have the same similarities in the framework that we created in the employment discussion.
    MR. TOMER: Was that the initial plan?
    THE WITNESS: That was the initial plan.
    MR. TOMER: When you look at this e-mail and see that it's a recap of a meeting, you believe that that same similarities discussion occurred prior to this e-mail?
    THE WITNESS: Ask your question again, please.
    MR. TOMER: Can you read back the

116

Ahdout
question?
    (Record read.)
    THE WITNESS: What do you mean by similarities to discuss?
    MR. TOMER: You said before that you had a discussion where the similarities of economics would be used in the business relationship between FXCM and Effex; is that correct?
    THE WITNESS: We're discussing that this is a recap of a meeting, correct, yes?
    MR. TOMER: Yes.
    THE WITNESS: The initial meeting we had was the framework would be somewhere around 70 percent --
70 percent of Effex's EBITDA.
    MR. TOMER: Okay. You said it would be a framework as opposed to an outright 70 percent?
    THE WITNESS: Yes.
    MR. TOMER: What do you mean by that?
    THE WITNESS: I meant that I had

117

Ahdout

1 a discussion with him that this was
2 something that I was okay with. I would
3 have to take it back to my partners and
4 compliance officers and see if that
5 would be okay.
6     MR. TOMER: Did you do that?
7     THE WITNESS: Yes.
8     MR. TOMER: What was the nature
9 of those discussions?
10    THE WITNESS: That can we get
11 70 percent of John's EBITDA from his
12 company.
13    MR. TOMER: What was the answer?
14    THE WITNESS: No.
15    MR. TOMER: Who was at this
16 meeting?
17    THE WITNESS: I believe it was
18 James Sanders.
19    MR. TOMER: Anyone else?
20    THE WITNESS: Ken Grossman.
21    MR. TOMER: Anyone else?
22    THE WITNESS: Possibly Drew.
23    MR. TOMER: Was Mr. Dittami
24 present?

118

Ahdout

1     THE WITNESS: No.
2     MR. TOMER: Was an alternative
3 discussed during that meeting?
4     THE WITNESS: Yes.
5     MR. TOMER: What was that?
6     THE WITNESS: That Effex can pay
7 FXCM a hard pay for flow dollar number.
8     MR. TOMER: How would that dollar
9 number be configured or determined?
10    THE WITNESS: $21 per million.
11    MR. TOMER: Why 21?
12    THE WITNESS: Again, the
13 framework was something that we were
14 trying to work around after we had
15 already made agreements.
16    MR. TOMER: Sure. Was it
17 believed that the 21 would approximate
18 the 70 percent of EBITDA?
19    THE WITNESS: It would be in the
20 ballpark, but it wouldn't be exact.
21    MR. TOMER: Did Mr. Sanders --
22 who came up with this idea?
23    THE WITNESS: I don't remember.
24    MR. TOMER: Did Dittami have

119

Ahdout

1 input?
2     THE WITNESS: No.
3     MR. TOMER: Who determined the
4 $21 figure?
5     THE WITNESS: Myself and John.
6     MR. TOMER: Yourself and
7 Mr. Dittami?
8     THE WITNESS: Yes.
9     MR. TOMER: In discussing this
10 approximation, if that's fair to say, of
11 the 70 percent of EBITDA, did you
12 have -- was that discussed with
13 Mr. Sanders?
14    THE WITNESS: I'm not
15 understanding the question.
16    MR. TOMER: This framework where
17 Effex would pay $21 per million to
18 approximate or ballpark, as you said,
19 the 70 percent EBITDA split, did you
20 have that discussion with Mr. Sanders
21 present?
22    THE WITNESS: Yes.
23    MR. TOMER: What was his reaction
24 to that?

120

Ahdout

1     THE WITNESS: As long as you have
2 a solid number that doesn't fluctuate
3 with P&L -- doesn't fluctuate with P&L,
4 doesn't go up and down, doesn't vary, he
5 might make a lot of money, he might lose
6 a lot of money, whatever happens you're
7 still getting $21 per million.
8     MR. TOMER: He said that would be
9 okay?
10    THE WITNESS: He said that would
11 be okay.
12    MR. TOMER: Did anyone else
13 express concerns with that arrangement?
14    THE WITNESS: I don't recall.
15    MR. TOMER: Did Mr. Niv express a
16 view on that arrangement?
17    THE WITNESS: I don't recall.
18    MR. GARCIA: Which arrangement
19 here, the $21?
20    MR. TOMER: Yes.
21    Did Mr. Grossman express a view
22 on this arrangement regarding the $21?
23    THE WITNESS: If I recall
24 correctly, he said he believed that a

### 129

Ahdout

MR. TOMER: Is there any reason why Mr. Dittami would have wanted to get the EES up and running on all servers on April 14, 2010 or April 11, 2010?

THE WITNESS: Maybe, as far as he thought, we're still running with the project.

BY MR. ROMEU-MATTA:

Q. Do you have an understanding of what Drew Niv meant by EES --

(Reporter clarification.)

Q. -- reliably capturing a lot of flow?

A. It means that they would do a majority of executions for our customers.

Q. A majority as compared to other liquidity providers?

A. I'm sorry.

Q. A majority of the executions --

A. Yes.

Q. -- as compared to other liquidity providers?

A. Yes.

Q. Do you know what trading volume

### 130

Ahdout

Effex Capital was able to capture in 2010?

A. I don't remember the volume.

Q. Do you know whether it was a majority of the volume?

A. I don't know if it's majority.

Q. A plurality of the volume?

A. Plurality means?

Q. The largest amount of the volume but not a majority.

A. Yes.

Q. How about in 2011?

(Reporter clarification.)

A. Probably the same.

Q. In 2012?

A. Probably the same.

Q. 2013?

A. Probably the same.

Q. 2014?

A. Probably the same.

Q. So it would probably be a plurality of the volume throughout all those years?

A. Yes.

Q. Why would Drew Niv want EES

### 131

Ahdout

capturing a lot of flow?

A. Because it would -- what EES was meant to do was improve pricing, improve execution, improve rejections, improve customer experience.

Q. Why wouldn't Drew Niv single out other liquidity providers for capturing a lot of flow?

A. Because we've been banging heads with a lot of other liquidity providers for a long time.

Q. Was it because other liquidity providers were not rebating profits to FXCM?

A. We tried with them. Some did.

Q. Some did?

A. Yes.

Q. Which ones?

A. Goldman Sachs.

Q. When?

A. Some time before 2010.

Q. They paid rebates for FXCM?

A. Yes.

MR. TOMER: Do you recall what the percentage per million was on those?

### 132

Ahdout

THE WITNESS: Hundred dollars per million. You mean dollar per million, not percentage?

MR. TOMER: Sure, dollars per million.

THE WITNESS: It was a hundred dollars per million.

Q. Any other liquidity provider pay rebate profits to FXCM other than Goldman Sachs?

A. BNP.

Q. How much did it provide per million?

A. I don't remember.

Q. Do you know when it was making payments for rebates?

A. I don't remember the exact dates.

Q. Do you remember a year?

A. I don't remember exact dates.

Q. In your mind did there come a time when Effex Capital became organized as an LLC?

A. Yes.

Q. When?

161

Ahdout

1  
2  not trying to make more profits.
3      MR. NEWMAN: Did he ever try to
4  pay less -- try to renegotiate to pay
5  less per million to FXCM at a time that
6  his profits were going up?
7      THE WITNESS: Really didn't keep
8  too much track of his profits.
9      MR. NEWMAN: Do you recall if
10  that ever happened?
11      THE WITNESS: I don't remember.
12      MR. NEWMAN: If it was the
13  case --
14      THE WITNESS: I mean, the context
15  of your question is he would come to me
16  and say, I'm making a tremendous amount
17  of money. Can I pay you less?
18      MR. NEWMAN: Yeah, that's my --
19  that's my question.
20      THE WITNESS: What would I answer
21  if somebody came to me and tell me, I'm
22  cleaning up here, I'm making tremendous
23  amount of money, and I'm going to pay
24  you less?
25      MR. NEWMAN: Potentially, if he

162

Ahdout

1  
2  was providing better service to FXCM.
3      THE WITNESS: My answer would be
4  keep to your contract.
5      MR. NEWMAN: You said that the
6  amount was -- amount that began at $21
7  per million was adjusted several times.
8      THE WITNESS: Was adjusted -- was
9  not adjusted several times. Was
10  adjusted maybe very few times.
11      MR. NEWMAN: About how many would
12  you say?
13      THE WITNESS: Two maybe, maybe
14  three. I don't recall exactly but
15  something like that.
16      MR. NEWMAN: Okay. Was there any
17  concern expressed within FXCM that
18  adjusting the amount per million that
19  Effex would pay to FXCM and in
20  particular adjusting it down when Effex
21  was making less money would look like or
22  could appear like Effex was paying a
23  percentage of its profits to FXCM?
24      THE WITNESS: I don't remember a
25  particular concern.

163

Ahdout

1  
2      MR. NEWMAN: Do you remember
3  generally?
4      THE WITNESS: Once we made the
5  decision that we're not going with the
6  percentage, we can't go with the
7  percentage, we're going with the hard
8  number, we just went with the hard
9  number. Whatever the hard number was,
10  the hard number was. Whether he makes a
11  profit or he makes a loss or he makes
12  more money or he makes less money, the
13  hard number is the hard number.
14      MR. NEWMAN: Your testimony is
15  that the hard number changed over time,
16  and it went down when John Dittami told
17  you that he was making less.
18      THE WITNESS: Or his expenses was
19  up or he wasn't capturing as much flow
20  or very -- variety of reasons that he
21  could have for not wanting to pay as
22  much, but, as a businessman, you always
23  negotiate back and forth.
24      MR. NEWMAN: If he wasn't
25  capturing as much flow, why would that

164

Ahdout

1  
2  have an impact on the dollars per
3  million of flow that he was capturing?
4      THE WITNESS: One example that
5  comes to my mind right now is that if
6  he's not capturing as much flow means
7  that his fixed costs are eating up his
8  profits.
9      MR. NEWMAN: Okay. The answer --
10  the answer to my question maybe three
11  questions ago is that you don't remember
12  any -- any discussions about this?
13      THE WITNESS: Any discussions
14  about why he wanted to lower the number?
15      MR. NEWMAN: Sorry, can you go
16  back to -- I hate to do this to you.
17  It's probably, at this point, four or
18  five questions before. It was the
19  question after he responded that he
20  didn't remember in particular -- any
21  particular conversations. I think the
22  word particular should be in there.
23      (Record read.)
24      MR. NEWMAN: The question is: Do
25  you remember, generally, discussions

201

Ahdout
Q. Well, if that's what it is, then that's what I'd like to know.
A. Again, I don't know what they did. I don't remember the contract. I don't remember this name, so I don't know if they just reviewed it, if they helped him, if they didn't help him. I do not -- I do not remember, and therefore, I would rather not comment on something that I don't remember.
Q. But it should have been either they reviewed it or they actually drafted it, correct, because they're sending it to John Dittami for his review?
A. Again, I don't know what they did.
Q. You don't know whether they drafted the consulting agreement or they reviewed the consulting agreement?
A. Neither one.
MR. TOMER: Before you move on, I want to step back for a second, and apologize if this was asked before, but you mentioned earlier today that FXCM received some payments from Goldman

202

Ahdout
Sachs for order flow.
THE WITNESS: Yes.
MR. TOMER: Do you recall which entity those payments went to?
THE WITNESS: I don't.
MR. TOMER: I understand while I was out of the room that there was some discussion regarding the fact that the payments for order flow was made to the holdings entity as opposed to the operating entity, the Effex payments for order flow.
Did you have any discussions with compliance regarding or do you recall any discussions with compliance regarding where those payments were sent?
THE WITNESS: I believe the comment that I made was that I don't work in accounting. I don't review or preview or discuss these things. The one fact that I do know is that we are a public company. All our financials are open book for everybody to read and look

203

Ahdout
at, so we're not hiding anything, and we have auditors that -- that make comments on our financials, and I have full confidence that everything was done in the proper manner.
MR. TOMER: I'm not sure -- I'm not asking --
MR. NEWMAN: Can you read back what the question was?
MR. TOMER: -- about the financials in general. I'm asking a specific question.
THE WITNESS: Specific to your question, I have full -- full confidence in our accounting department, and I don't work in accounting. Therefore, I do not look at payments paid and received --
MR. TOMER: Okay.
THE WITNESS: -- and where they go and where they come from.
MR. TOMER: Again, I'm not asking if you looked at where payments came from and where they went to. I'm asking

204

Ahdout
if you recall any discussions at all among anyone for any reason about the decision to have the order flow payments made to the holdings entity?
THE WITNESS: I do not recall.
MR. TOMER: Do you recall any concerns raised by anyone whatsoever about the manner in which the payments were made?
THE WITNESS: No.
MR. TOMER: Other than the fact of the payments, do you recall any conversations whatsoever about concerns regarding the payments for order flow from Effex?
THE WITNESS: Whether order for flow is...
MR. TOMER: Hmm?
THE WITNESS: I'm trying to understand the question.
MR. TOMER: I'm saying other than the fact that Effex was making payments for order flow, do you recall any other conversations regarding the manner in

249

Ahdout

bid, 1.29999, was lower than the liquidity provider's bid of 1.30000.
A. Okay.
Q. Okay. Is that correct?
A. Yes.
Q. The access that Effex has to bid and offers of other market maker, the ability to win ties and the 0.1 pip markup advantage pretty much allowed Effex to take any trades it wanted in the currency pair; is that correct?
A. Incorrect.
Q. How so?
A. If someone is bidding higher than you, you're not getting it. You're describing a tie here.
Q. Yes.
A. He won ties. Yes, I'm telling you he won ties.
Q. Right, but Effex can win all the ties that it wants.
A. As long as there's a price match --
Q. Right.

250

Ahdout

A. -- the customer is no worse off, so why not?
Q. No, I know, but it is winning all ties -- it can decide to win all ties.
A. Okay.
Q. It can win this tie with the liquidity provider --
A. Yes.
Q. -- and it has -- the pip markup advantage would allow it to win all the trades it wanted in the currency pair?
A. Yes.
Q. Okay. These advantages that Effex enjoys are beneficial to FXCM?
A. Indifferent.
Q. Indifferent? Isn't FXCM profiting because --
A. Actually, it's -- it's advantageous to FXCM, yes.
Q. How is it advantageous to FXCM?
A. Better execution, faster execution, no slippage, no rejections, no last look.
Q. Also the rebate of profits?

251

Ahdout

A. Also rebates of profits.
Q. Okay.
    MR. TOMER: When Goldman was paying for order flow, did they have the same advantages?
    THE WITNESS: Yes.
    MR. TOMER: Top of book?
    THE WITNESS: Top of book, ties, wider spread on other liquidity providers.
Q. Did there come a time when Goldman didn't have these advantages anymore?
A. In essence, what you're trying to -- in essence, what you're trying to create is a better, tighter trading experience for our customer, so did we have to give some advantages to a market maker so that he can provide us tighter pricing, better pricing, better execution, less slippage, faster time to market? Yes, we did those -- give advantages. At some point in time, rare occasion, was it -- was it more disadvantageous to the customer? Very big if. I would say overall made the execution

252

Ahdout

platform much, much, much better.
Q. Did there come a time when Goldman no longer had these advantages?
A. When we stopped doing our deal with them.
Q. Why did you stop?
A. They -- we were not getting paid on our invoices in a timely fashion from them.
Q. Failure to pay by Goldman?
A. Yes.
Q. Did any other liquidity provider have these advantages other than Goldman?
A. Deutsche Bank.
Q. What advantages did it have, the same ones?
A. I think -- I think pretty much the same ones.
Q. Do you remember when the advantages were given to Goldman Sachs, the year?
A. I don't remember.
Q. How about Deutsche Bank?
A. I don't remember the year.
    MR. NEWMAN: Can I ask a general

257

Ahdout

asking?

MR. NEWMAN: Yeah, I guess so. I guess the question is: Were you -- if that's the explanation for why Effex Capital never achieved a majority of the volume, is that something that was a surprising result for some reason?

THE WITNESS: I don't know if it was surprising. I just thought that just the way the nature of the market works.

MR. NEWMAN: Okay.

BY MR. ROMEU-MATTA:

Q. Did there come a time when Effex Capital ceased making payments to FXCM Holdings, monthly rebate payments?

A. Yes.

Q. When was that?

A. I don't recall the exact time, but I think it had something to do with some regulator in a different country that disallowed payment for flow.

Q. Was it because the UK financial authority banned payments for flow?

258

Ahdout

A. Could be.

Q. But you're not sure?

A. I'm not sure.

Q. You're not sure when they ceased making payments?

A. I don't remember the date.

Q. If I give you a date August 1, 2014, does that make any sense?

A. No.

Q. Do you know whether Effex Capital and FXCM ended their service agreement as a result of the ban on payments for order flow?

A. I don't think so.

Q. You don't think so?

A. I don't think so.

Your question is whether they still make markets to us or not?

Q. No. They do.

A. I don't understand your question.

Q. But they do?

A. Make markets to FXCM?

Q. Yeah.

A. Yeah, they do.

MR. GARCIA: I'm sorry, I don't

259

Ahdout

think he -- obviously didn't understand your prior question.

MR. ROMEU-MATTA: Can you read the question.

(Record read.)

THE WITNESS: Service agreement means he would stop making markets to us, no?

MR. GARCIA: No, I'm sorry, what was the answer?

(Record read.)

MR. GARCIA: Two more questions before that.

(Record read.)

MR. ROMEU-MATTA: Maybe if you just want to ask him a question.

MR. GARCIA: Yeah. Do you remember being asked about the circumstances under which Effex stopped paying order for flow to FXCM? Do you remember Xavier asking the question?

THE WITNESS: Yes.

MR. GARCIA: Do you remember answering to him I think it had

260

Ahdout

something to do with a change in policy and some regulator overseas?

THE WITNESS: Yes.

MR. GARCIA: Is that change in regulation by a regulator overseas the reason why FXCM decided it was not going to accept pay for flow payments from Effex anymore?

THE WITNESS: Yes.

(Letter was marked as Exhibit 22, for identification, as of this date.)

BY MR. ROMEU-MATTA:

Q. Let me show you what I marked as Exhibit Number 22. Let me know when you're done reviewing it.

A. Okay.

Q. Do you recognize this letter?

A. I do not.

Q. You've not seen this letter before?

A. No.

Q. Do you have an understanding of what this letter is?

A. Effective as of August 1, 2014,

261

Ahdout

both parties agree to terminate the terms of the letter attached hereto as Exhibit B dated April 14, 2010.

Q. Yes, and do you see the attachment?

A. Okay.

Q. This letter is terminated by the August 2014 letter, the attachment?

A. Okay.

Q. Do you have an understanding of what was terminated by the August 25, 2014 letter?

A. John's employment at FXCM.

Q. I mean the August 25, 2014 letter, not the 2010 letter.

A. I don't know what this one means.

Q. Okay. Did the UK financial authority ban on payments for order flow have an effect on FXCM?

A. I believe so.

Q. What effect did it have?

A. We stopped taking payment for order flow.

Q. How much was lost as a result of

262

Ahdout

this stopping of payment for order flow?

A. I don't remember.

MR. TOMER: Do you have a ballpark?

THE WITNESS: I really didn't -- I don't keep close eye on financials.

MR. TOMER: Was it a concern that the loss would --

THE WITNESS: No.

MR. TOMER: -- cause a hit to --

(Reporter clarification.)

MR. TOMER: -- the financials at FXCM?

THE WITNESS: No.

MR. TOMER: Was it -- did you ever hear anyone say that this is something that we'll have to disclose as a loss of revenue for FXCM or anything to that effect?

THE WITNESS: I don't remember anything to that effect.

MR. TOMER: No conversations?

THE WITNESS: I don't remember.

MR. TOMER: Okay.

263

Ahdout

Q. Did you have any discussions with FXCM employees, directors or officers about the cessation of monthly payments by Effex to FXCM Holdings?

A. I just remember that after the UK authorities made their statement we just decided to follow in all jurisdictions.

Q. Did you have any discussions with Effex employees, officers or directors about cessation of monthly payments by Effex to FXCM Holdings?

A. I don't recall having that conversation.

Q. Are you aware that Effex Capital made additional payments to FXCM Holdings in September and December of 2014?

A. No.

Q. Are you aware that there was a payment of $872,632 made by Effex Capital to FXCM Holdings on September 9, 2014?

A. No.

Q. Are you aware that a payment of $1.55 million was paid by Effex Capital to FXCM Holdings on December 12, 2014?

264

Ahdout

A. No.

Q. To your knowledge, has Effex or any other entity associated with Effex in any way made payments of cash, gifts or property to FXCM Holdings or FXCM or any of their principals after August 2014?

A. I wouldn't be able to comment on FXCM Holdings or anybody else.

MR. TOMER: Can you just answer the question? I know you can't comment. Is the answer no?

THE WITNESS: Not that I know of.

MR. ROMEU-MATTA: Let's take a break.

(Discussion off the record.)

MR. ROMEU-MATTA: We're back on the record. It's 4:02.

Q. Mr. Ahdout, are you familiar with a term hold timer?

A. Old-timer?

Q. Hold, H-O-L-D.

A. Hold timer? I'm assuming that's a last look.

Q. I'd like to know what your