# Exhibit 37



## OPTION AGREEMENT

This OPTION AGREEMENT, dated as of April __, 2010, between John Dittami, an individual residing at 98 Constitution Way, Jersey City, NJ 07305 ("Dittami"), and Forex Capital Markets, LLC, a Delaware limited liability company ("FXCM").

WHEREAS, Dittami is the sole member of Effex Capital, LLC, a Delaware limited liability company ("Effex");

WHEREAS, FXCM has loaned to Effex the sum of $2,000,000 pursuant to that Secured Promissory Note, dated the date hereof (the "Note"), on terms more favorable than Dittami would have obtained in an arm's-length transaction;

WHEREAS, FXCM has agreed to license to Effex certain intellectual property pursuant to that certain License Agreement, dated as of the date hereof (the "License Agreement"), between Effex and FXCM, on terms more favorable than Dittami would have obtained in an arm's-length transaction;

WHEREAS, Dittami, as the sole member of Effex, will benefit from the Note and the License Agreement and the transactions contemplated thereby;

NOW THEREFORE, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, Dittami hereby covenents and agrees as follows:

1.     Option. Upon written notice to Dittami by FXCM, Dittami agrees to sell, transfer and assign seventy percent of his membership interests in and to Effex to FXCM for the sum of $1.00.

2.     Ownership of Membership Interests. Dittami represents and warrants that he is the sole member of Effex and is the owner of 100% of the outstanding membership interests of Effex, free and clear of all liens and encumbrances.

3.     Notice of Sale. Dittami agrees that prior to selling, transferring, assigning or granting any lien or encumbrance on any of the membership interests of Effex, Dittami shall provide FXCM thirty (30) days prior written notice of the same. Any such notice shall be sent to: Forex Capital Markets, 32 Old Slip, 10th Floor, New York, NY 10005, Attn: General Counsel. No sale, transfer, assignment, lien or encumbrance shall be effective absence the delivery of such thirty (30) days notice to FXCM.

4.     Miscellaneous. This Option Agreement shall be governed by the law of the State of New York, without regard to any conflict of laws principal. This Option Agreement shall inure to the benefit of, and may be enforced by, FXCM's successors and

492664.1

FOIA Confidential Treatment
Requested by FXCM

FXCM-CFTC_00089973

CONFIDENTIAL

GLBR_00189350

Case 1:17-cv-00916-RA-BCM   Document 305-26   Filed 08/28/22   Page 3 of 3

assigns and shall be binding upon, and enforceable against Dittami's heirs, successors and assigns, provided that Dittami may not assign this Option Agreement without the written consent of FXCM. This Option Agreement may be executed in counterparts, which take together shall constitute one and the same instrument.

_____
John Dittami

FOREX CAPTIAL MARKETS, LLC

By: _____
Name:
Title:

492664.1

2

FOIA Confidential Treatment
Requested by FXCM

FXCM-CFTC_00089974

CONFIDENTIAL

GLBR_00189351