# Exhibit 42

| | |
|---|---|
| **From:** | Joshua Rosenfeld <jrosenfeld@fxcm.com> |
| **Sent:** | Wednesday, December 22, 2010 03:04 PM |
| **To:** | John Dittami |
| **Cc:** | Baruch Greenbaum |
| **Subject:** | Please pay. |
| **Attachments:** | EFFEX_invoice Dec 2010 for Nov 2010.doc |

Joshua Rosenfeld
Vice President of Finance and Risk Officer
Forex Capital Markets LLC
Financial Square
32 Old Slip, 5th Floor
New York, New York 10005
Tel (212) 897-7660 ext 702019
Fax (212) 897-7669
E-mail: jrosenfeld@fxcm.com

Forex Capital Markets is headquartered at Financial Square 32 Old Slip, 10th Floor, New York, NY 10005 USA.

Trading foreign exchange on margin carries a high level of risk, and may not be suitable for all investors. The high degree of leverage can work against you as well as for you. Before you decide to trade the foreign exchange products offered by Forex Capital Markets, LLC, Forex Capital Markets Limited, inclusive of all EU branches, FXCM Asia Limited, or FXCM Australia Limited, any affiliates of aforementioned firms, or other firms under the FXCM group of companies [collectively "FXCM Group"] you should carefully consider your objectives, financial situation, needs and level of experience. If you decide to trade foreign exchange products offered by FXCM Australia Limited you must read and understand the Financial Services Guide and the Product Disclosure Statement. FXCM Group may provide general market information and commentary which is not intended to be investment advice and the content of this email must not be construed as personal advice. By trading, you could sustain a total loss of your deposited funds and therefore, you should not speculate with capital that you cannot afford to lose. You should be aware of all the risks associated with trading in foreign exchange products. Foreign exchange products are only suitable for those customers who fully understand the market risk. FXCM recommends you seek advice from a separate financial advisor.
FXCM Group assumes no liability for errors, inaccuracies or omissions in these materials and does not warrant the accuracy or completeness of the information, text, graphics, links or other items contained within these materials. FXCM Group shall not be liable for any special, indirect, incidental, or consequential damages, including without limitation losses, lost revenues, or lost profits that may result from these materials. This email is not a solicitation to buy or sell currency. All information contained in this e-mail is strictly confidential and is only intended for use by the recipient. All e-mail sent to or from this address will be received by the FXCM corporate e-mail system and is subject to archival and review by someone other than the recipient."

CONFIDENTIAL                                                                                                GLBR_00184113



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

December 22, 2010

Invoice # G-201012

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L | |
|---|---|---|---|---|
| Nov-10 | 104,840 | $ 17.50 | $ | 1,834,700.00 |
| | 88,875 | | $ | 1,834,700.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:   Confidential
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL                                                    GLBR_00184114