# Exhibit 43

| | |
|---|---|
| **From:** | Baruch Greenbaum <bgreenbaum@fxcm.com> |
| **Sent:** | Thursday, February 17, 2011 09:47 PM |
| **To:** | <Hongmei.Zhu@ey.com> |
| **Cc:** | Joe Filko; Joshua Rosenfeld |
| **Subject:** | EFFEX - Rev and Receivable WP |
| **Attachments:** | EFFEX - Rev and Receivable WP.xlsx |

1

**CONFIDENTIAL**                                                                                                                              **GLBR_00184140**

**Effex - P&L**
**Month by Month**
**December 31, 2010**

|  | Date | Volume | Fee per million | P&L | Payments Received |
|---|---|---|---|---|---|
| **FXCM LLC -Mar - April** | Mar-10 | 22 | $ 21.00 | $ 462 | |
|  | Apr-10 | 28,468 | $ 21.00 | $ 597,828 | |
|  | Jul-10 | | | | $ 598,290 |
|  | Total | 28,490 | Total | 598,290 | 598,290 |
| **FCCM Holdings May and subsequent** | | | | | |
|  | May-10 | 102,005 | $ 21.00 | $ 2,142,105 | |
|  | Jun-10 | 89,086 | $ 21.00 | $ 1,870,806 | |
|  | Jul-10 | 73,956 | $ 21.00 | $ 1,553,076 | |
|  | Aug-10 | 82,260 | $ 21.00 | $ 1,727,454 | |
|  | Sep-10 | 86,061 | $ 21.00 | $ 1,807,281 | $ 7,293,441 |
|  | Oct-10 | 88,875 | $ 21.00 | $ 1,866,375 | $ 1,807,281 |
|  | Nov-10 | 104,840 | $ 21.00 | $ 2,201,640 | $ 1,555,313 |
|  | Dec-10 | 87,747 | $ 21.00 | $ 1,842,687 | $ 2,512,703 |
|  | Total | 714,830 | Total | 15,011,424 | 13,168,737 |
|  | Total | 743,320 | Total | 15,609,714 | 13,767,027 |
|  | | | Total Balance Due @ 12/31/10 | | 1,842,687 |