# Exhibit 44

1

2   UNITED STATES DISTRICT COURT

3   SOUTHERN DISTRICT OF NEW YORK

4   Master File No. 1:17-cv-00916-RA-BCM

5   - - - - - - - - - - - - - - - - - - -x

6   In re:

    Global Brokerage, INC.

7       F/K/A FXCM, INC.

    Securities Litigation

8   - - - - - - - - - - - - - - - - - - -x

9           Virtual Zoom Deposition

10

           December 9, 2020

11             10:02 a.m.

12

13  CONFIDENTIAL VIDEOTAPED VIRTUAL

14  DEPOSITION of JOSHUA ROSENFELD, in the

15  above-entitled action, held at the above

16  time and place, taken before Jeremy

17  Richman, a Shorthand Reporter and Notary

18  Public of the State of New York, pursuant

19  to the Federal Rules of Civil Procedure,

20  and stipulations between Counsel.

21

22        *    *    *

23

24

25

Page 102

1    CONFIDENTIAL - ROSENFELD
2  the page where you write, if they still
3  flow through the back office accounts,
4  then I don't, what did you mean by,
5  flow through the back office accounts?
6       A.   I don't recall.  I don't
7  recall.  I don't even recall whose back
8  office.  Was it his, was it FXCM's?  I
9  don't recall.
10      Q.   Okay.  Let's move on to the
11 next exhibit.
12      A.   Okay, I've got it.
13      Q.   This one's pretty short, but
14 let me know once you're ready to go
15 ahead for the record.  For the record,
16 Exhibit 5, which I have just
17 introduced, is Bates stamped
18 GLBR_188143.  And Mr. Rosenfeld, please
19 let me know when you're ready.
20         (Exhibit 5, marked for
21      identification, Bates stamped
22      GLBR_188143.)
23      A.   I'm ready.
24      Q.   Is Exhibit 5 an email from
25 John Dittami to William Ahdout and

Page 103

1    CONFIDENTIAL - ROSENFELD
2  yourself?
3       A.   Yes.
4       Q.   And in Mr. Dittami's email he
5  writes, Can we retro back to beginning
6  of our trading the per MM charge to $23
7  from the $21?  Looking closer I think
8  $23 is more appropriate.
9          Does per MM mean per million?
10      A.   Yes.
11      Q.   And do you know what
12 per-million charge Mr. Dittami was
13 referring to here?
14      A.   This looks like it was for
15 our order.
16      Q.   And did EFFEX make payments
17 to FXCM for order flow on a per-million
18 basis?
19      A.   Yes, it did.
20      Q.   Per million of what?
21      A.   Of trading volume.
22      Q.   So Mr. Dittami in this email
23 is referring to the rate per million
24 that FXCM charged to EFFEX for trading
25 volume captured by EFFEX from trading

Page 104

1    CONFIDENTIAL - ROSENFELD
2  on FXCM's trading platform; is that
3  accurate?
4       A.   Well, trading is very broad.
5  It's more for acting for -- we allowed
6  them to be a liquidity provider on
7  their platform, and that's what they
8  paid us for.
9       Q.   And did you understand
10 Mr. Dittami to mean that at the
11 beginning of EFFEX's trading or acting
12 as a liquidity provider on FXCM's
13 platform, FXCM was charging EFFEX $23
14 per million of volume?
15         MR. DAHAN:  Objection to
16     form.
17      A.   I don't remember what the
18 pricing was in the beginning, but I do
19 remember that initially calculations
20 were done at a certain price.  Later on
21 the price was changed.  And over time
22 that, you know, depending on market
23 conditions, the pricing may have
24 changed a few more times.
25      Q.   And is Mr. Dittami, in his

Page 105

1    CONFIDENTIAL - ROSENFELD
2  email here, referring to one of those
3  changes from $23 per million to $21 per
4  million?
5       A.   Well, he's talking about
6  retroactive, and it's the other way,
7  from 21 to 23, that he's referring to.
8  So I don't remember what the actual
9  rate was, you know, was at the time,
10 but I do think there was a retroactive
11 adjustment.
12      Q.   Do you recall discussing with
13 Mr. Dittami or Mr. Ahdout the rate at
14 which EFFEX should pay FXCM for trading
15 volume?
16         MR. DAHAN:  Objection.  In
17     connection with this email, or
18     ever?  I just want to get at,
19     what's your question?
20      Q.   In general.
21      A.   Okay, in general, yes, there
22 was discussion.  I was sort of like the
23 messenger boy going between the two of
24 them as they were negotiating with each
25 other.