# Exhibit 45



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 24, 2010

Invoice # G-200906

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| May-10 | 102,005 | $ 21.00 | $   2,142,105 |
| Jun-10 | 89,086 | $ 21.00 | $   1,870,806 |
| Jul-10 | 73,956 | $21.00 | $   1,553,076 |
| | 265,047 | | 5,565,987.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Bank of America New York, NY
ABA: 026009593
Swift: BOFAUS3N
Account# 009417634077
Account Name: Forex Capital Markets, LLC
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**
**FOIA Confidential Treatment Requested BY FXCM**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 24, 2010

Invoice # G-200906

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Sept-10 | 86,061 | $ 21.00 | $   1,807,281 |
| | 86,061 | | $ 1,807,281 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 24, 2010

Invoice # G-200906

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Oct-10 | 88,875 | $ 17.50 | $   1,555,312.50 |
| | 88,875 | | $ 1,555,312.50 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        Confidential
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 22, 2010

Invoice # G-201012

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Nov-10 | 104,840 | $ 17.50 | $   1,834,700.00 |
| | 88,875 | | $ 1,834,700.00 |

*All payments are due 5 business days after the invoice date.* *

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        Confidential
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

January 6, 2011

Invoice #2010-12

| DESCRIPTION | TIME PERIOD | AMOUNT |
| --- | --- | --- |

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
| --- | --- | --- | --- |
| Dec-10 | 87,747 | $ 21.00 | $   1,842,687.00 |

$ 1,842,687.00

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                                      **GLBR_00184121**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

February 14, 2011

Invoice #01-2011

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Jan – 2011 | 91,710 | $ 21.00 | $   1,925,910.00 |

$ 1,925,910.00

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00184135**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 28, 2011

Invoice #02-2011

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Feb – 2011 | 81,465 | $ 21.00 | $ 1,710,765.00 |
| | | Balance due for January 2011 | $ 1,925,910.00 |
| | | | $ 3,636,675.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

May 3, 2011

Invoice #03-2011

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| March – 2011 | 100,682 | $ 21.00 | $   2,114,322.00 |

$ 2,114,322.00

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)      026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

May 3, 2011

Invoice #04-2011

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| April – 2011 | 91,727 | $ 21.00 | $ 1,926,267.00 |
| | | Balance due for March 2011 | $ 2,114,322.00 |
| | | | $ 4,040,675.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)      026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**
**FOIA Confidential Treatment Requested BY FXCM**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 2, 2011

Invoice #06-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| June – 2011 | 105,591 | $ 21.00 | $   2,217,411.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:   **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00184183**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 4, 2011

Invoice #07-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| July – 2011 | 101,096 | $ 21.00 | $ 2,123,016.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

GLBR_00184185



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 8, 2011

Invoice #07-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| August – 2011 | 121,952 | $ 21.00 | $   2,560,992.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

October 24, 2011

Invoice #09-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| September– 2011 | 111,579 | $ 16.00 | $   1,785,264.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

October 24, 2011

Invoice #09-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| October– 2011 | 94,788 | $ 16.00 | $   1,516,608.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 14, 2011

Invoice #11-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| November– 2011 | 104,558 | $ 16.00 | $   1,672,928.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

January 5, 2012

Invoice #12-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| December– 2011 | 83,665 | $ 16.00 | $   1,338,640.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00184240**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

February 15, 2012

Invoice #01-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| January – 2012 | 96,196 | $ 16.00 | 1,539,136 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        Confidential
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 19, 2012

Invoice #02-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| February – 2012 | 122,214 | $ 16.00 | 1,955,424 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        Confidential
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

April 4, 2012

Invoice #03-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| March – 2012 | 101,228 | $ 16.00 | $ 1,619,648 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:      Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

May 9, 2012

Invoice #04-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| April – 2012 | 85,986 | $ 16.00 | $ 1,955,424 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:       Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:       **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

May 9, 2012

Invoice #04-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| April – 2012 | 85,986 | $ 16.00 | $ 1,375,776 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL

GLBR_00119096



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 6, 2012

Invoice #05-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| May – 2012 | 93,089 | $ 16.00 | 1,489,424 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:       Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:       **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

July 23, 2012

Invoice #06-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| June – 2012 | 90,061 | $ 16.00 | $1,440,976 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

CONFIDENTIAL

GLBR_00119169



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 13, 2012

Invoice #07-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| July – 2012 | 83,895 | $ 16.00 | 1,342,320 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 13, 2012

Invoice #08-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| August – 2012 | 87,428 | $ 16.00 | 1,398,848 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

GLBR_00119240



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

October 5, 2012

Invoice #09-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| September– 2012 | 94,078 | $ 16.00 | $ 1,505,248 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 10, 2012

Invoice #10-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| October– 2012 | 90,338 | $ 16.00 | 1,445,408 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**GLBR_00184420**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 10, 2012

Invoice #11-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| November– 2012 | 93,417 | $ 16.00 | 1,494,672 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:           Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)       026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00184419**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

January 7, 2013

Invoice #12-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| December– 2012 | 82,930 | $ 16.00 | 1,326,880 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

February 26, 2013

Invoice #01-2013

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| January– 2013 | 138,526 | $ 16.00 | 2,216,416 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:    CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 6, 2014

Invoice #Japan-2013

## REBATE FOR FX TRADES – JAPAN 2013 SERVERS

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| 2013 Japan (All Currencies) | 7,505 | $ 16.00 | $120,080 |
| 2013 Japan (USD/JPY) | 17,040 | $ 3.00 | $51,120 |
| 2013 Japan (EUR/USD) | 2,744 | $ 6.00 | $16,464 |
| | | **Total** | $ 187,664 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

April 3, 2013

Invoice #02-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| January– 2013 (all currencies) | 101,582 | $ 16.00 | 1,625,312 |
| January– 2013 (JPY/USD) | 29,371 | $ 3.00 | 88,113 |
| | | **Total** | 1,713,425 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:   CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

April 29, 2013

Invoice #03-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| March– 2013 (all currencies) | 93,202 | $ 16.00 | 1,491,232 |
| March– 2013 (JPY/USD) | 28,638 | $ 3.00 | 85,914 |
| | | **Total** | 1,577,146 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:   CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 21, 2013

Invoice #04-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| April– 2013 (all currencies) | 107,087 | $ 16.00 | 1,713,392 |
| April– 2013 (JPY/USD) | 45,394 | $ 3.00 | 136,182 |
| | | **Total** | 1,849,574 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:   CONFIDENTIAL
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 21, 2013

Invoice #05-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| May– 2013 (all currencies) | 91,717 | $ 16.00 | $1,467,472 |
| May– 2013 (JPY/USD) | 37,640 | $ 3.00 | $112,920 |
| | | **Total** | $1,580,392 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 13, 2013

Invoice #06-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| June– 2013 (all currencies) | 57,789 | $ 16.00 | $924,624 |
| June– 2013 (USD/JPY) | 55,624 | $ 3.00 | $166,872 |
| June– 2013    (EUR/USD) | 20,667 | $ 6.00 | $124,002 |
| | | **Total** | $1,215,498 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     CONFIDENTIAL
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 2, 2013

Invoice #07-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| July– 2013 (All Currencies) | 53,291 | $ 16.00 | $852,656 |
| July– 2013 (USD/JPY) | 36,661 | $ 3.00 | $109,983 |
| July– 2013    (EUR/USD) | 22,376 | $ 6.00 | $134,256 |
| | | **Total** | $1,096,895 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 9, 2013

Invoice #08-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| August– 2013 (All Currencies) | 46,414 | $ 16.00 | $742,624 |
| August– 2013 (USD/JPY) | 32,771 | $ 3.00 | $98,313 |
| August– 2013     (EUR/USD) | 16,223 | $ 6.00 | $97,338 |
| | | **Total** | $ 938,275 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

November 21, 2013

Invoice #09-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| August– 2013 (All Currencies) | 42,515 | $ 16.00 | $680,240 |
| August– 2013 (USD/JPY) | 25,503 | $ 3.00 | $76,509 |
| August– 2013     (EUR/USD) | 13,502 | $ 6.00 | $81,012 |
| | | **Total** | $ 837,761 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 9, 2013

Invoice #10-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| October– 2013 (All Currencies) | 46,102 | $ 16.00 | $737,632 |
| October– 2013 (USD/JPY) | 18,566 | $ 3.00 | $55,698 |
| Oct.– 2013      (EUR/USD) | 14,403 | $ 6.00 | $86,418 |
| | | **Total** | $ 879,748 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 16, 2013

Invoice #11-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Nov– 2013 (All Currencies) | 49,426 | $ 16.00 | $790,816 |
| Nov– 2013 (USD/JPY) | 8,752 | $ 3.00 | $26,256 |
| Nov– 2013      (EUR/USD) | 12,205 | $ 6.00 | $73,230 |
| | | **Total** | $ 890,302 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     CONFIDENTIAL
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

January 2, 2014

Invoice #12-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Dec– 2013 (All Currencies) | 42,792 | $ 16.00 | $684,672 |
| Dec– 2013 (USD/JPY) | 8,236 | $ 3.00 | $24,708 |
| Dex– 2013      (EUR/USD) | 9,433 | $ 6.00 | $56,598 |
| | | **Total** | $ 765,978 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 11, 2014

Invoice #1-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Jan– 2013 (All Currencies) | 58,532 | $ 16.00 | $936,512 |
| Jan– 2013 Japan Servers (All Currencies) | 3,579 | $ 16.00 | $57,264 |
| Jan– 2013 (USD/JPY) | 10,211 | $ 3.00 | $30,633 |
| Jan– 2013 Japan Servers (USD/JPY) | 11,608 | $ 3.00 | $34,824 |
| Jan– 2013 (EUR/USD) | 9,758 | $ 6.00 | $58,548 |
| Jan– 2013 Japan Servers (EUR/USD) | 831 | $ 6.00 | $4,986 |
| | | **Total** | $ 1,122,767 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 31, 2014

Invoice #2-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Feb. '14 (All Currencies) | 58,185 | $ 16.00 | $930,960 |
| Feb. '14 (USD/JPY) | 9,136 | $ 3.00 | $ 27,408 |
| Feb. '14 (EUR/USD) | 7,235 | $ 6.00 | $ 43,410 |
| Feb. '14 – Japan Servers (All Currencies) | 3,286 | $ 16.00 | $ 52,576 |
| Feb. '14 – Japan Servers (USD/JPY) | 10,130 | $ 3.00 | $ 30,390 |
| Feb. '14 – Japan Servers (EUR/USD) | 610 | $ 6.00 | $ 3,660 |
| | | **Total** | $ 1,088,404 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

April 24, 2014

Invoice #3-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Mar. '14 (All Currencies) | 57,988 | $ 16.00 | $927,808 |
| Mar. '14 (USD/JPY) | 7,857 | $ 3.00 | $ 23,571 |
| Mar. '14 (EUR/USD) | 8,970 | $ 6.00 | $ 53,820 |
| Mar. '14 – Japan Servers (All Currencies) | 3,632 | $ 16.00 | $ 58,112 |
| Mar. '14 – Japan Servers (USD/JPY) | 7,977 | $ 3.00 | $ 23,931 |
| Mar. '14 – Japan Servers (EUR/USD) | 829 | $ 6.00 | $ 4,974 |
| | | **Total** | $ 1,092,216 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 3, 2014

Invoice #4-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| April. '14 (All Currencies) | 42,904 | $ 16.00 | $686,464 |
| April. '14 (USD/JPY) | 6,651 | $ 3.00 | $ 19,953 |
| April. '14 (EUR/USD) | 7,615 | $ 6.00 | $ 45,690 |
| April. '14 – Japan Servers (All Currencies) | 3,108 | $ 16.00 | $ 42,798 |
| April. '14 – Japan Servers (USD/JPY) | 6,113 | $ 3.00 | $ 18,339 |
| April. '14 – Japan Servers (EUR/USD) | 689 | $ 6.00 | $ 4,134 |
| | | **Total** | $ 824,308 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

July 7, 2014

Invoice #5-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| May. '14 (All Currencies) | 42,195 | $ 16.00 | $675,120 |
| May. '14 (USD/JPY) | 5,950 | $ 3.00 | $ 17,850 |
| May. '14 (EUR/USD) | 8,112 | $ 6.00 | $ 48,672 |
| May. '14 – Japan Servers (All Currencies) | 2,678 | $ 16.00 | $ 42,848 |
| May. '14 – Japan Servers (USD/JPY) | 5,096 | $ 3.00 | $ 15,288 |
| May. '14 – Japan Servers (EUR/USD) | 538 | $ 6.00 | $ 3,228 |
| | | **Total** | $ 803,006 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     CONFIDENTIAL
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

July 7, 2014

Invoice #6-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| June. '14 (All Currencies) | 43,273 | $ 16.00 | $692,368 |
| June. '14 (USD/JPY) | 4,815 | $ 3.00 | $ 14,445 |
| June. '14 (EUR/USD) | 7,725 | $ 6.00 | $ 46,350 |
| June. '14 – Japan Servers (All Currencies) | 3,398 | $ 16.00 | $ 54,368 |
| June. '14 – Japan Servers (USD/JPY) | 2,892 | $ 3.00 | $ 8,676 |
| June. '14 – Japan Servers (EUR/USD) | 575 | $ 6.00 | $ 3,450 |
| **Total** | | | $ 819,657 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 19, 2014

Invoice #7-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| July. '14 (All Currencies) | 46,428 | $ 16.00 | $742,848 |
| July. '14 (USD/JPY) | 4,341 | $ 3.00 | $ 13,023 |
| July. '14 (EUR/USD) | 9,821 | $ 6.00 | $ 58,926 |
| July. '14 – Japan Servers (All Currencies) | 2,914 | $ 16.00 | $ 46,624 |
| July. '14 – Japan Servers (USD/JPY) | 2,659 | $ 3.00 | $ 7,977 |
| July. '14 – Japan Servers (EUR/USD) | 539 | $ 6.00 | $ 3,234 |
| | | **Total** | $ 872,632 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____