# Exhibit 47

**Note:** EY reperformed Internal Audit's testing of by inspecting the invoice. We reperformed the procedures of the review by agreeing the volumes from FXCM to the invoice amount and journal entries. Please refer to B20.00 for further detail



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

BB20.03 3I EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

August 13, 2013

Invoice #06-2013

### REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| June– 2013 (all currencies) | 3/ 57,789 BB20.02 | $ 16.00 | $924,624 |
| June– 2013 (USD/JPY) | 55,624 | $ 3.00 | $166,872 |
| June– 2013 (EUR/USD) | 20,667 | $ 6.00 | $124,002 |
| | | Total | $1,215,498 BB20.02 |

BB20.03 3I

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:    FXCM Holdings LLC
Beneficiary Account #:    ▇▇▇▇▇▇▇
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

Note: EY reperformed Internal Audit's testing of the following email verifying the volume invoiced by Effex from Baruch Greenbaum, Senior Accountant. This email is from Alex Kochel, MXMIT. Alex dissaggregates the price streams in FXO related to Effex each month and compares the volumes in FXO to what Effex has invoiced. We agreed the volumes to the invoice above (1/) w/o/e.

Case 1:11-cv-00916-RA-BCM   Document 305-36   Filed 08/28/22   Page 3 of 4

| From: | Chris Meyer <cmeyer@effexcapital.com> |
|---|---|
| Sent: | Monday, July 08, 2013 5:08 PM |
| To: | Alexander Kochel |
| Cc: | Baruch Greenbaum; Aaron Harding |
| Subject: | Re: Volume |

At this point in time we can't pay on the PM stream. The volume is low anyway, in terms of MMs of volume traded.

Thanks,

Chris

**Chris Meyer**
EFFEXCAPITAL
**Harborside Financial Center Plaza V**
**Suite 1515**
**Jersey City, NJ 07311**
www.effexcapital.com
cmeyer@effexcapital.com
**(201) 332-3670 (direct)**

On Jul 8, 2013, at 5:02 PM, Alexander Kochel wrote:

Baruch,

How do we calculate/aggregate volume for metals from CITIEXPM?
Should it be in ounces or in USD?
By symbol (XAU and XAG) or aggregated for all metals?

Alex

**From:** Baruch Greenbaum
**Sent:** Monday, July 08, 2013 4:47 PM
**To:** Alexander Kochel; Aaron Harding
**Cc:** Chris Meyer (cmeyer@effexcapital.com)
**Subject:** RE: Volume

Thanks Alex, You are just missing volume from "CITIEXPM".

Chris,

I assume you are paying on this stream?

**From:** Alexander Kochel
**Sent:** Monday, July 08, 2013 4:42 PM

1

**To:** Baruch Greenbaum; Aaron Harding
**Cc:** Chris Meyer (cmeyer@effexcapital.com)
**Subject:** FW: Volume

**From:** akochel@fxcm.com [akochel@fxcm.com]
**Sent:** Monday, July 08, 2013 4:39 PM
**To:** Alexander Kochel
**Subject:** Volume

Monthly volume:
Monthly volume (excluding USDJPY, EURUSD):

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount |
|---|---|---|---|---|---|
| 2013.06.02T21:21:21.206 | 2013.06.28T11:54:11.696 | CITIEXJ | CITIEXJ | 1456 | 1456 |
| 2013.06.02T22:53:35.441 | 2013.06.28T11:19:01.977 | CITIEXP3A | CITIEXP3A | 1098 | 1098 |
| 2013.06.02T21:22:35.620 | 2013.06.28T10:16:16.973 | CITIEXP3B | CITIEXP3B | 84 | 84 |
| 2013.06.02T21:24:40.790 | 2013.06.27T09:07:56.309 | CITIEXP3C | CITIEXP3C | 38 | 38 |
| 2013.06.02T17:00:40.232 | 2013.06.28T15:55:51.581 | CITIEX | retail2 | 55113 | 55113 |
| 2013.06.02T17:00:40.232 | 2013.06.28T15:55:51.581 | Total | Total | 57789 | 57789 |

1/

Monthly volume USDJPY:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount |
|---|---|---|---|---|---|
| 2013.06.02T17:08:28.368 | 2013.06.28T16:33:25.843 | CITIEXJ | CITIEXJ | 12112 | 12112 |
| 2013.06.02T17:26:35.033 | 2013.06.28T16:39:14.283 | CITIEXP3A | CITIEXP3A | 452 | 452 |
| 2013.06.04T06:47:32.159 | 2013.06.28T10:15:58.725 | CITIEXP3B | CITIEXP3B | 28 | 28 |
| 2013.06.06T07:34:24.878 | 2013.06.24T07:40:07.393 | CITIEXP3C | CITIEXP3C | 1 | 1 |
| 2013.06.02T17:00:28.495 | 2013.06.28T15:59:43.452 | CITIEX | retail2 | 43031 | 43031 |
| 2013.06.02T17:00:28.495 | 2013.06.28T16:39:14.283 | Total | Total | 55624 | 55624 |

1/

Monthly volume EURUSD:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount |
|---|---|---|---|---|---|
| 2013.06.02T17:01:53.213 | 2013.06.28T16:01:16.295 | CITIEXJ | CITIEXJ | 607 | 607 |
| 2013.06.02T17:14:35.188 | 2013.06.28T16:41:40.462 | CITIEXP3A | CITIEXP3A | 594 | 594 |
| 2013.06.03T07:26:32.937 | 2013.06.28T12:51:47.340 | CITIEXP3B | CITIEXP3B | 22 | 22 |
| 2013.06.03T10:00:16.455 | 2013.06.06T07:34:38.515 | CITIEXP3C | CITIEXP3C | 0 | 0 |
| 2013.06.02T15:15:02.924 | 2013.06.30T16:38:37.572 | CITIEX | retail2 | 19444 | 19444 |
| 2013.06.02T15:15:02.924 | 2013.06.30T16:38:37.572 | Total | Total | 20667 | 20667 |

1/

Confidential                                                                 EY-GBI-WP-00002180