# Exhibit 48

|   | A | B | C | D | E |
|---|---|---|---|---|---|
| 1 | FXCM Inc. | | | Note: | EY obtained the Effex journal entries form Baruch Greenbaum, Sr Accountant. EY agreed the P&L to the the invoice (**B20.02**) and agreed the payments received to the September (**B02.03**) and October (**B02.04**) Bank Statements w/m/d. |
| 2 | Effex Journal Entries 2011 | | | | |
| 3 | 12/31/2011 | | | | |
| 4 | PBC | | | | |
| 5 | | | | | |
| 6 | | | | | |
| 7 | Journal Entry | Series | TRX Date | Account Number | Account Description |
| 8 | 740 | Financial | 2/28/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 9 | 750 | Financial | 3/28/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 10 | 781 | Financial | 3/31/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 11 | 811 | Financial | 5/5/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 12 | 834 | Financial | 4/30/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 13 | 850 | Financial | 5/31/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 14 | 851 | Financial | 6/7/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 15 | 909 | Financial | 6/23/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 16 | 942 | Financial | 6/30/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 17 | 969 | Financial | 7/31/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 18 | 1002 | Financial | 8/25/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 19 | 1007 | Financial | 8/31/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 20 | 1008 | Financial | 8/31/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 21 | 1036 | Financial | 9/16/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 22 | 1069 | Financial | 9/30/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 23 | 1072 | Financial | 9/30/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 24 | 1074 | Financial | 9/30/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 25 | 1079 | Financial | 10/12/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 26 | 1114 | Financial | 10/27/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 27 | 1118 | Financial | 10/31/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 28 | 1156 | Financial | 11/30/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 29 | 1160 | Financial | 12/14/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 30 | 1179 | Financial | 12/21/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 31 | 1191 | Financial | 12/31/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 32 | 1292 | Financial | 12/31/2011 | | ACCOUNTS RECEIVABLE - EFFEX |
| 33 | | | | | |

|   | F | G | H | I | J | K |
|---|---|---|---|---|---|---|
| 1 |   |   |   |   |   |   |
| 2 |   |   |   |   |   |   |
| 3 |   |   |   |   |   |   |
| 4 |   |   |   |   |   |   |
| 5 |   |   |   |   |   |   |
| 6 |   |   |   |   |   |   |
| 7 | Originating Master Name | Reference | Debit Amount |   | Credit Amount |   |
| 8 |   | to record EFFEX income 2-11 | $1,710,765.00 |   | $0.00 |   |
| 9 | EFFEX CAPITAL LLC | INVOICE #02-2011 | $0.00 |   | $3,636,675.00 |   |
| 10 |   | to recrd EFFEX income | $2,114,322.00 |   | $0.00 |   |
| 11 | EFFEX CAPITAL LLC | INV# 03-2011 | $0.00 |   | $2,114,332.00 |   |
| 12 |   | to accrue EFFEX Inc | $1,926,267.00 |   | $0.00 |   |
| 13 |   | June EFFEX Inc | $2,196,579.00 |   | $0.00 |   |
| 14 | EFFEX CAPITAL LLC | INVOICE 04-2011 | $0.00 |   | $1,926,267.00 |   |
| 15 | EFFEX CAPITAL LLC | INV# 05-2011 | $0.00 |   | $2,196,579.00 |   |
| 16 |   | EFFEX Income June '11 | $2,217,411.00 |   | $0.00 |   |
| 17 |   | July EFFEX Income | $2,123,016.00 |   | $0.00 |   |
| 18 | EFFEX CAPITAL LLC | INVOICE# 06-2011 | $0.00 |   | $2,217,411.00 |   |
| 19 |   | Recrd EFFEX income | $2,560,992.00 | **B20.02** | $0.00 |   |
| 20 |   | ADJ EFFEX Rec | $10.50 |   | $0.00 |   |
| 21 | EFFEX LLC | INVOICE #4 | $0.00 |   | $21,343.06 |   |
| 22 | EFFEX LLC | INVOICE 7/2011 & 8/2011 | $0.00 | **B20.03** | $4,312,748.87 | **B20.01** |
| 23 |   | reclass pymnt recvd from EFFEX | $21,343.06 |   | $0.00 |   |
| 24 |   | record EFFEX income | $1,785,264.00 |   | $0.00 |   |
| 25 | EFFEX CAPITAL LLC | INVOICE:  07-2011 & 08-2011 | $0.00 | **B20.04** | $371,385.13 | **B20.01** |
| 26 | EFFEX CAPITAL LLC | EFFEX PAYMENT | $0.00 |   | $1,785,264.00 |   |
| 27 |   | record EFFEX Inc | $1,516,608.00 |   | $0.00 |   |
| 28 |   | EFFEX INCOME | $1,672,928.00 |   | $0.00 |   |
| 29 | EFFEX CAPITAL LLC | INVOICE 09-2011 | $0.00 |   | $1,516,608.00 |   |
| 30 | EFFEX CAPITAL LLC | INVOICE 11-2011 | $0.00 |   | $1,672,928.00 |   |
| 31 |   | EFFEX INC | $1,338,640.00 |   | $0.00 |   |
| 32 |   | Balance Brought Forward | $1,338,514.00 |   | $0.00 |   |
| 33 |   |   |   |   |   |   |