# Exhibit 49

PBC

Note: EY obtained the email invoice from Baruch Greenbaum, Senior Accountant and agreed the volume and amount invoiced to the Effex Monthly trade schedule without

Case 1:17-cv-00916-RA-BCM   Document 305-38   Filed 08/28/22   Page 2 of 4



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

March 19, 2012

Invoice #02-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| February – 2012 | 3/ 122,214 B20.01 | $ 16.00 | 1,955,424 B20.01 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:            Bank of America
Beneficiary:    FXCM Holdings LLC
Beneficiary Account #:      ▮▮▮▮▮▮▮▮
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____

Note: EY obtained the following email verifying the BCM invoiced by EFFEX to Baruch Greenbaum, Senior Accountant. This email is from Alex Kochel, FXM IT. Alex dissaggregates the price streams in FXO related to Effex each month and compares the volumes in FXO to what Effex has invoiced. We agreed the volumes to the invoice above (1/) w/o/e.



To: '"Michael.Suppe@ey.com"' <Michael.Suppe@ey.com>,
Cc:
Bcc:
Subject: RE: Audit Request - EFFEX February
From: Baruch Greenbaum <bgreenbaum@fxcm.com> - Friday 10/26/2012 10:54 AM

----- Message from Alexander Kochel <akochel@fxcm.com> on Tue, 13 Mar 2012 15:18:49 +0000 -----

To: Baruch Greenbaum <bgreenbaum@fxcm.com>, Aaron Harding <aharding@fxcm.com>

cc: "cmeyer@effexcapital.com" <cmeyer@effexcapital.com>

Subject: Fw: Volume

Updated with CitiexJ and CitiexL2
Alex

**From:** Alexander Kochel
**Sent:** Tuesday, March 13, 2012 11:14 AM
**To:** Alexander Kochel
**Subject:** Volume

Monthly volume:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount |
|---|---|---|---|---|---|
| 2012.02.01T03:02:59.419 | 2012.02.29T16:49:44.837 | CITIEXJ | CITIEXJ | 718 | 718 |
| 2012.02.07T16:47:23.698 | 2012.02.29T10:59:53.295 | CITIEXL2 | CITIEXL2 | 673 | 673 |
| 2012.01.31T18:15:40.654 | 2012.02.24T10:04:56.655 | CITIEXHM | himawari | 357 | 357 |
| 2012.01.31T17:00:17.75 | 2012.02.29T16:59:58.71 | CITIEX | retail2 | 104966 | 104966 |

| 0 | 4 | | | | |
|---|---|---|---|---|---|
| 2012.01.31T18:04:21.738 | 2012.02.29T14:17:36.216 | CITIEXT2 | retailt2 | 15500 | 15500 |
| 2012.01.31T17:00:17.750 | 2012.02.29T16:59:58.714 | Total | Total | 122214 | 122214 |

1/

Confidential

EY-GBI-WP-00001810