# Exhibit 57

| | |
|---|---|
| **From:** | Joshua Rosenfeld <jrosenfeld@fxcm.com> |
| **Sent:** | Monday, November 25, 2013 11:49 AM |
| **To:** | Baruch Greenbaum; Sonia Gill |
| **Subject:** | RE: Payments for Order Flow |

That's correct.

**From:** Baruch Greenbaum
**Sent:** Monday, November 25, 2013 11:35 AM
**To:** Sonia Gill
**Cc:** Joshua Rosenfeld
**Subject:** RE: Payments for Order Flow

As far as I know the only third party payer for order flow, as of October '13, was EEFEX. There was BNP P3 in FXCM US in the beginning of the year, but that appears to have ceased.

Josh,

Can confirm the above.

**From:** Sonia Gill
**Sent:** Friday, November 22, 2013 2:21 PM
**To:** Baruch Greenbaum
**Subject:** Payments for Order Flow

Hi Baruch,

RSM McGladrey is looking for a list of liquidity providers that we receive payments from for order flows. Can you please provide that list or would you be able to refer us to the responsible individual(s)?

Thanks,
Sonia

1

CONFIDENTIAL
GLBR_00120647