# Exhibit 58

| | |
|---|---|
| **From:** | David Sakhai <dsakhai@fxcm.com> on behalf of David Sakhai |
| **Sent:** | Thursday, April 22, 2010 10:19 PM |
| **To:** | Drew Niv; William Ahdout |
| **Subject:** | Re: Slippage on limits |

I'm sure Dittami is ok. But getting filled at worse prices on limit orders is across multiple servers according to Brian Hinman.

----- Original Message -----
From: Drew Niv
To: David Sakhai; William Ahdout
Sent: Thu Apr 22 22:07:47 2010
Subject: RE: Slippage on limits

i am not sure but i thought it was a technical thing with one of the servers, and its being fixed.  nothing to do with john. in fact all evidence is pointing to (early signs) that volume is increasing because clients are getting executed faster and with price improvements as he passes market order price improvements to customers.  its only on his flow but thats still something.

_____

From: David Sakhai
Sent: Thursday, April 22, 2010 7:17 PM
To: Drew Niv; William Ahdout
Subject: Slippage on limits

Lately we're hearing that clients are experiencing slippage against the client on limit orders. Does this have anything to do with Dittami? Any idea what's causing it?

1

**CONFIDENTIAL**
**FOIA Confidential Treatment Requested by FXCM**

**GLBR_00003804**
**FXCM-CFTC_00093964**