# Exhibit 59

Page 1

1      CONFIDENTIAL - EVAN MILAZZO RULE 30
2           UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3

       In re:                       :
4                                   :  Master File No.
       Global Brokerage, Inc.       :  1:17-cv-00916-RA
5      F/k/a FXCM, Inc.             :
       Securities Litigation        :
6      ----------------------       :

7

8        REMOTE VIDEO DEPOSITION VIA ZOOM OF:
9            EVAN MILAZZO PURSUANT RULE 30
10             WEDNESDAY, DECEMBER 2, 2020
11
12
13
14
15
16
17
18
19
20
21
22
23
24     REPORTED BY:
       SILVIA P. WAGE, CCR, CRR, RPR
25

Page 54

CONFIDENTIAL - EVAN MILAZZO RULE 30

 1  liquidity providers either have access to
 2  information on FXCM's historical markups or
 3  received --
 4       THE STENOGRAPHER:  I'm sorry.  I
 5  don't know why it's getting garbled.  I'm so
 6  sorry.
 7       MR. BAKER:  I'll repeat.
 8       Q.  To your knowledge, did other
 9  liquidity providers besides EFFEX have either
10  access to information or did they receive the
11  information or spreadsheet that you described
12  concerning FXCM's historical markups?
13       A.  Like I mentioned earlier, I wasn't
14  involved with discussions with those liquidity
15  providers.  So I'm not sure.
16       Q.  To your knowledge, did other
17  liquidity providers other than EFFEX have access
18  to information on the current markups that FXCM
19  was applying to the prices that they provided?
20       A.  Again, I'm not sure.  But it appears
21  that some of them, obviously, did.
22       Q.  It appears from this e-mail that
23  other liquidity providers had access to the
24  current markups?

Page 55

CONFIDENTIAL - EVAN MILAZZO RULE 30

 1       A.  I believe you asked if the liquidity
 2  providers knew what their markups were; is that
 3  correct?
 4       Q.  Essentially, yes, if you can answer
 5  that one.
 6       A.  So there are markups here that are
 7  applied for certain liquidity providers.  I'm
 8  making an assumption that the information about
 9  what those markups were were provided to those
10  liquidity providers.  But that being said, I am
11  not sure because I wasn't involved in those
12  discussions.
13       Q.  Okay.  Thank you.
14       And so going back to the first page
15  of this with Mr. Dittami's e-mail.  In the second
16  paragraph, you see he says, "Key changes
17  include," and then lists couple of things that we
18  are going to break down.
19       But do you see that?
20       A.  Yes, I do.
21       Q.  And the first item on his list is,
22  quote, "Removing spread advantage in Citi on the
23  recent pairs owned by DR."
24       Do you have an understanding what he

Page 56

CONFIDENTIAL - EVAN MILAZZO RULE 30

 1  meant by "spread advantage"?
 2       A.  I believe he's referring to markups,
 3  not spreads, so the differences in markups that
 4  are listed below.
 5       Q.  And in terms of the advantage, so all
 6  else being equal, if a liquidity provider had a
 7  .1 pbs spread advantage, as he refers to it, they
 8  could offer a price that was worse by up to .1
 9  pbs depending on how ties are resolved and it
10  would still win that trade?
11       MR. DAHAN:  Object to form.
12       A.  So there are multiple rules inside of
13  our system that determine where an order is
14  routed.  It depends on the size of the order, the
15  type of order that sends as well.  But in this
16  case, if a liquidity provider had a smaller
17  markup than another liquidity provider, then,
18  yes, they would be able to offer a raw price to
19  FXCM that was .1 pbs worse than another provider
20  and still have the same likelihood of receiving
21  an order.
22       But with that being said, that's on
23  an individual order by order basis.  Obviously,
24  we looked at this from a more aggregate basis in

Page 57

CONFIDENTIAL - EVAN MILAZZO RULE 30

 1  terms of the quality of service liquidity
 2  providers were offering to us.
 3       Q.  So, when you say you looked at this
 4  from more aggregate basis, what are you
 5  describing by, "we looked at this"?  Do you mean
 6  that the decision on how to route orders?
 7       A.  The decision for how to route orders
 8  is something that was, you know, programmed into
 9  the trading system and did not change.  So, no,
10  that's not what I'm referring to.
11       Q.  Well, so what are you referring to
12  when you say, "we looked at this from a more
13  aggregate basis," what process are you describing
14  there?
15       A.  So certain liquidity providers were
16  able to provide much higher levels of service to
17  FXCM than others.  It was in the best interest of
18  FXCM to provide markup advantages to those
19  liquidity providers because it meant that the
20  customer would end up getting a better experience
21  as a result of that, either through lower reject
22  rates overall, higher consistency and prices or
23  better overall spreads.  So that's what I'm
24  referring to.

15 (Pages 54 - 57)

|     | Page 118 |     | Page 120 |
| --- | --- | --- | --- |
| 1 | CONFIDENTIAL - EVAN MILAZZO RULE 30 | 1 | CONFIDENTIAL - EVAN MILAZZO RULE 30 |
| 2 | A. As I recall, there were aspects | 2 | A. Yeah, I can't be certain, but there |
| 3 | related to EFFEX's connectivity and integration | 3 | may have been. |
| 4 | with FXCM, the quality of the pricing and the | 4 | Q. Okay. But are you, specifically, |
| 5 | execution services that they were providing and | 5 | aware of any? |
| 6 | then also some information about projects that | 6 | A. Not that I can recall. But, again, |
| 7 | EFFEX was working on that related to those two | 7 | there may have been. |
| 8 | points. | 8 | Q. So, if you look to the attachment |
| 9 | Q. Do you recall if EFFEX provided | 9 | here. We are on the same page as before, which |
| 10 | information on their P&L for a given time period | 10 | is GLBR 8069, the top of the attachment. |
| 11 | in these regular updates? | 11 | Do you see where it says, "benefits," |
| 12 | A. I don't recall. | 12 | and then there's three bullet points? |
| 13 | Q. Are you aware of any other liquidity | 13 | A. Yes, I see those. |
| 14 | providers that provided weekly or regular updates | 14 | Q. Under the first bullet point under |
| 15 | to FXCM during the 2010 to let's say 2015 time | 15 | "Benefits," the first number, No. 1 says, |
| 16 | period? | 16 | "Greater EFFEX P&L with realtime read of book and |
| 17 | A. Well, as I wasn't involved in | 17 | better understanding of FXCM's internal workings |
| 18 | corresponding directly with all liquidity | 18 | (and EFFEX's advantage)." |
| 19 | providers, I do know that the liquidity | 19 | Did you have an understanding what |
| 20 | management team would communicate with liquidity | 20 | "P&L" meant in the context of this document? |
| 21 | providers regularly and solicit their feedback | 21 | A. No, I'm not certain. |
| 22 | for how the relationship was going, how the | 22 | Q. Do you have any understanding of what |
| 23 | quality of the order flow that we were sending to | 23 | EFFEX's P&L was referred to in this document? |
| 24 | them, et cetera, was and, occasionally, I was | 24 | MR. DAHAN: Object to the form. |
| 25 | involved in investigations and discussions | 25 | A. Again, I'm not certain. |

|     | Page 119 |     | Page 121 |
| --- | --- | --- | --- |
| 1 | CONFIDENTIAL - EVAN MILAZZO RULE 30 | 1 | CONFIDENTIAL - EVAN MILAZZO RULE 30 |
| 2 | associated with those points with those liquidity | 2 | Q. To maybe clarify here, obviously, you |
| 3 | providers. | 3 | didn't -- or it appears that you didn't write |
| 4 | Q. Yeah. But my question was whether | 4 | this document, but it was sent to you. |
| 5 | you were aware of any liquidity providers that | 5 | So, as a document sent to you, I'm |
| 6 | provided weekly or regular updates to FXCM during | 6 | asking do you have any context or understanding |
| 7 | 2010 to 2015? | 7 | what that means, what FXCM's P&L refers to? |
| 8 | MR. DAHAN: I think he's answered | 8 | MR. DAHAN: And I think that he's |
| 9 | that question; asked and answered. Objection to | 9 | answered that twice that he doesn't. But you can |
| 10 | form. | 10 | ask him a third time. Objection to form. |
| 11 | A. So, as I just stated, I -- it was | 11 | A. Yeah, I'm not sure. |
| 12 | meetings that the liquidity management team had | 12 | Q. Do you have an understanding of what |
| 13 | with the other liquidity providers. Those | 13 | "realtime read of book" is referring to here? |
| 14 | liquidity providers provided their feedback to | 14 | A. Yes, I do. |
| 15 | FXCM on the business relationship. | 15 | Q. And what's your understanding? |
| 16 | Q. I understand your answer. I think | 16 | A. "Book" is synonymous with the |
| 17 | it's different from my question that your | 17 | collection of quotes from liquidity providers. |
| 18 | response was about the meetings and provided | 18 | So a "read a book" would be the ability to be |
| 19 | feedback. | 19 | able to view the quotes from liquidity providers. |
| 20 | And I'm asking if there were regular | 20 | Q. And at this time, did EFFEX have |
| 21 | -- let's say documents of showing a regular | 21 | "realtime read a book" from FXCM? |
| 22 | update that FXCM received from other liquidity | 22 | A. Yes, I believe it did. |
| 23 | providers? | 23 | Q. Do you know when that started? |
| 24 | MR. DAHAN: Objection to form, same | 24 | A. I don't remember, exactly. |
| 25 | objection. | 25 | Q. Do you remember -- strike that. |