# Exhibit 61

| | |
|---|---|
| **From:** | Baruch Greenbaum <bgreenbaum@fxcm.com> |
| **Sent:** | Friday, June 21, 2013 03:29 PM |
| **To:** | Aaron Harding; <Alexan.Kartalyan@ey.com> |
| **Cc:** | 'Chris Meyer' |
| **Subject:** | RE: EUR/USD |

Alex and Aaron,

Please separate out EUR/USD from you volume #s starting with the month of June. Similar to what you currently do for USD/JPY.

---

**From:** Chris Meyer [mailto:cmeyer@effexcapital.com]
**Sent:** Friday, June 21, 2013 3:26 PM
**To:** Baruch Greenbaum
**Cc:** Aaron Harding
**Subject:** Re: EUR/USD

Hello Baruch -

It's $6.00 per million for June and beyond.

thanks - Chris

Chris Meyer
EFFEXCAPITAL
Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (direct)

On Jun 21, 2013, at 2:35 PM, Baruch Greenbaum wrote:

Chris,

What will the new fee rate per million for volume from EUR/USD for June and going forward.

Baruch Greenbaum
Senior Accountant
FXCM Inc.
55 Water St., 50th Floor
New York, NY 10041
Tel (646) 432-2080
Fax (212) 897-7669

1

Email: bgreenbaum@fxcm.com

2

CONFIDENTIAL

GLBR_00185324