# Exhibit 65

CONFIDENTIAL

Page 1

1      CONFIDENTIAL - DAVID STOLLOW, CPA
2           UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3

    In re:                        :
4                                 :  Master File No.
    Global Brokerage, Inc.        :  1:17-cv-00916-RA
5   F/k/a FXCM, Inc.              :
    Securities Litigation         :
6   ----------------------        :

7

8      REMOTE VIDEO DEPOSITION VIA ZOOM OF:
9              DAVID STOLLOW, CPA
10          MONDAY, JANUARY 25, 2021
11
12
13
14
15
16
17
18
19
20
21
22
23
24  REPORTED BY:
    SILVIA P. WAGE, CCR, CRR, RPR
25  JOB NO. 4398807

CONFIDENTIAL

|  | Page 214 |
|---|---|
| 1 | CONFIDENTIAL - DAVID STOLLOW, CPA |
| 2 | Bradley Massam to support the audit team during |
| 3 | the procedures? |
| 4 |     A.  In matters such as this, that -- |
| 5 |     Q.  In this matter, in this matter. |
| 6 |     A.  In this specific matter, we engaged |
| 7 | our -- what is referred to our FIDS practice or |
| 8 | Fraud Investigation Dispute Services Practice to |
| 9 | support the audit team just in the assessment and |
| 10 | evaluation of all of the matters, not only the |
| 11 | allegations raised by the regulators, as well as |
| 12 | the investigation procedures that had been |
| 13 | performed.  So we do this in circumstances such |
| 14 | as that to support the audit team. |
| 15 |     Q.  And I just wanted to -- because I |
| 16 | don't think we kind of went through your ultimate |
| 17 | conclusion in this memo, which is down at |
| 18 | Page 10.  It says -- are you with me? |
| 19 |     A.  I am. |
| 20 |     Q.  Great.  It says, "Based on all the |
| 21 | procedures mentioned above, we believe that there |
| 22 | was no impact of financial statement reporting as |
| 23 | a result of the regulatory matters in the current |
| 24 | or prior years and we may accept" if management |
| 25 | -- "accept management's representations as |

|  | Page 215 |
|---|---|
| 1 | CONFIDENTIAL - DAVID STOLLOW, CPA |
| 2 | appropriate audit evidence." |
| 3 |         Do you see that? |
| 4 |     A.  I do. |
| 5 |     Q.  Just as an estimate, you don't have |
| 6 | to give me a precise amount, how much time did EY |
| 7 | spend on the procedures described in this memo |
| 8 | that you authored? |
| 9 |     A.  I, honestly, I don't recall.  I mean, |
| 10 | we spent a fair amount of time going through the |
| 11 | assessment with management, with Counsel and |
| 12 | everyone else.  I really couldn't tell you off |
| 13 | the top of my head. |
| 14 |     Q.  Totally fine. |
| 15 |         And just, you know, to kind of close |
| 16 | the loop... |
| 17 |         Did EY ever resign as FXCM's auditor? |
| 18 |     A.  No, we did not. |
| 19 |     Q.  And was FXCM ever required to restate |
| 20 | its financial statements? |
| 21 |     A.  As it relates to this particular |
| 22 | matter, no.  There's other risk statements that |
| 23 | FXCM had gone through -- |
| 24 |     Q.  Okay. |
| 25 |     A.  -- for other matters.  So I just want |

|  | Page 216 |
|---|---|
| 1 | CONFIDENTIAL - DAVID STOLLOW, CPA |
| 2 | to be clear with that. |
| 3 |     Q.  Sure. |
| 4 |     A.  As it relates to this specific item |
| 5 | we are talking about, as it relates to CFTC NFA |
| 6 | and Effex, no. |
| 7 |     Q.  Okay.  Thanks very much.  I have |
| 8 | nothing further. |
| 9 |         THE VIDEOGRAPHER:  Any other? |
| 10 |         I can read us off? |
| 11 |         MR. TABAK:  Wait.  Hold on. |
| 12 |         MR. LaPOINTE:  I may have a follow-up |
| 13 | question or two on Exhibit 21. |
| 14 | EXAMINATION BY MR. LaPOINTE: |
| 15 |     Q.  Okay.  I don't want to take up too |
| 16 | much time. |
| 17 |     A.  On 21? |
| 18 |     Q.  Yes. |
| 19 |     A.  Okay, I'm back on it. |
| 20 |     Q.  So, on Exhibit No. 21, does this |
| 21 | represent a reconciliation of the invoices to the |
| 22 | volume that is reported for Effex trading during |
| 23 | the relevant time period? |
| 24 |     A.  So this represents an invoice itself |
| 25 | that includes the information as to the rebate, |

|  | Page 217 |
|---|---|
| 1 | CONFIDENTIAL - DAVID STOLLOW, CPA |
| 2 | the rate as well as the volume. |
| 3 |     Q.  And in reconciling such an invoice, |
| 4 | what other sources of information would EY have |
| 5 | consulted in attempting to reconcile? |
| 6 |     A.  It would go to the volume itself, |
| 7 | which is referenced, I believe, through FXO, |
| 8 | which is the IT system in terms of what the |
| 9 | volume was and the rate which -- and I'm -- I |
| 10 | have not reviewed these work papers in detail, |
| 11 | but generally the rate would go back to |
| 12 | contractual provisions or for some other form. |
| 13 |     Q.  And would it also reconcile the |
| 14 | amounts of reported invoice to bank records? |
| 15 |     A.  It -- that might not be here.  That |
| 16 | might be in a separate section in terms of cash |
| 17 | collection.  These invoices would generate -- |
| 18 | some of those would be paid or not paid by the |
| 19 | December 31 yearend.  It might be held as a |
| 20 | receivable, which would be subject to additional |
| 21 | -- potentially, additional procedures for |
| 22 | confirmation and for receivables as an example. |
| 23 |     Q.  Now, this document in particular from |
| 24 | audit work papers, if you know, was this selected |
| 25 | as part of the sampling procedure in the audit |