# Exhibit 210

CONFIDENTIAL

Page 1

1              CONFIDENTIAL - SIMON WILSON-TAYLOR
2                 UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF NEW YORK
3

      In re:                         :
4                                    :  Master File No.
      Global Brokerage, Inc.    :  1:17-cv-00916-RA
5     F/k/a FXCM, Inc.               :
      Securities Litigation     :
6     ----------------------    :

7

8             REMOTE VIDEO DEPOSITION OF:
9                  SIMON WILSON-TAYLOR
10              WEDNESDAY, JUNE 2, 2021

11
12
13
14
15
16
17
18
19
20
21
22
23
24    REPORTED BY:
      SILVIA P. WAGE, CCR, CRR, RPR
25    JOB NO. 4577008

Page 62

CONFIDENTIAL - SIMON WILSON-TAYLOR

Q. Welcome back, Mr. Wilson-Taylor. I'm going to pick up around where we left off. This is Paragraph 33, looking at the end of the paragraph on Page 13. So let me know when you're there.

A. Yep.

Q. So, at the end of this paragraph, you describe "a nonbank liquidity provider that may customize its services to the needs of the single FX broker who might be its largest or only client."

Do you see that?

A. I do.

Q. Was Effex an example of "a nonbank liquidity provider that customized its services for the needs of a single FX broker," namely, FXCM?

A. I, certainly, had, you know, included Effex in my thinking around the opportunity in the market, yes.

Q. And was it your understanding that FXCM was Effex's largest client?

A. Certainly initially, yes. I'm not sure how it played out later but...

Page 63

CONFIDENTIAL - SIMON WILSON-TAYLOR

Q. And -- sorry, I don't mean to cut you off.

Was it your understanding that at times FXCM was Effex's only client?

A. Yes, in the sense that as I understand it, FXCM was Effex's first client and, therefore, by definition would have been their only client, yes.

Q. Are you aware of any other liquidity providers who customized their services to the needs of a single FX broker that was their largest or only client?

A. I am, certainly, aware of the formation of a number of independent and nonbank liquidity providers and I have no doubt that when they started they would have had a single client. So I think, yes, I am aware of that.

Q. Are you aware of any specific liquidity providers who customized their services for the needs of a single FX broker?

A. They -- well...

The general advantage of a nimble small initially maybe even well-funded startup in the FX space is that they are able to customize

Page 64

CONFIDENTIAL - SIMON WILSON-TAYLOR

their services to the types of liquidity that they receive in the market. Even ECNs themselves customize pools of liquidity for individual customers. So customization, the ability to establish very specific trading environments and trading pools for customers is an extremely important part of the function of these firms, yes.

Q. I appreciate that. But I don't think that answered my question, which is...

Are you aware of any specific liquidity providers who customer myself their services for the needs of a single FX broker?

A. You know, I'm not privy to the detail of confidential arrangements that exist within each of the firms. What I can tell you is the same methodology applies to ECNs of which I have managed three and in each case we very much customize our liquidity to the needs of those customers and it's the same process so, yes.

Q. But the answer is, no, you're not aware of any specific liquidity providers who customized their services for the needs of a single FX broker?

Page 65

CONFIDENTIAL - SIMON WILSON-TAYLOR

A. No, because I have not worked for those firms and I'm not aware of the confidential details of how they operate.

Q. On same page, Page 13/Paragraph 34, subparagraph b, you say that, "In a no dealing desk model, the broker's profitability generally does not depend on the subsequent price increase."

Do you see that?

A. I do.

Q. Other than the margin risk, which you describe in Footnote 42, are there other examples of when you're aware -- sorry.

Are there other examples that you are aware of when a broker's profitability may depend in part on subsequent pricing?

A. Not when the broker is acting as an agent in trade, no.

Q. Other than the margin risk that you describe in the footnote, are there other examples that you are aware of when a broker using a no dealing desk model is exposed to market risk?

A. I'm not -- I can't think of any

17 (Pages 62 - 65)

Page 78

1    CONFIDENTIAL - SIMON WILSON-TAYLOR
2        A. I'm not aware of the specifics. But,
3    again, these were all new firms that were created
4    and they would have had to start somewhere. So
5    they would have started with a single customer.
6        Q. If we move down to the next page,
7    Page 22/Paragraph 57. Do you see that?
8        A. Yep.
9        Q. In that paragraph you say that,
10   liquidity providers make payments for order flow
11   when they recognize that the inherent value of
12   the flow is worth more than the cost of servicing
13   that flow. I'm paraphrasing you.
14       Is that a fair characterization?
15       A. Yeah.
16       Q. So is another way to say that that
17   you mean that a liquidity provider is willing to
18   make payments for order flow when the flow is
19   profitable for the liquidity provider?
20       A. Yeah, I'm not saying that every
21   liquidity provider is willing to make payments
22   for order flow. But what I'm saying is where a
23   payment for order flow arrangement exists, that
24   it clearly needs to be profitable to the
25   liquidity provider in order to be able to make

Page 79

1    CONFIDENTIAL - SIMON WILSON-TAYLOR
2    those payments. That's really what I'm saying.
3        Q. So is it fair to say that a
4    profitable flow is a necessary but not sufficient
5    condition for order flow payments in this
6    context?
7        MR. DAHAN: Objection to form.
8        A. Well, unless somebody wants to lose
9    money, it has to be a necessary condition, yes.
10       Q. On the same page, Paragraph 58, the
11   first sentence says, "Payment for order flow is a
12   common practice in the United States."
13       Do you see that?
14       A. I do.
15       Q. Was that statement equally true in
16   2010 to 2014?
17       A. Yes.
18       Q. And is payment for order flow a
19   common practice outside the US?
20       A. Yes.
21       Q. Was that true in that 2010 to 2014
22   time period as well?
23       A. Yes.
24       Q. Are there any differences in how
25   common payments for order flow are in the US

Page 80

1    CONFIDENTIAL - SIMON WILSON-TAYLOR
2    versus other jurisdictions?
3        MR. DAHAN: Again, objection, form.
4        Just for clarity, again, you're still
5    focused on 2010 to 2014, or now you're just
6    saying in general?
7        MR. BAKER: Let's say general.
8        A. Yeah, I -- you know, I -- I probably
9    couldn't cite all the detail of all the
10   differences. But, you know, there are different
11   approaches to doing business in different
12   markets. So the Japanese Retail Aggregation
13   Market, for example, operates somewhat
14   differently to others.
15       The European market has, as we know,
16   had a thematic review issued by the FCA, which
17   has set some standards around payment for order
18   flow. And so there are, you know, nuances in how
19   this is done.
20       But the general principle of looking
21   at the value that a business has and working out
22   that value is assigned between the participants,
23   which can include payment for order flow, is very
24   much an important part of the financial markets
25   operate.

Page 81

1    CONFIDENTIAL - SIMON WILSON-TAYLOR
2        Q. Okay. In light of the -- later in
3    the same paragraph, the last sentence you say
4    that, "In the US equities market, payment for
5    order flow is industry standard practice."
6        Does that statement apply equally in
7    2010 to 2014?
8        A. I am less aware of a history of
9    payment for order flow in the equities market. I
10   am aware of the current situation in equities
11   markets. But my understanding is that, you know,
12   payment for order flow has been a feature in the
13   equities markets for -- probably for decades.
14       Q. And when you say, "industry standard
15   practice," do you mean that all or most major
16   brokers made payments for order flow, or do you
17   mean that practice is relatively commonplace?
18       A. I mean, it's relatively commonplace.
19       Q. Okay. And is that different in
20   non-US equities markets?
21       A. I am -- almost no knowledge of non-US
22   equities markets. So I can't answer that
23   question.
24       Q. Okay. On the next page,
25   Page 53/Paragraph 59, let me know when you're

|  | Page 82 |
|---|---|
| 1 | CONFIDENTIAL - SIMON WILSON-TAYLOR |
| 2 | there. |
| 3 | A. 59, okay. |
| 4 | Q. You write, "Payment for order flow is |
| 5 | also an essential feature of certain |
| 6 | relationships in the FX market." |
| 7 | A. Yes. |
| 8 | Q. Is that statement -- sorry. |
| 9 | Was that statement true in 2010-2014? |
| 10 | A. Yes. |
| 11 | Q. For what types of relationships in |
| 12 | the FX markets are payments order flow an |
| 13 | "essential feature"? |
| 14 | A. You know, what I can very clearly |
| 15 | comment on is what is publically available |
| 16 | information and what I'm, you know, less able to |
| 17 | comment is the confidential relationships between |
| 18 | parties and, you know, the FX market still |
| 19 | operates at very much under an atmosphere of |
| 20 | confidentiality. |
| 21 | What is public is the fact that |
| 22 | liquidity providers are paying for flow that |
| 23 | comes from institutional customers, asset |
| 24 | managers, hedge funds, corporations, et cetera, |
| 25 | and have been doing so since -- certainly, since |

|  | Page 83 |
|---|---|
| 1 | CONFIDENTIAL - SIMON WILSON-TAYLOR |
| 2 | 1999 when I launched the world's first |
| 3 | multi-dealer FX platform and initiated the |
| 4 | process where banks paid FX Connect, which is the |
| 5 | business I operated, for that order flow. |
| 6 | Q. Did FX Connect offer retail FX |
| 7 | trading? |
| 8 | A. FX Connect did not directly offer any |
| 9 | retail FX trading. But the sister business that |
| 10 | we acquired CurrentX was very much focused a the |
| 11 | retail segment. |
| 12 | Q. Did CurrentX receive payments for |
| 13 | order flow from liquidity providers in the retail |
| 14 | trading context? |
| 15 | A. So CurrentX is an infrastructure |
| 16 | provided to the retail FX markets. They're |
| 17 | providing core technology, which is white labeled |
| 18 | and reused by brokers. So CurrentX wasn't itself |
| 19 | a broker, but it was, if you like, the master |
| 20 | technology for a very large number of brokers |
| 21 | globally. |
| 22 | And so the sequence of order flow |
| 23 | would be that the broker would white label |
| 24 | CurrentX technology. The retail customer would |
| 25 | trade on that platform. And Current X would |

|  | Page 84 |
|---|---|
| 1 | CONFIDENTIAL - SIMON WILSON-TAYLOR |
| 2 | receive payments from the liquidity providers for |
| 3 | that order flow, yes. |
| 4 | Q. So Current X did the mechanism that |
| 5 | you're talking about, receive payments for order |
| 6 | flow from liquidity providers in the retail |
| 7 | context? |
| 8 | A. Yes, as a consequence of retail flow |
| 9 | coming from its customers, yes. |
| 10 | But I should qualify that, because |
| 11 | the legal relationship between Current X and the |
| 12 | broker meant that the broker was an institutional |
| 13 | customer of Current X. So, by the time Current X |
| 14 | received it, it was classified it as |
| 15 | institutional flow and subject to, you know, the |
| 16 | rules of ineligible contract participant |
| 17 | relationship. Whereas the broker to retail |
| 18 | customer was very specifically a retail customer |
| 19 | relationship. |
| 20 | But the flow was nevertheless the |
| 21 | same transaction that went through the Current X |
| 22 | pipes and they received payment for order flow |
| 23 | for that flow, which originated it from a retail |
| 24 | customer. |
| 25 | Q. Does the nature of institutional FX |

|  | Page 85 |
|---|---|
| 1 | CONFIDENTIAL - SIMON WILSON-TAYLOR |
| 2 | trading differ from retail in a way that |
| 3 | liquidity providers might be more willing to pay |
| 4 | for institutional order flow? |
| 5 | A. I don't think so. You know, again, |
| 6 | through segmentation, liquidity providers of all |
| 7 | kinds would have different appetite for different |
| 8 | types of flow and, therefore, a different extent |
| 9 | to which they might be willing to pay for it |
| 10 | because it's in their view has different levels |
| 11 | of profitability. |
| 12 | But with that caveat, the general |
| 13 | principle of payment for order flow, I think, |
| 14 | would remain the same. |
| 15 | Q. In your experience, was it more |
| 16 | common for liquidity providers to pay for |
| 17 | institutional flow as opposed to retail flow? |
| 18 | A. In my experience, history shows me |
| 19 | that they have certainly paid more for |
| 20 | institutional flow than retail flow, yes. |
| 21 | Q. In the 2010 to 2014 time frame, was |
| 22 | it common for -- in your experience -- for |
| 23 | liquidity providers to pay for order flow for |
| 24 | retail flow? |
| 25 | A. What kind of liquidity providers are |

Page 86

CONFIDENTIAL - SIMON WILSON-TAYLOR

1
2  we talking about?
3      Q.  Any type.
4      A.  So, in that time frame, there were
5  certainly discussions between banks and brokers
6  around payment for retail order flow.  The extent
7  to which they turned into actual payment for
8  order flow arrangements, I'm kind of less clear
9  on, you know.  I was involved personally in a
10 handful of discussions in that space and not many
11 of them ended up with a commercial arrangement
12 from a bank liquidity provider to one of these
13 firms.
14     I'm, obviously, not privy to the
15 relationships between nonbank liquidity providers
16 and their customers and whether or not that took
17 place.  So I can only rely on my experience as a
18 bank liquidity provider in that time period.
19     Q.  In your experience, were you aware of
20 any liquidity providers, bank or nonbank, who did
21 pay for order flow for retail flow in the 2010 to
22 2014 time period?
23     A.  Again, it would be speculation on my
24 part.  You know, the relationships between those
25 firms were confidential.  So it may have

Page 87

CONFIDENTIAL - SIMON WILSON-TAYLOR

1
2  happened.  It may not have happened.  I can't be
3  certain.
4      Q.  So you're not, specifically, aware of
5  any instances in your own personal experience?
6      A.  I'm not specifically aware of it, no.
7  Would I have expected it to occur, yes.
8      Q.  Still in Paragraph 59, you talk about
9  payments being individually negotiated with each
10 liquidity provider.
11     Did you negotiate with liquidity
12 providers over payments for order flow?
13     A.  I did.
14     Q.  And was it your personal experience
15 that liquidity providers in these discussions
16 asked for price reductions at that time?
17     A.  Very much so, yes.  You know, if I go
18 over the chronology, we started in -- I mean,
19 I've been negotiating agreements with banks from,
20 you know, 1999 up until last year when I left the
21 CME.  And so, when we started in 1999, we were
22 charging banks -- well, I probably shouldn't be
23 entirely specific on a number, but a significant
24 number somewhere north of $20 in million.
25     And by the time we got to last year,

Page 88

CONFIDENTIAL - SIMON WILSON-TAYLOR

1
2  we were probably negotiating for spot FX in the
3  range of $3 a million and swaps and -- swap
4  transactions in -- literally measured in cents
5  per millions rather than dollars per million.  So
6  there's been a significant reduction in fees paid
7  for order flow during that period.
8      Q.  And was that, you know, true -- was
9  that your experience in the 2010 to 2014 time
10 frame?
11     MR. DAHAN:  What?  What "experience"?
12     Q.  These negotiations with liquidity
13 providers about reducing the amount -- the rate
14 of payment for order flow.
15     A.  Yeah, I mean, it was a common theme
16 at every meeting held at banks is, you know, the
17 banks would always want to reduce the fees paid
18 and they would often cite the continuing
19 reduction in spreads as the primary reason for
20 that, because their income was not high enough to
21 sustain the payments that had previously been
22 agreed.  And I would suggest that for most of the
23 time period, it was pretty continuous process
24 that that conversation was one that took place.
25 And that would include 2010 to 2014, to be clear.

Page 89

CONFIDENTIAL - SIMON WILSON-TAYLOR

1
2      Q.  Thank you.
3      And in these conversations that you
4  had with liquidity providers about reducing the
5  rates, how often did those conversations result
6  in actual rate changes on average?
7      A.  I -- I couldn't -- I couldn't
8  speculate.  What I can tell you is that when I
9  joined UBS, I immediately negotiated with all of
10 our platform providers and this was in 2000 and
11 -- between 2009 and 2011 and I obtained
12 reductions on a hundred percent of the
13 conversations I was having.  But, you know, if
14 we're looking at it from the other side of the
15 desk, as the person who was being asked to
16 receive less from my order flow, you know, banks
17 can be demanding and you don't always want to
18 give into those demands, because, obviously, you
19 want to retain as much of a revenue as you can.
20 So I couldn't speculate the percentage of times
21 that that occurred, but it happened.
22     Q.  So say given for a given liquidity
23 provider, approximately, how often would you
24 actually change the rate of order flow payment,
25 every few years, daily, monthly?

23 (Pages 86 - 89)

CONFIDENTIAL

Page 98

CONFIDENTIAL - SIMON WILSON-TAYLOR

I will say that the climate that we were all operating under in the financial markets post-financial crisis was one of the demands for increasing transparency. So, as part of those demands for increasing transparency, I can suggest that the European regulators felt that fairness and, you know, same fee structures for everybody in making those transparent and public was important in the same way that their requirement for recording transactions in, you know, databases that the regulator could access is also considered important to create transparency. So it's part of a movement towards transparency.

Q. And --

A. Which is convenient for this document.

Q. And other than the general interest in increasing transparency, were there any specific issues you're aware of that this regulation was implemented in order to address?

A. No, I'm not aware of any specific issues other than the 2007 to 2009 financial crisis.

Page 99

CONFIDENTIAL - SIMON WILSON-TAYLOR

Q. On the next page, Page 24, Figure 4, there's several platforms there.

Are any of these platforms, as listed in this context, for retail FX trading?

A. So, you know, retail flow is part of a continuum of flow that ends up being priced by an institution. And as we discussed with CurrentX, Current X was the leading kind of infrastructure technology play that was used in the retail markets. Although the transactions between, you know, CurrentX's prime broker and the prime broker for the retail broker were classified as institutional trades, the source of the original request for trade was a retail transaction.

But we can see the same characteristics in any platform that handles flow is that there will be a mix of flow that originates with the retail customer and comes through. FX Connect is probably the exception, because almost all of flow is -- you know, the platform is more designed for asset managers and unless an asset manager is directly relating to, you know, retail flow originally at the front of

Page 100

CONFIDENTIAL - SIMON WILSON-TAYLOR

the process, it's unlikely that there would be a retail element to that flow.

Q. Okay. In Paragraph 61, you refer to liquidity providers who paid "a substantial share of trading profits to ECNs as opposed to a dollar per million fee."

Do you see that?

A. I am, yeah.

Q. Okay. Were you aware of particular liquidity providers who made payments on a percentage basis?

A. Yes.

Q. Was that a certain type of liquidity provider say banks versus non-banks or a category of nonbank liquidity providers?

A. My personal experience, which is negotiating those services was that while I did have banks that did pay my company based on profits that they made on the order flow they received, those negotiations were easier with non-banks than they were with banks. So both, both occurred but easier with nonbanks than banks.

Q. And in any of the instances where a

Page 101

CONFIDENTIAL - SIMON WILSON-TAYLOR

liquidity provider paid a percentage or substantial share of its trading profits to the ECNs, were any of those in the retail trading context?

A. I can't be certain of the source of the flow necessarily. Again, you know, the actual flow by the time it came from my ECN -- the relationship between my ECN and the liquidity provider was, you know, technically an institutional level relationship. The relationship between me and the market taker was also an institutional relationship. But many of those firms that were clients of my ECN were retail brokers. And so there's no question that the origin of the flow for many of those clients was retail flow, was going through system.

Q. Did any of those ECNs operate or claim to operate a no dealing desk or similar model?

A. I -- I have no real knowledge of that. I am not focused on the business model of my clients to that degree.

Q. You say, "a substantial share of any trading profits."

Page 102

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2       What do you mean by "substantial
3  share," is that more than half, something else?
4       A.  So, you know, my personal knowledge
5  relates to the negotiations that I and my sales
6  team conducted with liquidity providers.  We were
7  making a very specific offer to those liquidity
8  providers that they either paid us a fee for the
9  order flow on a dollars per million basis or they
10 could choose to pay us 50 percent of their
11 profits.  We didn't try to negotiate above
12 50 percent, but that was the offer that we made.
13      Q.  And not just in the offer that was
14 made but in the instances where a liquidity
15 provider paid for order flow on a percentage
16 basis, approximately, you know, what range of the
17 percentage are we talking?
18      A.  It was only ever 50 percent.  It was
19 either one or the other.  We gave them that
20 choice.  We didn't give them the choice to
21 negotiate a different number.
22      Q.  Okay.  So you're saying it was
23 50 percent or a flat fee --
24      A.  A flat fee dollars per million, yes.
25 We did actually did allow them to negotiate the

Page 103

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2  dolls per million number but -- and that did
3  change over time with many of our clients.  But
4  the 50 percent was either, you know, take or
5  leave it, 50 percent of dollars per million.
6       Q.  Were you aware of any liquidity
7  providers who paid more than 50 percent of their
8  trading profits in order flow payments at
9  anytime?
10      A.  Again, I'm not aware of the
11 profitability.  But if I believe the
12 conversations I had with liquidity providers, who
13 were paying on a dollars per million basis, then
14 it's quite likely that they were paying more than
15 50 percent at times because they were asking for
16 fee reductions.
17      Q.  Does them asking for fee reductions
18 mean that they are paying more than 50 percent?
19      How did you come to the conclusion
20 that they were paying more than 50 percent?
21      A.  Some of them -- some of them would
22 show me statements of their profitability and
23 show me that they were, you know, making a, you
24 know, number which meant that my fee was more
25 than 50 percent of their income from flow.

Page 104

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2       Q.  Are you aware of any instances where
3  a liquidity provider was paying more than
4  50 percent of its profits in order flow payments
5  on retail flow?
6       A.  I have no specific knowledge of that,
7  no.
8       Q.  Move to Paragraph 62.  You're
9  discussing your time at Molten Markets.
10      What proportion of Molten Markets'
11 liquidity providers paid for order flow, roughly?
12      A.  100 percent.
13      Q.  And we may have covered this earlier.
14      But Molten Markets' liquidity
15 providers, was that all in the institutional
16 context?
17      MR. DAHAN:  Objection.
18      A.  So our legal structure was that we
19 had only institutional relationships, but many of
20 our market takers were retail brokers.
21      Q.  Understood.
22      Were order flow payment agreements --
23 focusing on the agreements, I know we talked
24 about payments before -- but were these
25 agreements common throughout the industry in the

Page 105

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2  2010 to 2014 period?
3       A.  Yes.
4       Q.  And were they the agreements also
5  common for liquidity providers for retail FX
6  platforms?
7       A.  Sorry.  Can you say that again, so I
8  hear it clearly?
9       Q.  Were the order flow payment
10 agreements common for liquidity providers for
11 retail FX platforms?
12      MR. DAHAN:  Objection to form.
13      A.  I don't...
14      So I need to understand what you mean
15 by "platform," because it's a question of whether
16 the retail -- I -- I don't understand the
17 structure of the question, I'm afraid.  You know,
18 I've already answered the fact that retail flow
19 coming through a platform would -- the platform
20 would receive payment for order flow from the
21 liquidity provider.  And that's really as far as
22 I can answer that question, I think.
23      Q.  Did any of Molten Markets' liquidity
24 providers pay a percentage of their trading
25 profits as order flow payments?

27 (Pages 102 - 105)

CONFIDENTIAL

Page 118
CONFIDENTIAL - SIMON WILSON-TAYLOR

 1  as valid.  That that's my recollection.
 2  
 3      Q.  And do you remember the dates either
 4  of the option agreement or the document that you
 5  say confirmed that neither side regarded the
 6  option agreement as valid?
 7      A.  I don't remember the dates or the
 8  chronology, no.
 9      Q.  Were you aware of the general terms
10  of the option agreement?
11      A.  Not in -- I mean, I would have read
12  it.  I would have considered it.  I would have
13  discounted it because it no longer existed.  So I
14  don't remember the precise terms of the option
15  agreement but a vague recollection.
16      Q.  So is it fair to say you did not
17  incorporate the terms of the option agreement
18  into your analysis of FXCM's business
19  relationship with Effex?
20      MR. DAHAN:  Objection to form.  I
21  think you just said he discounted -- he discarded
22  it, but that's a consideration.
23      A.  I, certainly, looked at it.  I
24  considered it.  I felt that it was clear that the
25  option agreement didn't exist and therefore it

Page 119
CONFIDENTIAL - SIMON WILSON-TAYLOR

 1  was no longer a factor in my consideration.
 2  
 3      Q.  Okay.  Were you aware of any order
 4  flow payments made by Effex to FXCM or billed by
 5  FXCM before the May 2010 services agreement?
 6      A.  I'm not aware of anything.
 7      Q.  On the top of the next page, Page 26,
 8  you say that, "FXCM and Effex renegotiated the
 9  per million fee on multiple occasions based on
10  changing market conditions and irrelative
11  bargaining power of each party."
12      Do you see that?
13      A.  I do.
14      Q.  What changes in market conditions did
15  you understand served as the basis for these rate
16  changes?
17      A.  I mean, there are probably many
18  factors.  I think the biggest driver of it would
19  probably be this spread reduction that they
20  experienced during the period because spread is
21  an important factor for a market maker in making
22  money.
23      Q.  Was it your understanding that
24  Effex's profitability on FXCM trading volume was
25  a factor in these rate negotiations?

Page 120
CONFIDENTIAL - SIMON WILSON-TAYLOR

 1  
 2      A.  You know, logically, if you're
 3  running a business and you're paying somebody for
 4  flow, you can't pay them more than you're making.
 5  So, to that extent, I'm sure it was a factor.
 6  But, you know, beyond that I'd be speculating.
 7      Q.  You mentioned that in the same
 8  paragraph of the last sentence that starting in
 9  2013, Effex paid lower rates for certain currency
10  payors for order flow.
11      Do you see that?
12      A.  Uh-huh, I do.
13      Q.  Do you know what was the basis for
14  Effex paying less for these currency payors?
15      A.  I have no specific knowledge of that
16  negotiation and the factors in it, no.
17      Q.  Do you know if the services agreement
18  was amended to reflect these new rates?
19      A.  I -- I don't recall.  I don't recall.
20      Q.  In your experience, would you expect
21  the parties to memorialize a change in order flow
22  fee rates by amending a services agreement?
23      MR. DAHAN:  Objection to form.
24      A.  You know, I -- I -- if you're being,
25  you know, pedantic about how agreements are kept

Page 121
CONFIDENTIAL - SIMON WILSON-TAYLOR

 1  
 2  in step completely all the time, then, yes, of
 3  course, you would expect people to record
 4  changes.  That would be a natural expectation.  I
 5  know from my own experience that that doesn't
 6  always happen because people make mistakes.
 7      Q.  So, to hone in a little bit on your
 8  experience in particular, when your company
 9  received order flow from liquidity providers, did
10  you typically have formal written agreements
11  similar to the services agreement here that set
12  out the payment rates for order flow?
13      A.  Yeah, as a matter of policy, we would
14  make sure we had formal written agreements, yes.
15      Q.  And did you ever change the rate of
16  the order flow payments that you received from
17  liquidity providers without amending the written
18  agreement that set out the rates?
19      A.  So our policy was that we would do
20  that.  I can't be certain that we always did
21  record that.  You know, my liquidity manager was
22  responsible for those relationships and, you
23  know, he was not always as particular about
24  documentation as I would have been.  But I -- he
25  probably got it signed.  Did he get it signed

Page 122

CONFIDENTIAL - SIMON WILSON-TAYLOR

1  immediately, I don't know.
2     Q.  Okay.  And, just to clarify record,
3  when you say, "our policy was that we would do
4  that," you mean we would amend the agreement --
5     A.  Yes of course, yes.
6     Q.  -- is that right?
7     A.  I mean, your policy should always be
8  to make sure that the agreements reflect the
9  nature of the relationship.
10    Q.  Were there ever instances in which
11 you would not want to amend the agreement to
12 reflect a change in the rate or order flow
13 payments?
14    A.  I can't think of one.
15    Q.  Going to Paragraph 67 -- and feel
16 free to review that paragraph as needed.
17       Do you know whether FXCM was under
18 investigation by the NFA and/or CFTC in
19 August 2014?
20    A.  I don't recall the dates I'm afraid.
21    Q.  Do you know if FXCM was under
22 investigation by the NFA and/or CFTC around that
23 time frame in 2014 in general?
24    A.  Again, I'm afraid I don't recall the

Page 123

CONFIDENTIAL - SIMON WILSON-TAYLOR

1  precise timeline.  You would have to remind me
2  with some documentation on that.  I'm sorry.
3     Q.  Were you aware of FXCM being under
4  investigation under the NFA and/or CFTC at some
5  point in?
6     A.  I think like everybody else, I was
7  aware after the CFTC issued a press release on
8  the subject but --
9        MR. DAHAN:  Josh, so we're clear, are
10 you talking about his general awareness or you're
11 talking as part of doing his report or, like,
12 back in 2014, did he know FXCM was being
13 investigated?  I mean, I think, the witness is
14 not understanding your question.
15    Q.  In preparing this report, were you
16 aware that at some point the NFA and/or CFTC were
17 investigating FXCM?
18    A.  Yes, in terms of reviewing the
19 materials that relate to the case, yes, of
20 course.
21    Q.  Okay.  And do you know whether those
22 investigations concerned FXCM's relationship with
23 Effex?
24    A.  Yeah, that was a factor in their

Page 124

CONFIDENTIAL - SIMON WILSON-TAYLOR

1  investigations, certainly, from the material.
2     Q.  Do you know whether these
3  investigations played a role in FXCM deciding to
4  terminate the services agreement with Effex in
5  2014?
6     A.  I do not know I'm afraid.
7     Q.  Do you know of any other FX brokers
8  other than FXCM who were receiving order flow
9  payments from liquidity providers outside the UK
10 but stopped after the FCA's 2014 thematic review?
11    A.  I'm not aware of the internal
12 operations of those firms, so I have no personal
13 knowledge, no.
14    Q.  At the end of Paragraph 67, which is
15 on the top of the next page, Page 27, you say,
16 "Payments for order flow remain committed in most
17 other major global markets including the US."
18       Do you mean that they are expressly
19 permitted or that they are not expressly
20 prohibited?
21    A.  Yeah, that -- I actually don't have a
22 list of markets in which -- you know, the rules
23 relating to each.  My understanding is that
24 payment for order flow is an accepted practice in

Page 125

CONFIDENTIAL - SIMON WILSON-TAYLOR

1  all markets.  In fact, including in Europe today,
2  it's still an accepted practice.  It's simply a
3  thematic review and some guidelines that were
4  issued by the FCA, but it's still permitted.
5     Q.  Are you aware of any jurisdictions
6  where payment for order flow are expressly
7  permitted or sanctioned by a regulatory
8  authority?
9     A.  I am not aware of the legal nuances,
10 no.
11    Q.  Are you aware of any jurisdictions in
12 which payments for order flow are expressly
13 prohibited?
14    A.  No, I'm not.
15    Q.  Okay.  Are you aware of any
16 regulators outside the UK, like, either
17 restricted or regulated payments for order flows
18 in FX markets?
19       MR. DAHAN:  Objection to form.
20    A.  I am not aware of any, no, I have no
21 knowledge of any.
22    Q.  Moving onto the next paragraph,
23 Paragraph 68, you are talking about "realtime
24 read a book."

Page 154

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2  you know of that occur?
3  A. No. But, as I referred to earlier,
4  you know, I've been part of negotiations with
5  liquidity providers where they've shown me their
6  profitability and used it to squeeze me on -- and
7  asked me to reduce my fees. And, you know, for a
8  period of time, it would have been a substantial
9  number. And in some cases, my fee exceeded what
10 they earned, more than a hundred percent.
11     So, yes, the simple answer to your
12 question is, yes, I'm aware it was not
13 sustainable.
14     Q. Okay. If we jump down to Page 36 and
15 Paragraph 96. Let me know when you're there.
16     A. Yes, I'm there.
17     Q. And in Paragraph 96 you opine that
18 FXCM's business relationship with Effex, as you
19 defined it earlier in your report, did not create
20 a conflict of interest between FXCM and its no
21 dealing desk customers.
22     Do you see that?
23     A. It did not create a conflict of
24 interest. Yes, I see that.
25     Q. And you had some examples in the

Page 155

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2  paragraph of potential conflicts of interest.
3     Other than assuming market risk or
4  directly taking the opposite side of client
5  trades, are there any other ways that you can
6  think of in which a broker operating a no dealing
7  desk model might have a conflict of interest with
8  its customers?
9     MR. DAHAN: Objection to form.
10    A. A no dealing desk model? So, if
11 you're asking me to construct, you know, a
12 hypothetical scenario where there could be a
13 constructed conflict of interest, I guess, I
14 could do that.
15    Am I supposed to construct a
16 hypothetical scenario?
17    MR. DAHAN: No.
18    Q. No, I'm not asking for a hypothetical
19 scenario.
20    I'm asking if you're aware of, let's
21 say, real world instances or risks that would
22 create a conflict of interest between a no
23 dealing desk broker and its customers.
24    A. No, I don't think I'm aware of a
25 specific one that I can cite and quote. I'm more

Page 156

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2  aware of the hypothetical scenarios than their
3  specifics.
4     Q. What are those scenarios that you're
5  aware of?
6     A. Well, you know, let me give you a
7  simple hypothetical scenario.
8     If a broker -- well, let's just be
9  specific. Let's say if FXCM had eliminated all
10 of their other liquidity providers and directed
11 all of their flow to one, there was no
12 competitive pricing involved at all, then that
13 would generate a conflict of interest because
14 there what was no external reference as to where
15 the market was, but that wasn't the case. So we
16 don't have a conflict. There was a clear
17 reference as to where the market price was in the
18 market and the customer was getting that best
19 price at all times.
20    Q. If Effex was making order flow
21 payments to FXCM based on a percentage of its
22 profits on trading volume from FXCM, would that
23 create a conflict of interest between FXCM and
24 its no dealing desk retail clients?
25    MR. DAHAN: Objection to form.

Page 157

1  CONFIDENTIAL - SIMON WILSON-TAYLOR
2     A. You're asking me to consider a
3  hypothetical situation here which didn't exist,
4  so I can't.
5     Q. In Paragraph 98 on Page 37 and you
6  say that, FXCM's matching engine applied the same
7  execution rules to Effex as to any other
8  liquidity provider.
9     Do you see that?
10    A. Exchange matching engine routed
11 orders to Effex using the same execution rules
12 applied to any other liquidity provider; yes.
13    Q. When you say that they applied "the
14 same execution rules," does that include winning
15 ties or applying different markups? Are those
16 part of the set of "execution rules" that you're
17 referring to?
18    A. Yes, they had a set of procedures and
19 rules that they applied and they equally could
20 have applied to other market makers and, indeed,
21 did from time to time apply to other market
22 makers as well as Effex.
23    Q. In Paragraph 99 you say that the
24 payment for order flow agreement with Effex did
25 not change FXCM's incentives.