# Exhibit 215

CONFIDENTIAL

Page 1

1      CONFIDENTIAL - WILLIAM AHDOUT
2          UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3

   In re:                           :
4                                   :   Master File No.
   Global Brokerage, Inc.           :   1:17-cv-00916-RA
5  F/k/a FXCM, Inc.                 :
   Securities Litigation            :
6  -----------------------          :
7
8           REMOTE VIDEO DEPOSITION OF:
9                 WILLIAM AHDOUT
10           TUESDAY, FEBRUARY 16, 2021

24    REPORTED BY:
      SILVIA P. WAGE, CCR, CRR, RPR
25    JOB NO. 4398817

1        CONFIDENTIAL - WILLIAM AHDOUT
2            A.   Okay.
3            MR. LaPOINTE:  And, just for the
4    record, this is document beginning GLBR 189079.
5            A.   Okay.
6            Q.   And does this appear to be an e-mail
7    from John Dittami to David Sassoon copying
8    yourself and Ken Grossman on April 14th, 2017 at
9    7:49 a.m.?
10           A.   It appears to be, yes.
11           Q.   And I direct your attention to the
12   very top line of the e-mail, "Just to confirm
13   steps for meeting."
14           Do you see that?
15           A.   Yes.
16           Q.   So reviewing the language of this
17   e-mail, do you recall having a meeting with
18   Mr. Sassoon and/or Mr. Grossman and Mr. Dittami
19   around the time of this e-mail?
20           A.   I do not remember meetings from
21   11 years ago.
22           Q.   So would it be fair to say that the
23   answer is, no, you don't, specifically, remember
24   this one?
25           A.   I don't, specifically, remember

CONFIDENTIAL

Page 200

1    CONFIDENTIAL - WILLIAM AHDOUT
2         Q.  Were there ever any times when FXCM
3    and Effex agreed to apply a different rate to all
4    of Effex's trading for a period or some portion
5    of it?
6         A.  Well, again, it was a very fluid
7    situation and it was negotiated many times.
8             So, if you have a specific question
9    when it was negotiated, please refresh my memory
10   and I'm happy to tell you.
11        Q.  Do you recall any specific instances
12   where that happened?
13        A.  I know that it happened.  I don't
14   remember, specifically, from ten years ago when
15   and how much and to what context they happened.
16        Q.  Could you take a look at what has
17   been labeled at Exhibit No. 30.
18             (Deposition Exhibit 30, 4/18/11
19   e-mail from Paresh Patel to William Ahdout
20   GLBR_00064414 marked Confidential, was marked for
21   identification.)
22        A.  Okay.
23             MR. LaPOINTE:  And, for the record,
24   this is, I believe, a single page document with
25   the Bate Stamp GLBR 64414.