# Exhibit 216

Page 1

1

2  UNITED STATES DISTRICT COURT

3  SOUTHERN DISTRICT OF NEW YORK

4  Master File No. 1:17-cv-00916-RA-BCM

5  - - - - - - - - - - - - - - - - - - -x

6  In re:

   Global Brokerage, INC.

7  F/K/A FXCM, INC.

   Securities Litigation

8  - - - - - - - - - - - - - - - - - - -x

9              Virtual Zoom Deposition

10

              December 9, 2020

11            10:02 a.m.

12

13  CONFIDENTIAL VIDEOTAPED VIRTUAL

14  DEPOSITION of JOSHUA ROSENFELD, in the

15  above-entitled action, held at the above

16  time and place, taken before Jeremy

17  Richman, a Shorthand Reporter and Notary

18  Public of the State of New York, pursuant

19  to the Federal Rules of Civil Procedure,

20  and stipulations between Counsel.

21

22          *     *     *

23

24

25

Page 130

CONFIDENTIAL - ROSENFELD

did.

Q. Do you know what transactions those bills and invoices would be referring to?

A. All for order flow.

Q. Were there any bills of --

A. Those are the --

Q. Sorry, go ahead.

A. Yeah, for order flow.

Q. So were there any bills or invoices sent from FXCM Holdings during the 2010 to 2014 time period other than to EFFEX for order flow?

A. If there were any others, there could have been, but I don't recall any at this time. If there was anything, then it would be a one-up item, you know, one-time -- it was nothing with any regularity, definitely not.

Q. Are you familiar with the sources of revenue generated by FXCM Holdings during the 2010 to 2014 time frame?

Page 131

CONFIDENTIAL - ROSENFELD

A. No, I'm not. This was one of them. I don't know what the other sources of revenue were. I assume you mean direct revenue by the company as opposed to, you know, the U.S. is a subsidiary of Holdings, so naturally the income of U.S. flows upwards. But if you're talking about independent income, Baruch Greenbaum was the one who handled the books of Holdings, and I wasn't.

Q. Okay. And that was going to be my next question. So is it safe to say you don't recall specifically any other forms of direct income to FXCM Holdings in the 2010 to 2014 time frame other than these order flow payments from EFFEX?

A. Yes, yeah. It doesn't mean there wasn't, but at this point I don't recall anything else.

Q. Understood.

A. Obviously, it's very likely there was something interesting coming

Page 132

CONFIDENTIAL - ROSENFELD

from the banks. But no -- I think that's it, though. Okay.

Q. Looking at the same email we were talking about before, middle of page 2, 11:19 a.m. from yourself to Patricia Muchinsky. We talked about this a little bit before, but I just want to confirm. So the chart in this email, what does volume represent?

A. Volume represents the millions traded within, you know, it doesn't represent income, it represents volume. So if you had an instance where, I don't know, they traded a hundred million dollars' worth of positions with us, and they lost money on it, we would still charge the same amount as if they made a hundred million dollars off of us. So the income was irrelevant; the volume is what they paid on.

Q. And fee per million, what does that mean here?

A. This is what we discussed

Page 133

CONFIDENTIAL - ROSENFELD

earlier, the amount per million that they paid for that volume.

Q. Okay. And you touched on this earlier, but under the column that says P&L, what does that represent?

A. That actually, oh, so again, for an invoice, rather than saying P&L, it should probably say, charges from their perspective. We put it in their perspective, that's income. But that's the amount that they paid for order flow.

Q. And was that related in any direct way to EFFEX's P&L on that order flow?

A. Not at all. Not at all. It was completely dependent on volume. They could have lost millions, they could have made millions, and it was all based on the volume that -- of business that we gave them, regardless of whether they made or lost money on it.

Q. Do you know why that was

Page 134

1     CONFIDENTIAL - ROSENFELD
2  designated as P&L?
3     A.   Because we're selfish and we
4  only think of ourselves.  So to us it
5  was P&L, so we called it P&L.  But
6  later on, when we put information in
7  financial statements and we thought
8  more in technical terms and called it
9  order flow, but we were charging for
10 order flow, we were thinking of it as
11 P&L, and the first time someone used
12 the term order flow it was like, What
13 is that?  You know, but for us in this
14 instance, P&L meant their volume times
15 their fee per million.
16    Q.   Okay, we're going to move on
17 to the next exhibit.  It should be
18 loading now, bear with me.
19    A.   I still haven't gotten it.
20         MR. DAHAN:  Me either.
21         MR. BAKER:  It's still
22 loading on my end, too.
23         MR. DAHAN:  Must be a long
24 document.
25         (Exhibit 8, marked for

Page 135

1     CONFIDENTIAL - ROSENFELD
2  identification, Bates stamped
3  GBLR_00194774.)
4     A.   There it is, plus attachment.
5         MR. DAHAN:  See?
6     A.   Seems like there are a lot of
7  blank pages to it.
8     Q.   Give it a minute to load.
9  It's actually still loading on my end.
10 Might be an Exhibit Share issue.
11    A.   Oh, an unexpected error, but
12 I still -- okay.
13         MR. DAHAN:  Mine's loaded
14    now.
15    Q.   While that's loading, I have
16 a follow-up or two on the previous
17 document.  I don't think you need to
18 look at the document, but I'm just
19 going to ask you a few questions first,
20 before we go into the new one.
21         When you're talking about P&L
22 as these order flow payments that you
23 receive from EFFEX, P&L stands for
24 profit and loss; is that right?
25    A.   Yeah.

Page 136

1     CONFIDENTIAL - ROSENFELD
2     Q.   Was there any loss component
3  or anything except for direct revenue
4  or income --
5     A.   There wasn't.
6     Q.   -- with respect to these
7  payments?
8     A.   There was not.
9     Q.   Okay.  Moving on to --
10    A.   We just use certain terms
11 interchangeably, like what's the P&L,
12 even if it will always be profitable.
13 If it would be in a technical document,
14 you probably wouldn't use that term.
15 But they are essentially
16 interchangeable in, you know, common
17 lingo.
18    Q.   And is the P&L you're
19 referring to, the invoice, different
20 from the trading P&L that we talked
21 about earlier today?
22    A.   Yes, completely.  Completely
23 unrelated.
24    Q.   Is there a way to know when
25 trading refers to trading P&L, versus

Page 137

1     CONFIDENTIAL - ROSENFELD
2  how you're using it in the context of
3  this invoice?
4     A.   Anyone who is familiar with
5  the deal would have known what it
6  meant, but to an outsider, there's no
7  real way of seeing it.
8     Q.   Okay.  So moving on to
9  Exhibit 8, which finally loaded, please
10 take a moment to review, and for the
11 time being I'm going to focus your
12 attention on specific parts here.  I'm
13 only going to ask you questions about
14 the attachment when we get there.
15         For the record, Exhibit 8 is
16 Bates stamped GLBR_194774.  That
17 includes an attachment which is Bates
18 stamped GLBR_194774.
19         And Mr. Rosenfeld, my first
20 question will be, is this an email from
21 Mr. Lande to yourself and Joe Filko
22 attaching a document services
23 agreement?
24    A.   Yes.
25    Q.   And the name of the

Page 166

1  CONFIDENTIAL - ROSENFELD
2  seven, and he's saying let's cut it in
3  half.  This is like going to a flea
4  market and the person gives you a
5  price.  You give a completely different
6  price, and then you start haggling.
7      Q.   Okay.  And whatever rate that
8  Mr. Dittami and Mr. Ahdout eventually
9  settled on, would that be reflected in
10 invoices sent from FXCM to EFFEX for
11 that month?
12     A.   Yeah, it should be.  Yeah.
13 Anything we billed was in writing, and
14 it would have to be in writing, and if
15 there was any change in rate -- any
16 retroactive rate, it would be in
17 writing as well, or any -- if it was
18 just a change as of a certain period of
19 time, like if we were done with
20 September and October was 17.50, then
21 we would just send the October bill,
22 17.50.
23          When we sent the bill, the
24 amount was already predetermined.
25 We're not sending a bill, and then you

Page 167

1  CONFIDENTIAL - ROSENFELD
2  close us out, you're trying to rip us
3  off, we'll change the amount.  None of
4  that.  He would let us know in advance,
5  and if there was a change, it would
6  appear in the invoice we actually sent.
7      Q.   When you say, He would let us
8  know in advance --
9      A.   John Dittami.  And by us,
10 either he would speak directly to
11 William, or for some reason he would
12 call me, Oh, I've got to charge a lower
13 price, you know, I'll have to let you
14 know, and sort of planting the seeds
15 that, understanding that I would go to
16 William with that to get him used to
17 the idea that the price has to come
18 down.
19     Q.   Okay.  So it was your
20 understanding that between Mr. Dittami
21 and Mr. Ahdout, they would negotiate a
22 rate per million that would be applied
23 to the order flow captured by EFFEX for
24 the month, and then that rate would be
25 reflected in an invoice sent to EFFEX;

Page 168

1  CONFIDENTIAL - ROSENFELD
2  is that correct?
3      A.   Yeah, correct.
4      Q.   I'm going to introduce the
5  next exhibit.  Still loading on my end,
6  so give it a minute.
7          (Exhibit 11, marked for
8    identification, Bates stamped
9    GLBR_00184106.)
10     Q.   Exhibit 11 should be up now.
11 Let me know when you see it, and this
12 probably won't take very long to
13 review.
14         MR. DAHAN:  That took a long
15   time to load for that.
16         MR. BAKER:  I know.
17     A.   Okay.
18     Q.   For the record, Exhibit 11 is
19 Bates stamped GLBR_184106.  Mr.
20 Rosenfeld, is this an email from
21 yourself to Mr. Dittami, copying
22 Mr. Filko and Mr. Greenbaum?
23     A.   Yeah.  Yes, it is.
24     Q.   And in your email, you say
25 you have figures for October.  What

Page 169

1  CONFIDENTIAL - ROSENFELD
2  figures are you referring to here?
3      A.   My email says EES income, but
4  I don't know.  It doesn't logically
5  make sense that this is EES income if
6  we're at a point where John is already
7  not in the company.  So I am not sure.
8      Q.   Did you sometimes use EES to
9  refer to EFFEX?
10         MR. DAHAN:  Objection to
11   form.
12     A.   I don't remember.  Maybe
13 since he worked on EES, it's possible.
14 But the two weren't related to each
15 other, so it's doubtful.  It could have
16 been a slip where you say one thing,
17 you mean something else, you know, it's
18 like calling one of your kids by
19 another kid's name, that kind of thing.
20     Q.   Was there a certain type of
21 figure that you would typically request
22 from Mr. Dittami on a monthly basis?
23     A.   Typically on a monthly basis,
24 we did get his volume numbers.  For
25 EFFEX we compare them to our volume

Page 170

CONFIDENTIAL - ROSENFELD

numbers. And, you know, we would make a determination as to how much he should be paid, whether the volume made sense. That's really the only thing that we would get from him on a monthly basis, that I remember.

Q. And would those volume numbers -- you said his, meaning Mr. Dittami's volume numbers, and then FXCM's volume numbers. So is it accurate to say that on a monthly basis, you would attempt to reconcile EFFEX's volume, records of the trading volume that EFFEX had with the same records that FX had?

A. Correct, although I wasn't the one who would do that. Accounting did not have the capability of doing that, because -- we're able to see things by books. So let's say an EES book, we would be able to see what happened by running the book in our back office and knowing what the volume is. But for EFFEX, we didn't have that

Page 171

CONFIDENTIAL - ROSENFELD

capability because it's, you know, all income, regardless of liquidity provider, is mixed together. The books match where the customers are rather than where the liquidity provider is. So we had someone else -- we had someone in accounting with a programming background who would dig deep and come up with the volume.

Q. Okay. And you would reconcile EFFEX's volume figures for the month with FXCM's volume figures for the month, and as a result of the reconciliation process, that's the volume number that would go into the invoices sent to EFFEX; is that correct?

A. That's correct.

Q. Okay. Do you know if EFFEX's volume numbers were used for any other purpose at FXCM?

A. No, not within accounting. So I don't know if we'd see it somewhere else, but I can't see where

Page 172

CONFIDENTIAL - ROSENFELD

it would be used in accounting for anything else.

Q. Do you remember ever asking -- sorry -- strike that.

Did you ever ask EFFEX for their income for a given month?

A. No.

Q. Did you ever receive information on EFFEX's monthly income?

A. Not that I remember. I mean, John could have given us income numbers enough to say, Oh, look, I'm not making anything, you've got to lower your price. But it's not anything I would have retained or looked at, I would just look at it as posturing. There is no practical reason for us to -- no practical use for his numbers, even if we did get them.

Q. Okay. Introducing another exhibit, this is Exhibit 12. Please let me know when you can see it.

(Exhibit 12, marked for identification, Bates stamped

Page 173

CONFIDENTIAL - ROSENFELD

GLBR_00184107.)

A. I can see it.

Q. Okay. And please take a minute to review. For the record, Exhibit 12 is Bates stamped GLBR_184107 and an attachment, which is Bates stamped GLBR_184108. And Mr. Rosenfeld, my first question to you will be if this is an email from yourself to Mr. Dittami, copying a few other individuals and attaching a document entitled EFFEX_invoice NOV2010 for OCT2010?

A. Yeah.

Q. And you see in Mr. Dittami's email, the lower one on the first page, he writes, Please provide me with updated invoice for services from First Derivatives and payment due to holding. And your email, you write, Kristel, please send John the invoice for what is due to the U.S.

Who is Kristel?

A. She's the accounts payable