# Exhibit 218

Page 1

1      CONFIDENTIAL - EVAN MILAZZO 30(b)(6)
2           UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF NEW YORK
3

     In re:                          :
4                                    : Master File No.
     Global Brokerage, Inc.          : 1:17-cv-00916-RA
5    F/k/a FXCM, Inc.                :
     Securities Litigation           :
6    ----------------------          :

7

8       REMOTE VIDEO DEPOSITION VIA ZOOM OF:
9       EVAN MILAZZO PURSUANT TO RULE 30(b)(6)
10            TUESDAY, DECEMBER 1, 2020
11
12
13
14
15
16
17
18
19
20
21
22
23
24    REPORTED BY:
      SILVIA P. WAGE, CCR, CRR, RPR
25

Page 42

CONFIDENTIAL - EVAN MILAZZO 30(b)(6)

M-cast bus, how does that differ from the information that would have been placed in the drop copies?

A. The information that was placed in the drop copies were confirmed trades that had already been booked and the information that was available on multicast bus would have been quotes that were delivered by liquidity providers to FXCM. The best bid and offer stream that was generated based off of those quotes and then orders that had been matched by FXCM and were in route to a liquidity provider.

Q. So information about quotes that were delivered by liquidity providers to FXCM would have been accessible to EFFEX through the multicast bus; is that correct?

A. Yes, that's correct.

Q. Was this information available to any other liquidity providers?

A. Not the information of the individual quotes from the liquidity providers but the best bid and offer that was formed out of those quotes from the liquidity providers was available to other liquidity providers and had been provided

Page 43

CONFIDENTIAL - EVAN MILAZZO 30(b)(6)

to other liquidity providers at points in time. But the reason that we provided the quotes to EFFEX was because of the high level of quality and service and execution that they provided, which was far beyond what the other liquidity providers were able to.

Q. But this information wouldn't have been provided to other liquidity providers in a realtime fashion, correct?

MR. DAHAN: Objection to form.

A. The best bid and offer was provided in a realtime fashion with no latency. The raw quotes from the liquidity providers themselves were not.

Q. So, in order to grant EFFEX access to the multicast bus, the ER database and RCFX, what permissions did you have to put in place for them to access FXCM systems?

A. So, with --

MR. DAHAN: Objection.

Sorry. Go ahead.

A. So, with any sort of technology integration between two parties, there's some networking considerations and then --

Page 44

CONFIDENTIAL - EVAN MILAZZO 30(b)(6)

(Stenographer clarification.)

A. -- software considerations. So, from a networking standpoint, there had to be -- let's call them holes in the firewall that were opened up, specifically, throughout EFFEX to access parts of the system that we were providing them with access to. And, furthermore, from a software standpoint, there had to be integration that allowed EFFEX to receive the messages that we were sending to them.

Q. Did FXCM create holes in the firewall, as you put it, for any other liquidity providers than EFFEX?

A. Not to my knowledge. But we may have had it been requested.

Q. To your knowledge, was it ever requested?

A. Not to my knowledge.

Q. Did EFFEX ever extend the offer to make this information available to any liquidity provider other than EFFEX?

MR. DAHAN: Objection to form. I think you need to repeat your question.

MR. LaPOINTE: Sorry.

Page 45

CONFIDENTIAL - EVAN MILAZZO 30(b)(6)

Q. Did FXCM ever extend the offer to make this information available to any liquidity provider other than EFFEX?

A. I'm not certain.

Q. How would EFFEX have accessed this information?

MR. DAHAN: Objection to form.

A. So, as I mentioned earlier, we created firewall access rules that they were able to gain access to the information and assisted in the development of software integration in order for them to be able to receive and process the messages themselves.

Q. And do you recall what the nature of that software integration was?

A. I do. We created what we called "adapters," which was common for any type of third-party software integration that we did. It was, basically, a piece of software that would help to communicate between FXCM internal messages and what we wanted to expose through an interface to a third party.

Q. And do the "adapters," as you described them, differ from what is commonly

12 (Pages 42 - 45)

| | |
|---|---|
| Page 114<br>1  CONFIDENTIAL - EVAN MILAZZO 30(b)(6)<br>2  important factors for them to be able to compete<br>3  effectively is the speed of their system and<br>4  speed of their networking.<br>5      So, as a result of EFFEX being able<br>6  to have much shorter roundtrip time, so lower<br>7  latency than the other liquidity providers, they<br>8  started to compete more actively and it became<br>9  much more common place for liquidity providers to<br>10 be co-located with us as well.<br>11     So, at this point in time, there's<br>12 not a single liquidity provider we deal with who<br>13 is not co-located in one of the Equinix data<br>14 centers in North Bergen, New Jersey like we are.<br>15 At the time that we first started integrating<br>16 with EFFEX, I don't remember if there were any.<br>17 But it certainly was nowhere near, you know,<br>18 majority of the liquidity providers who were.  So<br>19 it definitely had a positive impact for our<br>20 customer base in total because of the reductions<br>21 in latency that we had across all the LPs or<br>22 liquidity providers.<br>23     Q.  And at the time that this was sent,<br>24 was EFFEX the only liquidity provider that was<br>25 co-located with FXCM servers? | Page 116<br>1  CONFIDENTIAL - EVAN MILAZZO 30(b)(6)<br>2  you know, the time period that we're looking at<br>3  for the data in this memorandum was from<br>4  April 2011 to January 2015.  So it was a gradual<br>5  process as those liquidity providers made<br>6  co-location available and then set up their<br>7  networking that facilitated that co-location.  So<br>8  I don't remember exactly when each one of them<br>9  did it.  By 2015 most if not all would have, but<br>10 it would have been a gradual process one<br>11 liquidity provider at a time during that period<br>12 of time.<br>13     Q.  And here it discusses that<br>14 historically liquidity providers would not agree<br>15 because of their own IT security policies.<br>16        Do you see that?<br>17     A.  Yes, I do.<br>18     Q.  Did any of FXCM's liquidity providers<br>19 other than EFFEX express what issues co-location<br>20 would pose to their internal security policies?<br>21     A.  I don't recall ever being part of<br>22 conversations related to that.  But I can say<br>23 that in order to have the trust to be able to<br>24 deploy your systems outside the data center that<br>25 you're managing entirely, you have to put the |
| Page 115<br>1  CONFIDENTIAL - EVAN MILAZZO 30(b)(6)<br>2      A.  No, definitely not.  By this point<br>3  most if not all of the liquidity providers had<br>4  been co-located.<br>5      Q.  So moving onto the next paragraph,<br>6  which begins, subparagraph B.  "EFFEX has<br>7  co-located to FXCM's servers.  FXCM requested<br>8  similar arrangements with other liquidity<br>9  providers.  However, other liquidity providers<br>10 historically would not agree because of their own<br>11 internal IT security policies.  Co-location<br>12 dramatically reduces the normal communication<br>13 delays associated with Internet connections<br>14 between a liquidity provider and FXCM,<br>15 dramatically reducing the instances of rejections<br>16 due to fast/volatile market movement and<br>17 dramatically increasing the ability of FXCM's<br>18 clients to obtain the best bid/offer displayed by<br>19 FXCM."<br>20        Do you see that?<br>21     A.  Yes, I do.<br>22     Q.  So, at the time this was written,<br>23 other liquidity providers had already begun to<br>24 co-locate with FXCM servers?<br>25     A.  Yes, I believe so.  But that process, | Page 117<br>1  CONFIDENTIAL - EVAN MILAZZO 30(b)(6)<br>2  trust into hosting company like Equinix and<br>3  there's a reason why if you take a look at<br>4  Equinix's publically traded stock, for example,<br>5  it started to skyrocket in price in the, you<br>6  know, 2011, 2012 period, as more of these<br>7  companies started to co-locate there and high<br>8  frequency trading became common.<br>9      So, because we were dealing with<br>10 large multi-national banks who have very very<br>11 strict requirements for security, they would have<br>12 been much more hesitant to move forward with<br>13 trusting a third-party company for the hosting of<br>14 its services.  So that's just a natural kind of<br>15 evolution of the market that was, you know,<br>16 predicated by the fact that some providers like<br>17 EFFEX started co-locating first and the others<br>18 had to catch up afterwards.<br>19     Q.  When other price providers began to<br>20 co-locate with EFFEX, did they receive the same<br>21 enhanced access to FXCM's systems that EFFEX was<br>22 granted, as described in earlier in your<br>23 testimony?<br>24        THE WITNESS:  Israel, you're muted.<br>25        MR. DAHAN:  I think you need to |

|  | Page 118 |  | Page 120 |
|---|---|---|---|
| 1 | CONFIDENTIAL - EVAN MILAZZO 30(b)(6) | 1 | CONFIDENTIAL - EVAN MILAZZO 30(b)(6) |
| 2 | repeat that question.  I think you said when | 2 | exactly the same way so that the frequency with |
| 3 | EFFEX co-located with other liquidity providers. | 3 | updates and the best bid and offer doesn't depend |
| 4 |     MR. LaPOINTE:  Let me make sure. | 4 | on the latency from the liquidity provider |
| 5 | I'll strike the previous one and attempt to | 5 | itself. |
| 6 | rephrase. | 6 |     Q.  So moving on to the paragraph below |
| 7 |     MR. DAHAN:  Okay. | 7 | that labeled, "Depth of Liquidity."  This begins, |
| 8 |     Q.  Would other price providers -- sorry. | 8 | "FXCM insists that EFFEX match the best bid or |
| 9 |     When other price providers began to | 9 | best offer from FXCM's other liquidity providers |
| 10 | co-locate with EFFEX, did they receive the same | 10 | over 80 percent of the time for major currency |
| 11 | enhanced access to being FXCM's systems that | 11 | payors and almost 100 percent of the time for |
| 12 | EFFEX was granted as described earlier in your | 12 | currency crosses." |
| 13 | testimony? | 13 |     Do you see that? |
| 14 |     MR. DAHAN:  Brent, again, they don't | 14 |     A.  Yes, I do. |
| 15 | co-locate with EFFEX.  I think you meant did they | 15 |     Q.  How was this accomplished, this |
| 16 | co-locate with FXCM. | 16 | insistence? |
| 17 |     MR. LaPOINTE:  That may be true. | 17 |     A.  How was the insistence accomplished? |
| 18 | Strike again. | 18 |     Q.  Yes. |
| 19 |     Q.  Would other price providers -- when | 19 |     A.  So we had a liquidity management team |
| 20 | other price providers began to co-locate with | 20 | who corresponded regularly with all of our |
| 21 | FXCM, did they receive the same enhanced access | 21 | liquidity providers.  If this was one of the |
| 22 | to FXCM's systems that EFFEX was granted that was | 22 | objectives that was set forth for EFFEX, than |
| 23 | described earlier in your testimony? | 23 | that would have been communicated to them and |
| 24 |     A.  So, no, that's not just a natural | 24 | then we would have been monitoring that through |
| 25 | effect of co-location itself.  EFFEX was still | 25 | the reports that the liquidity management team |

|  | Page 119 |  | Page 121 |
|---|---|---|---|
| 1 | CONFIDENTIAL - EVAN MILAZZO 30(b)(6) | 1 | CONFIDENTIAL - EVAN MILAZZO 30(b)(6) |
| 2 | providing higher quality service in terms of | 2 | put together to communicate that to EFFEX and |
| 3 | pricing, execution, rejection rates, et cetera, | 3 | make sure that they were upholding that metric. |
| 4 | than the other providers.  Like I said earlier, | 4 |     Q.  Was there a written agreement between |
| 5 | if they had requested it, we would have | 5 | FXCM and EFFEX that proscribed that metric? |
| 6 | considered it.  But just as a result of | 6 |     A.  I'm not certain. |
| 7 | co-location, that didn't happen. | 7 |     Q.  Alright.  I'm going to show you |
| 8 |     Q.  But, to your knowledge, no other | 8 | another document. |
| 9 | liquidity providers ever requested it? | 9 |     MR. DAHAN:  Yeah, Brent, just so you |
| 10 |     MR. DAHAN:  Requested what? | 10 | know, I'm going to cut out in five minutes.  I |
| 11 |     MR. LaPOINTE:  That enhanced access. | 11 | have a client call for a half hour, but Chelsea |
| 12 |     MR. DAHAN:  Oh, okay. | 12 | will continue. |
| 13 |     A.  Yeah, again, I'm not sure. | 13 |     MR. LaPOINTE:  Okay. |
| 14 |     Q.  As a result of reduced latency during | 14 |     MR. DAHAN:  And I'll be back around |
| 15 | the time when EFFEX was the sole price provider | 15 | 4:45. |
| 16 | that was co-located with FXCM's servers, were | 16 |     MR. LaPOINTE:  That's fine.  I'll |
| 17 | EFFEX's changes in pricing reflected more quickly | 17 | expect we'll still be going at that point. |
| 18 | than other liquidity providers? | 18 |     (Deposition Exhibit 15, e-mail to |
| 19 |     A.  Yes, they would have been, if you | 19 | Matt Childers from Alexander Dick GLBR_00041753 |
| 20 | look at it from the perspective of how long it | 20 | to GLBR_00041757 marked Confidential, was marked |
| 21 | took for that quote to get from EFFEX to the FXCM | 21 | for identification.) |
| 22 | system versus how long it took for the quote to | 22 |     Q.  So I'm marking this as Exhibit |
| 23 | get from the liquidity provider to FXCM.  But | 23 | No. 15.  Once again, just let me know when you're |
| 24 | inside -- once the quotes were inside of the FXCM | 24 | able to see it.  And I'll give you some time to |
| 25 | network, all quotes are treated and handled in | 25 | review. |