# Exhibit 219

Page 1

1         CONFIDENTIAL - EVAN MILAZZO RULE 30
2             UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF NEW YORK
3

       In re:                    :
4                                :  Master File No.
       Global Brokerage, Inc.    :  1:17-cv-00916-RA
5      F/k/a FXCM, Inc.          :
       Securities Litigation     :
6      ----------------------    :
7
8         REMOTE VIDEO DEPOSITION VIA ZOOM OF:
9            EVAN MILAZZO PURSUANT RULE 30
10             WEDNESDAY, DECEMBER 2, 2020
11
12
13
14
15
16
17
18
19
20
21
22
23
24     REPORTED BY:
       SILVIA P. WAGE, CCR, CRR, RPR
25

Page 62

CONFIDENTIAL - EVAN MILAZZO RULE 30

1
2  A. Yes, I do.
3     "GS AGG" is that also Goldman Sachs?
4  A. Yes, it is.
5  Q. Do you have an understanding of why
6  EFFEX would want to give another liquidity
7  provider an advantage or reduce its own advantage
8  on certain currency payor?
9  A. Yes.
10     MR. DAHAN: Objection to the form.
11  But go ahead.
12  A. Yes, this was important for FXCM to
13  ensure that we are getting the best pricing
14  possible from all liquidity providers and so
15  Goldman at that time was one of the best
16  liquidity providers available. They were
17  providing a high level of service to FXCM. As I
18  mentioned earlier, John was, you know, able to
19  provide suggestions where he wanted. His
20  suggestion here in relation to Goldman, I
21  believe, is a reflection of the high quality of
22  pricing service that they were offering at that
23  time.
24  Q. Do you remember if FXCM would ever
25  implement Mr. Dittami's proposals as to the

Page 63

CONFIDENTIAL - EVAN MILAZZO RULE 30

1
2  markups to apply to other liquidity providers?
3  A. I'm not sure.
4  Q. Do you recall discussions where Mr.
5  Dittami's input or suggestions were taken into
6  account in terms of determining the markups to
7  apply to other liquidity providers?
8  A. I wasn't involved in those
9  discussions.
10  Q. Okay. So for that document there.
11  A. I'm sorry, could I ask for a short
12  break to use the bathroom?
13     MR. DAHAN: We've been going an hour
14  20.
15     MR. BAKER: Sure I was going to ask.
16  This is a good time. So, yeah, let's take five
17  and we'll come back.
18  A. Great. Thank you.
19     THE STENOGRAPHER: Howard, we need to
20  go off the record.
21     THE VIDEOGRAPHER: I'm sorry. My
22  mike was off.
23     The time is 10:46. We're off the
24  record.
25     (Recess taken 10:46 to 10:55 a.m.)

Page 64

CONFIDENTIAL - EVAN MILAZZO RULE 30

1
2     THE VIDEOGRAPHER: The time is 10:55.
3  We're on the record.
4  Q. Welcome back, Mr. Milazzo.
5     MR. BAKER: Quickly, before we move
6  ahead, I just want to clarify for the record that
7  the document I described as an attachment in
8  Exhibit 2 is Bate stamped GLBR 5535.
9     And going forward I have introduced
10  Exhibit 3.
11  Q. Let me know when you can see that.
12     (Deposition Exhibit 3, e-mail string
13  and attachment GLBR-00009384 to GLBR-00009389
14  marked Confidential, was marked for
15  identification.)
16  A. Okay, I've opened it.
17  Q. Okay. And please take a minute to
18  review.
19     MR. BAKER: And while you do, I will
20  note for the record that Exhibit 3 is Bate
21  stamped GLBR 9384 and includes a document
22  attached to that, which is Bate stamped GLBR
23  9389.
24  Q. So just let me know when you've had a
25  minute to review.

Page 65

CONFIDENTIAL - EVAN MILAZZO RULE 30

1
2  A. Okay.
3     Okay, I've seen the e-mail.
4  Q. Okay. And is this document an e-mail
5  chain that -- where you sent the top documents
6  and attachment?
7  A. Yes, that appears to be the case.
8  Q. And we're going to start at the top
9  of Page 5 using the page numbering on the bottom
10  of the pages in the middle.
11     Do you see those? Or sorry, the
12  bottom of Page 4, actually; sorry, the e-mail
13  that starts on the bottom of Page 4.
14  A. Okay, I see that.
15  Q. Who is Raelyn Tsai?
16  A. Raelyn was an employee of mine who
17  worked as a software project manager.
18  Q. And do you see in her e-mail she
19  references a "new Japan stream"?
20  A. Yes, I see that.
21  Q. Do you have an understanding of what
22  that is?
23  A. Yes, I see in another part of the
24  document this is referring to a line of business
25  that we had with an institutional company named

17 (Pages 62 - 65)

|  | Page 78 |  | Page 80 |
|---|---|---|---|
| 1 | CONFIDENTIAL - EVAN MILAZZO RULE 30 | 1 | CONFIDENTIAL - EVAN MILAZZO RULE 30 |
| 2 | Q. And in the second paragraph there you | 2 | company that was started in spring of 2010 and |
| 3 | write, "As an example, both AEES (John Dittami's | 3 | therefore not a continuation of the project that |
| 4 | companies A/K/A EFFEX Capital) and J.P. Morgan | 4 | was started at FXCM. |
| 5 | are spokes to Citi.  This means we will book any | 5 | Q. And in its function as a liquidity |
| 6 | trade done with either counterparty into the Citi | 6 | provider for FXCM's retail customers, did you do |
| 7 | PB account/accounting book." | 7 | EFFEX any differently than EES? |
| 8 |     Do you see that? | 8 |     MR. DAHAN: Objection to form, to the |
| 9 | A. Yes, I do. | 9 | assumption that EES was a liquidity provider.  I |
| 10 | Q. And "AEES" is the same as "EES," as | 10 | don't understand the question.  I mean, please |
| 11 | we talked about before? | 11 | rephrase. |
| 12 | A. Specifically, here, this is referring | 12 | Q. Before I believe you testified that |
| 13 | to the liquidity provider adapter called AEES. | 13 | you did not recall or were you not sure whether |
| 14 | Q. And where did the name "AEES" come | 14 | EES actually went into operation at FXCM; is that |
| 15 | from? | 15 | correct? |
| 16 | A. It was a name that -- anytime that we | 16 | A. Yes, that's correct. |
| 17 | create a liquidity provider adapter, we agree | 17 | Q. So I'm asking, to the extent that EES |
| 18 | upon a name internally.  Normally, that decision | 18 | did operate as -- strike that. |
| 19 | is made by a systems administrator for the FXCM | 19 |     To the extent that EES did operate |
| 20 | team. | 20 | within FXCM, was its function different than |
| 21 | Q. And in this case and you referred | 21 | EFFEX's function as a liquidity provider -- |
| 22 | before to AEES and EES. | 22 |     MR. DAHAN: Objection. |
| 23 |     Does the "A" stand for something? | 23 | Q. -- for FXCM? |
| 24 | A. I don't remember. | 24 |     MR. DAHAN: Objection to the form. |
| 25 | Q. You described in this sentence AEES | 25 |     THE WITNESS: Sorry, do I still |
|  | Page 79 |  | Page 81 |
| 1 | CONFIDENTIAL - EVAN MILAZZO RULE 30 | 1 | CONFIDENTIAL - EVAN MILAZZO RULE 30 |
| 2 | as "A/K/A EFFEX Capital." | 2 | answer the question? |
| 3 |     Did you view EFFEX as a continuation | 3 |     MR. DAHAN: If you can even |
| 4 | of EES? | 4 | understand that question and you wouldn't be |
| 5 | A. Like I mentioned earlier, from a | 5 | speculating, you can answer. |
| 6 | technical standpoint, I'm referring to an adapter | 6 | A. So, as I mentioned earlier, I don't |
| 7 | in our system that we called AEES, which was the | 7 | recall if EES operated in the way that you're |
| 8 | adapter inside of the FXCM system that | 8 | describing. |
| 9 | communicated with EFFEX Capital. | 9 | Q. So, at the time of this e-mail, which |
| 10 | Q. I understand. | 10 | is September 2010, EFFEX Capital -- do you recall |
| 11 |     But my question is just more, did you | 11 | if EFFEX Capital was operating as the liquidity |
| 12 | view EFFEX as a continuation of the entity that | 12 | provider for FXCM? |
| 13 | you described earlier as EES? | 13 | A. Yes, I believe it was. |
| 14 |     MR. DAHAN: Objection to form.  He | 14 | Q. Were there any other names by which |
| 15 | never described any entity called EES. | 15 | EFFEX was referred to within FXCM besides EFFEX? |
| 16 | Q. Let me rephrase. | 16 | A. Do you mean as a business? |
| 17 |     MR. DAHAN: Thank you. | 17 | Q. I mean, in terms of naming |
| 18 | Q. Did you view EFFEX as a continuation | 18 | conventions within FXCM internal documents. |
| 19 | of the project at FXCM that you described earlier | 19 | A. You know, from a -- I can speak from |
| 20 | called EES? | 20 | the technical side of things.  We referred to |
| 21 | A. From a technical perspective, we used | 21 | EFFEX as a liquidity provider.  And as I |
| 22 | some of the technology that had been created in | 22 | mentioned earlier, there was software called a |
| 23 | that project, particularly, the bank adapter | 23 | bank adapter that communicated with EFFEX's |
| 24 | called AEES within the FXCM system.  From a | 24 | liquidity provider that was named the AEES |
| 25 | business perspective, obviously, EFFEX was a new | 25 | adapter inside of the FXCM system. |

21 (Pages 78 - 81)