# Exhibit 220

COMMODITY FUTURES TRADING COMMISSION

---------------------------------------x

IN THE MATTER OF:

RETAIL FOREX FRAUD

---------------------------------------x

                              140 Broadway
                              New York, New York

                              April 7, 2016
                              9:44 a.m.


        DEPOSITION of JOHN DITTAMI, the witness

herein, taken by the Commodity Futures Trading

Commission, pursuant to Agreement, held at the

above-noted time and place, before a Notary Public

of the State of New York.

```
                         CONFIDENTIAL                        152
 1                     John Dittami
 2     Rosenfeld, I'm sorry?
 3          A     J. Rosenfeld is an accountant at
 4     FXCM.
 5          Q     J. Rosenfeld types at the end of the
 6     chat that "FXCMs will be," quote, "'tracking your
 7     expenses and income for now so that we can see if
 8     21 fee should be adjusted,'" close quotes.  Do you
 9     see that?
10          A     Yes, I see that.
11          Q     Why is FXCM tracking your profits
12     and expenses?
13          A     They shouldn't be, actually never
14     gave them ever any income statements.  You can see
15     in this e-mail I'm saying we're a separate entity,
16     separate funding, what do you need this for.
17          Q     So this information was never given?
18          A     I never gave them income statement.
19     I gave them revenue numbers sometimes through
20     weekly updates, but I never gave them our expenses
21     and I never gave them net income, I only gave them
22     revenue ad hoc and not week through weekly
23     updates.
24          Q     Through weekly updates?
25          A     Through weekly updates but they

             [4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07
```

CONFIDENTIAL                                           153

John Dittami

weren't regularly consistent.  They've never seen

or requested my -- they've certainly never seen my

income statements and balance sheets.

    Q     Do you know whether they would be

wanting to track your payments and expenses so

that the rate you were paying could be adjusted to

a 70/30 split?

    A     Yeah, I think so.  I think they

wanted to know how to position their negotiation

power, I think they wanted to make sure that I'm

not taking advantage of them just like I'm trying

to protect against being taken advantage by them.

They want to know so that they wanted to be able

to negotiate.

    Q     Can I have the exhibit back.

    MR. DALY:  Actually, before you

return this exhibit.

BY MR. DALY:

    Q     I just want to track the timeline of

Exhibit 15 with you, Mr. Dittami.  At 17:13:27 the

top e-mail appears -- the top e-mail appears to

have a time stamp of 17:13:27, correct?

    A     Correct.

    Q     That's where J. Rosenfeld asks you,

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

CONFIDENTIAL                                                         207

                         John Dittami

1                        John Dittami
2    that isn't their business.
3         Q    Does Exhibit 22 refresh your
4    recollection that you continued to use FXCM's
5    instant messenger service until at least August
6    31, 2011?
7         A    Yes, that sounds --
8         Q    Do you know to what date Effex
9    Capital employees continued to use FXCM's instant
10   messenger?
11        A    I don't know to what date they
12   continued to.
13        Q    Do you know what year?
14        A    I don't know what year.  I believe
15   it would have been past 2011 though.  I believe it
16   would have been 2012 but I don't know what year.
17        Q    When Effex Capital was formed how
18   was it capitalized?
19        A    How was it capitalized.  Well, with
20   my personal funds, John Dittami personal funds,
21   the only owner, et cetera there.  The trading
22   margin which is not Effex Capital, the trading --
23   getting a line to do trading was through that
24   Effex prime account, that's my line to do trading
25   but that's not my capital.

[4/7/2016 9:44 AM] DITTAMI, JOHN_2016-04-07

```
                          CONFIDENTIAL                          208

 1                     John Dittami

 2         Q     How much was that line?

 3         A     That was the $2 million and, again,

 4    I don't know if it's an accounting entry or real

 5    entry, I don't understand in the FXCM systems but

 6    the funds to run the business are my personal

 7    funds.

 8         Q     When it started operations did Effex

 9    Capital have it's own prime brokerage account?

10         A     When it started business it had a

11    prime brokerage account that was a prime FXCM

12    prime and instantly we started setting up the

13    instant process and going through the negotiations

14    with Citi by mid or July, I'm estimating roughly

15    in July we had our own prime brokerage account

16    with Citi.  Before that we had a prime brokerage

17    of prime account through FXCM and then we went to

18    a -- finished our credit review, finished all of

19    our paperwork with Citi and had a full on, full

20    fledged tier one prime by July 2010.  We no longer

21    needed a prime of prime brokerage middleman.

22               (E-mail dated 7/26/10 marked Exhibit

23         23 for identification.)

24         Q     Let me show you what I've marked as

25    Exhibit No. 23.  It's an e-mail dated July 26,
```