# Exhibit 221

Page 1

```
 1
 2    UNITED STATES DISTRICT COURT
 3    SOUTHERN DISTRICT OF NEW YORK
 4    Master File No. 1:17-cv-00916-RA-BCM
 5    - - - - - - - - - - - - - - - - - - -x
 6    In re:
         GLOBAL BROKERAGE, INC.
 7       F/K/A FXCM, INC.
         Securities Litigation
 8     - - - - - - - - - - - - - - - - - - -x
 9              Virtual Zoom Deposition
10
                     December 11, 2020
11                   9:30 a.m.
12
13    CONFIDENTIAL VIDEOTAPED VIRTUAL
14    DEPOSITION of CHRIS MEYER, in the
15    above-entitled action, held at the above
16    time and place, taken before Jeremy
17    Richman, a Shorthand Reporter and Notary
18    Public of the State of New York, pursuant
19    to the Federal Rules of Civil Procedure,
20    and stipulations between Counsel.
21
22              *     *     *
23
24
25
```

Page 38

1  C. MEYER - CONFIDENTIAL
2  types of regular payments that EFFEX
3  made to FXCM while you were there?
4     A.  Not regular payments.
5     Q.  So how often were these
6  payments for trading volume made?
7     A.  Monthly.
8     Q.  How was the amount of the
9  payments determined?
10    A.  Someone at FXCM would
11 calculate how much volume we had seen,
12 and they would put it in an invoice and
13 send us an invoice.  And I would have
14 people on our side check the numbers.
15    Q.  And so the volume, and I
16 think you mentioned a rate per million
17 so that the rate would be multiplied by
18 the volume to get a final amount; is
19 that what would be billed to EFFEX from
20 FXCM?
21    A.  Yes.
22        MS. ENNIS:  Objection to
23    form.  Josh, try to be a little bit
24    more specific when we're talking
25    about rates and volume here.

Page 39

1  C. MEYER - CONFIDENTIAL
2        MR. BAKER:  Evan, you can ask
3    your questions when you have a
4    chance, after we're done.
5        MS. ENNIS:  And I made my
6    objection.
7     Q.  Mr. Meyer, the rate per
8  million that you mentioned, how was
9  that determined?
10    A.  John determined those rates,
11 as far as I know.
12    Q.  Did John unilaterally
13 determine those rates, or was that in
14 conjunction with FXCM?
15    A.  I don't know how the rates
16 were determined prior to my starting,
17 but the rates were there.  The rates
18 were adjusted, there were different
19 rates for different lines of business,
20 and to my recollection, John did it
21 unilaterally.  He told them this is
22 what we can pay or will pay for that
23 business.
24    Q.  Were you involved in
25 discussions about determining, setting

Page 40

1  C. MEYER - CONFIDENTIAL
2  or changing the rate per million that
3  was going to be charged?
4        MS. ENNIS:  Objection to
5    form.
6     A.  Not in how they were set.
7  John did that probably working with
8  some of the other people that did the
9  quantitative work, which I didn't do.
10 He would tell me what he had decided,
11 but that was most of it.
12    Q.  Do you know if there was
13 anyone from FXCM who was involved in
14 discussions about determining the rate
15 per million?
16    A.  I don't know of anyone that
17 was.
18    Q.  In the course of a monthly
19 billing cycle, when was the rate
20 determined?  Before the month that was
21 being billed had begun, before it
22 ended, or after it ended?
23        MS. ENNIS:  Objection to
24    form.  What time period are we
25    talking about here?

Page 41

1  C. MEYER - CONFIDENTIAL
2     Q.  You can answer the question.
3        MR. PAYKIN:  I don't think he
4    testified that the rates changed
5    monthly.
6     A.  The rates did not change
7  monthly.  They changed -- it was pretty
8  rare for them to change, but new rates
9  were established for new types of
10 business, too.  So that's -- that was a
11 part of it.  Rates were, they were --
12 no rate was changed retroactively or
13 anything like that, right?  Rates were
14 set prior to billing, I guess, to
15 answer your question as best I can, if
16 I understood your question correctly.
17    Q.  I can clarify a little bit.
18 For a given month, let's say
19 February 2012 is a month that FXCM's
20 billing EFFEX for this trading volume.
21 Was there an agreement between EFFEX
22 and FXCM on what rate would apply to
23 that bill?  And I'm just looking for
24 when that was agreed upon for that
25 month.  Before the month started,

11 (Pages 38 - 41)

Page 42

1       C. MEYER - CONFIDENTIAL
2  after?
3     A.   Before.
4        MS. ENNIS:  Objection to
5    form.
6     Q.   To your knowledge, was that
7  rate per million set out in a formal
8  agreement?
9     A.   No -- well, could you define
10 what you mean by a formal agreement?
11 You're an attorney, I'm not.
12    Q.   Sure.  Any sort of written
13 agreement between EFFEX and FXCM.
14    A.   I don't --
15       MR. PAYKIN:  Don't guess if
16   you don't know.
17    A.   I'm not aware of any written
18 agreements that covered that.
19    Q.   When the rate per million did
20 change, do you know what the basis was
21 for the change?
22       MS. ENNIS:  Objection to
23   form, assuming facts.
24    A.   I don't.  I wasn't involved
25 in the calculations or any of that.

Page 43

1       C. MEYER - CONFIDENTIAL
2     Q.   Do you know what factors were
3  considered in setting or changing the
4  rate per million?
5        MS. ENNIS:  Considered by
6    who?
7     A.   I remember John talking about
8  the -- what was the value of winning
9  ties.  So we had, for most of the -- or
10 maybe all, I don't remember -- of the
11 business where we paid for business, we
12 would, if there was a tie of two
13 liquidity providers, ourselves and at
14 least one other, we would get the
15 trade.  And so I do remember John
16 talking about what was the value of
17 winning ties as a driver of the
18 payments.
19    Q.   Okay.  So with these monthly
20 payments we talked about, the rate per
21 million and applying that to some
22 volume, do you know what volume that
23 rate applied to?
24    A.   There were different ones.
25 There were, because there were

Page 44

1       C. MEYER - CONFIDENTIAL
2  different pools that we provided
3  liquidity to, but it was always
4  specific to a given pool of business.
5     Q.   And were there different
6  rates per million that applied to
7  different pools that EFFEX provided
8  liquidity to?
9     A.   Yes.
10    Q.   Were portions of the FXCM
11 trading volume that EFFEX captured
12 sometimes excluded from calculations of
13 the trading order flow payments?
14       MR. PAYKIN:  Objection, if
15   you understand it.
16       MS. ENNIS:  Join.
17    A.   Could you repeat the question
18 again?
19    Q.   Sure, I'll rephrase it.  Were
20 there times when a portion of the
21 trading volume captured by EFFEX was
22 excluded from the calculation of these
23 monthly payments?
24       MS. ENNIS:  Objection.
25    A.   Yes.

Page 45

1       C. MEYER - CONFIDENTIAL
2     Q.   I'm sorry, I didn't get your
3  answer.
4     A.   Yes.
5     Q.   Thank you.  Were you involved
6  in determining what volume the rate
7  applied to for a given month?
8     A.   No.
9     Q.   Were you involved in
10 determining if certain liquidity pools
11 or liquidity streams were excluded from
12 the volume for a given month?
13    A.   No.
14    Q.   Was the volume that a rate
15 per million would apply to for these
16 payments for a given month, was that
17 determined before the month began,
18 after the month had ended, some other
19 time?
20       MS. ENNIS:  Objection to
21   form.
22    A.   You said, was the volume
23 predetermined.  The volume can't be
24 predetermined.  I'm not sure what you
25 meant.

Page 46

1     C. MEYER - CONFIDENTIAL
2      Q.   Was whether to include or
3  exclude certain liquidity pools or
4  liquidity streams determined before or
5  after a month, for the billing for that
6  month?
7      A.   Before.
8      Q.   And was determination of
9  liquidity pool -- or let me take a step
10 back.  Are you familiar with the
11 phrase, liquidity stream?
12     A.   I'm not -- I would want to be
13 sure I understood what you meant by
14 that.
15     Q.   Well, you used the phrase,
16 liquidity pool.  What are you referring
17 to there?
18     A.   Liquidity pool is the kind of
19 combined liquidity provided in
20 aggregate by all the liquidity
21 providers into one given trading area.
22     Q.   And so EFFEX would provide
23 liquidity into various liquidity pools
24 for FXCM; is that correct?
25     A.   Yes.

Page 47

1     C. MEYER - CONFIDENTIAL
2      Q.   And do I understand you to be
3  saying that the fees per volume that
4  EFFEX paid to FXCM sometimes excluded
5  certain liquidity pools?
6      A.   Yes.
7      Q.   Okay.  And to your knowledge,
8  was whether or not to include certain
9  liquidity pools in these monthly
10 payments set out in any form of written
11 agreement between EFFEX and FXCM?
12     A.   The only way anything would
13 have been written, I think, would have
14 been in an email.
15         MR. PAYKIN:  Don't guess if
16   you don't know, Chris.
17     A.   I'm not aware of any written
18 agreements.
19     Q.   Okay.
20     A.   I don't know if you consider
21 email a written agreement or not,
22 sorry.
23     Q.   I'm just looking for your
24 understanding, so that's fine.  Were
25 you involved in discussions about which

Page 48

1     C. MEYER - CONFIDENTIAL
2  liquidity pools to include in the
3  monthly payment calculations?
4      A.   Peripherally at best.  I knew
5  what decisions were made, but I wasn't
6  involved in the analysis of it.
7      Q.   Do you know who had the final
8  say in determining which liquidity
9  pools would be included in a billing
10 for a monthly cycle?
11     A.   John Dittami.
12     Q.   Was there anyone from FXCM
13 who was involved in those discussions,
14 or did Mr. Dittami make those
15 determinations unilaterally?
16     A.   He made those determinations
17 himself, unilaterally.
18     Q.   And so when FXCM billed EFFEX
19 for these monthly payments, was that
20 through a monthly invoice?
21     A.   Yes.
22     Q.   In your experience, did EFFEX
23 always pay the full amount billed in
24 those invoices?
25     A.   Yes.

Page 49

1     C. MEYER - CONFIDENTIAL
2      Q.   Did EFFEX ever pay FXCM for
3  trading volume in excess of the amounts
4  that were billed by FXCM?
5      A.   No.
6      Q.   Did EFFEX ever make payments
7  to FXCM for trading volume that were
8  not in fulfillment of monthly invoices?
9         MS. ENNIS:  Objection to
10   form.  What does that mean?
11     A.   Not that I was aware of or
12 that I remember.
13     Q.   To your knowledge, did EFFEX
14 and FXCM ever agree to retroactively
15 change the amount that EFFEX paid or
16 owed for trading volume on invoices
17 that had already been issued?
18         MR. PAYKIN:  What do you mean
19   by retroactively?
20     Q.   You can answer if you
21 understand.
22     A.   I don't remember any
23 instances of that.  So no.  I mean,
24 there may have been, I think
25 occasionally there was an error in an

### Page 50

1  C. MEYER - CONFIDENTIAL
2  invoice or something. But other than
3  that, not to my recollection.
4      Q.  To your knowledge, did EFFEX
5  and FXCM ever agree to make payments
6  for trading volume based on a different
7  rate per million or a different volume
8  calculation than EFFEX had been billed
9  for?
10     A.  Not to my knowledge.
11         MS. ENNIS:  Objection to
12    form.
13         MR. BAKER:  We've been going
14    about an hour.  Is now a good time
15    for a little five-minute break?
16         MR. PAYKIN:  I think that's a
17    great idea.
18         THE VIDEOGRAPHER:  I will
19    read us off.  The time is
20    approximately 10:27 a.m., we're
21    going off the record.
22         (Recess.)
23         THE VIDEOGRAPHER:  The time
24    is approximately 10:36 a.m., we are
25    back on the record.

### Page 51

1  C. MEYER - CONFIDENTIAL
2      Q.  Welcome back, Mr. Meyer.  If
3  you will pull up Exhibit Share, I've
4  introduced the first document that I
5  would like you to take a look at.  So
6  please let me know when you're able to
7  see Exhibit 1.
8         (Exhibit 1, marked for
9    identification, Bates stamped
10   GLBR_00111058 through
11   GLBR_00111060.)
12     A.  I can see it.
13     Q.  Okay, great.  Go ahead and
14  take a minute to review this document.
15  Just before we jump into this, anytime
16  -- I'm going to be introducing a number
17  of documents as exhibits today.  If you
18  need context for questions I'm asking,
19  you're always free to review the entire
20  document.  Generally, I'm going to
21  focus you on certain areas, so I'm not
22  going to quiz you on every single line.
23  But as I mentioned, you're always free
24  to review the entire thing as you need.
25     A.  Okay.

### Page 52

1  C. MEYER - CONFIDENTIAL
2      Q.  So take a minute to look at
3  Exhibit 1, and while you do, I'll state
4  for the record, Exhibit 1 is a document
5  Bates stamped GLBR_111058, and
6  attachments, which are GLBR_111059 and
7  GLBR_111060.  So Mr. Meyer, just let me
8  know when you're ready.
9      A.  Go ahead.
10     Q.  So looking at the email on
11  the first page, the top of that page,
12  is this an email chain between
13  Alexander Dick and yourself?
14     A.  Yes.
15     Q.  And who is Alexander Dick?
16     A.  I think he was an attorney
17  for FXCM.
18     Q.  And would you agree that in
19  this email, Mr. Dick is proposing
20  amending an existing services agreement
21  to change the fee from $21 to $16
22  effective as of September 1st, 2011?
23     A.  Yes.
24     Q.  And did you understand the
25  fee to be referring to the fee per

### Page 53

1  C. MEYER - CONFIDENTIAL
2  million that FXCM would charge EFFEX
3  for trading volume?
4      A.  Mm-hmm.
5      Q.  And you see at the bottom of
6  Mr. Dick's email, he writes, As of now,
7  the attached is the only agreement
8  between the parties, do you see that?
9      A.  Yes.
10     Q.  And briefly, looking at the
11  attachments, starting with the second
12  attachment, which starts -- I'm going
13  to refer to Bates numbers when there
14  aren't clear page numbers marked here,
15  and Bates numbers refers to the bottom
16  right corner of each page.  Do you see
17  that?
18     A.  The GLBR?
19     Q.  Yes, exactly.  So first I'm
20  going to ask you to look at the
21  document that starts at GLBR_111060 on
22  the third page of the PDF.
23     A.  Okay.
24     Q.  And feel free to review the
25  entire document.  My first question is,

Page 210

1  C. MEYER - CONFIDENTIAL
2  THE VIDEOGRAPHER: The time
3  is approximately 3:14 p.m., we are
4  back on the record.
5  MR. BAKER: Welcome back,
6  Mr. Meyer, thank you for your time.
7  I'm going to pass the witness.
8  MS. ENNIS: Great.
9  EXAMINATION BY
10  MS. ENNIS:
11  Q. Mr. Meyer, my name is Evan
12  Ennis. I'm from King & Spalding, and
13  we represent the defendants in this
14  action. I just have a few quick
15  questions for you, so we can wrap up
16  the day and get you done.
17  Now, during your time, you
18  mentioned trading that EFFEX did with
19  entities other than FXCM. Did EFFEX
20  provide liquidity to FOREX brokers
21  other than FXCM?
22  A. Yes.
23  Q. And at least some of those
24  FOREX brokers were competitors of FXCM?
25  A. Yeah, they were all

Page 211

1  C. MEYER - CONFIDENTIAL
2  competitors of FXCM.
3  Q. And did EFFEX provide
4  liquidity services to other FOREX
5  brokers throughout your time at EFFEX
6  Capital, or just for a portion?
7  A. We -- not throughout, because
8  they didn't when I started, and I don't
9  remember exactly when we started doing
10  business with the first other brokers,
11  but, yeah, not throughout, but in most
12  of the time I was there.
13  Q. Would you say EFFEX was
14  starting doing that in 2011?
15  A. I think so.
16  Q. Do you remember which FOREX
17  brokers EFFEX provided liquidity for?
18  A. I can remember some of them,
19  probably.
20  Q. It doesn't have to be a
21  complete list, just whichever you can
22  remember.
23  A. We did business with, I think
24  it was called Interbank FX. They were
25  based in Utah, of all places. We did

Page 212

1  C. MEYER - CONFIDENTIAL
2  business with Alpari, we did business
3  with LMAX. I'm trying to remember the
4  ones in Japan. I just can't remember
5  the names of the firms. We did
6  business with -- some were in Japan, we
7  did business with a firm in Sidney, I
8  can't remember the name of it. And
9  then we did business with several
10  platforms that aggregated retail flow.
11  Hotspot FX, I think we did business on
12  FXall. We did business with platforms
13  that did some retail and some
14  institutional business, EBS, Reuters,
15  those are the ones that I can remember.
16  Q. Do you remember EFFEX
17  providing liquidity to Saxo Bank?
18  A. I remember talking to Saxo
19  Bank, and we were having pretty
20  extensive conversations with them near
21  the end of my tenure at EFFEX, and I
22  can't remember if she started trading
23  with them or not before I left.
24  Q. Okay. And did EFFEX pay FXCM
25  any portion of its profits for trading

Page 213

1  C. MEYER - CONFIDENTIAL
2  with these other entities?
3  A. No.
4  Q. Now, you also mentioned in
5  response to one of Mr. Baker's
6  questions today that EFFEX was trading
7  in a lot of different places. When you
8  say that, were you referring just to
9  EFFEX providing liquidity to other
10  FOREX brokers, or were you referring to
11  other business actives that EFFEX was
12  engaged in?
13  A. FOREX brokers, and then other
14  places where we traded that weren't
15  direct -- were not retail FOREX
16  brokers, but traded for an exchange.
17  Q. Could you give me an example?
18  A. EBS is one example, is a
19  platform that mostly was used by banks.
20  I don't think any retail brokers used
21  EBS, but that was one of the places we
22  traded that was not a retail broker.
23  Q. And did EFFEX pay FXCM any
24  portion of its profits from those
25  trading activities?