# Exhibit 222

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Master File No. 1:17-cv-00916-RA-BCM

- - - - - - - - - - - - - - - - - - -x

In re:

   GLOBAL BROKERAGE, INC.

   F/K/A FXCM, INC.

   Securities Litigation

- - - - - - - - - - - - - - - - - - -x

        Virtual Zoom Deposition

        November 20, 2020

        9:30 a.m.

CONFIDENTIAL VIDEOTAPED VIRTUAL DEPOSITION of PATRICIA MUCHINSKY, in the above-entitled action, held at the above time and place, taken before Jeremy Richman, a Shorthand Reporter and Notary Public of the State of New York, pursuant to the Federal Rules of Civil Procedure, and stipulations between Counsel.

      *   *   *

CONFIDENTIAL

Page 102

1  CONFIDENTIAL - MUCHINSKY
2  invoice route with Goldman, I want to
3  say, Goldman Sachs, at one point. We
4  did try the invoice route, but it
5  became onerous to do that every month,
6  when -- and then we moved to a
7  different arrangement with Goldman.
8  But that was the only instance. This
9  instance and maybe the Goldman instance
10 were the only times I was involved, and
11 it was more of an involvement from, can
12 you verify the volume figures, than
13 anything else.
14     Q.  Understood. Would -- the
15 invoices you referenced to Goldman, do
16 you remember what time period that was?
17     A.  I don't. And I think it was
18 only one or two invoices.
19     Q.  Do you recall what the basis
20 for those invoices was?
21     A.  We had a -- it was a similar
22 type of rebate structure, I want to
23 say, that we had in place. I don't
24 remember the direction of the invoice
25 saying -- it was a while ago, but

Page 103

1  CONFIDENTIAL - MUCHINSKY
2  rather than having the invoices going
3  back and forth, we just changed to
4  markups instead.
5     Q.  So and so on rebates.
6     A.  To what we had with EFFEX.
7     Q.  And what was the basis --
8  sorry, were you done?
9     A.  No, go ahead.
10    Q.  What was the basis for the
11 EFFEX rebates?
12    A.  It was just a dollar per
13 million.
14    Q.  Dollar per million of what?
15    A.  Volume traded.
16    Q.  So a -- the EFFEX invoices
17 were a rate of, certain rate of dollars
18 per million based on the volume that
19 EFFEX traded. Is that with FXCM retail
20 customers?
21    A.  Yes.
22    Q.  Was that the same for
23 Goldman?
24    A.  Similar.
25    Q.  How was it different?

Page 104

1  CONFIDENTIAL - MUCHINSKY
2     A.  It was similar in the -- I
3  don't remember the details, if it was a
4  straight up dollar per million. I
5  believe it was, but I don't know if it
6  was. I don't remember exactly what the
7  fee was with Goldman.
8     Q.  Do you remember if it was
9  based on the volume of retail trading
10 that Goldman transacted --
11    A.  Yes.
12    Q.  -- with FXCM?
13    A.  Yes.
14    Q.  Do you recall, on a relative
15 basis, the amount of volume that
16 Goldman transacted with FXCM compared
17 to EFFEX?
18    A.  At one point it was probably
19 similar.
20    Q.  When you say, at one point,
21 what time period, generally, are we
22 talking about?
23    A.  Maybe a couple years before
24 this.
25    Q.  This, meaning 2010?

Page 105

1  CONFIDENTIAL - MUCHINSKY
2     A.  Yes.
3     Q.  Between 2010 and 2014, do you
4  know if -- let me break this up.
5  Between 2010 and 2014, do you know if
6  Goldman continued to make payments on
7  the volume of FXCM retail trading?
8     A.  No. We'd only -- the
9  invoicing arrangement was very
10 short-lived with Goldman. It might
11 have only been a month or two.
12    Q.  Were you aware of the
13 payments from Goldman, whether or not
14 it was through invoices, continued in
15 the 2010 through 2014 time period?
16    A.  They don't, they didn't.
17    Q.  Are you aware of any other
18 liquidity provider who made payments to
19 FXCM based on the volume of FXCM retail
20 trading during the 2010 to 2014 time
21 period?
22    A.  Not through invoices.
23    Q.  Were there liquidity
24 providers who made those payments aside
25 from the invoices?

27 (Pages 102 - 105)

Page 106

1  CONFIDENTIAL - MUCHINSKY
2      A.   Well, it wasn't, like, a
3  payment as such, it was more like they
4  were given a lower markup.
5      Q.   Do you remember who those
6  liquidity providers were?
7      A.   There were a number.
8      Q.   Do you remember any
9  specifically?
10     A.   Yes.  Dresdner Bank, Deutsche
11 Bank, Goldman Sachs, Morgan Stanley.
12     Q.   Did EFFEX also receive a
13 lower markup during the 2010 to 2014
14 time period?
15     A.   Maybe.
16     Q.   Aside from any arrangement
17 similar to the other banks that you
18 referenced, do you recall if EFFEX's
19 markup was different, higher, lower,
20 than other liquidity providers in that
21 time period?
22     A.   We had a number of providers
23 who were preferenced through the
24 markups in our liquidity pool.  It was
25 a standard offering that we made to

Page 107

1  CONFIDENTIAL - MUCHINSKY
2  every single liquidity provider on the
3  street in order to get more competitive
4  pricing.
5      Q.   So offering a lower markup
6  for a liquidity provider was an
7  incentive; do I understand you
8  correctly?
9      A.   It was an incentive in the
10 sense -- yes, it was.  It was an
11 incentive, and it cost FXCM money, if
12 you want to think of it that way, in
13 the sense that we wouldn't make -- if
14 that provider received a lower markup
15 in exchange for showing tighter prices,
16 they would be more likely to be at the
17 top of book, meaning they would see
18 more flow.  They would see, they would
19 be preferenced in the liquidity stack.
20 And it was something that was offered
21 to every provider.
22     Q.   Do you recall if EFFEX
23 specifically had lower markups than
24 other liquidity providers in the 2010
25 to 2014 time period?

Page 108

1  CONFIDENTIAL - MUCHINSKY
2      A.   I'm sure at one point they
3  did, but it wasn't across the board.
4      Q.   Across the board meaning
5  across different currency pairs?
6      A.   Yes, because we had some
7  providers that would show us better
8  pricing, so they had a lower markup in,
9  say, Eurodollar, right, some that would
10 show us a better pricing in dollar CAD,
11 so they would be preferenced, and so on
12 and so forth.  Some in -- some that
13 showed us deeper liquidity also might
14 have a more favorable markup, because
15 they showed us more liquidity.
16     Q.   Was this new markup reference
17 separate or independent from a priority
18 ranking of liquidity providers that
19 applied when liquidity providers would
20 tie or offer the same price?
21         MS. COREY:  Objection to
22   form.
23     A.   It would be independent.
24     Q.   Okay.  And we'll talk about
25 the priority more later, okay?  Going

Page 109

1  CONFIDENTIAL - MUCHINSKY
2  back to the document, the email chain
3  here, Exhibit 6.  Who else was usually
4  involved in preparing or sending
5  invoices to EFFEX?
6      A.   Josh or someone on his team.
7      Q.   Josh Rosenfeld?
8      A.   Yes.
9      Q.   Anyone else in particular
10 that you recall working with?
11     A.   I recall this being a
12 one-off, potentially.  I don't remember
13 doing this on a regular basis.
14     Q.   And if I understood you
15 correctly, you previously testified
16 that you don't recall FXCM sending
17 these type of invoices to any other
18 liquidity providers in the 2010 to 2014
19 time period?
20     A.   Don't recall, no.
21     Q.   In this email chain Mr.
22 Rosenfeld represents FXCM Holdings.  Is
23 that the entity we talked about
24 earlier, the parent company of FXCM
25 U.S.?

Page 158

1      CONFIDENTIAL - MUCHINSKY
2  providers who are eating away the top
3  of book with aggressive skewed pricing,
4  what do you mean there?
5      A.   With aggressive skewed
6  pricing, yeah, one or more providers,
7  right, in this case, we had John and we
8  had BNP, who were aggressively showing
9  skewed pricing and taking the
10 top-of-book flow.
11     Q.   What do you mean by, showing
12 aggressive skewed pricing?
13     A.   So when you skew a price, it
14 means you have a specific interest to
15 buy or sell one way or the other.  So
16 by skewing your price, you're
17 essentially showing your interest by
18 showing a really aggressive price,
19 either on the bid or on the offer.
20     Q.   And -- sorry, go ahead.
21     A.   That's typically what John
22 and BNP were doing, right, was showing
23 aggressive pricing.
24     Q.   And was that the principal
25 reason that EFFEX was capturing the --

Page 159

1      CONFIDENTIAL - MUCHINSKY
2  a predominant share of EFFEX's retail
3  overflow?
4          MS. COREY:  Objection to
5    form.
6      A.   I guess.  I don't know how
7  his algo -- or how he was pricing.
8      Q.   Was -- so in this discussion
9  between you, Mr. Niv and Mr. Ahdout of
10 how to present share figures to
11 liquidity providers, is this something
12 that was a one-time conversation that
13 was resolved, or is this an ongoing
14 discussion that you would have on
15 multiple occasions?
16     A.   I think it was ongoing.
17     Q.   I'm sorry, I didn't hear, you
18 think it was ongoing?
19     A.   I think it was ongoing, yes.
20     Q.   Before you said, just to
21 clarify in your previous answer, you
22 were referring to Mr. Dittami's algo.
23 Is that algorithm?
24     A.   Yes.
25     Q.   EFFEX's trading algorithm?

Page 160

1      CONFIDENTIAL - MUCHINSKY
2      A.   Yes.
3      Q.   Thank you.  If you look up to
4  Mr. Niv's email, where he says, Lump
5  all funds like Sun, Lucid and EFFEX
6  into one bucket, and tell the banks
7  it's three funds.  We share the pie,
8  don't give specifics.
9          Did you understand Mr. Niv to
10 mean that Sun and EFFEX were similar
11 funds?
12         MS. COREY:  Objection to
13   form.
14         THE WITNESS:  Sorry, Chelsea.
15         MS. COREY:  Go ahead.
16     A.   I read this as he was telling
17 me not to change anything, not to
18 exclude anyone.
19     Q.   And did you consider Sun and
20 EFFEX to be similar types of funds?
21     A.   They were similar in their
22 trading style, yes, and they were
23 high-frequency.
24     Q.   Were there any other
25 similarities or commonalities other

Page 161

1      CONFIDENTIAL - MUCHINSKY
2  than being high-frequency trading --
3  traders, excuse me?
4      A.   Well, by virtue of being
5  non-banks, they would be.
6      Q.   Did Sun have a relationship
7  at FXCM that was different from most
8  other liquidity providers?
9      A.   No.
10     Q.   Any of these three funds,
11 Sun, Lucid or EFFEX?
12         MS. COREY:  Objection to
13   form.
14     Q.   Let me clarify.  Did any of
15 those three funds; Sun, Lucid or EFFEX;
16 have a relationship with FXCM that
17 differed from FXCM's relationship with
18 most other liquidity providers?
19         MS. COREY:  Objection to
20   form.
21     A.   Well, Lucid eventually became
22 owned by FXCM.
23     Q.   And was there a similar
24 connection between FXCM and Sun?
25     A.   No.

Page 162

1  CONFIDENTIAL - MUCHINSKY
2    Q.  What about EFFEX?
3    A.  Different than Lucid, yes, as
4  far as I knew.
5    Q.  In your experience, did FXCM
6  interact with these three funds in a
7  different manner than they did with,
8  say, banks or other types of liquidity
9  providers?
10       MS. COREY:  Objection to
11   form.
12   A.  Excluding Sun, I think they
13 probably interacted quite differently
14 with Lucid and EFFEX.
15   Q.  And how so?  Starting with
16 Lucid.
17   A.  I don't remember when the
18 Lucid FXCM deal took place, but
19 obviously they were owned by FXCM.
20   Q.  And how did FXCM interact
21 differently with EFFEX, compared to
22 other types of liquidity providers?
23   A.  It was just, it was a closer
24 relationship.
25   Q.  In what ways?

Page 163

1  CONFIDENTIAL - MUCHINSKY
2    A.  You know, John just had, you
3  know, John had been an employee at one
4  point.  He had a good relationship with
5  the partners.  So from that
6  perspective, it was closer than other
7  liquidity providers.
8    Q.  Were the rebate payments that
9  EFFEX made to FXCM a factor in that
10 relationship between EFFEX and FXCM?
11   A.  I wouldn't know about that.
12       MS. COREY:  Objection to
13   form.
14   Q.  Was there a time when Mr. Niv
15 or Mr. Ahdout instructed you
16 differently in terms of disclosing
17 EFFEX's market share to other liquidity
18 providers?  Let me back up first.
19       So you said here, It was
20 determined not to share EFFEX's market
21 share with other liquidity providers;
22 is that correct?  Here, meaning at the
23 time of this email.
24       MS. COREY:  Objection to
25   form.  Sorry.

Page 164

1  CONFIDENTIAL - MUCHINSKY
2    A.  I don't understand.
3    Q.  I can rephrase.  So at the
4  time of this email, the discussion that
5  you're having with Mr. Niv and
6  Mr. Ahdout, if I understood your prior
7  testimony correctly, was that the
8  result of this conversation was to not
9  disclose to other liquidity providers
10 what EFFEX's market share was at this
11 time; is that correct?
12   A.  No.  He isn't telling me to
13 exclude them at all.
14   Q.  Sorry, not to -- whether or
15 not to exclude them; whether or not to
16 share EFFEX's market share or a
17 different calculation, as opposed to
18 the liquidity provider's share just
19 based on the total volume.
20   A.  That was a nonissue, because
21 we never shared it, anyway.  We never
22 shared EFFEX's market share with anyone
23 else.
24   Q.  Okay, so then I guess the
25 question that I'm getting at is that

Page 165

1  CONFIDENTIAL - MUCHINSKY
2  here, the decision was not to share
3  that information, and if I understand
4  correctly, you're saying that you had
5  similar conversations at other times,
6  but you didn't, at another time,
7  disclose EFFEX's market share to other
8  liquidity providers?
9        MS. COREY:  Objection to
10   form.
11   A.  No.  EFFEX's market share was
12 never shared, and he's not telling me
13 to exclude them from the calculation
14 here.
15   Q.  Was there a time where
16 Mr. Niv and Mr. Ahdout did instruct you
17 to exclude EFFEX from market share
18 calculations?
19   A.  I don't remember.  It may
20 have happened later on, but at this
21 point in time I'm asking for direction,
22 and that's not the direction I'm being
23 given.
24   Q.  I'm going to introduce
25 another exhibit.

42 (Pages 162 - 165)

Page 178

1  CONFIDENTIAL - MUCHINSKY
2     A.  Not that I recall.
3     Q.  And what did you understand
4  Mr. Niv to mean by rebates?  Rebate,
5  sorry.
6     A.  Rebate would be similar to
7  what we saw on that invoice, which
8  would be a dollar per million.
9     Q.  In payments for order flow
10 that you pointed out earlier?
11    A.  Correct.
12    Q.  Do you know why those
13 payments were referred to as rebates?
14    A.  I don't know, I don't know
15 why Drew called them rebates.
16    Q.  Were you aware of Mr. Niv or
17 others at FXCM changing the rate or
18 amount of rebates that they would
19 request from EFFEX?
20    A.  I think at one point there
21 was a reduction.  I seem to remember
22 that.
23    Q.  Do you recall being -- were
24 you involved in any conversations
25 concerning changing the rate of

Page 179

1  CONFIDENTIAL - MUCHINSKY
2  payment, the rate per million of those
3  payments?
4     A.  No, I wouldn't have been in
5  the conversation.  I would have been
6  told after the fact.
7     Q.  We're done with that
8  document.  I'll be introducing another.
9  This will be Exhibit 13.  Let me know
10 when you see it.
11    A.  Can I have just one minute,
12 please?  Sorry, I just need to step
13 away.
14    Q.  No problem.
15        THE VIDEOGRAPHER:  Can we go
16    off the record for a media change?
17        MR. BAKER:  Want to take
18    five, 10 minutes now for a break?
19        THE WITNESS:  That would be
20    great, thank you.
21        MS. COREY:  Let's do that.
22        THE VIDEOGRAPHER:  Thank you.
23    The time is 2:16, we're going off
24    the record.  This is the end of
25    media file four.

Page 180

1  CONFIDENTIAL - MUCHINSKY
2        (Recess.)
3        THE VIDEOGRAPHER:  We are
4    back on the record, the time is
5    2:23, this is the beginning of
6    media file 5.
7     Q.  Welcome back, Ms. Muchinsky.
8  I've introduced Exhibit 13.  Do you
9  have that up in front of you?
10        (Exhibit 13, marked for
11    identification, Bates stamped
12    GLBR_00217365.)
13    A.  I do.
14    Q.  For the record, Exhibit 13 is
15 Bates stamped GLBR_217365.  Ms.
16 Muchinsky, does this appear to be a
17 transcript for an instant messaging
18 conversation between Mr. Dittami and
19 yourself?
20    A.  Yes, it is.
21    Q.  And this is from
22 October 2012, right, yes?
23    A.  Yes.
24    Q.  Do you recall what platform
25 you used to instant message with

Page 181

1  CONFIDENTIAL - MUCHINSKY
2  Mr. Dittami in 2012?
3     A.  I don't recall.
4     Q.  Would this have been FXCM's
5  instant messaging platform?
6     A.  Yes.  I -- yes.
7     Q.  And it certainly appears
8  Mr. Dittami had access to that
9  platform, as there's a conversation
10 here; is that correct?
11    A.  Yes.
12    Q.  And Mr. Dittami, as indicated
13 by his email, John@EFFEXcapital.com, I
14 think before you mentioned if he had an
15 FXCM email, he could use the instant
16 messaging service, but it appears he
17 was using his EFFEX email; is that
18 accurate?
19    A.  From this transcript it looks
20 that way.  I don't know how the two
21 would have interacted.
22    Q.  And did anyone else, to your
23 knowledge -- sorry.
24        To your knowledge, did anyone
25 else at EFFEX have access to the FXCM