# Exhibit 223

CONFIDENTIAL

Page 1

1      CONFIDENTIAL - DAVID STOLLOW, CPA
2         UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3

    In re:                        :
4                                  : Master File No.
    Global Brokerage, Inc.        : 1:17-cv-00916-RA
5   F/k/a FXCM, Inc.              :
    Securities Litigation         :
6   ----------------------         :

7

8      REMOTE VIDEO DEPOSITION VIA ZOOM OF:
9              DAVID STOLLOW, CPA
10          MONDAY, JANUARY 25, 2021
11
12
13
14
15
16
17
18
19
20
21
22
23
24   REPORTED BY:
     SILVIA P. WAGE, CCR, CRR, RPR
25   JOB NO. 4398807

Page 98

CONFIDENTIAL - DAVID STOLLOW, CPA

Q. So this section reads in relevant part -- I'll direct you to the first paragraph. "We have appropriately identified variable interest entities ('VIEs') --

A. Correct.

Q. -- "consolidated VIEs (where appropriate) and disclosed involvement with VIEs (where appropriate)."

Do you see that?

A. I do.

Q. "The company has considered its related parties and de facto agents (as defined by ASC 810 consolidation) in making the determination as to whether a VIE should be consolidated."

Do you see that?

A. I do.

Q. So are you familiar with ASC 810?

A. Yes, that's the consolidation guidance we were just talking about a moment ago.

Q. And in the course of conducting its audit, would E&Y consult or rely upon that consolidation guidance in evaluating whether entities that appeared in the course of the audit

Page 99

CONFIDENTIAL - DAVID STOLLOW, CPA

might qualify as VIEs?

A. Absolutely. ASC 810 is required -- it is a consideration of management for us to evaluate so, yes.

Q. Were there any particular procedures E&Y went through to verify the completeness of management's disclosures of entities that might be identified as VIEs?

A. Sure. I said completeness of disclosures. We would go through our audit procedures that management has presented, right, first and foremost as to your variable interest and variable interest entities and the basis for those assessments and then ultimately the consideration of disclosure of those as well.

Q. And on the next page in a continuation of the same section, it says in relevant part, "We have made available all relevant information about financial interests and contractual arrangements with related parties, de facto agents and other entities including but not limited to their governing documents, equity and debt instruments, contracts, leases, guarantee arrangements and

Page 100

CONFIDENTIAL - DAVID STOLLOW, CPA

other financial contracts and arrangements."

Do you see that?

A. I do.

Q. Would in the course of its audit E&Y rely upon management's representations and production of these types of documents to identify entities that might be consolidatable as VIEs?

A. Yes.

Q. And did E&Y have any other procedures to identify or obtain such documents through management?

A. Or through the course of the rest of the audit in terms of evidence that would be obtained that might indicate that there would be consideration. I -- I point to that as well as the representations and governing documents.

Q. So, if in the course of the audit E&Y came across evidence that caused it to question whether a particular entity might be a variable interest entity, would it then seek to obtain access to these types of documents from FXCM's management?

A. To the extent we become aware through

Page 101

CONFIDENTIAL - DAVID STOLLOW, CPA

the other audit evidence of information, we would absolutely have that discussion with management and review documents.

Q. And did management's representation letters that FXCM Inc., management signed during the time period from financial year 2010 through -- sorry, Fiscal Year 2010 through Fiscal Year 2016 typically contain discussions of VIEs?

MR. TABAK: Objection to form. The documents speak for themselves.

A. Generally, yes.

Q. And of those that did, would it be fair to characterize this language as typical?

MR. TABAK: Same objections.

A. Generally, yes.

Q. In the course of developing and issuing its annual and periodic -- its financial statements in the period between Fiscal Year 2010 and Fiscal Year 2016, did E&Y consider or determine whether FXCM should report Effex as a related party?

MR. TABAK: Objection to form, just focus on the word "it" at the end of the sentence.

26 (Pages 98 - 101)