# Exhibit 224

**Summary Evidence Chart of Order Flow Invoices to Effex**

| Invoice Month | Volume (Millions) | U.S. Dollar Fee/Million | Amount Invoiced | Bates | Payment Confirmed by EY |
|---|---|---|---|---|---|
| May 2010 | 102,005 | 21 | 2,142,105.00 | GLBR_00028999 | |
| June 2010 | 89,086 | 21 | 1,870,806.00 | GLBR_00028999 | |
| July 2010 | 73,956 | 21 | 1,553,076.00 | GLBR_00028999 | |
| August 2010 | 82,260 | 21 | 1,727,454.00 | GLBR_00219651 | |
| September 2010 | 86,061 | 21 | 1,807,281.00 | GLBR_00188165 | |
| October 2010 | 88,875 | 17.5 (rebilled at 21) | 1,555,312.50 | GLBR_00184108; GLBR_00184115 | |
| November 2010 | 104,840 | 17.5 (rebilled at 21) | 1,834,700.00 | GLBR_00184114; GLBR_00184115 | |
| December 2010 | 87,747 | 21 | 1,842,687.00 | GLBR_00184121 | |
| January 2011 | 91,710 | 21 | 1,925,910.00 | GLBR_00184135 | |
| February 2011 | 81,465 | 21 | 1,710,765.00 | GLBR_00184166 | |
| March 2011 | 100,682 | 21 | 2,114,322.00 | GLBR_00036365 | |
| April 2011 | 91,727 | 21 | 1,926,267.00 | GLBR_00020633 | |
| May 2011 | 104,599 | 21 | 2,196,579.00 | GLBR_00219652 | |
| June 2011 | 105,591 | 21 | 2,217,411.00 | GLBR_00184183 | |
| July 2011 | 101,096 | 21 | 2,123,016.00 | GLBR_00184185 | |
| August 2011 | 121,952 | 21 | 2,560,992.00 | GLBR_00184200 | |
| September 2011 | 111,579 | 16 | 1,785,264.00 | GLBR_00184215 | |
| October 2011 | 94,788 | 16 | 1,516,608.00 | GLBR_00184217 | |
| November 2011 | 104,558 | 16 | 1,672,928.00 | GLBR_00184226 | |
| December 2011 | 84,665 | 16 | 1,338,640.00 | GLBR_00184240 | |
| January 2012 | 96,196 | 16 | 1,539,136.00 | GLBR_00184247 | |
| February 2012 | 122,214 | 16 | 1,955,424.00 | GLBR_00184280 | EY-GBI-WP-00001808 |
| March 2012 | 101,228 | 16 | 1,619,648.00 | GLBR_00184289 | |
| April 2012 | 85,986 | 16 | 1,375,776.00 | GLBR_00119096 | |
| May 2012 | 93,089 | 16 | 1,489,424.00 | GLBR_00184389 | |
| June 2012 | 90,061 | 16 | 1,440,976.00 | GLBR_00119169 | |
| July 2012 | 83,895 | 16 | 1,342,320.00 | GLBR_00184400 | |
| August 2012 | 87,428 | 16 | 1,398,848.00 | GLBR_00119240 | |
| September 2012 | 94,078 | 16 | 1,505,248.00 | GLBR_00184409 | |
| October 2012 | 90,338 | 16 | 1,445,408.00 | GLBR_00184420 | |
| November 2012 | 93,417 | 16 | 1,494,672.00 | GLBR_00184419 | |
| December 2012 | 82,930 | 16 | 1,326,880.00 | GLBR_00217454 | |
| January 2013 | 138,526 | 16 | 2,216,416.00 | GLBR_00217436 (all servers, except Japan) | |
| January 2013 | 27,289 | 16 | 187,664.00 | GLBR_00217456 (Japan server only) | |
| February 2013 | 130,953 | 16 (all currencies); 3 (JPY/USD) | 1,713,425.00 | GLBR_00217438 | |
| March 2013 | 121,840 | 16 (all currencies); 3 (JPY/USD) | 1,577,146.00 | GLBR_00217440 | |
| April 2013 | 152,481 | 16 (all currencies); 3 (JPY/USD) | 1,849,574.00 | GLBR_00217442 | |
| May 2013 | 129,357 | 16 (all currencies); 3 (JPY/USD) | 1,580,392.00 | GLBR_00217444 | |
| June 2013 | 134,080 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 1,215,498.00 | GLBR_00217446 | EY-GBI-WP-00002178 |
| July 2013 | 112,328 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 1,096,895.00 | GLBR_00217448 | |
| August 2013 | 95,408 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 938,275.00 | GLBR_00217450 | |
| September 2013 | 81,520 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 837,761.00 | GLBR_00217451 | |
| October 2013 | 79,071 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 879,748.00 | GLBR_00217452 | |

**Summary Evidence Chart of Order Flow Invoices to Effex**

| Invoice Month | Volume (Millions) | U.S. Dollar Fee/Million | Amount Invoiced | Bates | Payment Confirmed by EY |
|---|---|---|---|---|---|
| November 2013 | 70,383 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 890,302.00 | GLBR_00217453 | |
| December 2013 | 60,461 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 765,978.00 | GLBR_00217455 | |
| January 2014 | 94,519 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 1,122,767.00 | GLBR_00217437 | EY-GBI-WP-00002917 |
| February 2014 | 88,582 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 1,088,404.00 | GLBR_00217439 | EY-GBI-WP-00002918 |
| March 2014 | 87,253 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 1,092,216.00 | GLBR_00217441 | EY-GBI-WP-00003155 |
| April 2014 | 67,077 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 824,308.00 | GLBR_00217443 | |
| May 2014 | 64,569 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 803,006.00 | GLBR_00217445 | |
| June 2014 | 62,678 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 819,657.00 | GLBR_00217447 | |
| July 2014 | 66,702 | 16 (all currencies); 3 (JPY/USD); 6 (EUR/USD) | 872,632.00 | GLBR_00217449 | |



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 24, 2010

Invoice # G-200906

| DESCRIPTION | | | TIME PERIOD | AMOUNT |
|---|---|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| May-10 | 102,005 | $ 21.00 | $ 2,142,105 |
| Jun-10 | 89,086 | $ 21.00 | $ 1,870,806 |
| Jul-10 | 73,956 | $21.00 | $ 1,553,076 |
| | 265,047 | | 5,565,987.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Bank of America New York, NY
ABA: 026009593
Swift: BOFAUS3N
Account# 009417634077
Account Name: Forex Capital Markets, LLC
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**CONFIDENTIAL**
**FOIA Confidential Treatment Requested BY FXCM**

**GLBR_00029000**
**FXCM-CFTC_00115380**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

EFFEX Capital
98 Constitution Way
Jersey City, NJ 07305

September 24, 2010

Invoice # G-200906

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| May-10 | 102,005 | $ 21.00 | $   2,142,105 |
| Jun-10 | 89,086 | $ 21.00 | $   1,870,806 |
| Jul-10 | 73,956 | $21.00 | $   1,553,076 |
| Aug-10 | 82,260 | $21.00 | $   1,727,454 |
| | 347,307 | | $ 7,293,441 |

*All payments are due 5 business days after the invoice date.*

COMPANY will remit payment to:
Bank of America New York, NY
ABA: 026009593
Swift: BOFAUS3N
Account# 009417634077
Account Name: Forex Capital Markets, LLC
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 24, 2010

Invoice # G-200906

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Sept-10 | 86,061 | $ 21.00 | $   1,807,281 |
| | 86,061 | | $ 1,807,281 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 24, 2010

Invoice # G-200906

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Oct-10 | 88,875 | $ 17.50 | $   1,555,312.50 |
| | 88,875 | | $ 1,555,312.50 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 22, 2010

Invoice # G-201012

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Nov-10 | 104,840 | $ 17.50 | $   1,834,700.00 |
| | 88,875 | | $ 1,834,700.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        Confidential
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                    **GLBR_00184114**

| | |
|---|---|
| **From:** | Joshua Rosenfeld <jrosenfeld@fxcm.com> |
| **Sent:** | Thursday, December 30, 2010 12:03 PM |
| **To:** | Baruch Greenbaum |
| **Subject:** | Fw: Wire |

Rebill Oct and Nov. Those should be the only months at 17.5. Please double check that.

---

**From**: John Dittami
**To**: Joshua Rosenfeld
**Cc**: Ken Grossman
**Sent**: Thu Dec 30 10:35:42 2010
**Subject**: FW: Wire

FYI, just instructed wire for October and November of $678k for underpayment of fees by Effex in those months.  My December accrual increases $315k as well.    Total underpayment is just under $1MM.

I still have not been billed for $94,500  in FD consulting services for September, October and November.  Please advise if you want I can send payment pre receiving the invoice.   For December, we have not received bill from FD, but our accrual estimate is $25,000

Thanks,
John

---

**From:** John Dittami [mailto:john@effexcapital.com]
**Sent:** Thursday, December 30, 2010 10:28 AM
**To:** 'Jaclyn A'; 'Douglas'
**Subject:** Wire

Please wire $678,002.50 to FXCM account ending in 43 from the Effex Checking account.  Please put memo on it of October and November Fees underpayment.

Please also wire $290,572.50 to my personal BOA account with the same memo.

Regards,
John



1



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

January 6, 2011

Invoice #2010-12

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Dec-10 | 87,747 | $ 21.00 | $   1,842,687.00 |

$ 1,842,687.00

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

February 14, 2011

Invoice #01-2011

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Jan – 2011 | 91,710 | $ 21.00 | $   1,925,910.00 |

$ 1,925,910.00

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:   ┊ **Confidential** ┊
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 28, 2011

Invoice #02-2011

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| Feb – 2011 | 81,465 | $ 21.00 | $   1,710,765.00 |
| | | Balance due for January 2011 | $   1,925,910.00 |
| | | | $ 3,636,675.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     **Confidential**
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

May 3, 2011

Invoice #03-2011

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|

Rebate for FX Trades

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| March – 2011 | 100,682 | $ 21.00 | $   2,114,322.00 |

|  |
|---|
| $ 2,114,322.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:      Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

May 3, 2011

Invoice #04-2011

| DESCRIPTION | TIME PERIOD | AMOUNT |
|---|---|---|
| Rebate for FX Trades | | |

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| April – 2011 | 91,727 | $ 21.00 | $   1,926,267.00 |
| | | Balance due for March 2011 | $   2,114,322.00 |
| | | | $ 4,040,675.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 7, 2011

Invoice #05-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| May – 2011 | 104,599 | $ 21.00 | $   2,196,579.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 2, 2011

Invoice #06-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| June – 2011 | 105,591 | $ 21.00 | $  2,217,411.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 4, 2011

Invoice #07-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| July – 2011 | 101,096 | $ 21.00 | $   2,123,016.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 8, 2011

Invoice #07-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| August – 2011 | 121,952 | $ 21.00 | $   2,560,992.00 |

*All payments are due 5 business days after the invoice date.*

**COMPANY will remit payment to:**
Wire instruction:
Bank:           Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

October 24, 2011

Invoice #09-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|---|---|---|---|
| September– 2011 | 111,579 | $ 16.00 | $  1,785,264.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

October 24, 2011

Invoice #09-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| October– 2011 | 94,788 | $ 16.00 | $   1,516,608.00 |

*\*All payments are due 5 business days after the invoice date.\**

COMPANY will remit payment to:
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 14, 2011

Invoice #11-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| November– 2011 | 104,558 | $ 16.00 | $   1,672,928.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

January 5, 2012

Invoice #12-2011

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| December– 2011 | 83,665 | $ 16.00 | $   1,338,640.00 |

*\*All payments are due 5 business days after the invoice date.\**

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

February 15, 2012

Invoice #01-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| January – 2012 | 96,196 | $ 16.00 | 1,539,136 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**GLBR_00184247**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 19, 2012

Invoice #02-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| February – 2012 | 122,214 | $ 16.00 | 1,955,424 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:    Confidential
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____

Note: EY obtained the email invoice from Baruch Greenbaum, Senior Accountant and agreed the volume and fee per million to the EFFEX Monthly P&L Schedule (BH) Notes



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 19, 2012

Invoice #02-2012

### REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| February – 2012 | 3/ 122,214 B20.01 | $ 16.00 | 1,955,424 B20.01 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        ███████████
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

EY-GBI-WP-00001808

Note: EY obtained the following email from the BDM –– Invoiced on Feb from British Greenbaum, Senior Accountant. This email is from Alex Kochel, FXM IT. Alex dissagregates the price streams in FXO related to Effex each month and compares the volumes in FXO to what Effex has invoiced. We agreed the volumes to the invoice above (1/) w/o/e.



| To: | '"Michael.Suppe@ey.com'" <Michael.Suppe@ey.com>, |
|---|---|
| Cc: | |
| Bcc: | |
| Subject: | RE: Audit Request - EFFEX February |
| From: | Baruch Greenbaum <bgreenbaum@fxcm.com> - Friday 10/26/2012 10:54 AM |

----- Message from Alexander Kochel <akochel@fxcm.com> on Tue, 13 Mar 2012 15:18:49 +0000 -----

**To:** Baruch Greenbaum <bgreenbaum@fxcm.com>, Aaron Harding <aharding@fxcm.com>

**cc:** "cmeyer@effexcapital.com" <cmeyer@effexcapital.com>

**Subject:** Fw: Volume

Updated with CitiexJ and CitiexL2

Alex

**From:** Alexander Kochel
**Sent:** Tuesday, March 13, 2012 11:14 AM
**To:** Alexander Kochel
**Subject:** Volume

Monthly volume:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount |
|---|---|---|---|---|---|
| 2012.02.01T03:02:59.419 | 2012.02.29T16:49:44.837 | CITIEXJ | CITIEXJ | 718 | 718 |
| 2012.02.07T16:47:23.698 | 2012.02.29T10:59:53.295 | CITIEXL2 | CITIEXL2 | 673 | 673 |
| 2012.01.31T18:15:40.654 | 2012.02.24T10:04:56.655 | CITIEXHM | himawari | 357 | 357 |
| 2012.01.31T17:00:17.75 | 2012.02.29T16:59:58.71 | CITIEX | retail2 | 104966 | 104966 |

EY-GBI-WP-00001809

| 0 | 4 | | | | |
|---|---|---|---|---|---|
| 2012.01.31T18:04:21.738 | 2012.02.29T14:17:36.216 | CITIEXT2 | retailt2 | 15500 | 15500 |
| 2012.01.31T17:00:17.750 | 2012.02.29T16:59:58.714 | Total | Total | 122214 | 122214 |

1/

EY-GBI-WP-00001810



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

April 4, 2012

Invoice #03-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| March – 2012 | 101,228 | $ 16.00 | $ 1,619,648 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:    **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00184289**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

May 9, 2012

Invoice #04-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| April – 2012 | 85,986 | $ 16.00 | $ 1,375,776 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**GLBR_00119096**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 6, 2012

Invoice #05-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| May – 2012 | 93,089 | $ 16.00 | 1,489,424 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:      Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

July 23, 2012

Invoice #06-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| June – 2012 | 90,061 | $ 16.00 | $1,440,976 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:            Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**GLBR_00119169**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 13, 2012

Invoice #07-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| July – 2012 | 83,895 | $ 16.00 | 1,342,320 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     **Confidential**
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 13, 2012

Invoice #08-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| August – 2012 | 87,428 | $ 16.00 | 1,398,848 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**GLBR_00119240**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

October 5, 2012

Invoice #09-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| September– 2012 | 94,078 | $ 16.00 | $ 1,505,248 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:       Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:   **Confidential**
Fedwire ABA #: (Domestic)       026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                                 **GLBR_00184409**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 10, 2012

Invoice #10-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| October– 2012 | 90,338 | $ 16.00 | 1,445,408 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 10, 2012

Invoice #11-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| November– 2012 | 93,417 | $ 16.00 | 1,494,672 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     004834457443
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**GLBR_00184419**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

January 7, 2013

Invoice #12-2012

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| December– 2012 | 82,930 | $ 16.00 | 1,326,880 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     CONFIDENTIAL
Fedwire ABA #: (Domestic)         026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

February 26, 2013

Invoice #01-2013

## REBATE FOR FX TRADES

| Date | Volume | Fee per million | P&L |
|------|--------|-----------------|-----|
| January– 2013 | 138,526 | $ 16.00 | 2,216,416 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     CONFIDENTIAL
Fedwire ABA #: (Domestic)      026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                              **GLBR_00217436**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 6, 2014

Invoice #Japan-2013

## REBATE FOR FX TRADES – JAPAN 2013 SERVERS

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| 2013 Japan (All Currencies) | 7,505 | $ 16.00 | $120,080 |
| 2013 Japan (USD/JPY) | 17,040 | $ 3.00 | $51,120 |
| 2013 Japan (EUR/USD) | 2,744 | $ 6.00 | $16,464 |
| | | **Total** | $ 187,664 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

April 3, 2013

Invoice #02-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| January– 2013 (all currencies) | 101,582 | $ 16.00 | 1,625,312 |
| January– 2013 (JPY/USD) | 29,371 | $ 3.00 | 88,113 |
| | | **Total** | 1,713,425 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

April 29, 2013

Invoice #03-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| March– 2013 (all currencies) | 93,202 | $ 16.00 | 1,491,232 |
| March– 2013 (JPY/USD) | 28,638 | $ 3.00 | 85,914 |
| | | **Total** | 1,577,146 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00217440**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 21, 2013

Invoice #04-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| April– 2013 (all currencies) | 107,087 | $ 16.00 | 1,713,392 |
| April– 2013 (JPY/USD) | 45,394 | $  3.00 | 136,182 |
| | | **Total** | 1,849,574 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:    CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00217442**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 21, 2013

Invoice #05-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| May– 2013 (all currencies) | 91,717 | $ 16.00 | $1,467,472 |
| May– 2013 (JPY/USD) | 37,640 | $ 3.00 | $112,920 |
| | | **Total** | $1,580,392 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**                                                      **GLBR_00217444**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 13, 2013

Invoice #06-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| June– 2013 (all currencies) | 57,789 | $ 16.00 | $924,624 |
| June– 2013 (USD/JPY) | 55,624 | $ 3.00 | $166,872 |
| June– 2013     (EUR/USD) | 20,667 | $ 6.00 | $124,002 |
| | | **Total** | $1,215,498 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**GLBR_00217446**

**Note:** EY reperformed Internal Audit's testing of by inspecting the invoice. We reperformed the procedures of tying the June rebate by recalculating the volume and P&L to the monthly account entries. Please refer to **B20.00** for further detail



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

BB20.03 3I **EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 13, 2013

Invoice #06-2013

### REBATE FOR FX TRADES

| Period | | Volume | | Fee Per Million | P&L |
|---|---|---|---|---|---|
| June– 2013 (all currencies) | 3/ | 57,789 | BB20.02 | $ 16.00 | $924,624 |
| June– 2013 (USD/JPY) | | 55,624 | | $ 3.00 | $166,872 |
| June– 2013      (EUR/USD) | | 20,667 | | $ 6.00 | $124,002 |
| | | | | **Total** | $1,215,498 BB20.02 |

BB20.03 3I

**COMPANY will remit payment to:**
Wire instruction:
Bank:      Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:   ▇▇▇▇▇▇▇
Fedwire ABA #: (Domestic)      026009593
Reference: Forex Capital Markets, Invoice# _____

EY-GBI-WP-00002178

Note: EY reperformed Internal Audit's testing of the following email verifying the volume invoiced by Effex from Baruch Greenbaum, Senior Accountant. This email is from Alex Kochel of FMLLP. Alex disaggregates the price streams in FXO related to Effex each month and compares the volumes in FXO to what Effex has invoiced. We agreed the volumes to the invoice above (1/) w/o/e.

| | |
|---|---|
| **From:** | Chris Meyer <cmeyer@effexcapital.com> |
| **Sent:** | Monday, July 08, 2013 5:08 PM |
| **To:** | Alexander Kochel |
| **Cc:** | Baruch Greenbaum; Aaron Harding |
| **Subject:** | Re: Volume |

At this point in time we can't pay on the PM stream.  The volume is low anyway, in terms of MMs of volume traded.

Thanks,

Chris

## Chris Meyer

EFFEXCAPITAL

Harborside Financial Center Plaza V
Suite 1515
Jersey City, NJ 07311
www.effexcapital.com
cmeyer@effexcapital.com
(201) 332-3670 (direct)

On Jul 8, 2013, at 5:02 PM, Alexander Kochel wrote:

Baruch,

How do we calculate/aggregate volume for metals from CITIEXPM?
Should it be in ounces or in USD?
By symbol (XAU and XAG) or aggregated for all metals?

Alex

---

**From:** Baruch Greenbaum
**Sent:** Monday, July 08, 2013 4:47 PM
**To:** Alexander Kochel; Aaron Harding
**Cc:** Chris Meyer (cmeyer@effexcapital.com)
**Subject:** RE: Volume

Thanks Alex, You are just missing volume from "CITIEXPM".

Chris,

I assume you are paying on this stream?

---

**From:** Alexander Kochel
**Sent:** Monday, July 08, 2013 4:42 PM

1

EY-GBI-WP-00002179

**To:** Baruch Greenbaum; Aaron Harding
**Cc:** Chris Meyer (cmeyer@effexcapital.com)
**Subject:** FW: Volume

---

**From:** akochel@fxcm.com [akochel@fxcm.com]
**Sent:** Monday, July 08, 2013 4:39 PM
**To:** Alexander Kochel
**Subject:** Volume

Monthly volume:
Monthly volume (excluding USDJPY, EURUSD):

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount | |
|---|---|---|---|---|---|---|
| 2013.06.02T21:21:21.206 | 2013.06.28T11:54:11.696 | CITIEXJ | CITIEXJ | 1456 | 1456 | |
| 2013.06.02T22:53:35.441 | 2013.06.28T11:19:01.977 | CITIEXP3A | CITIEXP3A | 1098 | 1098 | |
| 2013.06.02T21:22:35.620 | 2013.06.28T10:16:16.973 | CITIEXP3B | CITIEXP3B | 84 | 84 | |
| 2013.06.02T21:24:40.790 | 2013.06.27T09:07:56.309 | CITIEXP3C | CITIEXP3C | 38 | 38 | |
| 2013.06.02T17:00:40.232 | 2013.06.28T15:55:51.581 | CITIEX | retail2 | 55113 | 55113 | |
| 2013.06.02T17:00:40.232 | 2013.06.28T15:55:51.581 | Total | Total | 57789 | 57789 | 1/ |

Monthly volume USDJPY:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount | |
|---|---|---|---|---|---|---|
| 2013.06.02T17:08:28.368 | 2013.06.28T16:33:25.843 | CITIEXJ | CITIEXJ | 12112 | 12112 | |
| 2013.06.02T17:26:35.033 | 2013.06.28T16:39:14.283 | CITIEXP3A | CITIEXP3A | 452 | 452 | |
| 2013.06.04T06:47:32.159 | 2013.06.28T10:15:58.725 | CITIEXP3B | CITIEXP3B | 28 | 28 | |
| 2013.06.06T07:34:24.878 | 2013.06.24T07:40:07.393 | CITIEXP3C | CITIEXP3C | 1 | 1 | |
| 2013.06.02T17:00:28.495 | 2013.06.28T15:59:43.452 | CITIEX | retail2 | 43031 | 43031 | |
| 2013.06.02T17:00:28.495 | 2013.06.28T16:39:14.283 | Total | Total | 55624 | 55624 | 1/ |

Monthly volume EURUSD:

| From | To | Bank | Stream | EFFEX Amount | FXCM Amount | |
|---|---|---|---|---|---|---|
| 2013.06.02T17:01:53.213 | 2013.06.28T16:01:16.295 | CITIEXJ | CITIEXJ | 607 | 607 | |
| 2013.06.02T17:14:35.188 | 2013.06.28T16:41:40.462 | CITIEXP3A | CITIEXP3A | 594 | 594 | |
| 2013.06.03T07:26:32.937 | 2013.06.28T12:51:47.340 | CITIEXP3B | CITIEXP3B | 22 | 22 | |
| 2013.06.03T10:00:16.455 | 2013.06.06T07:34:38.515 | CITIEXP3C | CITIEXP3C | 0 | 0 | |
| 2013.06.02T15:15:02.924 | 2013.06.30T16:38:37.572 | CITIEX | retail2 | 19444 | 19444 | |
| 2013.06.02T15:15:02.924 | 2013.06.30T16:38:37.572 | Total | Total | 20667 | 20667 | 1/ |

2

EY-GBI-WP-00002180



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 2, 2013

Invoice #07-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| July– 2013 (All Currencies) | 53,291 | $ 16.00 | $852,656 |
| July– 2013 (USD/JPY) | 36,661 | $ 3.00 | $109,983 |
| July– 2013      (EUR/USD) | 22,376 | $ 6.00 | $134,256 |
| | | **Total** | $1,096,895 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

September 9, 2013

Invoice #08-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| August– 2013 (All Currencies) | 46,414 | $ 16.00 | $742,624 |
| August– 2013 (USD/JPY) | 32,771 | $ 3.00 | $98,313 |
| August– 2013    (EUR/USD) | 16,223 | $ 6.00 | $97,338 |
| | | **Total** | $ 938,275 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

November 21, 2013

Invoice #09-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| August– 2013 (All Currencies) | 42,515 | $ 16.00 | $680,240 |
| August– 2013 (USD/JPY) | 25,503 | $ 3.00 | $76,509 |
| August– 2013     (EUR/USD) | 13,502 | $ 6.00 | $81,012 |
| | | **Total** | $ 837,761 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:      Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)      026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 9, 2013

Invoice #10-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| October– 2013 (All Currencies) | 46,102 | $ 16.00 | $737,632 |
| October– 2013 (USD/JPY) | 18,566 | $ 3.00 | $55,698 |
| Oct.– 2013      (EUR/USD) | 14,403 | $ 6.00 | $86,418 |
|  |  | **Total** | $ 879,748 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

December 16, 2013

Invoice #11-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Nov– 2013 (All Currencies) | 49,426 | $ 16.00 | $790,816 |
| Nov– 2013 (USD/JPY) | 8,752 | $ 3.00 | $26,256 |
| Nov– 2013      (EUR/USD) | 12,205 | $ 6.00 | $73,230 |
| | | **Total** | $ 890,302 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:       Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      **CONFIDENTIAL**
Fedwire ABA #: (Domestic)       026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

GLBR_00217453



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

January 2, 2014

Invoice #12-2013

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Dec– 2013 (All Currencies) | 42,792 | $ 16.00 | $684,672 |
| Dec– 2013 (USD/JPY) | 8,236 | $ 3.00 | $24,708 |
| Dex– 2013 (EUR/USD) | 9,433 | $ 6.00 | $56,598 |
| | | **Total** | $ 765,978 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:       CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 11, 2014

Invoice #1-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Jan– 2013 (All Currencies) | 58,532 | $ 16.00 | $936,512 |
| Jan– 2013 Japan Servers (All Currencies) | 3,579 | $ 16.00 | $57,264 |
| Jan– 2013 (USD/JPY) | 10,211 | $ 3.00 | $30,633 |
| Jan– 2013 Japan Servers (USD/JPY) | 11,608 | $ 3.00 | $34,824 |
| Jan– 2013 (EUR/USD) | 9,758 | $ 6.00 | $58,548 |
| Jan– 2013 Japan Servers (EUR/USD) | 831 | $ 6.00 | $4,986 |
| | | **Total** | $ 1,122,767 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:     CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

**GLBR_00217437**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 11, 2014

Invoice #1-2014

**REBATE FOR FX TRADES**

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Jan– 2013 (All Currencies) | 58,532 | $ 16.00 | $936,512 |
| Jan– 2013 Japan Servers (All Currencies) | 3,579 | $ 16.00 | $57,264 |
| Jan– 2013 (USD/JPY) | 10,211 | $ 3.00 | $30,633 |
| Jan– 2013 Japan Servers (USD/JPY) | 11,608 | $ 3.00 | $34,824 |
| Jan– 2013 (EUR/USD) | 9,758 | $ 6.00 | $58,548 |
| Jan– 2013 Japan Servers (EUR/USD) | 831 | $ 6.00 | $4,986 |
| | | **Total** | $ 1,122,767 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #: ████████████
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

EY-GBI-WP-00002917



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 31, 2014

Invoice #2-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Feb. '14 (All Currencies) | 58,185 | $ 16.00 | $930,960 |
| Feb. '14 (USD/JPY) | 9,136 | $ 3.00 | $ 27,408 |
| Feb. '14 (EUR/USD) | 7,235 | $ 6.00 | $ 43,410 |
| Feb. '14 – Japan Servers (All Currencies) | 3,286 | $ 16.00 | $ 52,576 |
| Feb. '14 – Japan Servers (USD/JPY) | 10,130 | $ 3.00 | $ 30,390 |
| Feb. '14 – Japan Servers (EUR/USD) | 610 | $ 6.00 | $ 3,660 |
| | | **Total** | $ 1,088,404 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

March 31, 2014

Invoice #2-2014

**REBATE FOR FX TRADES**

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Feb. '14 (All Currencies) | 58,185 | $ 16.00 | $930,960 |
| Feb. '14 (USD/JPY) | 9,136 | $ 3.00 | $ 27,408 |
| Feb. '14 (EUR/USD) | 7,235 | $ 6.00 | $ 43,410 |
| Feb. '14 – Japan Servers (All Currencies) | 3,286 | $ 16.00 | $ 52,576 |
| Feb. '14 – Japan Servers (USD/JPY) | 10,130 | $ 3.00 | $ 30,390 |
| Feb. '14 – Japan Servers (EUR/USD) | 610 | $ 6.00 | $ 3,660 |
| | | **Total** | $ 1,088,404 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:  ████████████
Fedwire ABA #: (Domestic)     026009593
Reference: Forex Capital Markets, Invoice# _____

EY-GBI-WP-00002918



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

April 24, 2014

Invoice #3-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Mar. '14 (All Currencies) | 57,988 | $ 16.00 | $927,808 |
| Mar. '14 (USD/JPY) | 7,857 | $ 3.00 | $ 23,571 |
| Mar. '14 (EUR/USD) | 8,970 | $ 6.00 | $ 53,820 |
| Mar. '14 – Japan Servers (All Currencies) | 3,632 | $ 16.00 | $ 58,112 |
| Mar. '14 – Japan Servers (USD/JPY) | 7,977 | $ 3.00 | $ 23,931 |
| Mar. '14 – Japan Servers (EUR/USD) | 829 | $ 6.00 | $ 4,974 |
| **Total** | | | $ 1,092,216 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:    CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**

PBC



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

Note: EY received this invoice from
Baruch Greenbaum, Senior
Accountant. We reperformed the
review noting the the volumes agree
to the EES Volume Report at
(B20.01a) and the total P&L agrees
to the P&L by Month Schedule
(B20.01).

April 24, 2014
Invoice #3-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| Mar. '14 (All Currencies) | 57,988 | $ 16.00 | $927,808 |
| Mar. '14 (USD/JPY) | 7,857 | $ 3.00 | $ 23,571 |
| Mar. '14 (EUR/USD) | 8,970 | $ 6.00 | $ 53,820 |
| Mar. '14 – Japan Servers (All Currencies) | 3,632 | $ 16.00 | $ 58,112 |
| Mar. '14 – Japan Servers (USD/JPY) | 7,977 | $ 3.00 | $ 23,931 |
| Mar. '14 – Japan Servers (EUR/USD) | 829 | $ 6.00 | $ 4,974 |
| | | **Total** | **$ 1,092,216** |

B20.01a

B20.01

B20.04

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

Confidential



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

June 3, 2014

Invoice #4-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| April. '14 (All Currencies) | 42,904 | $ 16.00 | $686,464 |
| April. '14 (USD/JPY) | 6,651 | $ 3.00 | $ 19,953 |
| April. '14 (EUR/USD) | 7,615 | $ 6.00 | $ 45,690 |
| April. '14 – Japan Servers (All Currencies) | 3,108 | $ 16.00 | $ 42,798 |
| April. '14 – Japan Servers (USD/JPY) | 6,113 | $ 3.00 | $ 18,339 |
| April. '14 – Japan Servers (EUR/USD) | 689 | $ 6.00 | $ 4,134 |
| | | **Total** | $ 824,308 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:         Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)       026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

July 7, 2014

Invoice #5-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| May. '14 (All Currencies) | 42,195 | $ 16.00 | $675,120 |
| May. '14 (USD/JPY) | 5,950 | $ 3.00 | $ 17,850 |
| May. '14 (EUR/USD) | 8,112 | $ 6.00 | $ 48,672 |
| May. '14 – Japan Servers (All Currencies) | 2,678 | $ 16.00 | $ 42,848 |
| May. '14 – Japan Servers (USD/JPY) | 5,096 | $ 3.00 | $ 15,288 |
| May. '14 – Japan Servers (EUR/USD) | 538 | $ 6.00 | $ 3,228 |
| | | **Total** | $ 803,006 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:      CONFIDENTIAL
Fedwire ABA #: (Domestic)          026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

July 7, 2014

Invoice #6-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| June. '14 (All Currencies) | 43,273 | $ 16.00 | $692,368 |
| June. '14 (USD/JPY) | 4,815 | $ 3.00 | $ 14,445 |
| June. '14 (EUR/USD) | 7,725 | $ 6.00 | $ 46,350 |
| June. '14 – Japan Servers (All Currencies) | 3,398 | $ 16.00 | $ 54,368 |
| June. '14 – Japan Servers (USD/JPY) | 2,892 | $ 3.00 | $ 8,676 |
| June. '14 – Japan Servers (EUR/USD) | 575 | $ 6.00 | $ 3,450 |
| | | **Total** | $ 819,657 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:        Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:    CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____



Forex Capital Markets, LLC
Financial Square
32 Old Slip 10th Floor
New York, NY 10005 USA
Tel. 212 897 7660
Fax. 212 897 7669
E-mail: admin@fxcm.com

**EFFEX Capital**
**98 Constitution Way**
**Jersey City, NJ 07305**

August 19, 2014

Invoice #7-2014

## REBATE FOR FX TRADES

| Period | Volume | Fee Per Million | P&L |
|---|---|---|---|
| July. '14 (All Currencies) | 46,428 | $ 16.00 | $742,848 |
| July. '14 (USD/JPY) | 4,341 | $ 3.00 | $ 13,023 |
| July. '14 (EUR/USD) | 9,821 | $ 6.00 | $ 58,926 |
| July. '14 – Japan Servers (All Currencies) | 2,914 | $ 16.00 | $ 46,624 |
| July. '14 – Japan Servers (USD/JPY) | 2,659 | $ 3.00 | $ 7,977 |
| July. '14 – Japan Servers (EUR/USD) | 539 | $ 6.00 | $ 3,234 |
| | | **Total** | $ 872,632 |

**COMPANY will remit payment to:**
Wire instruction:
Bank:          Bank of America
Beneficiary:   FXCM Holdings LLC
Beneficiary Account #:        CONFIDENTIAL
Fedwire ABA #: (Domestic)        026009593
Reference: Forex Capital Markets, Invoice# _____

**CONFIDENTIAL**