# Exhibit 230

**From:** Crystal Singh <csingh@NFA.Futures.Org> on behalf of Crystal Singh
**Sent:** Thursday, September 02, 2010 08:55 AM
**To:** 'Janelle Lester'
**Subject:** RE: 9/1/10 Requests
**Attachments:** 2010 Balance Sheet Differences.xlsx; 2010 Internal Balance Sheet and GL Difference.xlsx

Sorry about that. See above.

Thanks,
Crystal

**From:** Janelle Lester [mailto:jlester@fxcm.com]
**Sent:** Wednesday, September 01, 2010 5:12 PM
**To:** Crystal Singh
**Cc:** Ranya Abbas
**Subject:** RE: 9/1/10 Requests

Hi Crystal,

There were no attachments to your email.

Kindest Regards,

Janelle Lester

Managing Director
Compliance Department
Forex Capital Markets, LLC
32 Old Slip, 10th Fl.
New York, NY 10005
USA

Tel. 212.897.7660 ext. 702388
Fax 212.897.7669
www.fxcm.com

FXCM and its affiliates assume no liability for errors, inaccuracies or omissions in these materials. They do not warrant the accuracy or completeness of the information, text, graphics, links or other items contained within these materials. FXCM and its affiliates shall not be liable for any special, indirect, incidental, or consequential damages, including without limitation losses, lost revenues, or lost profits that may result from these materials This email is not a solicitation to buy or sell currency. All information contained in this e-mail is strictly confidential and is only intended for use by the recipient. All e-mail sent to or from this address will be received by the FXCM corporate e-mail system and is subject to archival and review by someone other than the recipient.

**From:** Crystal Singh [mailto:csingh@NFA.Futures.Org]
**Sent:** Wednesday, September 01, 2010 5:02 PM
**To:** Ranya Abbas; Lennox Compass
**Cc:** Janelle Lester; John Wrobel; Joseph Del Broccolo; James Sanders; Derek Blauser; Christopher DeCarlo; Shane O'Mara
**Subject:** 9/1/10 Requests

Net Capital:

Attached, please find two attachments that require reconciliation:

1

**FOIA Confidential Treatment Requested by FXCM**         FXCM-CFTC_00092736
**CONFIDENTIAL**                                          GLBR_00054034

1. Shows the differences found when tracing between the balance sheet provided in FXCM's 6/30/10 1-FR Filing and the 6/30/10 Internal Balance Sheet provided previously during our field work.  The rows that show the accounts in question that require reconciliation are highlighted in yellow.
2. Shows the differences found when tracing between the 6/30/10 Internal Balance Sheet provided previously during our field work and the firm's General Ledger as of 6/30/10, also provided previously during our field work.   The accounts that did not trace and agree have the balance per the G/L in column C, the $ Difference in column D, and the % difference in column E.  These differences need to be reconciled as well.

Cash:

Please confirm that the following account is a collateral account and provide the 6/30/10 bank statement:
Citibank Account # 3600339

Thanks,

**Crystal Singh**
Staff Auditor, Compliance
**N**ational **F**utures **A**ssociation
120 Broadway, Suite 1125
New York, NY 10271
Office: (212) 513-6027
Fax: (312) 559-3582
csingh@nfa.futures.org

FOIA Confidential Treatment Requested by FXCM            FXCM-CFTC_00092737
CONFIDENTIAL                                             GLBR_00054035

**Produced in Native Format**

FOIA Confidential Treatment Requested by FXCM
CONFIDENTIAL

FXCM-CFTC_00092739
GLBR_00054037

08/04/10                                      Amount Per G/L (If Difference was noted)     $ Difference     % Difference
03:18 PM

| | YTD Balance | | | |
|---|---:|---:|---:|---:|
| **ASSETS** | | | | |
|   **CHECKING/SAVINGS** | | | | |
|     **OPERATING ACCOUNTS** | | | | |
|       **BANK OF AMERICA** | | | | |
|         BOA BANKx4077 | $14,187,661.66 # | | | |
|         BOA BANKx1010 | 107,329.62 # | | | |
|       **TOTAL BOA (OPERATING)** | 14,294,991.28 T | | | |
| | | | | |
|       **BARCLAYS BANK** | | | | |
|         US BARCLAYS JPY  x455 (0170) | 1,838,879.16 | $1,805,554.09 | $33,325.07 | 1.85% |
|       **TOTAL BARCLAYS BANK (OPERATING)** | 1,838,879.16 T | | | |
| | | | | |
|       **CHASE BANK** | | | | |
|         CHASE x7045 | 28,527.24 # | | | |
|       **TOTAL CHASE BANK** | 28,527.24 T | | | |
| | | | | |
|       **HSBC** | | | | |
|         HSBC USD x604 | 6,860,648.90 # | | | |
|         HSBC HKD x627 | 162,003.45 # | | | |
|         HSBC EUR x842 | 9,578,826.11 | $9,638,414.76 | ($59,588.65) | -0.62% |
|         HSBC AUD x163 | 3,940,115.00 | $3,954,532.35 | ($14,417.35) | -0.36% |
|         HSBC GBP x489 | 1,569,817.58 | $1,517,155.90 | $52,661.68 | 3.47% |
|         HSBC NZD x779 | 794,510.17 | $790,156.67 | $4,353.50 | 0.55% |
|         HSBC JPY x002 | 412,528.33 | $399,910.99 | $12,617.34 | 3.16% |
|         HSBC JPY x9003 | 2,148,243.64 | $2,076,526.66 | $71,716.98 | 3.45% |
|         HSBC CAD x001 | 807,363.42 | $822,563.90 | ($15,200.48) | -1.85% |
|         HSBC USD x239 | 54,317.95 # | | | |
|       **TOTAL HSBC** | 26,328,374.55 T | | | |
| | | | | |
|       **RBS** | | | | |
|         OPER RBS TULLETS | 19,900.82 # | | | |
|         OPER RBS TULLETS - UNSETTLED TRADES | 6,026.11 # | | | |
|         OPER RBS ICAP - NYK | 20.95 # | | | |
|         OPER RBS ICAP - LONDON | 86,993.13 # | | | |
|         OPER RBS ICAP - COP | 20,344.21 # | | | |
|         OPER RBS ICAP - COSMOREX | 63,486.52 # | | | |
|         OPER RBS BIERBAUM | (560.86) # | | | |
|       **TOTAL RBS** | 196,210.88 T | | | |
| | | | | |
|       **WACHOVIA** | | | | |
|         OPER WACHOVIA USD x3026 | 13,458,488.61 # | | | |
|       **TOTAL WACHOVIA** | 13,458,488.61 T | | | |
| | | | | |
|       **OCBC** | | | | |
|         OCBC | 200,000.00 # | | | |
|       **TOTAL OCBC** | 200,000.00 T | | | |
| | | | | |
|       **PETTY CASH** | | | | |
|         PETTY CASH | 500.00 # | | | |
|       **TOTAL PETTY CASH** | 500.00 T | | | |
| | | | | |
|       **DEUTSCHE BANK** | | | | |
|         DEUTSCHE BANK USD x980 | 1,056,979.87 # | | | |
|       **TOTAL DEUTSCHE BANK** | 1,056,979.87 T | | | |

| | | | | | |
|---|---:|---|---:|---:|---:|
| BNP | | | | | |
|     OPER BNP - USD | 3,502,840.91 | # SNCAP5 | | | |
| | -------------------------- | | | | |
|   TOTAL BNP | 3,502,840.91 | T | | | |
| | | | | | |
| TOTAL OPERATING ACCOUNTS | 60,905,792.50 | T | | | |
| | -------------------------- | | | | |
| CUSTOMER ACCOUNTS | | | | | |
|   BANK OF AMERICA | | | | | |
|     BOA BANK:x1096 | 4,118,513.91 | # | | | |
|     BOA BANK:x1002 | 225,938.82 | # | | | |
|     BOA BANK:x1109 | 421,617.63 | # | | | |
|     BOA BANK:x4052 | 1,503.11 | # | | | |
|     BOA BANK:x4698 | 159,841.98 | # | | | |
|     CREDITPAY/WEBCHECK - USD | 122,558.72 | # | | | |
| | -------------------------- | | | | |
|   TOTAL BOA | 5,049,974.17 | T | | | |
| | | | | | |
|   ADP CHECKS | | | | | |
|     ADP CUSTOMER CHECKS | 23,543.47 | # | | | |
| | -------------------------- | | | | |
|   ADP CHECKS | 23,543.47 | T | | | |
| | | | | | |
|   CHASE | | | | | |
|     CUST CHASE USD x4423 | 29,426.50 | # | | | |
| | -------------------------- | | | | |
|   TOTAL CHASE | 29,426.50 | T | | | |
| | | | | | |
|   HSBC | | | | | |
|     HSBC x701 | 44,861.74 | # | | | |
|     HSBC x047 EUR | 239,746.04 | | $241,369.26 | ($1,623.22) | -0.67% |
|     HSBC AUD x071 | 589,444.30 | | $593,599.22 | ($4,154.92) | -0.70% |
|     HSBC x714 GBP | 162,691.18 | | $158,250.58 | $4,440.60 | 2.81% |
|     HSBC NZD x443 | 200,842.23 | | $199,757.07 | $1,085.16 | 0.54% |
|     HSBC x001 JPY | 3,626,002.92 | | $3,514,064.86 | $111,938.06 | 3.19% |
|     HSBC CAD x002 | 697,494.03 | | $712,542.77 | ($15,048.74) | -2.11% |
|     HSBC USD x409 | 8,093.69 | # | | | |
| | -------------------------- | | | | |
|   TOTAL HSBC | 5,569,176.13 | T | | | |
| | | | | | |
|   DEUTSCHE BANK | | | | | |
|     CUST DEUTSCHE BANK USD x305 | 4,101,351.99 | # | | | |
|     CUST DEUTSCHE BANK USD x303 KOREA | 100.00 | # | | | |
|     CUST DEUTSCHE BANK USD x308 KOREA | 100.00 | # | | | |
|     CUST DEUTSCHE BANK USD x306 KOREA | 106,051.06 | # | | | |
|     CUST DEUTSCHE BANK USD x307 KOREA | 550,573.10 | # | | | |
|     CUST DEUTSCHE BANK USD x1304 | 120,223.96 | # | | | |
| | -------------------------- | | | | |
|   TOTAL DEUTSCHE BANK | 4,878,400.11 | T | | | |
| | | | | | |
|   WACHOVIA | | | | | |
|     WACHOVIA x3603 | 2,678.88 | # | | | |
|     WACHOVIA USD x3806 | 26,042.70 | # | | | |
| | -------------------------- | | | | |
|   TOTAL WACHOVIA | 28,721.58 | T | | | |
| | | | | | |
|   PAYPAL | | | | | |
|     PAYPAL USD | 2,442.02 | # | | | |
| | -------------------------- | | | | |
|   TOTAL PAYPAL | 2,442.02 | T | | | |
| | | | | | |
| SUB TOTAL CUSTOMER ACCOUNTS | 15,581,683.98 | T | | | |
| | -------------------------- | | | | |

CUSTOMER CLEARING ACCOUNTS

| | | | | |
|---|---:|---|---:|---:|
| JP MORGAN CHASE | | | | |
|     CUST JP MORGAN CHASE | 130,960.02 # | | | |
| | -------------------------- | | | |
| TOTAL JP MORGAN CHASE: REALIZED & UNREALIZED | 130,960.02 T | | | |
| | | | | |
| CITIBANK | | | | |
|     CUST CITIBANK - USD | 37,426,408.13 | $37,368,521.22 | $57,886.91 | 0.15% |
|     CUST CITIBANK - POP | 6,953,337.34 # | | | |
|     CUST CITIBANK - POP4 | 8,063,768.52 # | | | |
|     BANK OPEN TRADE RECEIVABLE: CITIBANK - USD | (6,870,897.40) # | | | |
|     BANK OPEN TRADE RECEIVABLE: CITIBANK - POP4 | 215,172.59 # | | | |
|     BANK OPEN TRADE RECEIVABLE: CITIBANK - POP | (30,162.40) # | | | |
| | -------------------------- | | | |
| TOTAL CITIBANK : REALIZED & UNREALIZED | 45,757,626.78 T | | | |
| | | | | |
| DEUTSCHE BANK | | | | |
|     CUST DEUTSCHE BANK - USD | 12,369,082.24 # | | | |
|     BANK OPEN TRADE RECEIVABLES: DB - USD | 123,916.12 # | | | |
| | -------------------------- | | | |
| TOTAL DEUTSCHE BANK: REALIZED & UNREALIZED | 12,492,998.36 T | | | |
| | | | | |
| UBS AG | | | | |
|     CUST UBS AG - USD | 15,212,587.88 # | | | |
|     BANK OPEN TRADE RECEIVABLE: UBS - USD | 430,243.00 # | | | |
| | -------------------------- | | | |
| TOTAL UBS: REALIZED & UNREALIZED | 15,642,830.88 T | | | |
| | | | | |
| DRESDNER AG | | | | |
|     CUST DRESDNER AG2 - USD | 500,543.48 # | | | |
| | -------------------------- | | | |
| TOTAL DRESDNER: REALIZED & UNREALIZED | 500,543.48 T | | | |
| | | | | |
| GOLDMAN SACHS | | | | |
|     CUST GOLDMAN SACHS & CO - USD | 17,176,086.36 # | | | |
|     BANK OPEN TRADE RECEIVABLE: GOLDMAN - USD | (796,252.43) # | | | |
| | -------------------------- | | | |
| TOTAL GOLDMAN: REALIZED & UNREALIZED | 16,379,833.93 T | | | |
| | | | | |
| ROYAL BANK OF SCOTLAND | | | | |
|     RBS - USD | 2,236,875.31 Cannot Find | | Cannot Find | Cannot Find |
|     BANK OPEN TRADE RECEIVABLE: RBS - USD | (205,539.52) # | | | |
| | -------------------------- | | | |
| TOTAL RBS: REALIZED & UNREALIZED | 2,031,335.79 T | | | |
| | | | | |
| BNP | | | | |
|     CUST BNP - USD | 641,333.79 # | | | |
|     CUST BNP P3 - USD | 4,000,020.56 # | | | |
|     BANK OPEN TRADE RECEIVABLE: BNP - P3 | (150,421.70) # | | | |
| | -------------------------- | | | |
| TOTAL BNP: REALIZED & UNREALIZED | 4,490,932.65 T | | | |
| | | | | |
| BANK OF AMERICA | | | | |
|     CUST BANK OF AMERICA - USD | 91,533.74 # | | | |
| | -------------------------- | | | |
| TOTAL BOA: REALIZED & UNREALIZED | 91,533.74 T | | | |
| | | | | |
| BARCLAYS BANK | | | | |
|     CUST BARCLAYS - USD | 7,250,892.15 # | | | |
| | -------------------------- | | | |
| TOTAL BARCLAYS: REALIZED & UNREALIZED | 7,250,892.15 T | | | |
| | | | | |
| TOTAL CLEARING BANKS COLLATERAL | 112,053,429.52 T | | | |
| | | | | |
| TOTAL CLEARING BANKS OPEN TRADES | (7,283,941.74) T | | | |
| | | | | |
| TOTAL CUSTOMER CLEARING ACCOUNTS | 104,769,487.78 T | | | |
| | -------------------------- | | | |

| | | | | |
|---|---:|---:|---:|---:|
| TOTAL CUSTOMER ACCOUNTS | 120,351,171.76 T | | | |
| TOTAL CHECKING/SAVINGS | 181,256,964.26 T | | | |
| **CURRENT ASSETS** | | | | |
|   ACCOUNTS RECEIVABLE | | | | |
|     DEUTSCHE BANK - FACILITY MGMT - EUR | 870,974.59 # | | | |
|     ACCOUNTS RECEIVABLE: MAN FINANCIAL | (362,297.03) # | | | |
|     ACCOUNTS RECEIVABLE - POP | 186,418.51 # | | | |
|     ACCOUNTS RECEIVABLE - OTHER | 81,300.00 | $0.00 | $81,300.00 | 100.00% |
|     FINANCIALS HORIZONS CAPITAL LLC | 356.00 # | | | |
|     HORIZONS FUNDING LLC | 356.00 # | | | |
|     FXTrek | 5,108.00 # | | | |
|     ACCOUNTS RECEIVABLE - EFFEX | 598,290.00 | $574,595.34 | $23,694.66 | 4.12% |
|     ACCRUED INTEREST | | | | |
|   TOTAL ACCOUNTS RECEIVABLE | 1,380,506.07 T | | | |
| **OTHER ACCOUNTS RECEIVABLE** | | | | |
|   ACCOUNTS RECEIVABLE: OPERATING | | | | |
|     OPERATING RECEIVABLE: USD | (16,971,433.78) # | | | |
|     OPERATING RECEIVABLE: EUR | 68,414.00 | $68,624.17 | ($210.17) | -0.31% |
|     OPERATING RECEIVABLE: AUD | (42,065.08) | ($42,304.89) | $239.81 | -0.57% |
|     OPERATING RECEIVABLE: GBP | 12,347.27 | $11,554.39 | $792.88 | 6.86% |
|     OPERATING RECEIVABLE: NZD | 735.29 | $737.22 | ($1.93) | -0.26% |
|     OPERATING RECEIVABLE: JPY | 6,854,285.21 | $6,055,663.08 | $798,622.13 | 13.19% |
|     OPERATING RECEIVABLE: CAD | 6,646.30 | $6,958.17 | ($311.87) | -4.48% |
|   TOTAL ACCOUNTS RECEIVABLE: OPERATING | (10,071,070.79) T | | | |
|   ACCOUNTS PAYABLE: CUSTOMER | | | | |
|     CUSTOMER PAYABLE: USD | 16,971,433.78 # | | | |
|     CUSTOMER PAYABLE: EUR | (68,414.00) | ($68,624.17) | $210.17 | -0.31% |
|     CUSTOMER PAYABLE: AUD | 42,065.08 | $42,304.89 | ($239.81) | -0.57% |
|     CUSTOMER PAYABLE: GBP | (12,347.27) | ($11,554.39) | ($792.88) | 6.86% |
|     CUSTOMER PAYABLE: NZD | (735.29) | ($737.22) | $1.93 | -0.26% |
|     CUSTOMER PAYABLE: JPY | (6,854,285.21) | ($6,055,663.08) | ($798,622.13) | 13.19% |
|     CUSTOMER PAYABLE: CAD | (6,646.30) | ($6,958.17) | $311.87 | -4.48% |
|   TOTAL ACCOUNTS PAYABLE CUSTOMER | 10,071,070.79 T | | | |
|   DEPOSITS | | | | |
|     DEPOSITS | 272,616.26 # | | | |
|     INITIAL DEPOSIT: DBFX | 21,923.02 # | | | |
|   TOTAL DEPOSITS | 294,539.28 T | | | |
|   EMPLOYEE ADVANCES | | | | |
|     EMPLOYEE ADVANCES | 720,143.30 # | | | |
|   TOTAL EMPLOYEE ADVANCES | 720,143.30 T | | | |
|   DEFERRED RENT RECEIVABLE | | | | |
|     DEFERRED RENT RECEIVABLE | 61,123.65 | $110,771.12 | ($49,647.47) | -44.82% |
|   TOTAL DEFERRED RENT RECEIVABLE | 61,123.65 T | | | |
|   PREPAID EXPENSES | | | | |
|     PRE-PAID EXPENSES | 681,813.85 | $178,099.97 | $503,713.88 | 282.83% |
|     PRE-PAID SOFTWARE MAINTENANCE | | | | |
|       PRE-PAID SOFTWARE MAINTENANCE | 5,070,048.07 # | | | |
|       EXPENSED PRE-PAID SOFTWARE | (3,105,529.04) # | | | |
|     TOTAL PRE-PAID SOFTWARE MAINTENANCE | 1,964,519.03 T | | | |
|     PREPAID INSURANCE | 116,085.15 # | | | |
|   TOTAL PRE-PAID EXPENSES | 2,762,418.03 T | | | |

| | | | | | |
|---|---:|---:|---:|---:|---:|
| SHORT-TERM INVESTMENTS | | | | | |
|   MARKETABLE SECURITIES | 343,322.40 | | $332,821.75 | $10,500.65 | 3.16% |
|   TOTAL SHORT-TERM INVESTMENTS | 343,322.40 T | | | | |
| TOTAL CURRENT ASSETS | 186,819,016.99 T | | | | |
| TOTAL CURRENT ASSETS ( NFA EXPOSURE REPORT ) | 181,377,336.44 T | | | | |
| ACCOUNTS RECEIVABLE OTHER: NON-CURRENT | | | | | |
|   ACCOUNTS RECEIVABLE: OTHER - NON CURRENT | 22,551.16 | | | | |
| TOTAL ACCOUNTS RECEIVABLE: NON-CURRENT | 22,551.16 T | | | | |
| INTERCOMPANY | | | | | |
|   OTHER INTERCOMPANY | | | | | |
|     ASIA | (33,247.63) | | | | |
|     FXCM HOLDINGS | 188,095.59 | | | | |
|     ONLINE COURSES - USD | 400.60 | | | | |
|     FXCM DUBAI | 137,352.74 | | | | |
|     FXCM DUBAI - GBP | 301,494.66 | | | | |
|     FXCM SYSTEMS LLC | 882,601.09 | | | | |
|   TOTAL OTHER INTERCOMPANY | 1,476,697.05 T | | | | |
|   FOREX TRADING | | | | | |
|     FOREX TRADING - USD | 542,067.79 | | | | |
|     FOREX TRADING - JPY | (6,787.53) | | | | |
|   PAYABLE TO AFFILIATES | | | | | |
|     PAYABLE TO AFFILIATES: FOREX TRADING - USD | (70,919.22) | | | | |
|     PAYABLE TO AFFILIATES: FOREX TRADING - GBP | (4,363.22) | | | | |
|     PAYABLE TO AFFILIATES: FOREX TRADING - CHF | (253.50) | | | | |
|     PAYABLE TO AFFILIATES: FXT - C USD | (994.40) | | | | |
|     PAYABLE TO AFFILIATES: FXT - OPEN TRADES - USD | 5,767.42 | | | | |
|   TOTAL PAYABLE TO AFFILIATES | (70,762.92) T | | | | |
|   TOTAL FOREX TRADING | 464,517.34 T | | | | |
|   FXCM UK | | | | | |
|     INTERCOMPANY: FXCM UK | 1,678,515.20 | | | | |
|     INTERCOMPANY: FXCM UK - EUR | | | | | |
|     INTERCOMPANY: FXCM UK - GBP | | | | | |
|     INTERCOMPANY: FXCM UK - JPY | (2,170,891.52) | | | | |
|     INTERCOMPANY: FXCM UK - CAD | | | | | |
|   INTERCOMPANY UNREALIZED - FXCM UK | | | | | |
|     INTERCOMPANY UNREALIZED: FXCM UK - USD | 4,548,561.27 | | | | |
|     INTERCOMPANY UNREALIZED: FXCM UK - HKD | 210,182.90 | | | | |
|     INTERCOMPANY UNREALIZED: FXCM UK - EUR | 480,913.22 | | | | |
|     INTERCOMPANY UNREALIZED: FXCM UK - AUD | | | | | |
|     INTERCOMPANY UNREALIZED: FXCM UK - GBP | 57,488.03 | | | | |
|     INTERCOMPANY UNREALIZED: FXCM UK - NZD | (26,962.71) | | | | |
|     INTERCOMPANY UNREALIZED: FXCM UK - JPY | 745,969.46 | | | | |
|     INTERCOMPANY UNREALIZED: FXCM UK - CAD | 271,594.99 | | | | |
|   TOTAL OPEN TRADES RECEIVABLES - FXCM UK | 6,287,747.16 | | | | |
|   REALIZED RECEIVABLES - FXCM UK | | | | | |
|     REALIZED RECEIVABLE: FXCM UK - US | 12,119,075.44 | | | | |
|     REALIZED RECEIVABLE: FXCM UK - HKD | 150,401.47 | | | | |
|     REALIZED RECEIVABLE: FXCM UK - EUR | 1,756,029.89 | | | | |
|     REALIZED RECEIVABLE: FXCM UK - AUD | (2,654.40) | | | | |
|     REALIZED RECEIVABLE: FXCM UK - GBP | 891,706.15 | | | | |
|     REALIZED RECEIVABLE: FXCM UK - NZD | 27,859.51 | | | | |
|     REALIZED RECEIVABLE: FXCM UK - JPY | 1,203,002.48 | | | | |
|     REALIZED RECEIVABLE: FXCM UK - CHF | (25,146.64) | | | | |
|     REALIZED RECEIVABLE: FXCM UK - CAD | (197,266.98) | | | | |
|   TOTAL REALIZED RECEIVABLES - FXCM UK | 15,923,006.92 T | | | | |
|   INTERCOMPANY DAILY TRANSFER: FXCM UK | | | | | |

| | | |
|---|---:|---|
| INTERCOMPANY DAILY TRANSFER: FXCM UK - USD | (20,723,630.09) | |
| INTERCOMPANY DAILY TRANSFER: FXCM UK - HKD | (161,911.37) | |
| INTERCOMPANY DAILY TRANSFER: FXCM UK - EUR | (2,919,299.91) | |
| INTERCOMPANY DAILY TRANSFER: FXCM UK - AUD | (1,488.79) | |
| INTERCOMPANY DAILY TRANSFER: FXCM UK - GBP | (1,018,163.11) | |
| INTERCOMPANY DAILY TRANSFER: FXCM UK - NZD | (13,896.09) | |
| INTERCOMPANY DAILY TRANSFER: FXCM UK - JPY | 1,095,804.95 | |
| INTERCOMPANY DAILY TRANSFER: FXCM UK - CAD | (112,458.05) | |
| TOTAL INTERCOMPANY DAILY TRANSFER: FXCM UK | (23,855,042.46) | T |
| INTERCOMPANY UNREALIZED C: FXCM UK | | |
| UNREALIZED: FXCM UK - CREAL - USD | 175,506.51 | |
| UNREALIZED: FXCM UK - CREAL - EUR | (10,952.42) | |
| UNREALIZED: FXCM UK - CREAL - GBP | 4,436.49 | |
| TOTAL INTERCOMPANY UNREALIZED C: FXCM UK | 168,990.58 | T |
| INTERCOMPANY REALIZED C: FXCM UK | | |
| REALIZED: FXCM UK - CREAL - USD | 246,219.86 | |
| REALIZED: FXCM UK - CREAL - EUR | (139,893.78) | |
| REALIZED: FXCM UK - CREAL - GBP | (56,143.16) | |
| TOTAL INTERCOMPANY REALIZED C: FXCM UK | 50,182.92 | T |
| INTERCOMPANY UNREALIZED AU-CFD: FXCM UK | | |
| UNREALIZED: FXCM UK - AU-CREAL - USD | (208.28) | |
| UNREALIZED: FXCM UK - AU-CREAL - AUD | 44.57 | |
| UNREALIZED: FXCM UK - AU-CREAL - NZD | (1,466.07) | |
| TOTAL INTERCOMPANY UNREALIZED AU-CFD: FXCM UK | (1,629.78) | T |
| INTERCOMPANY REALIZED AU-CFD: FXCM UK | | |
| REALIZED: FXCM UK - AU-CREAL - USD | 42.32 | |
| REALIZED: FXCM UK - AU-CREAL - AUD | 1,969.16 | |
| REALIZED: FXCM UK - AU-CREAL - GBP | 1.73 | |
| REALIZED: FXCM UK - AU-CREAL - NZD | (115.71) | |
| TOTAL INTERCOMPANY REALIZED AU-CFD: FXCM UK | 1,897.50 | T |
| TOTAL RECEIVABLES: FXCM UK | (1,917,223.48) | T |
| ODL SECURITIES | | |
| INTERCOMPANY REALIZED - ODL | | |
| INTERCOMPANY REALIZED: ODL - USD | 2,062,282.09 | |
| INTERCOMPANY REALIZED: ODL - EUR | 977,076.53 | |
| INTERCOMPANY REALIZED: ODL - AUD | 64,071.38 | |
| INTERCOMPANY REALIZED: ODL - GBP | 364,321.95 | |
| INTERCOMPANY REALIZED: ODL - JPY | (16,841.97) | |
| INTERCOMPANY REALIZED: ODL - CHF | 434,476.66 | |
| INTERCOMPANY REALIZED: ODL - CAD | 2,144.57 | |
| TOTAL INTERCOMPANY REALIZED - ODL | 3,887,531.21 | T |
| INTERCOMPANY UNREALIZED - ODL | | |
| INTERCOMPANY UNREALIZED: ODL - USD | (1,591,270.03) | |
| INTERCOMPANY UNREALIZED: ODL - EUR | 2,958.67 | |
| INTERCOMPANY UNREALIZED: ODL - AUD | (141,772.98) | |
| INTERCOMPANY UNREALIZED: ODL - GBP | (93,902.98) | |
| INTERCOMPANY UNREALIZED: ODL - JPY | 34,721.73 | |
| INTERCOMPANY UNREALIZED: ODL - CHF | 398,903.88 | |
| INTERCOMPANY UNREALIZED: ODL - CAD | (865.69) | |
| TOTAL INTERCOMPANY UNREALIZED - ODL | (1,391,227.40) | T |
| TOTAL INTERCOMPANY RECEIVABLES: ODL | 2,496,303.81 | T |
| FXCM CANADA | | |
| FXCM CANADA - USD | (841,124.72) | |
| FXCM CANADA - CAD | (358,748.86) | |
| REALIZED RECEIVABLES - FXCM CANADA | | |
| INTERCOMPANY REALIZED: FXCM CANADA - USD | 2,057.01 | |

| | | | | |
|---|---:|---:|---:|---:|
| INTERCOMPANY REALIZED: FXCM CANADA - EUR | | | | |
| INTERCOMPANY REALIZED: FXCM CANADA - JPY | | | | |
| INTERCOMPANY REALIZED: FXCM CANADA - CAD | (103.29) | | | |
| TOTAL REALIZED RECEIVABLES - FXCM CANADA | 1,953.72 T | | | |
| TOTAL RECEIVABLES: FXCM CANADA | (1,197,919.86) T | | | |
| **FXCM AUSTRALIA** | | | | |
| FXCM AUSTRALIA | 35,195.23 | | | |
| FXCM AUSTRALIA - AUD | 9,292.38 | | | |
| INTERCOMPANY UNREALIZED - FXCM AU | | | | |
| INTERCOMPANY UNREALIZED: FXCM AU - USD | (20,373.88) | | | |
| INTERCOMPANY UNREALIZED: FXCM AU - EUR | (2,838.90) | | | |
| INTERCOMPANY UNREALIZED: FXCM AU - AUD | 91,031.96 | | | |
| INTERCOMPANY UNREALIZED: FXCM AU - GBP | 151.89 | | | |
| INTERCOMPANY UNREALIZED: FXCM AU - NZD | 37,632.22 | | | |
| TOTAL INTERCOMPANY UNREALIZED - FXCM AU | 105,603.29 T | | | |
| INTERCOMPANY REALIZED: FXCM AU - USD | 190,109.65 | | | |
| INTERCOMPANY REALIZED: FXCM AU - EUR | 9,255.15 | | | |
| INTERCOMPANY REALIZED: FXCM AU - AUD | 1,200,891.59 | | | |
| INTERCOMPANY REALIZED: FXCM AU - GBP | 1,196.11 | | | |
| INTERCOMPANY REALIZED: FXCM AU - NZD | (28,988.12) | | | |
| INTERCOMPANY REALIZED: FXCM AU - JPY | | | | |
| TOTAL REALIZED RECEIVABLES - FXCM AU | 1,372,464.38 T | | | |
| TOTAL RECEIVABLES: FXCM AU | 1,522,555.28 | | | |
| **TOTAL INTERCOMPANY** | 2,844,930.14 | 2,895,019.66 | ($50,089.52) | -1.73% |
| **INTANGIBLE ASSETS** | | | | |
| OTHER ASSETS | | | | |
| INTANGIBLE ASSET | 1,839,281.61 | | | |
| TOTAL OTHER ASSETS | 1,839,281.61 T | | | |
| ACCUMULATED AMORTIZATION | | | | |
| INTRANGIBLE ASSETS - ACCUM AMORTIZATION | (1,226,271.49) | | | |
| TOTAL ACCUMULATED AMORTIZATION | (1,226,271.49) T | | | |
| TOTAL INTANGIBLE ASSETS | 613,010.12 T | | | |
| **FIXED ASSETS** | | | | |
| PROPERTY, PLANT & EQUIPMENT | | | | |
| LEASEHOLD IMPROVEMENTS | 1,849,576.91 | | | |
| COMMUNICATION EQUIPMENT | 514,130.02 | | | |
| COMPUTER EQUIPMENT | 25,447,634.38 | | | |
| FURNITURE:FURNITURE-ASSET | 1,083,462.12 | | | |
| LICENSES - ASSET | 4,911,165.04 | | | |
| FIXED ASSETS: CLEARING ACCOUNT | 775,460.63 | | | |
| TOTAL PROPERTY, PLANT & EQUIPMENT | 34,581,429.10 T | | | |
| ACCUMULATED DEPRECIATION | | | | |
| LEASEHOLD IMPROVEMENTS | (1,485,152.11) | | | |
| COMMUNICATION EQUIPT. | (452,319.26) | | | |
| COMPUTER EQUIPMENT | (20,336,105.22) | | | |
| FURNITURE:FURNITURE | (785,559.45) | | | |
| LICENSES | (1,754,764.31) | | | |
| TOTAL ACCUMULATED DEPRECIATION | (24,813,900.35) T | | | |
| TOTAL FIXED ASSETS | 9,767,528.75 T | | | |
| **TOTAL ASSETS** | 200,067,037.16 T | | | |

LIABILITIES
  CURRENT LIABILITIES
    ACCOUNTS PAYABLE

| | | | | |
|---|---:|---:|---:|---:|
| ACCOUNTS PAYABLE | 1,023,237.04 # | | | |
| ACCOUNTS PAYABLE: RBS TULLETS | 15,071.35 # | | | |
| ACCOUNTS PAYABLE: ICAP - LONDON | 66,966.00 # | | | |
| ACCOUNTS PAYABLE: RBS - COP | 15,694.00 # | | | |
| ACCOUNTS PAYABLE: RBS - COSMOREX | 24,526.00 # | | | |
| PAYROLL LIABILITY | (40,047.67) # | | | |
| PAYROLL LIABILITY - DEDUCTIONS | 87,741.11 # | | | |
| TOTAL ACCOUNTS PAYABLE | 1,193,187.83 T | | | |
| | | | | |
| ACCRUED EXPENSES | | | | |
| ACCRUED EXPENSES | 6,053,475.16 | ($273,476.89) | $6,326,952.05 | -2313.52% |
| NYS DISABILITY | 17,445.02 # | | | |
| PROFIT SHARING ACCRUAL | 3,451,267.27 | $3,021,693.94 | $429,573.33 | 14.22% |
| TOTAL ACCRUED EXPENSES | 9,522,187.45 T | | | |
| | | | | |
| TOTAL ACCOUNTS PAYABLE & ACCRUED EXPENSES | 10,715,375.28 T | | | |
| | | | | |
| INCOME TAXES PAYABLE | | | | |
| INCOME TAXES PAYABLE | 546,569.55 | $296,569.55 | $250,000.00 | 84.30% |
| TOTAL INCOME TAXES PAYABLE | 546,569.55 T | | | |
| | | | | |
| TOTAL CURRENT LIABILITIES | 11,261,944.83 T | | | |
| | | | | |
| LONG-TERM LIABILITIES | | | | |
| | | | | |
| CUSTOMER ACCOUNT LIABILITY | | | | |
| USD 100K (U100R1) | 16,292,970.81 # | | | |
| MINI IB (U10R1) | 5,130,258.77 # | | | |
| MINI REAL2 (U10R3) | 7,031,106.54 # | | | |
| MINIREAL3 (U10R5) | 4,637,350.07 # | | | |
| MINIREAL4 (U10R6) | 2,435,524.40 # | | | |
| MINIREAL5 (U10R7) | 6,540,196.35 # | | | |
| MINIREAL6 (U10R10) | 8,618,932.88 # | | | |
| MINIREAL7 (U10R12) | 2,332,163.85 # | | | |
| MINIREAL8 (U10R14) | 553,543.96 # | | | |
| MINIREAL9 (U10R15) | 4,120,837.09 # | | | |
| MTIREAL (MTIREAL01) | 1,439.53 # | | | |
| 100KREAL12 (U100R12) | 3,534,626.14 # | | | |
| PropFX (U100R10) | 0.82 # | | | |
| USD 100K2 (U100R6) | 1,890,281.98 # | | | |
| REFCOMINI (U10R2) | 1,035,015.42 # | | | |
| RAPID (U100R4) | 162,979.20 # | | | |
| XTPREAL01 (U10R20) | 4,459,418.26 # | | | |
| XTPREAL02 (U10R21) | 48,866.70 # | | | |
| POP | 6,953,337.34 # | | | |
| POP4 | 8,063,768.52 # | | | |
| INSTITUTIONAL (U100R8) | 8,866,959.72 # | | | |
| MICRO (U10R18) | 1,067,122.34 # | | | |
| MICRO2 (U100R18) | 848,602.70 # | | | |
| MICRO3 (U10R19) | 1,130,074.87 # | | | |
| EUR MINI (E10R1) | 1,828,420.28 | $1,839,131.27 | ($10,710.99) | -0.58% |
| GBP MINI (G10R1) | 482,122.10 | $468,962.78 | $13,159.32 | 2.81% |
| JPY 100K (J100R1) | 1,350,589.75 | $1,309,281.46 | $41,308.29 | 3.16% |
| JAPAN2 (JAPAN2) | 3,472,306.30 | $3,365,626.60 | $106,679.70 | 3.17% |
| JPY MINI (J10R1) | (216,833.77) | ($210,201.83) | ($6,631.94) | 3.16% |
| JPY MINI2 (J10R3) | (268,060.58) | ($259,861.84) | ($8,198.74) | 3.16% |
| JPY MINI3 (J10R5) | (964,347.42) | ($934,852.48) | ($29,494.94) | 3.16% |
| JPY MINI4 (JMINI4) | 296,090.05 | $287,034.01 | $9,056.04 | 3.16% |
| JPY MINI5 (JMINI5) | 88,348.41 | $85,646.25 | $2,702.16 | 3.16% |
| JPY MINI 6 (JMINI6) | 2,561,358.68 | $2,490,982.73 | $70,375.95 | 2.83% |
| AUD MINI (A10R1) | 1,092,747.85 | $1,100,093.03 | ($7,345.18) | -0.67% |
| CADMINI (C10R1) | 682,881.20 | $697,673.32 | ($14,792.12) | -2.12% |
| NZDMINI (N10R1) | 104,407.45 | $103,843.31 | $564.14 | 0.54% |
| TOTAL CUST LIABILITY PER BO | 106,265,408.56 T | | | |

| | | | | |
|---|---:|---:|---:|---:|
| CONTRA - CUST LIABILITY - LICENSING AGREEMENT | (5,872.92) # | | | |
| CONTRA - MERCHANTS LIABILITY | (2,523,693.06) # | | | |
| TOTAL CONTRA LIABILITY | (2,529,565.98) T | | | |
| TOTAL CUSTOMER ACCOUNT LIABILITY | 103,735,842.58 T | | | |
| ACCOUNTS RECEIVABLE: OPEN TRADES | | | | |
| OPEN TRADE RECEIVABLE: USD | 1,041,819.62 # | | | |
| OPEN TRADE RECEIVABLE: EUR | 57,475.87 | $57,804.65 | ($328.78) | -0.57% |
| OPEN TRADE RECEIVABLE: AUD | 37,310.64 | $37,581.35 | ($270.71) | -0.72% |
| OPEN TRADE RECEIVABLE: GBP | 9,531.50 | $9,271.35 | $260.15 | 2.81% |
| OPEN TRADE RECEIVABLE: NZD | (254.36) | ($252.99) | ($1.37) | 0.54% |
| OPEN TRADE RECEIVABLE: JPY | 3,571,701.33 | $3,462,459.44 | $109,241.89 | 3.16% |
| OPEN TRADE RECEIVABLE: CAD | 2,463.55 | $2,506.82 | ($43.27) | -1.73% |
| OPEN TRADE RECEIVABLE: CITIBANK - POP | 30,162.40 # | | | |
| OPEN TRADE RECEIVABLE: CITIBANK - POP4 | (215,172.59) # | | | |
| TOTAL ACCOUNTS RECEIVABLES: OPEN TRADES | 4,535,037.96 T | | | |
| NET CUSTOMER LIABILITY | 99,200,804.62 T | | | |
| MERCHANT LIABILITY | | | | |
| MERCH ACC LIAB | 2,523,693.06 # | | | |
| TOTAL MERCHANT LIABILITY | 2,523,693.06 T | | | |
| TOTAL CUSTOMER AND MERCHANT LIABILITY | 101,724,497.68 T | | | |
| LONG-TERM DEBT | | | | |
| TOTAL LONG-TERM LIABILITIES | 101,724,497.68 T | | | |
| TOTAL LIABILITIES | 112,986,442.51 T | | | |
| EQUITY | | | | |
| EQUITY | | | | |
| EQUITY | 121,475,001.55 | | | |
| EQUITY: FXCM HOLDING LLC - DISTRIBUTIONS | (240,591,924.45) | | | |
| TOTAL EQUITY | (119,116,922.90) T | | | |
| RETAINED EARNINGS | | | | |
| RETAINED EARNINGS/ CAPITAL SURPLUS | 162,322,603.62 | | | |
| NET INCOME | 43,874,913.93 | | | |
| RETAINED EARNINGS | 206,197,517.55 T | | | |
| TOTAL EQUITY | 87,080,594.65 T | | | |
| TOTAL LIABILITIES & EQUITY | 200,067,037.16 T | | | |
| | ================ | | | |