# Exhibit 231

| | |
|---|---|
| **From:** | Joshua Rosenfeld <jrosenfeld@fxcm.com> |
| **Sent:** | Thursday, December 30, 2010 12:03 PM |
| **To:** | Baruch Greenbaum |
| **Subject:** | Fw: Wire |

Rebill Oct and Nov. Those should be the only months at 17.5. Please double check that.

**From**: John Dittami
**To**: Joshua Rosenfeld
**Cc**: Ken Grossman
**Sent**: Thu Dec 30 10:35:42 2010
**Subject**: FW: Wire

FYI, just instructed wire for October and November of $678k for underpayment of fees by Effex in those months.  My December accrual increases $315k as well.   Total underpayment is just under $1MM.

I still have not been billed for $94,500  in FD consulting services for September, October and November.  Please advise if you want I can send payment pre receiving the invoice.   For December, we have not received bill from FD, but our accrual estimate is $25,000

Thanks,
John

**From:** John Dittami [mailto:john@effexcapital.com]
**Sent:** Thursday, December 30, 2010 10:28 AM
**To:** 'Jaclyn A'; 'Douglas'
**Subject:** Wire

Please wire $678,002.50 to FXCM account ending in 43 from the Effex Checking account.  Please put memo on it of October and November Fees underpayment.

Please also wire $290,572.50 to my personal BOA account with the same memo.

Regards,
John



CONFIDENTIAL                                                                                                          GLBR_00184115