UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SEC. LITIG.<br><br>This Document Relates To:<br><br>  ALL ACTIONS. | : : : : : : : : | Civil Action No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION |

MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Civil Rule 1.4 of the United States District Court for the Southern District and Eastern Districts of New York, lead plaintiff movant Moshe Ariel respectfully requests that this Court grant David A. Rosenfeld of the law firm of Robbins Geller Rudman & Dowd LLP leave to withdraw his appearance as attorney of record in this consolidated action. On May 13, 2017, the Court appointed 683 Capital Partners, LP and Shipco Transport Inc. as Lead Plaintiffs, and approved Lead Plaintiffs' selection of The Rosen Law Firm, P.A. as Lead Counsel. *See* ECF 47. As a result of the Court's appointment of lead plaintiffs and approval of lead plaintiffs' selection of lead counsel, Mr. Ariel and his counsel have no representative role in the consolidated action and the putative class will be represented by Lead Plaintiffs and their counsel. Moreover, Mr. Ariel's counsel is not asserting a retaining or charging lien.

WHEREFORE, Mr. Ariel respectfully requests that the Court grant David A. Rosenfeld leave to withdraw as attorney of record in this action. A [Proposed] Order is submitted herewith.

DATED: September 1, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
DAVID A. ROSENFELD

*s/ David A. Rosenfeld*
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY 11747
Telephone: 631/367-7100
631/367-1173 (fax)
drosenfeld@rgrdlaw.com

Counsel for Lead Plaintiff Movant Moshe Ariel

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on September 1, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

        s/ David A. Rosenfeld
        DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
   & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

E-mail:  drosenfeld@rgrdlaw.com

# Mailing Information for a Case 1:17-cv-00916-RA-BCM In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Joshua Evan Baker**
  jbaker@rosenlegal.com

- **Paul Richard Bessette**
  pbessette@kslaw.com,rprice@kslaw.com,kbryan@kslaw.com,mbiles@kslaw.com,jworsham@kslaw.com,ccisneros@kslaw.com

- **Chelsea Jean Corey**
  ccorey@kslaw.com,jcmccullough@kslaw.com

- **Israel Dahan**
  idahan@kslaw.com,tgriffin@kslaw.com,jcmccullough@kslaw.com

- **Matthew Moylan Guiney**
  guiney@whafh.com

- **Peter Joseph Isajiw**
  pisajiw@kslaw.com,kfowler@kslaw.com,jcmccullough@kslaw.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Brent LaPointe**
  blapointe@rosenlegal.com,blapointe@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Thomas James McKenna**
  tjmlaw2001@yahoo.com

- **Lesley Frank Portnoy**
  lesley@portnoylaw.com,info@glancylaw.com,clinehan@glancylaw.com,charles-linehan-8383@ecf.pacerpro.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Roger Alan Sachar , Jr**
  rsachar@nfllp.com

- **Jennifer Sarnelli**
  jsarnelli@gardylaw.com,rjohnson@gardylaw.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`