UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SEC. LITIG. | : : : | Civil Action No. 1:17-cv-00916-RA-BCM <br> CLASS ACTION |
| This Document Relates To: <br><br>     ALL ACTIONS. | : : : : | |

[PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Upon consideration of Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT David A. Rosenfeld of Robbins Geller Rudman & Dowd LLP is hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

    IT IS SO ORDERED.

DATED: _____    _____
                                                       THE HONORABLE RONNIE ABRAMS
                                                       UNITED STATES DISTRICT JUDGE