UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/02/2022

---------------------------------------x

IN RE GLOBAL BROKERAGE, INC. f/k/a : Civil Action No. 1:17-cv-00916-RA-BCM
FXCM INC. SEC. LITIG. :
: **ORDER**
This Document Relates To: :
:
    ALL ACTIONS. :
:
---------------------------------------x

    Upon consideration of the Motion for Leave to Withdraw as Counsel, and for good cause shown, it is HEREBY ORDERED THAT David A. Rosenfeld of Robbins Geller Rudman & Dowd LLP is hereby withdrawn as counsel of record. The Clerk of the Court is directed to remove the above-named attorney and law firm from the docket as well as the ECF Service List.

Dated: New York, New York          **SO ORDERED**.
      September 2, 2022

_____
**BARBARA MOSES**
**United States Magistrate Judge**