Joshua Baker<br>
jbaker@rosenlegal.com<br>
<br>
September 6, 2022

**<u>VIA ECF</u>**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

      Re:   *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
              Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Abrams:

      Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., and E-Global Trade and Finance Group, Inc., ("Plaintiffs") and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout ("Defendants" and with Plaintiffs, the "Parties") submit this joint letter pursuant to the Court's Order dated August 29, 2022 (Dkt. No. 311). Counsel for the Parties have conferred, and jointly report as follows.

      With respect to the Parties' joint availability for trial during the month of February 2023, the Parties are available on any dates after February 7, 2023. At this stage, the Parties anticipate that 12 court days will be required for trial. Pursuant to Section 6(A)(iv) of Your Honor's Individual Rules and Practices in Civil Cases, the Parties' proposed Joint Pretrial Order will contain an updated statement as to the number of trial days needed.

                                                                    Respectfully submitted,

| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
|---|---|
| */s/Joshua Baker* | */s/Israel Dahan* |
| Phillip Kim | Israel Dahan |
| Laurence M. Rosen | Peter Isajiw |
| Joshua Baker | Ryan Gabay |
| 275 Madison Avenue, 40th Floor | 1185 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10036-2601 |
| Telephone: (212) 686-1060 | Tel: (212) 556.2100 |
| Fax: (212) 202-3827 | Fax: (212) 556.2200 |
| Email: pkim@rosenlegal.com | Email: idahan@kslaw.com |
| Email: lrosen@rosenlegal.com | Email: pisajiw@kslaw.com |
| Email: jbaker@rosenlegal.com | Email: rgabay@kslaw.com |

*Class Counsel for Plaintiffs and the Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

Chelsea Corey
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (512) 503.2622
Email: ccorey@kslaw.com

*Attorneys for Defendants*

The parties shall be prepared to try this case on February 13, 2023. In accordance with the Court's individual rules, they shall submit a joint pretrial order, motions in limine, proposed findings of fact and conclusions of law, and pretrial memoranda of law by January 13, 2023; any oppositions shall be filed by January 27, 2023.

A final pretrial conference is scheduled for February 6, 2023 at 3:00 p.m.

SO ORDERED.

_____

Hon. Ronnie Abrams
9/7/2022