UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA |
| This Document Relates To:  All Actions | |

**DEFENDANTS' NOTICE OF MOTION TO CERTIFY
THE COURT'S AUGUST 17, 2022 ORDER FOR INTERLOCUTORY APPEAL**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support

of Defendants' Motion to certify the Court's August 17, 2022 order for interlocutory appeal, the

Declaration of Israel Dahan, and the exhibit attached thereto, Defendants Global Brokerage, Inc.

(f/k/a FXCM, Inc.), Dror Niv, and William Ahdout, by and through their undersigned counsel, will

move before this Court, the Honorable J. Ronnie Abrams, United States District Judge for the

Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square,

Courtroom 1506, New York, New York 10007, on such date as the Court will determine, for an

order pursuant to 28 U.S.C. § 1292(b) certifying the Court's August 17, 2022 order denying

summary judgment on loss causation grounds for interlocutory appeal.

Dated:  New York, New York
September 20, 2022

Respectfully submitted,

KING & SPALDING LLP

By: */s/ Israel Dahan*
Israel Dahan
Peter Isajiw
Ryan Gabay
KING & SPALDING LLP
1185 Avenue of the Americas
New York, NY 10036
Telephone No.:  (212) 556-2114
idahan@kslaw.com
rgabay@kslaw.com

Chelsea J. Corey
KING & SPALDING LLP
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
Telephone No.:  (704) 503-2575
ccorey@kslaw.com

*Counsel for Defendants*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, on September 20, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ *Israel Dahan*
Israel Dahan