UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br>This Document Relates To:  All Actions | Master File No. 1:17-cv-00916-RA |

**DECLARATION OF ISRAEL DAHAN IN SUPPORT OF DEFENDANTS'
MOTION TO CERTIFY THE COURT'S AUGUST 17, 2022
<u>ORDER FOR INTERLOCUTORY APPEAL</u>**

ISRAEL DAHAN, hereby declares pursuant to 28 U.S.C. § 1746:

1. I am a partner in the law firm of King & Spalding LLP, attorneys for Defendants Global Brokerage, Inc. (f/k/a FXCM Inc.), Dror Niv, and William Ahdout (collectively, "Defendants") in the above-captioned action, and a member in good standing of the bar of this Court.  I respectfully submit this Declaration in Support of Defendants' Motion to certify the Court's August 17, 2022 order denying summary judgment for interlocutory appeal.

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of proceedings held before this Court on August 19, 2022 denying Defendants' motion for summary judgment on loss causation grounds in the above-captioned matter.

Dated: New York, New York
September 20, 2022

*/s/ Israel Dahan*
Israel Dahan
