UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SECURITIES LITIGATION | No. 17-CV-00916 (RA)<br><br>ORDER |

RONNIE ABRAMS, United States District Judge:

The Court is in receipt of Defendants' September 20, 2022 motion seeking that the Court certify its August 17, 2022 order denying summary judgment for interlocutory appeal under 28 U.S.C. § 1292(b).

If Plaintiffs intend to respond to Defendants' motion, they shall do so no later than October 4, 2022. Defendants shall file a reply, if any, no later than October 11, 2022.

SO ORDERED.

Dated:  September 23, 2022
        New York, New York

_____
Ronnie Abrams
United States District Judge