# EXHIBIT 2

FXCM Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**Court-Ordered Legal Notice Forwarding Service Requested**

Important Notice authorized by the United States District Court for the Southern District of New York

[NAME 1]
[NAME 2]
[NAME 3]
[ADDRESS 1]
[ADDRESS 2]

*This Notice may affect your legal rights.*

*Please read it carefully.*

*You may be entitled to a payment.*

**COURT ORDERED LEGAL NOTICE:** *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litig.,* **No. 1:17-cv-00916-RA**
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE CLASS ACTION.*
*PLEASE VISIT* **WWW.STRATEGICCLAIMS.NET/FXCM** *FOR MORE INFORMATION.*

This Notice has been sent to you under a court order in the class action lawsuit captioned *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*, Master File No. 1:17-cv-00916-RA, which is pending in the Southern District of New York (the "Court"). The Court has certified a class (the "Class") of:

All persons and/or entities that purchased or otherwise acquired publicly traded Global Brokerage, Inc., f/k/a FXCM Inc. ("FXCM") Class A common stock, during the period March 15, 2012 through February 6, 2017, both dates inclusive.

You may be a member of this Class, and this Notice summarizes your rights as a potential Class member. For a full description of the class action please obtain a copy of the detailed Notice of Pendency of Class Action by visiting the website: www.strategicclaims.net/FXCM. You may also request copies of the Notice from the Notice Administrator by: (1) mail: FXCM Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063; (2) phone: (866) 274-4004; (3) fax: (610) 565-7985; or (4) email: info@strategicclaims.net.

Plaintiffs allege that FXCM and two of its senior executives violated United States securities laws by failing to disclose a conflict of interest relating to their trading platform and misrepresenting certain payments received by FXCM. Plaintiffs allege that the disclosure of those facts at the end of the Class Period caused FXCM's stock price to lose approximately half of its value, damaging class members. FXCM and the other defendants deny the allegations.

You do not need to do anything to remain in the Class. If you remain in the Class, you may participate in any recovery the Plaintiffs might obtain for the Class on the same basis as other Class members. You also may enter an appearance in the case as a class member through your own counsel at your own expense. Any judgment in this lawsuit, whether favorable or not, will be binding on all Class members who remain in the Class and do not request exclusion.

If you do <u>not</u> want to remain in the Class and wish to keep your right to pursue your own action at your own expense, you must inform the Notice Administrator by sending a letter to FXCM Inc. Securities Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Ste. 205, Media, PA 19063, no later than _____, 2022, stating your name, address, number of shares of FXCM common stock purchased, acquired, and/or sold during the Class Period as well as dates and prices of each transaction, and a statement that you wish to opt out of the class in *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*, and sign it at the bottom.

**Visit www.strategicclaims.net/FXCM or write to the Notice Administrator (at the address above) for more information.**