# EXHIBIT 3

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

## SUMMARY NOTICE OF PENDENCY OF CLASS ACTION

TO: **All persons and/or entities that purchased or otherwise acquired publicly traded Global Brokerage, Inc., f/k/a FXCM Inc. ("FXCM") Class A common stock, during the period March 15, 2012 through February 6, 2017, both dates inclusive.**[1]

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that the above-captioned litigation (the "Action") has been certified as a class action.

The Class Representatives, Shipco Transport Inc. and E-Global Trade and Finance Group, Inc., allege on behalf of the Class that FXCM and two of its senior executives, Dror Niv and William Ahdout violated United States securities laws by failing to disclose a conflict of interest relating to their foreign exchange trading platform and misrepresenting certain payments received by FXCM. Class Representatives further allege that the eventual disclosure of those facts at the end of the Class Period caused the price of FXCM's Class A common stock to lose approximately half of its value, damaging class members.

IF YOU ARE A MEMBER OF THE CLASS, YOUR RIGHTS WILL BE AFFECTED BY THIS ACTION. This is only a summary of matters regarding the litigation. A detailed notice describing the litigation and the rights of potential class members, including procedures for participating or seeking exclusion, has been mailed to class members whose contact information is already known. You may download the notice from the settlement administration website, http://www.strategicclaims.net/FXCM. You may also obtain a copy of the more detailed notice by contacting the Settlement Administrator by mail, email, or telephone as follows:

FXCM, Inc. Securities Litigation
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Ste. 205
Media, PA 19063
Tel.: 866-274-4004
Fax: 610-565-7985

---

[1] Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, consultants and directors of FXCM and FXCM Holdings, LLC; (iii) siblings, parents, children, spouses, and household members of any person excluded under (i) and (ii); (iv) any entities affiliated with, controlled by, or more than 5% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors or assigns of any person excluded under (i) through (iv).

info@strategicclaims.net

Inquiries, other than requests for the Notice, may be made to Class Counsel:

**The Rosen Law Firm, P.A.**
Phillip Kim, Esq.
Laurence M. Rosen, Esq.
Joshua Baker, Esq.
275 Madison Ave, 40th Floor
New York, NY 10016
Phone: (212) 686-1060
Fax: (212) 202-3827

Please do not contact the Class Representatives directly; questions should be addressed to Class Counsel.

**THIS NOTICE IS NOT AN EXPRESSION OF ANY OPINION BY THE COURT AS TO THE MERITS OF ANY CLAIMS OR DEFENSES ASSERTED BY EITHER SIDE IN THIS CASE. THE SOLE PURPOSE OF THIS NOTICE IS TO INFORM YOU OF THE LAWSUIT SO THAT YOU CAN MAKE AN INFORMED DECISION AS TO WHETHER YOU SHOULD REMAIN IN OR OPT OUT OF THIS CLASS ACTION.**

If you are a Class Member, you have the right to decide whether to remain a member of the Class. If you choose to remain a member of the Class, you do not need to do anything at this time other than to retain your documentation reflecting your transactions and holdings in Global Brokerage, Inc., f/k/a FXCM Inc. Class A common stock. You will be represented by Class Counsel and the Class Representatives appointed by the court. You will also have the right to appear by your own counsel at your own expense. Regardless of whether you appear by your own counsel, if you are a Class Member and do not exclude yourself from the Class, you will be bound by the proceedings in this Action, including all past, present and future orders and judgments of the Court, whether favorable or unfavorable.

If you ask to be excluded from the Class, you will not be bound by any order or judgment of this Court, and you will not be eligible to receive a share of any money which might be recovered for the benefit of the Class. To exclude yourself from the Class, you must submit a written request for exclusion postmarked no later than _____, 2022 to the Notice Administrator in accordance with the instructions set forth in the full, more detailed Notice.

Pursuant to Rule 23(e)(4) of the Federal Rules of Civil Procedure, it is within the Court's discretion as to whether a second opportunity to request exclusion from the Class will be allowed if there is a settlement or judgment in the Action. The trial in this action has been scheduled by the Court to begin on February 13, 2023. Further information may be obtained by directing your inquiry in writing to the Notice Administrator.

**DO NOT CONTACT THE COURT OR THE
CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____                                BY ORDER OF THE COURT:
                                                  United States District Court
                                                  For the Southern District of New York