Joshua Baker<br>
jbaker@rosenlegal.com<br><br>
November 28, 2022

**<u>VIA ECF</u>**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

                Re:    *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
                         Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Abrams:

      Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., and E-Global Trade and Finance Group, Inc., and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout submit this joint letter respectfully requesting the Court enter the pending Stipulation and Proposed Order for Approval of Notice to Certified Class, which was filed on October 6, 2022. Dkt. No. 325 ("Class Notice Stipulation").

      The trial in this matter is currently scheduled to begin on February 14, 2023. The Class Notice Stipulation provides for 30 days after entry of the proposed Order for the notice administrator to issue notice to the certified class. The proposed class notice documents will inform class members of the pendency of the action and the date of the upcoming trial and afford them the opportunity to opt out of the Class and to retain separate counsel.

      We thank the Court for its prompt attention to this matter.

                                                            Respectfully submitted,

| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
|---|---|
| */s/Joshua Baker* | */s/Israel Dahan* |
| Phillip Kim | Israel Dahan |
| Laurence M. Rosen | Peter Isajiw |
| Joshua Baker | Ryan Gabay |
| 275 Madison Avenue, 40th Floor | 1185 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10036-2601 |
| Telephone: (212) 686-1060 | Tel: (212) 556.2100 |
| Fax: (212) 202-3827 | Fax: (212) 556.2200 |
| Email: pkim@rosenlegal.com | Email: idahan@kslaw.com |
| Email: lrosen@rosenlegal.com | Email: pisajiw@kslaw.com |

Email: jbaker@rosenlegal.com

*Class Counsel for Plaintiffs and the Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, NY 10016
Tel: (212) 545-4600
Email: guiney@whafh.com

*Additional Counsel*

Email: rgabay@kslaw.com

Chelsea Corey
300 South Tryon Street
Suite 1700
Charlotte, North Carolina 28202
Tel: (704) 503.2575
Fax: (704) 503.2622
Email: ccorey@kslaw.com

*Attorneys for Defendants*

2