UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM |
| This Document Relates To:  All Actions | |

### NOTICE OF FILING OF VERDICT FORM

Lead Plaintiff 683 Capital Partners, LP and Class Representatives Shipco Transport Inc. and E-Global Trade and Finance Group, Inc. ("Plaintiffs") and Defendants Global Brokerage, Inc. (f/k/a FXCM, Inc.), Dror Niv, and William Ahdout ("Defendants," and with Plaintiffs, the "Parties") submit the following Verdict Form.

Unless otherwise noted, the Parties agree on the complete text of a question. Where the Parties disagree (Questions 4 and 7), the Parties' respective proposed questions are indicated below.

# **VERDICT FORM**

**Question 1**: Have Plaintiffs proven by a preponderance of the evidence that, during the Class Period (March 15, 2012 through February 6, 2017), any Defendant made a misrepresentation or omission of material fact in connection with the offer, purchase, or sale of securities? (please refer to Appendix A for a chart showing each alleged misrepresentation and omission):

**FXCM**       Yes ____       No ____

**Mr. Niv**     Yes ____       No ____

**Mr. Ahdout**  Yes ____       No ____

IF YOU ANSWERED "YES" FOR ANY DEFENDANT, PROCEED TO QUESTION 2. OTHERWISE, STOP HERE AND SIGN AND DATE THE LAST PAGE.

---

**Question 2**: For the Defendant(s) for whom you answered "yes" in Question 1, did Plaintiffs prove by a preponderance of the evidence that the Defendant(s) acted with scienter in making the misrepresentations or omissions?

**FXCM**       Yes ____       No ____

**Mr. Niv**     Yes ____       No ____

**Mr. Ahdout**  Yes ____       No ____

IF YOU ANSWERED "YES" FOR ANY DEFENDANT, PROCEED TO QUESTION 3. OTHERWISE, STOP HERE AND SIGN AND DATE THE LAST PAGE.

---

**Question 3A**: Did Plaintiffs prove by a preponderance of the evidence that an active, open market for FXCM Common Stock existed and investors reasonably relied on that market as an accurate reflection of the current market value of FXCM Common Stock?

Yes ____       No ____

IF YOU ANSWERED "YES", PROCEED TO QUESTION 3B.
IF YOU ANSWERED "NO", SKIP QUESTIONS 3B-5 AND PROCEED TO QUESTION 6.

**Question 3B**: Did Defendants prove by a preponderance of the evidence that Plaintiffs Shipco and E-Global did not actually rely on the integrity of the market price when they purchased FXCM Common Stock?

Yes \_\_\_\_      No \_\_\_\_

IF YOU ANSWERED "NO", PROCEED TO QUESTION 4.
IF YOU ANSWERED "YES", SKIP QUESTIONS 4-5 AND PROCEED TO QUESTION 6.

**Defendants' Proposed Question 4**: Did Plaintiffs prove by a preponderance of the evidence that the misrepresentations or omissions concealed something from the market that, when disclosed, played a substantial part in causing the decline of FXCM's stock price on February 7, 2017?

**Plaintiffs' Proposed Question 4**: Did Plaintiffs prove by a preponderance of the evidence that the disclosure of the truth behind the misrepresentations or omissions played a substantial part in causing the decline of FXCM's stock price on February 7, 2017?

Yes \_\_\_\_      No \_\_\_\_

IF YOU ANSWERED "YES," PROCEED TO QUESTION 5.
IF YOU ANSWERED "NO," SKIP QUESTION 5 AND PROCEED TO QUESTION 6.

**Question 5**: Specify the amount of inflation per share of FXCM Common Stock caused by Defendants' misrepresentations or omissions:

$\_\_\_\_ per share of Common Stock

PROCEED TO QUESTION 6.

3

**Question 6**: Did Plaintiff 683 Capital prove by a preponderance of the evidence that it actually and justifiably relied on the misrepresentations or omissions when it purchased FXCM Notes?

Yes \_\_\_\_    No \_\_\_\_

IF YOU ANSWERED "YES," PROCEED TO QUESTION 7.
IF YOU ANSWERED "NO," SKIP QUESTIONS 7-8, AND PROCEED TO QUESTION 9.

---

**Defendants' Proposed Question 7**: Did Plaintiff 683 Capital prove by a preponderance of the evidence that the misrepresentations or omissions concealed something from the market that, when disclosed, played a substantial part in causing the decline of the price of FXCM Notes on February 7, 2017?

**Plaintiffs' Proposed Question 7**: Did Plaintiff 683 Capital prove by a preponderance of the evidence that the disclosure of the truth behind the misrepresentations or omissions played a substantial part in causing the decline of the price of FXCM Notes on February 7, 2017?

Yes \_\_\_\_    No \_\_\_\_

IF YOU ANSWERED "YES," PROCEED TO QUESTION 8.
IF YOU ANSWERED "NO," SKIP QUESTION 8 AND PROCEED TO QUESTION 9.

---

**Question 8**: Specify the amount of inflation per $100 of par value of FXCM Notes caused by Defendants' misrepresentations or omissions:

$\_\_\_\_ per $100 of par value of FXCM Notes

PROCEED TO QUESTION 9.

---

4

**Question 9**: Did Plaintiffs prove by a preponderance of the evidence that Defendant Niv and/or Defendant Ahdout controlled FXCM and were culpable participants in the misrepresentations or omissions made by FXCM?

**Mr. Niv**       Yes \_\_\_\_       No \_\_\_\_

**Mr. Ahdout**       Yes \_\_\_\_       No \_\_\_\_

PLEASE SIGN AND DATE BELOW.

**Dated:** _____            _____

**Foreperson**

5