UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation <br><br> This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION |

**DECLARATION OF JOSHUA BAKER**

I, Joshua Baker, hereby declare:

1.      I am an attorney admitted to practice before this Court. I am an attorney with The Rosen Law Firm, P.A., Court-appointed Class Counsel for Lead Plaintiff 683 Capital Partners, LP and Class Representatives Shipco Transport Inc. ("Shipco") and E-Global Trade and Finance Group, Inc. I have personal knowledge of the facts set forth herein and if called upon to testify, I could and would do so truthfully and accurately. I make this declaration, together with the attached exhibits, in support of Plaintiffs' motions *in limine*.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Expert Report of Simon Wilson-Taylor dated April 21, 2021.

3.      Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the transcript of the deposition of Simon Wilson-Taylor, taken on June 2, 2021 in this action.

4.      Attached hereto as Exhibit 3 is a true and correct copy of excerpts from the transcript of the deposition of Terrence Hendershott, Ph. D., taken on July 15, 2020 in this action.

5.      Attached hereto as Exhibit 4 is a true and correct copy of excerpts from the transcript of Frank J. Cozzarelli as the Rule 30(b)(6) deposition of Shipco, taken on May 22, 2020 in this action..

6. Attached hereto as Exhibit 5 is a true and correct copy of excerpts from the transcript of the July 19, 2022 oral argument before the Court on Defendants' motion for summary judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 14, 2022, in Jenkintown, Pennsylvania.

*/s/Joshua Baker*

**CERTIFICATE OF SERVICE**

I, the undersigned say:

I am not a party to the above case, and am over eighteen years old. On December 14, 2022, I served true and correct copies of the foregoing DECLARATION OF JOSHUA BAKER, by posting the document electronically to the ECF website of the United States District Court for the Southern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 14, 2022, at Jenkintown, Pennsylvania.

*/s/Joshua Baker*