# EXHIBIT 2

Page 1

1     CONFIDENTIAL - SIMON WILSON-TAYLOR
2        UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF NEW YORK
3

   In re:                         :
4                                 :  Master File No.
   Global Brokerage, Inc.         :  1:17-cv-00916-RA
5  F/k/a FXCM, Inc.               :
   Securities Litigation          :
6  ----------------------         :
7
8           REMOTE VIDEO DEPOSITION OF:
9                SIMON WILSON-TAYLOR
10             WEDNESDAY, JUNE 2, 2021
11
12
13
14
15
16
17
18
19
20
21
22
23
24  REPORTED BY:
    SILVIA P. WAGE, CCR, CRR, RPR
25  JOB NO. 4577008

|   |   |
|---|---|
|   | Page 86 |

1           CONFIDENTIAL - SIMON WILSON-TAYLOR
2      we talking about?
3           Q.   Any type.
4           A.   So, in that time frame, there were
5      certainly discussions between banks and brokers
6      around payment for retail order flow.  The extent
7      to which they turned into actual payment for
8      order flow arrangements, I'm kind of less clear
9      on, you know.  I was involved personally in a
10     handful of discussions in that space and not many
11     of them ended up with a commercial arrangement
12     from a bank liquidity provider to one of these
13     firms.
14              I'm, obviously, not privy to the
15     relationships between nonbank liquidity providers
16     and their customers and whether or not that took
17     place.  So I can only rely on my experience as a
18     bank liquidity provider in that time period.
19          Q.   In your experience, were you aware of
20     any liquidity providers, bank or nonbank, who did
21     pay for order flow for retail flow in the 2010 to
22     2014 time period?
23          A.   Again, it would be speculation on my
24     part.  You know, the relationships between those
25     firms were confidential.  So it may have

Page 87

1        CONFIDENTIAL - SIMON WILSON-TAYLOR
2    happened.  It may not have happened.  I can't be
3    certain.
4           Q.   So you're not, specifically, aware of
5    any instances in your own personal experience?
6           A.   I'm not specifically aware of it, no.
7    Would I have expected it to occur, yes.
8           Q.   Still in Paragraph 59, you talk about
9    payments being individually negotiated with each
10   liquidity provider.
11               Did you negotiate with liquidity
12   providers over payments for order flow?
13          A.   I did.
14          Q.   And was it your personal experience
15   that liquidity providers in these discussions
16   asked for price reductions at that time?
17          A.   Very much so, yes.  You know, if I go
18   over the chronology, we started in -- I mean,
19   I've been negotiating agreements with banks from,
20   you know, 1999 up until last year when I left the
21   CME.  And so, when we started in 1999, we were
22   charging banks -- well, I probably shouldn't be
23   entirely specific on a number, but a significant
24   number somewhere north of $20 in million.
25               And by the time we got to last year,

Page 153

1        CONFIDENTIAL - SIMON WILSON-TAYLOR
2        Q.  Anything other than these
3    "operational risks"?
4        A.  I don't think I can -- I don't think
5    I can speak to that, you know.
6            Do you want to hire me as a
7    consultant to do a professional risk analysis?
8    I'm sure I can do that.  But there are other
9    risks, but I just can't name them.
10       Q.  I'll leave that to Israel and --
11       A.  Right.
12       Q.  Okay.  In Paragraph 92, you mention
13   that Effex paid $21 per million on profits as
14   high as $35 per million, which I'll represent to
15   you is 60 percent.
16           Are you aware of any other liquidity
17   providers that paid 60 percent more of their
18   trading profits to a broker in order flow
19   payments?
20       A.  I'm aware of people paying
21   substantial payment for order flow.  I don't have
22   the luxury of knowing what the profitability of
23   that flow was to those firms.  So it's difficult
24   for me to answer.
25       Q.  So there's no specific examples that

Page 154

1        CONFIDENTIAL - SIMON WILSON-TAYLOR
2   you know of that occur?
3        A.  No.  But, as I referred to earlier,
4   you know, I've been part of negotiations with
5   liquidity providers where they've shown me their
6   profitability and used it to squeeze me on -- and
7   asked me to reduce my fees.  And, you know, for a
8   period of time, it would have been a substantial
9   number.  And in some cases, my fee exceeded what
10  they earned, more than a hundred percent.
11           So, yes, the simple answer to your
12  question is, yes, I'm aware it was not
13  sustainable.
14       Q.  Okay.  If we jump down to Page 36 and
15  Paragraph 96.  Let me know when you're there.
16       A.  Yes, I'm there.
17       Q.  And in Paragraph 96 you opine that
18  FXCM's business relationship with Effex, as you
19  defined it earlier in your report, did not create
20  a conflict of interest between FXCM and its no
21  dealing desk customers.
22           Do you see that?
23       A.  It did not create a conflict of
24  interest.  Yes, I see that.
25       Q.  And you had some examples in the