# EXHIBIT 3

Page 1

**CONFIDENTIAL - TERRENCE HENDERSHOTT, Ph.D.**

**UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

```
In re:                         :
                               :  Master File No.
Global Brokerage, Inc.         :  1:17-cv-00916-RA-BCM
F/k/a FXCM, Inc.               :
Securities Litigation          :
-----------------------        :
```

**VIDEOTAPE DEPOSITION VIA ZOOM OF:**

**TERRENCE HENDERSHOTT, Ph.D.**

**WEDNESDAY, JULY 15, 2020**

REPORTED BY:

SILVIA P. WAGE, CCR, CRR, RPR

Page 12

1      CONFIDENTIAL - TERRENCE HENDERSHOTT, Ph.D.
2           A.   Not that I am aware of.
3           Q.   Okay.  Professor Hendershott, in
4      connection with the preparation of your report --
5      and when I say "report, "I'm going to be
6      referring to this Exhibit 1 -- were you asked to
7      form an opinion on the market efficiency of FXCM
8      common stock?
9           A.   No.  I'm sorry, I'll try and stand in
10     front of the camera.
11               No, I don't believe I was.  In
12     Paragraph 7 of my report, it talks about my
13     assignment and it was on the notes and then on
14     the damages methodology.
15          Q.   Okay.  And just so that I have a
16     clear record...
17               So nowhere in your report do you
18     offer an opinion on the market efficiency of FXCM
19     common stock?
20               MR. DAHAN:  Objection to form.
21          A.   So, I mean, there are times when I
22     make criticisms of Dr. Werner's methodology and
23     those criticisms are focused on -- in the report,
24     generally, on the notes.
25               But, for example, with the declining

1      CONFIDENTIAL - TERRENCE HENDERSHOTT, Ph.D.
2   number of analysts, that same criticism could be
3   applied to market efficiency of the stock.  But
4   there's not any sort of summary conclusion or
5   opinion about the efficiency of the common stock.
6         Q.  Okay.  So you formed absolutely no
7   opinion on the efficiency of -- the market
8   efficiency of FXCM common stock in your report;
9   is that correct?
10             MR. DAHAN:  Objection to form.
11        A.  So, I think, my answer would be the
12  same as my previous one.  There's no sort of
13  bottom line conclusion that there are facts that
14  are talked about in the context of the notes that
15  are applicable to the stock as well.
16        Q.  Now, as part of your report, did you
17  make any assumptions regarding loss causation?
18  Now, let me take a step back.
19             What is your understanding of loss
20  causation?
21        A.  I believe from a financial economist
22  standpoint, it might be the losses that were
23  caused -- that are allegedly caused by the
24  Defendants to the Plaintiffs.  But I'm not a
25  lawyer.  So, if you can clarify that, if you want