# EXHIBIT 4

Page 1

1

2                  UNITED STATES DISTRICT COURT

              FOR THE SOUTHERN DISTRICT OF NEW YORK

3

         In re:                      :

4                                    :   Master File No.

         Global Brokerage, Inc.   :   1:17-cv-00916-RA

5        F/k/a FXCM, Inc.           :

         Securities Litigation    :

6        ----------------------    :

7

8

9              ** C O N F I D E N T I A L **

10             REMOTE VIDEO DEPOSITION OF:

11               FRANK J. COZZARELLI

12              FRIDAY, MAY 22, 2020

13

14

15

16

17

18

19

20

21

22

23

24      REPORTED BY:

25      SILVIA P. WAGE, CCR, CRR, RPR

Page 2

1

2                                    May 22, 2020

3                                    9:35 a.m.

4

5              Remote Videotaped Deposition via Zoom of

6        FRANK J. COZZARELLI, pursuant to Rule 30(b)(6)

7        and pursuant to agreement before SILVIA P. WAGE,

8        a Certified Shorthand Reporter, Certified

9        Realtime Reporter, Registered Professional

10       Reporter, and Notary Public for the States of New

11       Jersey and New York.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
                                              Page 27

 1               FRANK COZZARELLI - CONFIDENTIAL
 2        license expiring, retirement or...
 3               A.  It was a combination of different
 4        things.  But I was -- I was the subject of an
 5        ethics complaint at one point when I was in
 6        private practice going back some decades ago and
 7        I had enough.
 8               Q.  Okay.  And you said you had been the
 9        "subject of an ethics complaint"; is that
10        correct?
11               A.  Yes, that's correct.
12               Q.  And what was the nature of the
13        complaint?
14               A.  I -- it had to do with -- the nature
15        of the complaint?  You want a very high level.
16                   The very high level is they wanted to
17        conduct random audits of my accounts and that
18        became a whole big involved process and it just
19        got to be way too much to deal with.
20               Q.  Okay.  Was the complaint held -- I'm
21        sorry.
22                   Was the complaint heard in -- strike
23        that.
24                   In what court or what courts was the
25        ethics complaint heard?
```

```
                                            Page 28
 1              FRANK COZZARELLI - CONFIDENTIAL
 2              A.   New Jersey Supreme Court.
 3              Q.   Okay.  And what was the ultimate
 4         resolution of that proceeding?
 5              A.   I was disbarred.
 6              Q.   Okay.  And what year did that occur?
 7              A.   2016.
 8              Q.   Okay.
 9              A.   I'm also in the process of seeking
10         reinstatement of my license, if that's relevant
11         to you.
12              Q.   Okay.  So, apart from college and law
13         school, do you have any other postgraduate
14         degrees?
15              A.   No.
16              Q.   Have you taken any seminars or trade
17         courses apart from your college and law school
18         education?
19              A.   I have taken many different seminars.
20         I took continuing legal education courses, as
21         they were required.  I, actually, taught a couple
22         of seminars dealing with guardianship matters,
23         illegal incapacity issues some years ago and
24         that's about it.
25                   I've taken webinars on various
```

```
                                        Page 165
 1              FRANK COZZARELLI - CONFIDENTIAL
 2        had just one additional exhibit.
 3                   If Evan, you could upload this.
 4                   MR. KIM:  Alright.  Well, in response
 5        to your request, you know, you can put it in
 6        writing and we'll take it, you know, under
 7        advisement and respond in due course.
 8                   Thank you.
 9                   MS. DePALMA:  Evan, were you able to
10        upload the exhibit?
11                   MS. ENNIS:  It's loading.
12                   (Deposition Exhibit 15, Syllabus in
13        the Matter of Frank J. Cozzarelli, an Attorney at
14        Law (D-151-13) (074742), was marked for
15        identification.)
16                   MS. ENNIS:  It should be there now.
17                   MS. DePALMA:  And so, for the record,
18        Exhibit 15 is a document.  At the top it says,
19        "Syllabus."  And further down it says, "In the
20        matter of Frank J. Cozzarelli, an attorney at
21        law."
22             Q.  And, Mr. Cozzarelli, I don't intend
23        to ask any substantive questions at all about
24        this document.
25                   But you had mentioned earlier that
```

```
                                        Page 166

 1              FRANK COZZARELLI - CONFIDENTIAL
 2       you had been the subject of an ethics proceeding
 3       and I just wanted to note this is the proceeding
 4       that you were referring to earlier.
 5              A.   Yes.
 6              Q.   Thank you.
 7                   MS. DePALMA:  So I don't think we
 8       have any further questions.
 9                   Phil, do you have anything?
10                   MR. KIM:  No.  We're done.
11                   Thank you.
12                   THE VIDEOGRAPHER:  Okay.  This
13       concludes today's testimony given by Frank
14       Cozzarelli.  The total number of media units used
15       was seven and will be retained by Veritext.
16                   We are going off the record at
17       2:41 p.m.
18                   (Time noted: 2:41 p.m.)
19
20
21
22
23
24
25
```