# EXHIBIT 5

```
     M7JsINRc

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    IN RE GLOBAL BROKERAGE, INC. f/k/a
     FXCM INC. SECURITIES LITIGATION,
4
                                              17 Civ. 916 (RA)
5

6    ------------------------------x

7                                             New York, N.Y.
                                              July 19, 2022
8                                             10:00 a.m.

9    Before:

10                  HON. RONNIE ABRAMS,

11                                            District Judge

12                         APPEARANCES

13   THE ROSEN LAW FIRM
          Attorneys for Plaintiffs
14   BY:  JOSHUA E. BAKER
          BRENT LAPOINTE
15        PHILLIP C. KIM

16   KING & SPALDING
          Attorneys for Defendants
17   BY:  ISRAEL DAHAN
          CHELSEA J. COREY
18        RYAN GABAY

19

20

21

22

23

24

25
```

1   notes five months after the termination of FXCM's pay-for-flow
2   agreement with Effex, after the time in which this Court has
3   already found that no misstatements were credibly alleged.  So,
4   that's August 2014.
5           So 683 Capital's Section 10(b) claim fails for lack of
6   reliance.  But even if they could establish reliance, they also
7   fail based on loss causation and economic loss because what
8   plaintiffs' expert, Dr. Adam Werner, has done with respect to
9   the notes is he has simply resubmitted his class certification
10  event study in support of his loss causation and damages
11  opinions.  And as I'll discuss further in the Daubert motion,
12  in an inefficient market, which the notes operated in, an event
13  study is a patently unreliable method of drawing any
14  conclusions about loss causation or economic loss.
15          Finally, the Section 20(a) claim, because dismissal is
16  appropriate for the 10(b) claim, it's the predicate underlying
17  the 20(a) claim, so we submit that that should be dismissed as
18  well.
19          THE COURT:  Thank you very much.
20          Who would like to be heard on behalf of plaintiffs?
21          MR. BAKER:  It will be me, your Honor.  I would prefer
22  to keep my mask on, if that's all right.
23          THE COURT:  Speak loud and clear and slowly, please.
24          MR. BAKER:  If you need me to repeat myself, please
25  say the word.