UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA |
| This Document Relates To:  All Actions | |

**DEFENDANTS' NOTICE OF MOTION *IN LIMINE*
TO EXCLUDE CERTAIN EVIDENCE AND ARGUMENT
CONCERNING FXCM'S SETTLEMENTS WITH THE CFTC AND NFA**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to preclude Plaintiffs from introducing at trial certain evidence and argument regarding FXCM's prior regulatory settlements with the Commodity Futures Trading Commission ("CFTC") and National Futures Association ("NFA"), Defendants Global Brokerage, Inc. (f/k/a FXCM, Inc.), Dror Niv, and William Ahdout (collectively "Defendants"), by and through their undersigned counsel, will move before this Court the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, on such date as the Court will determine, for an order, pursuant to Federal Rule of Evidence 403, precluding Plaintiffs from using at trial the existence of the no-admit CFTC and NFA regulatory settlements as evidence of wrongdoing by Defendants and from reading any of the unadjudicated allegations and purported "findings" contained in the CFTC and NFA Orders.

Dated: New York, New York
December 14, 2022

    Respectfully submitted,

    KING & SPALDING LLP

    By: */s/ Israel Dahan*
    Israel Dahan
    Peter Isajiw
    Ryan Gabay
    KING & SPALDING LLP
    1185 Avenue of the Americas
    New York, NY 10036
    Telephone No.: (212) 556-2114

    idahan@kslaw.com
    pisajiw@kslaw.com
    rgabay@kslaw.com

    Chelsea J. Corey
    KING & SPALDING LLP
    300 South Tryon Street
    Suite 1700
    Charlotte, NC 28202
    Telephone No.: (704) 503-2575
    ccorey@kslaw.com

    *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 14, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

          /s/ *Israel Dahan*
          Israel Dahan