UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA |
| This Document Relates To:  All Actions | |

### DEFENDANTS' NOTICE OF MOTION *IN LIMINE* TO PRECLUDE PLAINTIFFS FROM SUBMITTING INTO EVIDENCE DEPOSITION DESIGNATIONS OF JOHN DITTAMI'S TESTIMONY TO THE CFTC

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to preclude Plaintiffs from submitting into evidence deposition designations of certain testimony provided by Effex Capital LLC's founder and Chief Executive Officer, John Dittami ("Dittami"), to the Commodity Futures Trading Commission ("CFTC") in connection with prior regulatory proceedings initiated by the CFTC against Forex Capital Markets, LLC, FXCM Holdings, LLC, and William Ahdout, Defendants Global Brokerage, Inc. (f/k/a FXCM, Inc.), Dror Niv, and William Ahdout (collectively "Defendants"), by and through their undersigned counsel, will move before this Court the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, on such date as the Court will determine, for an order, pursuant to the Federal Rules of Civil Procedure, precluding Plaintiffs from submitting into evidence any deposition designations of testimony provided by Dittami to the CFTC.

Dated: New York, New York
December 14, 2022

        Respectfully submitted,

        KING & SPALDING LLP

        By: */s/ Israel Dahan*
        Israel Dahan
        Peter Isajiw
        Ryan Gabay
        KING & SPALDING LLP
        1185 Avenue of the Americas
        New York, NY 10036
        Telephone No.: (212) 556-2114

        idahan@kslaw.com
        pisajiw@kslaw.com
        rgabay@kslaw.com

        Chelsea J. Corey
        KING & SPALDING LLP
        300 South Tryon Street
        Suite 1700
        Charlotte, NC 28202
        Telephone No.: (704) 503-2575
        ccorey@kslaw.com

        *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 14, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

                                             /s/ *Israel Dahan*
                                             Israel Dahan