UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA |

**DEFENDANTS' NOTICE OF MOTION *IN LIMINE* TO
PRECLUDE PLAINTIFFS FROM USING EXTRINSIC EVIDENCE
TO ALTER OR VARY THE TERMS OF THE SERVICES AGREEMENT**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Defendants' Motion to preclude Plaintiffs from using extrinsic evidence to alter or vary the terms of the Services Agreement, Defendants Global Brokerage, Inc. (f/k/a FXCM, Inc.), Dror Niv, and William Ahdout (collectively "Defendants"), by and through their undersigned counsel, will move before this Court the Honorable Ronnie Abrams, United States District Judge for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 1506, New York, New York 10007, on such date as the Court will determine, for an order precluding Plaintiffs from using any negotiation documents and communications between FXCM and Effex prior to the execution of the Services Agreement to alter or vary the unambiguous terms of the Services Agreement.

Dated: New York, New York
December 14, 2022

          Respectfully submitted,

          KING & SPALDING LLP

          By: */s/ Israel Dahan*
          Israel Dahan
          Peter Isajiw
          Ryan Gabay
          KING & SPALDING LLP
          1185 Avenue of the Americas
          New York, NY 10036
          Telephone No.: (212) 556-2114

          idahan@kslaw.com
          pisajiw@kslaw.com
          rgabay@kslaw.com

          Chelsea J. Corey
          KING & SPALDING LLP
          300 South Tryon Street
          Suite 1700
          Charlotte, NC 28202
          Telephone No.: (704) 503-2575
          ccorey@kslaw.com

          *Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 14, 2022, I electronically filed the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record who have consented to electronic notification.

/s/ *Israel Dahan*
Israel Dahan