Joshua Baker
jbaker@rosenlegal.com

December 23, 2022

**<u>VIA ECF</u>**

The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

        Re:    *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
                  Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Abrams:

       Plaintiffs 683 Capital Partners, LP, Shipco Transport Inc., and E-Global Trade and Finance Group, Inc., and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout submit this joint letter motion to (A) notify the Court of the parties' agreement in principle to settle this action; and (B) request that the Court enter the attached [Proposed] Order Staying Action while the parties work to memorialize the settlement agreement and move for preliminary approval.

       The parties have reached a settlement in principle to resolve this action. The parties expect to memorialize the full terms of the settlement, and for Plaintiffs to move for preliminary approval of the settlement, within 30 days.

       The parties request that the Court stay all deadlines in order to conserve the parties' and the Court's resources in light of the agreement in principle to settle this action. Most pressingly, the deadlines regarding the issuance of class notice, as per the Court's Order dated November 29, 2022 (ECF No. 329). The class notice procedures and deadlines are no longer necessary as Plaintiffs will move for preliminary approval of the settlement, which will entail the issuance of notice to the Class. The settlement notice will provide the same information about the case and opportunities for class members to opt out, file a claim, or object to the settlement. Staying these deadlines will avoid confusion from class members receiving multiple notices. A stay will also avoid unnecessary expenses as issuing class notice is expected to cost tens of thousands of dollars. The current Order (ECF No. 329) provides for issuance of email and postcard notice on December 29, 2022, and for a subsequent publication of notice that (per the notice administrator) must be cancelled by December 27, 2022. Accordingly, the parties request that the Court enter the Proposed Order at its earliest convenience.

We thank the Court for its prompt attention to this matter.

Respectfully submitted,

| | |
|---|---|
| **THE ROSEN LAW FIRM, P.A.** | **KING & SPALDING LLP** |
| */s/Joshua Baker* | */s/Israel Dahan* |
| Phillip Kim | Israel Dahan |
| Laurence M. Rosen | Peter Isajiw |
| Joshua Baker | Ryan Gabay |
| 275 Madison Avenue, 40th Floor | 1185 Avenue of the Americas |
| New York, New York 10016 | New York, New York 10036-2601 |
| Telephone: (212) 686-1060 | Tel: (212) 556.2100 |
| Fax: (212) 202-3827 | Fax: (212) 556.2200 |
| Email: pkim@rosenlegal.com | Email: idahan@kslaw.com |
| Email: lrosen@rosenlegal.com | Email: pisajiw@kslaw.com |
| Email: jbaker@rosenlegal.com | Email: rgabay@kslaw.com |
| *Class Counsel for Plaintiffs and the Class* | Chelsea Corey |
| | 300 South Tryon Street |
| **WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP** | Suite 1700 |
| | Charlotte, North Carolina 28202 |
| Matthew M. Guiney | Tel: (704) 503.2575 |
| 270 Madison Avenue | Fax: (704) 503.2622 |
| New York, NY 10016 | Email: ccorey@kslaw.com |
| Tel: (212) 545-4600 | |
| Email: guiney@whafh.com | *Attorneys for Defendants* |
| *Additional Counsel* | |