UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION <br><br> [PROPOSED] ORDER STAYING ACTION |
| This Document Relates To: All Actions | |

This matter comes before the Court on the Parties' joint letter motion, filed December 23, 2022. Upon consideration of the Parties' motion, and good cause appearing therefor, the Court GRANTS the Parties' motion and hereby ORDERS that:

1. The action shall be stayed to allow the Parties to document the settlement and all upcoming deadlines and proceedings, including trial, pretrial deadlines, and all deadlines and requirements set forth in the Court's Order dated November 29, 2022 (ECF No. 329), are vacated.

2. The Parties shall execute a stipulation of settlement and Plaintiffs shall file a motion for preliminary approval of the settlement within 30 days of the entry of this Order.

SO ORDERED.

Dated: December 23, 2022
New York, New York

Hon. Ronnie Abrams
United States District Judge

1