

INVESTOR COUNSEL

Phillip Kim
pkim@rosenlegal.com

January 19, 2023

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

Re: *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Abrams:

We are Class Counsel in the above-referenced action. We write, with Defendants' consent, to respectfully request a one-week extension, until January 27, 2023, for the filing of the Stipulation of Settlement ("Stipulation") and a motion for preliminary approval of the settlement. The current deadline is January 20, 2023. (Dkt. No. 347). This is the first request for an extension of time. Although the parties have worked diligently and are close to resolving all major issues concerning the settlement, additional time is needed to finalize the settlement documentation.

We thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Phillip Kim*
Phillip Kim

cc: All counsel of record (via ECF)