

INVESTOR COUNSEL

Phillip Kim
pkim@rosenlegal.com

January 26, 2023

**VIA ECF**
The Honorable Ronnie Abrams
United States District Court
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square, Courtroom 1506
New York, NY 10007

    Re:    *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,*
             Master File No. 1:17-cv-00916-RA-BCM

Dear Judge Abrams:

    We are Class Counsel in the above-referenced action. We write, with Defendants' consent, to respectfully request a one-week extension, until February 3, 2023, for the filing of the Stipulation of Settlement and a motion for preliminary approval of the settlement. This is the second request for an extension of time. The Court granted the first request and the current deadline is January 27, 2023. (Dkt. No. 349). Although much progress has been made and the parties are close to resolving all major issues concerning the settlement, additional time is needed to finalize the settlement documentation.

    We thank the Court for its consideration of this request.

    Respectfully submitted,

    */s/ Phillip Kim*
    Phillip Kim

cc:    All counsel of record (via ECF)

**THE ROSEN LAW FIRM, P.A. ♦ 275 MADISON AVENUE, 40TH FLOOR ♦ NEW YORK, NY 10016 ♦ TEL: (212) 686-1060 ♦ FAX: (212) 202-3827**