# EXHIBIT A-3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM |
| | <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

**SUMMARY NOTICE OF PENDENCY AND**
**PROPOSED CLASS ACTION SETTLEMENT**

EXHIBIT A-3

**TO:   ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED CLASS A COMMON STOCK OF GLOBAL BROKERAGE, INC. F/K/A FXCM, INC. ("FXCM") FROM MARCH 15, 2012 THROUGH FEBRUARY 6, 2017, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on _____, 2023, at __:__ _.m. before the Honorable Ronnie Abrams, United States District Judge of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1)      whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $6,500,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2)      whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3)      whether the application of Class Counsel for an award of attorneys' fees of up one third of the Settlement Amount, reimbursement of expenses of not more than $850,000, and awards to Class Representatives of $20,000 for Lead Plaintiff Shipco Transport Inc. and $15,000 for Plaintiff E-Global Trade and Finance Group, Inc., or $35,000 total, should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated February 1, 2023 ("Stipulation").

If you purchased FXCM common stock during the period from March 15, 2012 through February 6, 2017, both dates inclusive ("Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in FXCM common stock.

EXHIBIT A-3

If you have not received a postcard providing instructions for receiving a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by writing to or calling Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/FXCM. If you are a member of the Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than _____ _____, 2023 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than _____, 2023.  All members of the Class who have not requested exclusion from the Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Class Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than _____, 2023, by each of the following:

Clerk of the Court
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10007

EXHIBIT A-3

| CLASS COUNSEL: | COUNSEL FOR THE INDIVIDUAL |
|---|---|
| THE ROSEN LAW FIRM, P.A. | DEFENDANTS: |
| Phillip Kim | KING & SPALDING LLP |
| 275 Madison Avenue, 40th Floor | Israel Dahan |
| New York, NY 10016 | 1185 Avenue of the Americas |
| | New York, NY 10036 |

If you have any questions about the Settlement, you may call or write to Class Counsel:

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: _____, 2023

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

3