# EXHIBIT A-4

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities
Class Action Settlement*

*You may be entitled to a payment.
This Notice may affect your legal rights.*

*Please read it carefully.*

Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

---

*In re Global Brokerage, Inc., f/k/a FXCM, Inc. Securities Litigation, Master File No. 1:17-cv-916 (S.D.N.Y.)*
THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/FXCM OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

There has been a proposed Settlement with Dror Niv and William Ahdout (collectively, "Individual Defendants") to release all claims asserted in the Action against the Individual Defendants and Global Brokerage, Inc. f/k/a FXCM, Inc. ("FXCM"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, the Individual Defendants and FXCM misled investors by issuing materially false and misleading statements and causing damages to Class Members. The Individual Defendants and FXCM deny any wrongdoing.

You received this Notice because you or someone in your family may have purchased FXCM Class A common stock between March 15, 2012 and February 6, 2017, both dates inclusive ("Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of the Individual Defendants and FXCM, a fund consisting of $6,500,000 ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.strategicclaims.net/FXCM and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and  Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,* c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free, (866) 274-4004; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/FXCM.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator.  A copy of the Proof of Claim can be found on the website.  PROOF OF CLAIMS ARE DUE BY _____, 2023 TO GLOBAL BROKERAGE, INC. F/K/A FXCM, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/FXCM. If you do not want to be legally bound by the Settlement, you must exclude yourself by ____ __, 2023, or you will not be able to sue the Individual Defendants and FXCM about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by _____ __, 2023.  The Long Notice explains how to exclude yourself or to object.

The Court will hold a hearing on ___, 2023 at __:__ a.m. at Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square New York, NY 10007, or via remote means at the Court's direction, to consider whether to approve the Settlement, the Plan of Allocation, a request for attorneys' fees of up to one third of the Settlement Fund, plus actual expenses up to $850,000 for litigating the case and negotiating the Settlement, and awards to Class Representatives of $20,000 for Lead Plaintiff Shipco Transport Inc. and $15,000 for Plaintiff E-Global Trade and Finance Group, Inc., or $35,000 total ("Final Approval Hearing"). You may attend the hearing and ask to be heard by the Court, but you do not have to. The Court reserves the right to hold the Final Approval Hearing by remote means. You may, but are not required to, attend the hearing and ask to be heard by the Court. For more information, call (866) 274-4004, or visit www.strategicclaims.net/FXCM.