**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION |
| This Document Relates To: All Actions | |

**NOTICE OF NON-OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AND WAIVER OF ORAL ARGUMENT**

Class Representatives Shipco Transport Inc. and E-Global Trade and Finance Group, Inc. ("Plaintiffs") respectfully submit this notice of non-opposition to Plaintiffs' motion for preliminary approval of the proposed class action settlement (Dkt. No. 353, "Motion"). Plaintiffs filed the Motion on February 3, 2023. Pursuant to Local Civil Rule 6.1(b), the deadline to oppose the Motion was February 17, 2023. The deadline has passed and no opposition has been filed. Accordingly, Plaintiffs hereby waive oral argument on their unopposed Motion.

The Court should grant the unopposed Motion to allow Plaintiffs to promptly issue notice of the proposed Settlement to potential Class Members, so that the Settlement can proceed to the final approval stage. At the final approval stage, the Court will schedule and hold a hearing to determine, upon further submissions by Plaintiffs and any potential objectors, whether the Settlement is fair, reasonable, and adequate.

Dated: February 20, 2023            Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/*Joshua Baker*
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Ave., 40th Floor

1

New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Class Counsel for Plaintiffs and the Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Email: Guiney@whafh.com

*Additional Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

By: */s/Joshua Baker*