UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION |
| This Document Relates To: All Actions | |

**NOTICE OF FILING DECLARATION**
**REGARDING NOTICE UNDER THE CLASS ACTION FAIRNESS ACT**

Individual Defendants Dror Niv and William Ahdout file the attached Declaration of Matthew Shillady of Strategic Claims Services ("SCS") confirming SCS's mailing of the notice required under the Class Action Fairness Act of 2005, 28 U.S.C. § 1715.

Dated: February 23, 2023

Respectfully submitted,

**KING & SPALDING LLP**

By: /s/ Israel Dahan
Israel Dahan
Peter Isajiw
Ryan Gabay
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2114
Facsimile: (212) 556-2222
idahan@kslaw.com

Chelsea J. Corey
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
Telephone: (704) 503-2575
Facsimile: (704) 503-2622
ccorey@kslaw.com

*Counsel for Defendants*