UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br>CLASS ACTION |

**DECLARATION OF MATTHEW SHILLADY**
**ON IMPLEMENTATION OF CAFA NOTICE**

I, Matthew Shillady, declare and state as follows:

1. I am the Director of Operations of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm. I have over nineteen years of experience specializing in the administration of class action cases. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

2. SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.

**CAFA NOTICE IMPLEMENTATION**

3. At the direction of counsel for the Individual Defendants Dror Niv and William Ahdout, 58 officials, which included the Attorney General of the United States and the Attorney Generals of each of the 50 states, the District of Columbia, and U.S. Territories, and the Securities and Exchange Commission were identified to receive the CAFA Notice. **Exhibit A** is a list of the 58 officials, along with their mailing addresses.

4. SCS maintains a list of these state and federal officials with contact information for the purpose of providing CAFA Notice.

5. On February 13, 2023, SCS mailed a notice of proposed class action settlement, pursuant to the Class Action Fairness Act of 2005, 28 U.S.C. § 1715 ("CAFA"), to the appropriate 58 federal and state officials listed in Exhibit A, by certified return receipt through the United States Postal Service.

6. The mailing consisted of a letter regarding the Settlement approved by Defense Counsel describing the mailing ("CAFA Letter"). Attached as **Exhibit B** is a copy of the CAFA Letter that SCS mailed. The CAFA Letter was accompanied by a CD-ROM containing copies of the following documents:

    a. Class Action Complaint for Violations of the Federal Securities Laws and three (3) Amended Consolidated Securities Class Action Complaints filed in the action;

    b. A copy of the parties' Stipulation and Agreement of Settlement (with exhibits) ("Stipulation"); and

    c. Forms of Notice (Long Notice – Exhibit A-1 to the Stipulation, Summary Notice – Exhibit A-3 to the Stipulation, and Postcard Notice – Exhibit A-4 to the Stipulation).

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of February 2023, in Media, Pennsylvania.

_____
Matthew Shillady

CAFA Mailing List

| Name | Title | Address 1 | Address 2 | Address 3 | City | State | Zip |
|---|---|---|---|---|---|---|---|
| Steve Marshall | Office of the Attorney General | PO Box 300152 | | | Montgomery | AL | 36130-0152 |
| Treg Taylor | State of Alaska Department of Law Attorney General | PO Box 110300 | | | Juneau | AK | 99811-0300 |
| Fainu'ulelei Alailima-Utu | Attorney General | American Samoa Gov't, Exec. Ofc. Bldg | P.O. Box 7 | | Utulei | AS | 96799 |
| Kris Mayes | Arizona Attorney General | 2005 N Central Ave | | | Phoenix | AZ | 85004-2926 |
| Tim Griffin | Arkansas Attorney General | 323 Center St | Suite 200 | | Little Rock | AR | 72201-2610 |
| Rob Bonta | Office of the Attorney General | CAFA Coordinator - Consumer Law Section | 455 Golden Gate Ave | Suite 11000 | San Francisco | CA | 94102 |
| Phil Weiser | Attorney General | 1300 Broadway | 10th Fl | | Denver | CO | 80203 |
| William Tong | Office of the Attorney General | 55 Elm St | | | Hartford | CT | 06106 |
| Brian Schwalb | Office of the Attorney General | 441 4th St, NW | Suite 1100S | | Washington | DC | 20001 |
| Kathy Jennings | Attorney General | Carvel State Office Bldg. | 820 N. French St. | | Wilmington | DE | 19801 |
| Ashley Moody | Florida Office of the Attorney General | The Capitol | PL 101 | | Tallahassee | FL | 32399-1050 |
| Christopher Carr | Attorney General of Georgia | Office of the Attorney General | 40 Capitol Square, SW | | Atlanta | GA | 30334-1300 |
| Doug Moylan | Attorney General | ITC Building | 590 S. Marine Corps Dr | Suite 706 | Tamuning | Guam | 96913 |
| Holly Shikada | Department of the Attorney General | 425 Queen St. | | | Honolulu | HI | 96813 |
| Raul Labrador | Office of the Attorney General | 700 W. Jefferson St | PO Box 83720 | | Boise | ID | 83720-1000 |
| Kwame Raoul | Illinois Attorney General | 100 W. Randolph St | | | Chicago | IL | 60601 |
| Todd Rokita | Office of the Indiana Attorney General | 302 W Washington St | 5th Floor | | Indianapolis | IN | 46204 |
| Brenna Bird | Office of the Attorney General | 1305 E Walnut St | | | Des Moines | IA | 50319 |
| Kris Kobach | Attorney General | 120 SW 10th Ave., 2nd Fl. | | | Topeka | KS | 66612-1597 |
| Daniel Cameron | Office of the Attorney General | 700 Capitol Ave | Capitol Building, Ste. 118 | | Frankfort | KY | 40601 |
| Jeff Landry | Office of the Attorney General | PO Box 94095 | | | Baton Rouge | LA | 70804-4095 |
| Aaron Frey | Office of the Maine Attorney General | 6 State House Station | | | Augusta | ME | 04333 |
| Anthony Brown | Maryland Attorney General | 200 St. Paul Pl. | | | Baltimore | MD | 21202-2202 |
| Andrea Campbell | Attorney General | 1 Ashburton Pl. | | | Boston | MA | 02108-1698 |
| Dana Nessel | State of Michigan Attorney General | G. Mennen Williams Building, 7th Fl | 525 W Ottawa St. | PO Box 30212 | Lansing | MI | 48909 |
| Keith Ellison | Office of the Attorney General | 1400 Bremer Tower | 445 Minnesota St. | | St. Paul | MN | 55101-2131 |
| Lynn Fitch | Office of the Attorney General State of Mississippi | PO Box 220 | | | Jackson | MS | 39205 |
| Andrew Bailey | Missouri Attorney General | PO Box 899 | | | Jefferson City | MO | 65102 |
| Austin Knudsen | Montana Department of Justice Attorney General | PO Box 201401 | | | Helena | MT | 59620-1401 |
| Mike Hilgers | Nebraska Attorney General | 2115 State Capitol | PO Box 98920 | | Lincoln | NE | 68509 |
| Aaron Ford | Nevada Attorney General | 100 N. Carson St. | | | Carson City | NV | 89701 |
| John Formella | Office of the Attorney General | NH Department of Justice | 33 Capitol St. | | Concord | NH | 03301-6397 |
| Matt Platkin | Office of the Attorney General | Richard Hughes Justice Complex | 25 Market Street | PO Box 080 | Trenton | NJ | 08625-0080 |
| Raul Torrez | Office of the New Mexico Attorney General | PO Drawer 1508 | | | Santa Fe | NM | 87504-1508 |
| Letitia James | Attorney General | Office of the Attorney General | The Capitol | | Albany | NY | 12224 |
| Josh Stein | North Carolina Department of Justice Attorney General | 9001 Mail Service Center | | | Raleigh | NC | 27699 |
| Drew Wrigley | North Dakota Attorney General | State Capitol | 600 E Boulevard Ave., Dept. 125 | | Bismarck | ND | 58505-0040 |
| Edward Manibusan | Attorney General | Administration Building | P.O. Box 10007 | | Saipan | MP | 96950-8907 |
| Dave Yost | Ohio Attorney General | 30 E Broad St, 14th Floor | | | Columbus | OH | 43215 |
| Gentner Drummond | Oklahoma Office of the Attorney General | 313 NE 21st St. | | | Oklahoma City | OK | 73105 |
| Ellen Rosenblum | Oregon Department of Justice Attorney General | Oregon Department of Justice | 1162 Court St. NE | | Salem | OR | 97301 |
| Michelle Henry | Pennsylvania Attorney General | 16th Floor, Strawberry Sq. | | | Harrisburg | PA | 17120 |
| Domingo Emanuelli | Puerto Rico Attorney General | PO Box 9020192 | | | San Juan | PR | 00902-0192 |
| Peter Neronha | Office of the Attorney General | 150 S Main St. | | | Providence | RI | 02903 |
| Alan Wilson | South Carolina Attorney General | PO Box 11546 | | | Columbia | SC | 29211-1549 |
| Marty Jackley | Office of the Attorney General | 1302 E Hwy 14, Suite 1 | | | Pierre | SD | 57501-8501 |
| Jonathan Skrmetti | Office of the Attorney General | PO Box 20207 | | | Nashville | TN | 37202 |
| Ken Paxton | Attorney General of Texas | PO Box 12548 | | | Austin | TX | 78711-2548 |
| Carol Thomas-Jacobs | Attorney General | 34-38 Kronprindsens Gade | GERS Building, 2nd Floor | | St. Thomas | Virgin Islands | 00802 |
| Sean Reyes | Office of the Attorney General | PO Box 142320 | | | Salt Lake City | UT | 84114-2320 |
| Charity Clark | Office of the Attorney General | 109 State St. | | | Montpelier | VT | 05609-1001 |
| Jason Miyares | Attorney General of Virginia | 900 E Main St | | | Richmond | VA | 23219 |
| Bob Ferguson | Washington State Office of the Attorney General | 1125 Washington St. SE | PO Box 40100 | | Olympia | WA | 98504-0100 |

CAFA Mailing List

Exhibit A

| Name | Title | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|---|
| Patrick Morrisey | Office of the West Virginia Attorney General | State Capitol Complex | Bldg. 1, Room E-26 | Charleston | WV | 25305 |
| Josh Kaul | Wisconsin Department of Justice Attorney General | State Capitol, Ste 114 E | PO Box 7857 | Madison | WI | 53707-7857 |
| Bridget Hill | Wyoming Attorney General | Pioneer Building, 4th Floor | 2424 Pioneer Avenue | Cheyenne | WY | 82002 |
| Gary Gensler | Chairman | 100 F Street, NE | | Washington | DC | 20549 |
| The Honorable Merrick B. Garland | Attorney General of the United States | U.S. Department of Justice | 950 Pennsylvania Avenue, NW | Washington | DC | 20530 |

EXHIBIT B



Phone 866.274.4004
610.565.9202
Fax 610.565.7985

strategicclaims.net

February 13, 2023

**VIA CERTIFIED MAIL**

The Honorable Merrick B. Garland
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530

RE:   Notice of Proposed Class Action Settlement Pursuant to 28 U.S.C. § 1715 –
      *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation*, Master File No.: 1:17-cv-00916-RA-BCM

Dear Sir or Madam:

Strategic Claims Services has been retained to administer the proposed class action settlement in a federal securities lawsuit pending in the United States District Court for the Southern District of New York *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,* Master File No. 1:17-cv-00916-RA-BCM (S.D.N.Y.). The plaintiffs filed a motion for preliminary approval of a class action settlement on February 3, 2023. In compliance with Section 1715 of the Class Action Fairness Act, 28 U.S.C. §§ 1332(d), 1453, and 1711–1715 (CAFA), this letter is to advise you of that proposed class action settlement. As of this writing, the Court has not yet ruled on the motion for preliminary approval.

The Defendants deny any and all wrongdoing, deny any liability to plaintiffs or to the proposed settlement class, and deny that plaintiffs and the proposed class members have suffered any damages attributable to the Defendants' actions.

In compliance with Section 1715(b), the following documents referenced below are included on the CD that is enclosed with this letter:

1. **28 U.S.C. § 1715(b)(1) – Complaint and Related Materials:** A copy of the complaint and amended complaints filed in the action are provided on the enclosed CD ROM.

2. **28 U.S.C. § 1715(b)(2) – Notice of Any Scheduled Judicial Hearing:** The Court has not scheduled a hearing on preliminary approval, or for final approval, as of this writing.

3. **28 U.S.C. § 1715(b)(3) – Notification to Class Members:** A copy of the *Notice* is enclosed on the CD ROM entitled "*Stipulation Ex. A-1 - Long Notice*," "*Stipulation Ex. A-3 - Summary Notice*," and "*Stipulation Ex. A-4 - Postcard Notice.*"

4. **28 U.S.C. § 1715(b)(4) – Proposed Class Action Settlement:** A copy of the parties' *Stipulation and Agreement of Settlement* with Exhibits is provided on the enclosed CD ROM.

5. **28 U.S.C. § 1715(b)(5) – Any Settlement or Other Agreement:** The parties also contemporaneously agreed to a confidential *Supplemental Agreement*, which is referred to in the *Stipulation and Agreement of Settlement* and which was not filed with the Court. As described in the *Stipulation*, and as is customary in securities class action settlements, the purpose of the confidential *Supplemental Agreement* is to provide the Defendants with the option to terminate the Settlement if timely requests for exclusion from the settlement class are submitted by eligible settlement class members that meet the conditions set forth in the *Supplemental Agreement*. The *Supplemental Agreement* remains confidential and has not been included with the enclosed materials. The parties represent that they will provide your office with a copy of the *Supplemental Agreement* upon request.

6. **28 U.S.C. § 1715(b)(6) – Final Judgment:** As of the date of this letter, no final judgment has been issued by the Court.

7. **28 U.S.C. § 1715(b)(7)(A)-(B) – Names of Class Members/Estimated Proportionate Share:** Pursuant to 28 U.S.C. § 1715(b)(7)(A), CAFA also requires a defendant, "if feasible," to provide the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement or (B) if the provision of information under subparagraph (A) is not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement. Because most of the securities at issue are held in "street name," it is not feasible to provide the names of settlement class members who reside in each state, or to provide the estimated proportionate share of the claims of such members to the settlement. For the same reason, it is not feasible to provide a reasonable estimate of the number of settlement class members residing in each state or the estimated proportionate share of the claims of such members to the settlement.

8. **28 U.S.C. § 1715(b)(8) – Written Judicial Opinions:** There are no written judicial opinions relating to the materials described in 28 U.S.C. § 1715(b) subparagraphs (3) through (6) at this time.

If for any reason, you believe the enclosed information does not fully comply with Section 1715, please contact the Counsel for Defendants identified below, to address any concerns or questions that you may have.

**Counsel for Defendants**
KING & SPALDING LLP
Israel Dahan
Peter Isajiw
Ryan Gabay
1185 Avenue of the Americas
New York, New York 10036
idahan@kslaw.com
pisajiw@kslaw.com
rgabay@kslaw.com

Chelsea J. Corey
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
ccorey@kslaw.com

Sincerely,

Strategic Claims Services

By:  Matthew Shillady
Title: Director of Operations

Enclosure – CD ROM