UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br><u>CLASS ACTION</u> |

**NOTICE OF MOTION FOR FINAL APPROVAL<br>OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE that on July 7, 2023 at 3:00 p.m., or as soon thereafter as the parties can be heard, Plaintiffs will and hereby do move the Court, the Honorable Ronnie Abrams, for final approval of the proposed class action settlement.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying Declaration of Joshua Baker In Support of Plaintiffs' Motions For: (1) Final Approval of Proposed Class Action Settlement; and (2) Award of Attorneys' Fees, Reimbursement of Expenses, and Awards to Plaintiffs, the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

Dated: June 9, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/*Joshua Baker*
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Ave., 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com

1

Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Class Counsel for Plaintiffs and the Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Email: Guiney@whafh.com

*Additional Counsel*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on June 9, 2023, a true and correct copy of the foregoing document was served by CM/ECF to the parties registered to the Court's CM/ECF system.

*/s/Joshua Baker*
