UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br><u>CLASS ACTION</u> |

**STATEMENT REGARDING LATE FILING**

Counsel for Plaintiffs submit this statement pursuant to Rule 23.6(c) of the Electronic Case Filing Rules & Instructions for the Southern District of New York, to explain a missed deadline due to a technical failure of the Court's electronic filing ("ECF") website.

Pursuant to the Court's Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement (Dkt. No. 357), paragraph 25, Plaintiffs' motion for attorneys' fees, reimbursement of expenses, and awards to Plaintiffs ("Motion"), filed herewith, was due by June 9, 2023. Counsel for Plaintiffs were prepared to timely file the Motion and at approximately 4:45pm on June 9, 2023, counsel attempted to electronically file the Motion on the Court's ECF website (ecf.nysd.uscourts.gov). Counsel repeatedly attempted to access the Court's ECF website, including from multiple computers and locations, but each time received only an "Error 404" message stating that "The requested URL was not found on this server." Accordingly, Plaintiffs request that the Court excuse the missed deadline because Plaintiffs were unable to timely file their Motion due to a technical failure of the Court's ECF system.

Dated: June 11, 2023            Respectfully submitted,

                                           **THE ROSEN LAW FIRM, P.A.**

                                           By: /s/*Joshua Baker*
                                           Phillip Kim

Laurence M. Rosen
Joshua Baker
275 Madison Ave., 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

*Class Counsel for Plaintiffs and the Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Email: Guiney@whafh.com

*Additional Counsel*