# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> <u>CLASS ACTION</u> |
| This Document Relates To: All Actions | |

**DECLARATION OF MARGERY CRAIG CONCERNING: (A) MAILING OF THE POSTCARD NOTICE;  (B) PUBLICATION OF THE SUMMARY NOTICE; AND (C) <u>REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS</u>**

I, Margery Craig, declare as follows:

1.      I am a Project Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.  I have over fifteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over five hundred twenty-five (525) class action cases since its inception.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

**<u>MAILING OF THE POSTCARD NOTICE</u>**

2.      Pursuant to the Court's Order Granting Plaintiff's Motion for Preliminary Approval of Class Action Settlement, dated February 21, 2023 (Dkt. No. 357, the "Preliminary Approval Order"), SCS was appointed and approved as the Claims Administrator to supervise and administer the notice procedure as well as the processing of claims in connection with the Settlement of the above-captioned action.[1]  I submit this declaration in order to provide the Court

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation of Settlement, dated February 1, 2023 (Dkt. No. 352, the "Stipulation").

and the Parties information regarding the notifications to potential Class Members, as well as updates concerning other aspects of the Settlement administration process.

3.      SCS sent the Depository Trust Company ("DTC") a Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim and Release Form ("Proof of Claim") (collectively, the "Long Notice and Proof of Claim") for the DTC to publish on its Legal Notice System ("LENS") on March 2, 2023. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted. A true and correct copy of the Long Notice and Proof of Claim is attached as **Exhibit A**.

4.      As in most class actions of this nature, the large majority of potential Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master list consisting of 785 banks and brokerage companies ("Nominee Account Holders"), as well as 1,000 mutual funds, insurance companies, pension funds, and money managers ("Institutional Groups").  On March 2, 2023, SCS caused a letter to be mailed or e-mailed to the 1,785 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that they, within 10 calendar days from the date of the letter, either send the Postcard Notice or email the link to the location of the Long Notice and Proof of Claim on the settlement webpage to their customers who may be beneficial purchasers/owners or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial purchasers/owners so that SCS could promptly either mail the Postcard Notice or email the link

to the location of the Long Notice and Proof of Claim on the settlement webpage.  A copy of the letter sent to these nominees is attached as **Exhibit B.**

5.      To provide actual notice to those persons and entities that purchased or otherwise acquired publicly traded Global Brokerage, Inc., f/k/a FXCM Inc. ("FXCM") Class A common stock during the period March 15, 2012 through February 6, 2017, both dates inclusive (the "Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential Class Members.  **Exhibit C** is a copy of the Postcard Notice.

6.      SCS mailed, by first class mail, postage prepaid, the Postcard Notice to 74 individuals and organizations identified in the transfer records that were provided to SCS.  These records reflect persons and entities that purchased FXCM Class A common stock for their own account, or for the account(s) of their clients, during the Class Period.  The transfer record mailing was completed on March 3, 2023.  SCS then mailed the Postcard Notice to 12,959 names and addresses of potential Class Members received from individuals or nominees requesting that a Postcard Notice be mailed by SCS, SCS received a request from three nominees for 27,698 Postcard Notices so that they could forward them to their customers, and SCS received notification from two nominees that they mailed the Postcard Notices to 858 of their customers.  To date, 41,589 Postcard Notices have been mailed to potential Class Members.[2]

7.      Additionally, SCS was notified by a nominee that they emailed 19,717 of their clients to notify them of this settlement and provided the link to the location of the Long Notice and Proof of Claim on the settlement webpage.

---

[2] SCS received 33 requests from potential Class Members for the Long Notice and Proof of Claim to be mailed to them.  SCS immediately mailed the Long Notice and Proof of Claims to the potential Class Members.

8.      In total, 61,306 potential Class Members were notified either by mailed Postcard Notice or emailed the link to the location of the Long Notice and Proof of Claim on the settlement webpage.

9.      Out of the 41,589 Postcard Notices mailed, 2,481 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 169, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 2,312 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 1,175 were re-mailed to updated addresses.

## PUBLICATION OF THE SUMMARY NOTICE

10.      Pursuant to the Preliminary Approval Order, the Summary Notice of Pendency and Proposed Class Action Settlement ("Summary Notice") was published once electronically on *Globe Newswire* and in print once in the *Investor's Business Daily* on March 27, 2023, as shown in the confirmations of publication attached hereto as **Exhibit D.**

## TOLL-FREE PHONE LINE

11.      SCS maintains a toll-free telephone number (1-866-274-4004) for Class Members to call and obtain information about the Settlement as well as request the Long Notice and Proof of Claim to be mailed to them. SCS has promptly responded to each telephone inquiry and to address Class Member inquiries.

## SETTLEMENT WEBPAGE

12.      On March 2, 2023, SCS established a webpage on its website at www.strategicclaims.net/FXCM. The webpage is accessible 24 hours a day, 7 days a week.  The webpage contains the current status; the case deadlines; the online claim filing link; and

important case documents such as the Long Notice and Proof of Claim, the Preliminary Approval Order, and the Stipulation with exhibits.

## REPORT ON EXCLUSIONS AND OBJECTIONS

13.     The Postcard Notice, Long Notice, Summary Notice, and the settlement webpage informed potential Class Members that written requests for exclusion are to be mailed or delivered to SCS such that they are received no later than June 16, 2023.  SCS has been monitoring all mail delivered for this case.  To date, SCS has received one invalid exclusion request. The exclusion request did not provide the information and documentation required under the Preliminary Approval Order and set forth in the Long Notice. SCS emailed a notice to the potential Class member whose exclusion request required additional information/documentation explaining what further information and documentation is required and provided an opportunity to cure the deficient request. To date, SCS has not received any response to these notices. A copy of the invalid request for exclusion is attached hereto as **Exhibit E**.

14.     According to the Long Notice and Summary Notice, Class Members seeking to object to the Settlement, any part of the Settlement, the Plan of Allocation, Class Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs must be submitted to Class Counsel and Counsel for the Individual Defendants, as well as filed with the Clerk of the Court, no later than June 16, 2023.  As of the date of this declaration, SCS has not received any objections, and SCS has not been notified that any objection was submitted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 9th day of June 2023, in Media, Pennsylvania.

*Margery Craig*

Margery Craig

**EXHIBIT A**

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM |
| | CLASS ACTION |
| This Document Relates To: All Actions | |

## NOTICE OF PENDENCY AND PROPOSED
## SETTLEMENT OF CLASS ACTION

If you purchased Class A common stock of Global Brokerage, Inc. f/k/a FXCM, Inc. ("FXCM" or the "Company") during the period from March 15, 2012 through February 6, 2017, both dates inclusive ("Class Period"), you could get a payment from a proposed class action settlement ("Settlement").

*Under law, a federal court has authorized this Notice. This is not attorney advertising.*

- If approved by the Court, the Settlement will provide $6,500,000 ("Settlement Amount"), plus interest as it accrues, minus attorneys' fees, costs, administrative expenses, and net of any taxes on interest, to pay claims of investors who purchased FXCM common stock during the Class Period.

- The approximate recovery, after deduction of attorneys' fees and expenses approved by the Court, is an average of $0.66 per damaged share of FXCM common stock. This estimate is based on the assumptions set forth in the following two paragraphs. Your actual recovery, if any, will depend on the aggregate losses of all Class Members, the date(s) you purchased and sold FXCM common stock, the purchase and sale prices, and the total number and amount of claims filed.

- Attorneys for Plaintiffs ("Class Counsel") intend to ask the Court to award them fees of up to one third of the Settlement Amount, or $2,166,666.67, reimbursement of litigation expenses of no more than $850,000, and awards to Class Representatives of $20,000 for Lead Plaintiff Shipco Transport Inc. and $15,000 for Plaintiff E-Global Trade and Finance Group, Inc., or $35,000 total. Collectively, the attorneys' fees and expenses and award to Plaintiffs are estimated to average $0.59 per damaged share of FXCM common stock. If approved by the Court, these amounts will be paid from the Settlement Fund.

- The Settlement represents an estimated average recovery of $1.25 per damaged share of FXCM common stock for the approximately 5.2 million damaged shares during the Class Period. Shares may have been traded more than once during the Class Period. This estimate solely reflects the average recovery per damaged share of FXCM common stock. The indicated average recovery per share will be the total average recovery for all purchasers of that share. This is not an estimate of the actual recovery per share you should expect. Your actual recovery will depend on the aggregate losses of all Class Members, the date(s) you purchased and sold FXCM common stock, and the total number of claims filed.

- The Settlement resolves the Action concerning whether FXCM and Dror Niv and William Ahdout (the "Individual Defendants") violated the federal securities laws by making misrepresentations and/or omissions of material fact in various filings with the U.S. Securities and Exchange Commission or in other public statements to investors. Individual Defendants and FXCM deny each and every claim and contention alleged in the Action and deny any misconduct or wrongdoing whatsoever, including by any of FXCM's officers, directors, or employees.

- Your legal rights will be affected whether you act or do not act. If you do not act, you may permanently forfeit your right to recover on this claim. Therefore, you should read this Notice carefully.

**YOUR LEGAL RIGHTS AND OPTIONS IN THIS SETTLEMENT**

| | |
|---|---|
| **SUBMIT A CLAIM FORM NO LATER THAN JUNE 7, 2023** | The only way to get a payment. |
| **EXCLUDE YOURSELF NO LATER THAN JUNE 16, 2023** | Get no payment. This is the only option that allows you to ever be part of any other lawsuit against the Individual Defendants and FXCM about the legal claims in this case. |
| **OBJECT NO LATER THAN JUNE 16, 2023** | Write to the Court and explain why you object to the Settlement. |
| **GO TO A HEARING ON JULY 7, 2023** | Ask to speak in Court about the fairness of the Settlement. |
| **DO NOTHING** | Get no payment. Give up rights. |

## INQUIRIES

**Please do not contact the Court regarding this Notice.** All inquiries concerning this Notice, the Proof of Claim and Release Form, or any other questions by Class Members should be directed to:

| | | |
|---|---|---|
| Global Brokerage, Inc. f/k/a FXCM, Inc.<br>Securities Litigation<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson St., Ste. 205<br>Media, PA 19063<br>Tel.: 866-274-4004<br>Fax: 610-565-7985<br>Email: info@strategicclaims.net | OR | Phillip Kim<br>THE ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>Tel: 212-686-1060<br>Fax: 212-202-3827<br>Email: pkim@rosenlegal.com |

## DEFINITIONS

All capitalized terms not otherwise defined herein shall have the same meanings as set forth in the Stipulation of Settlement, dated February 1, 2023 ("Stipulation").

## COMMON QUESTIONS AND ANSWERS CONCERNING THE SETTLEMENT

1. **Why did I get this Notice?**

You or someone in your family may have purchased FXCM common stock between March 15, 2012 and February 6, 2017, both dates inclusive.

2. **What is this lawsuit about?**

The case is known as *In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation,* Master File No. 1:17-cv-916-RA-BCM (S.D.N.Y.) (the "Action"). The Action is pending in the United States District Court for the Southern District of New York.

The Action involves Plaintiffs' allegations that the Individual Defendants and FXCM violated Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder, by knowingly misleading investors in Securities Exchange Commission ("SEC") filings and other public statements by falsely claiming that its customers who transacted on FXCM's "No Dealing Desk" ("NDD") platform would be free from conflicts of interest because FXCM would not be on the other side of the trade or have any financial interest in the trade, when, in fact, FXCM had an undisclosed financial interest in the

2

market maker that consistently "won" the largest share of FXCM's NDD trading volume. On February 6, 2017, the Commodity Futures Trading Commission ("CFTC") and National Futures Association ("NFA") announced a regulatory settlement, and that they found that FXCM and Individual Defendants had engaged in false and misleading solicitations of FXCM's retail foreign exchange customers by concealing its conflict of interest. FXCM and Individual Defendants did not admit to any alleged wrongdoing as part of the settlement. The settlement imposed a civil penalty of $7 million and prohibited the company from operating in the United States. Plaintiffs allege that upon this news, FXCM securities lost half of their value, damaging FXCM investors. Defendants have denied and continue to deny the allegations in the Complaint and all charges of wrongdoing or liability against FXCM or any of its officers, directors, or employees. The Settlement shall in no event be construed as, or deemed to be evidence of, an admission or concession by any of the Defendants with respect to any claim or any fault or wrongdoing or damage to the Class Members or any other person. The Settlement resolves all of the claims in the Action, as well as certain other claims or potential claims.

**3.      Why is this a class action?**

In a class action, one or more persons and/or entities, called plaintiffs, sue on behalf of all persons and/or entities who have similar claims. All of these persons and/or entities are referred to collectively as a class, and these individual persons and/or entities are known as class members. One court resolves all of the issues for all class members, except for those class members who exclude themselves from the class.

**4.      Why is there a Settlement?**

Plaintiffs and the Individual Defendants do not agree regarding the merits of Plaintiffs' allegations and the Individual Defendants' defenses with respect to liability or the amount of damages per share, if any, that would be recoverable if Plaintiffs were to prevail at trial on each claim. The issues on which Plaintiffs and the Individual Defendants disagree include: (1) whether the Individual Defendants made any statements or omissions that were materially false or misleading or otherwise actionable under federal securities law; (2) whether certain the Individual Defendants acted with scienter; (3) to the extent any statements or omissions were materially false or misleading, whether any subsequent disclosures corrected any prior false or misleading statements or omissions by the Individual Defendants; (4) the causes of the loss in the value of the stock; and (5) the amount of damages, if any, that could be recovered at trial.

This matter has not gone to trial. Instead, Plaintiffs and the Individual Defendants have agreed to settle the case. Plaintiffs and Class Counsel believe the Settlement is best for all Class Members because of the risks associated with continued litigation and the nature of the defenses the Individual Defendants would raise. Among the reasons that Plaintiffs and Class Counsel believe the Settlement is fair is the fact that there is uncertainty about whether they would be able to prove their claims at trial, and whether they will be able to prove that the alleged misstatements and omissions actually caused the Class any damages, and the amount of damages, if any.

Even if Plaintiffs were to win at trial, and also prevail on any on appeal brought by the Individual Defendants, Plaintiffs might not be able to collect some, or all, of any judgment the class would be awarded. Moreover, litigation of this type is usually expensive, and it appears that, even if Plaintiffs' allegations were eventually found to be true, the total amount of damages to which Class Members would be entitled could be substantially reduced.

**5.      How do I know if I am part of the Settlement?**

The Class consists of those Persons who purchased FXCM common stock from March 15, 2012 through February 6, 2017, both dates inclusive.

**6.      Are there exceptions to being included?**

Yes. Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, consultants and directors of FXCM and FXCM Holdings, LLC; (iii) siblings, parents, children, spouses, and household members of any person excluded under (i) and (ii); (iv) any entities affiliated with, controlled by, or more than 5% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs,

successors or assigns of any person excluded under (i) through (iv). Also excluded from the Class are persons who file valid and timely requests for exclusion from the Class.

**7.      I am still not sure whether I am included.**

If you are still not sure whether you are included, you can ask for free help. For more information, you can contact the Claims Administrator, Strategic Claims Services, by phone at (866) 274-4004 or by facsimile at (610) 565-7985, visit the website www.strategicclaims.net/FXCM, or fill out and return the Proof of Claim and Release Form described in Question 9, to see if you qualify.

**8.      What does the Settlement provide?**

**a.      What is the Settlement Fund?**

The proposed Settlement provides that the Individual Defendants pay $6,500,000 into a Settlement Fund. The Settlement is subject to Court approval. Also, subject to the Court's approval, a portion of the Settlement Fund will be used to pay attorneys' fees and reasonable litigation expenses to Class Counsel and any Award to the Plaintiffs. A portion of the Settlement Fund also will be used to pay taxes due on interest earned by the Settlement Fund, if necessary, and the costs of the claims administration, including the costs of printing and mailing this Notice and the costs of publishing notice. After the foregoing deductions from the Settlement Fund have been made, the amount remaining ("Net Settlement Fund") will be distributed according to the Plan of Allocation to be approved by the Court to Class Members who submit timely, valid Proofs of Claim.

**b.      What can you expect to receive under the proposed Settlement?**

Your share of the Net Settlement Fund will or may depend on: (i) the number of claims filed; (ii) the dates you purchased and sold FXCM common stock; (iii) the prices of your purchases and sales; (iv) the amount of administrative costs, including the costs of notice; and (v) the amounts awarded by the Court to Class Counsel for attorneys' fees, costs, and expenses and any awards to Plaintiffs.

The Claims Administrator will determine each Class Member's *pro rata* share of the Net Settlement Fund based upon each Class Member's valid "Recognized Loss." The Recognized Loss formula is not intended to be an estimate of the amount that a Class Member might have been able to recover after a trial; it also is not an estimate of the amount that will be paid to Authorized Claimants pursuant to the Settlement. The Recognized Loss formula is the basis upon which the Net Settlement Fund will be proportionately allocated to the Class Members with valid claims.

The Net Settlement Fund will be distributed to Class Members who submit a Proof of Claim and whose claims for recovery are allowed by the Claims Administrator pursuant to the terms of the Stipulation or by order of the Court under the below Plan of Allocation ("Authorized Claimants"), which reflects Plaintiffs' contention that because of the alleged misrepresentations made by the Individual Defendants, the price of FXCM common stock was artificially inflated during the relevant period and that certain subsequent disclosures caused changes in the inflated price of FXCM common stock. The Individual Defendants have denied these allegations.

## PROPOSED PLAN OF ALLOCATION

The Plan of Allocation is a matter separate and apart from the proposed Settlement, and any decision by the Court concerning the Plan of Allocation shall not affect the validity or finality of the proposed Settlement. The Court may approve the Plan of Allocation with or without modifications agreed to among the Parties, or another plan of allocation, without further notice to Class Members. Any orders regarding a modification of the Plan of Allocation will be posted to the Claims Administrator's website: www.strategicclaims.net/FXCM.

To the extent there are sufficient funds in the Net Settlement Fund, each Authorized Claimant will receive an amount equal to the Authorized Claimant's Recognized Loss and subject to the provisions in the preceding paragraph. If, however, the amount in the Net Settlement Fund is not sufficient to permit payment of the total Recognized Loss of each Authorized Claimant, then each Authorized Claimant shall be paid the percentage of the Net Settlement Fund that each Authorized Claimant's Recognized Loss bears to the total Recognized Losses of all Authorized Claimants and subject to the provisions in the preceding paragraph

(*i.e.*, "*pro rata* share"). No distribution will be made on a claim where the potential distribution amount is less than ten dollars ($10.00) in cash.

If any funds remain in the Net Settlement Fund by reason of uncashed checks, or otherwise, after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in the distribution of the Net Settlement Fund cash their distribution checks, then any balance remaining in the Net Settlement Fund six months after the initial distribution of such funds shall be used: (i) first, to pay any amounts mistakenly omitted from the initial distribution to Authorized Claimants; (ii) second, to pay any additional Notice and Administration Costs incurred in administering the Settlement; and (iii) finally, to make a second distribution to Authorized Claimants who cashed their checks from the initial distribution and who would receive at least $10.00 from such second distribution, after payment of the estimated costs or fees to be incurred in administering the Net Settlement Fund and in making this second distribution, if such second distribution is economically feasible. Six months after such second distribution, if undertaken, or if such second distribution is not undertaken, any funds shall remain in the Net Settlement Fund after the Claims Administrator has made reasonable and diligent efforts to have Authorized Claimants who are entitled to participate in this Settlement cash their checks, any funds remaining in the Net Settlement Fund shall be donated to a non-profit charitable organization(s) selected by Class Counsel.

### THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS

Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on their Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

Recognized Loss for the FXCM's Class A common stock purchased during the Class Period will be calculated as follows[1]:

A. For shares retained at the end of trading on May 5, 2017, the Recognized Loss shall be the lesser of:
   (i)    $3.39 per share; or
   (ii)   the difference between the purchase price per share and $2.33 per share.[2]

B. For shares sold on or before February 6, 2017, the Recognized Loss per share shall be $0.

C. For shares sold between February 7, 2017 and May 5, 2017, inclusive, the Recognized Loss shall be the lesser of:
   (i)    $3.39 per share: or
   (ii)   the difference between the purchase price per share and the average closing price per share as of date of sale provided in Table A below.

---

[1] On October 1, 2015 FXCM completed a 1-for-10 reverse stock split for its Class A common stock such that for every 10 pre-split shares, the post-split shareholder would own 1 share. All Recognized Loss calculations will be done on a post-split basis.
[2] Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $2.33 per share was the mean (average) daily closing trading price of the Company's common stock during the 90-day period beginning on February 7, 2017 and ending on May 5, 2017.

| Table A | | | | | | | | |
|---------|---------|----------------|------|--------|----------------|------|--------|----------------|
| Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price | Date | Closing Price | Average Closing Price |
| 2/7/2017 | $3.45 | $3.45 | 3/9/2017 | $2.33 | $2.75 | 4/7/2017 | $2.00 | $2.42 |
| 2/8/2017 | $2.90 | $3.18 | 3/10/2017 | $2.30 | $2.73 | 4/10/2017 | $2.15 | $2.42 |
| 2/9/2017 | $3.00 | $3.12 | 3/13/2017 | $2.05 | $2.70 | 4/11/2017 | $2.30 | $2.41 |
| 2/10/2017 | $2.90 | $3.06 | 3/14/2017 | $2.05 | $2.67 | 4/12/2017 | $2.20 | $2.41 |
| 2/13/2017 | $2.90 | $3.03 | 3/15/2017 | $1.75 | $2.64 | 4/13/2017 | $2.18 | $2.41 |
| 2/14/2017 | $2.80 | $2.99 | 3/16/2017 | $1.71 | $2.60 | 4/17/2017 | $2.25 | $2.40 |
| 2/15/2017 | $2.85 | $2.97 | 3/17/2017 | $1.45 | $2.56 | 4/18/2017 | $2.20 | $2.40 |
| 2/16/2017 | $2.95 | $2.97 | 3/20/2017 | $1.45 | $2.52 | 4/19/2017 | $2.20 | $2.39 |
| 2/17/2017 | $2.90 | $2.96 | 3/21/2017 | $1.65 | $2.49 | 4/20/2017 | $2.10 | $2.39 |
| 2/21/2017 | $2.80 | $2.95 | 3/22/2017 | $1.75 | $2.47 | 4/21/2017 | $2.10 | $2.38 |
| 2/22/2017 | $2.85 | $2.94 | 3/23/2017 | $1.90 | $2.45 | 4/24/2017 | $2.15 | $2.38 |
| 2/23/2017 | $2.75 | $2.92 | 3/24/2017 | $2.15 | $2.44 | 4/25/2017 | $2.20 | $2.37 |
| 2/24/2017 | $2.80 | $2.91 | 3/27/2017 | $2.25 | $2.44 | 4/26/2017 | $2.15 | $2.37 |
| 2/27/2017 | $2.90 | $2.91 | 3/28/2017 | $2.50 | $2.44 | 4/27/2017 | $2.00 | $2.36 |
| 2/28/2017 | $2.75 | $2.90 | 3/29/2017 | $2.50 | $2.44 | 4/28/2017 | $2.10 | $2.36 |
| 3/1/2017 | $2.60 | $2.88 | 3/30/2017 | $2.55 | $2.44 | 5/1/2017 | $2.05 | $2.35 |
| 3/2/2017 | $2.60 | $2.86 | 3/31/2017 | $2.70 | $2.45 | 5/2/2017 | $2.05 | $2.35 |
| 3/3/2017 | $2.50 | $2.84 | 4/3/2017 | $2.50 | $2.45 | 5/3/2017 | $2.00 | $2.34 |
| 3/6/2017 | $2.27 | $2.81 | 4/4/2017 | $2.25 | $2.45 | 5/4/2017 | $2.05 | $2.34 |
| 3/7/2017 | $2.31 | $2.79 | 4/5/2017 | $2.20 | $2.44 | 5/5/2017 | $1.95 | $2.33 |
| 3/8/2017 | $2.30 | $2.77 | 4/6/2017 | $2.15 | $2.43 | | | |

To the extent a claimant had a trading gain or "broke even" from their overall transactions in the Company's shares during the Class Period, the value of the Recognized Loss will be zero, and the claimant will not be entitled to a share of the Net Settlement Fund. To the extent that a claimant suffered a trading loss on their overall transactions in the Company's shares during the Class Period, but that trading loss was less than the Recognized Loss calculated above, then the Recognized Loss shall be limited to the amount of the claimant's actual trading loss. On October 1, 2015, FXCM completed a 1-for-10 reverse stock split for its Class A common stock.  All calculations will be done on a post-split basis.

For purposes of calculating your Recognized Loss, the date of purchase, acquisition or sale is the "contract" or "trade" date and not the "settlement" or "payment" date.  The receipt or grant by gift, inheritance or operation of law of the Company shares shall not be deemed a purchase, acquisition or sale of shares for the calculation of an Authorized Claimant's Recognized Loss. The covering purchase of a short sale is not an eligible purchase.

For purposes of calculating your Recognized Loss, all purchases, acquisitions and sales shall be matched on a First In First Out ("FIFO") basis in chronological order.  Therefore, on the Proof of Claim and Release Form enclosed with this Notice, you must provide all of your purchases, acquisitions and sales of the Company shares during the time period March 15, 2012 through and including May 5, 2017.

Payment pursuant to the Plan of Allocation approved by the Court shall be conclusive against all Authorized Claimants. No person shall have any claim against the Individual Defendants, FXCM, Defense Counsel, Plaintiffs, Class Counsel or the Settlement Administrator or other agent designated by Class Counsel based on the distributions made substantially in accordance with the Stipulation and the Settlement contained therein, the Plan of Allocation, or further orders of the Court. Each claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to the claimant's Proof of Claim. All persons involved

6

in the review, verification, calculation, tabulation, or any other aspect of the processing of the claims submitted in connection with the Settlement, or otherwise involved in the administration or taxation of the Settlement Fund or the Net Cash Settlement Amount shall be released and discharged from any and all claims arising out of such involvement, and all Class Members, whether or not they are to receive payment from the Net Cash Settlement Amount, will be barred from making any further claim against the Net Settlement Fund beyond the amount allocated to them as provided in any distribution orders entered by the Court.

**9.     How can I get a payment?**

To qualify for a payment, you must send in a form entitled "Proof of Claim and Release Form." This form is attached to this Notice. You may also obtain this form on the Settlement website at www.strategicclaims.net/FXCM. Read the instructions carefully, fill out the form, sign it in the location indicated. The Proof of Claim and Release Form may be completed in two ways: (1) by completing and submitting it electronically at www.strategicclaims.net/FXCM by 11:59 p.m. EST on June 7, 2023; or (2) by mailing the claim form together with all documentation requested in the form, postmarked no later than June 7, 2023, to the Claims Administrator at:

<div align="center">

Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Fax:  610-565-7985
Email: info@strategicclaims.net

</div>

The Claims Administrator will process your claim and determine whether you are an Authorized Claimant.

**10.     What am I giving up to get a payment or stay in the Class?**

Unless you exclude yourself from the Class by the June 16, 2023 deadline, you will remain a member of the Class and will be bound by the release of claims against the Individual Defendants, FXCM, and other Released Parties if the Settlement is approved. That means you and all other Class Members and each of their respective parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates will release (agreeing never to sue, continue to sue, or be part of any other lawsuit) as against the Individual Defendants, FXCM and other Released Parties any and all claims which arise out of, are based upon or relate in any way to the purchase of FXCM common stock during the Class Period. It means that all of the Court's orders will apply to you and legally bind you. That means you will accept a share of the Net Settlement Fund as the sole compensation for any losses you suffered in the purchase or sale of FXCM common stock during the Class Period. The specific terms of the release are included in the Stipulation.

**11.     How do I exclude myself from the Settlement?**

If you do not want to receive a payment from this Settlement, and you want to keep any right you may have to sue or continue to sue the Individual Defendants, FXCM or other Released Parties on your own about the claims being released in this Settlement, then you must take steps to exclude yourself from the Settlement. To exclude yourself from the Settlement, you must mail a letter that: (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement of *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,* Master File No. 1:17-cv-916 (S.D.N.Y.);" (B) states the date, number of shares and dollar amount of each FXCM common stock purchase during the Class Period, and any sale transactions; and (C) states the number of shares of FXCM common stock held by you as of the opening and closing of the Class Period. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of FXCM common stock during the Class Period, and (ii) demonstrating your status as a beneficial owner of the FXCM common stock. Any such request for exclusion must be signed and submitted

by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than June 16, 2023, to the Claims Administrator at the following address:

<div align="center">

Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

</div>

You cannot exclude yourself by telephone or by e-mail.

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

**12.    If I do not exclude myself, can I sue the Individual Defendants and/or FXCM for the same thing later?**

No. Unless you followed the procedure outlined in this Notice and the Court's Preliminary Approval Order to exclude yourself, you give up any right to sue the Individual Defendants, FXCM, or other Released Parties for the claims being released in this Settlement. If you have a pending lawsuit related to any Released Claims, speak to your lawyer in that case immediately, since you must exclude yourself from this Class to continue your own lawsuit.

**13.    Do I have a lawyer in this case?**

The Court appointed The Rosen Law Firm, P.A. as Class Counsel, to represent you and the other Class Members. If you want to be represented by your own lawyer, you may hire one at your own expense. Contact information for The Rosen Law Firm, P.A. is provided above.

**14.    How will the lawyers be paid?**

Class Counsel have expended considerable time litigating this action on a contingent fee basis and have paid for the expenses of the case themselves. They have not been paid attorneys' fees or reimbursed for their expenses in advance of this Settlement. Class Counsel have done so with the expectation that, if they are successful in recovering money for the Class, they will receive attorneys' fees and be reimbursed for their litigation expenses from the Settlement Fund, as is customary in this type of litigation. Class Counsel will not receive attorneys' fees or be reimbursed for their litigation expenses except from the Settlement Fund. Therefore, Class Counsel will file a motion asking the Court at the Settlement Hearing to make an award of attorneys' fees in an amount not to exceed one third of the Settlement, or $2,166,666.67, for reimbursement of reasonable litigation expenses not to exceed $850,000, and awards to Class Representatives of $20,000 for Lead Plaintiff Shipco Transport Inc. and $15,000 for Plaintiff E-Global Trade and Finance Group, Inc., or $35,000 total. The Court may award less than these amounts. Any amounts awarded by the Court will come out of the Settlement Fund. Pursuant to S.D.N.Y. Local Rule 23.1, Class Counsel intends to share part of any attorneys' fees awarded by the Court with Wolf Haldenstein Adler Freeman & Herz LLP in accordance with its contribution, prosecution, and resolution of the Action.

**15.    How do I tell the Court that I object to the Settlement?**

You can tell the Court you do not agree with the Settlement, any part of the Settlement, the Plan of Allocation, Class Counsel's motion for attorneys' fees and expenses, or application for an Award to Plaintiffs, and that you think the Court should not approve any or all of the foregoing, by mailing a letter stating that you object to the Settlement in the matter of *In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation,* Master File No. 1:17-cv-916 (S.D.N.Y.). Be sure to include (1) your name, address, and telephone number, (2) a list of all purchases and sales of FXCM common stock during the Class Period in order to show membership in the Class, (3) all grounds for the objection, including any legal support known to you or your counsel, (4) the name, address and telephone number of all counsel, if any, who represent you, and (5) the number of times you and/or your counsel has filed an objection to a class action settlement in the last five years, the nature of each such objection in each case, the jurisdiction in each case,

<div align="center">8</div>

and the name of the issuer of the security or seller of the product or service at issue in each case. Attendance at the Settlement Hearing is not necessary. Objectors wishing to be heard orally at the Settlement Hearing are required to indicate in their written objection (or in a separate writing that is submitted in accordance with the deadline and after instruction pertinent to the submission of a written objection) that they intend to appear at the Settlement Hearing and identify any witnesses they may call to testify or exhibits they intend to introduce into evidence at the Settlement Hearing. Be sure to serve copies of any objections, papers and briefs to **each** of the addresses listed below, to be received no later than June 16, 2023:

| Clerk of the Court<br>United States District Court<br>Southern District of New York<br>Daniel Patrick Moynihan<br>U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 | CLASS COUNSEL:<br>THE ROSEN LAW FIRM, P.A.<br>Phillip Kim<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016 | COUNSEL FOR THE INDIVIDUAL<br>DEFENDANTS:<br>KING & SPALDING LLP<br>Israel Dahan<br>1185 Avenue of the Americas<br>New York, NY 10036 |
|---|---|---|

**16.     What is the difference between objecting and requesting exclusion?**

Objecting is simply telling the Court you do not like something about the Settlement or some portion thereof. You can object only if you stay in the Class. Requesting exclusion is telling the Court you do not want to be part of the Class and Settlement. If you exclude yourself, you cannot object to the Settlement because it no longer concerns you. If you stay in the Class and object, but your objection is overruled, you will not be allowed a second opportunity to exclude yourself.

**17.     When and where will the Court decide whether to approve the Settlement?**

The Court will hold a Settlement Hearing on July 7, 2023, at 3:00 p.m., at the U.S. District Court, Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007, or by telephonic or videoconference means as directed by the Court.

At this hearing, the Court will consider whether the Settlement is fair, reasonable, and adequate and whether to approve the Settlement. If there are objections, the Court will consider them, and the Court will listen to people who have asked to speak at the hearing. The Court may also decide whether to approve the Plan of Allocation, as well as how much to pay Class Counsel for attorneys' fees and expenses and how much to award to Plaintiffs.

**18.     Do I have to come to the hearing?**
No. Class Counsel will answer any questions the Court may have. However, you are welcome to attend at your own expense. If you send an objection, you do not have to come to Court to talk about it. As long as you mail your written objection on time, the Court will consider it.

**19.     What happens if I do nothing at all?**
If you do nothing, you will not receive a payment from the Settlement. However, unless you exclude yourself, you will not be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Individual Defendants, FXCM or the Released Parties about the Released Claims (as defined in the Stipulation) ever again.

DATED: FEBRUARY 21, 2023

_____
BY ORDER OF THE UNITED STATES
DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

## PROOF OF CLAIM AND RELEASE FORM

**Deadline for Submission:  June 7, 2023**

IF YOU PURCHASED GLOBAL BROKERAGE, INC F/K/A FXCM, INC. ("FXCM" OR THE "COMPANY") PUBLICLY-TRADED CLASS A COMMON STOCK DURING THE PERIOD FROM MARCH 15, 2012 THROUGH FEBRUARY 6, 2017, BOTH DATES INCLUSIVE ("CLASS PERIOD"), YOU ARE A "CLASS MEMBER" AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS. (EXCLUDED FROM THE CLASS ARE (i) DEFENDANTS; (ii) CURRENT AND FORMER OFFICERS, EMPLOYEES, CONSULTANTS AND DIRECTORS OF FXCM AND FXCM HOLDINGS, LLC; (iii) SIBLINGS, PARENTS, CHILDREN, SPOUSES, AND HOUSEHOLD MEMBERS OF ANY PERSON EXCLUDED UNDER (i) AND (ii); (iv) ANY ENTITIES AFFILIATED WITH, CONTROLLED BY, OR MORE THAN 5% OWNED BY, ANY PERSON EXCLUDED UNDER (i) THROUGH (iii); AND (v) THE LEGAL REPRESENTATIVES, HEIRS, SUCCESSORS OR ASSIGNS OF ANY PERSON EXCLUDED UNDER (i) THROUGH (iv). ALSO EXCLUDED ARE THOSE WHO VALIDLY OPT-OUT.).

IF YOU ARE A CLASS MEMBER, YOU MUST COMPLETE AND SUBMIT PROOF OF CLAIM AND RELEASE FORM ("PROOF OF CLAIM") IN ORDER TO BE ELIGIBLE FOR ANY SETTLEMENT BENEFITS. YOU CAN COMPLETE AND SUBMIT THE ELECTRONIC VERSION OF THIS PROOF OF CLAIM BY 11:59 P.M. EST ON JUNE 7, 2023 AT WWW.STRATEGICCLAIMS.NET/FXCM.

IF YOU DO NOT COMPLETE AND SUBMIT AN ELECTRONIC VERSION OF THIS PROOF OF CLAIM, YOU MUST COMPLETE AND SIGN THIS PROOF OF CLAIM AND MAIL IT BY FIRST CLASS MAIL, POSTMARKED NO LATER THAN JUNE 7, 2023 TO STRATEGIC CLAIMS SERVICES, THE CLAIMS ADMINISTRATOR, AT THE FOLLOWING ADDRESS:

<div align="center">

Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
Email:  info@strategicclaims.net

</div>

YOUR FAILURE TO SUBMIT YOUR CLAIM BY JUNE 7, 2023 WILL SUBJECT YOUR CLAIM TO REJECTION AND PRECLUDE YOU FROM RECEIVING ANY MONEY IN CONNECTION WITH THE SETTLEMENT OF THIS ACTION. DO NOT MAIL OR DELIVER YOUR CLAIM TO THE COURT OR TO ANY OF THE PARTIES OR THEIR COUNSEL, AS ANY SUCH CLAIM WILL BE DEEMED NOT TO HAVE BEEN SUBMITTED. SUBMIT YOUR CLAIM ONLY TO THE CLAIMS ADMINISTRATOR. IF YOU ARE A CLASS MEMBER AND DO NOT SUBMIT A PROPER PROOF OF CLAIM, YOU WILL NOT SHARE IN THE SETTLEMENT, BUT YOU NEVERTHELESS WILL BE BOUND BY THE FINAL JUDGMENT OF THE COURT UNLESS YOU EXCLUDE YOURSELF.

SUBMISSION OF A PROOF OF CLAIM DOES NOT ASSURE THAT YOU WILL SHARE IN THE PROCEEDS OF THE SETTLEMENT.

## CLAIMANT'S STATEMENT

1.  I (we) purchased Global Brokerage, Inc. f/k/a FXCM, Inc. ("FXCM" or the "Company") publicly-traded Class A Common Stock during the Class Period. (Do not submit this Proof of Claim if you did not purchase FXCM common stock during the Class Period.)

2.  By submitting this Proof of Claim, I (we) state that I (we) believe in good faith that I am (we are) a Class Member(s) as defined above or am (are) acting for such person(s); that I am (we are) not a Defendant(s) in the Action or anyone excluded from the Class; that I (we) have read and understand the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice"); that I (we) believe that I am (we are) entitled to receive a share of the Net Settlement Fund; that I (we) elect to participate in the proposed Settlement; and that I (we) have not filed a request for exclusion. (If you are acting in a representative capacity on behalf of a Class Member [e.g., as an executor, administrator, trustee, or other representative], you must submit evidence of your current authority to act on behalf of that Class Member. Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.)

3.  I (we) consent to the jurisdiction of the Court with respect to all questions concerning the validity of this Proof of Claim. I (we) understand and agree that my (our) claim may be subject to investigation and discovery under the Federal Rules of Civil Procedure, provided that such investigation and discovery shall be limited to my (our) status as a Class Member(s) and the validity and amount of my (our) claim. No discovery shall be allowed on the merits of the Action or Settlement in connection with processing of the Proof of Claim.

4.  I (we) have set forth where requested below all relevant information with respect to each purchase of FXCM common stock during the time period, and each sale, if any, of the same. I (we) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.

5.  I (we) have enclosed photocopies of the stockbroker's confirmation slips, stockbroker's statements, or other documents evidencing each purchase and sale of FXCM common stock listed below in support of my (our) claim. (IF ANY SUCH DOCUMENTS ARE NOT IN YOUR POSSESSION, PLEASE OBTAIN A COPY OR EQUIVALENT DOCUMENTS FROM YOUR BROKER OR TAX ADVISOR BECAUSE THESE DOCUMENTS ARE NECESSARY TO PROVE AND PROCESS YOUR CLAIM.)

6.  I (we) understand that the information contained in this Proof of Claim is subject to such verification as the Claims Administrator may request or as the Court may direct, and I (we) agree to cooperate in any such verification. (The information requested herein is designed to provide the minimum amount of information necessary to process most simple claims.  The Claims Administrator may request additional information as required to efficiently and reliably calculate your Recognized Loss.  In some cases, the Claims Administrator may condition acceptance of the claim upon the production of additional information, including, where applicable, information concerning transactions in any derivative securities, such as options.)

7.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a full and complete release, remise and discharge by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates) of each of the "Released Parties" of all "Released Claims" as those terms are defined in the Stipulation of Settlement, dated February 1, 2023 ("Stipulation").

8.  Upon the occurrence of the Court's approval of the Settlement, I (we) agree and acknowledge that my (our) signature(s) hereto shall effect and constitute a covenant by me (us) and my (our) parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees, legatees, and estates (or, if I am (we are) submitting this Proof of Claim on behalf of a corporation, a partnership, estate or one or more other persons, by it, him, her or them, and by its, his, her or their parent entities, associates, affiliates, subsidiaries, predecessors, successors, assigns, attorneys, immediate family members, heirs, representatives, administrators, executors, devisees,

legatees, and estates) to permanently refrain from prosecuting or attempting to prosecute any Released Claims against any of the Released Parties.

9. "Released Parties" has the meaning defined in the Stipulation.

10. "Released Claims" has the meaning defined in the Stipulation.

11. "Unknown Claims" has the meaning defined in the Stipulation.

12. I (we) agree and acknowledge that I (we) may hereafter discover facts in addition to or different from those which I (we) now know or believe to be true with respect to the Released Claims, but I (we) agree and acknowledge that, upon the Effective Date as defined in the Stipulation, I (we) shall be deemed to have, and by operation of the Final Judgment shall have, fully, finally and forever settled and released, any and all Released Claims, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed, upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct which is negligent, intentional, with or without malice, or a breach of fiduciary duty, law or rule, without regard to the subsequent discovery or existence of such different or additional facts.  I (we) agree and acknowledge that the foregoing waiver was separately bargained for and a key element of the Settlement of which this release is a part.

13. NOTICE REGARDING INSTITUTIONAL FILERS: Representatives with the authority to file on behalf of (a) accounts of multiple Persons and/or (b) institutional accounts with large numbers of transactions ("Representative Filers") must submit information regarding their clients' transactions in the approved electronic spreadsheet format, which is available by request to the Claims Administrator at efile@strategicclaims.net or by visiting the website www.strategicclaims.net/institutional-filers/.  One spreadsheet may contain the information for multiple Persons and institutional accounts who constitute distinct legal entities ("Legal Entities"), but all Representative Filers MUST also submit a manually signed Proof of Claim and Release Form, as well as proof of authority to file (see Item 2 of the Claimant's Statement) along with the electronic spreadsheet. The transactions and holdings in FXCM common stock should be reported in the electronic file so that each resulting Claim corresponds to a single Legal Entity, regardless of the number of individually managed accounts the Legal Entity has, as only one Claim will be processed per Legal Entity (e.g. a Representative Filer reporting the transactions for a fund with multiple sub-accounts should report one total holding at the start of the Class Period, one total holding at the end of the time period, and a single set of transactions that includes all transactions made by the Legal Entity across their sub-accounts; this would constitute and be processed a single Claim). The Claims Administrator reserves the right to combine a Legal Entity's accounts into a single Claim prior to processing in the event that a Legal Entity's accounts are divided across multiple Claims when submitted by a Representative Filer. The Claims Administrator also reserves the right to request additional documentary proof regarding a Legal Entity's transactions and holdings in FXCM common stock to prove and accurately process the Claim.

14. NOTICE REGARDING ONLINE FILING: Claimants who are not Representative Filers may submit their claims online using the electronic version of the Proof of Claim and Release Form hosted at www.strategicclaims.net/FXCM.  If you are not acting as a Representative Filer, you do not need to contact the Claims Administrator prior to filing; you will receive an automated e-mail confirming receipt once your Proof of Claim and Release Form has been submitted.  If you are unsure if you should submit your claim as a Representative Filer, please contact the Claims Administrator at info@strategicclaims.net or (866) 274-4004. If you are not a Representative Filer, but your claim contains a large number of transactions, the Claims Administrator may request that you also submit an electronic spreadsheet showing your transactions to accompany your Proof of Claim and Release Form.

15. In order to provide accurate claims processing you must provide all transactions in FXCM common stock between March 15, 2012 and May 5, 2017, both dates inclusive.

**FXCM**

## I. CLAIMANT INFORMATION

| |
|---|
| Beneficial Owner Name |
| Record Owner Name |
| Address |
| |

| City | State | ZIP |
|---|---|---|
| Foreign Province | Foreign Country | |
| Day Phone | Evening Phone | |

| Email |
|---|

| Social Security Number (for individuals): | OR | Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|

## II. SCHEDULE OF TRANSACTIONS IN FXCM COMMON STOCK

**Beginning Holdings:**

A.  State the total number of shares of Global Brokerage, Inc. f/k/a FXCM, Inc. ("FXCM") common stock held at the close of trading on March 14, 2012 (*must be documented*).  If none, write "zero" or "0."

**Purchases:**

B.  Separately list each and every purchase of FXCM common stock between March 15, 2012 and May 5, 2017, both dates inclusive, and provide the following information (*must be documented):*

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Purchased | Price per Share | Total Cost (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

**FXCM**

**Sales:**

C.  Separately list each and every sale of FXCM common stock between March 15, 2012 and May 5, 2017, both dates inclusive, and provide the following information (*must be documented*):

| Trade Date (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Price per Share | Amount Received (Excluding Commissions, Taxes, and Fees) |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

**Ending Holdings:**

D.  State the total number of shares of FXCM common stock held at the close of trading on May 5, 2017 (*must be documented).*

**If additional space is needed, attach separate, numbered sheets, giving all required information, substantially in the same format, and print your name and Social Security or Taxpayer Identification number at the top of each sheet.**

**III. SUBSTITUTE FORM W-9**

Request for Taxpayer Identification Number:

Enter taxpayer identification number below for the Beneficial Owner(s).  For most individuals, this is your Social Security Number.  The Internal Revenue Service ("I.R.S.") requires such taxpayer identification number.  If you fail to provide this information, your claim may be rejected.

| Social Security Number (for individuals) | or | Taxpayer Identification Number (for estates, trusts, corporations, etc.) |
|---|---|---|
| _____ |  | _____ |

**IV. CERTIFICATION**

I (We) submit this Proof of Claim under the terms of the Stipulation and Settlement described in the Notice.  I (We) also submit to the jurisdiction of the United States District Court for the Southern District of New York, with respect to my (our) claim as a Class Member(s) and for purposes of enforcing the release and covenant not to sue set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in this Action. I (We) have not submitted any other claim covering the same purchases or sales of FXCM common stock during the Class Period and know of no other Person having done so on my (our) behalf.

I (We) certify that I am (we are) NOT subject to backup withholding under the provisions of Section 3406 (a)(1)(c) of the Internal Revenue Code because: (a) I am (We are) exempt from backup withholding; or (b) I (We) have not been notified by the I.R.S. that I am (we are) subject to backup withholding as a result of a failure to report all interest or dividends; or (c) the I.R.S. has notified me (us) that I am (we are) no longer subject to backup withholding.

15

**FXCM**

NOTE: If you have been notified by the I.R.S. that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

UNDER THE PENALTIES OF PERJURY UNDER THE LAWS OF THE UNITED STATES, I (WE) CERTIFY THAT ALL OF THE INFORMATION I (WE) PROVIDED ON THIS PROOF OF CLAIM AND RELEASE FORM IS TRUE, CORRECT AND COMPLETE.

Signature of Claimant (If this claim is being made on behalf of Joint Claimants, then each must sign):

_____

(Signature)

_____

(Signature)

_____

(Capacity of person(s) signing, e.g. beneficial purchaser(s), executor, administrator, trustee, etc.)
☐ Check here if proof of authority to file is enclosed.
(See Item 2 under Claimant's Statement)

Date:  _____

**THIS PROOF OF CLAIM AND RELEASE FORM MUST BE SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/FXCM NO LATER THAN 11:59 P.M. ON JUNE 7, 2023, OR POSTMARKED NO LATER THAN JUNE 7, 2023 AND MUST BE MAILED TO:**

Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063
Tel.:  866-274-4004
Fax:  610-565-7985
Email:  info@strategicclaims.net

A Proof of Claim received by the Claims Administrator shall be deemed to have been submitted when posted, if mailed by June 7, 2023 and if a postmark is indicated on the envelope and it is mailed first class and addressed in accordance with the above instructions.  In all other cases, a Proof of Claim shall be deemed to have been submitted when actually received by the Claims Administrator.

You should be aware that it will take a significant amount of time to process fully all of the Proofs of Claim and to administer the Settlement.  This work will be completed as promptly as time permits, given the need to investigate and tabulate each Proof of Claim.  Please notify the Claims Administrator of any change of address.

Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

## REMINDER CHECKLIST

o   Please be sure to sign this Proof of Claim on page 16.  If this Proof of Claim is submitted on behalf of joint claimants, then both claimants must sign.

o   Please remember to attach supporting documents.  Do NOT send any stock certificates.  Keep copies of everything you submit.

o   Do NOT use highlighter on the Proof of Claim or any supporting documents.

o   If you move or change your address, telephone number or email address, please submit the new information to the Claims Administrator, as well as any other information that will assist us in contacting you. NOTE: Failure to submit updated information to the Claims Administrator may result in the Claims Administrator's inability to contact you regarding issues with your claim or to deliver payment to you.

**EXHIBIT B**

<u>REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS</u>

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net          FAX: (610) 565-7985

March 2, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS AND ENTITIES THAT PURCHASED CLASS A COMMON STOCK OF GLOBAL BROKERAGE, INC. F/K/A FXCM, INC. ("FXCM" OR THE "COMPANY") DURING THE PERIOD FROM MARCH 15, 2012 THROUGH FEBRUARY 6, 2017, BOTH DATES INCLUSIVE.

Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, consultants and directors of FXCM and FXCM Holdings, LLC; (iii) siblings, parents, children, spouses, and household members of any person excluded under (i) and (ii); (iv) any entities affiliated with, controlled by, or more than 5% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors or assigns of any person excluded under (i) through (iv).

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation*<br>Master File No. 1:17-cv-00916-RA-BCM<br>Claim Filing Deadline: June 7, 2023<br>Exclusion Deadline: June 16, 2023<br>Objection Deadline: June 16, 2023<br>Settlement Hearing: July 7, 2023 | Cusip Numbers: 302693106 and 302693205 |

<u>PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.</u>

Please comply in one of the following ways:

1.  If you have no beneficial purchasers/owners, please so advise us in writing; or
2.  **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the link to the location of the Long Notice and Proof of Claim or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3.  Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4.  Request a link to the location of the Long Notice and Proof of Claim and advise us that you will be emailing the link to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:

*  **$0.03 per emailed link to the location of the Long Notice and Proof of Claim sent** OR
*  **$0.03 per name, address and email address** if you are providing us the records OR
*  **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

**All invoices must be received within 30 days of this letter**.

You are on record as having been notified of the legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form and all the important documents are available on our website at www.strategicclaims.net/FXCM. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation

# EXHIBIT C

Global Brokerage, Inc.
f/k/a FXCM, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment.*
*This Notice may affect your legal rights.*

*Please read it carefully.*

There has been a proposed Settlement with Dror Niv and William Ahdout (collectively, "Individual Defendants") to release all claims asserted in the Action against the Individual Defendants and Global Brokerage, Inc. f/k/a FXCM, Inc. ("FXCM"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, the Individual Defendants and FXCM misled investors by issuing materially false and misleading statements and causing damages to Class Members. The Individual Defendants and FXCM deny any wrongdoing.

You received this Notice because you or someone in your family may have purchased FXCM Class A common stock between March 15, 2012 and February 6, 2017, both dates inclusive ("Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of the Individual Defendants and FXCM, a fund consisting of $6,500,000 ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.strategicclaims.net/FXCM and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free (866) 274-4004; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/FXCM.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator. A copy of the Proof of Claim can be found on the website. PROOF OF CLAIMS ARE DUE BY JUNE 7, 2023 TO GLOBAL BROKERAGE, INC. F/K/A FXCM, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/FXCM. If you do not want to be legally bound by the Settlement, you must exclude yourself by June 16, 2023, or you will not be able to sue the Individual Defendants and FXCM about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by June 16, 2023. The Long Notice explains how to exclude yourself or to object.

**mcraig@strategicclaims.net**

| | |
|---|---|
| **From:** | donotreply@globenewswire.com |
| **Sent:** | Monday, March 27, 2023 9:01 AM |
| **To:** | mcraig@strategicclaims.net |
| **Cc:** | jbravata@strategicclaims.net; mcraig@strategicclaims.net; lrosen@rosenlegal.com |
| **Subject:** | GlobeNewswire Release Distribution Confirmation: The Rosen Law Firm PA |



# Release Distribution Confirmation

**The Rosen Law Firm, P.A. Announces Proposed Securities Class Action Settlement on Behalf of Purchasers of the Publicly Traded Class A Common Stock of Global Brokerage, Inc. F/K/A FXCM, Inc. - GLBR**

*Cross time: **03/27/23 09:00 AM ET: Eastern Time** - View release on GlobeNewswire.com*

This email message serves as a formal confirmation that your release was transmitted on GlobeNewswire's distribution network as requested, including any fax or email broadcasts.

If you have any questions, comments or concerns, please reply to this message, contact your account manager, or call our Customer Service Center at 800-307-6627, or 310-642-6930

This message was distributed by GlobeNewswire.

2321 Rosecrans Ave. Ste 2200, El Segundo, CA, 90245, USA. +1-800-307-6627. www.globenewswire.com

You received this email because you have an account with GlobeNewswire.

If you have any questions, please send an email to support@globenewswire.com or Contact Us

## AFFIDAVIT

**STATE OF NEW JERSEY** )

) ss:

**CITY OF MONMOUTH JUNCTION, in the COUNTY OF MIDDLESEX )**

I, Keith Oechsner, being duly sworn, depose and say that I am the advertising clerk of the Publisher of

INVESTORS BUSINESS DAILY, a weekly national newspaper of general circulation throughout the

United States, and that the notice attached to this Affidavit has been regularly

published in INVESTORS BUSINESS DAILY for National distribution for

1   insertion(s) on the following date(s):

MAR-27-2023;

ADVERTISER: Global Brokerage, Inc.;

and that the foregoing statements are true and correct to the best of my knowledge.

_____

Sworn to before me this
28   day of  March   2023



_____
Notary Public

IAN C MARTIN
NOTARY PUBLIC
ID #
50086494
COMMISSION
EXPIRES
7/18/2023
STATE OF NEW JERSEY

## Grains

**WHEAT (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1242.0 | 654.00 | May 23 | 193,517 | 660.25 | 700.50 | 656.25 | 688.50 | +26.5 |
| 1160.3 | 665.00 | Jul 23 | 108,363 | 673.00 | 711.50 | 668.75 | 700.00 | +26 |
| 1130.5 | 675.75 | Sep 23 | 35,446 | 684.00 | 722.25 | 681.75 | 711.25 | +25.5 |
| 1119.0 | 691.25 | Dec 23 | 38,738 | 699.50 | 737.75 | 698.50 | 727.50 | +25.3 |
| 1093.0 | 703.00 | Mar 24 | 6,480 | 711.50 | 748.00 | 711.00 | 738.75 | +24.8 |
| 1062.5 | 712.25 | May 24 | 1,432 | 715.75 | 751.00 | 715.75 | 742.25 | +24 |
| 1025.0 | 690.25 | Jul 24 | 1,783 | 699.00 | 729.75 | 699.00 | 723.75 | +24 |

Est. Vol. 196,880 Vol. 101,580 open int 386,257 +4,765

**CORN (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 766.50 | 573.75 | May 23 | 489,628 | 631.00 | 645.00 | 627.50 | 643.00 | +11.3 |
| 760.00 | 574.25 | Jul 23 | 367,624 | 610.00 | 624.25 | 607.50 | 623.00 | +12.3 |
| 701.50 | 551.50 | Sep 23 | 177,286 | 559.00 | 569.75 | 557.25 | 569.25 | +9.25 |
| 679.25 | 542.75 | Dec 23 | 272,966 | 551.50 | 560.75 | 549.25 | 560.25 | +8 |
| 684.00 | 552.00 | Mar 24 | 29,463 | 561.00 | 569.75 | 558.25 | 569.00 | +8 |
| 684.50 | 557.50 | May 24 | 8,483 | 566.00 | 574.50 | 564.75 | 574.25 | +7.5 |
| 680.00 | 552.75 | Jul 24 | 5,283 | 567.25 | 576.50 | 566.25 | 576.00 | +7 |
| 617.50 | 523.25 | Sep 24 | 1,736 | 546.50 | 551.75 | 546.50 | 551.75 | +5 |
| 602.00 | 512.50 | Dec 24 | 12,943 | 536.00 | 543.00 | 535.00 | 542.25 | +5 |
| 573.75 | ... | Mar 25 | 191 | 549.00 | 550.75 | 547.50 | 549.50 | +5 |
| 580.00 | 483.00 | Dec 25 | 1,324 | 495.50 | 495.50 | 494.50 | 494.50 | +2.25 |

Est. Vol. 359,910 Vol. 365,508 open int 1,367,031 +8,600

**OATS (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 625.50 | 319.00 | May 23 | 2,649 | 360.00 | 369.50 | 359.75 | 368.50 | +7 |
| 625.25 | 323.50 | Jul 23 | 804 | 355.00 | 364.00 | 355.00 | 363.00 | +6.75 |
| 604.25 | 324.50 | Sep 23 | 310 | 355.25 | 362.50 | 355.25 | 361.25 | +5.25 |
| 604.25 | 324.50 | Dec 23 | 505 | 364.75 | 372.75 | 364.75 | 368.75 | +4.25 |

Est. Vol. 540 Vol. 758 open int 4,287 -135

**SOYBEANS (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1567.3 | 1300.0 | May 23 | 293,164 | 1419.5 | 1432.0 | 1405.0 | 1428.3 | +8.75 |
| 1562.5 | 1299.0 | Jul 23 | 182,683 | 1398.5 | 1411.0 | 1383.8 | 1406.3 | +7.75 |
| 1532.3 | 1287.5 | Aug 23 | 19,607 | 1353.8 | 1366.3 | 1339.5 | 1361.0 | +7.5 |
| 1473.3 | 1240.0 | Sep 23 | 16,116 | 1285.5 | 1302.8 | 1274.8 | 1297.8 | +11 |
| 1448.3 | 1217.3 | Nov 23 | 154,864 | 1258.0 | 1276.8 | 1247.5 | 1273.3 | +15.3 |
| 1450.0 | 1227.5 | Jan 24 | 18,768 | 1265.0 | 1282.5 | 1255.5 | 1279.8 | +15 |
| 1428.3 | 1219.8 | Mar 24 | 16,274 | 1264.0 | 1280.5 | 1255.5 | 1278.5 | +14.3 |
| 1427.3 | 1216.0 | May 24 | 6,505 | 1262.0 | 1283.5 | 1259.0 | 1281.8 | +14.3 |
| 1380.0 | 1162.5 | Nov 24 | 5,059 | 1214.5 | 1229.8 | 1206.0 | 1222.3 | +11.3 |

Est. Vol. 283,826 Vol. 338,431 open int 716,256 +12,216

**SOYBEAN MEAL (CBOT) - 100 tons- dollars per ton**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 498.00 | 373.30 | May 23 | 170,707 | 439.80 | 446.60 | 435.00 | 445.10 | +6.8 |
| 486.90 | 373.60 | Jul 23 | 119,141 | 436.20 | 442.60 | 431.30 | 441.60 | +7.1 |
| 472.10 | 369.20 | Aug 23 | 18,033 | 426.50 | 433.80 | 422.90 | 432.50 | +7.2 |
| 454.40 | 364.00 | Sep 23 | 21,269 | 413.10 | 421.70 | 410.50 | 420.30 | +7.8 |
| 440.70 | 353.80 | Oct 23 | 15,930 | 402.10 | 411.50 | 400.80 | 410.50 | +8.4 |
| 437.70 | 353.80 | Dec 23 | 59,238 | 401.30 | 408.70 | 397.80 | 408.00 | +8.9 |
| 431.20 | 355.60 | Jan 24 | 10,548 | 394.00 | 403.60 | 392.90 | 403.20 | +9.3 |
| 422.30 | 347.30 | Mar 24 | 7,509 | 384.00 | 394.20 | 383.70 | 393.90 | +9.9 |
| 418.70 | 349.10 | May 24 | 1,517 | 379.40 | 389.90 | 379.40 | 389.70 | +10.3 |
| 417.70 | 347.90 | Jul 24 | 1,131 | 379.00 | 389.40 | 379.00 | 388.70 | +9.9 |

Est. Vol. 162,310 Vol. 200,565 open int 426,203 -1,355

**SOYBEAN OIL (CBOT) - 60,000 lbs- cents per lb**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 76.73 | 51.28 | May 23 | 156,214 | 52.35 | 53.88 | 51.48 | 53.27 | +1.1 |
| 75.63 | 51.50 | Jul 23 | 118,020 | 52.57 | 54.00 | 51.68 | 53.39 | +1.01 |
| 74.32 | 51.24 | Aug 23 | 33,136 | 52.26 | 53.57 | 51.47 | 52.97 | +.89 |
| 73.25 | 50.88 | Sep 23 | 29,903 | 51.84 | 53.13 | 51.13 | 52.52 | +.83 |
| 72.55 | 50.47 | Oct 23 | 22,054 | 51.40 | 52.64 | 50.69 | 52.02 | +.81 |
| 72.34 | 50.27 | Dec 23 | 70,986 | 51.12 | 52.39 | 50.40 | 51.77 | +.81 |
| 71.69 | 50.29 | Jan 24 | 12,604 | 51.09 | 52.27 | 50.43 | 51.64 | +.72 |
| 71.24 | 50.38 | Mar 24 | 8,892 | 50.98 | 52.22 | 50.91 | 51.56 | +.61 |
| 71.08 | 50.49 | May 24 | 3,438 | 51.34 | 52.34 | 50.49 | 51.58 | +.5 |
| 71.02 | 50.59 | Jul 24 | 2,599 | 51.62 | 52.45 | 50.59 | 51.64 | +.45 |

Est. Vol. 165,945 Vol. 220,418 open int 462,551 +7,150

**WHEAT (CBOT) - 5,000 bu minimum- cents per bushel**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1326.0 | 772.50 | May 23 | 78,330 | 819.75 | 861.25 | 814.00 | 848.00 | +28.3 |
| 1210.0 | 763.75 | Jul 23 | 52,440 | 805.50 | 845.75 | 802.00 | 834.25 | +27.8 |
| 1159.0 | 766.25 | Sep 23 | 19,650 | 801.00 | 842.50 | 800.25 | 831.50 | +26.8 |
| 1127.8 | 774.00 | Dec 23 | 19,917 | 806.00 | 844.00 | 806.00 | 832.75 | +25.8 |
| 1103.8 | 776.50 | Mar 24 | 1,864 | 805.00 | 839.25 | 805.00 | 830.25 | +24.5 |
| 1000.0 | 743.25 | Jul 24 | 519 | 770.25 | 795.25 | 770.25 | 785.75 | +21.3 |

Est. Vol. 54,919 Vol. 28,499 open int 173,043 +940

**ROUGH RICE (CBOT) - 2,000 CWT- dollars per CWT**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 18.75 | 16.25 | May 23 | 4,796 | 17.53 | 17.95 | 17.51 | 17.88 | +.32 |
| 18.90 | 16.49 | Jul 23 | 750 | 17.57 | 17.80 | 17.57 | 17.76 | +.195 |
| 17.59 | 15.24 | Sep 23 | 2,360 | 15.50 | 15.69 | 15.41 | 15.58 | +.02 |
| 17.07 | 15.09 | Nov 23 | 207 | 15.69 | 15.71 | 15.69 | 15.71 | +.02 |

Est. Vol. 1,769 Vol. 739 open int 8,126 -47

## Meats

**CATTLE (CME) - 40,000 lbs.- cents per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 166.67 | 150.87 | Apr 23 | 42,844 | 162.05 | 163.30 | 161.75 | 163.00 | +.85 |
| 161.90 | 146.35 | Jun 23 | 123,171 | 155.75 | 156.85 | 155.30 | 156.60 | +.8 |
| 160.80 | 146.20 | Aug 23 | 72,892 | 155.70 | 156.60 | 155.35 | 156.42 | +.72 |
| 165.25 | 150.00 | Oct 23 | 32,864 | 160.10 | 160.92 | 159.75 | 160.62 | +.57 |
| 169.25 | 153.32 | Dec 23 | 25,074 | 165.10 | 165.80 | 164.82 | 165.45 | +.4 |
| 172.22 | 160.82 | Feb 24 | 7,204 | 168.87 | 169.20 | 168.35 | 168.92 | +.35 |
| 174.50 | 16.62 | Apr 24 | 4,069 | 171.45 | 171.82 | 171.15 | 171.62 | +.25 |
| 170.20 | 163.00 | Jun 24 | 1,057 | 167.42 | 167.62 | 167.20 | 167.45 | -.2 |
| 170.22 | 164.80 | Aug 24 | 104 | 166.50 | 166.85 | 166.50 | 166.85 | +.3 |

Est. Vol. 51,167 Vol. 42,945 open int 309,279 -2,863

**FEEDER CATTLE (CME) - 50,000 lbs.- cents per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 194.32 | 172.07 | Mar 23 | 3,070 | 189.27 | 190.12 | 188.30 | 189.65 | +.63 |
| 200.77 | 174.50 | Apr 23 | 9,717 | 194.52 | 195.00 | 193.47 | 194.80 | -.2 |
| 207.02 | 178.37 | May 23 | 23,797 | 198.47 | 198.60 | 196.65 | 197.55 | -1.05 |
| 220.17 | 193.85 | Aug 23 | 14,219 | 214.57 | 214.57 | 213.27 | 214.12 | -.5 |
| 222.47 | 195.27 | Sep 23 | 4,899 | 217.45 | 217.60 | 216.57 | 217.00 | -.87 |
| 224.12 | 201.65 | Oct 23 | 2,007 | 220.00 | 220.00 | 218.97 | 219.00 | -1 |
| 225.00 | 203.10 | Nov 23 | 1,136 | 221.05 | 221.05 | 220.12 | 220.17 | -.85 |
| 223.80 | 210.45 | Jan 24 | 722 | 218.70 | 219.00 | 218.35 | 218.35 | -.82 |

Est. Vol. 19,111 Vol. 15,638 open int 59,567 +848

**HOGS LEAN (CME) - 40,000 lbs.- cents per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 97.40 | 75.15 | Apr 23 | 32,909 | 75.75 | 77.52 | 75.62 | 77.17 | +1.42 |
| 102.15 | 81.92 | May 23 | 1,692 | 83.05 | 86.00 | 83.05 | 85.67 | +2.32 |
| 109.77 | 87.80 | Jun 23 | 94,255 | 89.35 | 91.87 | 88.80 | 91.42 | +2.05 |
| 109.97 | 90.00 | Jul 23 | 20,630 | 91.50 | 93.87 | 91.00 | 93.57 | +2.2 |
| 109.02 | 90.42 | Aug 23 | 25,132 | 91.77 | 93.75 | 91.30 | 93.52 | +1.97 |
| 93.75 | 80.37 | Oct 23 | 25,262 | 81.50 | 83.35 | 80.90 | 83.02 | +1.92 |
| 85.50 | 75.17 | Dec 23 | 15,130 | 76.47 | 78.00 | 75.80 | 77.47 | +1.5 |
| 88.35 | 78.82 | Feb 24 | 6,420 | 79.85 | 81.42 | 79.85 | 80.90 | +1.55 |
| 91.62 | 82.45 | Apr 24 | 1,798 | 84.50 | 85.10 | 84.45 | 84.60 | +1.78 |
| 103.95 | 92.80 | Jun 24 | 66 | 94.27 | 94.27 | 94.22 | 94.22 | +1.42 |

Est. Vol. 44,792 Vol. 50,763 open int 223,297 +603

## Foods

**COCOA (ICE) - 10 metric tons- $ per ton**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2892.0 | 2188.0 | May 23 | 121,093 | 2851.0 | 2892.0 | 2849.0 | 2884.0 | +16 |
| 2855.0 | 2192.0 | Jul 23 | 91,619 | 2808.0 | 2843.0 | 2805.0 | 2834.0 | +12 |
| 2844.0 | 2196.0 | Sep 23 | 50,506 | 2795.0 | 2817.0 | 2785.0 | 2809.0 | +9 |
| 2805.0 | 2197.0 | Dec 23 | 51,758 | 2757.0 | 2778.0 | 2753.0 | 2770.0 | +3 |
| 2750.0 | 2188.0 | Mar 24 | 23,224 | 2710.0 | 2722.0 | 2701.0 | 2715.0 | -7 |
| 2733.0 | 2186.0 | May 24 | 5,240 | 2689.0 | 2704.0 | 2688.0 | 2695.0 | -11 |
| 2719.0 | 2188.0 | Jul 24 | 5,181 | 2686.0 | 2686.0 | 2668.0 | 2677.0 | -14 |
| 2680.0 | 2218.0 | Sep 24 | 2,276 | 2659.0 | 2661.0 | 2645.0 | 2654.0 | -17 |

Est. Vol. 52,321 Vol. 70,874 open int 351,791 +10,102

**COFFEE C (ICE) - 37,500 lbs.- cents per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 236.50 | 143.05 | May 23 | 76,389 | 174.80 | 179.85 | 172.60 | 179.25 | +4.95 |
| 233.65 | 143.90 | Jul 23 | 46,331 | 173.75 | 178.80 | 171.85 | 178.30 | +4.85 |
| 231.00 | 144.55 | Sep 23 | 32,669 | 172.05 | 177.00 | 170.10 | 176.50 | +4.8 |
| 228.45 | 144.85 | Dec 23 | 27,378 | 170.15 | 175.05 | 168.30 | 174.50 | +4.7 |
| 225.25 | 145.30 | Mar 24 | 8,770 | 170.10 | 174.70 | 168.05 | 174.20 | +4.65 |
| 222.35 | 145.90 | May 24 | 5,828 | 170.50 | 175.10 | 168.65 | 174.80 | +4.7 |
| 219.30 | 146.45 | Jul 24 | 1,900 | 170.95 | 175.50 | 169.25 | 175.25 | +4.6 |
| 216.90 | 147.05 | Sep 24 | 1,259 | 171.35 | 175.85 | 169.90 | 175.60 | +4.45 |

Est. Vol. 34,856 Vol. 29,226 open int 201,779 +371

**ORANGE JUICE (ICE) - 15,000 lbs.- cents per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 256.95 | 149.25 | May 23 | 7,963 | 243.10 | 253.95 | 242.15 | 253.95 | +10 |
| 245.10 | 150.25 | Jul 23 | 1,005 | 236.50 | 245.10 | 236.50 | 244.40 | +9.3 |
| 239.20 | 151.25 | Sep 23 | 430 | 229.95 | 239.20 | 229.95 | 236.80 | +7.6 |
| 226.95 | 152.25 | Nov 23 | 106 | 224.60 | 228.20 | 223.55 | 228.20 | +6.25 |
| 220.00 | 153.25 | Jan 24 | 6 | 215.00 | 220.00 | 215.00 | 218.30 | +5.45 |

Est. Vol. 762 Vol. 361 open int 9,510 -48

**SUGAR 16 (ICE) - 112,000 lbs.- cents per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 38.31 | 34.60 | May 23 | 940 | 38.00 | 38.00 | 37.75 | 37.75 | -.25 |
| 38.35 | 34.78 | Jul 23 | 1,932 | 38.00 | 38.00 | 37.75 | 37.75 | -.14 |

Est. Vol. 53 Vol. 300 open int 11,689 +115

**SUGAR-WORLD 11 (ICE) - 112,000 lbs.- cents per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 21.38 | 16.64 | May 23 | 352,552 | 20.97 | 20.99 | 20.65 | 20.82 | -.07 |
| 20.79 | 16.18 | Jul 23 | 248,548 | 20.41 | 20.47 | 20.18 | 20.34 | -.05 |
| 20.45 | 16.23 | Oct 23 | 131,334 | 20.12 | 20.17 | 19.92 | 20.07 | -.04 |
| 20.46 | 16.45 | Mar 24 | 103,861 | 20.05 | 20.10 | 19.86 | 20.00 | -.05 |
| 19.40 | 16.02 | May 24 | 29,486 | 19.03 | 19.04 | 18.80 | 18.94 | -.06 |
| 18.62 | 15.75 | Jul 24 | 26,418 | 18.29 | 18.29 | 18.02 | 18.18 | -.06 |
| 18.20 | 15.69 | Oct 24 | 19,386 | 17.78 | 17.80 | 17.54 | 17.70 | -.08 |
| 18.12 | 15.81 | Mar 25 | 14,142 | 17.67 | 17.67 | 17.44 | 17.60 | -.07 |

Est. Vol. 110,439 Vol. 110,401 open int 936,375 +2,060

## Metals

**GOLD (CMX) - 100 troy oz.- dollars per troy oz.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2003.9 | 1808.1 | Mar 23 | 52 | 1991.7 | 1995.4 | 1982.1 | 1982.1 | -11.7 |
| 2023.0 | 1647.7 | Apr 23 | 132,194 | 1996.1 | 2006.5 | 1977.7 | 1983.8 | -12.1 |
| 2021.7 | 1821.9 | May 23 | 1,006 | 2004.1 | 2013.2 | 1986.8 | 1992.4 | -11.7 |
| 2032.7 | 1662.5 | Jun 23 | 294,970 | 2013.3 | 2023.9 | 1995.7 | 2001.7 | -11.6 |
| 2047.9 | 1682.1 | Aug 23 | 22,750 | 2030.5 | 2040.0 | 2013.1 | 2018.8 | -11.6 |
| 2060.0 | 1697.0 | Oct 23 | 8,051 | 2046.9 | 2048.5 | 2030.0 | 2034.5 | -12.2 |
| 2077.2 | 1710.0 | Dec 23 | 17,460 | 2059.6 | 2068.0 | 2044.8 | 2049.8 | -13 |
| 2083.8 | 1728.6 | Feb 24 | 1,929 | 2080.8 | 2080.8 | 2064.9 | 2064.9 | -13 |
| 2099.3 | 1737.6 | Apr 24 | 639 | 2080.3 | 2080.3 | 2076.7 | 2078.9 | -13 |
| 2110.0 | 1746.5 | Jun 24 | 589 | 2108.8 | 2108.8 | 2092.1 | 2092.1 | -13 |

Est. Vol. 392,993 Vol. 343,419 open int 480,174 +10,317

**PLATINUM (NYM) - 50 troy oz.- dollars per troy oz.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1117.0 | 807.40 | Apr 23 | 12,761 | 992.50 | 995.30 | 962.20 | 983.90 | -9 |
| 1120.5 | 819.20 | Jul 23 | 45,570 | 996.00 | 998.00 | 967.10 | 990.30 | -6.7 |
| 1112.3 | 825.20 | Oct 23 | 1,614 | 999.50 | 1003.1 | 972.40 | 995.20 | -6.3 |
| 1125.0 | 921.70 | Jan 24 | 291 | 1003.7 | 1003.7 | 999.00 | 999.00 | -6.1 |

Est. Vol. 31,308 Vol. 26,909 open int 60,251 -420

**PALLADIUM (NYM) - 100 troy oz- dollars per oz**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2466.6 | 1333.0 | Jun 23 | 11,163 | 1425.0 | 1434.5 | 1386.0 | 1414.4 | -18.4 |
| 2339.8 | 1357.0 | Sep 23 | 253 | 1424.5 | 1433.0 | 1424.0 | 1425.4 | -19 |

Est. Vol. 1,705 Vol. 1,271 open int 11,429 -80

**SILVER (CMX) - 5,000 troy oz.- dollars per troy oz.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 24.63 | 19.90 | Apr 23 | 361 | 23.09 | 23.51 | 23.09 | 23.27 | +.103 |
| 26.60 | 17.75 | May 23 | 93,460 | 23.24 | 23.71 | 23.13 | 23.34 | +.083 |
| 26.73 | 17.90 | Jul 23 | 14,319 | 23.39 | 23.89 | 23.33 | 23.53 | +.085 |
| 26.86 | 18.23 | Sep 23 | 5,474 | 23.58 | 24.00 | 23.56 | 23.72 | +.089 |
| 27.06 | 18.25 | Dec 23 | 3,681 | 23.83 | 24.25 | 23.79 | 23.97 | +.074 |
| 25.69 | 18.64 | Mar 24 | 457 | 24.21 | 24.21 | 24.15 | 24.15 | +.072 |

Est. Vol. 64,783 Vol. 63,252 open int 118,082 -1,199

**HI GRADE COPPER (CMX) - 25,000 lbs.- dollars per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 4.81 | 3.143 | Mar 23 | 1,158 | 4.166 | 4.166 | 4.076 | 4.102 | -.045 |
| 4.789 | 3.214 | Apr 23 | 3,549 | 4.105 | 4.15 | 4.059 | 4.078 | -.049 |
| 4.782 | 3.151 | May 23 | 114,564 | 4.102 | 4.149 | 4.051 | 4.075 | -.049 |
| 4.785 | 3.215 | Jun 23 | 2,574 | 4.094 | 4.143 | 4.05 | 4.073 | -.045 |
| 4.775 | 3.173 | Jul 23 | 44,426 | 4.106 | 4.146 | 4.052 | 4.078 | -.045 |
| 4.775 | 3.215 | Aug 23 | 783 | 4.099 | 4.121 | 4.065 | 4.081 | -.041 |
| 4.767 | 3.214 | Sep 23 | 16,299 | 4.097 | 4.141 | 4.05 | 4.08 | -.04 |
| 4.764 | 3.216 | Oct 23 | 496 | 4.102 | 4.102 | 4.065 | 4.083 | -.037 |
| 4.764 | 3.218 | Nov 23 | 420 | 4.104 | 4.105 | 4.085 | 4.085 | -.037 |
| 4.756 | 3.193 | Dec 23 | 15,354 | 4.091 | 4.136 | 4.057 | 4.08 | -.033 |
| 4.738 | 3.222 | Mar 24 | 3,694 | 4.073 | 4.083 | 4.071 | 4.078 | -.028 |

Est. Vol. 102,589 Vol. 98,680 open int 206,313 +2,903

REUTERS/JEFFERIES CRB INDEX
High 258.49 Low 258.49 Close 258.49 +0.71
Since Jan 1 -6.93%
350
300
250
225
200
175
JAN 2021 APR JUL OCT JAN 2022 APR JUL OCT JAN 2023

## Oils

**LIGHT SWEET CRUDE (NYM) - 1,000 bbl.- dollars per bbl.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 101.66 | 64.36 | May 23 | 353,760 | 69.51 | 70.38 | 66.82 | 69.26 | -.7 |
| 100.48 | 64.58 | Jun 23 | 249,077 | 69.67 | 70.53 | 67.02 | 69.41 | -.71 |
| 99.10 | 64.67 | Jul 23 | 213,506 | 69.67 | 70.50 | 67.04 | 69.40 | -.71 |
| 97.62 | 64.68 | Aug 23 | 78,743 | 69.30 | 70.34 | 66.97 | 69.24 | -.69 |
| 96.50 | 64.60 | Sep 23 | 136,297 | 69.18 | 70.03 | 66.80 | 68.98 | -.67 |
| 95.40 | 64.42 | Oct 23 | 68,622 | 68.95 | 69.67 | 66.51 | 68.68 | -.66 |
| 94.34 | 64.29 | Nov 23 | 32,010 | 68.88 | 69.36 | 66.22 | 68.39 | -.64 |
| 93.92 | 64.13 | Dec 23 | 218,097 | 68.36 | 69.14 | 66.00 | 68.12 | -.6 |
| 92.21 | 64.37 | Jan 24 | 38,710 | 68.03 | 68.70 | 66.06 | 67.84 | -.58 |
| 91.14 | 64.24 | Feb 24 | 22,295 | 68.18 | 68.18 | 66.82 | 67.58 | -.54 |
| 90.14 | 63.92 | Mar 24 | 28,386 | 68.11 | 68.11 | 65.71 | 67.35 | -.51 |
| 88.15 | 63.60 | Jun 24 | 75,941 | 66.85 | 67.61 | 64.90 | 66.77 | -.41 |
| 85.06 | 64.62 | Sep 24 | 30,572 | 66.41 | 66.41 | 64.90 | 66.17 | -.33 |
| 83.60 | 63.21 | Dec 24 | 83,480 | 65.81 | 66.40 | 64.05 | 65.71 | -.28 |
| 82.28 | 63.19 | Jan 25 | 7,666 | 64.00 | 65.50 | 64.00 | 65.50 | -.25 |
| 79.52 | 63.55 | May 25 | 1,116 | 64.50 | 64.79 | 64.50 | 64.79 | -.19 |
| 79.22 | 62.51 | Jun 25 | 17,777 | 64.85 | 64.85 | 63.39 | 64.66 | -.18 |
| 76.49 | 61.68 | Dec 25 | 32,752 | 63.80 | 64.24 | 62.42 | 63.77 | -.11 |
| 72.00 | 59.82 | Dec 26 | 16,922 | 62.03 | 62.08 | 61.00 | 62.05 | -.02 |
| 70.32 | 57.96 | Dec 27 | 5,871 | 60.31 | 60.39 | 60.31 | 60.39 | -.04 |
| 69.78 | 50.57 | Dec 31 | 17 | 53.20 | 53.35 | 53.20 | 53.35 | -.7 |

Est. Vol. 780,471 Vol. 777,064 open int 1,820,292 +5,717

**NATURAL GAS (NYM) - 10,000 mm btu's, $ per mm btu**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 6.165 | 2.113 | Apr 23 | 42,418 | 2.153 | 2.238 | 2.141 | 2.216 | .062 |
| 5.961 | 2.24 | May 23 | 346,728 | 2.277 | 2.382 | 2.267 | 2.361 | .078 |
| 6.001 | 2.468 | Jun 23 | 72,235 | 2.514 | 2.616 | 2.501 | 2.598 | .07 |
| 6.045 | 2.663 | Jul 23 | 114,129 | 2.78 | 2.875 | 2.769 | 2.861 | .068 |
| 6.036 | 2.712 | Aug 23 | 44,068 | 2.827 | 2.918 | 2.807 | 2.906 | .068 |
| 6.005 | 2.686 | Sep 23 | 100,691 | 2.794 | 2.879 | 2.781 | 2.868 | .066 |
| 6.067 | 2.759 | Oct 23 | 101,253 | 2.884 | 2.971 | 2.866 | 2.958 | .062 |
| 6.181 | 3.178 | Nov 23 | 43,621 | 3.273 | 3.341 | 3.261 | 3.329 | .044 |
| 6.4 | 3.598 | Dec 23 | 40,178 | 3.744 | 3.804 | 3.731 | 3.795 | .044 |
| 6.545 | 3.785 | Jan 24 | 76,361 | 3.935 | 3.998 | 3.925 | 3.99 | .048 |
| 6.318 | 3.677 | Feb 24 | 23,642 | 3.831 | 3.884 | 3.816 | 3.877 | .044 |
| 5.85 | 3.346 | Mar 24 | 38,339 | 3.513 | 3.567 | 3.512 | 3.561 | .041 |
| 5.025 | 2.982 | Apr 24 | 46,342 | 3.228 | 3.266 | 3.209 | 3.261 | .03 |
| 4.918 | 2.961 | May 24 | 17,613 | 3.23 | 3.262 | 3.213 | 3.26 | .028 |
| 4.972 | 3.092 | Jun 24 | 6,586 | 3.382 | 3.419 | 3.38 | 3.419 | .025 |
| 5.024 | 3.221 | Jul 24 | 6,863 | 3.537 | 3.571 | 3.53 | 3.571 | .024 |
| 5.038 | 3.272 | Aug 24 | 7,655 | 3.575 | 3.607 | 3.57 | 3.605 | .02 |
| 5.022 | 3.213 | Sep 24 | 6,319 | 3.529 | 3.565 | 3.529 | 3.565 | .017 |
| 5.079 | 3.269 | Oct 24 | 19,584 | 3.607 | 3.639 | 3.596 | 3.639 | .017 |
| 5.266 | 3.656 | Nov 24 | 7,882 | 3.985 | 3.999 | 3.96 | 3.998 | .005 |
| 5.627 | 3.95 | Dec 24 | 11,654 | 4.45 | 4.454 | 4.417 | 4.453 | .003 |
| 5.791 | 4.126 | Jan 25 | 22,713 | 4.717 | 4.724 | 4.678 | 4.722 | .001 |
| 5.637 | 4.012 | Feb 25 | 3,241 | 4.613 | 4.613 | 4.593 | 4.606 | .005 |
| 5.289 | 3.745 | Mar 25 | 12,900 | 4.271 | 4.271 | 4.236 | 4.239 | .009 |
| 4.727 | 3.26 | Apr 25 | 12,275 | 3.85 | 3.85 | 3.833 | 3.833 | .017 |
| 4.801 | 3.357 | Jul 25 | 4,044 | 4.08 | 4.096 | 4.08 | 4.096 | .019 |

Est. Vol. 249,194 Vol. 320,650 open int 1,275,324 +157

**HEATING OIL (NYM) - 42,000 gal, cents per gal**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 362.12 | 250.21 | Apr 23 | 33,126 | 268.47 | 272.50 | 261.88 | 269.52 | +1.05 |
| 353.52 | 242.38 | May 23 | 77,720 | 257.40 | 260.74 | 250.35 | 257.30 | +.03 |
| 345.71 | 238.20 | Jun 23 | 42,737 | 249.53 | 253.00 | 243.04 | 249.24 | -.77 |
| 338.50 | 237.13 | Jul 23 | 23,519 | 247.06 | 250.50 | 241.61 | 246.76 | -1.11 |
| 333.00 | 237.09 | Aug 23 | 13,609 | 249.75 | 249.75 | 242.58 | 246.17 | -1.28 |
| 327.00 | 237.69 | Sep 23 | 15,133 | 243.58 | 247.56 | 242.83 | 246.18 | -1.4 |
| 321.00 | 237.72 | Oct 23 | 12,001 | 247.02 | 250.03 | 242.91 | 246.17 | -1.48 |
| 314.55 | 237.76 | Nov 23 | 11,335 | 243.48 | 247.23 | 242.74 | 245.87 | -1.53 |
| 309.83 | 237.12 | Dec 23 | 21,905 | 246.50 | 249.08 | 240.66 | 245.33 | -1.5 |
| 303.70 | 237.75 | Jan 24 | 3,925 | 242.82 | 246.22 | 242.82 | 245.09 | -1.43 |
| 299.09 | 237.04 | Mar 24 | 3,130 | 240.25 | 244.62 | 240.25 | 243.62 | -1.22 |
| 297.00 | 235.15 | Apr 24 | 2,654 | 239.50 | 242.71 | 239.50 | 241.97 | -1.14 |
| 289.64 | 234.50 | Jun 24 | 3,333 | 239.25 | 241.37 | 238.00 | 240.45 | -1.04 |
| 280.58 | 233.52 | Dec 24 | 4,952 | 238.00 | 238.87 | 236.85 | 238.61 | -.82 |

Est. Vol. 132,879 Vol. 152,150 open int 275,506 -1,459

**NY HARBOR GAS BLEND (NYM) - 42,000 gallons- dollars per gallon**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 3.195 | 2.238 | Apr 23 | 36,603 | 2.59 | 2.62 | 2.533 | 2.589 | -.017 |
| 3.143 | 2.25 | May 23 | 94,140 | 2.555 | 2.582 | 2.493 | 2.555 | -.012 |
| 3.068 | 2.248 | Jun 23 | 58,090 | 2.501 | 2.526 | 2.436 | 2.495 | -.015 |
| 2.985 | 2.244 | Jul 23 | 29,999 | 2.462 | 2.471 | 2.383 | 2.44 | -.017 |

Est. Vol. 138,486 Vol. 168,084 open int 310,720 +1,725

## Woods And Fibers

**LUMBER (CME) - 110,000 bd. ft.- $ per 1,000 bd. ft.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 874.00 | 369.30 | May 23 | 1,370 | 411.10 | 416.50 | 408.20 | 413.50 | +2.3 |

Est. Vol. 206 Vol. 270 open int 1,370 -29

**COTTON 2 (ICE) - 50,000 lbs.- dollars per lb.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 121.87 | 70.40 | May 23 | 90,769 | 77.54 | 77.86 | 75.70 | 76.54 | -1.04 |
| 116.54 | 70.50 | Jul 23 | 49,236 | 78.35 | 78.43 | 76.34 | 77.17 | -1.02 |
| 108.87 | 71.08 | Oct 23 | 17 | 78.27 | 78.52 | 78.27 | 78.52 | -.74 |
| 98.40 | 69.82 | Dec 23 | 48,247 | 79.05 | 79.46 | 77.56 | 78.40 | -.86 |
| 96.97 | 69.78 | Mar 24 | 5,293 | 78.81 | 79.01 | 77.47 | 78.29 | -.74 |
| 96.13 | 69.60 | May 24 | 1,576 | 78.40 | 78.65 | 77.61 | 78.28 | -.59 |
| 95.52 | 69.52 | Jul 24 | 496 | 78.40 | 78.56 | 77.60 | 78.25 | -.45 |
| 93.51 | 67.60 | Dec 24 | 3,564 | 76.40 | 76.70 | 75.75 | 76.50 | -.2 |
| 92.63 | 68.14 | Mar 25 | 2 | 76.40 | 76.90 | 76.40 | 76.90 | -.1 |

Est. Vol. 31,879 Vol. 25,786 open int 199,201 +2,110

**S&P MINI INDEX (CME) - 50 x index**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 4690.2 | 3564.5 | Jun 23 | 2,140,293 | 3988.7 | 4005.2 | 3937.0 | 4002.5 | +24.5 |
| 4714.7 | 3675.2 | Sep 23 | 6,018 | 4018.0 | 4036.0 | 3966.7 | 4035.7 | +26.2 |
| 4734.0 | 3707.0 | Dec 23 | 2,699 | 4020.0 | 4055.7 | 4020.0 | 4055.7 | +15 |

Est. Vol.1,817,575 Vol.2,239,152 open int 2,151,218 +8,759

**MINI DOW JONES (CBOT) - $5 x DJIA index**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 35280 | 28998 | Jun 23 | 76,620 | 32381 | 32466 | 31945 | 32434 | +115 |
| 35209 | 29094 | Sep 23 | 204 | 32574 | 32648 | 32160 | 32648 | +117 |
| 35036 | 32374 | Dec 23 | 3 | 32500 | 32775 | 32400 | 32775 | +88 |

Est. Vol. 188,884 Vol. 214,898 open int 76,827 -2,398

**NASDAQ 100 INDEX (CME) - $100 x index**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 311.00 | 25.00 | Jun 23 | na | 122.00 | 124.00 | 121.00 | 124.00 | -1 |

Est. Vol. 2,886 Vol. open int na na

**MINI NASDAQ 100 INDE (CME) - $20 x index**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 15407 | 10771 | Jun 23 | 219,783 | 12871 | 12920 | 12728 | 12890 | +36 |
| 14087 | 10970 | Sep 23 | 1,335 | 12978 | 13039 | 12858 | 13019 | +36 |

Est. Vol. 659,662 Vol. 839,133 open int 221,437 +1,862

**RUSSELL 2000 (CME) - 500 x index**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 2515.6 | 1980.5 | Jun 23 | 6,784 | 2175.5 | 2190.2 | 2175.5 | 2190.2 | +10.4 |

Est. Vol. 6 Vol. 48 open int 6,784 -18

## Financials

**US TREASURY BONDS (CBOT) - $100,000 prin- pts & 32nds of 100 pct**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 134-16 | 118-02 | Jun 23 | 1,242,574 | 131-12 | 133-09 | 131-06 | 132-11 | + 18 |
| 134-14 | 123-04 | Sep 23 | 45 | 133-01 | 133-01 | 132-05 | 132-05 | + 19 |

Est. Vol. 383,921 Vol. 371,247 open int 1,242,619 +5,670

**10 YEAR TREASURY (CBOT) - $100,000 prin-pts & 32nds & a half 32nd**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 117-02 | 109-22 | Jun 23 | 4,167,061 | 115-29 | 117-02 | 115-22 | 116-04 | + 04 |
| 117-25 | 110-28 | Sep 23 | 134 | 116-16 | 117-25 | 116-16 | 116-28 | + 015 |

Est. Vol.1,988,347 Vol.1,893,910 open int 4,167,195 +26,891

**5 YEAR TREASURY (CBOT) - $100,000 prin-pts & 32nds & a half 32nd**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 113-29 | 105-26 | Mar 23 | 307 | 110-2 | 110-2 | 110-11 | 110-11 | + 087 |
| 111-1 | 106-02 | Jun 23 | 4,440,569 | 110-12 | 111-1 | 110-07 | 110-16 | + 008 |

Est. Vol.1,416,725 Vol.1,369,794 open int 4,440,877 +61,685

**2 YR. TREASURY NOTES (CBOT) - $200,000 prin-pts & 32nds & a quarter 32nd**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 105-1 | 101-06 | Mar 23 | 475 | 103-3 | 103-3 | 103-18 | 103-19 | + 01 |
| 104-11 | 101-09 | Jun 23 | 2,311,359 | 103-25 | 104-11 | 103-23 | 103-29 | + 015 |
| 104-29 | 101-26 | Sep 23 | 31 | 104-29 | 104-29 | 104-17 | 104-17 | + 015 |

Est. Vol. 737,172 Vol. 692,605 open int 2,311,865 -14,965

**EURODOLLARS (IMM) - $1 million-pts of 100 pct.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 95.12 | 94.53 | Apr 23 | 120,420 | 94.84 | 94.99 | 94.82 | 94.83 | -.008 |
| 95.18 | 94.34 | May 23 | 21,215 | 94.90 | 94.97 | 94.86 | 94.86 | -.005 |
| 97.05 | 94.21 | Jun 23 | 606,737 | 94.94 | 95.17 | 94.90 | 94.94 | -.015 |
| 97.07 | 94.03 | Sep 23 | 610,807 | 95.46 | 95.84 | 95.41 | 95.53 | +.025 |
| 97.23 | 94.19 | Dec 23 | 573,294 | 95.81 | 96.20 | 95.74 | 95.88 | +.03 |
| 97.36 | 94.52 | Mar 24 | 393,871 | 96.23 | 96.57 | 96.16 | 96.27 | +.025 |
| 97.47 | 94.95 | Jun 24 | 406,476 | 96.52 | 96.88 | 96.49 | 96.58 | +.015 |
| 97.57 | 95.35 | Sep 24 | 364,377 | 96.74 | 97.06 | 96.73 | 96.80 | +.02 |
| 97.64 | 95.61 | Dec 24 | 550,302 | 96.90 | 97.10 | 96.83 | 96.88 | +.02 |
| 97.69 | 95.70 | Mar 25 | 223,665 | 96.94 | 97.10 | 96.87 | 96.90 | +.01 |
| 97.72 | 95.76 | Jun 25 | 164,053 | 96.90 | 97.07 | 96.87 | 96.89 | +.005 |
| 97.72 | 95.79 | Sep 25 | 142,715 | 96.89 | 97.04 | 96.85 | 96.88 | +.005 |
| 97.71 | 95.81 | Dec 25 | 127,277 | 96.84 | 97.02 | 96.84 | 96.88 | +.005 |
| 97.70 | 95.81 | Mar 26 | 84,093 | 96.82 | 96.99 | 96.82 | 96.86 | +.005 |
| 97.70 | 95.80 | Jun 26 | 72,899 | 96.82 | 96.97 | 96.80 | 96.85 | +.01 |
| 97.70 | 95.80 | Sep 26 | 91,479 | 96.81 | 96.94 | 96.80 | 96.83 | +.015 |
| 97.70 | 95.78 | Dec 26 | 60,366 | 96.80 | 96.92 | 96.80 | 96.83 | +.02 |
| 97.69 | 95.75 | Mar 27 | 46,840 | 96.82 | 96.90 | 96.79 | 96.81 | +.02 |
| 97.69 | 95.72 | Jun 27 | 32,917 | 96.77 | 96.87 | 96.77 | 96.79 | +.02 |
| 97.68 | 95.70 | Sep 27 | 23,892 | 96.72 | 96.83 | 96.72 | 96.75 | +.03 |
| 97.67 | 95.73 | Dec 27 | 24,809 | 96.67 | 96.80 | 96.67 | 96.72 | +.04 |
| 97.66 | 95.65 | Mar 28 | 8,326 | 96.64 | 96.79 | 96.64 | 96.72 | +.05 |
| 97.61 | 95.69 | Jun 28 | 2,619 | 96.71 | 96.71 | 96.69 | 96.69 | +.05 |
| 97.60 | 95.69 | Sep 28 | 1,201 | 96.70 | 96.71 | 96.65 | 96.66 | +.04 |
| 97.56 | 95.62 | Sep 29 | 463 | 96.57 | 96.60 | 96.57 | 96.58 | +.04 |

Est. Vol. 198,852 Vol. 187,707 open int 4,757,646 -8,088

**US DOLLAR INDEX (ICE) - 1000 x index**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 113.31 | 100.34 | Jun 23 | 31,903 | 102.26 | 103.02 | 102.16 | 102.76 | -.6 |
| 112.61 | 100.50 | Sep 23 | 515 | 101.98 | 102.70 | 101.98 | 102.54 | -.54 |

Est. Vol. 14,043 Vol. 22,498 open int 32,423 -1,180

**AUSTRALIAN DOLLAR (IMM) - 100,000 dollars, $ per A $**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .717 | .658 | Apr 23 | 504 | .6683 | .6686 | .664 | .6653 | .0042 |
| .7158 | .659 | May 23 | 236 | .6692 | .6693 | .6647 | .666 | .0041 |
| .7623 | .6239 | Jun 23 | 149,931 | .6708 | .6714 | .6645 | .6668 | .0038 |
| .7611 | .6267 | Sep 23 | 489 | .6725 | .6725 | .6674 | .6689 | .0034 |

Est. Vol. 93,177 Vol. 87,731 open int 151,262 +1,680

**BRITISH POUND (IMM) - 62,500 pounds, $ per pound**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.2443 | 1.1822 | Apr 23 | 1,887 | 1.2282 | 1.2282 | 1.2213 | 1.2234 | .0078 |
| 1.3233 | 1.0475 | Jun 23 | 183,445 | 1.2307 | 1.2312 | 1.2211 | 1.2248 | .0059 |
| 1.3252 | 1.0293 | Sep 23 | 684 | 1.2247 | 1.2259 | 1.2224 | 1.2256 | .0057 |
| 1.327 | 1.0603 | Dec 23 | 8,369 | 1.2249 | 1.2255 | 1.2249 | 1.2255 | .0053 |

Est. Vol. 80,550 Vol. 96,714 open int 194,843 +4,023

**CANADIAN DOLLAR (IMM) - 100,000 dollars, $ per Cdn. dlr**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .7547 | .7229 | Apr 23 | 508 | .7263 | .7283 | .7254 | .7279 | .0011 |
| .7524 | .7236 | May 23 | 311 | .7286 | .7295 | .7258 | .7282 | .0028 |
| .8033 | .72 | Jun 23 | 175,662 | .7303 | .7304 | .7254 | .7287 | .0014 |
| .8016 | .7235 | Sep 23 | 2,279 | .7316 | .7316 | .7264 | .7298 | .0009 |
| .8018 | .7244 | Dec 23 | 1,025 | .7282 | .7307 | .7274 | .7307 | .0056 |

Est. Vol. 88,251 Vol. 97,821 open int 179,935 +933

**MEXICAN PESO (IMM) - 500,000 pesos, $ per peso**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .0549 | .045 | Jun 23 | 219,789 | .053 | .0534 | .0524 | .0533 | .00036 |

Est. Vol. 70,116 Vol. 71,734 open int 220,472 +601

**JAPANESE YEN (IMM) - 12.5 million yen, $ per 100 yen**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| .7929 | .7178 | Apr 23 | 951 | .7695 | .7734 | .7668 | .7675 | .0017 |
| .7947 | .7347 | May 23 | 463 | .7706 | .7768 | .7704 | .7706 | .0004 |
| .8454 | .6836 | Jun 23 | 166,958 | .7741 | .7811 | .7733 | .7745 | .0004 |
| .8526 | .6927 | Sep 23 | 1,771 | .7855 | .7904 | .7842 | .7843 | .0017 |

Est. Vol. 190,353 Vol. 185,970 open int 175,166 +4,532

**SWISS FRANC (IMM) - 125,000 francs, $ per franc**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.119 | 1.0135 | Jun 23 | 35,218 | 1.1011 | 1.1023 | 1.0951 | 1.0975 | .0036 |

Est. Vol. 15,008 Vol. 21,454 open int 35,632 +394

**EURO - 125,000 Euros, $ per Euro**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 1.1073 | 1.0356 | Apr 23 | 2,028 | 1.0851 | 1.0851 | 1.0738 | 1.0774 | .0079 |
| 1.1045 | 1.0567 | May 23 | 1,308 | 1.0858 | 1.0865 | 1.0751 | 1.0792 | .0084 |
| 1.1459 | .9725 | Jun 23 | 739,451 | 1.0884 | 1.0891 | 1.0768 | 1.0814 | .0071 |
| 1.1519 | .9788 | Sep 23 | 5,510 | 1.0924 | 1.0927 | 1.0815 | 1.0858 | .0073 |
| 1.1578 | .9858 | Dec 23 | 1,721 | 1.0943 | 1.0951 | 1.0871 | 1.0891 | .0144 |

Est. Vol. 247,043 Vol. 250,149 open int 751,474 +14,150

**30 DAY FEDERAL FUNDS (CBOT) - $5 million- pts. of 100 pct.**

| Contract High | Contract Low | | Open Interest | Open | High | Low | Settle | Chg. |
|---|---|---|---|---|---|---|---|---|
| 97.51 | 95.02 | Mar 23 | 192,581 | 95.35 | 95.36 | 95.35 | 95.35 | ... |
| 97.43 | 94.85 | Apr 23 | 541,909 | 95.20 | 95.22 | 95.19 | 95.20 | +.01 |
| 97.35 | 94.67 | May 23 | 306,175 | 95.11 | 95.21 | 95.10 | 95.14 | +.025 |
| 97.31 | 94.52 | Jun 23 | 108,029 | 95.16 | 95.34 | 95.15 | 95.20 | +.02 |
| 97.26 | 94.41 | Jul 23 | 218,133 | 95.26 | 95.50 | 95.23 | 95.29 | +.005 |
| 97.24 | 94.33 | Aug 23 | 178,023 | 95.47 | 95.82 | 95.44 | 95.51 | -.005 |
| 97.24 | 94.31 | Oct 23 | 92,670 | 95.66 | 96.04 | 95.63 | 95.72 | +.01 |
| 97.30 | 94.35 | Nov 23 | 57,717 | 95.84 | 96.24 | 95.80 | 95.91 | +.02 |
| 97.36 | 94.44 | Jan 24 | 35,251 | 96.00 | 96.41 | 95.97 | 96.07 | +.02 |

Est. Vol. 694,990 Vol. 572,853 open int 1,831,434 -1,356

## Key Commodity Futures

CORN May 23 PRICE MO %F=74.4 %S=61.4 CLOSE 6.43
OPEN INTEREST 489628
CBOT
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

SOYBEANS May 23 PRICE MO %F=13.1 %S=16.3 CLOSE 14.28¼
OPEN INTEREST 293164
CBOT
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

CATTLE Jun 23 PRICE MO %F=22.6 %S=18.5 CLOSE 156.60
OPEN INTEREST 123171
CME
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

HOGS LEAN Jun 23 PRICE MO %F=15.6 %S=16.2 CLOSE 91.42
OPEN INTEREST 94255
CME
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

COFFEE C May 23 PRICE MO %F=48.8 %S=41.8 CLOSE 179.25
OPEN INTEREST 76389
ICE
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

SUGAR-WORLD 11 May 23 PRICE MO %F=54 %S=57.6 CLOSE 20.82
OPEN INTEREST 352552
ICE
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

GOLD Jun 23 PRICE MO %F=81.6 %S=79.2 CLOSE 2001.70
OPEN INTEREST 294970
CMX
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

SILVER May 23 PRICE MO %F=88.6 %S=82.5 CLOSE
OPEN INTEREST 93460
CMX
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

HI GRADE COPPER May 23 PRICE MO %F=68.7 %S=52.6 CLOSE 4.08
OPEN INTEREST 114564
CMX
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

LIGHT SWEET CRUDE May 23 PRICE MO %F=29.8 %S=27.8 CLOSE 69.26
OPEN INTEREST 353760
NYM
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

HEATING OIL May 23 PRICE MO %F=34.1 %S=32.8 CLOSE 257.30
OPEN INTEREST 77720
NYM
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

NATURAL GAS May 23 PRICE MO %F=14.4 %S=16.8 CLOSE 2.361
OPEN INTEREST 346728
NYM
PRICE MOMENTUM
VOLUME
DECEMBER JAN 2023 FEBRUARY MARCH

## Spot Prices

| | Current | Previous |
|---|---|---|
| **Food** | | |
| Flour hard winter KC cwt | 22.10 | 21.80 |
| Coffee parana ex-dock NY per lb. | 1.8580 | 1.9426 |
| Coffee medlin ex-dock NY per lb. | 2.2445 | 2.3485 |
| Cocoa beans NY per ton | 2884 | 2868 |
| Cocoa butter African styl $ met ton | 4925 | 4925 |
| Hogslowa/Minnbarrows&giltswtdav | 77.92 | 77.92 |
| Feedercattle 500-550 lb Okl av cwt | 224.75 | 224.75 |
| Pork loins 13-19 lb FOB Omaha av cwt | 94.99 | 99.67 |
| **Grains** | | |
| Corn No. 2 yellow Chi processor bid | 6.58 | 6.49¾ |
| Soybeans No. 1 yellow | 14.48¼ | 14.39½ |
| Soybean Meal Cen Ill 48pct protein-ton | 478.00 | |
| Wheat No. 2 Chi soft | 6.88½ | 6.62 |
| Wheat N. 1 dk 14pc-pro Mpls. | 8.82½ | 8.66¼ |
| Oats No. 2 heavy or Better | 3.68½ | 3.61½ |
| Corn oil crude wet/dry mill Chi. lb. | .61 | ... |
| Soybean oil crude Decatur lb. | .59¾ | ... |
| Copper Cathode full plate | 4.0436 | 4.0277 |

| | Current | Previous |
|---|---|---|
| Molybdenum per metric ton LME | 70,109 | 70,109 |
| **Textiles & Fibers** | | |
| Cotton 1-1-16 in. strict low middling | 74.22 | 75.26 |
| Coal Central Appalachia $ per short ton | 88.80 | 88.80 |
| **Raw Products** | | |
| Natural Gas Henry Hub, $ per mmbtu | 2.18 | 2.15 |
| **Gold** | | |
| London Morning Fixing | $1977.55 | $1941.85 |
| London afternoon fixing | $1977.95 | $1949.35 |
| NY Handy & Harman | $1993.80 | $1977.95 |
| NY Engelhard | $1985.00 | $1941.00 |
| NY Mercantile | $1982.10 | $1993.80 |

a–Asked,b–Bid,n–Normal,r–Revised,nq–Not Quoted,n.a.–Not Available.

**UNITED STATES DISTRICT COURT, SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM |
| This Document Relates To: All Actions | CLASS ACTION |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED CLASS ACTION SETTLEMENT**

**TO: ALL PERSONS WHO PURCHASED THE PUBLICLY-TRADED CLASS A COMMON STOCK OF GLOBAL BROKERAGE, INC. F/K/A FXCM, INC. ("FXCM") FROM MARCH 15, 2012 THROUGH FEBRUARY 6, 2017, BOTH DATES INCLUSIVE.**

YOU ARE HEREBY NOTIFIED, pursuant to an Order of the United States District Court for the Southern District of New York, that a hearing will be held on July 7, 2023, at 3:00 p.m. before the Honorable Ronnie Abrams, United States District Judge of the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, Courtroom 1506, 40 Foley Square, New York, NY 10007, or by telephonic or videoconference means as directed by the Court, for the purpose of determining:

(1) whether the proposed Settlement of the claims in the above-captioned Action for consideration including the sum of $6,500,000 ("Settlement Amount") should be approved by the Court as fair, reasonable, and adequate;

(2) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate;

(3) whether the application of Class Counsel for an award of attorneys' fees of up one third of the Settlement Amount, reimbursement of expenses of not more than $850,000, and awards to Class Representatives of $20,000 for Lead Plaintiff Shipco Transport Inc. and $15,000 for Plaintiff E-Global Trade and Finance Group, Inc., or $35,000 total, should be approved; and

(4) whether this Action should be dismissed with prejudice as set forth in the Stipulation of Settlement, dated February 1, 2023 ("Stipulation").

If you purchased FXCM common stock during the period from March 15, 2012 through February 6, 2017, both dates inclusive ("Class Period"), your rights may be affected by this Settlement, including the release and extinguishment of claims you may possess relating to your ownership interest in FXCM common stock.

If you have not received a postcard providing instructions for receiving a detailed Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and a copy of the Proof of Claim and Release Form ("Proof of Claim"), you may obtain copies by writing to or calling Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (Tel) (866) 274-4004; (Fax) (610) 565-7985; info@strategicclaims.net, or going to the website, www.strategicclaims.net/FXCM. If you are a member of the Class, in order to share in the distribution of the Net Settlement Fund, you must submit a properly completed Proof of Claim electronically or postmarked no later than June 7, 2023 to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.

If you desire to be excluded from the Class, you must submit a request for exclusion in the manner and form explained in the Long Notice to the Claims Administrator so that it is received no later than June 16, 2023. All members of the Class who have not requested exclusion from the Class will be bound by any judgment entered in the Action.

Any objection to the Settlement, Plan of Allocation, or Class Counsel's request for an award of attorneys' fees and reimbursement of expenses and an award to Plaintiffs must be in the manner and form explained in the Long Notice and received no later than June 16, 2023, by each of the following:

| Clerk of the Court | CLASS COUNSEL: | COUNSEL FOR THE INDIVIDUAL DEFENDANTS: |
|---|---|---|
| United States District Court | The Rosen Law Firm, P.A. | KING & SPALDING LLP |
| Southern District of New York | Phillip Kim | Israel Dahan |
| Daniel Patrick Moynihan U.S. Courthouse | 275 Madison Avenue, 40th Floor | 1185 Avenue of the Americas |
| 500 Pearl Street | New York, NY 10016 | New York, NY 10036 |
| New York, NY 10007 | | |

If you have any questions about the Settlement, you may call or write to Class Counsel:

THE ROSEN LAW FIRM, P.A.
Phillip Kim
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: 212-686-1060

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

Dated: February 21, 2023

BY ORDER OF THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

©2023 Investor's Business Daily, LLC. All rights reserved.

**EXHIBIT E**

# SUPPORT CENTER
Support Ticket System

05/30/2023 03:17:08 PM

# Ticket #660214

| | | | | |
|---|---|---|---|---|
| **Status** | Completed | | **Name** | |
| **Priority** | Normal | | **Email** | |
| **Department** | Claims Administrators | | **Phone** | |
| **Create Date** | 05/27/2023 11:56:04 AM | | **Source** | Email |

| | | | | |
|---|---|---|---|---|
| **Assigned To** | George Allen | | **Help Topic** | Claims |
| **SLA Plan** | | | **Last Response** | 05/30/2023 03:15:49 PM |
| **Due Date** | | | **Last Message** | 05/27/2023 11:56:04 AM |

**Ticket Details**

| **Case:** | FXCM |
|---|---|

## SCS Contact Form: Question about a Case

| 05/27/2023 11:56:04 AM  SCS Contact Form: Question about a Case | 'Amazon Reply |
|---|---|
| | |

# SUPPORT CENTER
Support Ticket System

05/30/2023 03:17:08 PM

| | |
|---|---|
| **Reason for Contacting Us** | |
| | Question about a Case |
| **Please tell us what case you are inquiring about** | |
| | Fxcm |
| **Control Number / Mail ID** | |
| | JOB#N85725-010 |
| **Name** | |
| | |
| **Email** | |
| | |
| **Phone** | |
| | |
| **Your Question** | |
| | I only owned 80 shares of this stock for 3 days and sold it for a total loss of This is not worth going through any claims. Exclude me. Thank you, |

| 05/30/2023 03:15:49 PM | George Allen |
|---|---|

Good afternoon,

We have received your information.

# SUPPORT CENTER
Support Ticket System

05/30/2023 03:17:08 PM

**Please note: You cannot exclude yourself by telephone or by e-mail.**

Detailed instructions regarding how to exclude yourself from the Settlement (reprinted below) can be found starting on p. 7 of the attached Notice/Claim Form ("11. How do I exclude myself from the Settlement?"):

To exclude yourself from the Settlement, you must mail a letter that: (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement of In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation, Master File No. 1:17-cv-916 (S.D.N.Y.);" (B) states the date, number of shares and dollar amount of each FXCM common stock purchase during the Class Period, and any sale transactions; and (C) states the number of shares of FXCM common stock held by you as of the opening and closing of the Class Period. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of FXCM common stock during the Class Period, and (ii) demonstrating your status as a beneficial owner of the FXCM common stock. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than June 16, 2023, to the Claims Administrator at the following address:

Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

If you have any further questions, please feel free to contact our office.

Thank you.

--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985

# SUPPORT CENTER
Support Ticket System

05/30/2023 03:17:08 PM

Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Final FXCM Settlement Long Notice and Claim Form.pdf (340.7 kb)