## REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS

STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202         EMAIL: info@strategicclaims.net         FAX: (610) 565-7985

March 2, 2023

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

### We request that you assist us in identifying any individuals who fit the following description:

ALL PERSONS AND ENTITIES THAT PURCHASED CLASS A COMMON STOCK OF GLOBAL BROKERAGE, INC. F/K/A FXCM, INC. ("FXCM" OR THE "COMPANY") DURING THE PERIOD FROM MARCH 15, 2012 THROUGH FEBRUARY 6, 2017, BOTH DATES INCLUSIVE.

Excluded from the Class are: (i) Defendants; (ii) current and former officers, employees, consultants and directors of FXCM and FXCM Holdings, LLC; (iii) siblings, parents, children, spouses, and household members of any person excluded under (i) and (ii); (iv) any entities affiliated with, controlled by, or more than 5% owned by, any person excluded under (i) through (iii); and (v) the legal representatives, heirs, successors or assigns of any person excluded under (i) through (iv).

### The information below may assist you in finding the above requested information.

| *Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation*<br>Master File No. 1:17-cv-00916-RA-BCM<br>Claim Filing Deadline: June 7, 2023<br>Exclusion Deadline: June 16, 2023<br>Objection Deadline: June 16, 2023<br>Settlement Hearing: July 7, 2023 | Cusip Numbers: 302693106 and 302693205 |
|---|---|

### PER COURT ORDER, PLEASE RESPOND WITHIN 10 CALENDAR DAYS FROM THE DATE OF THIS NOTICE.

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the emailing of the link to the location of the Long Notice and Proof of Claim or mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the Postcard Notice, you have ten (10) calendar days to mail them; or
4. Request a link to the location of the Long Notice and Proof of Claim and advise us that you will be emailing the link to your beneficial purchasers/owners within ten (10) days after receipt thereof.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.03 per emailed link to the location of the Long Notice and Proof of Claim sent** OR
- **$0.03 per name, address and email address** if you are providing us the records OR
- **$0.03 per name and address, including materials, plus postage at the current pre-sort rate used by the Claims Administrator** if you are requesting the Postcard Notice and performing the mailing.

### All invoices must be received within 30 days of this letter.

You are on record as having been notified of the legal matter. A copy of the Notice of Pendency and Proposed Settlement of Class Action and Proof of Claim and Release Form and all the important documents are available on our website at www.strategicclaims.net/FXCM. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation