# EXHIBIT C

Global Brokerage, Inc.
f/k/a FXCM, Inc. Securities Litigation
c/o Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063

**Court-Ordered Legal Notice**

**Forwarding Service Requested**

*Important Notice about a Securities Class Action Settlement*

*You may be entitled to a payment.*
*This Notice may affect your legal rights.*

*Please read it carefully.*

*In re Global Brokerage, Inc., f/k/a FXCM, Inc. Securities Litigation, Master File No. 1:17-cv-00916 (S.D.N.Y.)*
*THIS CARD ONLY PROVIDES LIMITED INFORMATION ABOUT THE SETTLEMENT.*
*PLEASE VISIT WWW.STRATEGICCLAIMS.NET/FXCM OR CALL 1-866-274-4004 FOR MORE INFORMATION.*

There has been a proposed Settlement with Dror Niv and William Ahdout (collectively, "Individual Defendants") to release all claims asserted in the Action against the Individual Defendants and Global Brokerage, Inc. f/k/a FXCM, Inc. ("FXCM"). The Settlement resolves a lawsuit in which Plaintiffs allege that, in violation of the federal securities laws, the Individual Defendants and FXCM misled investors by issuing materially false and misleading statements and causing damages to Class Members. The Individual Defendants and FXCM deny any wrongdoing.

You received this Notice because you or someone in your family may have purchased FXCM Class A common stock between March 15, 2012 and February 6, 2017, both dates inclusive ("Class Period"). The Settlement provides that, in exchange for the settlement and dismissal and release of the Individual Defendants and FXCM, a fund consisting of $6,500,000 ("Settlement Fund"), less attorneys' fees and expenses, will be divided among all Class Members who submit a valid Proof of Claim and Release Form ("Proof of Claim"). For a full description of the Settlement, your rights, and to make a claim, please view the Stipulation of Settlement at www.strategicclaims.net/FXCM and please request a copy of the Notice of Pendency and Proposed Settlement of Class Action ("Long Notice") and Proof of Claim by contacting the Claims Administrator in any of the following ways: (1) mail: *Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation*, c/o Strategic Claims Services, 600 N. Jackson St., Ste. 205, P.O. Box 230, Media, PA 19063; (2) call: toll free (866) 274-4004; (3) Fax: (610) 565-7985; (4) email: info@strategicclaims.net; or (5) visit the website: www.strategicclaims.net/FXCM.

To qualify for payment, you must submit a Proof of Claim to the Claims Administrator.  A copy of the Proof of Claim can be found on the website.  PROOF OF CLAIMS ARE DUE BY JUNE 7, 2023 TO GLOBAL BROKERAGE, INC. F/K/A FXCM, INC. SECURITIES LITIGATION, C/O STRATEGIC CLAIMS SERVICES, P.O. BOX 230, 600 N. JACKSON STREET, SUITE 205, MEDIA, PA 19063 OR SUBMITTED ONLINE AT WWW.STRATEGICCLAIMS.NET/FXCM. If you do not want to be legally bound by the Settlement, you must exclude yourself by June 16, 2023, or you will not be able to sue the Individual Defendants and FXCM about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you stay in the Settlement, you may object to it by June 16, 2023.  The Long Notice explains how to exclude yourself or to object.