**SUPPORT CENTER**
Support Ticket System

05/30/2023 03:17:08 PM

# Ticket #660214

| | | | |
|---|---|---|---|
| **Status** | Completed | **Name** | |
| **Priority** | Normal | **Email** | |
| **Department** | Claims Administrators | **Phone** | |
| **Create Date** | 05/27/2023 11:56:04 AM | **Source** | Email |
| | | | |
| **Assigned To** | George Allen | **Help Topic** | Claims |
| **SLA Plan** | | **Last Response** | 05/30/2023 03:15:49 PM |
| **Due Date** | | **Last Message** | 05/27/2023 11:56:04 AM |

**Ticket Details**

**Case:** FXCM

## SCS Contact Form: Question about a Case

05/27/2023 11:56:04 AM   SCS Contact Form: Question about a Case   'Amazon Reply

**SUPPORT CENTER**
Support Ticket System

05/30/2023 03:17:08 PM

| | |
|---|---|
| **Reason for Contacting Us** | |
| Question about a Case | |
| **Please tell us what case you are inquiring about** | |
| Fxcm | |
| **Control Number / Mail ID** | |
| JOB#N85725-010 | |
| **Name** | |
| | |
| **Email** | |
| | |
| **Phone** | |
| | |
| **Your Question** | |
| I only owned 80 shares of this stock for 3 days and sold it for a total loss of This is not worth going through any claims. Exclude me. Thank you, | |

05/30/2023 03:15:49 PM                                                                  George Allen

Good afternoon,

We have received your information.

05/30/2023 03:17:08 PM

**Please note: You cannot exclude yourself by telephone or by e-mail.**

Detailed instructions regarding how to exclude yourself from the Settlement (reprinted below) can be found starting on p. 7 of the attached Notice/Claim Form ("11. How do I exclude myself from the Settlement?"):

To exclude yourself from the Settlement, you must mail a letter that: (A) clearly indicates your name, address, phone number and e-mail contact information (if any) and states that you "request to be excluded from the Settlement of In re Global Brokerage, Inc. f/k/a FXCM, Inc. Securities Litigation, Master File No. 1:17-cv-916 (S.D.N.Y.);" (B) states the date, number of shares and dollar amount of each FXCM common stock purchase during the Class Period, and any sale transactions; and (C) states the number of shares of FXCM common stock held by you as of the opening and closing of the Class Period. To be valid, such request for exclusion must be submitted with documentary proof (i) of each purchase and, if applicable, sale transaction of FXCM common stock during the Class Period, and (ii) demonstrating your status as a beneficial owner of the FXCM common stock. Any such request for exclusion must be signed and submitted by you, as the beneficial owner, under penalty of perjury. You must mail your exclusion request, to be received no later than June 16, 2023, to the Claims Administrator at the following address:

Global Brokerage, Inc. f/k/a FXCM, Inc.
Securities Litigation
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
P.O. Box 230
Media, PA 19063

If you properly exclude yourself, you will not receive a payment from the Net Settlement Fund, you cannot object to the Settlement, and you will not be legally bound by the Final Judgment in this case.

If you have any further questions, please feel free to contact our office.

Thank you.


--
Claims Administrator
Strategic Claims Services
600 N. Jackson St. - Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985

**SUPPORT CENTER**
Support Ticket System

05/30/2023 03:17:08 PM

Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

Final FXCM Settlement Long Notice and Claim Form.pdf (340.7 kb)