UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE GLOBAL BROKERAGE, INC. f/k/a FXCM INC. SECURITIES LITIGATION | No. 17-CV-916 (RA) (BCM) <br><br> <u>ORDER</u> |

RONNIE ABRAMS, United States District Judge:

A settlement hearing is scheduled in this matter for July 7, 2023 at 3:00 p.m. Unless the parties request otherwise, the Court will hold this hearing telephonically. Call-In Number: (888) 363-4749; Access Code: 1015508#. This conference line is open to the public.

SO ORDERED.

Dated:   June 14, 2023
          New York, New York

_____
Ronnie Abrams
United States District Judge