UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation | Master File No. 1:17-cv-00916-RA-BCM <br><br> CLASS ACTION |
| This Document Relates To: All Actions | |

**STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)**

Lead Plaintiff 683 Capital Partners, LP ("683 Capital") and Defendants Global Brokerage, Inc. f/k/a FXCM, Inc., Dror Niv, and William Ahdout ("Defendants," and together with 683 Capital, the "Dismissing Parties"), through their respective undersigned counsel, hereby agree and stipulate as follows:

WHEREAS, on December 23, 2022, 683 Capital and Defendants entered into a confidential Settlement Agreement and Mutual Release ("Settlement Agreement") to settle and release all claims between the Dismissing Parties in the above-captioned Action;

WHEREAS, the Court granted Plaintiffs' motion for final approval of the class action settlement by Order and Final Judgment entered on July 10, 2023 (Dkt. No. 374), such that no claims remain in this case other than the individual claims between the Dismissing Parties;

WHEREAS, the existence of the confidential Settlement Agreement was noted in the papers supporting Plaintiffs' motion for final approval of the class action settlement in this Action, *see, e.g.,* Dkt. No. 362 at 1 n.2, and further notice of the Settlement Agreement or this dismissal is not required as only the Dismissing Parties' individual claims remain;

1

NOW, WHEREFORE, it is hereby stipulated and agreed, by the Dismissing Parties through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that:

1. The above-captioned Action is dismissed with prejudice in its entirety.
2. The Dismissing Parties are to bear their own costs, fees, and expenses.

Dated: July 11, 2023

**THE ROSEN LAW FIRM P.A.**

By: /s/ Laurence M. Rosen
Laurence M. Rosen
Phillip Kim
Joshua Baker
Brent LaPointe
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fascimile: (212) 202-3827
Email: lrosen@rosenlegal.com
         pkim@rosenlegal.com
         jbaker@rosenlegal.com
         blapointe@rosenlegal.com

*Counsel for Lead Plaintiff 683 Capital Partners, LP*

Dated: July 11, 2023

**KING & SPALDING LLP**

By: /s/
Israel Dahan
Peter Isajiw
Ryan Gabay
1185 Avenue of the Americas
New York, NY 10036
Telephone: (212) 556-2114
Facsimile: (212) 556-2200
idahan@kslaw.com
pisajiw@kslaw.com
rgabay@kslaw.com

Chelsea J. Corey
300 South Tryon Street
Suite 1700
Charlotte, NC 28202
Telephone: (704) 503-2575
Facsimile: (704) 503-2622
ccorey@kslaw.com

*Counsel for Defendants*