UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Global Brokerage, Inc. f/k/a FXCM Inc. Securities Litigation<br><br>This Document Relates To: All Actions | Master File No. 1:17-cv-00916-RA-BCM<br><br><u>CLASS ACTION</u> |

NOTICE OF MOTION AND MOTION FOR DISTRIBUTION
OF CLASS ACTION SETTLEMENT FUNDS

PLEASE TAKE NOTICE that Class Representatives Class Representatives Shipco Transport Inc. and E-Global Trade and Finance Group, Inc. (together, "Plaintiffs"), on behalf of themselves and the Class, hereby move this Court for entry of the accompanying [Proposed] Order for Distribution of Class Action Settlement Funds.

This motion is based upon this notice of motion and motion, the accompanying memorandum of law, the accompanying Declaration of Margery Craig Concerning the Results of the Claims Administration Process and the exhibits attached thereto, and such argument and additional papers as may be submitted to the Court before and at the hearing on this motion.

Dated: December 20, 2023

Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: <u>/s/*Joshua Baker*</u>
Phillip Kim
Laurence M. Rosen
Joshua Baker
275 Madison Ave., 40th Floor
New York, New York 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: pkim@rosenlegal.com
Email: lrosen@rosenlegal.com
Email: jbaker@rosenlegal.com

2

*Class Counsel for Plaintiffs and the Class*

**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**
Matthew M. Guiney
270 Madison Avenue
New York, New York 10016
Tel: (212) 545-4600
Fax: (212) 686-0114
Email: Guiney@whafh.com

*Additional Counsel*